UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation

    Defendant,

CASE NO.



MAGISTRATE JUDGE
VITUNAC

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Steven A. Silvers, files this action against Google, Inc. and alleges as follows:

### SUMMARY OF ACTION

1.    This is a classic "reverse confusion" trademark infringement case involving two nearly identical marks: "Googles" and "Google." Typically, a suit for trademark infringement involves "direct confusion" where a smaller, lesser known company has adopted a trademark that is substantially similar to a larger, well-known company to create the impression with consumers that its products come from or are associated with the larger, well-known company. "Reverse confusion" occurs when someone adopts a mark already in use by another, and then becomes so large and well known that consumers begin to believe the smaller, lesser known, yet senior user of the mark is associated with the junior user. The result is that the senior user loses the value of its trademark, its product identity, control over its goodwill and reputation, and ability to move into new markets.

2.    Here, plaintiff Steven A. Silvers ("Silvers" or "Plaintiff") is the senior user of the mark "Googles" which he has used as a trademark for over twenty years in connection with goods and services directed to children's education and entertainment. Silvers is also the senior user of the Internet domain name "googles.com" which he has used since 1997 for his "Googles" Website.

3.    Defendant Google, Inc. ("Google" or "Defendant") owns and operates the very well-

known Internet search engine "Google." In 1998, with knowledge of Silvers' prior use and registration of the "Googles" mark, and "googles.com" domain name and Website, Google's founders adopted the mark "Google" as a name for an Internet based search engine company. The actual "Google" search engine was launched commercially a year later in 1999. Google has had meteoric success and is now immensely more powerful than Silvers. And, Google's "Google" mark is now so infinitely more well known, that it has practically obliterated the value of the "Googles" mark which is preventing Silvers from flourishing in the children's market and entering new markets. Google is now using the fame of its mark to expand into a variety of new markets. In particular, it is now using the "Google" mark in connection with the advertising and sale of children's goods and services on the Internet, and has filed a federal trademark application to obtain the exclusive right to use the "Google" mark in the children's market - - where the "Googles" mark has been for nearly two decades. Unless Google is enjoined from using its mark in connection with children's goods and services, consumers will mistakenly associate the "Googles" mark, Website, and merchandise with Google, and care likely to mistakenly believe that Silvers has adopted and is using the "Googles" mark with the intent to infringe and capitalize on the "Google" mark.

4.    Moreover, Google has unlawfully appropriated Silvers' "Googles" mark and is using that mark in connection with new domain names and its Internet services. Further, Google is claiming superior rights to all marks that incorporate the GOO- and -OOGLE formatives, despite Silvers' prior use and superior rights in these marks.

5.    Silvers has filed this action to protect his superior and exclusive right to use the "Googles" mark on the Internet in connection with children's goods and services, and to enjoin Google from using the "Google" mark in connection with the advertising, promoting, marketing and sale of children's goods and services. Silvers also seeks damages that he has incurred from the reverse confusion caused by Google's unlawful conduct.

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

**JURISDICTION**

6.      Silvers is an individual domiciled in Palm Beach County, Florida.

7       Google is a Delaware corporation with its principal place of business at Mountain View, California.

8.      This trademark infringement and unfair competition action arises under the Lanham Act, 15 U.S.C. §§ 1051-1127 and the common law of the State of Florida.

9.      Jurisdiction is proper pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, 28 U.S.C.§ 1338, the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367, and because the parties are citizens of different states in a controversy that exceeds $75,000 exclusive of interest and costs.

10.     Venue is proper in this judicial district pursuant to 28 U.S.C. Sections 1391(b) and (c) because Silvers resides in this District, and the injury to Silvers from Google's unlawful conduct arose in this District.

**GENERAL ALLEGATIONS**

**1979 - 1997: The "Googles" Trademark and Intellectual Property**

11.     Over 25 years ago, Silvers developed a animated character concept called the "Googles From The Planet Goo" designed to appeal to children. *See Exhibit 1*. Throughout the 1980s, Silvers continued to sketch out and develop the "Googles" concept and refine his characters. *See Exhibit 2*. His initial use of the "Googles" name appeared in the mid-1980s in connection with his first merchandising idea - "Googles the Perfect Pet."

12.     In 1986, Silvers obtained a copyright for the "Googles the Perfect Pet" art work. *See Exhibit 3*.

13.     By 1990, Silvers had developed the "Googles" character concept into a ten-series storyline about the "Googles And The Planet Of Goo" that was intended to both educate and entertain children, something known in the children's market as "edutainment." *See Exhibit 4*. The "Googles"

are lovable, friendly four-eyed alien creatures that live on the planet Goo. *Id.*   Silvers' idea was to use the "Googles" to communicate to children in non-violent themes social lessons, conceptual awareness and educational values, and give "children of today, visions of tomorrow." *Id.*

14.     In 1991, Silvers obtained a copyright registration for the first of his ten-series stories entitled "Googles & The Planet of Goo." *See Exhibit 5.* Two years later he obtained a copyright on the second story entitled "Googles, The Return Flight To The Planet Of Goo." *See Exhibit 6.*

15.     From 1991 through 1994, Silvers worked to refine the "Googles" characters, and develop the art for the "Googles" stories. *See Exhibit 7.*

16.     In 1994, Silvers created the "Googles" logo. *See Exhibit 8.* Silvers obtained a copyright registration for the "Googles" logo on July 26, 1994. *See Exhibit 9.*

17.     Shortly after creating the "Googles" logo, Silvers' father, Michael Silvers, formed "The Googles Children's Workshop" for the benefit of Silvers, and to assist with promoting and marketing the "Googles" concept. The "Googles" name and logo appeared on business cards and letterhead that were distributed across the country in connection with promoting the concept to the children's industry. *See Composite Exhibit 10.*

18.     By 1994, the "Googles" characters were refined to feature the four eyes of the "Googles" trademark design. *See Exhibit 9.*   A key feature of the "Googles" characters are the multi-color tennis shoes worn by each character.

19.     Silvers expanded on the tennis shoe feature of the "Googles" characters and developed a "Gooshoe" for children that featured the "Googles" trademark. *See Exhibit 12.* In 1994, Silvers obtained a copyright registration for "The Gooshoe" artwork. *See Exhibit 13.*

20.     By January, 1995 Silvers had created the first three-dimensional version of a "Googles" character and was generating local press interest in the "Googles" concept. *See Exhibits 14 and 15.* Silvers' intention always has been to develop the "Googles" concept for commercial exploitation, and

in 1995 Silvers developed a prototype to merchandise the "Googles" characters. *See Exhibit 16.*

21.     In March, 1995, Silvers applied for a design patent for the "Googles" tennis shoe which matured into United States Patent Number 397,543. *See Exhibit 17.*

22.     In late 1995, Silvers contracted Morris Publishing to print 1,000 copies of the "Googles And The Planet Of Goo." *See Exhibit 18.*   The book was officially printed in May 1996 and featured the "Googles" trademark and design and the "Googles" characters. *See Composite Exhibit 19.*

23.     From June, 1996,  Silvers sold and shipped copies of the book around the country. *See Exhibit 20.*   Silvers continued from that time to promote and sell his book and related "Googles" merchandise through direct and consignment sales. *See Composite Exhibit 21 and 22.*   In November 1996, Silvers was featured in a newspaper article published in the Washington, D.C. area with a photograph of the "Googles And The Planet Of Goo" book and the "Googles" trademark. *See Exhibit 23.*

24.     In 1996, Silvers applied to register the "Googles" trademark for use in connection with children's books.  That application matured into Federal Trademark Registration No. 2,087,590 issued August 12, 1997. *See Exhibit 24.*

25.     In August 1997, Silvers also obtained a copyright registration for the first "Googles" song.  See Exhibit 25.

### 1997:  The "Googles" on the Web

26.     When Silvers published "Googles And The Planet Of Goo" he realized that the Web was fast becoming the marketplace of the future providing a far reaching opportunity to further develop and market the "Googles" to children throughout the world.  In July 1997, Silvers registered for and obtained the Internet domain name "googles.com" as the address for his "Googles" Website. *See Exhibit 26.*  A few months later, the "Googles" Website was operational, featuring the "Googles" trademark, "Googles" characters, "Googles" merchandise, "Googles" song,  "Googles And The Planet Of Goo" book, together

with sales and order information.  *See Composite Exhibit 27.*

27.    Silvers intended to develop "googles.com" into a highly interactive children's Website to promote and sell children's books, merchandise, and related goods and services.  In 1998, Silvers added a new feature called the "FOG" Club meaning "Friends of Googles."  *See Exhibit 28.*   As the "googles.com" Website caught on, hundreds of "Googles" fans used the Internet to register on the "Googles" Website as "FOG" Club members.  *See Exhibit 29.*

### 1998 - 2005: The "Googles" Concept Becomes Popular On The Internet

28.    By late 1998, Silvers worked with a manufacturer to make the "Googles" characters "Oogle," "Iggle," and "Oogle" into plush toys.  *See Exhibits 30 and 31.*  In March 1999, Silvers applied for a federal trademark registration for each name which resulted in Federal Trademark Registration Nos. 2496755, 2496754, 2496753.  *See Composite Exhibit 32.*

29.    By 1999, Silvers had entered into a license agreement with The Aurora Collection for the commercial exploitation of the "Googles" trademark, related intellectual property, Website, and products.  That agreement was memorialized in July 2000.  *See Exhibit 33.*  Soon after, the "Googles" characters drawings were further refined for commercial use.  *See Composite Exhibits 34 and 35.*

30.    From 2000 - 2001, the "Googles" continued to develop on the Web and were featured in the Internet based educational site called "Fun With Science Club."  *See Exhibit 36.*  That Website featured the "Googles" theme song, animated cartoons called "GooToons," and stories about each of the "Googles" characters.  *See Composite Exhibit 37.*

31.    To further promote the "Googles," Silvers and Aurora created a "Googles" theater show that played to children around the country.  *See Composite Exhibits 38 and 39.*  In 2001, the "Googles" performed live on national television during the Jerry Lewis Telethon.

### Meanwhile:  A Prototype Search Engine Project Called "BackRub" Is Born

32.    In 1996, Sergey Brin and Larry Page, two graduate students at Stanford University,

collaborated on a university research project to develop a prototype search engine for the Web. *See Exhibit 40.* The project was named "BackRub" for its unique ability to analyze the "back links" that point to a given Website. *Id.*

33.    While the two students worked on the research project through 1997, a demo version of the developing search engine was available through the Internet at backrub.stanford.edu. *See Exhibit 41.*

34.    Upon information and belief, sometime in 1997, after giving much thought about a better name for this prototype search engine, Page decided on the name "googol." "Googol" is a word that means the mathematical number 1 followed by one hundred zeros ad denotes the largest finite number short of infinity. The word fit the goal of the research project to organize an almost infinite amount of information on the Web.

35.    Upon information and belief, after Page decided to name the prototype search engine "googol," he searched the Web to determine if he could obtain the domain name "googol.com." That domain name, however, had been registered by Tim Beauchamp in 1995 and thus was unavailable.

36.    Upon information and belief, Page searched the Web for other domain names similar in spelling to "googol" to determine what was available. Page settled on the word "Google" and registered the domain name "google.com." Upon information and belief, Page knew when he registered "google.com" that the domain name "googles.com" had been registered by Silvers three months earlier and was in use, and that Silvers had a federal trademark registration for the "Googles" mark.

37.    Upon information and belief, sometime in late 1997, Page and Brin changed the name of their research project from "BackRub" to "Google." *See Exhibit 42.* Upon information and belief, access to the demo of the research project remained, however, at "backrub.stanford.edu" throughout 1997. *See Exhibit 43.* Around this same time, both Brin and Page displayed information about their prototype search engine project on their Stanford University home Webpage, each playing with the

design of the word "Google." *See Composite Exhibit 44 at pages 2 and 3.* The design displayed by Brin on his home Webpage showed the word "Google" with the two "o's" as eyes.

38.    Upon information and belief, sometime in 1998, Page and Brin began using the domain name "google.stanford.edu" as the Web address of their search engine demo site. *See Exhibit 45.* Throughout most of 1998, however, the "Google" prototype search engine was associated with Stanford University. *See Exhibit 46 at page* 2.

39.    Upon information and belief, in and around August 1998, Page and Brin commissioned a formal trademark and domain name search to determine whether the name "Google" was available for use as a trademark. The search result revealed Silvers' "Googles" trademark, "googles.com" domain name, and picture of the "Googles" Website. *See Exhibit 47.* Based on the trademark search results, Page and Brin both had actual knowledge that Silvers owned the "Googles" mark and owned and operated the "googles.com" Website before they adopted and used the "Google" mark as a trademark. Further, based on Silvers' federal copyrights and patent incorporating the "Googles" name, Page and Brin had constructive notice of the extent of Silvers' use of the "Googles" mark.

40.    On or about September 4, 1998, a year after Page acquired the "google.com" domain name, Page and Brin adopted the name "Google" as their company name and incorporated Google Technology, Inc. in California. *See Exhibit 48.* Page and Brin decided to adopt the name "Google" rather than "Googol" because "googol.com" was not available as a domain name, and could not be trademarked. *See Exhibit 49 at page 2.* This decision was influenced also by the child-like sound of the word "google"and the colorful sense of fun that it invoked.

41.    On September 16, 1998, Google, Inc. filed an Intent-To-Use federal trademark registration application to register the mark "Google" for use in connection with computer hardware (Int'l class 9), and computer services (Int'l class 42). *See Exhibit 50.* An Intent-To-Use application means that the applicant has not yet used the mark in commerce but has a bona fide intent to use the

mark in commerce at some future date.

42.    Up through 1998 and into 1999, the "Google" search engine remained in the realm of a non-commercial experimental academic model. *See Exhibit 51 at page 1, 3, 4, 5 and 10.* Page intended to keep the "Google" search engine in the non-commercial academic realm because it avoided the advertising supported business model of most search engines.

43.    On March 15, 1999, "Google, Inc." filed an Amendment to Allege Use in the pending federal trademark application alleging, in contradiction to its original declaration that it had an intent to use, that it had used the "Google" mark in interstate commerce in connection with Int'l class 42 services since September 1997, a full year before the Intent-To-Use application date. *See Exhibit 52.* The Amendment To Allege Use was filed together with Page's Declaration that based on his own knowledge the "Google" mark was in use in commerce as of March 9, 1999, another contradiction. *See Exhibit 53.*

44.    On or about September 23, 1999, the "Google" search engine was commercially launched.

45.    Three years later, on September 23, 2002, "Google, Inc." was incorporated as a California corporation. *See Exhibit 54.* Upon information and belief, on October 11, 2002, Google, Inc. purported to assign federal trademark application Serial Number 75/978469 (for "Google") to Google Technology, Inc. On August 27, 2003, Google, Inc. was reincorporated as a Delaware corporation. Upon information and belief, on that same date, Google Technology, Inc. purported to assigned federal trademark application Serial No. 75/978469 to Google, Inc., the Delaware corporation.    Upon information and belief, sometime in 2004, Google Technology, Inc. was merged into Google, Inc..

### 1998:  Silvers Attempts to Contact Larry Page To Avoid Confusion

46.    In or around late 1998, Silvers tried to contact Larry Page about his intended use of the "Google" name on the Web and to discuss ways to avoid potential confusion with the "Googles" mark

and the "googles.com" Website.  Silvers did not receive a response.

47.    On August 12, 2001, Silvers again tried to contact Larry Page about his use of the "Google" name. *See Exhibit 55.*  In his e-mail directed to Page, Silvers noted that confusion had started between the Websites, and asked simply if they could work out a mutual plan to avoid confusion, especially regarding traffic to each other's Websites.  Silvers did not receive a response.

### 2001 -2004: The "Googles" Continue to Develop Commercially

48.    From 1999- 2002 Silvers and Aurora continued to develop the "Googles" concept with new music, adventures, and improved interactive Website.  By 2001, the "Googles" were attracting media attention and were featured in *Kidscreen Magazine. See Exhibit 56.*

49.    In 2002, Aurora sold its licensing rights in the "Googles" trademark, domain name, Website , and related "Googles" intellectual property to Stelor Productions.

50.    Since 2002, Stelor as Silvers' licensee has continued to promote and develop the "Googles" trademark, Website, and related intellectual property in connection with children's goods and services. *See Composite Exhibit 57.*

51.    By March 2003, the "googles.com" Website was being inundated with people looking for the "google.com" Website.  To protect the identity of the "Googles" mark and combat confusion between the "Google" and "Googles" Websites, a feature was added to the googles.com Website that asked the Internet visitor if the "Googles" site was where it intended to be.  *See Exhibit 58.*  Upon information and belief, Google has taken no action to avoid confusion with the "Googles" mark.

### Google Intends To Broaden Its Use of The "Google" Mark

52.    Since adopting the "Google" mark in 1999, and with knowledge of Silvers' superior rights to the "Googles" mark, googles.com domain name and Website, Google has expanded the use of its "Google" mark into all areas of commerce, including the market for children's goods and services. Despite Silvers' superior right to use the "Googles" mark in connection with children's goods and

services on the Web, Google has filed a federal trademark application to expand its right to use the "Google" mark for children's goods, including books and clothing. *See Exhibit 59.* Google has also unlawfully appropriated the word "googles" and incorporated that word into domain names such as googlesadwords.com, googlesadsense,com, and googles-adwords.com.

53.     Google now uses the "Google" mark and "google.com" domain name and "Google" Website to advertise, promote, market and sell children's books, merchandise, and related goods and services, and has encroached upon Silvers' federal and common law trademark rights. In further violation of Silvers' rights, Google now offers for sale a product called "Google Goo." *See Exhibit 60*.

54.     Google has become so well-known through publicity, advertising and marketing that it now overwhelms the public recognition of the "Googles" trademark, domain name, and Website, and is preventing Silvers from flourishing on the Web or entering new markets within his natural scope of expansion. And, Google is now attempting to assert exclusive rights over all marks with the GOO- and -OOGLE formative, despite Silvers' prior use and superior rights in these marks.

**COUNT ONE**
**(Trademark Infringement)**

55.     Silvers realleges and incorporate by reference the allegations of paragraphs 1 through 54, inclusive, as though fully set forth.

56.     Silvers is the senior user of the mark "Googles" for use in connection with children's books, merchandise, music, toys, and related goods and services. Since 1997, Silvers and those associated with him have used the Internet to market and promote the "Googles" mark.

57.     With knowledge of Silvers' superior and exclusive rights in the "Googles" mark, the "googles.com" domain name, and Website, Google adopted the mark "Google," which is the singular version of and almost identical to Silvers' "Googles" mark, and Google has used that mark extensively in connection with goods and services offered to consumers through the Internet.

58.     With knowledge of Silvers' superior rights in the "Googles" mark, "googles.com"

domain name, and Website, Google registered the domain name "google.com" and has used that domain name extensively in connection with its Internet based services.

59.    Google's unauthorized and unlawful use of the name "Google," which is substantially identical to Silvers' "Googles" mark, has caused and will continue to cause "reverse confusion" in that the consuming public will now falsely believe that Silvers' goods and services, "googles.com" domain name, and Website are connected, affiliated, associated, sponsored, endorsed or approved by Google, and that Google is the source of origin of the "Googles" concept, books, music, "googles.com" domain name, Website, merchandise, and related goods and services, in violation of 15 U.S.C. § 1114.

60.    Google's use of the "Google" name and "google.com" domain name for Internet based services, which include advertising for and providing links to sites selling children's books, games and other educational and entertainment products and services, and unlawful use of the "Googles" name, and related names, is diminishing the identity and value of Silvers' "Googles" mark, "googles.com" domain name, and Website, and is preventing Silvers from flourishing on the Web, or expanding his goods and services at the "googles.com" Website, and otherwise causing Silvers great harm.

61.    As a direct and proximate result of Google's unauthorized and unlawful acts, Silvers has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Unless restrained, Google's conduct as described above, will continue to cause confusion and will continue to injure, if not obliterate, the value of Silvers' "Googles" mark, domain name, and Website, causing great harm and damage to Silvers.

62.    As a direct and proximate result of Google's wrongful conduct, Silvers has also suffered and will continue to suffer monetary damages from the "reverse confusion" caused by Google.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as set forth in the Wherefore clause in Count Two below.

## COUNT TWO
### (Unfair Competition Under Florida Law)

63. Silvers realleges and incorporates by reference the allegations of paragraphs 1 through 54, inclusive, as though fully set forth.

64. Google's unauthorized and unlawful use of the name "Google," which is substantially identical to Silvers' "Googles" mark, has caused and will continue to cause "reverse confusion" in that the consuming public will now falsely believe that Silvers' goods and services, "googles.com" domain name, and Website are connected, affiliated, associated, sponsored, endorsed or approved by Google, and that Google is the source of origin of the "Googles" concept, books, music, googles.com domain name, Website, merchandise, and related goods and services, which constitutes unfair competition under Florida common law.

65. Google's use of the "Google" name and "google.com" domain name for Internet based services, which include advertising for and providing links to sites selling children's books, games and other educational and entertainment products and services, and unlawful use of the "Googles" name, and related names, is diminishing the identity and value of Silvers' "Googles" mark, "googles.com" domain name, and Website, and is preventing Silvers from flourishing on the Web, or expanding his Internet based services and goods at the googles.com Website, and otherwise causing Silvers great harm.

66. Further, Google is attempting to establish rights *in gross* to the term "Google" to prevent anyone else from using any derivation of the "Google" mark whatsoever, including the formatives GOO- and - OOGLE.

67. Google's attempt to prevent others from using any derivation of the "Google" mark whatsoever also constitutes unfair competition under Florida law.

68. As a direct and proximate result of Google's unauthorized and unlawful acts, Silvers has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Unless restrained, Google's conduct as described above, will continue to cause confusion and will

continue to injure, if not obliterate, the value of Silvers' "Googles" mark, domain name, and Website, causing great harm and damage to Silvers.

69.    As a direct and proximate result of Google's wrongful conduct, Silvers has also suffered and will continue to suffer monetary damages from the "reverse confusion" caused by Google.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as follows:

a.    That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, pursuant to 15 U.S.C. § 1116, be preliminarily and then permanently enjoined from the further use of the mark "Google" or any confusingly similar variation thereof, in connection with the advertising, promotion, marketing, and sale of children's goods and services;

b.    That Defendant's pending federal trademark application Serial No. 76/314783 for the "Google" mark, or registration if so registered, be ordered cancelled;

c.    That Plaintiff be awarded compensatory damages for the reverse confusion caused by Google consistent with, but not limited to, all remedies available under 15 U.S.C. § 1114 and 1117, and Florida common law.

d.    That Plaintiff be awarded his costs, and attorneys fees pursuant to the exceptional case provisions of 15 U.S.C. §1117(a) and (b);

e.    That Defendant's domain name registrations for googlesadsense.com, googlesadwords.com, and googles-adwords.com, and any other domain name incorporating the word "googles" be cancelled;

f.    That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, be preliminarily and then permanently enjoined from the further use of the name "Googles" in connection with any domain name;

g.    That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, be preliminarily and then permanently enjoined from using any trade practices whatsoever that injure the value and goodwill in the "Googles" mark and Plaintiff's related intellectual property, including claims that it has superior rights to any mark using the GOO- or -OGGLE formative marks;

h.    That Plaintiff be granted such further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED this 4th day of May, 2005.

Harley S. Tropin  (Fla. Bar #241253)
Kenneth R. Hartmann  (Fla. Bar #664286)
Gail A. McQuilkin  (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
T: 305-372-1800 / F: 305-372-3508

and

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza - Suite 200
West Palm Beach, Florida  33401
T: 561-671-1920 /  F: 561-671-1951

3339/101//250784.2

Exhibit 1

August 31, 1984

To Whom It May Concern:

Be it known to all parties that I, Steven A Silvers, have developed a children's record concept utilizing three characters called THE GOOGLES FROM THE PLANET GOO. The names of these characters are GOOGLES, GIGGLES, and GOGGLES. During their inception in 1979, the characters were originally intended to act as an educational tool through audio and visual means in teaching children, preferable pre-school, various concepts such as counting numbers, coping with the loss of a pet or family member, divorce and other experiences of life.

The configurations of these three characters are, to date, first being finalized since they have gone through many figure changes. As best as can be described verbally, and for the sake of brevity and legality in protecting my concept, they will appear as little furry gremlin-like characters with no mouth, no ears, no limbs; only an expressive pair of eyes. They will host different colors, to be decided on prior to manufacture.

Due to the trememdous competition in the children's records market and my involvement and interest moving toward the pop record market, I thought it best to temporarily abandon the idea. Since then, the following events have occurred:

Among my hobbies, one of my favorite past-times and means of sanity in this insane world we live in is to, from time to time, invent gadgets and items to make life a little easier and a little more fun to live in. Some of them have already been patented, and others I am waiting to patent.

Several months ago I met a gentlemen by the name of Barry Ober, who is a qualified audio and electronic engineer/technician. Since I am a state of the arts recording studio owner, from time to time, through an organization Barry works for by the name of Harris Audio Systems, Barry had visited by company called Import Studios, Inc. located at 7326 Biscayne Boulevard, Miami, Florida 33138, and he and I befriended each other. During the next several social meetings Barry and I descussed various issues pertaining to our lives ambitions, goals, concepts and found out that a good many of them were quite similar. One of the issues at hand, in specific, was an invention that Barry had claimed he had worked on for quite a number of years. As best as he could describe it, he called it similar to the Pet Rock and at the beginning he gave me no name. It was described as a little pet animal very similar in character and design to my Googles character. I then asked him if he would be willing to enter into an agreement and exploit the concepts that we both shared jointly since I, for some time, had been thinking about turning the Googles into a combination toy doll/puppet and television series. Barry's reply was that he had to give it some thought.

Several more weeks passed, many more phone conversations and personal meetings ensued, but to date nother has transpired, not even a simple written agreement to collaborate. He liked my idea very much and took somewhat of an offense to criticisms I had made about his verbal explanation of his design and configureation.

When I asked him for specifics such as his patent attorney's name, his utility and design patent numbers, his trademark registration number, and other pertinent information to substantiate his claims, he constantly gave me excuses, at which time I decided to go forth and protent myself through this diary/letter and the eventual follow-up which I plan to do immedeately, before the end of September 1984 with my patent attorney and legal advisors.

The very last conversation which was with Barry on or about August 28, 1984 was with specific reference to informing him that I was going through with my concept full force, with or without him involved.  He then informed me that he sent away for the necessary parts for a prototype that he was going to have made as soon as possible; and that in fact he had received the parts and was about to start assembling them.  However, again, as of this writing some five days later, I have seen neither the parts or a finished prototype, which he claimed he could have for me within one or two days after he received all the parts,  which he claimed to have received.

Being the entrepeneaur  that I am, I decided to go forth and acquire a professional commercial artist, an electronic engineer, a professional carpenter to put together my prototypes which I am calling THE GOOGLES, The Perfect Pet.  I will patent, trademark, and whatever else I need to do to legally protect my idea the aforementioned name and product.

The first of the configurations to be manufactured will be  called Googles.  An artist's rendition is in the workds, as per the above, and it will be manufactured in a cage-like configuration (material to be decided upon, as well as size).  The character will be, as described above, libless with LED, possibley blinking, colored eyes, operated off a micro chip solid state transistorized circuit board, utilizing a hearing-aid type battery or, if need be, a larger type battery to give a longevity of approximately two years use of constant illumination.  A motor movement of lift to right by the head is also in the works, but more than likely this will be incorporated in a later model.

I am plannling to make one last attempt, over the Labor Day 1984 weekend, to contact Barry and see what, if anything we can do to merge and jointly prusue this endeavor.  If unsuccessful, I will immediately, as described above, pursue the matter on my own and would like it to go on record as such that every opportunity according to this letter of facts was granted to Barry to participate in this joint venture and that due to circumstances beyond my control, and his lack of initiative and response to my many pleas to do so, I have been left no alternative but to go it alone.

Respectfully submitted by me, Steven A. Silvers, on this 31st day of August, 1984.


Rochelle S. Matza
Notary
State of Florida

Steven A. Silvers

NOTARY PUBLIC STATE OF FLORIDA
MY COMMISSION EXP. JULY 4, 1988
BONDED THRU GENERAL INS. UND.

Exhibit 2





Exhibit 3

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM VA

★ UNITED STATES ★ COPYRIGHT OFFICE ★
THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu   **94-965**

VA · VAU

EFFECTIVE DATE OF REGISTRATION

NOV 26, 1985
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**    Googles "The Purr-fect Pet"

**NATURE OF THIS WORK ▼** See instructions    Toy Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**   N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**   N/A

If published in a periodical or serial give: **Volume ▼**   N/A   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**   Steven A. Silvers

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1947   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶ U.S.A.
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼   ARTWORK, Technical Drawing & TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.   1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.   Month ▶   Day ▶   Year ▶   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Steven A. Silvers
c/o Pet Projects, Inc.
P.O. Box 601473
N.M. Bch. Fl. 33160

APPLICATION RECEIVED
JUN 30 1986
ONE DEPOSIT RECEIVED
Nov 26 1985
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼   N/A

See instructions before completing this space

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of ___ pages

VAu   94-965

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

STEVEN A. SILVERS
c/o PET PROJECTS, INC.
P.O. BOX 601473
N.M. BCH., FL. 33160

Area Code & Telephone Number ▶ 305 - 949 - 4277

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

STEVEN A. SILVERS                    date ▶ 6/26/86

Handwritten signature (X) ▼

Steven A. Silvers

**MAIL
CERTIFI-
CATE TO**

**Name** ▼

STEVEN A. SILVERS

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼

P.O. BOX 601473

City/State/ZIP ▼

N.M. BCh., FL. 33160

**Have you:**
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-312          Nov. 1981-600,000

Exhibit 4

## THE GOOGLES' PROJECT

Googles And The Planet Of Goo will, undoubtedly, capture the reader's intrigue and interest enough to warrant s/he to want to read the next Googles' adventure titled: Googles And The Return Flight To Goo.

There are a total of ten Googles' edutainment books currently being developed, each with its own separate adventure story.

In Vol. I., the reader is taken on a journey to a faraway imaginary planet where s/he is introduced to an extremely intelligent life form of aliens called Gootians--one of whom is the main character called Googles. This lovable, friendly looking alien ventures off into outer space, after leaving his planet called Goo, in search of a new home for his family, friends, and loved ones to live, work, learn, and play.

The planet Goo was destroyed by a combination of disasters, including the invasion of a destructive and violent alien race that totally dominated the planet, destroyed all of its natural resources, polluted its air, water, and rain forests--sounds familiar--thus forcing the remaining Gootians to seek refuge underground.

We next learn that a meteor shower ensues and when the smoke finally clears, all of Goo was cleansed of the violent intruders who either voluntarily departed or were destroyed by the meteor shower. However, in its wake, Goo was left in shambles. Now it was Googles sole appointed task, by his mentor, GooRoo, to find a planet for those Gootians who were still alive to immigrate to.

Googles sets out on his journey and as the first adventure book denotes, what a journey it turns out to be.

Vol. II. titled: Googles And The Return Flight To Goo is even more captivating than Vol. I because it traces the end of Vol. I. and the reader is left hanging as to whether or not Googles and his stowaway companion, Joshua, ever make it safely back to Goo in enough time to rescue Googles' younger siblings (Giggles and Goggles).

Vol. II. further delves into the trials and tribulations that Joshua and Googles encounter once they rescue Giggles and Goggles. It is packed with a lot of adventure, twists, and excitement all of which lends itself to a movie script or perhaps an edutainment children's tv series.

THE GOOGLES' PROJECT
Cont. at Page 2

Additionally, Googlemania merchandise is introduced through-
out both adventure books and the educational value and
conceptual awareness lessons they both have to offer is a
refreshing alternative to the violence that is, otherwise,
currently and has been for sometime, permeating the media
airwaves and children's literature affecting the **"children
of today, with visions of tomorrow."**

As we move into Vol. III, Vol. II ends in a similar fashion
as Vol. I.    That is it leaves the reader, once again,
hanging and very curious as to whether or not Googles,
Giggles, Goggles, and Joshua make it safely back to Earth,
after their spacecraft, the Ares One, heads toward Mars as
originally planned, collects all of its data and samples and
then heads swiftly back to Earth.    The only problem is Cape
Candy Space Center personnel--who were tracking the Ares
One--begin experiencing transmission difficulties and
finally lose permanent contact with the space shuttle.    It's
now up to its clandestine crew--three aliens and one
earthling--to safely guide the Ares One back to Earth.    Can
it be done?    You'll have to read Vol. III. which I've
titled:  Earth To Ares One, Where Are You?

Vol. II. is already completed and is awaiting final editing
at this time.  Vol. III. is still inside my head but it's
all there ready to be penned.  So are the other themes for
the remaining adventure books IV through X, respectively.
Hopefully I'll be able to keep the project alive that long.

I think the Googles' project is ripe for edutainment
programming considerations--both for radio and television,
as well as the big screen.

The social lessons, conceptual awareness, non-violent
themes, and the educational values I've built into my
storylines are well planned and very marketable to those
responsible parents who would like to make a difference,
offer an alternative to their children's library, and
instill upon them a sense of enrichment that they have
otherwise been missing as a result of all the violent
orientated programs, literature, games, etc., that they've
been constantly bombarded with and exposed to for the last
15+ years.

We at the Googles Children's Workshop, Inc., are ready to
make that difference.  We are ready to take the Googles

THE GOOGLES PROJECT
<u>Con't. at Page 3</u>

concept into the 21st Century.  We'd be only too honored to
have you, on behalf of your company, hop aboard the GooShip
with us and the "new kids from Goo:" Googles, Giggles, and
Goggles and we'd like to close by wishing you a...........

**GooDay!**

Sincerely yours,

Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

# Exhibit 5

# CERTIFICATE OF COPYRIGHT REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
NITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu   510 855**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

**DEC 17 1991**
Month          Day          Year



---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

GOOGLES & THE PLANET OF GOO

PREVIOUS OR ALTERNATIVE TITLES ▼

N/A

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

N/A

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

N/A

## 2

NAME OF AUTHOR ▼

**STEVEN A. SILVERS**

DATES OF BIRTH AND DEATH
Year Born ▼   1947   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE TEXT

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
**1991** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ N/A   Day ▶ N/A   Year ▶ N/A
N/A   ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

STEVEN A. SILVERS
1751 Colgate Place
Union, New Jersey )7083

APPLICATION RECEIVED
**MAR 10 1992**
ONE DEPOSIT RECEIVED
**DEC 17 1991**
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the authors named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N/A

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
**2** pages

EXAMINED ☐ *dh/St*

**FORM TX**

CHECKED BY

TXu   510 855

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A
N/A
**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords             b ☐ Copies Only             c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                     **Account Number** ▼
N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
STEVEN A. SILVERS
1751 COLGATE PLACE
UNION, NEW JERSEY 07083
Area Code & Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**10**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
STEVEN A. SILVERS                                   date ▶ MARCH 2, 1992

☞ Handwritten signature (X) ▼
*Steven A. Silvers*

**11**

**MAIL CERTIFICATE TO**

**Name** ▼
STEVEN A. SILVERS
Number/Street·Apartment Number ▼
1751 COLGATE PLACE
City·State·ZIP ▼
UNION, NEW JERSEY 07083

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1991—200,000                                   ☆U.S. GOVERNMENT PRINTING OFFICE 1991 282-170/20,010

# Exhibit 6

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**ORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu     611 187**

TX        TXU

EFFECTIVE DATE OF REGISTRATION

12        8        93
Month     Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

GOOGLES, THE RETURN FLIGHT TO THE PLANET OF GOO

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
STEVEN A. SILVERS

DATES OF BIRTH AND DEATH
Year Born ▼  1947        Year Died ▼  N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire text.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

which the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1993 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ N/A   Day ▶ N/A   Year ▶ N/A
ONLY if this work has been published.
N/A ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Steven A. Silvers
1751 Colgate Place
Union, New Jersey 07083

APPLICATION RECEIVED
DEC 08 1993
ONE DEPOSIT RECEIVED
DEC 08 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ pages

TXu    611 187

EXAMINED BY _____    **FORM TX**

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

N/A

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**        A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

See instructions

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Be sure to
give your
daytime phone
number

**9**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the                      ☒ author

Check one ▶        ☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven A. Silvers                                date ▶ November 15, 1993

👉 Handwritten signature (X) ▼

_Steven A. Silvers_

**10**

---

**MAIL CERTIFICATE TO**

Name ▼

Steven A. Silvers

Number/Street/Apartment Number ▼

1751 Colgate Place

City/State/ZIP ▼

Union, New Jersey 07083

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Exhibit 7





SIDE VIEW.

GOGGLES +

FRONT VIEW.



GOOGLES SEES AN ALLIGATOR FOR THE FIRST TIME







THE FAREWELL



Exhibit 8



Copyright (c) 1994
by: Steven A. Silvers

Exhibit 9

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
**or a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**VAu 312-975**

EFFECTIVE DATE OF REGISTRATION

*Jul 26 1994*
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

**GOOGLES LOGO**

NATURE OF THIS WORK ▼ *See instructions*

**Color Photocopy Artwork**

PREVIOUS OR ALTERNATIVE TITLES ▼

**N/A**

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    **Title of Collective Work ▼**

**N/A**

If published in a periodical or serial give:    Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2 a**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼
**1947**

Was this contribution to the work a "work made for hire"?
[ ] Yes
[✓] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **U.S.A.**
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes  [✓] No
Pseudonymous?  [ ] Yes  [✓] No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate boxes(s). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map             [ ] Technical drawing
[✓] 2-Dimensional artwork      [ ] Photograph      [ ] Text
[ ] Reproduction of work of art [ ] Jewelry design  [ ] Architectural work
[ ] Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate boxes(s). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map             [ ] Technical drawing
[ ] 2-Dimensional artwork      [ ] Photograph      [ ] Text
[ ] Reproduction of work of art [ ] Jewelry design  [ ] Architectural work
[ ] Design on sheetlike material

**3 a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given **1994** ◀Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶          Day▶          Year▶          ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Steven A. Silvers, 1751 Colgate Place**
**Union, New Jersey 07083**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
*Oct. 2 1994*
ONE DEPOSIT RECEIVED
*Jul 26 1994*
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ✓ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Steven A. Silvers, 1751 Colgate Place, Union, New Jersey 07083

Area Code and Telephone Number ▶  **(908)688-3995**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Steven A. Silvers        (resubmitted on)    Date▶ October 25, 1994

👉  Handwritten signature (X) ▼

_Steven A. Silvers_

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
   Steven A. Silvers

Number/Street/Apt ▼
   1751 Colgate Place

City/State/ZIP ▼
   Union, New Jersey 07083

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

Exhibit 10



# CHILDREN'S WORKSHOP, INC.

1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083
(908) 688-3995

AN AFFILIATE OF:

## SAS ENTERTAINMENT GROUP



*"AN INNOVATIVE COMPANY TEACHING
CHILDREN OF TODAY, VISIONS
OF TOMORROW"*

**Michael L. Silvers,** President          (908) 688-3995
1051 Stuyvesant Ave., Suite 352
Union, New Jersey 07083

## CHILDREN'S WORKSHOP, INC.

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*



### CHILDREN'S WORKSHOP, INC.

1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083

(908) 688-3995

December 4, 1994

Marra Design Associates
Michael Marra, President
7707 Dakota Avenue
Chanhassen, MN  55317

RE:  FOLLOW UP TO YOUR LETTER OF OCTOBER 31, 1994

Dear Mr. Marra:

I received your informative material and was rather impressed with your company's services and your personal track record in the highly competitive toy industry.

I've enclosed, for your review, a synopsis of my innovative children's edutainment adventure series book, inclusive of the "Authors Notes", which will give you a detailed description of exactly what the book's concept is all about.

Additionally, I've enclosed some photos of the originally created character, which my dad's company is planning to market worldwide.

All copyright protection has been effectuated and the document disclosures for all of the merchandise and toy inventions have, likewise, been executed. Design patents have been recently submitted and we are awaiting patent pending documentation from the U.S. Patent & Trademark Office.

The product has yet to be exposed and we are moving very, very carefully, because the potential, we feel, is tremendous for what we have to offer in the way of a "non" violent alternative to parents of children around the globe, surrounding the Googles' concept.

If you are truly interested in becoming a part of this new and exciting and potentially rewarding project, I'd like to hear from you at your earliest convenience.

I did not enclose your requested evaluation fee, because I am quite convinced that the product development is way beyond such an unwarranted stipulation on your behalf. We have spent

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

Michael Marra
Page 2.
December 4, 1994

nearly a decade perfecting this concept and the creation of, what
we believe to be the next  line of Muppets, as we enter the  21st
Century.

    If, upon your review  of the  enclosed material,  you would
like  to discuss this matter further, to our mutual benefits, I'd
very much  enjoy hearing from.  If no, no  hard feelings, simply
return the enclosed material, along with the photos, in the SASE.

    We  at  the **Googles Children's Workshop,**  look forward  to
hearing from you soon and until then, have a...

                        GOO DAY!

Sincerely & **Gooly Yours,**



Steven A. Silvers

cc:  Michael L. Silvers, Marsha Genaro, file
encls:  (4)

Mail Certified, Return Receipt Requested
Certificate Number:  P-290-181-774



## CHILDREN'S WORKSHOP, INC.
1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083
**(908) 688-3995**

October 26, 1994

John Radziewiez, Chief Editor
Paperback Section
Harcourt-Brace Publishing Co.
525 "B" Streeet
San Diego, California 92101

### RE: GOOGLES AND THE PLANET OF GOO, CHILDREN'S BOOK

Dear John:

    As per our conversation, I've enclosed a final draft copy
of my children's book for your review and publishing consider-
ation.

    Like I informed you, when we spoke, the text may need some
minor editing.  Also, the dictionary appendix is not complete,
as I'm in the process of revising it a bit.  I'm trying to place
the text on computer disc format so that I can make the changes
I feel necessary, to ensure the book's success when it hits the
market.

    However, I'm certain you will have a good solid understand-
ing of the concept from the package I've presented and would
very much love for you to read my book to your children for
some unbiased input.  While the words may be a little advanced
for a seven year old, nevertheless, the storyline is what is
the most captivating, as you will soon learn.

    I've geared my book to advanced readers, ages 8-12. The
dictionary appendix, at the end of the text, is a unique  concept
that encourages the child to increase his vocabulary in a fun
filled manner.  And, the word skill challenges that I've, like-
wise, included, are very stimulating, too.

    I will be contacting you in two weeks, or if you feel the
need to speak with me sooner, you may call the above listed number
and leave a message for me.

    Here's hoping to be hearing good things from your end soon,
as both Alex and myself are anxious to learn of Harcourt's "hope-
ful" interests in The Googles's project.

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

John Radziewiez
Page 2.
October 26, 1994

    With Barney, just about on his way out, at least that is
what all the current press coverage is saying, the Ninja Turtles,
soon to become extinct, and all the bad press surrounding the
Power Rangers, recently, **Googles**, **Giggles**, and **Goggles**, the
**NEW KIDS ON THE BLOCK**, are surefire winners, especially for
a visionary company, such as Harcourt! Wouldn't you have to
agree, John?

    The greatest selling feature of my Googles's project is
the educational value it has to offer the parents of young
children, today.  The edutainment alternative, is, likewise,
a refreshing twist to all the violence that "smart", educated,
and concerned parents are looking to steer away from, too.

    Once again, John, thank you for taking the time, and
effort to review and consider finding a home for my Googles's
project.

    If, for whatever reason, you or your associates are not
interested in publishing my text--no hard feelings--however,
I'd appreciate it if you'd see to it that all of the enclosed
material is returned to the company, at your earliest convenience.

    Hoping to hear from you soon and until then, you have a...

                          **GOO DAY!**

Sincerely yours,

Steven A. Silvers

cc:  Michael L. Silvers, Marsha Genaro, file
encls:  (1) Complete Package consisting of: copy of final draft,
         photos, cover artwork, and business card.


              **MAILED CERTIFIED, RETURN RECEIPT REQUESTED**
                **CERTIFIED NUMBER:  P-334-769-934**

Exhibit 11



GOOGLES

14 in.
HI



GOGGLES

Exhibit 12









Copyright (c) 1994
by: Steven A. Silvers

THE GOOSHOE

Exhibit 13

**FORM VA**
r a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  | VA | VAU |
|--|----|-----|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS WORK ▼

THE GOOSHOE

NATURE OF THIS WORK ▼ See instructions

Color photocopy drawings

PREVIOUS OR ALTERNATIVE TITLES ▼

None

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

N/A

If published in a periodical or serial give:  Volume ▼      Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Steven A. Silvers

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼
1947

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork      ☑ Photograph        ☐ Text
☑ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

*06320551 8*

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given ◀ Year in all cases.
1994

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶         Day ▶         Year ▶
◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Steven A. Silvers, 1751 Colgate Place,
Union, New Jersey 07083

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL. 26 1994
ONE DEPOSIT RECEIVED
JUL. 26 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

instructions completing ce.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                  **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Steven A. Silvers, 1751 Colgate Place, Union, New Jersey 07083

Area Code and Telephone Number ▶  (908)688-3995

Be sure to
give your
daytime phone
◄ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Steven A. Silvers                                 Date▶  July 7, 1994

☞  Handwritten signature (X) ▼

*Steven A. Silvers*

**MAIL
CERTIFI-
CATE TO**

Name ▼
Steven A. Silvers

Number/Street/Apt ▼
1751 Colgate Place

City/State/ZIP ▼
Union, New Jersey 07083

**Certificate
will be
mailed in
window
envelope**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to
adjust fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

Exhibit 14



Exhibit 15

## Dr. Benedetto joins Center Sight

Dominick Benedetto, M.D. and Marta Lopatynsky, M.D. are now associated with Center for Sight-Northern New Jersey (formerly Gunther Vision Associates). The new ophthalmology practice is located at 351 Evelyn Street on Rt. 17 North, in the Health South Building in Paramus.

Dr. Benedetto, medical director of Center for Sight,

completed his training at Wills Eye Hospital in Philadelphia and has been in solo practice in Bayonne. He has over 16 years of experience in ophthalmology and ophthalmic surgery.

As an associate attending surgeon at Wills Eye Hospital and a consultant to Alcon Surgical Inc., Dr. Benedetto assisted in the training of many resident surgeons and

opht... ologists throughout the Northeast in modern small incision cataract surgery.

Dr. Lopatynsky trained in ophthalmology at Albany Medical College and completed a fellowship in corneal diseases at Wills Eye Hospital. Most recently she was the acting division chief of ophthalmology at the Mary Imogene Basset Hospital in Cooperstown, N.Y.

She specializes in the treatment of corneal diseases including infections, scarring, dry eye and tumors. She performs corneal transplants and is experienced in dealing with complications of cataract and refractive surgery to correct nearsightedness and astigmatism.

Center for Sight specializes in cataract surgery, refractive surgery (RK) and medical and laser treatment of eye diseases. The practice is part of a nationwide network of ophthalmologists associated with EquiVision, Inc. based in Atlanta, Georgia. EquiVision presently operates 12 ophthalmology centers and five ambulatory surgery centers in Louisiana, California, Oregon,

Washington, Arkansas, Kansas, Illinois, New Jersey and Ohio.

Drs. Benedetto and Lopatynsky are members of numerous professional organizations, including the American Society of Cataract and Refractive Surgery, the American Academy of Ophthalmology, the International Society of Refractive Keratoplasty and the Association for Research in Vision and Ophthalmology. Dr. Lopatynsky is also a member of the Castroviejo Corneal Society.

For more information, call 262-7100.

### Bayonne airman finishes course

Air Force Airman Kepa Laca has graduated from the communications-computer system operations specialist course at Kessler AFB in Biloxi, Miss.

Students were taught how to operate and maintain electronic data processing equipment including software, tape and disk management and other related tasks.

Laca is the son of Eugene and Ana M. Laca of Bayonne.

He is a 1993 graduate of St. Peter's Preparatory School, Jersey City.

## Bayonne businessman is stuck on 'Goo'
By: ALAN CHRISTOFFERSEN



HERE'S GOOGLES: Michael Silvers, 76, poses in his office at 590 Broadway with his friend "Googles from the Planet of Goo." The soft-fur, four-eyed Googles is 30 inches tall.

A 76-year-old Bayonne businessman is a senior citizen who says he feels like a child again thanks to a place called "Goo."

Michael L. Silvers, a licensed hearing aid dispenser for Wise Optical Center at 590 Broadway, is involved in a children's project entitled "Googles and the Planet of Goo."

"My oldest son, Steven, at the age of 46, decided to start writing as a hobby. He's been a professional entertainer for most of his life but always expressed a desire to some day write a children's book," Silvers explained.

"Sharing a love for children, having three of my own, plus two grandchildren, I read my son's first draft of a children's book that he had written: "Googles and the Planet of Goo," Silvers continued.

The book, a fantasy adventure, is aimed at children, ages 8 to 12. On the child's travels, through reading the text, "he learns approximately 200-250 new words and some valuable lessons in conceptual awareness. It's a learning process," Silvers said.

At the back of the book is a dictionary appendix that is used by the child for quick and easy reference purposes when learning new words. There are also special word

skill challenges to test a child's comprehension skills and new vocabulary.

"This is a refreshing twist for parents, when one considers what is available today... the violent Ninja Turtles, the over-saturation of Barney and the violent Power Rangers," Silvers added.

The Union resident, who has been in his hearing aid profession for 35 years, described Googles and his siblings, Giggles and Goggles, from the imaginary planet of Goo, as "non-violent, extremely lovable who promote and instill a sense of real values for the children of today with visions of tomorrow for them to really think about."

Silvers has been involved with his son for the past three-and-a-half years on the project, including patents, copyrights and the marketing of Googles T-shirts, back packs for school and a Googles toy and book tree.

He hopes that the first 1,000 copies of "Googles and the Planet of Goo," will be published in March, with a follow-up plan for 10,000 more copies.

For more information, contact the Googles Children's Workshop, Inc., Michael L. Silvers, president, 1051 Stuyvesant Ave., Suite 352, Union, N.J. 07083.



**WINTER SALE STARTS TODAY**

**50% OFF** ORIGINAL PRICE ON
**LONG WOOL & WOOL BLEND COATS & PANT COATS**
MISSY•JUNIOR•½ SIZES

**10% OFF** ALL WEATHER COATS

**LIBERTY INDUSTRIAL PARK**
28 Burma Road, Jersey City, N.J.
STORE HOURS: Tues. thru Sat. 9AM-5PM

Phone **333-3809** We Accept Visa, Mastercard & Discover

DIRECTIONS: Take Turnpike Exit 14B, watch for Burma Road sign and bear left. Turnpike is behind chute at Burma Road and Wall Drive. Park in rear lot.

# Pamrapo... The Financial Information Center For Senior Citizens



With the ever changing tax laws and a vast selection of saving opportunities, Pamrapo would like to help the Golden-Agers in Bayonne and our surrounding communities. If you have any questions concerning your current savings, or about investment options and retirement preparation, Pamrapo would be happy to help People like you are very important to our community. For years, you put your all into the community, by buying homes and raising families. You've made our communities what they are today and Pamrapo would like to give something back, by making sure you are financially secure in your Golden years. Call us today.

*"Senior Financial Hotline"*
**436-8338**



**PAMRAPO FINANCIAL CENTER**

*"If You've Got A Financial Question...Ask Us"*

**PSORIASIS TREATMENT CENTER**
Featuring PUVA THERAPY performed in our office...this treatment works where others fail
*Diseases of the Skin...Skin Surgery...*
*Collagen Injections...Etc.*

FREE

**BAYONNE DERMATOLOGY ASSOCIATES**
Vadim Cherne, MD - Philip LoBuono, MD
New Location! 844 Ave. C
Hours by Appt. 339-6681
Medicaid Accepted•Accepts Assignment on Medicare

Exhibit 16





Exhibit 17



US00D    43S

# United States Patent [19]

## Silvers

[11] **Patent Number:** **Des. 397,543**

[45] **Date of Patent:** **∗∗Sep. 1, 1998**

[54] **TENNIS SHOE**

[76] Inventor: **Steven A. Silvers**. 1751 Colgate Pl.. Union, N.J. 07083

[∗∗] Term: **14 Years**

[21] Appl. No.: **35,610**

[22] Filed: **Mar. 3, 1995**

[51] LOC (6) CL ......................................... **02-04**
[52] U.S. CL ........................................ **D2/902**; D2/897
[58] Field of Search ......................... D2/902, 897, 907, D2/898, 969, 970; 36/45, 83, 84, 102–107, 112–115, 136, 132

[56]             **References Cited**

### U.S. PATENT DOCUMENTS

D. 266,968  11/1982  Railton ........................... D2/969
D. 301,935  7/1989  Jonah ............................ D2/969

| | | | |
|---|---|---|---|
| D. 302,898 | 8/1989 | Greenberg | D2/969 |
| D. 315,633 | 3/1991 | Nakao | D2/970 |
| D. 339,446 | 9/1993 | Teague | D2/970 |
| D. 341,474 | 11/1993 | Winters | D2/897 |

*Primary Examiner*—Doris V. Coles

[57]             **CLAIM**

The ornamental design for a tennis shoe, as shown and described.

### DESCRIPTION

FIG. 1: is a top view of the tennis shoe embodying my design;
FIG. 2: is a right side view thereof;
FIG. 3: is a left side view thereof;
FIG. 4: is a rear view thereof;
FIG. 5: is a front view thereof; and,
FIG. 6: is a bottom view thereof.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**          Sep. 1, 1998          Sheet 1 of 4          **Des. 397,543**



**Fig. 1**

U.S. Patent    Sep. 1, 1998    Sheet 2 of 4    Des. 397,543



Fig. 2



Fig. 3

**U.S. Patent**     Sep. 1, 1998     Sheet 3 of 4     **Des. 397,543**



**Fig. 4**



**Fig. 5**



**Fig. 6**

ClibPDF - www.fastio.com

# Exhibit 18



# BOOK ORDER FORM

*This form must be completed entirely and submitted with your manuscript.*

3212 E. Hwy 30 • P.O. Box 2110
Kearney, NE 68848
1-800-650-7888 • Fax. 308-234-3969

| Book # _____ |
|---|
| Date Rec'd _____ |
| Date ship'd _____ |
| Shipping method _____ |
| # Books ship'd _____ |
| # Boxes ship'd _____ |

1-94

---

## Publisher/Author

Name  **Googles Children's Workshop, Inc.**

Address  **1051 Stuyvesant Ave., Ste. 352**

City  **Union**   State  **N.J.**  Zip  **07083**

Daytime Phone ( **201** ) **339-2131**

Home Phone  ( **908** ) **688-3995**

*All correspondence, including proof, will be sent to publisher unless otherwise noted.*

## Shipping Address

*Better service if delivered to a business address.
We must have a street address. We cannot deliver to a P.O. Box.*

Name  **Michael L. Silvers, President**

Address  **1751 Colgate Place**

City  **Union**   State  **N.J.** Zip  **07083**

Daytime Phone ( **201** ) **688-2174**

## Billing Address

Name  **Same as Publisher/Author**

Address  _____

City  _____   State  ____ Zip  ____

Daytime Phone (_____)_____

### Payment Method
*For first installment*

☑ Check/Money Order    ☐ Visa    ☐ MasterCard

Card # __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

Expires ___/___

Cardholder Signature _____

☐ **Nebraska Orders** check here if tax exempt.  A form will be sent to you to complete.  This form must be completed and returned, or you will be required to pay sales tax on your order.

---

## BOOK SPECIFICATIONS

| | Price Per Book | Price Per Order |
|---|---|---|

**Manuscript Preparation:**    ☐ Typesetting required    ☑ Manuscript is camera-ready

**Est. number of pages when typeset (or camera-ready)**  __100__

**Number of books wanted**  __1000__

**Put Base Price here** (from standard or camera-ready price chart)...................................  __$1.05__

**Additional Features:** (does not apply to camera-ready books)

We have **Art Fillers** (from page 17):  ☐ No   ☐ Yes,  # artwork/fillers _____  $1 each (per order)....  _____
We have **Special Accent Marks:**  ☐ No   ☐ Yes,  # accent marks _____  $1 each (per order).....  _____
We have **Illustrations:**  ☐ No   ☐ Yes,  # illustrations _____  $5 each (per order).....  _____

**Additional Photographs:** (applies to camera-ready & typeset books)

We have **Additional Photos:**  ☐ No   ☐ Yes,  # extra photos _____  $7 each (per order).....  _____

**Paper:** Print our pages on:   ☑ Standard white paper: ☑ White - (Free)  ☐ Cream - 15¢/book............  _____
☐ Heavier paper: ☐ **White - 40¢/book**   ☐ **Cream - 55¢/book**...........  _____
☐ Recycled paper: **25¢/book**......................................  _____

**Text Ink:** ☑ Print our text pages in: Black, Blue, Brown ink (Free)  Specify color:  __BLUE__
☐ Ink color other than black, blue, brown; Specify color: _____  **$75/order** .......  _____

**Text Formats:** **Note:** See pages 11 - 12 of the *Publishing Guide* for explanation of each text format.

| OR | Novel | ☐ N-1 | ☐ N-2 | ☐ N-3 | ☐ N-4 |
|---|---|---|---|---|---|
| | Poetry | ☐ P-1 | ☐ P-2 | ☐ P-3 | ☐ P-4 |

*PLEASE NOTE: If form is not completed in entirety, we reserve the right to make selections pertaining to colors, binder choices, etc.*

| | Price Per Book | Price Per Book |
|---|---|---|

or
- ☐ I do not wish to include any of the items below in my book.
- ☑ I would like Morris Publishing to handle the filing for the items checked below:
  - ☑ Copyright - **$50** + 2 copies of book for deposit.................................................. **$50.00**
  - ☑ ISBN - **$60**.......................................................................................... **$60.00**
  - ☑ Library of Congress Catalog Card Number - **$20** + 1 copy of book for deposit.......... **$20.00**
  - ☑ Bar Code - **$15**..................................................................................... **$15.00**

or
- ☐ I have filed for the following items and the information is included with my manuscript.
  - ☐ Copyright     ☐ ISBN     ☐ Library of Congress Catalog Card Number     ☐ Bar Code

## BOOK STYLE - choose only one style     (see pages 20-24 )

☑ **Perfect Binding** (no extra charge - included in base price)

☐ **Comb Binding**
- ☐ Soft Cover (**25¢/book**) ....................................................................... _____
or
- ☐ Hard Cover: 300-500 books=**$1.55/book**     501-1000 books=**$1.10/book**
  1001-2000 books=**$1.05/book**     2001+books=**95¢/book**......................... _____
  **Liners: (for hard cover only)**
  - ☐ Standard white liners, at no additional charge.
  or
  - ☐ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**........ _____

Comb binding colors (choose one color). See page 31.
- ☐ Green      ☐ Yellow      ☐ Red      ☐ Gray      ☐ Maroon
- ☐ Wedgwood   ☐ Blue        ☐ Forest   ☐ Ivory     ☐ Brown
- ☐ Black      ☐ White       ☐ Clear

- ☐ **Imprinted comb binder**: 200-1000 books = 35¢/book;     1001+ books = 30¢/book ............................... _____
  - Print binder to say: _____
  - Binder imprint ink color: (**any color**) Specify color: _____

☐ **Wire Binding**
**Choose a Wire Color:**     ☐ Black     ☐ White
- ☐ Soft Cover (**30¢/book**) ....................................................................... _____
or
- ☐ Hard Cover: 300-500 books=**$1.60/book**     501-1000 books=**$1.15/book**
  1001-2000 books=**$1.10/book**     2001+books=**$1.00/book**......................... _____
  **Liners: (for hard cover only)**
  - ☐ Standard white liners, at no additional charge.
  or
  - ☐ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**........ _____

☐ **Case Binding** 300-500 books=**$3.75/book**;     501-1000 books=**$3.20/book**;     1001+=**$2.90/book**.................... _____
- **Cloth cover colors** (choose one color). See page 32.
  - ☐ Red      ☐ Green      ☐ Light Blue      ☐ Dark Blue      ☐ Taupe      ☐ Dark Tan
- **Metallic foil colors** (choose one color).
  - ☐ Gold      ☐ Silver      ☐ Black      ☐ Red      ☐ Blue      ☐ Maroon

Wording for Title: _____
Wording for Sub-Title: _____

☐ **3-Ring Binding** 300-500 books=**$2.65/book**;     501-1000 books=**$2.45/book**;     1001+=**$2.25/book**............... _____
- **Liners:** ☐ Standard white liners, at no additional charge.
  or
  - ☐ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**........ _____

| | Price per Book | Price per Order |
|---|---|---|

## COVER DESIGNS – does not apply to case bound books (see pages 25-35)

Wording for Title: _____

Wording for Sub-Title: _____

**Morris Publishing Covers** (see page 26)
- ❏ A17    ❏ A26    ❏ A38    ❏ A45

**Custom Designed Front Cover** (Enclose artwork & cover template if submitting a custom cover.)
- ☑ Please use artwork/photo submitted as camera ready, without changes.
- ❏ Please use artwork/photo submitted, but typeset wording.
- ❏ Please have your art department design cover from enclosed sketches or ideas.

**Custom Designed Back Cover** (Enclose artwork & cover template if submitting a custom cover.)
- ☑ Please use artwork/photo submitted as camera ready, without changes.
- ❏ Please use artwork/photo submitted, but typeset wording.
- ❏ Please have your art department design cover from enclosed sketches or ideas.

**Cover Color:** See page 30. Color chosen will also be used for the back cover.
> *Do not* choose a color if using a Morris Publishing or custom full-color cover.

| | | | | |
|---|---|---|---|---|
| ❏ Red | ❏ Peach | ❏ Process Blue | ❏ Kelly | ❏ Black |
| ❏ Rose | ❏ Yellow | ❏ Powder Blue | ❏ Green Frost | ❏ White |
| ❏ Pink | ❏ Cream | ❏ Country Blue | ❏ Smoke | |

**Ink Colors for Front/Back Cover:** See page 25. Will also be used on book spine (if applicable).

**Ink Colors for One Color Designs**

Standard:   ❏ Black   ❏ Red   ❏ Blue   ❏ Green   ❏ Brown ............ **No Charge**

Other Colors: Specify ink color: _____ **$35/order**............................. _____

Special Colors: ❏ White, silver, gold or PMS color. Specify ink color: _____ **$75/order** _____

❏ **Multiple Color Designs:** (one standard ink is FREE)
- **Up to 500 books = $40 each color/order** (White, silver, gold, PMS= $75/color)
- **501+ books = $55 each color/order** (White, silver, gold, PMS= $75/color).................... _____
- Specify ink colors: _____

☑ **Full-color Custom Designs:** *300 book minimum order*
| | | | |
|---|---|---|---|
| 300 books = $1.20/book | 500 books = 77¢/book | 1000 books = 41¢/book | 2000 books = 33¢/book |
| 3000 books = 28¢/book | 4000 books = 26¢/book | 5000 books = 24¢/book.............................. | **.41¢** |

## SPECIAL SERVICES    (see page 49)

> *These items are sold in multiples of these quantities only.*

| | | | | | |
|---|---|---|---|---|---|
| ☑ **Padded Envelopes** (25 per case) | # of cases | 4 | x $11 | $44.00 .............. | $ 44.00 |
| ❏ Individual Shipping Boxes (10 per case) | # of cases | | x $6 | .............. | |
| ☑ **Display Boxes** (10 per case) | # of cases | 1 | x $30 | $30.00 | $ 30.00 |

**Total ALL Columns** $ 1.46   $ 219

Special Instructions: _Please call the day before delivery is to take place (908)688-2174 or (201)339-2131. Send proof for review and final approval prior to printing order. Thank you!_

| | | |
|---|---|---|
| # Books ordered | 1000 | X green column = $1,460.00 |
| | Total gray column + | 219.00 |
| | * **Total Estimated Cost** = | $1,679.00 |
| | First Payment - 33% | $ 550.00 |

* Shipping charges and tax (when applicable) will be added to final payment.

# TERMS & CONDITIONS

*This order form must be signed and submitted with your manuscript.*

## TERMS OF BOOK ORDER FORM

Morris Publishing, hereinafter referred to as the Company, agrees to publish an original book in accordance with information furnished on this order form. The purchaser, hereinafter referred to as the Customer, agrees to furnish all text and other material to be published in Customer's book.

## MATERIALS

Sketches, artwork, copy, plates, film negatives and any other work created or furnished by the Company, shall remain the exclusive property of the Company. This work cannot be used, nor any ideas obtained from this work, without written permission and compensation of the Company. Film negatives will be stored by the Company for five years.

## TYPESETTING

Typesetting is included in the base price of the book and is based on receiving original copy, clearly typed on one side of a sheet of paper, and conforming to one of the Company's book formats. Copy not submitted in this manner may incur additional typesetting charges.

## PRODUCTION

The Company assumes responsibility for scheduling and production of the books with normal production time, for books requiring typesetting, at 45 to 60 WORKING DAYS after we receive the manuscript. Production schedule for camera-ready books is 35 to 45 WORKING DAYS. However, the Company reserves the right to adjust production schedules due to heavy seasonal demands, shortages, strikes, fire, energy failure, equipment breakdown, supplier or carrier delays or any other reasonable causes whatsoever. We cannot promise or guarantee ship dates other than our normal production time. Customer delays may alter final delivery date.

## PROOF & CORRECTIONS

A proof will be submitted to the Customer with original copy. Corrections are to be made on this proof and signed by the customer. The Company reserves the right to use our judgment on design of artwork and cover, if no definite instructions are given. The Company will endeavor to do our best to produce error-free books. However, material submitted by Customer or inadequate final proofing by Customer may result in errors that are not the Company's fault. The Company is not responsible for errors under these conditions: if the work is printed per Customer's OK; if changes are communicated verbally; if Customer failed to return proof with corrections; or if Customer instructed the Company to proceed without submission of a proof. The Company will assume responsibility to correct errors in the event that any subsequent printings are ordered, if Customer provides corrections at time of reorder. **Note:** After the book is in production, the Company cannot guarantee change orders from the submitted order form. **Color Proofs:** Due to differences in equipment, processing, paper, inks and other conditions between color proofing and printing, a reasonable variation in color between proofs and completed job shall be acceptable.

## SHIPPING

The Customer pays the freight on all book orders. Estimated shipping costs will be provided and are to be included with final payment, due before books are scheduled for shipment. Unless otherwise noted, costs are for a single shipment, without storage. Orders are shipped via U.P.S. or motor freight carrier (truck). The Customer may request faster service (i.e., bus, air freight, etc.). Shipping outside the Continental United States, APO or FPO addresses, will be shipped Parcel Post (Special 4th Class Book Rate).

**Note:** As is customary in the printing trade, all orders are subject to a 10 percent overrun and underrun factor and will be shipped, invoiced and billed accordingly. Under no circumstances are books to be returned without the Company's written approval. Defective books not due to shipping damage must be reported to the Company within 90 days of ship date. The Company reserves the right to repair, replace or credit defective books.

## PAYMENT

One-third of the total printing bill will be due when the manuscript and other materials are submitted to the Company. The second one-third will be due when the Customer returns the proof; and the final one-third (including shipping costs) will be due before the books are scheduled for shipment. All accounts over 90 days will be considered over-due and will be charged 1 1/2% interest per month (18% per annum). If collection services are necessary to collect over-due accounts, the Customer is liable for any such fees incurred. All prices are based on payment in U.S. Currency.

## CONDITIONS

This book order form is a binding contract between the Company and the Customer; no other statements or oral agreements are binding. Cancellations after this order form is received will still hold the Customer responsible for costs incurred by the Company concerning actual preparation and/or production on order. In the event of unusual customer delay, the Company reserves the right to bill for work completed. We reserve the right to accept or reject all order applications and manuscripts (including camera-ready or those needing typesetting). The Company's promotional card will be in the back of every book published.

## INDEMNIFICATION

The Customer shall indemnify and hold harmless the Company from any and all loss, cost, expense and damages on account of any and all manner of claims, demands, actions and proceedings that may be instituted against the Company on grounds alleging that the said printing violates any copyright or any proprietary right of any person, or that it contains any matter that is libelous or scandalous, or invades any person's right to privacy or other personal rights, except to the extent that the Company has contributed to the matter. The Customer agrees to, at the Customer's own expense, promptly defend and continue the defense of any such claim, demand, action or proceeding that may be brought against the Company, provided that the Company shall promptly notify the Customer with respect thereto, and provided further that the Company shall give to the Customer such reasonable time as the exigencies of the situation may permit in which to undertake and continue the defense thereof.

## Signature Required

I have read the *Guide Book* and the terms above and authorize the Company to compile and print a book in accordance with the information furnished on this order form.

Self-Publisher _____     Social Security # ___ ___ ___ - ___ - ___ ___ ___ ___     Date_____

# Exhibit 19



# GOOGLES

### AND

## THE PLANET OF GOO

# GOO

**Steven A. Silvers**

Printed in the United States
of America by:

**Morris Publishing**
**3212 E. Highway 30**
**P.O. Box 2110**
**Kearney, Nebraska  68847**

**First Printing:  May, 1996**

ISBN: 1-57502-184-6

Library of Congress Catalog Card No.: 96-94384

The Googles logo,  children's books, and
illustrations are the products and trademark of:


**The Googles Children's Workshop, Inc.**

An affiliate of:

**SAS Entertainment Group.**

Pro

**The**
**P.C**
**Uni**
**(90**

**Co**

**Wr**

**Co**
**by**

**Co**
**illu**

**Ed**

**Al**
thi
ma
pe
in
th

# GOOGLES

# AND

# THE

# PLANET OF GOO

## VOLUME I

### by:  Steven  A.  Silvers

---

**The Googles Children's Workshop, Inc.**
**P.O. Box 2123**
**Union, New Jersey  07083**





A CHILDREN'S EDUTAINMENT BOOK

GOOGLES

™

Exhibit 20

### Googles Tracking Log

| Name & Address | Date | Price | Postage |
|---|---|---|---|
| Marsha Genaro<br>301 San Jose Blvd<br>St. Augustine, Fl 32086 | 6-21-96 | (2) | N/A |
| Laura Yelving ton<br>560 Anderson St.<br>St. Augustine, Fl 32095 | 6-22-96 | (1)<br>9.95 | |
| Timothy Last (Karen)<br>922 Viscaya Blvd.<br>St. Augustine, FL. 32086 | 6-24-96 | (1)<br>9.95 | |
| Hendrick Gil                    Promo | 6-25-96 | (1) N/A | |
| Denise Roztowski / sent to Jessica (first)<br>3201 E. Joppa Rd.<br>Baltimore, MD. 21234        Promo | 6-25-96 | (1) | 2.62 |
| Joshua Silvers             Family<br>825 Harbor Ave. | 6-28-96 | (1) | 3.00 |
| Matte Prince            Julie<br>1412 San Jose Blvd     Mathew<br>St. Augustine, Fl 32086  Rachael | 7-6-96 | (1)<br>9.95 | |
| Renee' Arie              Family | 7-8-96 | (1) | 1.24 |
| Jessica Ruter          Promo<br>c/o Gerald C. Ruter<br>3201 E. Joppa Rd. Baltimore Md. 21234 | 7-8-96 | (1) | 1.24 |
| Joe DiCicco             Promo<br>23 Bay 7th St.<br>Brooklyn N.Y. 11228 | 7-10-96 | (3) | 1.74 |
| Dane Ruser              Promo<br>"Googles Appendix" | 7-10-96 | (1)<br>N/A | |
| Jayne Foreman  Court Rep./James<br>2533 Bluffton Dr.          &<br>Jacksonville, Fl. 32224    Jennifer | 7-12-96 | (1)<br>9.95 | 1.24 |
| Paul White / Inventor's Helper  Promo<br>225 Main St. Ste: 201<br>Northport, NY. 11768 | 7-12-96 | (1) | 1.24 |
| Alex Messina Jr.          Promo<br>c/o Alex Messina        11365<br>65-82 160th St. Fresh Meadows, NY | 7-12-96 | (1) | 1.24 |
| Deuce Thompson           Promo<br>30 Chestnut St.<br>Red Bank, N.J. 07701 | 7-12-96 | (1) | 1.24 |
| Caryn Ronne Schneiderman  Promo<br>19 N. 7th Ave<br>Highland Park, N.J. 08904 - 2933 | 7-12-96 | (1) | 1.24 |

## Googles Tracking Log

| Name & Address | | Date | Price | Postage |
|---|---|---|---|---|
| Mrs. Jeannette Jackson<br>905 Turtle Creek Dr.<br>Ashville, NC. 28803 | Promo | 7-12-96 | (1) | 1.24 |
| Bob Polland c/o Rodney Polland<br>4061 Budd Rd.<br>New Symrne Bch. Fl 32168 | Promo | 7-12-96 | (1) | 1.24 |
| Linda Bolante<br>39 Sea Eagle Cir.<br>St. Augustine, Fl 32086 | Telisha<br>Laren<br>Nicholas | 7-13-96 | (1)<br>9.95 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit 21







# CREDIT MEMO

**# 012439**

## FROM CONSIGNMENT INVOICE # _16952_

☐ NAME CHANGE  ☐ ADDRESS CHANGE                    **PAGE 1 OF** _1_

| DATE 6/5/97 | TOWER RECORDS/VIDEO/BOOKS |
|---|---|
| CONSIGNOR The Googles Children's Workshop Inc | STORE NUMBER 154   LOCATION Rockville |
| STREET ADDRESS P.O. Box 60210 | STREET ADDRESS 15013 Rockville Pike |
| CITY Potomac  STATE MD  ZIP 20859-0210 | CITY Rockville  STATE MD  ZIP 20852 |
| CONTACT PERSON (PRINT) Steven Silvers | MANAGER (PRINT) Eric Parsons |
| PHONE (301) 299 4939 | PHONE (301) 468-8901 |

| ARTIST / AUTHOR    TITLE / NUMBER | FORMAT | SELLING PRICE | UNITS SOLD | X | UNIT COST | = | TOTAL $ |
|---|---|---|---|---|---|---|---|
| Steven Silvers  "Googles & the Planet | TR | 995 | 1 | x | 4.98 | = | 4.98 |
| of Goo" | | | | x | | = | |
| isbn- 1575021846 | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |

| | TOTAL SOLD: | 1 | | $ 4.98 |
|---|---|---|---|---|

PAYMENT CHECK WILL BE SENT TO THE STORE.   PLEASE CALL THE STORE MANAGER WITH ANY QUESTIONS REGARDING THIS ACCOUNT.

| DISPOSITION OF REMAINING PRODUCT: | |
|---|---|
| _____ UNITS RE-CONSIGNED ON NEW INVOICE # _____ | CHECK #: _____ |
| 5 UNITS RETURNED TO CONSIGNOR ON: 6,24,97 (DATE) | AMOUNT: $ _____ |
| _____ UNITS WILL BE DISPOSED OF UNLESS PICKED UP BY CONSIGNOR BY: ___/___/___ (DATE) | MAILED  /  PICKED UP    DATE: ___/___/___ |

CONSIGNOR SIGNATURE _Signature On File_    MANAGER SIGNATURE _____

WHITE  SEND TO THE A/P DEPT; ATTACH THE PINK COPY OF ORIGINAL CONSIGNMENT INVOICE          YELLOW  CONSIGNOR COPY          PINK  STORE'S PAID CONSIGNMENT FILE. ATTACH THE GOLD COPY OF ORIGINAL CONSIGNMENT INVOICE

A/P USE ONLY: VENDOR #: _____    A/P DATE: ___/___/___    REQ. BY: _____    APPR. BY: _____

INV. DATE: ___/___/___    INV #: _____    INV. AMT: $ _____    STORE #: _____

C.M. DATE: ___/___/___    C.M. # _____    C.M. AMT: $ _____

469183

DEPARTMENT 12 VENDOR 3000112394

| INVOICE DATE | STORE | INVOICE NUMBER | INVOICE TOTAL | DISCOUNT TAKEN | AMOUNT |
|---|---|---|---|---|---|
| 11/26/96 | 1715+ | 16952 | 29.88 | .00 | 29.88 |
| 3/05/97 | 1715+ | CM12489 | 24.90- | .00 | 24.90- |
| | | | 4.98 | .00 | 4.98 |

*Dep. on 7/14/97*

CHECK NUMBER 469183    WHEN DETACHED AND PAID THE BELOW CHECK BECOMES A
RECEIPT IN FULL PAYMENT OF THE ABOVE ACCOUNT.

PLEASE DETACH BEFORE DEPOSITING
NO OTHER RECEIPT NECESSARY

Exhibit 22



# *The* GOOGLES

## CHILDREN'S WORKSHOP, INC.

MICHAEL SILVERS, Pres.
P.O. Box 2123
Union, NJ 07083

Robert S. Malina
90 Victory Blvd.
New Rochelle, New York 10804

July 8, 1996

Hi Bob:

It was a pleasure speaking with you this past Monday. Once again, thank you for taking the time to do so.

As per our discussion, I've enclosed two copies of my "self-published" children's edutainment book. Upon your review, if you feel the material is worthy of your time to pass along to some of your publishing and/or entertainment associates/contacts, I'd be very honored and grateful in your doing so.

If you feel the need for me to send you a few more copies of my text, by all means, please don't hesitate to let me know and I'll get them to you immediately.

Like I informed you when we spoke, I believe I am on to something very special and I don't mean to be tooting my own horn, however, I've done extensive research as to the potential of my Googles' project and now I'm in need of a few door openers to make my dream become a reality.

Ilan has spoken very highly of you and told me that you had quite a few solid contacts in both the publishing and entertainment world.

Being that TOYLAND U.S.A. is desperately searching for the next BARNEY (TOYLAND HERO) I think I have just what the doctor has ordered.

So without further ado my new kids from GOO: Googles, Giggles, and Goggles, would like to say--it's a pleasure to meet you!.

Here's hoping I'll be hearing your "good word" soon, and

---

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

Robert S. Malina
Page 2.
July 8, 1996

until then, all of us at the Googles Children's Workshop wish
you and yours a.....

                              **GOO DAY!**

Sincerely yours,




Steven A. Silvers

P.S.  I've enclosed an outline of the Googles' project to sort
of give you a better idea as to where we're headed with the
concept.  I'll plan on calling you in a few weeks to learn
what headway, if any, you've made concerning the book.  Thank
you for any assistance you can lend to me.

cc:  Michael L. Silvers, file
encls:  (2)




SAS/mpg



**Children's Workshop, Inc.**
**P.O. Box 2123**
**Union, NJ 07083**
**(908) 688-3995**

August 7, 1996

Charles A. Smith, Ph.D
Department of Human Development
and Family Studies
Kansas State University
Manhattan, Kansas 66506

Dear Mr. Smith:

I read with interest your wonderfully written book: *"From Wonder to Wisdom."* It was a great read for me.

I'm a self-published children's book writer.

My first book is titled: *"Googles and the Planet of Goo."* It is a children's edutainment type book, teaching the children of today, visions of tomorrow. Incorporated into my concept is a fun filled way for a child to increase his/her vocabulary while also teaching lessons in conceptual awareness and social values.

I would very much like to know if you could, perhaps, lend me some of your professional tips on how I might be able to get my book professionally reviewed and/or critiqued.

I've not yet officially released my book for sale. We are still conducting our own grass roots surveys and the results have been wonderful., However, I'm not looking for praise--not just yet. On the contrary, I'm in search of some professional criticism and an honest evaluation of my work. Any suggestions would be most graciously appreciated.

I would be only to honored if you would consider giving your input of my first adventure series Googles' book. Upon your request I would be elated to forward to you a copy of same.

Hoping to hear from you soon; until then I remain:

Cordially yours,

Steven A. Silvers

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

September 27, 1996

Courtney Jones
25264 Malibu Road
Malibu, CA 90265

Hi Courtney:

I've decided to try my luck and write to you a second time since my last correspondence may have been overlooked or perhaps you've been too busy and inadvertently may have forgotten all about it.

In either event, a mutual friend, Robert Land, suggested I write to you again to see what avenues we may pursue surrounding my children's edutainment book, which I've self-published, to our mutual benefit.

I've tried calling you several times but have been unable to reach you.

As Robert may have told you, I've worked diligently on a wonderful children's "young reader's" combination adventure and educational book. It is geared toward children ages 7 & up. I'm now ready to promote, market, and distribute it nationwide. Robert suggested I write to you because he felt you could be a source of exposure for the text.

I've not enclosed a copy because I'll first want to speak with you to learn of your interests and whether or not you may want to become involved with the project.

If you could let me know when is a good time to reach you and on what number, keeping in mind that I'm on the East coast, I'd be only to happy to give you a buzz.

For now, I'm living with my sister and don't have my own private line, however, if you wish you may FAX your info to me at 301-762-3247 and I'll respond accordingly.

Hope to hear from you soon and until then, I remain:

Sincerely yours,


Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

Contact Number:  (718)549-9393

Elaine Ruiz
5800 Arlington Avenue
Riverdale, New York 10471

October 1, 1996

**RE:  GOOGLES AND THE PLANET OF GOO**

Hi Elaine:

Thank you for taking the time to speak with me about my Googles' project and the children's edutainment book I've written.

As per our conversation I've enclosed a copy of my book for your review and further interests.

I look forward to hearing from you, at your convenience, to discuss what, if anything, you can do to assist me, in your area, with the successful marketing, distribution, and promotion of my Googles' concept.  Until then you have yourself a...

**GooDay!**

With warmest regards,

Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

cc:  file
encls:  (1)

P.S. Please use the Maryland address when corresponding with me and you can leave a message at:  (301)762-1266. Thank you!

(Contact Name:  Marry Ellen Kenny (212)633-3400

BARNES & NOBEL
ATTN:  Small Press Dept.
(New Book Acquisition Supv.)
122 5th Avenue
New York, New York 10011

October 1, 1996

**RE:  GOOGLES AND THE PLANET OF GOO**

TO WHOM IT MAY CONCERN:

Upon speaking with Mary Ellen it was suggested that I
provide your department with a copy of our recently
published children's edutainment book as captioned above.

We at the Googles Children's Workshop are very proud of our
first printing and look forward to hearing of your comments
and possible interests in the promotion and distribution of
our educational and entertainment text.

Here's hoping to hear from you soon and until then your have
yourself a...


                        GooDay!


Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

cc: file
encls:  (1)

P.S. Please forward your correspondence to the Maryland
address.  Thank you!

Lauriats, Inc.
Attn:  Children's Book Buyer
10 Pequot Way
Canton, MASS. 02021

October 17, 1996

<u>RE:  **GOOGLES AND THE PLANET OF GOO**</u>

TO WHOM IT MAY CONCERN:

My name is Steven A. Silvers and I'm the self-published author of the enclosed children's edutainment book as referenced above.

A relative of mine approached the store manager of Encore Books in the Rosehill shopping Center, Thornwood, New York. The purpose of her visit was to seek the store manager's interest in selling our company's book.  The interest was, indeed, sparked, however, it was suggested, due to Encore's policy, that I submit a copy of my book to your corporate headquarters for distribution consideration.

Accordingly, I've enclosed a complimentary copy of **GOOGLES AND THE PLANET OF GOO**.  The store manager is willing to order copies of our book, and I'm hopeful you'll consider to carry them as a welcomed addition to your existing line of children's book.

Please feel free to contact me at your convenience to discuss pricing and terms.  Here's hoping we'll hear from you soon and until then have yourself a...**GooDay!**

Sincerely,


Steven A. Silvers

P.S.  New mailing address is:  P.O. Box 60210, Potomac, MD 20859-0210.  (301)299-0507 (alternative contact number).

Price Club
Attn:  Pennie Clark
999 Lake Drive
Issaquah, WA 98027

October 18, 1996

Hi Pennie:

I left a message on your voice mail last week but I don't
know if I pressed the right button or not in order for you
to retrieve it.

In either event, I must tell you it was a very clear and
concise message and you have a lovely speaking voice, too.

Since I've not heard from you, I thought I'd take a chance
and write you this letter of introduction.

We, at the Googles Children's Workshop, are very proud of
our latest children's edutainment book release.  Upon
perusing the children's book section of one of your Price
Club stores in the Rockville, Maryland area, I was quite
impressed with your selection, and I believe our GOOGLES AND
THE PLANET OF GOO would be a great compliment to your
existing titles offered to your customers.

I've enclosed a complimentary copy of our text for your
review and distribution consideration.  At the present time
we are a self-published company promoting and licensing our
product lines on an independent basis.  If, upon your review
of our book, you'd like to discuss pricing and distribution
opportunities, I would very much like to hear from you at
your convenience.

Hope you enjoy reading our adventure and educational
book/concept.  Share it with a few children, ages 7 and up,
to see how they react to our alien character, Googles, and
the storyline or his adventures from the Planet of Goo to
Earth.

.nnie Clark
age 2
<u>October 18, 1996</u>

Here's hoping to hear from you soon and until then you have
yourself a....


**GooDay!**


Sincerely,



Steven A. Silvers


P.S. My new mailing address is:  P.O. Box 60210, Potomac,
Maryland 20859-0210.  Phone No.:  (301)299-0507 (Home),
or (908)688-3995 (Corporate Office No.).

Thomas L. Phillips, President
Phillips Publishing International, Inc.
7811 Montrose Road
Potomac, MD 20854

October 21, 1996

Dear Mr. Phillips:

It was a pleasure meeting you at the Bullis Library Fund
Raising Ceremony this past Sunday.

I wanted to once again, personally, thank you for taking the
time to speak with me about my self-published children's
edutainment book--GOOGLES AND THE PLANET OF GOO.

It was also very kind of you to accept the complimentary
copies of my book and your offer to try and assist me with
my distribution needs through one of your personal contacts
in the children's book publishing industry.

I've always been a firm believer in the old adage:  "NOTHING
VENTURED, NOTHING GAINED!"

We, at the Googles Children's Workshop, believe that we have
a fine book and our educational and entertainment values are
a welcome alternative to all of the unnecessary violence
currently being foisted upon the children of today with
visions of tomorrow.

Once again I thank you for speaking with me and any
assistance you can offer is most certainly greatly
appreciated.  I know the children's book market is a highly
competitive one, and to crack the market is not going to be
an easy task.  However, I'm confident that Googles, Giggles,
and Goggles, from the imaginary planet of Goo, have great

.nas L. Phillips, President
ge 2
.tober 21, 1996

potential and all I need is a door opener; the characters
and storyline will do the rest.

Here's wishing you continued success in all of your life's
endeavors, continued good health and a happy and healthy
forthcoming holiday season to you and yours.

**Have A GooDay!**

Sincerely yours,



Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

(301)299-0507 (local contact number)

cc:  file

IGRAM BOOK COMPANY
Attn:  Wanda Smith
One Ingram Blvd.
LaVergne, TN 37086-3629


November 12, 1996


**RE:  NEW BOOK ACQUISITION**

Dear Ms. Smith:


As per your informative message, please find enclosed a
courtesy copy of our children's edutainment text for your
review and distribution consideration.


Currently our book is being sold, on a consignment basis, in
the Tower Records & Books store in Rockville, MD as well as
a local children's book store by the name of Leaf Through,
also located in Rockville, MD.  Additionally, Borders Books
(White Flynt Mall) Rockville, MD has expressed interest and
is currently evaluating our book for possible consignment
placement.


A feature story is due to be published in the local Potomac
Gazette newspaper next week.  The gist of the article will
be centered around our children's edutainment text and its
educational and entertainment value for the "children of
today with visions of tomorrow."

Ms. Wanda Smith
Page 2
<u>November 12, 1996</u>


I'm looking forward to your review of GOOGLES AND THE PLANET
OF GOO and to learn of your possible interests in
distributing it nationwide.  Here's hoping to hear from you
soon and until then, as we say on the planet of Goo, have
yourself a...


                    **GooDay!**


Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210

(301)299-4939

cc:  file
encls:  (1)

CROWN BOOKS
Attn: Richard Lowe
3300 75th Avenue
Landover, MD 29785

November 12, 1996

Dear Mr. Lowe:

As per your message on my voice mail last week, in response
to my inquiry with Crown Books, I've enclosed a courtesy
copy of our children's edutainment book for your review and
distribution consideration.

I might also inform you that a feature article is being
published in the Potomac Gazette, within the next two weeks,
about our children's edutainment book: GOOGLES AND THE
PLANET OF GOO.

Hopefully, upon your review of the book you will feel it
worthy of being carried in your chain of book stores.  I
would be willing to place our books, on a consignment/test
market basis, in one or two of your stores in the local
Rockville area at which time you could determine for
yourself whether or not you would like to purchase them
through one of your preferred book distributors.

I've already contacted Koen, Baker & Taylor, and Ingram, all
of whom are currently evaluating the book for distribution
purposes.

Mr. Lowe
Page 2
**November 12, 1996**


Here's hoping to hear from you at your earliest convenience
and until then, as we say on the planet of Goo, have
yourself a...


                        **GooDay!**


Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

KOEN BOOK DISTRIBUTORS, INC.
Attn:  Shelia Kowalsky
New Acquisition Department
10 Twosome Drive
P.O. Box 600
Moorestown, N.J. 08057

November 12, 1996

Dear Shelia:

As per your instruction via your taped message please find
enclosed a copy of my self-published children's edutainment
book for your review and distribution consideration.

At the present time my books are on consignment in Tower
Records & Books, Rockville, Maryland, as well as Leaf
Through Books, Rockville, Maryland.  Additionally, Borders
Books (White Flynt Mall) Rockville, Maryland is currently
considering consignment placement as well.

I might also add that a feature story is scheduled to be
published in the Potomac Gazette "local" newspaper (20,000
circulation) next week about my self-published children's
book:  GOOGLES AND THE PLANET OF GOO.  This should stimulate
sales in the book stores that I've previously mentioned.

I would very much like to learn of your review and possible
interests in carrying my edutainment text and shall await
your reply at your earliest convenience and until then have
yourself a...

**GooDay!**

Sincerely,


Steven A. Silvers                    cc:  file
P.O. Box 60210                       encl: (1)
Potomac, MD 20859-0210
(301)299-4939

BORDERS INC.
Corporate Headquarters
Attn:  New Acquisition Dept. Buyer
311 Maynard Street
Ann Arbor, MI 48104

November 13, 1996

**RE:   NEW ACQUISITION AND/OR CONSIGNMENT PLACEMENT
       "GOOGLES AND THE PLANET OF GOO"**

Dear Buyer:

Please excuse my not being more formal as I attempted to acquire your name from the local Borders' Book store here in Rockville but was unable to do so.

In either event, please find enclosed a courtesy copy of my self-published children's edutainment book for your review and distribution consideration with Borders Books, Inc.

In the event that you would like to give me the opportunity of placing my book in one or more of your retail stores on a sort of test market basis, I'd be glad to do so on a consignment basis.  I've gotten very good reviews and as a matter of fact the local newspaper is doing a feature story on me and my book this month.

Books are currently being sold in Tower Record and Books in Rockville (on a consignment basis) and several of the other local bookstores as well.

I approached the manager of Borders here at White Flynt Mall and was informed to submit my book and request directly to corporate headquarters.

Page 2
November 13, 1996

Here's hoping you'll find my Googles' adventure and educational text worthy of distribution consideration by Borders Books. Hope to be hearing from you soon and until then--as we say on the planet of Goo--have yourself a...

**GooDay!**

Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

encls: (2)

LAURIATS, INC.
Attn:  Children's Book Buyer
10 Pequot Way
Canton, MA 02021

November 14, 1996

RE:  FOLLOW UP TO LAST LETTER OF OCTOBER 17, 1996

TO WHOM IT MAY CONCERN:

This is my second letter of inquiry seeking your company's
interests in distributing my children's edutainment book in
the Encore book stores (specifically the one in the Rosehill
Shopping Center, Thornwood, New York).

So as not to sound redundant, I've enclosed a copy of my
last letter which is self explanatory.

I don't mean to make a pest of myself, however, the store
manager of Encore books, in Thornwood, New York has
expressed a desire to carry my book and there are sales that
could be made if he had access to them.  As I've informed
you in my last letter, the store's manager has openly
expressed a desire to carry my book.  However, according to
Encore's policy he can only procure it through your company.

I would very much appreciate a call from you to discuss
pricing and terms at your earliest convenience.  The holiday
season is upon us and it makes good sense to have my book
made available through your distribution network.

Hoping to hear your "good word" and until then, as we say on
the planet of Goo, have a....**GooDay!**

Sincerely,


Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210

encls: (1)

TOYS 'R' US
Attn:  Ms. Leah Michaels
461 From Road
Paramus, New Jersey 07652

October 17, 1996

Hi Leah:

Upon speaking with Rick Downs, Regional Office, Frederick, Maryland, he suggested I contact you, directly, for submission and review of our children's edutainment book.

We, at the Googles Children's Workshop, are very proud of our latest children's edutainment book release.  Upon perusing the Books 'R' Us section of one of your larger Toys 'R' Us stores in the Rockville, Maryland mall, I was very impressed with the layout and easy accessibility of children's books offered.

I believe that our GOOGLES AND THE PLANET OF GOO would be a great compliment to your existing titles currently being offered to your customers.

Accordingly, I've taken the liberty of enclosing a complimentary copy of our text for your review and distribution interests.  At the present time, we are a self-published company promoting and licensing our product line on an independent basis.  If, upon your review of our book, you'd like to discuss pricing and distribution opportunities, I would very much like to hear from you at your convenience.

Hope you enjoy reading our adventure and educational book/concept.  Share it with a few children, ages 7 & up, to see for yourself how they reach to our alien character, Googles, and the storyline of his adventures from the Planet of Goo to Earth.

Here's hoping to hear from you soon and until then you have
yourself a...

**GooDay!**

Sincerely,


Steven A. Silvers

P.S. My new mailing address is:  P.O. Box 60210, Potomac,
Maryland 20859-0210.  Phone No.:  (301)299-0507 (Home), or
(908)688-3995 (Corporate Office No.).

David Schlesenger, President
ZANYBrainy
308 East Lancaster Avenue
Wynnewood, PA 19096

December 3, 1996

Dear David:

I visited your Rockville, Maryland ZANYBrainy store, in the Federal Plaza Shopping Center, several weeks ago. Upon my doing so, I introduced myself to Noah Israel, the store manager. I informed Noah that I was a local self-published author who was interested in exploring the possibilities of placing my children's edutainment adventure book in your Rockville store--on consignment if necessary. After a courteous explanation, by Noah, that ZANYBrainy does all of its buying through its regional offices, Noah proceeded to inform me that the best shot of accomplishing my goal was to mail a copy of my book directly to the Regional Office.
I was then informed that you would be touring that particular facility and was expected momentarily. I offered Noah a copy of my book to be given directly to you for your review and interests.

Now for the rest of the story, as Paul Harvey would say!

Noah accepted my book and business card and promised to deliver it to you. I've since understood from him that you had suggested to him that the book be forwarded to someone else in your organization for proper evaluation and distribution considerations. I have been unsuccessful in finding out who that someone is and how may I get in touch with him/her.

I understand from my research that you were the successful entrepreneur that started Encore Books and have since sold the company and that you recently began building the ZANYBrainy Store concept primarily, for the time being, of course, in the Northeast. It is for that reason I chose to

David Schlesenger
Page 2.
December 3, 1996

reach out to you like I had, via Noah, and see if I couldn't muster some sort of positive reaction from you about my characters and the book's storyline, too. When I went to followup with Noah as to whether or not he was successful in approaching you and personally hand delivering my book and business card, he responded that you suggested to him to forward the text to someone in the Regional Office who could better evaluate the product.

I just wanted to thank you for this kind gesture and I've enclosed a set of articles that appeared in the second largest newspaper in the state of Maryland. My books are currently being sold on consignment in Tower Records & Books and several other bookstores in the general D.C. area.

I'd be willing to provide your firm an extremely fair and lucrative arrangement if you placed my books in your Rockville store and where ever else you may feel the book would sell at.

I believe my Googles, Giggles, and Goggles could just be the next toyland heroes to land in America and I'd like ZANYBrainy aboard when the GooShip finally lands.

Once again thank you for your kind gesture and I'll look forward to hearing from corporate headquarters, soon, as to whether you would be interested in carrying my book in your wonderful stores around the country. Why not take a shot on me and this great concept? No violence! Educational! Entertaining! Amusing, too! This is the only four-eyed cartoon character to ever have emerged on the animation scene in the world. My patents and copyrights are all in order and I'm ready to rock & roll with the right set of people to make Googles and the Planet of Goo the next toy craze in America. I'd surely like to welcome you and your firm aboard!

David Schlesenger
Page 3.
<u>December 3, 1996</u>

Here's hoping to hear from you soon and until then, as they
say on the planet of Goo...

                    Have Yourself A GooDay!

Sincerely,


Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

cc: file
encls:  (3)

TOY MAX, INC
Attn:  Scott Shahmanesh
200 Hicks Street
Westbury, New York 11950

December 6, 1996

Hi Scott:

As per my conversation with our mutual friend, Howard, I've
enclosed a courtesy copy of my self-published children's
edutainment book for your review and interests.

I've also enclosed two articles that were recently published
in Maryland's second largest newspaper--"The Gazette"
(circulation of over 300,000)--for your reading interest.

I believe very strongly in the value my book has to offer
the "children of today, with visions of tomorrow".  I'm
looking for the right company who can also see the wonderful
potential my book, characters, and the Googles' concept has
to offer Toyland U.S.A.

I truly believe that with the right promotion, marketing,
and distribution Googles, Giggles, and Goggles, from the
imaginary planet of Goo, can become the next toyland heroes
in America.

I shall look forward to your comments on the book and to
discussing with you, perhaps in person at the upcoming Toy
Fair in New York, licensing and/or joint venture
opportunities surrounding my intellectual properties.

Enjoy the holidays and as we say on the planet of Goo...

**Have A GooDay!**

Sincerely,


Steven A. Silvers, President          cc:  Howard Fleischman
P.O. Box 60210                        encls:  (4)
Potomac, MD 20859-0210
(301)299-4939

# Exhibit 23



Brian Lewis/GAZETTE

**Steven Silvers of Potomac has written a children's book he sees as an alternative entertainment choice to children's television shows he says are too violent.**

# Rejections don't stop new author

by Jason Brockwell
Staff Writer

Last year Potomac resident Steven A. Silvers did something he had always dreamed. He published his children's book.

He didn't go through a major publisher. He says he ran into the same brick wall many first-time authors hit at the big publishing houses.

But Silvers, a father of two, believed in his book. He said he wrote it as an alternative to the children's television shows he sees as too violent.

He figured if his son liked the book other kids would, too. He found an independent publisher and paid for the printing of 1,000 copies.

"I've always been one to persevere," he said. "The rejection only made me fight harder because I believe in [the idea] so much."

The book is titled "Googles and the Planet of Goo." The story centers around Googles, a friendly alien, and his effort to find a safe place on Earth for his family. His home, the imaginary planet of Goo, is ravaged by problems mirroring environmental issues kids learn in school, Silvers said.

"It's an adventure story with an educational twist, and it's an alternative to the violence that

permeates the air waves today," Silvers said.

There is no violence in the first story, but Silvers said there is a discussion of death.

Silvers, a former professional drummer and talent scout, used his own life experience to craft the story. The young boy who helps Googles is named Joshua, also the name of Silvers' son. The father is named Mr. Silverton. The father and son discover Googles on a camping and fishing trip in Florida, a state where Silvers lived for years.

He wants the story to teach social values and inspire children. "I'm trying to show them to do unto others as they would have done *unto them,*" he said.

Silvers also designed the book to help children build their vocabulary and learn about the solar system.

Throughout the text, he has italicized many of the more difficult words in the story. He provides the pronunciations and definitions of about 100 words in an appendix.

He also provides a color map of the solar system and scientific explanations of its origin.

The author will read from his work on Dec. 21 at Leaf Through book store at 1701-L Rockville Pike in Rockville. For information about how to get the

Exhibit 24

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

## United States Patent and Trademark Office

Reg. No. **2,087,590**

Registered Aug. 12, 1997

### TRADEMARK
### PRINCIPAL REGISTER



GOOGLES CHILDREN'S WORKSHOP, INC., THE (NEW JERSEY CORPORATION)
P.O. BOX 60210
POTOMAC, MD 208590210

FOR: CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1996.

SER. NO. 75-150,767, FILED 8-2-1996.

ELISSA GARBER KON, EXAMINING ATTORNEY

Exhibit 25



Registered Works Database (Author Search)
**Search For:** SILVERS, STEVEN A., 1947-
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

| | | |
|---|---|---|
| 1 | Registration Number: | SRu-370-888 |
| | Title: | The googles' song. |
| | Description: | Sound cassette. |
| | Claimant: | (c) Steven A. Silvers & Marilyn Shockey |
| | Created: | 1997 |
| | Registered: | 7Aug97 |
| | Author on © Application: | lyrics: acSteven A. Silvers , 1947-; music & melody lines: acMarilyn Shockey , 1942-. |
| | Special Codes: | 3/M |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# Exhibit 26



**N E T W O R K**
**S O L U T I O N S**

Mailed to:

## InterNIC Registration Services

*Domain Registration/Renewal Invoice*

Steven A Silvers
The Googles Children's Workshop, Inc.
PO BOX 60210
Potomac, MD  20859-0210

**Network Solutions, Inc.**
PO Box 17305
Baltimore MD 21297-0525

*pd.*
*1/31/99*
*CK. # 177*

**Invoice Date:** 25-Jul-97
**Tax ID:** 52-1146119

| Invoice Number: | Domain Name: | Domain Tracking Number: |
|---|---|---|
| 970718.4608 | GOOGLES.COM | 970718.4608 |

| Period Covered: | Due Date: | Amount Due: |
|---|---|---|
| 18 Jul 1997 - 18 Jul 1999 | 23 Aug 1997 | $100.00 US Dollars |

*Thank you for registering the Internet/World Wide Web domain name shown above. Timely receipt of payment will ensure registration services for the period noted above. By this payment, Registrant agrees to the terms and conditions of current Domain Registration Agreement. This payment is non-refundable.*

**To Pay By Check:**    Make check payable to Network Solutions, Inc. in **US Dollars**, drawn on a US Bank, and return the check and payment stub in the enclosed remittance envelope.

**To Pay By Credit Card**    Call (888) 771-3000 toll-free from the United States, Canada, Puerto Rico and the U.S. Virgin
**or Confirm Payment:**    Islands. Outside of these areas, call (402) 496-9798. Both numbers are available 24 hours a day, seven days a week. We accept **VISA, MASTERCARD, AMERICAN EXPRESS, DINER'S CLUB/CARTE BLANCHE, & DISCOVER/NOVUS**

**To Pay Online:**    Go to ***http://rs.internic.net/fvpay*** on the World-Wide Web to use the First Virtual Internet Payment System.

**To Pay On Account:**    Send e-mail to **accounts@internic.net** with the domain name, invoice number, and 5-digit Account Number.

*For billing inquiries, send e-mail to **billing@internic.net**, or call **(703) 742-4777** from 7:00am to 9:00pm Eastern Time.*

**Remarks:** *You may now pay by credit card, or confirm payment status, 24 hours a day, on our new toll-free number **(888) 771-3000** from the U.S., Canada, Puerto Rico, and the Virgin Islands. Outside of these areas call **(402) 496-9798**.*

oic8485    9707180460861000008

*Please retain this portion for your records*

# Exhibit 27







Something new & refreshing !

Something exciting & entertaining !



That's what parents and children are saying about our innovative, interactive children's edutainment book.

The Googles concept was created as a means to provide your child with a fun-filled method of expanding his/her vocabulary. In this first of several Googles adventures, your child will learn and recognize many words.

Along with vocabulary enrichment your child will also learn application of the imagination, identifiable lessons in concept awareness and social interaction.

To further assist your child in learning new words, a _____ _____ is conveniently provided at the end of each book w_ corresponds to the *italicized* words in the original text. This _ of learning alleviates the tedious task of having to refer to a _ dictionary to find the meaning of the new words he/she is abo_ learn.

A phonetic pronunciation of each *italicized* word is also pro_

We sincerely hope your child will enjoy reading all about the adventures of Googles, Giggles and Goggles from the imagin_ planet of Goo.

We welcome your comments and/or suggestions about our in_ children's edutainment reading and vocabulary enrichment_ technique.



Kindly direct your correspondence to :

The Googles Children's Workshop
Attention : Steven A. Silvers

3741 N.E. 163 St.Suite 325
North Miami Beach, FL 33160
U.S.A.

# Googles' Song for Kids

### Googles from Goo



Hi boys and girls!

I'm Googles from Goo and I'd like to know you,
I want you to be my best friend.

Together we'll play, laugh every day,
We'll make fun and learning a blend.

We'll visit Planets and Stars from Jupiter to
Mars,
you'll find it a thrilling sensation.

And I will take you to my Planet called Goo,
all in your imagination.

I'll teach you a word that you never heard
I'll teach you to spell it, say it, and tell it
amazing your family and friends.

Then everyone will know that I love you so,
cause we're Buddies and Pals to the end.

I'm Googles from Goo and now I know you,
and you are my very best friend.





## The Solar System - Color Code Chart



| | Mercury |
|---|---|
| | Venus |
| | Earth |
| | Mars |
| | Jupiter |
| | Saturn |
| | Uranus |
| | Neptune |
| | Pluto |
| | God |

## The Origin of the Solar System

Many scientists have tried to explain how and why the Solar System came into existence, but so far many questions remain unanswered.

Some have suggested that the Sun was born first, and then as it moved through the interstellar dust, it collected the matter that eventually became the planets.

Perhaps this material was pulled out of some former companion star, or sucked out of the Sun by a passing star during a close encounter.

The most accepted view, however, is that the Sun and planets were born of the same time out of a single cloud of gas and dust called a nebula. This is often referred to as the "nebular hypothesis".

It seems likely that the birth of the Solar System began with the collapse of a cloud of gas and dust of between one and two solar masses.

Clouds of this size do not normally collapse of under their own gravity unless they are being pushed by some sort of "trigger" event.

Analysis of meteorites and analysis of meteorites suggest that short-lived radioactive materials such as an isotope of aluminium, decays to magnesium-26 were present in the Solar System material from which the meteorites and planets were formed.

Since these radioactive materials are only produced by stars, a white supernova was the likely source for these materials as the trigger for the collapse of the cloud that eventually formed the Solar System.

# Rejections don't stop new author

by Jason Brockmen
Staff Writer



Steven Silvers of Potomac has written a children's book he sees as an alternative entertainment choice to children's television
shows he says are too violent.

Last year Potomac resident Steven A. Silvers did something he had always dreamed of doing. He published his own children's book.

He didn't go through a major publisher. He says he ran into the same brick wall many first time authors hit at the big publishing houses.

But Silvers, a father of two, believed in his book. He said he wrote it as an alternative to the children's television shows he sees as too violent.

He figured if his son used the book other kids would, too. He found an independent publisher and paid for the printing of 1,000 copies.

"I've always been one to persevere," he said. "The rejection only made me fight harder because I believe in [the idea] so much."

The book is titled "Googles and the Planet of Goo." The story centers around Googles, a friendly alien, and his effort to find a safe place on Earth for his family. His home, the imaginary planet of Goo, is ravaged by problems mirroring environmental issues kids learn in school, Silvers said.

"It's an adventure story with an educational twist, and it's an alternative to the violence that permeates the air waves today," Silvers said.

There is no violence in the first story, but Silvers said there is a discussion of death.

Silvers, a former professional dramatizer and talent scout, used his own life experience to craft the story. The young boy who helps Googles is named Joshua, also the name of Silver's son. The father is named Mr. Silverton. The father and son discover Googles on a camping and fishing trip to Florida, a state where Silvers lived for years.

Silvers wants the story to teach social values and inspire children. "I'm trying to show them to do unto

others as they would have done unto them," he said.

Silvers also designed the book to help children build their vocabulary and learn about the solar system.

Throughout the text, he has italicized many of the more difficult words in the story. He provides the pronunciations and definitions of about 100 words in an appendix.

He also provides a color map of the solar system and scientific explanations of its origin.

GAZETTE, Wednesday, Nov. 20, 1996.



# Four-eyed alien beams down to Union

By Mandy Natale Staff Writer

First there were Cabbage Patch Kids, then Pound Puppies and most recently Tickle Me Elmo, but look out - here come Googles and they're coming to stores soon.

Googles are four-eyed aliens from outer space with a message to love each other and live together in harmony in the form of children's books and toy figurines.

Googles' creator, Steven Silvers, 47, along with his father, Michael, 77, a Bayonne businessman who lives in Union, worked together to create the furry, fun-loving creature.

The Silvers have hopes, in addition to the books and toy figurines, that Googles' food, called Goo-food, and other Googles' merchandise will also be available.

"I came up with the idea 10 years ago but put away the prototype to continue my career in music," Silvers said.



Googles, the four eyed alien from the Planet of Goo, was created by Steven Silvers and his father, Michael.

Silvers, who graduated from Union High School and went on to Monmouth College, West Long Branch, has
had a diverse career including his own talent agency and band, said he first decided to create the character
as a vehicle to communicate with 10-year-old son, Joshua.

"My son loves Googles and is so excited about the project," he said.

Silvers said there is a reason for the two extra peepers. "This is the only four-eyed animated creature in cartoon-land. We want it to be the next Barney or super hero but without the violence."

"Everything in the book is make-believe and that is what I want to teach in the book. And everyone lives happily ever after," he said.

Silvers and his father also created two similar looking characters called Giggles and Goggles.

"We are hoping for big things including a television show with a segment on exercise where the children will do "goo-cals, goo-jacks on goo-mats.""

The book, a fantasy adventure for children ages 7 and up, learn 100 different words which are italicized throughout the book. There is a glossary in the back as well as a guide to all of the planets, Silvers said.

Silvers said he could not have done it without the help of his father who was instrumental in patenting, copyrighting and marketing the products.

UNION LEADER, Friday, January 3, 1997



# C H A P T E R 1

### Googles Comes To Earth

**O**nce upon a *millenium* ago there was a planet called Goo. On this planet lived three little creatures who would one day visit Earth where they would learn and play with the many children there.

Before we begin our journey to this far away planet and the story of how the Gootians: Googles, Giggles, and Goggles came to visit Earth, we must first learn something about the *solar system* as it...

To order copies of **Googles & the Planet of Goo** please complete the information below and send your Check or Money order to :

**Steven A. Silvers**

The price is just : $ 9.95

**Postage and handling :**
**1-5 Pcs     6 or more**
$2.50     Free

Florida residents, please add 6% tax.

All book orders will be shipped within 3-4 weeks upon receipt of check or money order.

**Please Ship to :**

Name :

E-Mail:

Address:

City:

State:      SELECT STATE

Zip:

Qty:                    [ Submit ]

The Googles' New Word
Dictionary Appendix

Each definition, as noted in the Dictionary
Appendix, has been carefully translated as
it relates to the word's interpretation and
usage in the text.

The number in a parenthesis, as noted at
the end of each word definition, corresponds
to the page number where it was first
introduced, in *italics*, to the reader.

The proper pronunciation is also noted in
( ) parenthesis, directly following each word
listed.



Personal Information                    Miscellaneous Information

## Email Address:

<%=Request(          " Size=35>

[ Enter Customer Info ]

# Exhibit 28



# Friends of Googles
# Club

Thank You for your interest in becoming a **FOG** member.

We are in the process of putting together an information

page which will be added to our existing web site on

**FOG** membership.

As soon as it is completed we will be sending you the

web site information.

Thank you for your interests and have a **Goo**day !

Exhibit 29

Fan Listing
_____

Remove

| Fan's E-Mail Address |
| --- |

toys@moment.net
chickibubbles@yahoo.com
GoFlyers64@aol.com
AnnO12@aol.com
IGalvao007@aol.com
cljlowry@planttel.com
Googles12@hotmail.com
wean8@hotmail.com
americk@bellsouth.net
CSherman@aol.com
fschmidt@icanect.net
paigebj@aol.com
MJiron4111@aol.com
ericpr1@aol.com
lormar3@aol.com
danaW12@AOL.com
ldereus@hotmail.com
zsw1@Yahoo.com
drnabildib@yahoomail.com
galano99@aol.com
mhus643284@aol.com
johnie-martin@usa.net
countrymec@aol.com
panchoo@dcs.kcl.ac.uk
vicky29121975@yahoo.com
bobsax@hotmail.com
kyliew@crhk.com.hk
gshunt@gateway.net
barb@wgc-usa.com
wangchuan@yahoo.com
jam@imsc.ernet.in
crack__head@hotmail.com
jet2222@hotmail.com
amit_varde@hotmail.com
sywan810@hotmail.com
gtccbrad@aol.com
Zak5275@aol.com
Delicia36@hotmail.com
info@harlowes.com
ionitav@usa.net
danny_sua@hotmail.com
ee.bonyaw@mailcity.com
googplex@ripco.com
dizouein@cybercable.fr
MBBAZI@AOL.COM
pete.escamilla@wellpoint.com
jeanwo@hotmail.com
movinon@dfn.com

umneathj@cc.umanitoba.ca
gregorgrilc@hotmail.com
vodde_leute@yahoo.com
dracula_94@hotmail.com
FRand10032@AOL.COM
Ashibi2@hotmail.com
dsn8@juno.com
danger319@hotmail.com
JPallad8869@.AOL.com
fredchangocho@yahoo.com
mariorez@uol.com.br
louisalvarez@go.com
vanpro@icon.co.za
marinellabergese@hotmail.com
mystery_girl_777@yebo.co.za
mouse@xtra.co.nz
ofernoga@aol.com
butterflies7@earthlink.net
agrigeo@tin.it
kwanz@hotmail.com
pritgreen@yahoo.com
tre61693@aol.com
66gto@megsinet.net
cbswimm85@aol.com
2032@lycosmail.com
Lylaca1221@aol.com
NAVBANDIT@GOOGLES.COM
maryam93@hotmail.com
rafaelb@pobox.com
coreyjennings03@yahoo.com
mmindess@mail.lesley.edu
mgredler@mail.lesley.edu
coreyjennings03@Hotmail.com
crix5@hotmail.com
milankapadia@hotmail.com
manoj_nair_bpl@hotmail.com
leonar_doc@hotmail.com
ranjitr@vsnl.com
killeen2@bellatlantic.net
ngaur@yahoo.com
roymadhujit@hotmail.com
rsbbraun@wcl.on.ca
sandy-guy@metro.net
alfs@wanadoo.fr
RyanLee19@hotmail.com
psycotic30@aol.com
capeshrimp@aol.com
bawloutz@aol.com
m.heinze@mailhh.provi.de
liquer49@hotmail.com
atom488@hotmail.com
bennito@goplay.com

liquer69@hotmail.com
spyk@netlimit.com
saidjerrari@hotmail.com
LarrySchmersal@Compuserve.com
enggim@cyberway.com.sg
AF2425@aol.com
JasonMcKnight69@hotmail.com
buttmunch@aol.com
schifino51@starmedia.com
dleute@unm.edu
cranbec.luc@sympatico.ca
true2uall@aol.com
peterje@mail.stoughton.k12.wi.us
technfab@win.bright.net
mltpotts@viaccess.net
prernagursahani@hotmail.com
guila@sprint.ca
hemanth_is@usa.net
espe_13@hotmail.com
juan@inhs.org.ph
milky_way@goplay.com
erics@mc.net
ImFritzie1@aol.com
jrmz@erols.com
chr_9@hotmail.com
smileyface55@hotmail.com
coolgirl_5598@yahoo.com
pb_18_14@yahoo.com
margohof@aol.com
lab.lab@caramail.com
schill@ispoa.net
abhosale@yahoo.com
torjoules@hotmail.com
rajiv_chopra@hotmail.com
Dapp44@aol.com
cckncp@hotmail.com
albertane01@hotmail.com
nannikken@yahoo.com
MARROYO02@SNET.NET
dennis_tio@canonsys.mission.com.my
pwildi@datacomm.ch
ksx@club-internet.fr
heritage@heritagebookshop.com
ivanaluc@elogica.com.br
kykoo@caramail.com
riag2@aol.com
rondabwilliams@yahoo.com
tclate@mymail.emcyber.com
reddy_uday@hotmail.com
alopez4465@aol.com
gms@aptness.com.br
mrn@club-internet.fr

Demon683@hotmail.com
k_derosa@yahoo.com
rastaman_000@yahoo.de
kid_444@hotmail.com
hawsy99@yahoo.com
girlygirlashley@hotmail.com
matthewmystry@hotmail.com
shellmos@cmc.net
KFOUGHALI@YAHOO.COM
lsterry@onenet.net
DSonego@aol.com
Map2ooo@webtv.net
office4student1@mail.woodland.k12.mo.us
nancey@aol.com
martam4@kans.com
samyeoh@yahoo.com
salcera@olfc.curricula.net
pcfc@ix.netcom.com
big1s17@hotmail.com
marcog@vaxxine.com
ljholst@post.tele.dk
BerniceL13@hotmail.com
pebpeb@cebu.webling.com
tippytoo@hotmail.com
leinadmoolb@hotmail.com
bambi@nda.vsnl.net.in
cmmiller37@hotmail.com
Candeleo@aol.com
tci52@aol.com
riversurf@excite.com
linkedup@aol.com
im_linkedup@hotmail.com
hajjaa0e@aramco.com.sa
sriram.sridharan@tatainfotech.com
shelbrit@yahoo.com
lordjesus@index.com.jo
ahipple@hotmail.com
Juhvey.beer@eudoramail.com
D.Schornick@worldnet.att.net
D.Schornick@worldnet.att.net
dnd@telever.com
lost_in_the_fifties@hotmail.com
luckydog711@hotmail.com
clkrac@racc2000.com
kanjopanggi@hotmail.com
JoAnnski@netscape.com
zohners@aol.com
sgoldamm@hotmail.com
myilmaz@usa.net
elundi@aspensys.com
stephenwadsworth@hotmail.com
slavko.s@siol.net

m_panthaki@hotmail.com
lemleym@hotmail.com
gasperf@comcom.si
tylerwegner@hotmail.com
hrmurphy@hotmail.com
ppo108@aol.com
hanleyco@aol.com
Squirt531@aol.com
javcherub@aol.com
FlipBFit@aol.com
salette@pinoymail.com
deve_17@excite.com
robert.lamovsek@guest.arnes.si
cgamble@eriecoast.com
Shanksta02@aol.com
pokjak@hotmail.com
sandie0569@uswest.net
tbone753@aol.com
kla83@hotmail.com
kurupt46@hotmail.com
jill51090@aol.com
marcelo.santanna@zipmail.com.br
robert.whitehouse@ummed.edu
carlosbassi@epm.net.co
jmcfaden@chorus.net
drewhale69@yahoo.com
marobins@weir.net
Hybridentr@aol.com
joshua.barsness@mankato.msus.edu
weimercrk@aol.com
tss1104@mail.ecu.edu
haznia@whale-mail.com
azhah@lightspeed.net
s_kris@rediffmail.com
theoutsider12@hotmail.com
raj_shetti@hotmail.com
KEYAKU3@EXCITE.COM
YARA_BELLE@EUDORAMAIL.COM
yara_belle@eudoramail.com
yara_belle@eudoramail.com
l_rosanne@eudoramail.com
salick@icenet.net
pkinneae@juno.com
lwbowles@juno.com
kelleydesigns@telisphere.com
em4u2me@network.on.ca
em4u2me@network.on.ca
RoaDFighteR6@aol.com
rbarnes@brazosport.isd.tenet.edu
roliverma@hotmail.com
s_ross@vip.cybercity.dk
shorty15@excite.com

jellyfish_ocean@hotmail.com
Al-Blatzheim@wiu.edu
poulos_lisa@jpmorgan.com
claiarays@warwick.net
jdickman@mines.com
badtiger31187@yahoo.com
ryan_kantor@hotmail.com
callie_watson@hotmail.com
koolsem@yahoo.fr
tfbarret@wans.net
sialmifeng@hotmail.com
swmaster@hotmail.com
cndione@hotmail.com
dsmanku@hotmail.com
ctyrer@yahoo.com
susanick@redrose.net
jmitch@reisreports.com
pcano@fenix.sis.epn.edu.ec
tjim@maxisnet.com.my
anglegirl24@mailcity.com
KP@page.com
afrodite@excite.de
airv1@caramail.com
kanagha@hotmail.com
eyal@telaviv.ndsoft.com
salwilkins@hotmail.com
jjbaker9@hotmail.com
tray@me.iitb.ernet.in
jkumarad@nde.vsnl.net.in
lingoman@pacwest.net
Julliennejoy @ hotmail.com
Cutiejoy @ Mailcity.com
narcisus@goplay.com
stephens@ntl.com.ca.
wheniwantit@treeway.zzn.com
evan22@webtv.net
quesnel@nb.sympatico.ca
rickhansensecondary@yahool.com
Wendt-Wildgrube@t-online.de (Hannelore W
hart@algonquinc.on.ca
MWG COOL@aol.com
DEERGUY1@GAREWAY.NET
pehkuen@hotmail.com
monkey_721@hotmail.com
asiah_k99@yahoo.com
kkaufman@ee.ucr.edu
hongerchic@hotmail.com
jainaiipatel@hotmail.com
hillado_merlyn@yahoo.com
hillado_merlyn@yahoo.com
subhojit@bom5.vsnl.net.in
angelbartman@aol.com

sonnyelicay@theglobe.com
kathy_natalias@hotmail.com
DUPKA42@HOTMAIL.COM
nehla74@chickmail.com
dickarn29@hotmail.com
h9607025@hkusua.hku.hk
MKD185@AOL.COM
hamster1989@yahoo.com
BADTZ_69_MARU@ANGELFIRE.COM
RAINBOW_GUY_69@YAHOO.COM
JJ_452_@YAHOO.COM
e2lynb@netscape.com
uday@annauniv.edu
dawnm@rci.rutgers.edu
sillyalex@juno.com
STHOMPS1@IC3.ITHACA.EDU
bapd@hotmail.com
ael@ufl.edu
mgwilson@ufl.edu
yasamana@aol.com
sk8brd6411@aol.com
pixich1ck@aol.com
elektra386@aol.com
stevecab29@aol.com
angelbaby1010@webtv.net
heiserb@erols.com
crookedeyex@juno.com
tashanaf@hotmail.com
red.dragone@juno.com
j_carah@hotmail.com
abell_clare@hotmail.com
Fmart2731@aol.com
miriam_birnbaum@ocdsb.edu.on.ca
rojmab@aol.com
lizard@therural.net
maylasia2020@yahoo.com
Chillin_dylan@hotmail.com
richneumann@excite.com
pepe@sedona.net
mtesta@hotmail.com
arlenesbautista@hotmail.com
fd96200@bits-pilani.ac.in
suneetha29@yahoo.com
HoopD@hotmail.com
hongerchic@hotmail.com
hongerchic@hotmail.com
hongerchic@hotmail.com
scsajr@hotmail.com
pink_201@yahoo.com
courtney@googles.com
courtney@googles.com
courtney@googles.com

tara@googles.com
m_ahrberg@hotmail.com
ngork_snort@yahoo.com
cs002bda@engr.csulb.edu
cocusbaracus@myownemail.com
CUTEGALL2000@AOL.COM
mustang@csonline.net
pan5758@gate.net
patgaya@hotmail.com
swart07@IBM.net
cshawnrun@aol.com
alkagoel@netscape.net
gancyw@sgh.gov.sg
demonyita24@email.women.com
bluecar123@aol.com
tabenedick@home.com
agreen@vtc.vsc.edu
chin83@hotmail.com
991222395@stu.und.ac.za
ezat_z@sun.iust.ac.ir
aliscool21@yahoo.com
stedtjer@swipnet.se
www.ghostrider_13@hotmail.com
underthesea24@hotmail.com
aftab@iitk.ac.in
JiJi2@aol.com
leejoevergismath@hotmail.com
kate4707@aol.com
ybge@aol.com
dsnetin@md3.vsnl.net.in
smoky43@hoymail.com
schmebbs@hotmail.com
hurlorna@ncn.net
kristina_maree@hotmail.com
coolgal4u@aol.com
doc_claw@hotmail.com
swb7019@oak.njit.edu
kicc@correoweb.com
ksmdays@yahoo.com
cromana@ireste.fr
preppyfreak@marilyn-manson.zzn.com
ssims@telepath.com
dict69@hotmail.com
sign@pd.jaring.my
DianaLilja@gmx.de
HONEE11211@aol.com
teeny108@aol.com
borski@flash.net
seegul@erol.com
acoma@netactive.co.za
Dancer2126@aol.com
myoshida2000@hotmail.com

manassahu9641@yahoo.com
shimyyuh@resourceful.com
special_2002_69@yahoo.com
StevePatty1@aol.com
l.loretz@gurlmail.com
alison_anne@hotmail.com
candace_franklin@hotmail.com
toshiebear@yahoo.com
princess4398@hotmail.com
mrsmac74@hotmail.com
ssekhris@prodigy.net
theo@01.com
michelle55_2000@yahoo.com
kdawood@hotmail.com
j.herrero@eudoramail.com
wwalker@tigernet.missouri.com
juliaf11@hotmail.com
tammi@aol.com
aniesyahanie79@hotmail.com
mandymoyers@hotmail.com
green_blue69@hotmail.com
Jessy721@juno.com
SmpsonsBoy@aol.com
merryneve@hotmail.com
REX632@aol.com
shelle2@goplay.com
Harriet226@aol.com
les@bighands.freeserve.co.uk
kylie6@ns.sympatico.ca
algenon1@aol.com
sg_1@mindspring.com
Dan4life13@hotmail.com
mohamedhassan13@hotmail.com
gewrue@aol.com
przhim@ticnet.com
jfaupel34@aol.com
masterreny@hotmail.com
ross@owenville32.freeserve.co.uk
www.jprince@bsc.com
amolgonde@hotmail.com
rockuni@hotmail.com
LilKid_84@yahoo.com
tjisensee@worldnet.att.net
kingshuk@cse.iitk.ac.in
spider665@aol.com
madan_aggarwal@hotmail.com
e_son@hotmail.com
e_son@hotmail.com
babbybboo@aol.com
conanconan25@hotmail.com
via@pusit.admu.edu.ph
mfreesm@hotmail.com

bobdady1@cs.com
rohan@skinet.net
ali.el-zein@ucl.ac.uk
aboulafia@planet.nl
gail.brenner@aibny.com
joey.do@cmsx.com
Jandlcasey@aol.com
KR1Spy17@aol.com
chrisbone_9@yahoo.com
chrisbone_9@yahoo.com
nirmal@trekintl.mos.com.np
icychick17@yahoo.com
mgilson@lcps.k12.nm.us
mgilson@lcps.k12.nm.us
iceberg_13_22473@yahoo.com
woylin@telusplanet.net
fadteo@tm.net.my
gani79@usa.net
kdriscoll@wells.edu
michi34@hotmail.com
pillsburydghboy@hotmail.com
ooist@yahoo.com
vandana_sharma@mailcity.com
jaye69r@hotmail.com
jeisel@usa.net
Lfitz39@mediaone.com
GOOGLES@BELLSOUTH.NET
rameshg@psi.soft.net
fade@total.net
zmckenzi@poloralphlauren.com
abraaten@climax.k12.mn.us
JUSTINM646@AOL.COM
cradu@buzau.ro
sjcontreras17@hotmail.com
Q_T_Pie59@hotmail.com
k_blackrose@hotmail.com
jdbowen@gateway.net
wart_away_spray@hotmail.com
ramwin7@hotmail.com
win810@webtv.net
magnolia88@worldnet.att.net
lisbeth_32@hotmail.com
vanessa.reyna@gurlmail.com
zoni@loa.com
runningwaters68@hotmail.com
lshek777@aol.com
purnima_24@yahoo.com
johnshopki@aol.com
titanic890@email.com
boppli@hotmail.com
bspl@yahoo.com
kishiwad@hotmail.com

artimu@hotmail.com
megachip53@aol.com
winbun87@aol.com
salbeth@hotmail.com
kathhill@gateway.net
chris_robin99510@hotmail.com
vinay@pentafour.com
jmason@centex.com
lubo@omen.net.au
deathchick1@excite.com
zorbutt@hotmail.com
jam@cs.stanford.edu
Smoky3468@AOL.com
ovadaedge2@aol.com
bsb-lover-2003@chickmail.com
bon116@hotmail.com
owa@tidalwave.net
irma_f@hotmail.com
Anol316@aol.com
eastside4life@hotmail.com
colorado@sinectis.com.ar
macrina_cw@hotmail.com
ladivavista@hotmail.com
davidries@hotmail.com
j_westside@hotmail.com
meggy58@hotmail.com
thomson@lewiston.com
bktimm@hevanet.com
torinpatrick@email.com
SBreg4865@aol.com
tomeegrl14@aol.com
human_dictionary14@maiiexcite.com
msasc99@yahoo.com
andresbruns@hotmail.com
scriscuolo@hotmail.com
rhunyady@hotmail.com
incognito6669@hotmail.com
joshbrown86@hotmail.com
EEEYOORRE@AOL.COM
mjqnsbs@aol.com
imdoyle@canada.com
Donnanegrotto@juno.com
kaori@s-ing.co.jp
rocky@webinbox.com
pizzaandffs@webtv.net
agrosz@everensec.com
weh8every1@aol.com
sammo47@hotmail.com
shahin@ahmedxxxx.freeserve.com
jimsproshop@msn.com
bgibbons@towers.com
dekaindo@indosat.net.id

ee2464@aol.com
mp3_333@hotmail.com
ash.veroni@gte.net
davidqureshi@hotmail.com
Bost4Prez@aol.com
akb1988@aol.com
monabajwa6@aol.com
this1thing@yahoo.com
dramafrog@yahoo.com
katherine@sgmail.com
akx3@flash.net
anoop.g@operamail.com
welthern@hotmail.com
jjensen98@hotmail.com
satish6@usa.net
avishekrony@usa.net
fd96200@bits-pilani.ac.in
jewllms1@memphis.edu
bad_girl31@hotmail.com
nomatterwhat@hotmail.com
sghms@satyam.net.in
stbsesnd@vsnl.com
sting77365@acl.com
yennex@goplay.com
jcarpini@wednet.fwsd.com
nottelling1010321@yahoo.com
ryanL50@hotmail.com
Ralex12@hotmail.com
ezyrofli@sdcl.org
jkay@surfsouth.com
bigenough4email@yahoo.com
glusterstafford@email.msn.com
dckemp@maysteel.com
hijack900@hotmail.com
rwhitten@jps.net
matej.masten@siol.net
t71840@ix.netcom.com
dmx_fan_7@hotmail.com
korbesme@oswego.edu
kcrystal@dowco.com
brinston@engr.mun.ca
sonfield@flash.net
bigbadalan@msn.com
bacon4442@aol.com
jill_dorancy_williams@sprynet.com
qs@cyberdude.com
cyn_sasha@mailcity.com
Terinski@aol.com
zalds69@hotmail.com
mihnea@mail.lphilc.sfos.ro
devarajk@satyam.net.in
drhaizal@yahoo.com

orangedan@yahoo.com
s@ch.ru
gvi@sbox.tu-graz.ac.at
hec3mendo@AOL.COM
katya.vogis@retg.com
GOOGLES@BELLSOUTH.NET
GOOGLES@BELLSOUTH.NET
tiggeruall@mindspring.com
Katriniai@mindspring.com
tfeazel@kna.to
x.9232@AMU.up.nic.in
loreliel@yahoo.com
karloispogi@yahoo.com
aceman94@hotmail.com
Lt Dan 586@aol.com
OPPIE@hotmail.com
brainlinks@hotmail.com
andreatirendi@balcab.ch
luloobird@yahoo.com
luloobird@yahoo.com
aheithold@yahoo.com
ashthraz@hotmail.com
www.robertdomingo@yahoo.com
M.D.AIREY@XTRA.CO.NZ
grk_bits@yahoo.com
grk_bits@yahoo.com
stuartey@hotmail.com
bighodge@breezenet.net
Lauren41387@aol.com
msgee@zoomnet.net
t_23tarun@hotmail.com
Demeata21@hotmail.com
kdwnat@bestweb.net
thugstary2k@another.co.uk
gargimittal@hotmail.com
Girl22kool@aol.com
KSA@aol.com
kurra_mrudula@hotmail.com
cordyv@yahoo.com
mswartz14@yahoo.com
ale@vortex.ufrgs.br
c_deveshwar@hotmail.com
carol@jtconsultants.com
silly@diversion.com
Laura.A.Cameron@usa.xerox.com
sstarkey@nmsu.edu
jurassic29.@aol.com
abgtizam@hotmail.com
naren@mantraonline.com
wademt@bellsouth.net
aranuddepoorter@yahoo.fr
coolestkhan@hotmail.com

Drama_1@yahoo.com
Leshark99@aol.com
beason111@aol.com
zl1ary@clear.net.nz
sde@reaalp.com
juzl78@hotmail.com
gcphrus@aol.com
raylees@yahoo.com
vapro.jthrift@sdps.org
Truesdalem@parkhill.k12.mo.us
furnace@interlog.com
discochick14@gurlmail.com
gojpita.san@mailexcite.com
PStrick198@aol.com
LilKid_84@yahoo.com
kaj.vaisanen@iname.com
VALVOND@AOL.COM
greengril83@hotmail.com
maninit@hotmail.com
zj_xxx@yahoo.com
Jc_Jasmin@hotmail.com
darz_raiderz@yahoo.com
nayomib@hotmail.com
BrysonBanks@yahoo.com
rolandcabria@usa.net
gpeaalamo@aol.com
ozanrac_1025@yahoo.com
angelfly_00@angelfire.com
mukeshgupta65@hotmail.com
blink94@hotmail.com
mquilligan@ireland.com
singhcharan@satyam.net.in
richtig_10@hotmail.com
janderssen@aol.com
crisa.mattio@parke-davis.com
babydancer07@hotmail.com
pt828488@aol.com
ivy_goh_622@hotmail.com
eddlop@aol.com
babyjake99@aol.com
jackie_thornton@usairways.com
panuopazo@usa.net
caleb_acosta@email.com
ashleshaa@hotmail.com
lenacarter_bsblover@yahoo.com
chilmi@hotmail.com
1063-8@online.de
crouks@hltrsa2.pwv.gov.za
nsdas@bom7.vsnl.net.in
glenrose14@hotmail.com
william_hughes@hotmail.com
sfettinger@aol.com

jf_hannotte@hotmail.com
n_nadiah@hotmail.com
Cferguso@houstonisd.org
wuta00@hotmail.com
fuggaz@hotmail.com
das@oakland.edu
amn6@cyber.net.pk
dcurameng@univ.llu.edu
bongcorpuz@usa.net
liyvianna19@hotmail.com
julia.nociar@infonie.fr
EFourre@aol.com
car1@sonet.net
koi@mygo.com
haha@usuck.com
imschick@pol.net
ranenp@pn3.vsnl.net.in
Superchic339@looksmart.com
Beautygirl2289@yahoo.com
DEE168@bellsouth.net
tanshome@mozcom.com
vfsjb@aol.com
avieth@mailcity.com
Daclward@aol.com
weeping@earthlink.net
Hbrant@CLDS.NET
terry@tairawhiti.ac.nz
red.koenig@cwix.com
mikay503@aol.com
elsiec@sanmiguel.com.ph
jorgem@sanmiguel.com.ph
yettma@skyinet.com.ph
joymh@sanmiguel.com.ph
americangirl11@hotmail.com
gpoirier2@mbox.rrc.mb.ca
meheli01@yahoo.com
pandeuji@hotmail.com
tanzil@student.usyd.edu.au
sacha_carmen@hotmail.com
arnalt98@aero.iisc.ernet.in
Ghettoteen@aol.com
CLLOPEZ@U.ARIZONA.EDU
billdeet@rc.ffni.com
pshiley@aol.com
emigdio@yupimail.com
babyjake99@aol.com
mish_asima@hotmail.com
ampon@com
konstantineshved@yahoo.com
kaynonman@advanix.net
bouncers@hotmail.com
alikiroussos@global.co.za

coolchris@home.com
pbrady@celticweb.com
97bcse@aswathi.reccal.ernet.in
jdaviciousone@hotmail.com
GEWRUE@AOL.COM
bacilio_g@yahoo.com
estermichele@hotmail.com
bj12980@hotmail.com
spartagus@mail.cafe.net
cbranca2@email.msn.com
hans.andersson@mbox337.swipnet.se
Mst121589@aol.com
b1141@lsef.mozcom.com
slobryan@yahoo.com
ivohkshoori@peerless.com
kenhalpern@earthlink.net
henryc@chiron.wits.ac.za
alex@pc.jaring.my
genevas@proplacement.net
patrickinca@yahoo.com
gurpreet@tridentindia.com
DayLTX@Yahoo.com
awsander@midway.uchicago.edu
gengzhi@hotmail.com
janalef@aol.com
ashokjainbohra@hotmail.com
THACKER_JOHN@HOTMAIL.COM
b39pii@cc.cpe.ku.ac.th
MATHEWSTAM@NETCENTER.COM
ilitroy@netvision.net.il
dori154@hotbot.com
arunvenkataraman@hotmail.com
casper3_79@yahoo.com
bjbrownig@xwv.net
Bernd.Girrbach@t-online.de
william_hughes@geocities.com
zman.bigcov1@aol.com
mslatin@bcop.com
Nancy@baldwinmotors.com
chriskim99@yahoo.com
kennedys@concentric.net
mlfritz@bellsouth.net
webdude@hotmail.com
casssdeee@AOL.COM
ntnp@interlog.com
rlward@megavision.com
k7575@hotmail.com
afiq7@mbox2.singnet.com.sg
shehan_17@hotmail.com
AKeefer664@aol.com
MYLS@I-MANILA.COM.PH
Hoodunnit@notme.com

goodyn1@aol.com
Annubar@Hotmail.com
ezrabryant@erols.com
dawna@istar.ca
adonatto@yahoo.com
esprit104@hotmail.com
bkpaul@hotmail.com
emb03@csufresno.edu
rajesh_jn@usa.net
gtouche@mixmail.com
ktykty01@yahoo.com
taie@tpts1.seed.net.tw
coolsoda@gmx.net
claireu63@hotmail.com
joshbrown863@yahoo.com
lutzapot@access.ch
Sony90_@hotmail.com
zellererin@netscape.net
WWW.LSOILEAU@EXCITE.COM
d_savacool@yahoo.com
PATTRIZHA_BELLE@YAHOO.COM
KARMICHAEL@EUDORAMAIL.COM
kjb3691@aol.com
kolemaghs@hotmail.com
kolemaghs@hotmail.com
kolemagahs@hotmail.com
chaps.@.aol.com
jdumaresq@home.com
tadlk@aol.com
KEI4MIT@AOL.COM
carol3@lovemail.com
sobhav@rediffmail.com
sobhav@rediffmail.com
josh@excelonline.com
MsMonicas@aol.com
bobbfe@aol.com
eynjel@excite.com
cyberbuzz@hollywoodkids.com
nedasm@aol.com
lvmywfxoox@hotmail.com
micke_harder@hotmail.com
hunnygrl8@aol.com
googles098@aol.com
msamuel@fp.um.edu.my
MWypa18@aol.com
pjsclipper@aol.com
bobbywalz@hotmail.com
blinkchair@hotmail.com
maccie@chickmail.com
the_clubhouse@bc.sympatico.ca
gauravdhir@hotmail.com
apanakimberlee@hotmail.com

theresa_molina@hotmail.com
devosmichel@euronet.be
moon314159@hotmail.com
rdelgado@email.women.com
bardo@tm.net.my
siva_arjunan@coolmail.com
madeeds@pineland.net
kinkfeeley@hotmail.com
john_m_12@yahoo.com
arjunsarkar@hotmail.com
jermo@uswest.net
leishf@hotmail.com
NedaSM@aol.com
ob1keynob@aol.com
jlsahr@aol.com
jeevan_sting@usa.net
stahwd@ispec.com
agonzalez_c@hotmail.com
godan@turbont.net
2_000@caramail.com
geomoe1@aol.com
lovetap77@aol.com
golinzynow@hotmail.com
b_e_c_k_y_78@yahoo.com
daddyshome@ameritech.net
pak999@webtv.net
willide@auourn.edu
cpisanchin@aol.com
bertiebeee@aol.com
jc133@belisouth.net
ssjs@webzone.net
t-killer@mail.ru
princewalze@hotmail.com
rhizahj619@mailcity.com
Wayne.Mollison@Unilever.com
BIG-DOG11@EXCITE.COM
docaby1@cgn.csi.com.ph
sobhav@rediffmail.com
joylee95@hotmail.com
Chukie@mail.utexas.edu
twmb0744@northnet.org
cocusbaracus@hotmail.com
monyhacker@rediffmail.com
www.swinggrl098@aol.com
magic1966@usa.net
mjqvish@coolmail.com
itsmenina@yahoo.com
malaney@singnet.com.sg
g_lipwonderboy69@yahoo.com
bdgriffin@mindspring.com
jvasud@yahoo.com
samaruputha@yahoo.com

sumathi5@hotmail.com
eguzman@dwebs.dwebs.net
rjman@tm.net.my
deviese@alltel.net
opiedav@gateway.net
djaeger@fascor.com
D.Avila@maicity.com
thomasjking@mail.tds.net
bnazzaro@home.com
crossroad@yahoo.com
asean2001@yahoo.com
rgallo1001@aol.com
preacher2000@infosel.com
ane_leslie@hotmail.com
rainfalls3@collegemail.com
pfe_amor@yahoo.com
beepeecom@hotmail.com
junersn@yahoo.com
sairathi@satyam.net.in
mrogers@kimley-horn.com
gr8t4ever@yahoo.com
marthamn@gte.net
becsha@hotmail.com
mwktkt@aol.com
pl@softspoon.de
edysalis@hotmail.com
ryan@ricurtis.com
sheriff29@hotmail.com
frank4x4@hotmail.com
beannie62@aol.com
boohoey@hotmail.com
s9811227@mmu.edu.my
ampan11@aol.com
SHUSHY13@aol.com
cevans@lcc.net
rbritton@snet.net
LuvWorf@juno.com
egargus@internetpro.net
jlandau@scf.usc.edu
dede@waterw.com
bquinn19@hotmail.com
easytospell@home.net
sd_16@yahoo.com
bladekid@mailcity.com
Settepani@advinc.com
Fox10@aol.com
maccie@chickmail.com
dma-mma@mozcom.com
dwarming@forum.dk
Sebastian.T@post.cybercity.dk
j.oliveros@eudoramail.com
tgrant@winston.com

lay@netcity.hu
QofMay@aol.com
spock@lady.i-p.com
owenjb67@yahoo.com
ezee112@aol.com
pathriclee@hotmail.com
themistress@prodigy.net
siti__iusaawang_@hotmail.com.
ray.darby@btinternet.com
J6467@aol.com
98whitml@stucy.com.au
caseybenz@hotmail.com
jaakko.pulli@iobox.fi
sagtrik@hotmail.com
joshtwo2@hotmail.com
mpanthaki@hotmail.com
ambitionadvtg@hotmail.com
billjw@hotmail.com
detrathomas@hotmail.com
vahidny@hotmail.com
trimcc@aol.com
CWhite1037@aol.com
rahna_kapoor@usa.net
alexa.ospelt@bps-it.com
possum2003@aol.com
rentap13@yahoo.com
cheichel@ptd.net
kger65@yahoo.com
casino231@prodigy.net
trapple2@aol.com
rtking@excite.com
jitjay@hotmail.com
slotovig@win.bright.net
hcamil01@utopia.poly.edu
karine@wakoku-h.ed.jp
boonyeekoh@yahoo.com
laniehome@webmail.co.za
jonesfunk@aol.com
lflanz@usa.net
nc_george@hotmail.com
josyula9@hotmail.com
Brezie69@alo.com
Rand841999@aol.com
mjkar@netvision.net.il
kcatanese@aol.com
ieindia@ch1.dot.net.in
afergie_20@hotmail.com
themech@ime.net
krish_shenoy@hotmail.com
jepsenm@aol.com
popeye@honduras.com
lkunkel2@yahoo.com

shieldskamp@okay.net
dylannnwill69u@hotmail.com
mohaz79@hotmail.com
gorurravi@hotmail.com
gloriaislas@hotmail.com
bladekid@mailcity.com
BAVIMAN@AOL.COM
rajar@microland.co.in
sixteats@dmv.com
dazed7420@aol.com
hmacmill@hotmail.com
bwong@tstt.net.tt
jjbang@pionet.net
arvel@ptsi.net
tconsidine@palpk.k12.nj.us
bigboos07@aol.com
dsking@usit.net
">
gagandeep_prince@usa.net
skiema@excite.com
ninetteusa@aol.com
lals98@aol.com
c5corvette@earthlink.net
jackson_chuah@hotmail.com
pediavet@yahoo.com
agazali@tm.net.my
thacker_john@hotmail.com
pliao@uci.edu
sudhir41@hotmail.com
puneet@chandhok.com
sarahmoore04@hotmail.com
mrufo@juno.com
cwking@hoosieron-line.net
b.desserie@eudoramail.com
kittykatt3001@yahoo.com
CLEVELANDROXSHIL@NETSCAPE.COM
shinski@usa.net
bkolsen@optusnet.com.au
amitrangbulla@mailcity.com
nicolegreen88@hotmail.com
aslkdfg@asqs.kao
diflono@aol.com
laguana@snap.com
sputnikcbt@aol.com
gjspa@stic.net
parvinn@expert.cc.purdue.edu
GMGabbard@aol.com
stephens@sympatico.ca
rdfljf@cs.com
sandhya@hbcse.tifr.res.in
sukeri@antara1.po.my
jazzzrai@yahoo.com

not4me62@aol.com
stonedar@aol.com
Gir0192@aol.com
www.brainzisme@aol.com
VIKK43@AOL.COM
srgoddess16@hotmail.com
diki18@hotmail.com
mrtomcat@sprinmail.com
mrtomcat@sprinmail.com
jj_thebault@hotmail.com
samut@sonetcom.com
jacob0223@aol.com
wadeamorphs@hotmail.com
ralph1220@aol.com
rlhmiler@net.ins.net
kjeld_o@mail.tele.dk
Jesusfreak4201@Hotmail.com
BADAKO@AOL.COM
Teri2000@aol.com
angel0016@hotmail
angel0016@hotmail.com
michaels_51@hotmail.com
varshamali@usa.net
hai_bhai@usa.net
causatler@zipmail.com.br
jorgevg@mozcom.com
MKingfish1@aol.com
Bulma26@aol.com
pfeifer@ins.at
umac@microland.co.in
umac@microland.co.in
egonzales@bulldogs.org
gltrbug323@aol.c...
bizkit8214@aol.com
KAY_MATTHEWS@FC.MCPS.K12.MD.US
jan.thompson@esc9.net
memaw@dfsi.net
buickcrazy@aol.com
sandhya@hbc2hbcse.tifr.res.in
dawls567@aol.com
EGonzales@bulldogs.org
salma4u_99@yahoo.com
mg24@usa.net
etho-5102@fwsd.wednet.edu
ekan-5108@fwsd.wednet.edu
KRISERNCOFF@HOTMAIL.COM
JESSLJ@NETSCAPE.NET
DGROBINS@BELLATLANTIC.NET
hu100@webtv.net
pdaddy_d@hotmail.com
daviddude56@yahoo.com
RoaDFighteR6@aol.com

varshvarsh@aol.com
shay_shay_blade@yahoo.com
shutyourface@loser.com
ams@asiams.com
lj2007@aol.com
jvillarrea@aol.com
wynz79@hotmail.com
kentristar2000@yahoo.com
dan@lion.cc
ahussainshah@yahoo.com
ROXYGRL51@AOL.COM
rockusa2000@yahoo.com
sangitz9@hotmail.com
BJSRANGA@REDIFF.COM
Asif91@aol.com
swinger_731@hotmail.com
l.loretz@gurlmail.com
pattimcon@yahoo.com
gmayne@lcps.k12.nm.us
wfishbur@lcps.k12.nm.us
gmayne@zianet.com
nllim100@singtel.com.sg
armack@accessunited.com
sam710@AOL.COM
moilali@rediffmail.com
hcmathews@worldnet.att.net
chandrima@caltiger.net.in
pschiber@muhsd.k12.ca
phlblah_69@hotmail.com
luvfest100@hotmail.com
Hbrant@CLDS.NET
jwil633423@aol.com
cwi7171430@aol.com
n9319005@me.iitb.ernet.in
indranil@me.iitb.ernet.in
imshellyg@aol.com
imdanielg@aol.com
mikeallison@juno.com
tazelaar@famvid.com
annelyana@mailcity.com
madhudeep@satyam.com
amalia78@rocketmail.com
anathaker@hotmail.com
bullmccabe@hotmail.com
tkr@jerseycape.com
screw_the_dumb_googles@iH8u.com
togo901243@aol.com
xydoctor@yahoo.com
jev2k@virginia.edu
sukhbirsingh100@hotmail.com
lorck@christiansfeld.mail.telia.com
bviadero@jovellanos.com

bviadero@jovellanos.com
babrad@aol.com
mike.cassegard@swipnet.se
mike.cassegard@swipnet.se
Tulay69@hotmail.com
pamvd@hotmail.com
davey53@juno.com
Davey53@juno.com
farazthambi@usa.net
lester@mediagrafix.com
neos@panteion.gr
awsome400@hotmail.com
blink@dotcool.com
liljz9 @aol.com
adamsplace@hotmail.com
Boyblue21@aol.com
luckie_08@hotmail.com
carlos0527@aol.com
jmlamothe@cyberus.ca
www.russell@Wilshier.com
goldie312@usa.net

rordoñez@hotmail.com
namrata26@hotmail.com
autotechnicla@home.com
sirtrevor@home.com
krisssy33@aol.com
natep@cwtel.com
artherkishore@yahoo.corn
michael_thewless@hotmail.com
Pande_13@Hotmail.com
tomgirl26@hotmail.com
arroyave.m@mailcity.com
theoutsider12@hotmail.com
BraithDS@aol.com
srachna23@netscape.net
flstaff5@tm.net
googlessuxalot@Ihateyou.aol
putchskee@AOL.com
nytegrl2000@hotmail.com
McCay76@aol.com
roander@yahoo.com
d_saravanan@movemail.com
xafarabbas@usa.net
blondie21b@aol.com
Zabrianna@excite.com
Docawhat@aol.com
Chocoholic_17@hotmail.com
carlos@aldebaran.gsfc.nasa.gov
nyman@eden.rutgers.edu
Mart2727@aol.com
kmilbank@yahoo.com

aapjes@aol.com
www.xambex@zipmail.com.br
saigom@col3.telecom.com.co
werns6@hotmail.com
vk_gopal@yahoo.com
hanna@pharmos.com
alex_constable@hotmail.com
toolbox53@hotmail.com
gabby_wabby@hotmail.com
vmp7ik@ccs.iitb.ernet.in
kuldeep2000@rediffmail.com
koundinya007@usa.net
vraghu@iitk.ac.in
vraghu@iitk.ac.in
fd97522@bits-pilani.ac.in
kadihudson@netscape.net
lenny_little@hotmail.com
jmabs@hotmail.com
jojo43210@aol.com
Bunny3050@cs.com
rwstayton@yahoo.com
maverick_hunters.lebe@excite
boo@fastmail.ca
c459mor@aol.com
crismar@excite.com
b_angulo@mindspring.com
thalizzmazz@hotmail.com
genard@chickmail.com
lordsoth@bigpond.com.au
silvana.galassi@unimib.it
zubinlalani@hotmail.com
amber_iiit@yahoo.com
soccergirl290@yahoo.com
tkless@aol.com
lilfreak3000@yahoo.com
rthirunarayanan@yahoo.com
sanisoft@yahoo.com
vikk43@aol.com
purplesage_13@hotmail.com
Gissell129@aol.com
manjit.cheema@drydentech.com
manjit.cheema@drydentech.com
Agaray4041@aol.com
sarika89@hotmail.com
palle@hotmail.com
iwdc2000@iobox.com
donron1@netzero.net
kamath@satyam.net.in
andreop@matrix.com.br
karns1@infinet.com
wakey22@hotmail.com
i_r_aj@hotmail.com

jettrey@doctor.com
anette@softhome.net
psiri8pc@ccs.iitb.ernet.in
dondrish@aol.com
nutriski99@aol.com
sales@googles.com
sss@hotmail.com
stu8116@westga.edu
chrisgrinter@visto.com
jdwerrlein@aol.com
cunanan@.compass.com.ph
doctorski@msn.com
dsingh7@hotmail.com
meg99_1@excite.com
arlenes216@aol.com
shado47995@yahoo.com
joe1930@yahoo.com
touche1@home.com
lisa_fine@p-com.com
end_v@hotmail.com
abulahao@san-jose.tt.slb.com
joann@joyinternational.com
rdunckley@hotmail.com
z_freeman@titan.sfasu.edu
chughes903@aol.com
ssakt@hotmail.com
demetrusw@aol.com
catera98@schoollink.net
duckkiller18@hotmail.com
PUPPYLOVER569@AOL.COM
drenazanamb@yahoo.com
jromero@usunwired.net
jromero@usunwired.net
jromero@usunwired.net
fortezza@iglou.com
CHARMEDGIRL184@NETSCAPE.NET
jcabrerar@correoweb.com
vikk43@aol.com
vanessa1@vsnl.com
sanuroop@hotmail.com
m_anupam@post.com
syedzees@hotmail.com
quint@televar.com
gismocarbo@aol.com
kwieditz@indigo.ie
Nfowler164@aol.com
GOOGLES@BELLSOUTH.COM
GOOGLES@BELLSOUTH.COM
icebug@coolmail.com
alicegoon@hotmail.com
psychuout98@hotmail.com
sunshyn1@swbell.com

msears@audesi.com
herbzipper@hotmail.com
sarajerkins1@juno.com
COBRA68ROD@AOL.COM
lady_luck20@email.com
Gautam.Dasgupta@ccu.siemens.co.in
college.signoret@ac-rouen.fr
jens.runddquist@gliktech.com
aami81@yahoo.com
tahirkhan18@yahoo.com
t@t.edu
joshohagan@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
randysgirlforever@yahoo.com
evilelmo69@fastmail.ca
baby_182@gurlmail.com
MAELRAYES@prodigy.net
www.dingbatbob@aol.com
col_wo@yahoo.com
e_@gelfand.com
dhlscyc@ticon.net
kei4mit@aol.com
jamjan01@aol.com
hjoleary@home.com
SHAKI89@AOL.COM
WWWSHAKI89@AOL.COM
bibo_121082@eudoramail.com
bibo_121082@eudoramail.com
pshuk@yahoo.com
pranob@iitk.ac.in
burnlovdav@hotmail.com
wacks44@hotmail.com
Britt@ce.mediaone.net
richnash4@juno.com
nag_nag@hotmail.com
dr49pi@aol.com
abang_tokong@hotmail.com
belgasem_k@yahoo.fr
porsche872@aol.com
rach626@juno.com
lok_sood@hotmail.com
flower_girl_1@gurlmail.com
flower_girl_1@gurimail.com
gary.1one@gbond51.freeserve.co.uk
imalave@uccaribe.edu
yatinod@aol.com
elijahw1@YAHOO.COM
savkocs@yahoo.com
ATKeith526@aol.com

gigifletcher@mailcity.com
osbey@yahoo.com
osbey@yahoo.com
Knielle@hotmail.com
Addyke@aol.com
changusee@hotmail.com
gtily@aol.com
diamond2000@excite.com
iady_iuck20@email.com
noelc@its.soft.net
sanjaychakraburty@hotmail.com
tijo@indiatimes.com
d-x@motocross.com
anjas@upk.fi.itb.ac.id
ron.corl@littlerock.af.mil
jaysgirl@twistmag.com
KRP0930@AOL.COM
meglynn@u.washington.edu
sarobert@norman.k12.ok.us
thafeed@yahoo.com
Vschesnut@aol.com
history@interlog.com
reyandme@yahoo.com
hotrich@hotmail.com
tidoublegrrerr@netscape.net
gibbr@cc.wwu.edu
ginartie@mediaone.net
electriculture@mailcity.com
sandy2dana@aol.com
CGyount@microsoft.com
care_bear_y2k@yahoo.com
bacilio_g@yahoo.com
MGEhitman@wrestlezone.com
tabatha_7@hotmail.com
rwcl@shianet.org
www.beautiful117@yahoo.com
meli_so@yahoo.com
GOOGLES@BELSOUTH.NET
grandmadbf@aol.com
m_jignesh@hotmail.com
deshmukhsrinivas@hotmail.com
sdnp_sanjay@yahoo.com
9633065@student.ul.ie
9632603@student.ul.ie
9632638@student.ul.ie
boppli@hotmail.com
c9904400@Hotmail.com
aeffi2000@waumail.com
decatur5@aol.com
tommygirl1013@excite.com
haleypinson@hotmail.com
blopa@sympatico.ca

narsupallis@yahoo.com
hbazlul@in.ibm.com
fong3737@tm.net.my
ombolo@yahoo.com
jutmo@aol.com
lee18pa@aol.com
bradshk@digital.net
marilynlazaro@hotmail.com
millars@xtra.co.nz
arvindkoomar@hotmail.com
yileen@mailcity.com
www.viper55538@aol.com
dean83@istar.ca
brandon_mac00@hotmail.com
cortezc50@yahoo.com
GEWRUE@AOL.COM
GEWRUE@AOL.COM
cacech@latinmail.com
bisht_hs@yahoo.com
Psycho85990@aol.com
dmcrasta@yahoo.com
jrogers@aol.com
princekheldar@hotbot.com
mistacool42@hotmail.com
mistacool@yahoo.com
mistacool42@netzero.com
mistacool@netzero.com
tjames@concentric.net
tkwebster@aol.com
pintster21@aol.com
hgaraas@hotmail.com
wintergirl_16@hotmail.com
GARRON@HOTMAIL.COM
denisse.martinez@gurlmail.com
Mistacoo42@netzero.net
lakg@wipinfo.soft.net
GEWRUE@AOL.COM
GEWRUE@AOL.COM
champcc@wans.net
suman@angelfire.com
Tdiaz@aol.com
cinj85@prodigy.net
paullolo@netvigator.com
RROOSHA@HOTMAIL.COM
michael-helbock@bluemail.ch
afixa@yahoo.com
yelishetty@hotmail.com
mustapha40@hotmail.com
Munir@LCC1.org.PK.
yrtm2@aol.com,wendha-rbi@mindspring.com
ora8119_2000@hotmail.com
mras@get2net.dk

mczbermundo@eudoramail.com
donald@pinhigh.co.uk
apllead@dte.vsnl.net.in
princezz120@yahoo.com
lexycole@aol.com
lhshyan@tm.net.com
eeyore57865@yahoo.com
amit@yahoo.com
ccybg@pd.jaring.my
ajst20441@hotmail.com
gunney_49@hotmail.com
mmccle1053@aol.com
poonam507@aol.com
mohammed_aslam_shaikh@merck.com
kwisnoski@springmail.com
icanlevel99@yahoo.com
pbucks@ix.netcom.com
jennikaur@eudoramail.com
belgasem_k@yahoo.fr
BumbleBabe23@aol.com
JasiaGill@netscape.net
GOOGLES@BELLSOUTH.NET
GOOGLES@BELLSOUTH.NET
zjennings@hotmail.com
Mocha77625@aol.com
thecrow_macky@mailcity.com
mamta81@hotmail.com
lshop44@aol.com
tborsat@comp.uark.edu
BMDM@msn.com
BMDM@msn.com
zakpro@freesurf.ch
DonnaM211@aol.com
kumarveerender@hotmail.com
iampn@coolmail.com
mukesh555@hotmail.com
linmarj@digitelone.com
Kirby1084@aol.com
LMeyer1055@yahoo.com
mpinkhammread98@yahoo.com
kdhboom@aol.com
tigerlilly_99_02@yahoo.com
jodigirl1981@netscape.net
strawb28@hotmail.com
ered15@aol.com
jakeg42000@yahoo.com
FARMAS1234@aol.com
MAC534@aol.com
Coolguy412@goplay.com
kobi@tm.net.my
pnay_jenga@yahoo.com
dirk4131@aol.com

cornybum@yahoo.com
shagadlic6@aol.com
ryan_j@alo
dxbabe2@excite.com
railo@hsnp.com
ljr60535@cs.com
PATCH1987@hotmail
Lilyhorse@alloymail.com
kat_fingal@hotmail.com
forskin_001@hotmail.com
adio10@hotmail.com
gerbil_316@hotmail.com
flypie2@aol.com
cnaldoza@hotmail.com
handaeun@hotmial.com
handaeun@hotmail.com
arundurairaj@caltiger.net.in
www.petradakia@aol.com
lperezjr@swbell.net
erink01@netzero.net
glm_57@yahoo.com
sonyaloiseau@hotmail.com
mjvc97@aol.com
ankit143@bolt.com
yolanda.halbert@gte.net
Honeygirl62@hotmail.com
lil_hazel@hotmail.com
mostindia@bluemail.ch
mostindia@bluemail.ch
armindagarza@hotmail.com.mx
eber87@hotmail.com
tlast1@gte.net
YOEL_M!Y@HOTMAIL.COM.
Dargash23@aol.com
hoe@yohouse.com
nguyen_teresa@hotmail.com
jk0201@gateway.net
g_acibar@gurlmail.com
justin_cooperman@csus.com
chantell@lightspeed.net
sunilsaviolobo@hotmail.com
ejotab@infovia.com.ar
HaloMegan@aol.com
mmhr473@hotmail.com
caveliers1@aol.com
lee@inet.net.nz
tfderoza@mbox4.singnet.com.sg
ramoan1367@yahoo.com
Littlemiss@planetmail.com
pengu_56@hotmail.com
GYMROE1@aol.com
cheerchicky@hotmail.com

Jeremy_stevenson@yarmouth.k12.me.us
danielle_avery@yahoo.com
ssales4life@aol.com
GinaGSmith@excite.com
khansamina18@hotmail.com
sfbird@optusnet.com.au
Tori5053@aol.com
banerjee@lycosmail.com
scorpion.kombat@angelfire.com
rohit_iitd@yahoo.com
vivekjain40@hotmail.com
Rodith@cwcom.net
vmuttreja@hotmail.com
misty451@webtv.net
terryw566@hotmail.com
carlosillescas@msn.com
carlosillescas@msn.com
livingdoll_1999@yahoo.com
keith@kburgess.freeserve.co.uk
dhiraj_c@usa.net
manzur@bol-online.com
brown_shug_lady@yahoo.com
blankvoort@voeding.tno.nl
Dark_Merlin_of_Sith@Hotmail.com
mark.vanderputte@students.metair.wau.nl
tc_animal@hotmail.com
mzuniga20@hotmail.com
belgasem_k@yahoo.fr
belgasem_k@yahoo.fr
ntn_vyas@hotmail.com
midniteblue19@hotmail.com
anujbakshi@garfield.com
chillyw557@aol.com
PNEEDLES@IJ.NET
motwaniv@hotmail.com
www.pavneetsachdeva@mailcity.com
sunshine2765@gurlmail.com
sunshine2765@gurlmail.com
yamyduj@execpc.com
kjay@alloymail.com
xxdewanixx@hotmail.com
pipinha82@hotmail.com
captin8216@aol.com
osama.khalil@edu.sait.ab.ca
Ered15@aol.com
atrujillo@cnip.com
jason_@tm.net.my
kartyz@hotmail.com
ambrish@aut.tatasteel.com
talib@fp.um.edu.my
ALDADUDE@hotmail.com
cuquisgonzalez@starmedia.com

sdmbookit@yahoo.com
epesante@yahoo.com
gewrue@aol.com
Vhannie_19@hotmail.com
jeeramz@mailcity.com
www.sassy@hotmail.com
rob@mail.uplink.com
lennon199@hotmail.com
osu101chris@yahoo.com
kellee_2000@hotmail.com
khadiguia_ontok@usa.net
bo_ekelu@algonet.se
ms@emmi@rediff.com
RedHead129@webtv.net
ljr60535@cs.com
aolckers@omam.com
loser177@juno.com
darling@theramp
jlr2750@bellsouth.net
iloydvh@silcom.com
khillen@cinci.rr.com
janetsexytrucha@aol.com
nbdlacruz@eudoramail.com
lesjean@earthlink.net
david012345@hotmail.com
ridetigger@hotmail.com
lahu@eudoramail.com
over6meco@ga.freei.net
ekavita@hotmail.com
blackenmild@aol.com
mfreund@gwu.edu
slick300z@aol.com
trevorschubert@hotmail.com
nasreen123@hotmail.com
BBeauty411@aol.com
ibeng@erols.com
acryrilics
rswan@mustangcollectibles.com
arichardson@portalesschools.com
oscsreeves@cs.com
jamassi@aol.com
saseng90210@yahoo.com
shash@cex0906.excise.nic.in
97watsonemi@badmintonschool.co.uk
kjung@super.net.pk
andrei_12_2000@yahoo.com
byrdsellb@aol.com
trevorschubert@hotmail.com
bjaluria@yahoo.com
sooper@satyam.net.in
aroosha@kozmail.com
munirkamil@yahoo.com

jawad@umpire.com
lleceniaa@hotmail.com
lleceniaa@hotmail.com
carmen.burgess@brio.com
nthnbtkorn@aol.com
vinay_rawat@coolmail.com
www.comissioned@aol.com
gleisvi@iname.com
kc7fa@oz.net
BOSS2000BOSS@netscape.net
nbdlacruz@eudoramail.com
nbdlacruz@eudoramail.com
wallmf@mail.snc
trosato1@hotmail.com
trosato1@hotmail.com
matredd@aol.com
kim.cubing@eudoramail.com
laura.elizabeth@excite.com
vallyst@yahoo.com
shells_in@yahoo.com
easykill13@hotmail.com
HEMANTRA@YAHOO.COM
DeeJohnstone_@yahoo.com
llm42@nls ernet.in
vivekkaushal@rediffmail.com
yatintrivedi@hotmail.com
Bsportified@aol.com
babyblue@ilovechocolate.com
aug5angl@aol.com
josden@ipa.net
sales@googles.com
sales@googles.com
deran@yebo.co.za
klmss.seabrook@sympatico.ca
Mathrow@yellowknife
centpa99@aol.com
abramsonraym@yahoo.com
lancaster@syix.com
hemanth_2001@hotmail.com
schraderha@sabc.co.za
baller2208@aol.com
jasonasouza@hotmail.com
jasonasouza@hotmail.com
trigon23@yahoo.com
aubie_k_@www.googles.com
ka3a4ka@hotmail.com
jose_troncoso_1999@yahoo.com
demonicangel_666@yahoo.com
BP069@mdx.ac.uk
CaLiGrL742100962@aol.com
gurusironmani@polaris.co.in
ralphs@capecod.net

askrimi@saba.ut.ac.ir
bergk@carleton.edu
archo@hotmail.com
KET319@aol.com
smooveb319@aol.com
eajg@aol.com
rohitba@mailandnews.com
davidv488@hoymail.com
FuckYou@Bastard.motherfucker
davidv488@hotmail.com
Tejer@hotmail.com
RRM88@hotmail.com
sales@googles.com
sales@googles.com
sales@googles.com
sales@googles.com
sales@googles.com
sales@googles.com
sales@googles.com
bigman@hotmale.co.uk
j_jacob@rambam.health.gov.il
riwilson@aerotek.com
rickwilson@hotmail.com
nsyncgirl_7@yahoo.ca
blastermom03@aol.com
peachesandcream9782@yahoo.com
dannnguy@yahoo.com
mjavaid@pimail.com.pk
h_santiago@excite.com
sales@googles.com
hairydrummer@excite.com
mcnana@mediaone.net
b-g.anderson@sympatico.ca
b-g.anderson@sympatico.ca
Swilli80@hotmail.com
lepotvin@yahoo.com
t123110125k@aol.com
nagmaj@yahoo.com
gena116@hotmail.com
srt4@ucc.nau.edu
schild@fhcrc.org
sj@fhcrc.org
treb_12@hotmail.com
clakat@hotmail.com
pureacidflesh@hotmail.com
tarz22@hotmail
rnieuwold@hotmail.com
keimanan@hotmail.com
vijay1982@yahoo.com
96ch103@vikram.svrec.ernet.in
abiolme@yahoo.com
abiolme@yahoo.com

BEANSPAK@NETSCAPE.NET
littleminnie612@hotmail.com
dparada@theriver.com
www.rgrit@aol.com
goldylocks14@hotmail.com
gvsantana@netzero.net
szsterrrett@cqc.com
jket@flash.net
amstrath@geneva.edu
summergurl44@hotmail.com
krb5@hotmail.com
alberlin@mailcity.com
arad@yahoo.com
hoang_tran_nhu@yahoo.com
Pumpkin161@excite.com
FoxyT777@aol.com
Jonathan.brantigan@bain.com
felixMoga@yahoo.com
elsbethes@hotmail.com
jmfcycle@hotmail.com
IDMACHO@aol.com
starcrystal2@hotmail.com
steed_nickki@hotmail.com
kreale@beld.net
sonyz@kittymail.com
ariel_kilbey@hotmail.com
notelling1010321@yahoo.com
jonny437@yahoo.com
svilleneuve@voyager.net
Jsphkalex@aol.com
kylie06@hotmail.com
sunshine_girl31@hotmail.com
tauni_lexis@hotmail.com
mohanan_m@123india.com
monroetr@yahoo.com
adnan003@yahoo
www.nel_joie@eudoramail.com
www.NEL_JOEI@EUDORAMAIL.COM
fue50@sandringhamsc.vic.edu.au
a_rajeev@hotmail.com
hotgirlie_girl08@hotmail.com
jaymehta20@hotmail.com
anthonyrice@worldnet.att.net
norahkielland99@hotmail.com
volleym11@cs.com
billie711@hotmail.com
Justin_0390@aol.com
mkekhani@yahoo.com
kamil22@yahoo.com
kullytaak@yahoo.com
TAnde49833@aol.com
jseconi@hotmail.com

Jgerman789@aol.com
SUEMGH@AOL.COM
pookiepie58@yahoo.com
tazzy2_1999@yahoo.com
sarahw@involved.com
nfreitag@execpc.com
chintan62@hotmail.com
bpes@vsnl.com
erhie1@excite.com
gerrie@veld.agric.za
adedam@yahoo.com
sslickchick@yahoo
chloet@sk.sympatico.ca
drew8839@aol.com
traffic_light80@hotmail.com
piper_wood@gurlmail.com
DKrotowski@aol.com
clocarlin@aol.com
ammadali@hotmail.com
geeta_kumar@yahoo.com
frmyc@yahoo.com
andreas@easyriders.com
t_penjore@usa.net
t_penjore@usa.net
kai.staden@t-online.de
crazycoolteen@hotmail.com
julie_mullane@juno
gpark@cymer.com
cool_blast91@hotmail.com
DVISLSDBEAR@AOL.COM++++++++++++++++
sks_mt@yahoo.com
sshakramy@yahoo.com
buzzy@tamil.com
friends@frognet.net
nutan_ag@yahoo.com
Chenquin@hotmail.com
muko12@hotmail.com
jones-welcome@maktoob.com
Harry99@pd.jaring.my
Bigly1182@aol.com
corlinlg@nerc.com
corlinlg@nerc.com
daykinclan@direct.ca
cookies@mediaone.net
lust_vc@hotmail.com
bluebear123@msn.com
cojax99@hotmail.com
corpserv@md.in.dsgsoft.com
evita_lamore@hotmail.com
ducoci@yahoo.com
www.AJSpecial41@hotmail.com
gerbil37@hotmail.com

raghav_3 @ usa.net
vikku@che.iitb.ernet.in
scary_celery@hotmail.com
bumblebee@foxinternet.net
CK@Nykat-gym.dk
dragonbakedarren@netscape.net
momo1185@aol.com
rocky47@hotmail.com
panji_semerang@email.com
g_l_yin@hotmail.com
gnp@digitelone.com
swift5703@aol.com
watchenewe1@excite.com
v_ramaa@usa.net
sstone@ejourney.com
pjbutland@sprint.ca
gex288@aol.com
sparkles4_u@hotmail.com
Sanchez5k@aol.com
Wareag1e17@aol.com
MCINNGIRL@HOTMAIL.COM
jayitevi@yahoo.com
woelfman6614399@yahoo.com
aidrees@att.net
moonz1377@hotmail.com
cscrog816@aol.com
birkenth@gateway.net
noworries_6@hotmail.com
benmcneil@hotmail.com
gbabygrl13@aol.com
anna.01375127@telia.com
hrdplyr@hotmail.com
neellavathis@hotmail.com
leashsam@aol.com
baliar.g@mailcity.com
mnauty@yahoo.com
r.afti@usa.net
oliver-j@cadema.com.ar
oliver-j@cadema.com.ar
mel_carter1999@hotmail.com
jman@zoo.co.uk
yoon_99@hotmail.com
scottmellor@hotmail.com
rthurket@yhaoo.com
angela_69_1999@hotmail.com
jakecub@aol.com
sukerungen@aol.com
guy_gustafson@hotmail.com
espr1225@aol.com
RNRYMATT@aol.com
chicm@cadvison.com
edina@mozcom.com

harriet@studentcenter.com
pat@techno.net.au
will@merseymail.com
shouviksinha@hotmail.com
markstack@wafreei.net
al_magneison@sd33.plnet.bc.ca
cookies@mediaone.net
amandaskyler@webtv.net
norjac@telusplanet.net
ptodd007@aol.com
giselle@hotmail.com
ccc@yahoo.com
bugs91096@mailcity.com
meg99_1@excite.com
moonlite89@aol.com
purplchik3@aol.com
gumbyska@aol.com
majik9@hotmail.com
parv_pal@yahoo.com
rcantar15@hotmail.com
rishab_6@123india.com
desaidk@hotmail.com
Red_Hot_22@yahoo.com
Red_Hot_22@yahoo.com
dattilomelissa@hotmail.com
ben_mcneil@hotmail.com
stitches_19@hotmail.com
nika-summers@usa.net
scotty0002@aol.com
cool_guy@hotmail.com
tricky@hotmail.com
Sweet69@hotmail.com
thugstary2k@georgewhittle.com
Richtig_10@hotmail.com
harvey.asahi@talk21.com
ANGELS_147@HOTMAIL.COM
sharkadon@hotmail.com
Johnlovesjoy@aol.com
v_renny@hotmail.com
edelicom@mactan.com.ph
nbvora13@usa.net
jyoti_computer@yahoo.com
housesl@uwm.edu
anju.kaushik@mailcity.com
AStaab_@excite.com
GODRAGON13@AOL.COM
dattilomelissa@hotmail.com
sreeparna@indiatimes.com
fabou@sympatico.ca
fabou@sympatico.ca
ashuq@wipinfo.soft.net
Purple_Dinosaurs@hotmail.com

khearts@hargray.com
arminteb@neda.net
dperson@tcdi.net
tpaps20@yahoo.com
upasana_k@yahoo.com
bRANDY_Lizzy@yahoo.com
myked9@hotmail.com
saboohi_good@yahoo.com
lisa_mdhj@hotmail.com
lisa_mdhj@hotmail.com
daisybid3@hotmail.com
Mich146@juno.com
sergio_fabris@yahoo.com
a3a64300@sympatico.ca
chas8467559@hotmail.com
mmsb92@webtv.net
arulraj_d@yahoo.com
canaclan@sover.net
zhouymj@163.net
zhouymj@163.net
dheeraj23@hotmail.com
seasonr@fairfax.com
erik114@aol.com
ChellieAnne@aol.com
joel_del@netscape.com
MOSHAR@USADATA.NET
MOSHAR@USADATA.NET
999vikram_singh@usa.net
lilangelbybee9@aol.com
whitda98@stbenedicts.gloucs.sch.uk
vaidyanath999@coolmail.com
ki-q@indo.net.id
sdgcrman@unm.edu
fibrofighter@#aol.com
jennifer_bell69@yahoo.com
linda_patricia@hotmail.com
bamfer23@aol.com
lilnorton69@aol.com
harts_3:16@worldnet.att.net
mscstll@aol.com
sweetc8268@aol.com
commanderass@worldnet.att.net
bikrman1201@aol.com
flipout59@aol.com
sufyan@isb.paknet.com.pk
alalji@direct.ca
kgarrett@altavista.net
cj_8133@hotmail.com
cj_8133@hotmail.com
lonelyeyes36@hotmail.com
tweettweet14@chickmail.com
tweettweet14@chickmail.com

mceinture@gmx.de
RACottrell@aol.com
tinyamb@yahoo.com
wwarne@aol.com
bubbalewa@yahoo.com
jenniferbringuela@eudoramail.com
pta23@mweb.co.za
pta023@mweb.co.za
nina118@keromail.com
alalji@direct.ca
wig_wam_23_99@yahoo.com
acelux@yahoo.com
AMJ2020@ AOL
sercan008@hotmail.com
sales@googles.com
sales@googles.com
Sunshiney11@aol.com
fred@megate1.com
Aggie8624@aol.com
fred@megagate1.com
tenel@home.com
boonspace@yahoo.com
dolon7@yahoo.com
emelie.hellqvist@skola.askersund.se
dummyhed1@yahoo.com
aladner123@aol.com
aladner123@aol.com
kkorol@yahoo.com
lmax44@aol.com
joesmoe792@aol.com
sulin@sar.edu.stockholm.se
olgamejia@lycos.com
littlevess@aol.com
C85Mik@aol.com
sugar86@angelfire.com
pppierce@mailhost.tcs.tulane.edu
Flychicka143@Aol.com
bokbefok@usa.net
readyone2@aol.com
bubbles_16@lovergirl.com
ash_nb@hotmail.com
annaricacabrera@yahoo.com
philipbaksh@hotmail.com
Robert.Pearson@btinternet.com/
philipbaksh@hotmail.com/
tajames@penn.com
lilprincess@aol.com
gibbyjet95@aol.com
fibrofighter@aol
x4play777@hotmail.com
lbecker@woodside.nn.k12.va.us
VHALERI@MYPAD.COM

rsarreal@ems.att.com
celeste_anderson@yr.com
GYMTUCK@HOTMAIL.COM
toolong86@hotmail.com
komefunq@netvigator.com
s0685049@cl06@pps
s0660006@cl06@pps
t_subramaniam@hotmail.com
ritu@teen.co.uk
nita_voskian@hotmail.com
Nickys616@aol.com
yonas92@hotmail.com
knotumhead@yahoo.com
powerslave21@hotmail.com
jltwillard@yahoo.com
Sunshine386@gurlmail.com
sexy_thang_36@hotmail.com
lindsey_jarrard@yahho.com
kjkhart@hotmail.com
www.gundamwing2@juno.com
whiedevil2@hotmail.com
donniejacksonjm@
BritBrit16@aol.com
dan98300zx@aol.com
s8shorty18@aol.com
tessa2327@aol.com
sandee1818@aol.com
sugar20202@aol.com
loveen36@hotmail.com
monfared_99@yahoo.com
srgoddess16@hotmail.com
srgoddess16@hotmail.com
tmatthews_34112@yahoo.com
bowtie054@aol.com
Swanu13@aol.com
loekh@hotmail.com
spinach55@yahoo.com
lee@inet.net.nz
banerjee.k@mailcity.com
jansen@ngweb.it
Brit0626nw@aol.com
strt@blomand.net
ewaeckerlin@aol.com
vijaibhaskar@yahoo.com
vijaibhaskar@yahoo.com
pawan_nagpal@hotmail.com
latasha@pathcom.com
latasha@pathcom.com
retardo14@hotmail.com
twetyluv83@aol.com
starr_103@hotmail.com
www.mjlpro@realclear.net

chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
manoj_kumar_p@hotmail.com
kimbjl@AOL.COM
serymoon@shinbiro.com
ashleydanley@excite.com
startrump27@aol.com
nomad@waumail.com
littlebit_ofjessica@yahoo.com
alexandrafontaine@hotmail.com
ccabanlit@hotmail.com
reetika@123india.com
reetika@123india.com
nina118@keromail.com
long_legz_86@yahoo.com
kish_hs@hotmail.com
michael.hadley@talk21.com
michael.hadley@talk21.com
anindab@platinum.metalrg.iisc.ernet.in
pohat@yahoo.com
geddyfleaclaypool@for-president.com
oodaas21@hyd.paknet.com.pk
abrave111@aol.com
JÃ³nathan2@starmedia.com
yasaswi_m_m@hotmail.com
readyone2@aol.com
mao106@hotmail.com
kaybee@bom2.vsnl.net.in
aatika@usa.net
ehefferne@yahoo.co.uk
d95bf01f@student.ucd.ie
bglew@webtv.net
laurie@anne-lott.fsnet.co.uk
BLAIRSAR@HOTMAIL.COM
normanr@cpsboe.k12.oh.us
00@bellsouth.net
kmcmenemy@sprint.ca
god_speed85@hotmail.com
wasian1023@hotmail.com
christi@networkpaging.com
rebekah4u@yahoo.com
guy_gustafson@hotmail.com
medina69@eartlink.net
jtsteam@iwon.com
chrissturnerr@hotmail.com
krishnan_d@hotmail.com
sanjaychakraburty@hotmail.com
jlsenators@aol.com
wrpherre@latinmail.com
chocolate_sensual@hotmail.com

chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chimichangaperu@hotmail.com
chimichangaperu@hotmail.com
babey_carey@hotmail.com
babey_carey@hotmail.com
baby_carey@hotmail.com
baby_carey@hotmail.com
jhollinger@clsd.k12.pa.us
dwinn@bravocorp.com
MPinto1991@aol.com
Trevypoo@aol.com
www.indian15_99@yahoo.com
gsdsbs@aol.com
Huffdady9@aol.com
pick@hotmail.com
miklovis@home.com
cen25452@centuryinter.net
t_l.casarez@worldnet.att.net
cyberjockey007@yahoo.com
sijug@rediffmail.com
cyberjockey007@yahoo.com
keisha1971@hotmail.com
granpamir@hotmail.com
kendra_9281@hotmail.com
wildkat95380_1999_1999@yahoo.com
deerhunter_820@yahoo.com
hardyroberts@hotmail.com
hardyroberts@hotmail.com
tbitt@netzero.net
Ant7337@yachts.zzn.com
Brigette85@hotmail.com
Liz5678@hotmail.com
casey467@hotmail.com
casso2@hotmail.com
miranda456@hotmail.com
angelsR2sweet@chickmail.com
cickstar@hotmail.com
tomtozzajohnston@hotmail.com
kissbliss@hotmail.com

azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
billadair@gci.net
funnybunny@highschoolclub.com
OSOreese@aol.com
scooby151@myhome.net
Mshin00001@CS.com
kckid@toto.net
sujith_kc@yahoo.com
snail@brunet.bn
cooldude_saviour@mailcity.com
evegeral@hotmail.com
keatingsa@aol.com
tekeyma1@hotmail.com
GoodGold98@aol.com
vinzaint@usa.net
rubenmadrid@webtv.net
Mae86babe@aol.com
las2769@aol.com
flygirl514@aol.com
zzz@htomail.com
osito.osito@correoweb.com
smoothy777@hotmail.com
angleface@angelfire.com
ebb766@aol.com
cfrazier@efortress.com
triplel@mailcity.com
glen_sindoro@yahoo.com
mulan5177@hotmail.com
Kiril.Boyanov@tcm.hut.fi
amathew@ur.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com

markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzafishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzafishes@hotmail.com
markfishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzafishes@hotmail.com
azzafishes@hotmail.com
markfishes@hotmail.com
abbyq5@aol.com
lisa_student@yahoo.com
bammarkuk@aol.com
davidt@scott-merrick.co.uk
samira.mousavi@iit.nrc.ca
lavoce29@aol.corn
funkymunky1018@aol.com
pjnutschocs@usa.net
rep14@hotmail.com
jkane@dtccom.net
annieboo@freewwweb.com
rich9309@aol.com
@sdjfhsj
peyton20@yahoo.com
l!tlleosito@aol.com
lttleosito@aol.com
stephen.emmott@tesco.net
Kassi@erols.com
emercado@edmail.com
wemerson@em.ufop.br
chrissy_102@hotmail.com
Laut@cbiowa.com
darwin104@hotmail.com
jamie.nicholson@moray-edunet.gov.uk
itchybone_17@goggles.com
don.mclean@moray-edunet.gov.uk
don.mclean@moray-edunet.gov.uk
michael.i.greene@worldnet.att.net
BBrown6204@aol.com
Quest4rzzz@aol.com
www.kauri.laine@eudoramail.com
mrs_haankey@thehellhole.com
neb43@hotmail.com
anitasingh27@hotmail.com

g_abir@hotmail.com
br_88@hotmail.com
muthu_18kumar@usa.com
altickchick@yahoo.com
alsa@ntl.sympatico.ca
MISSLEWIS03@YAHOO.COM
bozorgmsf@Tehran.irpost.co.ir
ROCKY7052@AOL.COM
Flychicka143@aol.com
mcbaumans@sympatico.ca
gpacana@adb.org
jela@execpc.com
anth4katrin@loveable.com
davidt@scott-merrick.co.uk
caz@soldiermail.com
bk599@scn.org
myron43607@cs.com
s.p.mears@Talk21.com
Siri@quepasa.com
trapolina2000@yahoo.com
www.frizzo@hotmail.com
scooby151@myhome.net
janelleram@hotmail.com
gunnkarthik@usa.net
sym23_1999@yahoo.com
adityamohan43@hotmail.com
chrissturnerr@hotmail.com
sarahsmom@gmx.de
wmcook999@aol.com
normism@aol.com
hmcgrath@rvgs.k12.va.us
Dragonwoman69@yahoo.com
buonochris@hotmail.com
BAMBAM796@AOL.COM
lowdig@hotmail.com
rizvi1@isb.paknet.com.pk
mkurteczka@seznam.cz
monyo@prodigy.net.mx
andrewt316@hotmail.com
afterngoun@hotmail.com
jezzierose@hotmail.com
lovetulip@ncounty.net
rafaelwild@hotmail.com
www.jflyers00@aol.com
kandskraabel@mciworld.com
evil_nancy@yahoo.com
rach1104@aol.com
dindo_dj14@yahoo.com
sheilalaine@hotmail.com
s.p.angub@madmail.com
adrianusk@gintic.gov.sg
jainsubhash_99@hotmail.com

sunadia@hotmail.com
pamela.ross@clubcorp.com
aerensph@cgip.fr
karentg@hotmail.com
daylight.d@n2music.com
MDELOSRE@ADVANTA.COM
dardencd@aol.com
rcastillo@wcsonline.net
JBruce8744@aol.com
pat-geo@ns.sympatico.ca
holmesscottydog@aol.com
MissDiva269@aol.com
lisha0@hotmail.com
sivasiva@giasmda.vsnl.net.in
clivel@netvigator.com
@hiuranus
d7rrah@hotmail.com
Rosierose_us@Yahoo.com
honey318@hotmail.com
RPanchoo@Prodigy.net
sherrieyoungstrom@hotmail.com
danstudly@mailcity.com
retrieve@coredcs.com
elisemel1@yahoo.com
portman@yahoo.com
s_tackar@hotmail.com
kulfiman@hotmail.com
ynsingh@rediff.com
gdjhbjgjhjopj@ndbjo.com
hanie_0610@hotmail.com
heibai@371.net
ferron.diane@videotron.ca
johnclark3169@n2mail.com
gurbir@ch1.dot.net.in
BMagdaluyo@excite.com
kathy_todd50@hotmail.com
krazyket@hotmail.com
i_renzs@hotmail.com
i_renzs@hotmail.com
i_renzs@hotmail.com
bardiajay@hotmail.com
Biohazard_s@hotmail.com
smartchip@wilnetonline.net
smartchip@wilnetonline.net
sborcuch@elka.pw.edu.pl
coincoal@aol.com
WRB51941@cs.com
anand272@aol.com
la_petite_73@yahoo.com
lilpop675@yahoo.com
hoopgirlie2000@aol.com
dherec@mailcity.com

sri_300@yahoo.com
annmir@eudoramail.com
deepthroat_96@excite
leonthorne@hotmail.com
ngansum_chan@hotmail.com
nutmeg_8@yahoo.com
Lox@melodymail.com
guljawaz@hotmail.com
melanie_harnum@yahoo.com
lrudeloff@metrix1.com
corko4@hotmail.com
corko4@yahoo.com
zeebop2@excite.com
alireson@mnsi.net
klambropoulos@aol.com
aravind_java@rediffmail.com
WRB51941@cs.com
mspat32240@aol.com
varghese_s@hotmail.com
divkiran@nde.vsnl.in
smill@freeway.net
keatingsa@Aol.com
simonhones@hotmail.com
guy_gustafosn@hotmail.com
nagerkiut@hotmail.com
kasghar2@aol.com
pinkypillow2000@hotmail.com
karps@eth.net
gopal_p@mailcity.com
hotdude@guyofyourdreams.com
zinzin@hotmail.com
pudgy@music.com
p.albano@juno.com
loveme500@hotmail.com
dribbles26@aol.com
mrs.gorf@gurlmail.com
rajneesh08@hotmail.com
anoop_poona@hotmail.com
nsaujani@hotmail.com
dmdfreepc@mail
JNITSBERG@peolplepc.com
mararules@aol.com
slimpkins423@aol.com
Tarman90@aol.com
has2has@yahoo.com
timcc800@netscape.net
sandlersgrl@aol.com
d_desigan@yahoo.com
kirkland@ultranet.com
mink82@hotmail.com
rfence@home.com
joycemcollins@hotmail.com

YMIsoShort@aol.com
lherrmann@diana.hs-bremerhaven.de
sboxer98@aol.com
fhp4lap@intelos.net
mark@shlf.com
cercole@ti.it
bhatta_anu@yahoo.com
jpar336@aol.com
raffi54@hotmail.com
jbbjmb@theramp.net
abbas_a@newmail.net
agner@hotbox.com
agnert@hotbox.com
agnert@hotmail.com
agnert@hotmail.com
rattlesnake10@yahoo.com
vikas@deltronindia.com
Afessas@aol.com
montiu@yahoo.com
alashrf@brain.net.pk
elias_baez@latinmail.com
lricci@bfm.com
BOBLCUTT@webtv.net
cclem@pisanet.com
roshan_pradeep@yahoo.com
rasiz@catcha.com
moonguha@hotmail.com
zia_t@mailcity.com
lvicD@state.gov
i_orocay@mozcom.com
saniakhatri@hotmail.com
daanishkhatri@hotmail.com
barrowsd@cortland.edu
ssateeh@flagtelecom.com
ggmauger@bright.net
jrskringer@hotmail.com
eluth2730@aol.com
qaisermughal@hotmail.com
alex@alwaysonline.com
nivea2@home.com
pumpkinpie131@aol.com
philip@tad.co.za
lmpawluk@home.com
tina_+kill@hotmail
nestasistren@aol
robby@uole.com.ve
wbarth3862@aol.com
rajibkrdas@yahoo.com
mira-azmi@usa.net
preet1942@rediffmail.com
rkr_123@hotmail.com
skvasudeva@nalcoindia.co.in

gloligney@aol.com
gatse@dm.net.lb
LCONAWAY@USATODAY.COM
heestand@erols.com
Dlieber316@directweb.com
eignacio@i-manila.com.ph
smoothoperator_31451@yahoo.com
mvaughn1@midsouth.rr.com
shaz_kc@hotmail.com
debby@hotmail.com
gistina@subri.com
ammma@emirates.net.ae
ams6762@hotmail.com
landfall@globalnet.com.uk
hotie456@yahoo.com
cantubenito@hotmail.com
cantubenito@hotmail.com
algbl@aol.com
lilyhorse@alloymail.com
kweinbrandt@access1.net
alie@fiberia.com
Cusumano@ili.com
Cassrider@aol
info@baerenstark.de
fubuproll@gmx.de
paynemy@email.uc.edu
jaganprasad@hotmail.com
SEMAJ29@JUNO.COM
famolare@int-usa.net
superalaide@hotmail.com
janji@emirates.net.ae
dode@c.country.com
ideas@chequemail.com
j.sanjeev@usa.net
sudha_271276@yahoo.com
dawn.hsu@pacific.net.sg
rumorhasit2@pyramid.net
hyslop@blueridgenet.com
suealex@videotron.ca
Jump4Joy88@aol.com
Zazzopits@aol.com
flower6059@Aol.com
juliethegreat13@hotmail.com
qualicut@globalserve.net
balot_17@eudoramail.com
bustergirl___2000@hotmail.com
snail@brunet.bn
apurvaparekh@usa.net
vishnu_priya@mailcity.com
domenion@bellatlantic.net
chandu_GAZULA@HOTMAIL.COM
viviferg@latinmail.com

mshirazf@yahoo.com
tom@hotmail.com
glory925@aol.com
themidge@hotbot.com
test@hotmail.com
sunflowerpot99@hotmail.com
swanlakepond@hotmail.com
cynthiaway@yahoo.com
JULIO2790@AOL.COM
mumbo_5@hotmail.com
thyeson@excite.com
Augadawg1@aol.com
dlux@not-so-massive.com
salim@pts-corp.com
sharon@kyol.net
zuktown@mindspring.com
lgualdo@yahoo.com
daddysprincess69@hotmail.com
hlambro2@aol.com
WBROOKS@SMITHTOWNK12NY.US
novembergal287@excite.com
ogai_1@latinmail.com
thug_passion_16@yahoo.com
dre501@yahoo.com
redwms@aol.com
patsyshaw@hotmail.com
edogawa_d@mailcity.com
himanshumisra@usa.net.
nvasu30@yahoo.com
i_renzs@hotmail.com
alexalaw@mpx.com
leensiew@tm.net.my
rmb100@itn.org
in2living@earthlink.net
avi101@satyam.net.com
breeski_21@hotmail.com
mariowaters@mgw
rattlesnake10@yahoo.com
a4s3c4r5@aol.com
fasikhan@hotmail.com
premkish@yahoo.com
NikilKM@Microlandsw.com
rtweddle@dhs.state.nj.us
buffdaddy37@aol.com
DmxDawgFM@aol.com
scooby151@myhome.net
hammade@mailcity.com
can@demasiado.com
noworries_6@hotmail.com
ben_mcneil@hotmail.com
tran_amy99@hotmail.com
jrskringer@hotmail.com

bblue_116@hotmail.com
buffdady37@aol.com
annalovelace@hotmail.com
coolaine@mail.com
dorcas82@hotmail.com
raquel@numis.com
sierapc@yahoo.com
mghrrmnn@norcom2000.com
LuvBug55@cheerful.com
msak1999@yahoo.com
m.felim@mailcity.com
BettinaNill@hotmail.com
eggbert02@hotmail.com
hayleyhurtt@hotmail.com
wis2wis@yahoo.com
www.sugarcups @.com
Lir104@dangerous-minds.com
jleonriera@yahoo.com
sid-fam@sympatico.ca
k_thrower@yahoo.com
mainc@vsnl.com
toonheads1@webtv.net
bombrushh@hotmail.com
charlie.edward@home.com
Jcumskey@ixnetcom.com
Sugar_Girl_01@hotmail.com
has2has@yahoo.com
www.dianelixtindall@yahoo.com.au
beaarybongo@hotmail.com
jduran33@hotmail.com
duran@c2i2.com
yleung1020@aol.com
siaw_moi@.co.uk
nath@smackdown12.freeserve.co.uk
prashant_kansakar@yahoo.com
annalovelace@hotmail.com
annalovelace@hotmail.com
annalovelace@hotmail.com
annalovelace@hotmail.com
annalovelace@hotmail.com
BADAKO@AOL.COM
goodrich@thegateway.net
gagan_sonu@chequemail.com
aljolan@earthlink.com
natt881@hotmail.com
marj@isni.net
myruskita@yahoo.com
roselily69@hotmail.com
chelsLAX06@aol.com
woepartee@earthlink.net
JAC234@qwestinternet.net
v_cancer@hotmail.com

dandona1977@hotmail.com
rayjoa@maltanet.net
dgosnell@indep.k12.mo.us
b1206@lsef.mozcom.com
jklein@or.blm.gov
jemett@linkline.com
ashly_95@yahoo.com
bobcob@home.com
vwong@box1.a-net.net.th
patsyshaw@hotmail.com
the_girluneed@yahoo.com
shoaib115@hotmail.com
rajuh81@hotmail.com
rvasanthan@mailcity.com
niall.hartigan@nuigalway.ie
Rhonda_Gross@RoundRockISD.org
jano20@caramail.com
gangevi@hotmail.com
phataks@msn.com
stud-mec@otenet.gr
jazz1@gurimail.com
jessica.short@gurlmail.com
juyalsuddu@hotmail.com
raffel007@yahoo.com
babyangelstar2000@yahoo.com
ayap@visto.com
JaminKen@aol.com
amanda_32_99@yahoo.com
mudasirmasood@yahoo.com
spmzhu@aol.com
ruffryder4lyf@hotmail.com
Charmier@worldonline.co.za
BARNEYAGER@AOL.COM
megel17@hotmail.com
SweetKafi@yahoo.com
shazaam2@earthlink.net
fishingbuddy@hotmail.com
www.bulbydon@hotmail.com
roms@aol.com
grallen_1999@yahoo.com
grallen_1999@yahoo.com
nadorego@studentcenter.org
cartas@abc.es
lakshmanb@mastech.com
cheerleader60@goplay.com
ddbells@yahoo.com
panchojf.@hotmail.com
mortalite@yahoo.com
emil373@prodigy.net
sgoldy@globalfreeway.com
aileengn@aol.com
maude@wetwetwet.com

otep.mirs@eudoramail.com
zoebinoche@hotmail.com
gabriel_marquez@hotmail.com
almanna@hotmail.com
Olaf.Weging@t-online.de
hjoleary@home.com
joy_is_clever@yahoo.com
sheiley_anne@eudoramail.com
CARP2274@COMP.COM
samanthaboateng@hotmail.com
mauralove@hotmail.com
kaio_93@yahoo.com
asudran@aol.com
idont@wanto
glam_chica@chickmail.com
banana@dsw.com.au
piesdescalzos@hotmail.com
siaw_moi@.co.uk
siaw_moi@yahoo.co.uk
siaw_moi@yahoo.co.uk
nicolle2_99@hhotmail.com
nicolle2_99@hotmail.com
nicolle2_99@hotmail.com
faxe17@yahoo.de
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
srkumaran@hotmail.com
hercules_626@yahoo.com
giovanna.tartoni@tiscalinet.it
kmani@cse.vec.ac.in
wivdzwg@hctmail.com
obliqurea@hotmail.com
poloblu2@aol.com
junming88@hotmail.com
littleluckyladybug@gUrlMail
wedoze@golden.net
ymf6@hotmail.com
penny1802@hotmail.com
andrea_jacka@hotmail.com
clacla_01@yahoo.com
wndyjon25@aol.com
izzystradlinhouds13@hotmail.com
foreverlov6@excite.com
baruah@coolmail.com
drmka22@hotmail.com
Vain4@hotmail.com
newwendell@usa.net
HERE4U69@HOTMAIL.COM
zercegov@ucla.edu
firbug@famvid.com

sanjoy.dutta@mumbai.lintasindia.com
flowersmd@mindspring.com
BABYTAZ49@HOTMAIL.COM
kbrunson1@excite.com
corlinlg@nerc.com
shawm@norfolk.infi.net
caitlynh@hotmail.com
angel85999@aol.com
foreverlov6@excite.com
yanx047@aol.com
iacgwiw@aol.com
jrskringer@hotmail.com
bubbywolfpack@aol.com
joyngregg@aol.com
n8d02008@ccs.iitb.ernet.in
simran50@mailcity.com
ljack804@gte.net
kxwillia@odu.edu
lovablehugable@hotmail.com
corlinlg@nerc.com
DEdbd@aol.com
www.lovleyhensley@hotmail.com
pulfr01@cai.com
spunky_cherububim@hotmaii.com
buffy968@hotmail.com
one_young_cookie@hotmail.com
chynnaseay@hotmail.com
cherryjollyrancher@hotmail.com
trickdaddy_liltroy_freak@hotmail.com
goofygal00@hotmail.com
bjones42@hotmail.com
joeymilam8@hotmail.com
kabluey_69@hotmail.com
SREEDHAR.NAIDU@MAILCITY.COM
kebra@webtribe.net
koeald_27@hotmail.com
daisy_236@hotmail.com
blake_buddy@hotmail.com
thejohnsons25@hotmail.com
rnmc_1999@yahoo.com
elekmuff@yahoo.com
gedez@mecheng.pentech.ac.za
teri@rasta.co.uk
prateekkale@hotmail.com
gdfggsdfg@hotmail.com
rohitmelkote@mailmetoday.com
hildaestrella@hotmail.com
glennh@edsamail.com.ph
carebearrs1@aol.com
kamkwong@hotmail.com
kmgcc35@aol.com
paco969349@aol.com

minime382@aol.com
minime382@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
twatkins22@aol.com
jshirley@lefca.com
pipers@mindspring.com
wo1r@aol.com
thompsontb@aol.com
lsync1@aol.com
fernawws@cse.mrt.ac.lk
jennel@lovemail.com
sweety_12@hotmail.com
phennig@orion.ufrgs.br
jormad@idirect.com
bl1ng_bling81@hotmail.com
adamrides@hotmail.com
ojess50@hotmail.com
Stokes_Jess@hotmail.com
tankokliang@mailcity.com
SWEETTREZ@HOTMAIL.COM
SWEETTREZ@HOTMAIL.COM
tirathmewar@usa.net
Flypnay86@yahoo.com
prezzemolo@tin.it
LUVDMX4EV@HOTMAIL.COM
jummumodd@hotmail.com
lambrgine@aol.com
lihunter@home.com
l1Ou21m88@aol.com
ophilia_yan@yahoo.com
zesa@hotmail.com
salmani2000@hotmail.com
sauyaha@mindspring.com
naeemis@yours
janet.angustia@zu.ac.ae
janet.angustia@zu.ac.ae
almanna@hotmail.com
christopher_518@yahoo.com
jano20@caramail.com
has2has@yahoo.com
molidan@hotmail.com
kathy_ingebritson_15@hotmail.com
melton1@tinyworld.co.uk
gmoss7@bellsouthnet
spike2272@aol.com
dreamcld45@aol.com

mongoosek2@aol.com
kidpebble@aol.com
3tkim@rlander.cornwall.sch.uk
tirathmewar@usa.net
tirathmewar@usa.net
tirathmewar@usa.net
tirathmewar@usa.net
tirathmewar@usa.net
phredj@hal-pc.org
johans_magno@hotmail.com
yerians@aol.com
CHANA20@HOTMAIL.COM
isabel_vigno@HOTMAIL.COM
nelson_salseda@yahoo.com
area51dude@hotmail.com
sunapeeangel@hotmail.com
haybagrb@hotmail.com
ashley2109@cs.com
aa1989@yahoo.com
gilles.gareau@videotron.ca
apreel33@hotmail.com
iyerkkp@themail.com
renu_p@hotmail.com
terror_13@yahoo.com
nellied03@aol.com
rayjoa@maltanet.net
@mbox4.singnet.com.sg
rajeev@ee.iitb.ernet.in
hhubsi@gmx.de
rsencic@yahoo.com
J.A.Marcelino@CLIX.PT
J.A.MARCELINO@CLIX.PT
vignesh84@usa.net
c_baldie@hotmail.com
stephenplemper@hotmail.com
tucker@tez.net
mistryhc@idirect.com
iluvchicks@hotmail.com
tamytfl@hotmail.com
chelssy_neon@hotmail.com
siis@eth.net
Bruskies2001@cs.com/
Bruskies2001@cs.com/
sandeepegan@yahoo.com
ashton58@hotmail.com
dollbabie_2@hotmail.com
QMelton@cs.com
shark88@gurlmail.com
jdx2@sympatico.ca
p_t_boy_35@yahoo.com
amypent@home.com
bibo_121082@eudoramail.com

bibo_121082@eudoramail.com
hongerchic@hotmail.com
lafflouddly@hotmail.com
suzee@tbscc.com
mdnl@earthlink.net
bansalvikas@mailcity.com
PARISEAUD@MORGSNCO.COM
heathermitch@usa.net
katherin@tricom.net
heatherdawn@prodigy.net
gayguy@hotmail.com
babybomb14@hotmail.com
jackie_67fan@hotmail.com
adrian.e@virgin.net
bratybaby@hotmail.com
retta58@freeweb.com
kaylabug89@yahoo.com
emma.gonzalez@cubic.com
reea68@aol.com
anma@md4.vsnl.net.in
bibo_121082@eudoramail.com
indergrover@hushmail.com
mkcnsynk@aol.com
akash_priyanka@hotmail.com
akash_priyanka@hotmaii.com
de_ranggi@hotmail.com
Antnina@hotmail.com
NHAVIENSON@HOTMAIL.COM
SHEFKE@hotmail.com
Bangela_14@.
Maddog1403@aol.com
nnvy@hotmai.com
psycho5269@aol.com
charlene.mock@spencergifts.com
carz9@juno.com
juniorz@juno.com
Twirlinbug86@aol.com
sick_20@hotmail.com
sanjayv@iitk.ac.in
calesta_j@hotmail.com
rralenton@petron.com
makanga@avu.com
lunar_sanity@yahoo.com
zoro2121@yahoo.com
lmgafmc@hotmail.com
lmgafmc@hotmail.com
lmgafmc@hotmail.com
shecrys@hotmail.com
iliuv2luvu@hotmail.com
emperorwurm@hotmail.com
KookyPadua@excite.com
grumlig@telia.com

Moonthrust@hotmail.com
Impyrion@hotmail.com
EmmieS@juno.com
sborcuch@elka.pw.edu.pl
ydGFCYUDSCYDSGVTC/@ANGELFI
spaz_420@hotmail.com
dark_helmet@bolt.com
oceanchick_14@email.com
dagmag@email.msn.com
dechu@beckman.com
sexymutha1andonly@hotmail.com
paulphilip@mailcity.com
jubiloiwata@aol.com
muffinman13@aol.com
mrpolkie@aol.com
paulandnancyann@aol.com
aehoover@yahoo.com
fatkat1@alltel.net
gullible20@aol.com
renefer_j@yahoo.com
bogs-108@excite.com
nhi_fd@hotmail.com
tommy-k@forum.dk
amidek@yahoo.com
uganesh@satyam.net.in
robotsurfer@yahoo.com
Manas_13@yahoo.com
rodgersm@medevaus.com
wokb_9@hotmail.com
babychicky_15@hotmail.com
tofr@vhr.is
bjanthraper@hotmail.com
bjanthraper@hotmail.com
gieanto@yahoo.com
handsomemen_2000@yahoo.com
emcnamee@dli.state.pa.us
Mousefool@aol.com
Triplec82@aol.com
siggemattsson@post.netlink
slane@amarillo.isd.tenet.edu
leru500@aol.com
moe@cyberenet.net
jamesrobyn@hotmail.com
lschutte@plnet.net
morgan542@aol.com
lissa235@aol.com
ataboada@eudoramail.com
cballan@aol.com
nidazaki@tupac.com
lalasir@yahoo.com
nitin_prabhakar@mailcity.com
b.urzo@tiscalinet.it

siis@wth.net
pyronerd@aol.com
vineet9@mailcity.com
pfrancis@jcpenny.com
bilal_mian2000@yahoo.com
Cait1403@gurl.com
fverhulst@mail.com
aprilgabor@hotmail.com
gmtetreault@yahoo.com
Bangela_14@.
kevin007_uk@yahoo.com
gerrihaefele@hotmail.com
Gangrel A@lycos.com
alphaxer0@yahoo.com
rgoins@brownwoodlaw.com
karentg@hotmail.com
MeieM@mail.wawm.k12.wi.us
kirang1212@aol.com
famdel5@aol.com
purihin@aol.com
caseycopper@aol.com
dkwill_2000@yahoo.com
sweethune@aol.com
sweethune215@aol.com
punchb@sympatico
punchb@sympatico
agalasso@uscomputer.com
mtakers@nti.net
cheryllim55@hotmail.com
saari_85@hotmail.com
Mnikelo1@yahoo.com
a9_kharkwal@chequemail.com
BluesClues9@cheerful.com
dirk-seyfried@gmx.de
brooks013@hotmail.com
sucatm@yahoo.com
ivone@ufba.br
whitu86@yahoo.com
pince69@hotmail.com
ckhg1@gisco.net
TyriaAllen@prodigy.com
sue_37@hotmail.com
phanipadma@123india.com
pgood10675@aol.com
prem162624@yahoo.com
dsalbilla@compuserv.com
kdsoccer34@hotmail.com
spookshow_baby@fastmail.ca
Moesha_33@hotmail.com
svaj@prodigy.net
susan-chin@excite.com
renzobl@hotmail.com

knife@newmail.net
sharkieb@aol.com
rizvi_syed@hotmail.com
niceboy007@india.com
yabiyabi@yahoo.com
jasmievanaja@hotmail.com
ali_27_uk@yahoo.co.uk
ali_27_uk@yahoo.co.uk
tuffone@pacbell.net
FUCKYOU@hotmail
soccerrg@home.com
nastradaumus@hotmail.com
nee2noo@mr-potatohead.com
wanie66@hotmail.com
so_clueless@hotmail.com
NHSORIANO@HOTMAIL.COM
sampan@england.com
nmladybug@hotmail.com
mittjj@aol.com
bj@adrcorp.com
msun101@hotmail.com
castor@algonet.se
munshanakar@rediff.com
skdw@Bellsouth.Net
ozzling1@webtv.com
fleen78@yahoo.com
theunknowncharter@hotmail.com
ldumast@aol.com
stephyc13@aol.com
rhenz@prodigy.net
chiky_s@yahoo.com
Gwamak@aol.com
mickeyminn54@icqmail.com
medo@pacific.net.ph
gags_bhagra@usa.net
kaviaa@goplay.com
RIXNAR@YAHOO.COM
zyug@hotmail.com
hanna@pharmos.com
doramichi@yahoo.com
www.hickslara@hotmail.com
kaustav_s@hotmail.com
kaustav_s@hotmail.com
caringconnection@yahoo.com
sholsapp@pop.pen.k12.va.us
NUllah2575@aol.com
solucion@compaq.net.mx
sam_ly_69@yahoo.com
wilkoluebsen@t-online.de
elan@jps.net
taz2cool@gateway.net
dollbabie_2@hotmail.com

janastec@yahoo.com
imran_khan_raza@yahoo.com
ting2726@hotmail.com
tdyt741@idola.net.id
sarao@fastmail.ca
bilalsiddiqui@yahoo.com
patsysha@hotmail.com
gsococ@svi.com.ph
crobazu@latinmail.com
eeesakiv@tpu.fi
bighawk_50@yahoo.com
fred_williams@viovao.net
FHockeygrl101@Aol.com
anderson822@Juno.com
s_redrose@yahoo.com
chien41@hotmail.com
marioo64@hotmail.com
cjovith@hotmail.com
cjovith@hotmail.com
chile1_@hotmail.com
dporter@pisd.edu
dporter@pisd.edu
eskimoejoe@goplay.com
jmlmomypower@yahoo.com
ronsteh@connecti.com
spicebaby2005@angelfire.com
barbara.bartee@gsa.gov
jayson_pure@yahoo.com
scradley@limpbizkit.com
greghayes@mednet.com.au
sadf@asd.com
tjwells@webtv.net
FRUTEE5@HOTMAIL.COM
a2r0i0a0@worldspy.net
haughtmom@aol.com
sadgit45@hotmail.com
chahin68@yahoo.com
AngieLar280428@yahoo.com
BB45243@aol.com
hotpinkpiggy32@yahool.com
sprklegrl27@aol.com
TRZ0701@aol.com
jenandrod@aol.com
MAEJOY1@EUDORAMAIL.COM
krcmrules@mailcity.com
kitkat_114@hotmail.com
bsegrave@bellsouth.net
suryavanshi@mailcity.com
linknet@lovemail.com
adi_chivu@hotmail.com
mrniceguy117@hotmail.com
MONIQUESHOWERS@HOTMAIL.COM

arunarora@nucleus.com

toys12000@yahoo.com
james3962779@aol.com
Leslie@EarthProtector.org
mlo_plummer@yahoo.com
fd97522@bits-pilani.ac.in
lulu@iloilo.net
nycbobbi@aol.com
pghansah@hotmail.com
JMS5150@altavista.com
castile@gateway.net
zarinaht@excite.com
sean@obo.ca
raj_tkm@yahoo.com
r-suck@mailcity.com
quaky13@aol.com
rp4pr@hotmail.com
funksoulsista3@aol.com
backoffgetyourownsandwich69@hotmail.com
ByeByeBye19@aol.com
GRITS02@AOL.COM
asesorformarse@formarse.com
limkcheong@starhub
ryanchurchill@hotmail.com
biguysi@hotmail.com
cgmulli@aol.com
splac6969@aol.com
haus@jps.net
mmcclaff@yahoo.com
walrhumble@pcc.net
captin8216@aol.com
Rockerbaby58626@hotmail.com
leo.de.waij@tip.nl
eyewomann@aol.com
tinjx4@yahoo.com
mc31161@aol.com
lovejane@coolmail.com
umesh@bflsoftware.com
sablmx29@hotmail.com
lyntskuse@aol.com
marri_jk@yahoo.com
gckoodaly@hotmail.com
giada.damiani@iol.it
ho_assgari@yahoo.com
KBoyle7@yahoo.com
danniesjan@aol.com
foursales125@gateway.net
lesswords@uswest.net
tadlk@aol.com
den@gurlmail.com
ashok_6852@yahoo.com

vncshekhar@mailcity.com
manoj.bali@mailcity.com
Lgodfrey@ix.netcom.com
Lgodfrey@ix.netcom.com
chris_wizz_uk@yahoo.com
eatonsa@yahoo
cwsoccer10@aol.com
mike_n_43723@yahoo.com
sunnygirlfriend_67@yahoo.com
princessredpez@yahoo.com
princessredpez@yahoo.com
sewwtheart_2000@ureach.com
brianpettiway@email.com
sspgyc@sgp.sas.com
jercool68@hotmail.com
sweetmeg2@yahoo
TinnieH@aol.com
Echeeke@pacoast.com
Live on Buster @AOL
mortum1@usa.net
techsupport@tipworld.com
kellykatz@webtv
lovejane@coolmail.com
Cinapr@yahoo.com
namrata26@hotmail.com
namrata26@hotmail.com
cbe@tir.com
pooh92@mindspring.com
beachbumsone@aol.com
gman69d@cs.com
parsell_99@yahoo.com
punkin1@zoomnet.net
pwaw97@prodigy.net
jhuderiver@yahoo.com
avi@hotmail.com
rehanna@catsrule.garfield.com
iskonda@yahoo.com
sharonda@airmail.net
sweetooth26@hotmail.com
jambean18@hotmail.com
sweetooth26@hotmail.com
kings@oliver.conx.co.uk
bird518410@aol.com
caperton.net or paige@caperton.net
gaby_bucio27@hotmail.com
nicki83@bla-bla.com
kbreitinger@biacs.org
sfischer@cwg-architects.com
vanessadacorte@starmedia.com
charizard_069@hotmail.com
mandy2_5@kittymail.com
amanda_scool5@hotmail.com

ali5265@hotmail.com
balutnpinoy@aol.com
k_mashita@hotmail.com
nkiambata@who.org.kh
droptop_1@hotmail.com
twilmot@earthlink.com
svaj@prodigy.net
sweetface_31709@yahoo.com
zurcaled@planet access.com
wmcook999@aol.com
camme77@hotmail.com
bommireddipallim@hotmail.com
rajthukral@hotmail.com
kwiatkowski14@hotmail.com
sonnyelicay@theglobe.com
gbgrappo@omantel.net.om
doshbom@yahoo.com
dreams@singnet.com.sg
rishabhmohan@hotmail.com
kathyrx@aol.com
DanaRenee83@aol.com
jercooi68@hotmail.com
kahlerk@hotmail.com
tbowen@namis.com
mibanez@idirect.com
msjamal@ccsch.k12.nj.us
riley_mccann@canada.com
debbiedavis66@aol.com
edgarvjannetha@emcaii.net.co
ieqin_ali@lovemail.com
lacey_2005@hotmail.com
sweetheartmms@aol.com
andrewbaugh@hotmail.com
pratap_ram@yahoo.com
Franciscofrancog@netscape.com
usha@nde.vsnl.net.in
rollietigner@aol.com
maxzeller@dplanet.ch
LacyLips15@hotmail.com
pg13_2@excite.com
mjaneg@email.women.com
michellemmp@hotmail.com
iblitz@telcel.net.ve
bcrum13@erols.com
cmpierce@juno.com
quantum_torpedo@hotmail.com
kyrucker@evansville.ney
butterflies@ev1.net
uribej@hotmail.com
tweedledee@hotmail.com
g.nero@eudoramail.com
KelCum666@aol.com

jmaduro@cre.dade.k12.fl.us
dali36@latinmail.com
v_lover@yahoo.com
lilfries@yahoo.com
ratna@mitpl.com
kamyab@telia.com
julesrools@aol.com
GLADNEY00@AOL.COM
nitin_ism@usa.net
bony@cal2.vsnl.net.in
kbdh79@yahoo.com
sally.kellet@btinternet.com
hardcandy17@hotmail.com
wele123@aol.com
harrysideburns@hotmail.com
WebSerpant@aol.com
tamirae@milwpc.com
sunitamukherjee@yahoo.com
banana01_02@yahoo.com
madhavi_ramu@yahoo.com
Amadis83@aol.com
kishore_kish@rediffmail.com
jocelyn77@hotmail.com
biper1_b@yahoo.com
schizophonic2000_99@yahoo.com
ina_and@hotmail.com
carljohan@afm.nu
nhildz_mar@eudoramail.com
kellykelly22@earthlink.net
srp692001@hotmail.com
pancakeman1@msn.com
eggpacker_1@yahoo.com
pen_@_hotmail.com
fglynn2771@aol.com
herbzipper@hotmail.com
shelle_belle09@hotmail.com
jumper_02@hotmail.com
sshart44@hotmail.com
Ashery9@Hotmail.com
tutoy.joel@eudoramail.com
tutoy.joel@eudoramail.com
dbonner@sewanee.eud
bjtylermorgan@aol.com
ladylyn_927@eudoramail.com
gregelmosmith@hotmail.com
hailey_clarin@yahoo.com
anna.atega@mailcity.com
99taherir@corfe-hills.dorset.sch.uk
DOOFUSSCAT@aol.com
Pep1071818@aol.com
indembsy@cyberia.net.lb
gaby525@latinmail.com

spoty115@aol.com
kosi@pop.agri.ch
maryk@satoru.com
yemaye@cantv.net
cheekychick79@hotmail.com
joanv@digitelone.com
gayathiri@crosswinds.net
fpichler@socal.rr.com
djohnson@syix.com
m1ke@home.com
b.amiel@usa.net
b.amiel@usa.net
simonmui@pcg-group.com
treetrunk_5@yahoo.com
sammyjoe25@hotmail.com
v_kumar@satyam.net.in
vinay_amd@yahoo.com
y_ming@go.com
shamaila.amjed@firrhill.edin.co.yk
jcopeland@multipro.com
dg1537@msn.com
axmoncay@telemundo.com
stephanie1622@aol.com
prakashggp@usa.net
crispy2000420@yahoo.com
jill_moo@hotmail.com
fitch10baller30@hotmail.com
str8love@hotmail.com
LSNOW70790@AOL.COM
Maryjane420915@aol.com
VISH@NWC.NET
irubio5@hotmail.com
lagirl89@yahoo.com
cambaba@libbey.com
mail2abid@chequemail.com
jestin@compass.com.ph
fmguillot@hotmail.com
dj_wnc@hotmail.com
mimranch@one.net.pk
antti_lahdelma@artic.net
jainsubhash_99@hotmail.com
pioselli@libero.it
trisaratops2000@webtv.net
techtor@mediaone.net
wiggin@amg.gda.pl
barbie_112_711@yahoo
natalier@sprint.ca
natalier@sprint.ca
LALAGIRL58358@AOL.COM
jamisonfam@gateway.net
jjjj@aol.com
korgistr@hotmail.com

nanken@alltel.net
daf@dtre
ssmallz2@aol.com
elaktra42@home.com
laurie340@juno.com
iane23@yahoo.com
laurahiggins@hotmail.com
lombard@ctel.net
tdenny@uplogon.com
aadew@bellsouth.com
melandal@fidnet
bsbhs@usa.net
atelierar@yahoo.com
sukhpreetbrar@hotmail.com
jfrieden@cknet.net
nikko@ev1.net
hatim104@.com
mccartfk@bc.edu
lion_chew@hotmail.com
climck@pd.jaring.my
jlwatson@olemiss.edu
ypurohit@go.com
981176598@stu.und.a.za
cooneylr@uninet.net.id
sweetstuf45@hotmail.com
jabob981@excite.com
carameldeluxe@hotmail.com
jj6@tupac.com
ruffy@amesbury.net
pandabear_py@bigfoot.com
usmishra@ix.netcom.com
sclark@dubuque.k12.ia.us
soey_rabc@hotmail.com
fivell@aol.com
wizardbebe@c4.com
mattsp077@aol.com
jenniferkrysko@hotmail.com
hiibrahi@ahsmail.uwaterloo.ca
mjkerrigan@underground.math.uwaterloo.ca
vmstephe@math.uwaterloo.ca
DRU_ROSE@YAHOO.COM
mzzblondy@aol.com
mcrue@uol.com.mx
michelleperedo@hotmail.com
arrivadercie@yahoo.com
blessings92111@yahoo.com
www.bemgras @eudora mail.com
sweetnvmbr@aol.com
hnoora@hotmail.com
ashik@india.nuntius.con
javichu@hotmail.com
jeena_p@yahoo.com

PAULAT@TRITON.NET
rubenmadrid@webtv.net
carnation1_2000@yahoo.com
staceyh10@hotmail.com
gorden@colint.com
nichole82@music.com
lisaobispo@aol.com
Smiles7_01@hotmail.com
wandakilcrease@yahoo.com
wmcgriff@spelman.edu
jayamanohar@joymail.com
lars-elvstal@swipnet.se
frank isa @aol.com
deisenhauer@aol.com
iceman_44@hotmail.com
goldbug86@hotmail.com
sasi@indiatimes.com
sasi@indiatimes.com
Kentaofhardrock@hotmail.com
kentaofhardrock@hotmail.com
rowenofthestrata@hotmail.com
japan51@hotmail.com
dbzchick2@hotmail.com
texhussie1@aol.com
ftapia@micasa.yupi.com
lanieberan@yahoo.com
sman20@usa.net
vdentindia@yahoo.com
oavalos@occ.cccd.edu
vito_dito@yahoo.com
dr.henry @eudoramail
Sabi17@firemail.de
upeed@chequemail.com
kirkaron@hotmail.com
yeng65@yahoo.com
Swmrboy15@hotmail.com
Loopey6@hotmail.com
peggyg@mindspring.com
Master0823@aol.com
chills_be@yahoo.com
sairaj@form-net.com
sam_jee@zeenext.com
sanghvikinnari@hotmail.com
ashraf@super.net.pk
kanee0011@hotmail.com
nadine@hotmail.com
amolsarin@yahoo.com
patriciaeumesma@bol.com.br
rjevjet@yahoo.com
fizie_79@hotmail.com
pbucks@ix.netcom.com
sazz@tamil.com

gjolivet@isophere.net
gcruikshank@sympatico.ca
lahens@hotmail.com
rams_fan_80@yahoo.com
jan.staaff@telia.com
alien41164@hotmail.com
c.l.west@dur.ac.uk
marlyperu@aol.com
stefanleftel@hotmail.com
scorpiojone@lanset.com
k7uru@msn.com
anuanwar@usa.net
amanda.sheppard@hotmail.com
khanhanh@yahoo.com
tntrang@hotmail.com
melbel6@hotmail.com
rotalin@yahoo.com
lam22563@aol.com
becky_cloudface@hotmail.com
shinjini007@masti.com
boxboy13@aol.com
http://www.wayoutkim.com/@aol
nefertiti777queen@yahoo.com
blueforce11@aol.com
lrousseauki@netzero.net
koosesgolore@hotmail.com
mickey13@goplay.com
mkurak@stanthony.k12.mn.us
barry2748@mailcity.com
rajagopalnair@eth.net
donni220@aol.com
P_ravindra@rediffmail.com
nataliechernih@hotmail.com
stickhick@aol.com
jensstyle@hotmail.com
werndlyd@dellnet.com
Hotbaby4life@cs.com
michelle55_2000@yahoo.com
TadDempsey@excite.com
ssneyd@yahoo.com
JuanitaBrandy@aol.com
mtmk@taconic.com
deepmadhu@satyam.net.in
srinivas443@rediffmail.com
jyoti_computer@yahoo.com
james.grrr@freeuk.com
fish_muffin@goplay.com
hitler666@goplay.com
ant1chr1st@goplay.com
duffdeano@limpbizkit.com
uiongirl@yahoo.com
iamjefflee@yahoo.com

chicklove@goplay.com
marx-mini-me@goplay.com
sparkssprite@hotmail.com
mhurley@mediaone.net
angelizecolon@hotmail.com
malana69@hotmail.com
robynmitchell85@hotmail.com
www.carpetoneking@earthlink.net
CCONDE@ESEAL.ORG
swimmer877@aol.com
swimmer877@aol.com
jklapman@acadian-asset.com
23116@poupy.fr
unnithan2@satyam.net.in
unnithan2@satyam.net.in
harvard_39@aol.com
lewism@t-online
c0olc610942@aol.com
glenz@hypercon.com
litlmissattitude@aol.com
cj1974@worldnet.att.net
rodneybustamante66@yahoo.com
VargasY@aol.com
nikk_p_01@_hotmail.com
homaahmad@Mavara_Com
rydeordiechic_8605@hotmail.com
Dware@bellville.k12.tx.us
AK_da_bomb@hotmail.com
AK_da_bomb@hotmail.com
borje@mail.kuriren.nu
tigger@va.prestige.net
big_boy@hotmail.com
candy@clas.net
www.leemercury@email.com
boobojo10@hotmail.com
biscotti@bgo.pworld.net.ph
rain_baby71@hotmail.com
misspetals@webtv.net
nicola7300@aol.com
anas146@hotmail.com
lucky@gateway.net
mahmood_noor@hotmail.com
fraz_naseem@hotmail.com
kyle@netway.com
NORl41@AOL.COM
hockeyman05@hotmail.com
lafamilia@yucca.net
pamela.woodward@ehmc.com
peni@fulton.ac.fj
crain@olympus.net
swannie@eudoramail.com
golea@linuxphil.com

Msbeco1@aol.com
na_saiqa@pakistans.com
Papa114@yahoo.com
crimjus01@aol.com
tbooshu@gambell.bssd.schoolzone.net
bgordon@ymail.yu.edu
okelseyg@gwu.edu
joker@compworldnet.com
tommaz_99@telstra.com
giovanizizi@usa.net
eder_monika@hotmail.com
SassyGal3000@aol.com
NYKKIONER69@YAHOO.COM
lcmiddle@cs.com
alison@9394.com
jcard31912@aol.com
nvs8s@virginia.edu
purple_monkey78@hotmail.com
monkey-hero@home.com
dustin_martin69@hotmail.com
dustin@hotmail.com
theproject17@hotmail.com
angelic223@aol.com
JMGodess@aol.com
Luckylavah@aol.com
Whimsey000@aol com
jojobeev@ic24.net
kwksam_nz@yahoo.com
trobinso@mtel.com
dolphin20@latinmail.com
o947@unb.ca
smartcarole90210@aol.corn
y2kcooldude@usa.net
payeurm@microtecsecurite.com
Jira4me@aol.com
lagreene@osprey.smcm.edu
pegmaher@netzero.net
professorlarm74@hotmail.com
anag7@hotmail.com
ruben@myschoolmail.com
miss_sunshine_1@hotmail.com
Hotmail@.com
prrrfekt@aol.com
jessicahooper@yahoo.com
towel_man@hotmail.com
tiger_ginger@hotmail.com
tigger_best11@hotmail.com
elephants_134@hotmail.com
dmoncion@hotmail.com
farsid@altavista.com
subo_arul@yahoo.com
joesquared@aol.com

joesquared@aol.com
abba@acdc.com
markbanlawe@eudoramail.com
sumitraacharya@hotmail.com
shpark@asia.com
pigletcg@hotmail.com
biper1_b@mailcity.com
MIDLAND@SATYAM.COM
wl2ansufe@caltiger.net.in
luluchizzy@hotmail.com
YAnk102308@aol.com
zoedickenson@hotmail.com
kas_2000@hotmail.com
ahasenkamp@holynames-sea.org
khaney64@hotmail.com
seager@mnsi.net
LilSork1@aol.com
meeran@edsamail.com.sg
bsolis@mail.sandi.net
ag55773@swt.edu
lena_bena@email.com
alej_martinez@yahoo.com
jeastie@cybertours.com
zett@quixnet.net
yh_jperal@yumaed.
@pionexlee.aol
@pionexlee.aol
JolyRodger650@hotmail.com
saripalli_srinivas@yahoo.com
superswan1@hotmail.com
tezrah99@yahoo.com
kbrowning26@hotmail.com
lena@anhembi.br
bethdonnellygross@mediaone.net
macaco33@hotmail.com
poopy_33@hotmail.com
asadkhan32@hotmail.com
jenna_r_2004@hotmail.com
queenie_2004@yahoo.com
KRRICC888@aol.com
true@email.com
dan@aol.com
GMCMJRFUN@aol.com
tan770@yahoo.com
tgianno1@maine.rr.com
zammy@hotmail.com
bindumc@vishak.reccal.ernet.in
tfl@fastmail.i-next.net
macrees@yahoo.com
SocaChik@aol.com
Jgerman789@aol.com
gizmo@citnet.com

Sunshine5919@aol.com
husun6@hotmail.com
kimibebe@yahoo.com
calschins@aol.com
anders.billermark@swipnet.se
alicia_cly@cyberbabies.com
02makrae@jenaplan.j.th.schule.de
s.rok@excite.com
s.rok@excite.com
drgreenthum34764@aol.com
cfz@gmx.de
shmz81@hotmail.com
engi2000@mclink.it
beer55@hotmail.com
atanaquin@hotmail.com
ariengel@hotmail.com
mimi_crinkle@chickmail.com
r_pulusan@excite.com
navneet_bhatia@rediffmail.com
jainsubhash_99@hotmail.com
kt953009@hotmail.com
tahir@it24.com
akash_109@hotmail.com
ahameed@brain.net.pk
cool_man2121@hotmail.com
sri_shivaprasad@mail.com
sanrio@mailcity.com
abcpeaches35@hotmail.com
shirell@bellatlantic.net
powell44@juno.com
j_sajonia@yahoo.com
wahi@texmaco.co.id
deepa008@hotmail.com
be23996@tietp.ren.nic.in
be23996@tietp.ren.nic.in
micmaq@wworx.net
micmaq@wworx.net
npandi@yahoo.com
jan.gilster@dvg.de
npandi@yahoo.com
farhas_yunus@canoemail.com
Jwssheppard@hotmail.com
gina_varelas@hotmail.com
maggienyc_15@yahoo.com
rsande21@bellsouth.com
a_aspiazu@hotmail.com
poshiana@yahoo.com
DHD@GEG.EDF
arundurairaj@caltiger.net.in
white_honkie_trash@mailcity.com
lesieur@hotmail.com
francisco_05@hotmail.com

eandm2@apex.net
kiki1281224@aol.com
crayz4ricky@aol.com
tanyajmf@lovemail.com
kwksam_nz@yahoo.com
renee.labuz@marquette.edu.com
scinglis@alloymail.com
elivock@cgocable.net
josephtanu@yahoo.com
josephtanu@yahoo.com
mendezmarisol2000@hotmail.com
hust@iwon.com
dozer_hoops@hotmail.com
ibthegrl4u@aol.com
sexdevil@aol.com
TCKLETHISELMO@WA.FREEI.NET
jorgefz_24@yahoo.com
ratonplaya@yahoo.com
smclaughlin@i-55
ranujene_2000@hot mail.com
lebet@cape.com
selimbadir@yahoo.com
gte370p@prism.gatech.edu
blzgizmo@yahoo.com
azigbal_76@yahoo.com
ghazar@pd.jaring.my
reemwi@hotmail.com
printals@aol.com
rafa_ehlers@hotmail.com
carmella@edu-negev.gov.il
melphu@hotmail.com
tgibbs@jeffersonschool.org
vaibhavbhatnagar@yahoo.com
fbar123@aol.com
sodoggone@hotmail.com
Aliedoodle@aol.com
Aliedoodle@aol.com
Aliedoodle@aol.com
k_k199@hotmail.com
gomcal@ceibo.entelnet.bo
www.patsimmons@yahoo.com
mummy_chick@yahoo.com
aapt_vikas@epatra.com
madhur_sweet@yahoo.com
c.munger@nomadmail.net
007tim2000@go.com
d_jashnani@yahoo.com
RistyK99@aol.com
RistyK99@aol.com
RistyK99@aol.com
Paira26@aol.com
sowmyaramyaa@yahoo.com

peudelin@fr.packardbell.fr
bhongist_99@excite.com
J_M_M@sailormoon.com
mastnitin@123india.com
frazier_cook@hotmail.com
ladyguenivere@themail.com
jenn_mackey@hotmail.com
yourstone@essex.com
acumming@ic.sunysb.edu
mjeyabal@cbsinc.com
DaZzYhUrRiCaNe@chickmail.com
shekhu@madmail.com
gin9119@aol.com
geshan@mailcity.com
gensaulon@hotmail.com
bala_bhave@yahoo.com
sunflowersuprise@yahoo.com
sbrennan@aa.net
jim@me.sendmehome.com
bench_15@eudoramail.com
arleneh@mindspring.com
raftinc@tm.net.my
Yminhas@aol.com
klamy_@hotmail.com
noelia@mail.ev1.net
Hark33@hotmail.com
scott_taylor22@hotmail.com
alisharussell@hotmail.com
sophisticat@obwan.net
rawdog@aol.com
u1039628@warwick.com
tm39@hotmail.com
dany56_in@yahoo.com
rtlison@cs.com
rherrick@accessweb.com@
zoe351@yahoo.net
maryibisate@cs.com
netznatur@aon.at
JER003@AOL.COM
kt953009@hotmail.com
thaguilar@popmail.ucsd.edu
candybreland@hotmail.com
DennisPettas@hotmail.com
dawnmc80@hotmail.com
www.abrax35@hotmail.com
aileen_lamb@yahoo.com
sophie-wilhem@esa-paris.fr
asishdas@rediffmail.com
musautm@yahoo.com
tides@cybertours.com
sunshine386@gurlmail.com
reema586@gurlmail.com

aldrichs@erols.com
Callilili23@aol.com
yust_99@hotmail.com
yust_99@hotmail.com
pwhiting@imt.net
pambyrd@erols.com
vdinu765@yahoo.com
pathima@sltnet.lk
the-penthouse@palaunet.com
GIL@CSTR-CO.COM
procidis@usa.net
aural144@hotmail.com
flaka1220@yahoo.com
dshah69696@yahoo.com
C_Norsworthy_85@hotmail.com
sonic83437@webtv.net
mike_and1@yahoo.com
gman7_us@yahoo.com
ellensellers@msn.com
Ckgirl_003@yahoo.com
aasharam798@yahoo.com
sbkydd123@aol.com
Cristo@eca.net.ec
Cristo@eca.net.ec
andrea_aiken@mte.educ.state.ak.us
Cristo@eca.net.ec
fboz@libero.it
naenae_01_99@yahoo.com
darlenefigueredo@hotmail.com
cparisot@MCSD.k12.ca.us
ryanshh@aol.com
ryanshh@aol.com
ryanshh@aol.com
duleys@aol.com
holygerl@hotmail.com
leslieknott@home.com
munchkin2seven@hotmail.com
subhashmaharaj@ezysurf.co.nz
sammijam@aol.com
IPFONLINE@id.eth.net
pankajvarma75@yahoo.com
christian.leu@eawag.ch
howrds@thegrid.net
PYTASON@HOTMAIL.COM
mermour_s@yahoo.com
eugschti_e@yahoo.com
follo.hopmeier@t-online.de
raheelnawaz@hotmail.com
truca_69@yahoo.com
rainaak@yahoo.com
ojbaby@sps.net.sa
umeshchandersharma@usa.net

peichen88@hotmail.com
www.goddess-freak@goplay.com
ctg9001@nyp.org
pickle6374@hotmail.com
nirmoal@cal3.vsnl.net.in
C_Norsworthy_85_@hotmail.com
fakaram@yahoo.com.uk
fakaram@yahoo.com.uk
R_FILES@EMAIL.COM
MAKI000001@yahoo.com
dzuniga_@rr.sandiego_.com
Gail792@cs.com
msilva@austinbuisnesscollege.org
rkunciak@home.com
libbyfits@ruraltel.net
matbud@ctcinternet.cl
coachmv@dellmail.com
kannaviasg@hotmail.com
mikecobain@hotmail.com
git71@hotmail.com
vvinod@rediffmail.com
mconlin69@hotmail.com
aries_mars85@hotmail.com
smaniang@yahoo.com
BNMailbox@interec.com
dcmento@yebo.co.za
terrell_frazier_phd@yahoo.com
vampygirl1031@aol.com
McK_03@excitemail.com
jbs@lyon.k12.nv.us
jay_us_99@yahoo.com
diane.sauve@mss.gouv.qc.ca
mkmec@ucla.edu
farhad_farhangnia@yahoo.com
strawberry1_4@hotmail.com
djgoldwing@wageswebworks.com
tig329ger@aol.com
nbaken@hotmail
amac@iopener.com
macimaci@excite.com
dicksons@tinyworld.co.uk
bmary2@latinmail.com
posh1posh@aol.com
posh1posh@aol.com
fpsoccer@yahoo.com
ninaoh@hotmail.com
kodaginava@hotmail.com
cnl2@hotmail.com
tonycieslak@aol.com
amac@iopener.com
bblakers23@aol.com
kay222222@aol.com

asho920@aol.com
katldo@hotmail.com
titah68@hotmail.com
eracerhd@aol.com
henrys@sonic.net
chinesepucky@hotmail.com
yoshie28@hotmail.com
sp_24@iobox.fi
nadira_bahrom2@yahoo.com/
mssiddiqui@60yahoomail.com
jcqj01@hotmail.com
Shamima7@hotmail.com
tipetty@swbell.net
jeannebb@zipmail.com.br
lady_bug160@hotmail.com
pmcbride@midwest.net
silverbrain@hotmail.com
Joachim.Boesing@van-der-Moolen.bmw-net.d
chasesha@hotmail.com
NEAL 6-@ HOTMAIL.COM
pekka.seil@taide.lt
shellbug_77@yahoo.com
g_telle@hotmail.com
cutethang_jf@hotmail.com
cutethang_jf@hotmail.com
bfrd@satyam.net.in
mich21891@aol.com
long_chari_ot@yahoo.com
long_chari_ot@yahoo.com
minus@limpbizkit.com
berdesilvam@intercable.net.mx
www.Goldie1022@aol.com
johnreed@erinet.com
jessicakhara@hotmail.com
eko.wibowo@bolehmail.com
rakasi@usa.net
kodygirard@hotmail.com
mayo@peopleweb.com
hgargdhn@chequemail.com
kaushiktsom@indiatimes.com
hottstuff002@chikmail.com
hottstuff003@chikmail.com
hottsyuff003@chikmail.com
kashm@aku.org
tgimao@usa.net
greatmmdane@hotmail.com
rani_7000@hotmail.com
anuvar@lw1.dot.net.in
desika@dir.bg
crazyforkyle@goplay.com
melandal@fidnet
030605@hkis.edu.hk

tital_vinnie@hotmail.com
michelle@bswi.com
villasenorr@syncor.com
gieter2000@hotmail.com
greenapple@earthlink.net
JONDANIELHESS@YAHOO.COM
ovi1110@yep.com
carbine43@hotmail.com
virgo14_86@hotmail.com
missahd@hotbot.com
mya_pya@hotbot.com
mya_pya@hotbot.com
mya_pya@mailcity.com
missahd@mailcity.com
zy_gote23@yahoo.com
ndfan25m@yahoo.com
lin.e@ghc.org
luvvivek@yahoo.com
psaeed@cyber.net.pk
a_dhunessur@yahoo.com
ciar01@hotmail.com
ciar01@hotmail.com
vamdam18@hotmail.com
aakash_420@hotmail.com
mountainfrog89@hotmail.com
mountainfrog89@hotmail.com
teressa57@hotmail.com
www.sexytaz63@hotmail.com
tessasdg@hotmail.com
shahmasood@usa.net
rikki_rcc@yahoo.com
shahinaz@uem.com.my
sakshi_2k@123india.com
dapeac@gte.net
pchahal@usa.net
JTao563676@aol.com
WIZFRED630@AOL.COM
madhudsc@vsnl.com
windee@ite.net
dfedus@voyager.net
babycasper@webtv.net
armour@yahoo.com
closejc@lisc.com
tracyakers@freenet.co.uk
pickle6374@hotmail.com
rah_digga89@hotmail.com
misch383@yahoo.com
sallykallem@yahoo.com
dkline@gainesville.usda.ufl.edu
dkline@gainesville.usda.ufl.edu
emers35@aol.com
howard@fidnet.com

beverlynross@msn.com
rossb@gunet.georgetown.edu
Tendar@webmail.co.za
ivanninan@brunet.bn
marybest@juno.com
mandypants86@hotmail.com
mandypants86@hotmail.com
casa_34@hotmail.com
tommygal7@hotmail.com
sparklz007@aol.com
nelg23@yahoo.com
laney1@hotmail.com
travis_brown55@hotmail.com
alanier@IESabroad.org
nblaliberte@sympatico.ca
cai_minglei@yahoo.com
snel76@hotmail.com
dennisc@iprimus.ca
kcorbitt1@yahoo.com
porelah@umd.wam.edu
sunshine79@rediffmail.com
nath@smackdown12.freeserve.co.uk
aaronz_tan@yahoo.com
gob_77@yahoo.com
bhoyfets@gwapo.com
bhoyfets@gwapo.com
yarzsal@cyberia.net.lb
msnydiaut@hotmail.com
pearldan@yahoo.co.uk
paco_phil@yhoo.com
sivaram143@hotmail.com
tariqmeh@psh.brain.net.pk
aling@masters.ab.ca
kapat98@prodigy.net
c88sporty_@.com
punjabi_kid@yahoo.com
beougher@kansas.net
CJennings2@EMAIL.msn.com
Fabe73@licensedtokill.com
hnwint@bellatlantic.com
mae_01_2000@yahoo.com
mae_01_2000@yahoo.com
manoa_d@hotmail.com
maureen_ada@hotmail.com
mbinamira@yahoo.com
danieltorresr@telcel.net.ve
hartlou@moncourrier
hartlou@moncourrier
tet88@eastky.net
jeweber@siue.edu
GROOVEYGIRL47711@AOL.COM
abbeyroad78@hotmail.com

shika79@hotmail.com
joanel_2000@.c0m
boogie5@westseneca.wnyric.org
supergirl7574@disney.go.com
mon_ica@satayam.net.in
physcoangel31@hotmail.com
SnowFox_17@Hotmail.com
vsmurty@usa.net
tshree@123india.com
chocs@earthlink.net
slyboyjc@aol.com
fizz_eja@yahoo.com
mountainfrog89@hotmail.com
cmb9485@hotmail.com
nterry@frontiernet.net
tiggerdee99@yahoo.com
aljolan@earthlink.com
st892@mailserv.ed.brunnet.net
gjhnson@aol.com
mahesh_kutty@hotmail.com
mahesh_kutty@hotmail.com
mahesh_kutty@hotmail.com
marthasilver@yahoo.com
bacco77@katamail.com
taylor-t@mailcity.com
mach351cid@yahoo.com
revelation_boyuk@yahoo.com
three_cakes@terra.net.lb
vijselva@notmail.com
tjishiks@sltnet.lk
padss@hotmail.com
a_masrour@hotmail.com
chromeICE1@aol.com
karis@actcom.net
sharezh@sf.co.za
foravco@sympatico.ca
durianmousetoiletdish@hotmail.com
angel_220_pk@yahoo.com
waytoohyper4ever@aol.com
Raymiescrazy69girl@hotmail.com
Raymiescrazy69girl@hotmail.com
nicki3717@yahoo.com
wres_375@noeca.esu.k12.oh.us
bfs12950@aol.com
AJSpecial41@hotmail.com
marianelladelgado@hotmail.com
17Anubis@college.com
Zeldais1@email
pradeepgt_99@yahoo.com
tramchatt@hotmail.com
master.tibal@wanadoo.be
asian_QT_2000@asianavenue.com

dwhite6374@aol.com
chanel_106@hotmail.com
Jarod6369@yahoo.com
kulsoom858@hotmail.com
sylvain.thibodeau@lon.attcanada.net
lewisc_92020@yahoo.com
siggibo@hotmail.com
g-Wallacec@trinitydc.edu
AD_0996@Hotmail.com
anandgadhia@hotmail.com
Tennis221999@aol.com
jltwillard@yahoo.com
horseychick64@hotmail.com
mastmtch@hotmail.com
FPfetzing@aol.com
wesleysharp@hotmail.com
nl_shashidhar@bioconindia.com
biggno@aol.com
eguzman@sureste.com
bettymb@aol.com
anirudhag_2000@yahoo.com
CARLIQUE@WEBTV.NET
jaysbaby_1@excite.com
hjfsdhgsehgrehfgfdy@webtv.net
bratkid2@webtv.net
freddie_23_2000@yahoo.com
niba@vip.cybercity.dk
svuorisalo@hotmailo.com
francavelez@mail.com
traute@prodigy.net
fubu730@netzero.net
prakruthi2000@vsnl.com
lmalamo@aol.com
rehman_ur_143@yahoo.com
usmishra@ix.netcom.com
abs@datapoint.co.uk
budaboy644@yahoo.com
digz_yhen@yahoo.com
creatinge@hotmail.com
agarwal-vineet@usa.net
galahad2000@fsmail.net
dannyboy172@hotmail.com
jzcorpuz@infocom
jzcorpuz@infocom
intercon@ud.co.tz
kalmac@netcom.ca
kutiepye_00@hotmail.com
nids24@hotmail.com
smurf104@ex_cite.com
cfk@earthlink.net
treefer11@yahoo.com
elmo_s_the_1@hotmail.com

araje_2000@yahoo.com
chick84@email.com
des6520@mediaone.com
nikidecker@aol.com
SHANIQUIAMACK@yahoo.com
kevindreamgirl@hotmail.com
tease_100@hotmail.com
ass_piro69@yahoo.com
reeree@txucom.net
birwa.kaku@flashmail.com
alester@hawksnet.net
blade_s@k.ro
C-Reed@WEBTV.COM
Johndoris@aol.com
mharangel@edsamail.com.ph
grant109@recorder.ca
mforgy@rpihq.com
bmxer5@hotmail.com
CARLIQUE@WBTV.NET
CARLIQUE@WEBTV.NET
nillahead@hotmail.com
alek.lubczynski@londonlife.com
sillyroma@hotmail.com
temelviyow@hotmail.com
chintu_chaudhry@usa.net
shrenikchowdhary@hotmail.com
ske@yep.com
Chiquita7890@aol.com
AndreaBinkie@aol.com
LE_THANH_3@hotmail.com
shiva-c@mailcity.com
mhao@gurlmail.com
gustaf.sahlstrom@infinity-learning.com
jorge_iglesias1@hotmail.com
annisl@loveable.com
fritandfrat@yahoo.ca
leisa88@juno.com
sexythang234@hotmail.com
trakfreak@hotmail.com
babystarr1@hotmail.com
kasey_hyland@hotmail.com
RALPH D.CHICOINE@GTE.COM
ifyousmell@hotmail.com
JBruce8744@aol.com
fletcher@idirect.com
jegraham@uci.edu
emerald537g@aol.com
surekhachelluri@hotmail.com
chvnprasad@hotmail.com
mmoffatts2000@yahoo.com
nicks28_2000@yahoo.com
anandviji@indya.com

griselda_d@hotmail.com
whit579@writeme.com
werdnag@hotmail.com
wshreeve@ideafamilies.org
bizzy47@pacbell.net
neni@comic.com
jnoverol@connecti.com
persianet@aol.com
rantanplan@msn.com
ncecil@dnet.net
auzzie33@hotmail.com
cameo36@hotmail.com
pygmy36@hotmail.com
acabrera@pworld.net.ph
lyonden@wageswebworks.com
camilla_nacpil@gurlmail.com
nilly_o@yahoo.com
carocasal74@latinmail.com
jacobocb@cantv.net
loubloub1@caramail.com
paresh.saxena@intelligroup.co.in
tinaho@singnet.com.sg
annpat@mail.com
jettrey@hotmail.com
zo360@yahoo.com
yummy_love@hotmail.com
slowdownjp@hotmail.com
deanna_s_23@hotmail.com
powerdam@aol.com
zygote501@hotmail.com
chichi@edsamail.com.ph
opal101684a@windmail.net
clkwrkgrl@aol.com
flirt420_18@yahoo.com
LadyTaz01@exite.com
jediskilz173@hotmail.com
_sexysmurf@excite.com
jillaja@aol.com
balif@hotmail.com
struosh@aol.com
ianvelasco@yahoo.com
evilmike@san.rr.com
flirty@hotmail.com
shadowpup59@aol.com
Bucci_katie@hotmail.com
ericl@ucsd.com
berdesilvam@intercable.net
abir_aich@yahoo.com
ayan2k_1999@yahoo.com
H_KAJJ@YAHOO.COM
enorej@hotmail.com
worshipgetaways@xsinet.co.za

sharevane@yahoo.com
sebhosti@yahoo.com
rajesh-1@eth.net
rajesh-1@eth.net
FoxyL2000@webtv.net
dayday@onebox.com
mysticblack49@hotmail.com
steph55351@aol.com
steph55351@aol.com
pcottoot_3@yahoo.com
ccneto@mail.telepac.pt
chickie234@hotmail.com
estwickgenevieve@hotmail.com
neviog@hotmail.com
mmar42277@cs.com
danhinton@hotmail.com
shamani@pacific.com.sg
MARTIN_RIGGS99@YAHOO.COM
tack13316@cs.com
ronjo@globalink.pg
estermichele@hotmail..com
Juice00nbeyond@yahoo.com
r_glanton@hotmail.com
RONLS@TELEVAR.COM
surefired@egroups.com
lovesrapture_05@hotmail.com
kynagia@hotmail.com
kynagia@hotmail.com
northw6694@worldnet.att
mcronin78@yahoo.com
tommy_babe_2005@hotmail.com
sweet;ady05_24@hotmail.com
Flutesrk@flash.net
welshpornsta@hotmail.com
camilia_jalil@epita.fr
steph74253@aol.com
chics4me@bolt.com
ffsarpong@aol.com
amydenise@quackquack.com
SweetGenie2000@aol.com
strawberryswirl_13@yahoo.com
bkenyanti19@hotmail.com
loridewey@tidalwave.net
HOTBIRD2003@hotmail.com
silentguy@TheArmy.com
nickypep@hotmail.com
spalacio@excite.com
khryza_99@yahoo.com
hazzy.b@mailcity.com
res9713@isical.ac.in
arodr4@cantv.com.ve
smileyxmg@hotmail.com

BLINKMEMARK182@AOL.COM
SPARTILA@MSN.COM
andreaspoljaric@hotmail.com
Carl74@latinmail.com
helpme23@mail.com
pood04@hotmail.com
altavista@ifeellucky

Â©1998 The Googles Children's Workshop. All rights reserved.

Exhibit 30

**Subject:**
**Date:** Fri, 16 Apr 1999 08:47:36 -0700
**From:** "jack shen" <SKMJACK@email.msn.com>
**To:** "Steven Silvers" <gewrue@aol.com>, "Steven Silvers" <googles@bellsouth.net>





# Exhibit 31





Exhibit 32

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout │ Please logout when you are done to release system resources allocated for you.

Start │ List At: [          ]    OR    Jump │ to record: [          ]    **Record 6 out of 11**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | OOGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655711 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2496755 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163rd Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-04-27 10:21:02 ET

**Serial Number:** 75655711

**Registration Number:** 2496755

**Mark (words only):** OOGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163rd Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

### GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]   OR   Jump | to record: [          ]   **Record 4 out of 9**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | IGGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655710 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2496754 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L. HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-04-27 10:22:32 ET

**Serial Number:** 75655710

**Registration Number:** 2496754

**Mark (words only):** IGGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163th Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

__Logout__ | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | OGGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655709 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 11, 2000 |
| **Registration Number** | 2496753 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L. HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

---

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-04-27 10:23:11 ET

**Serial Number:** 75655709

**Registration Number:** 2496753

**Mark (words only):** OGGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163th Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS

Exhibit 33

## LICENSE, DISTRIBUTION AND MANUFACTURING AGREEMENT

THIS LICENSE, DISTRIBUTION AND MANUFACTURING AGREEMENT ( hereinafter the "Agreement"), is made this ___ day of July, 2000, by and between STEVEN A. SILVERS, an individual whose principal business address is 3741 NE 163rd St., North Miami Beach, Florida 33160, (hereinafter referred to as " LICENSOR") and THE AURORA COLLECTION, INC., a corporation whose principal business address is 4651 SW 51st St., Davie, Florida, 33314 (hereinafter referred to as" LICENSEE"), Said addresses shall be used for notices between the parties of an official or legal nature.

### RECITALS

LICENSOR is the sole owner, creator, developer, author and artist of a product line and concept which includes all intellectual property rights and all other rights to the Googles family and products, as further defined hereafter.

LICENSOR desires to engage LICENSEE in the manufacture, marketing, distribution, and commercial expansion of the Googles family and products.

LICENSEE desires to acquire the exclusive right to manufacture, market, distribute and expand the product line known as the Googles family and products, both as to existing designs, concepts and products, as well as future designs, concepts and products, under the terms and conditions set forth herein.

LICENSOR desires to grant LICENSEE the rights referred to above, under the terms and conditions set forth herein.

THEREFORE, in consideration of the premises and of the mutual covenants herein and for other good and valuable consideration, the parties agree as follows:

### TERMS AND CONDITIONS

1.    Recitals.    The recitals stated above are hereby made a part of and are incorporated into the Agreement.

2.    Definitions.    As used in the Agreement, the terms "Licensed Articles" and "Licensed Products" shall mean that which is contained in ' (a)'. "Gross sales price" is defined

in ' (b)'. " Net profit(s)" is defined in ' (c)'. "Gross receipts" is defined in ' (d)'.

     (a)    The products which deal with a creative character known as Googles, together with any and all other products which comprise and which will comprise those characters, likenesses, stories, ideas, concepts, designs, Googles spin offs and family members, which include Iggle, Oogle, Oggle, Gooroo, Gootian(s), the planet Goo, slides, movies, cartoons, books (comic and otherwise), posters, playing, trading and collector cards, CDs and tapes, DVDs and all other forms of communication and publication, programs, computer web site(s), membership lists, clubs; materials, patterns, prototypes, logos, trademarks, servicemarks, clothing, merchandise, educational products, marketing and promotional data and tools, packaging and advertising, modifications, updates, and variations, and all other items associated therewith, whether in the singular or plural.

     (b)    The term "gross sales price" shall mean the price charged by LICENSEE to its customers, but shall not include any sales or other taxes, nor shall it include any shipping and handling charges.

     (c)    The term "net profit(s)" shall mean that amount of money left after the deduction of expenses of LICENSEE for the manufacture, marketing and sale of those Licensed Articles that are subject to distribution/division of net profits..

     (d)    The term "gross receipts" shall mean money received by LICENSEE for the sale of licensed articles and products, but shall not include taxes, shipping and handling charges.

LICENSE

3.    <u>The Grant</u>.   LICENSOR hereby grants to LICENSEE and LICENSEE hereby accepts from LICENSOR, upon the terms and conditions set forth herein, the sole and exclusive right and license to manufacture, market, distribute, sell, use and otherwise commercialize, licensed products and articles. LICENSEE shall have the right to grant sub-licenses without the prior consent of LICENSOR, so long as all sub-licensees operate in the spirit and intent of providing wholesome, non-violent entertainment and education. So long as LICENSEE is in compliance with the terms of this Agreement, LICENSEE shall have the right to continue to exercise all rights granted by this license.

4.    <u>Best Efforts</u>.   .LICENSEE will use its best efforts to engage in the commercial venture whose end goal is the ethical marketing and sale of licensed articles, however, nothing herein shall obligate LICENSEE to meet

Page 2 of 6

any particular quota, schedule, time table, volume requirement or monetary minimums. If, in the sole opinion of LICENSEE, LICENSEE desires to abandon this LICENSE and all rights hereunder, LICENSEE shall be free to do so. During the term of its license, LICENSEE will assume the costs of production, marketing and sale of those items that it chooses to market, as well as the fees and costs of obtaining, defending and/or protecting any patent and trademark rights to such items. Best efforts means the active promotion and marketing of said products.

5.   <u>LICENSOR Representations.</u>    LICENSOR represents, and LICENSEE has relied on the fact and assertion, that LICENSOR is the creator and owner, with all rights of ownership, of the Googles family and products and licensed articles and has the sole right, title, interest and authority to grant this license. LICENSOR further represents that he knows of no claims, notices, suits, threatened or otherwise, which would in any way limit or impede his right to grant this license, other than those attached hereto as Exhibit A. LICENSOR represents that there are no brokers or agents involved in this matter and that LICENSOR alone is entitled to any remuneration herein. LICENSOR agrees to hold harmless and indemnify LICENSEE for all costs, fees and charges should claims or suits be brought against LICENSEE which allege that LICENSOR did not possess the right, title and interest in those licensed articles that were in existence at the time of, and which formed a great part of the consideration for, this transaction.

6.   <u>Retained Ownership Interest.</u>    LICENSOR retains sole creative ownership rights to licensed articles which predate this Agreement and shall have final approval rights for all additions and changes in the future.

<u>ROYALTIES AND PAYMENTS</u>

7.   <u>Consideration.</u>    Fees, stock and royalties paid under this agreement shall be in consideration for the sum total of all rights conferred by LICENSOR to LICENSEE.

8.   <u>License Issuance Fee.</u>    Upon execution of this Agreement, LICENSEE shall pay LICENSOR a license issuance fee in the amount of Ten Thousand Dollars ( $10,000.00 ).

9.   <u>License Issuance Stock.</u>    Upon execution of this Agreement, LICENSEE

## TERMINATION RIGHTS AND METHODS

15. <u>Cause Not Needed</u>. LICENSEE reserves the right to cancel this Agreement, if in its sole business judgment, the Agreement is no longer in the best interests of the company. LICENSEE shall have the right to sell its existing inventory and those items that cannot be canceled without financial penalty, but shall not cause additional items to be manufactured thereafter. In the event of termination, LICENSOR shall be given all original material that he provided to LICENSEE.

16. <u>Use of Name After Termination</u>. In the event of termination, LICENSEE shall have the right to continue to use the name(s) associated with the products and articles that encompass this Agreement for so long as LICENSEE is actively selling its inventory of articles and products. At the conclusion of LICENSEE'S efforts in this regard, LICENSEE agrees to discontinue the use of names, trademarks, signs, advertising and anything else that might make it appear that the LICENSEE is still handling the articles and products of LICENSOR.

## ADDITIONAL PROVISIONS

17. <u>Authorization</u>. LICENSOR and LICENSEE represent and warrant that the consummation of this Agreement has been duly authorized by all requisite corporate and personal action and this Agreement is enforceable against the parties in accordance with its terms. Both parties represent and warrant that the making and performance of this Agreement will not violate any agreement or understanding to which they are a party or to which they are bound.

18. <u>Assignment</u>. LICENSEE shall not have the right to sell, transfer or assign, in whole, or in part, its rights under this Agreement, without the written consent of LICENSOR, which consent shall not be unreasonably withheld if the proposed buyer, transferee or assignee is willing and able to carry out the goals and mission of the Googles project to ethically market non-violent entertainment and educational products to the public. Furthermore, such sale, transfer or assignment shall include a provision that permits LICENSOR, at his option, to become employed by the new entity for a period of six months, or if not employed, to become a paid consultant for six months for a fee which equals his last salary when employed by LICENSEE.

19.  Waiver.    No waiver of any breach of any provision of this Agreement shall constitute a waiver of any other breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing and signed by the parties hereto.

20.  Interpretation.    This Agreement and performances hereunder shall be interpreted and governed by the laws of the State of Florida. No provision shall be interpreted against any party because that party or their legal representative drafted, modified or recommended inclusion of, such provision. Venue for any legal action, whether equitable or otherwise, shall be in Broward County, Florida.

21.  Entire Agreement.   This Agreement constitutes the entire Agreement between the parties and no warranties, representations or understandings which may have been made by either party shall be enforceable unless specifically expressed herein. Any amendment, alteration or modification of this Agreement will be enforceable only if it is signed by both of the parties.

22.  Binding Effect.    This Agreement shall inure to the benefit and be binding upon the parties, their heirs, legal representatives, successors and assigns.

23.  Severability.  If any provision or sub-provision of this Agreement is declared invalid or void by a court of competent jurisdiction, the remainder of the Agreement shall nevertheless remain in full force and effect.

24.  Counterparts.    This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original. Each shall constitute one and the same Agreement.

25.  Paragraph Headings.    Paragraph headings and titles contained herein are inserted as a matter of convenience and reference only and shall not be used in construing the meaning of, or enforcing any of the provisions of, this Agreement.

    IN WITNESS WHEREOF, the parties hereto have executed this Agreement by their duly authorized signatures the day and year first written above.

AS TO LICENSOR:

                              _____
                              STEVEN A. SILVERS

AS TO LICENSEE:

                              _____
                              MYLES W. FARRINGTON, as
                              President of The Aurora Collection, Inc.

Exhibit 34

GOOGLES™



"Oggle"



"Iggle"



"Oogle"



"GooRoo"

Exhibit 35



**Hey there GooFriends!**

My name is Oogle Googles, but you can call me Oogle. I've come to visit you from a far away planet called Goo. I've come to Earth with my sister Iggle and brother Oggle to teach you our best Gootian ways. We're going to sing, dance, play games and have lots of GooFun together. And as we say on planet Goo...

Have a GooDay!



TO: _____

FROM: _____





"Iggle"

Hi GooKids!

I'm Iggle...Oogle and Oggle's sister. My brothers and I are very GooCited about meeting you on our special journey to Earth. As Oogle said, we've come to teach earthlings our best Gootian ways; to share, care, be fair and play nice with your friends.

Have a GooRiffic Day!



TO: _____

FROM: _____

Exhibit 36



**Fun with Science Club**

**The Googles™**

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

**The Adventures of Oogle™ Googles™ Episode I**

**"Oogle™ and The Planet of Goo™"**

In a galaxy far, far away, there is a small planet very similar to Earth called Goo™.

Years ago it had deep oceans, huge forests, beautiful deserts, high mountains and many different kinds of plants and animals. Its warm and bright sun had made the planet of Goo™ and its four-eyed inhabitants, the Gootians™, some of the luckiest people in the Universe.

The sun not only made Goo™ warm, it made it sparkle like a diamond. The tree's colors were more vibrant, the air purer, the water cleaner and the people nicer than anywhere.

Then one day, a wasteful, destructive and lazy bunch of aliens called the Zorkans™ from the planet Zork™ arrived on Goo™. The Zorkans™ had no planet of their own since they destroyed it through their wasteful ways. They traveled from planet to planet using up the natural resources to feed their greed and laziness.

The Gootians™ were a kind and gentle people who, at first, had hoped the Zorkans™ would just go away. They were not prepared for what was to happen. After many years the Zorkans™ had used up Goo's™ resources by polluting their streams, rivers and oceans, destroying the forests, depleting their farmland and damaging the ozone layer. The atomosphere was so badly spoiled that the Gootians™, and even the Zorkans™, were beginning to get sick.

GooRoo™, the wisest of all the Gootians™, knew from the day the Zorkans™ arrived that he needed to find a way to protect the planet. Now, after two generations of Zorkan™ destruction, he had developed a secret plan to save the Gootians™, and hopefully, his planet. With his special communication device, he was able to intercept radio signals from a planet in another galaxy called Earth. He listened to the signals until one day he heard of a human named Dr. Stephen Hubbell. The earthlings called him an ecologist. GooRoo™ realized, from listening to his speeches, that Dr. Hubbell was a wise man and he knew about saving the environment. This was a man GooRoo™ could trust and who would understand the Gootian's™ problems. GooRoo had to reach Dr. Hubbell, and FAST!

GooRoo™ was very old and needed someone young and strong to make this special trip in his one- of-a-kind advanced Gootian™

spaceship. He decided that his best pupil ever, Oogle™ Googles™, would be the one to make the trip. Oogle™ was very smart and courageous enough to do the job.

Oogle™ was a very special Gootian™. He had studied hard and had become one of the smartest Gootians™ on the planet. He was kind, resourceful, brave and respectful to others. No wonder GooRoo™ selected him for this most important of all missions. GooRoo™ knew, at the very least, Oogle™ would give it his best.

GooRoo™ put all the things Oogle™ would need in the GooShip™ including a book on the languages of Earth for him to study while on his journey. To make sure that if the Zorkans™ caught Oogle™ they would not discover his mission, GooRoo™ coded the flight information into the GooShip™ computer. He put a special computer chip, in a code that Dr. Hubbell would have to decode, in Oogle's™ shoe. The chip would tell Dr. Hubbell about the trouble on Goo™ and ask for his help. GooRoo™ also knew that if Oogle™ could help Dr. Hubbell teach the Earthlings how important it was to properly care for and protect Earth's environment then maybe, if all else failed, Earth could be the place where the remaining Gootians™ could go to live. But first, he needed Dr. Hubbell's help in trying to find a way to restore Goo's™ environment, if that were even possible. All of this GooRoo™ explained to Oogle™.

The day had come for Oogle™ to embark on his mission. With his sister Iggle™, and brother Oggle™, Oogle™ met GooRoo™ at the secret launch pad. He prepared to make the dangerous trip. GooRoo™ knew Oogle™ may not make it to Earth, and if he did, he may not be able to return to Goo™. That is why he asked Oogle's™ family to be with him.

Iggle™ was a pretty Gootian™. She was smart and always managed to keep her brothers in line. Oggle™ was bright and very curious, about everything. They both were very sad that Oogle™ was going away. Oogle™ was sad too, and a little scared, but he knew GooRoo™ was counting on him. He was determined not to let GooRoo™ down. As he prepared to enter the GooShip™, a singular tear ran down from each of his four eyes but he raised his arm and bravely waved Goo-bye.

As the ship departed Goo™, heading to the wormhole, there suddenly appeared a Zorkan™ ship. Would Oogle™ get by the Zorkan™? Would Oogle's™ ship make it through the wormhole? Would Oogle™ reach Earth at all?

**We will all find out in the next adventure of Oogle™ Googles™.**

The stories of Goo™, all of the Gootian™ characters, and the wonderful stories to follow, are the creation of Steven A. Silvers. Mr. Silvers, a talented storyteller, has been preparing this children's teaching tool for several years. His collaboration with the Aurora Educational Group and the Fun With Science Club™ makes his goal of reaching and teaching all children about our fragile environment and its care, an endearing reality.



**Fun with Science Club**

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us




Googles™

### Oogle™ Google

The Googles™ family live on a faraway planet called Goo™. Oogle™ is the oldest son of Mr. and Mrs. Googles™. Oogle™ also has a sister named Iggle™, and a brother named Oggle™.

Oogle™ is our hero in this first of many Googles™' adventures. In Book 1, Episode 1, called: "Oogle™ and the Planet of Goo™", Oogle™ finds himself zooming through outer space at warp speed. Oogle™ is headed toward our planet Earth. He was sent by his mentor GooRoo™ to find a new home for all of the Gootians™ to live, laugh, learn, and play.

You, too, can join Oogle™ Googles™ online in his first adventure "Oogle™ and the Planet of Goo™".

As we say on the planet of Goo™... Have yourself a GooDay!



©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** (i) Interactive Multimedia. Inc.



Join NOW
Log In
Science Forum
Fun Facts
Science Lab
The Googles
Fun Stuff
Secret Stuff
Message Board
Chat Rooms
Super Store
Parents Only
Contact Us
About Us



### The Planet of Goo™

The planet of Goo™ was a beautiful planet located outside of our Galaxy, many light years away from Earth.

In the early years of Goo's™ existence it was a very nice place to live. The air was pure. The rivers and oceans were free of pollutants and the water was refreshing and healthy to drink. The rainforests were full of foliage and the wildlife was plentiful. Everything was green and healthy, and everyone was so happy to be living on Goo™.

Then one day a violent force of aliens, from a distant planet, decided to invade Goo™. Not knowing any better they began destroying this once beautiful planet. They polluted the air and water. They destroyed the rainforests and the Gootians'™ farmlands. When they finally departed, all of the environment on Goo™ was ruined.

Learn if Oogle™ Googles™ finds a new place to live on the planet Earth for his family and the remaining Gootians™ left on Goo™. Can Oogle™ help Earth's children learn to care for and protect their environment? Read the first Oogle™ adventure: "Oogle™ and the Planet of Goo™".







- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

## Science Forum

**Hosted by nationally known Dr. Stephen Hubbell, Chairman of the National Council for Science and the Environment and Dr. Patricia Adair Gowaty, President of the Animal Behavior Society, the Science Forum brings you up-to-date and in-depth articles on a wide range of science topics.**

This unique program is a regular feature of the Fun With Science Club. It will bring you scientific information from and articles written by well-known and celebrated United State's scientists.

**Choose a category below...**





### Life Sciences



### Physical Sciences



### Earth Sciences



### Social & Human Sciences

©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** Interactive Multimedia, Inc.



## The Googles™



Welcome, I'm Oogle™ Googles™. I come from a planet called **Goo**™ in a galaxy far, far away. I have come to Earth to help teach you how to care for the planet, because I don't want what happened to my planet to happen to yours.

Together we will take a journey as you enjoy my fantastic adventures. You can read all about my first adventure in my first online story, "Oogle™ and the planet of Goo™".



### Navigation
- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

### Fun Stuff!

**Hey Kids**, the first Googles™ song is here! Now you can sing along with Oogle™ Googles™, or sing the words by yourself to the music.

**GO!**

### The Googles™ Adventures

**NEW!** You can be a part of the most amazing adventure series of all time! Come read Episode 1 "Oogle™ and the planet of Goo™" today and look for the very first GooToon coming in 2001.

**GO!**



## Fun with Science Club

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

**PLAY THE MUSIC!**

**PLAY THE MUSIC & WORDS!**

← Googles™

The Googles Song

### "The Googles' Theme Song"
Words & Music by: Steven A. Silvers
and Marilynn Shockey

©2000 GooTunes Publishing

We're the Googles from Goo,
And we'd like to know you,
We want you to be our best friend

Together we'll play,
And laugh everyday,
We'll make fun and learning a blend

We'll visit planets and stars,
From Jupiter to Mars,
You'll find it a thrilling sensation

And we will take you,
To our planet called Goo,
All in your imagination

We'll show you the way,
to have fun everyday,
To be nice and play nice,
with your friends

And everyone will know,
how much we love you so,
cause we're buddies and pals,
ever friends.

We're the Googles from Goo,
And now we know you,
And you are our very best...
You are our very best...
You are our very best friend!

©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** (i) Interactive Multimedia, Inc.

Exhibit 37



# "Meet The Googles"

click on a character below

- Join NOW
- Log In
- Science Forum
- Fun Facts
- The Googles
- Fun Stuff
- Super Store
- Message Board
- Chat Rooms
- Parents Only
- Contact Us
- About Us



### The Googles™



The **Adventures** of **Oogle Googles!**

Episode 1
"Oogle & the planet of Goo"

**Animated GooToon**
(Cartoon)

# CLICK HERE!

♪ Googles Theme Song

♫ Googles Theme Song

Googles Theme Song - Lyrics Sheet



Exhibit 38

















Exhibit 39

# Adventure Theatre

2000-2001
BOARD OF DIRECTORS

[illegible roster of names]

November 5, 2001

Mr. Steven A. Silvers
The Aurora Collection, Inc.
3741 NE 163rd Street
PMB #325
North Miami Beach, Florida 33160

Dear Steven:

On behalf of Adventure Theatre I would like to extend our thanks for your presenting the Goosical Musical Revue on Friday, September 14, 2001. In spite of the terrible events of September 11, your show went on as scheduled. The free show was well received and came at a time when children of all ages needed some diversion. The Googles costumes and music were upbeat and fun and put smiles on the faces of the audience.

We wish you all goo things in the future!

Sincerely,

Carol Leahy
Artistic Director

Glen Echo Park
7300 MacArthur Blvd.
Glen Echo  MD  20812
301-320-2258
Fax 301-320-0108
www.adventuretheatre.org

Exploring the world through a child



Jewish Community Center

October 30, 2001

Dear Steven,

I just want to send you this letter expressing our appreciation for the great Googles production you put on at the Jewish Community Center of Greater Washington in September. It really came at a time when all peoples spirits needed to be lifted, and this is exactly what the show accomplished. The children were so excited during the show. They and their parents were singing and clapping along. The characters were amazing. It had the same effect on the children as if the were watching the familiar "Barney." You have a successful venture on your hands. Our thanks again, for a terrific show.

Wishing you the best,

Ilene Eisenberg
Director of Elementary School Services



Exhibit 40

 **Corporate Information**

Home

About Google

**Corporate Overview**
   Company
   Features
   Technology
   Business
   Culture

**At a Glance**
   Quick profile
   Address
   Management
 ▸ Google history
   Timeline

**Our Philosophy**
   Ten things
   No pop-ups
   Software principles

**Related Links**
   Investor Relations
   Press Center

*Find on this site:*

[ Search ]

## Google History

Google is a play on the word **googol**, which was coined by Milton Sirotta, nephew of American mathematician Edward Kasner, and was popularized in the book, "Mathematics and the Imagination" by Kasner and James Newman. It refers to the number represented by the numeral 1 followed by 100 zeros. Google's use of the term reflects the company's mission to organize the immense, seemingly infinite amount of information available on the web.

### Back before Google? Aye, there's the Rub.

According to Google lore, company founders Larry Page and Sergey Brin were not terribly fond of each other when they first met as Stanford University graduate students in computer science in 1995. Larry was a 24-year-old University of Michigan alumnus on a weekend visit; Sergey, 23, was among a group of students assigned to show him around. They argued about every topic they discussed. Their strong opinions and divergent viewpoints would eventually find common ground in a unique approach to solving one of computing's biggest challenges: retrieving relevant information from a massive set of data.

By January of 1996, Larry and Sergey had begun collaboration on a search engine called BackRub, named for its unique ability to analyze the "back links" pointing to a given website. Larry, who had always enjoyed tinkering with machinery and had gained some notoriety for building a working printer out of Lego™, took on the task of creating a new kind of server environment that used low-end PCs instead of big expensive machines. Afflicted by the perennial shortage of cash common to graduate students everywhere, the pair took to haunting the department's loading docks in hopes of tracking down newly arrived computers that they could borrow for their network.

A year later, their unique approach to link analysis was earning BackRub a growing reputation among those who had seen it. Buzz about the new search technology began to build as word spread around campus.

### The search for a buyer

Larry and Sergey continued working to perfect their technology through the first half of 1998. Following a path that would become a key tenet of the Google way, they bought a terabyte of disks at bargain prices and built their own computer housings in Larry's dorm room, which became Google's first data center. Meanwhile Sergey set up a business office, and the two began calling on potential partners who might want to license a search technology better than any then available. Despite the dotcom fever of the day, they had little interest in building a company of their own around the technology they had developed.

Among those they called on was friend and Yahoo! founder David Filo. Filo agreed that their technology was solid, but encouraged Larry and Sergey to grow the service themselves by starting a search engine company. "When it's fully developed and scalable," he told them, "let's

Exhibit 41

**BackRub** is a "web crawler" which is designed to traverse the web.

Currently we are developing techniques to improve web search engines. We will make various services available as soon as possible.

**Sorry, many services are unavailable due to a local network faliure beyond our control. We are working to fix the problem an hope to be back up soon. 12/4/97**

**We have a demo that searches the titles of over 16 million urls:
BackRub title search demo**

BackRub search with comparison (type in top box, ignore cgi-bin error)

New systems will be coming soon.
Some documentation from a talk about the system is here.

BackRub is a research project of the Digital Library Project in the Computer Science Department a Stanford University.

Some Rough Statistics (from August 29th, 1996)
Total indexable HTML urls: 75.2306 Million
Total content downloaded: 207.022 gigabytes

Total indexable HTML pages downloaded: 30.6255 Million

Case 4:04-cv-08001-CW   Document   Filed 05/05/2005   Page 282 of 348

Total robots.txt excluded: 0.224249 Million
Total socket or connection errors: 1.31841 Million

BackRub is written in Java and Python and runs on several Sun Ultras and Intel Pentiums running Linux. The primary database is kept on an Sun Ultra II with 28GB of disk. Scott Hassan and Alan Steremberg have provided a great deal of very talented implementation help. Sergey Brin has also been very involved and deserves many thanks.

**Before emailing, please read the FAQ. Thanks.**

-Larry Page page@cs.stanford.edu

Exhibit 42

# backrub.stanford.edu

# Dec. 10, 1997

# Google Search Engine

This is a demo of the Google Search Engine. Note, it is research in progress so expect some downtimes and malfunctions. You can find the older Backrub web page here.

Google is being developed by Larry Page and Sergey Brin with very talented implementation help b Scott Hassan and Alan Steremberg.



## Current Status of Google:

### Web Page Statistics

| | |
|---|---|
| Number of Web Pages Fetched | 24 million |
| Number of Urls Seen | 76.5 million |
| Number of Email Addresses | 1.7 million |
| Number of 404's | 1.6 million |

### Storage Statistics

| | |
|---|---|
| Total Size of Fetched Pages | 147.8 GB |
| Compressed Repository | 53.5 GB |
| Short Inverted Index | 4.1 GB |
| Full Inverted Index | 37.2 GB |
| Lexicon | 293 MB |
| Temporary Anchor Data (not in total) | 6.6 GB |
| Document Index Incl. Variable Width Data | 9.7 GB |
| Links Database | 3.9 GB |
| **Total Without Repository** | **55.2 GB** |
| **Total With Repository** | **108.7 GB** |

4/11/2005 1

**Known Problems:**

1. We have only crawled US looking domains so as not to congest international links. This make the search engine somewhat incomplete.
2. There has been some corruption in docid's for anchor hits. This results in some random lookin matches (about 1 in 10). SB: I have tried to patch the code to account for this but there are stil many problems.
3. Also, some docinfo pointers are corrupted. SB: I have patched the code to account for most of these but I don't have tight bounds on the extent of corruption.
4. The performance is somewhat poor right now. This is partly due to data going over NFS and antiquated hardware. However, we are anticipating equipment donations from IBM and Intel t help with performance and increase our disk capacity so we can scale to 100 million pages.

## Before emailing, please read the FAQ. Thanks.

Please send any comments to backrub@google.stanford.edu.

*Copyright ©1997 Larry Page, Sergey Brin, Scott Hassan, Alan Steremberg*

*Backrub*
Last modified: Thu Dec 4 10:09:44 PST

Exhibit 43

# backrub.stanford.edu

# Dec. 24, 1997

# Google Search Engine

This is a demo of the Google Search Engine. Note, it is research in progress so expect some downtimes and malfunctions. You can find the older Backrub web page here.

Google is being developed by Larry Page and Sergey Brin with very talented implementation help b Scott Hassan and Alan Steremberg.



## Search Stanford

| | |
|---|---|
| 10 results ▾ | clustering on ▾ | Search |

## Search The Web

| | |
|---|---|
| 10 results ▾ | clustering on ▾ | Search |

# Current Status of Google:

### Web Page Statistics

| | |
|---|---|
| Number of Web Pages Fetched | 24 million |
| Number of Urls Seen | 76.5 million |
| Number of Email Addresses | 1.7 million |
| Number of 404's | 1.6 million |

### Storage Statistics

| | |
|---|---|
| Total Size of Fetched Pages | 147.8 GB |
| Compressed Repository | 53.5 GB |
| Short Inverted Index | 4.1 GB |
| Full Inverted Index | 37.2 GB |
| Lexicon | 293 MB |
| Temporary Anchor Data (not in total) | 6.6 GB |
| Document Index Incl. Variable Width Data | 9.7 GB |
| Links Database | 3.9 GB |
| **Total Without Repository** | **55.2 GB** |
| **Total With Repository** | **108.7 GB** |

1. We have only crawled US looking domains so as not to congest international links. This make the search engine somewhat incomplete.
2. There has been some corruption in docid's for anchor hits. This results in some random lookin matches (about 1 in 10). SB: I have tried to patch the code to account for this but there are stil many problems.
3. Also, some docinfo pointers are corrupted. SB: I have patched the code to account for most of these but I don't have tight bounds on the extent of corruption.
4. The performance is somewhat poor right now. This is partly due to data going over NFS and antiquated hardware. However, we are anticipating equipment donations from IBM and Intel t help with performance and increase our disk capacity so we can scale to 100 million pages.

## Before emailing, please read the FAQ. Thanks.

Please send any comments to backrub@google.stanford.edu.

*Copyright ©1997 Larry Page, Sergey Brin, Scott Hassan, Alan Steremberg*

*Backrub*
Last modified: Thu Dec 4 10:09:44 PST

Exhibit 44




# Sergey Brin's Home Page

Ph.D. student in Computer Science at Stanford - sergey@cs.stanford.edu



## Research

### Data Mining

A major research interest is data mining and I run a meeting group here at Stanford. For more information take a look at the MIDAS home page or see the datamine maling list achive. Here are some recent publications:

- **Extracting Patterns and Relations from the World Wide Web**

  by Sergey Brin.
  We demonstrate a technique for extracting relations from the WWW based on the duality of patterns and relations. We experiment with it by extracting a relations of books. (postscript).

- **Dynamic Data Mining: A New Architecture for Data with High Dimensionality**

  by Sergey Brin and Lawrence Page.
  We describe a new architecture for data mining (sorry not yet available online). It makes use some of the dynamic itemset counting technology described below.
  Submitted to VLDB '98. (postscript)

- Scalable Techniques for Mining Causal Structures

  by Craig Silverstein, Sergey Brin, Rajeev Motwani, and Jeff Ullman.
  We address mining for causality, not just correlation in data.
  Submitted to VLDB '98. (abstract , gzipped ps)

- Dynamic Itemset Counting and Implication Rules for Market Basket Data

  by Sergey Brin. Rajeev Motwani, Jeffrey D. Ullman and Shalom Tsur.
   We present and algorithm for counting large itemsets faster than previous algorithms. We rel on partial results to guide the mining process.
  Proceedings of the ACM SIGMOD International Conference on Management of Data, pp. 255 264, Tuscon, Arizona, May 13-15 1997. (html , postscript, gzipped ps, bibtex)

by Craig Silverstein, Rajeev Motwani, and Sergey Brin.
Proceedings of the ACM SIGMOD International Conference on Management of Data, pp. 265 276, Tuscon, Arizona, May 13-15 1997. (abstract , gzipped ps, bibtex). Note a version of this paper has been submitted to Data Mining and Knowledge Discovery.

- For the above two papers, we used the following census data.

 ## World Wide Web

Research on the Web seems to be fashionable these days and I guess I'm no exception. Recently I have been working on the Google search engine with Larr Page.

- The Anatomy of a Large-Scale Hypertextual Web Search Engine

by Lawrence Page and Sergey Brin.
Submitted to WWW7.

- **PageRank, an Eigenvector based Ranking Approach for Hypertext**

by Lawrence Page and Sergey Brin.
This is work in progress which we intend to submit to SIGIR '98.

 ## GNAT's

This project involved indexing multidimensional data for near-neighbor searches. The kind o applications I envision are identity comparisons, information finding, molecular biology, ...

- Near Neighbor Search in Large Metric Spaces

by Sergey Brin.
We introduce a new data structure for near-neighbor searches which is well suited for high-dimensional or "large" metric spaces.
VLDB '95 : proceedings of the 21st International Conference on Very Large Data Bases, Zuri Switzerland, Sept.
    11--15, 1995, pp. 574-584, Morgan Kaufmann Publishers, 1995.
(postscript, html, bibtex )

## COPS

I worked on a project with Hector Garcia-Molina involving automated detection of copyright



 Larry (Lawrence) Page
Ph.D. Student
Computer Science Department
Stanford University



 Member of Terry Winograd's Project on People, Computers, and Design.

Currently working on Google, a search engine for the Web. Papers and a demo are available off this page.



**email:** page@cs.stanford.edu
**office:** Gates 360
**phone:** home (415) 497-2000
work (415) 723-3154
**mail:** Department of Computer Science



Gates Building Room #360
Stanford University
Stanford, CA 94305-2140



Exhibit 45

# google.stanford.edu

# May 2, 1998

**Search The Web** (type only necessary words): [_____]

[10 results ▼] [clustering on ▼] [ Search ]

Current Repository Size: ~25 million pages (searchable index slightly smaller)

Research Papers about Google and the WebBase

# Credits

Current Development: Sergey Brin and Larry Page
Design and Implementation Assistance: Scott Hassan and Alan Steremberg
Faculty Guidance: Hector Garcia-Molina, Rajeev Motwani, Jeffrey D. Ullman, and Terry Winograd
Equipment Donations: IBM, Intel, and Sun
Software: GNU, Linux, and Python
Collaborating Groups in the Computer Science Department at Stanford University: The Digital Libraries Project, The Project on People Computers and Design, The Database Group, The MIDAS Data Mining Group, and The Theory Division
Outside Collaborators: Interval Research Corporation and the IBM Almaden Research Center
Technical Assistance: The Computer Science Department's Computer Facilities Group, Stanford's Distributed Computing and Intra-Networking Systems Group

Note: Google is research in progress and there are only a few of us so expect some downtimes and malfunctions. This system used to be called Backrub.

**New!** Wonder what your search runs on? Here are some pictures and stats for the Google Hardware

1. This new index contains only a very limited number of international pages because we do not want to congest busy international links.
2. When no documents match your query, the system will return 20000 random web pages.
3. For improved speed, try to avoid common words unless they are necessary, and use as few search terms as possible.

**Before emailing a question please read the FAQ. Thanks! We can be reached at google@google.stanford.edu and we appreciate your comments.**

Subscribe to google Announce

This is a moderated list with about one message per month

[your e-mail_____] [ Subscribe ]

FindMail List Archive

A mailing list hosted by MakeList!

4/11/2005 1

# Current WebBase Research Papers

- The Anatomy of a Large-Scale Hypertextual Web Search Engine
  by Sergey Brin and Lawrence Page.
  WWW7, 1998 paper
- **Dynamic Data Mining: A New Architecture for Data with High Dimensionality**
  by Sergey Brin and Lawrence Page.
  We describe a new architecture for data mining (sorry not yet available online).  It makes use of some of the dynamic itemset counting technology described below.
  Submitted to VLDB '98.
- The PageRank Citation Ranking: Bringing Order to the Web
  by Lawrence Page, Sergey Brin, Rajeev Motwani, and Terry Winograd.
  Work in progress.
- Computing iceberg queries efficiently.
  by Shiva Narayanan and Hector Garcia-Molina.
  Submitted to VLDB '98.
- Efficient Crawling Through URL Ordering
  by Junghoo Cho, Hector Garcia-Molina, and Lawrence Page.
  WWW7, 1998 paper

*Sergey Brin*

Exhibit 46

**Suite101.com**
Real People Helping Real People



Create your public 🔊 face on the Web

HOME | MY STUFF | FUN STUFF | FUNCTIONS | WHAT'S NEW | CHAT        LOGIN | LOGOFF | JOIN SUITE

Home . Computers and Internet : Internet /WWW :

# Search and Metasearch Engines
by Paula Dragutsky ✉ ⌂

• Welcome
• Articles
• Links
• Discussions

subscribe | unsubscribe

 up level

< Previous Article | Next Article >

# Reviews of Three Up-And-Coming Search Engines - PlanetSearch, Google, and GoTo.com

In the split-second world of the Internet, search engines like Yahoo and Alta Vista, founded in 1994 and 1995, are considered "established" and past their youth. New search engines are continually being created, and it's safe to assume that many of them won't survive. Three that seem to have good prospects for commercial success are PlanetSearch, Google, and GoTo.com.

These three search engines were founded in 1997, and all were developed to be extremely easy to use. However, the similarities between them end there. Their goals and approaches to searchers are very different.

## PlanetSearch - MAKING LIFE EASY ON THE INTERNET

### Overview: PlanetSearch's
(http://web.archive.org/web/20000304001937/http://www.planetsearch.com)/ stated aim is to make life easier on the Internet. And its very simple search options and clear design go a long way toward fulfilling this goal.

Searching is fast, and results for the searches that I did were fairly comprehensive and above-average in relevance. Of course, if you want to limit your search results (e.g. to date ranges, images, countries, etc.), it's best to use a search engine with a more complex search system.

The main search page at PlanetSearch looks like a less cluttered version of the older search engines. It offers several special features, including *finance*, *weather*, and *directories*.

**Directories:** The directories feature is especially comprehensive and includes U.S. and Canadian white pages, international white pages, yellow pages, worldwide e-mail, companies online, government pages and personal web pages. The government directory gives you the names (with links) of your state and U.S. elected officials

Author
**Paula Dragutsky**

Published
**July 10, 1998**

**Hotlinks:** There's a helpful subject directory of recommended web sites called Hotlinks which is much less extensive than the directories provided in the major search engines. Listings for the recommended sites include only their names with no accompanying description.

**Search System:** PlanetSearch gives you two search alternatives. You can simply enter your search words to retrieve results containing all or some of your search terms. Or you can precede a search word with a plus sign to require that the word appear in each result.

In addition, for each result, you can elect to have the system search for similar items.

**Results:** Results are presented in a format that's easy to read, and includes title, description, URL, date, and number of words. Relevance ratings are given in a color-coded bar next to each result.

You can preview each item resulting from your search without leaving **PlanetSearch**. The preview option shows you only the text of the item and not the graphics, though. The idea of previewing is a valuable one, but it's done better in HotBot where you're shown both text and graphics.

## GOOGLE - IMPROVING THE RELEVANCY OF RESULTS

**Overview:** Despite a name that sounds like a baby babbling, **Google** (http://web.archive.org/web/20000304001937/http://google.stanford.edu)/ is all business. (The name Google is actually derived from the mathematical term googol meaning 10^100. Please don't ask me to explain.)

It was created at Stanford University where it's still considered "research in progress." Its goal is to improve the relevancy of results returned by search engines.

**Only One Search Operator:** Google employs only one search operator and no search menus, yet often proves adept at coming up with the type of results I was looking for. However, it's not the best choice for doing highly specialized searches.

Google is still a relatively small search engine (25 million web pages indexed as compared with Alta Vista's 110 million), but it usually returned a greater number of results than its size would suggest.

**Search System:** For most searches, simply enter your search words or phrase in the search box. If you type in more than one word, **Google** *searches for the phrase first*, and then the individual words.

The system automatically assumes that you require each item to include all your search terms. Google searches only for the form of the word you enter. (It won't automatically search for plurals, past tense, etc.)

You can force Google to search for common words which it would usually ignore (e.g. with, the) by putting the plus sign in front of them. This is especially useful in searching for phrases (e.g. **Gone +With +The Wind**).

**Linked Web Pages:** For each result, you're given the option of retrieving all the web pages that link to it.

**Results:** Results include title, URL, when the item was cached (indexed) by **Google**, and whether or not there's a phrase match. Also included are page rank (related to websites that link to the item) and relevance ratings.

Google gives you the opportunity to go straight to your first result without even seeing the whole list by selecting the *I'm feeling lucky* button near the search box.

## GoTo.com - A REVOLUTIONARY CONSUMER SEARCH ENGINE

**Overview: GoTo.com** (http://web.archive.org/web/20000304001937/http://www.goto.com)/ is revolutionary in the search engine business, not because of its search algorithm, but because of the way web sites get listed in it. Web site owners are required to pay to have their site listed in GoTo.com.

**Bidding On Search Words:** In addition, site owners bid on search words that are relevant to their site in order to be listed toward the beginning search results. Since most people don't look past the first page or two of results, an early placement is especially important to companies trying to sell something on the Web.

**You And I Predicted To Benefit:** According to GoTo.com's developers, paid listings will result in high-quality, relevant web sites appearing among the first results

As far as I know, **GoTo.com** is the only search engine that charges for listings. Until now, webmasters have used various tricks (coding invisible keywords in their articles, duping the engine into repetitive listings, etc.) to get advantageous placements, but they haven't been given the option to buy their position.

**Search System: GoTo.com's** design and search system make it impossible to get confused. The home page contains only a search box - no special features, news. etc. *There's only one way to search - enter the terms you're looking for in the search box. That's it!*

Searching is speedy and result relevance is comparatively good. At this time only a small percentage of the items in GoTo.com's system are paid for. It's non-paid web pages come from Inktomi's crawler.

**Cost Per Web Page Visit Displayed:** Even at this early stage in GoTo.com's development, many search words will retrieve paid for web sites among the first few results. Each of these results displays how much the advertiser is paying per visit for his position on the list.

**Results:** The title, fairly full description and URL are given for every result.

*More articles are available about search and metasearch engines.*

*In fact, there are great articles and links for over 400 different topics offered by Suite 101. Check it out!*

< Previous Article | Next Article >

Exhibit 47







The First Chapter
Googles Song
Googles Earth Landing
Solar System
Articles
Order
OFFICIAL millennium mascot

dictionary-appendix

Enter

A children edutainment book : Googles and the Planet of Goo                    http://www.googles.com

**1354**                    sales@googles.com                    

Exhibit 48

# California Business Portal

### Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of APR 22, 2005 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| GOOGLE TECHNOLOGY INC. | | |
| **Number:** C2119530 | **Date Filed:** 9/4/1998 | **Status:** merged out |
| **Jurisdiction:** California | | |
| **Address** | | |
| 2400 BAYSHORE PKWY | | |
| MOUNTAIN VIEW, CA 94043 | | |
| **Agent for Service of Process** | | |
| DAVID C DRUMMOND | | |
| 2400 BAYSHORE PKWY | | |
| MOUNTAIN VIEW, CA 94043 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# Exhibit 49



**Free membership!**

Pick a site or topic:          Reviews | News | Downloads | Shop | AnchorDesk



Millennia MAX    **Build Your Micron**
Choose your system

**Search**


**News & Views**
Home
News Scan
Opinion
Special Reports
@Net Index

**Sections**
B2B
B2C
Infr@structure
Web Computing
Communications
Strategy & Policy






**E-Mail Alert**
Enter e-mail

**9.9%** VISA

**Related Sites**
Investor
PC Week
Sm@rt Reseller
ZDNN

# NEWS

INTER@CTIVE WEEK ONLINE

## Google On Searching: Do It Fast
By Kimberly Weisul
May 10, 1999 8:41 AM ET

Yahoo!'s founders have said time and again that the goal of their company is to be the one place anyone can go to to find or get connected with anyone or anything.

Google's founders have added a new twist to searching the Net: Do it quickly.

"Our goal is not to maximize the amount of time a user spends on our site," said Sergey Brin, one of Google's co-founders. Google users have the choice of ordering a full search or clicking on an "I Feel Lucky" button, which will take them directly to the first match - without first presenting the full list of matched sites. Search results are listed under a banner that tells the users not only how many matches were found but also how much time the search took, down to one-tenth of a second.

Brin thinks the search engines of yore - now known as portals - were led astray by their focus on page views. "Page views are a red herring," he said. "You can't sell ads based on chat page views. The search page views are the ones that make the most money, because they're very well-targeted." Brin is adamant that he's focusing on search - and only search. "We want to be the Dolby of search," he said.

Google started out as a research project when Brin and his co-founder, Larry Page, were graduate students at Stanford University. Technically, they still are enrolled at Stanford, but they are on a one-year leave of absence. The pair was interested in downloading the link structure of the Internet and "seeing what we could do with it," Brin said.

The result is a search engine that aims to rank every page on the Internet in order of importance. A page's importance is determined partly by the number of other links that point to it. The Yahoo! home page gets a high rank because hundreds of thousands of links point to it. The Google search engine uses other tricks, such as assigning a page higher ranking if the search term appears in a heading rather than in a footnote.

**Top News**
Updated July 26, 1999
5:11 PM ET

▶ NSI Launches Search Engine
▶ ECredit Speeds Up E-Business
▶ Panja Plans Killer Broadband Play
▶ IBM Falls Hard For Linux
▶ Microsoft To Revitalize MSN Service
▶ IPass Promises VPN Lab, Guarantees

 E-mail this!
Print this!

**Investor**

ticker(s)          GET QUOTES

| Symbol | Last | Change |
| --- | --- | --- |
| Dow | 10863.16 | -47.8 |
| Nasdaq | 2619.19 | -73.21 |
| @Net | 281.19 | -13.87 |

7/26/99 4:01:00 PM EDT
Data delayed at least 20 minutes

**Investor News**
7/26/99 8:30:18 PM PT

• Talk.com delivers strong 2Q results
• eBay hurdles estimates in second quarter
• Another strong quarter for Remedy
• Roundup: Online revenue boosts Cheap Tickets past 2Q forecasts
• MARKET CLOSE: Internet stocks take a beating
• 2HRS2GO: 3DO ready to grow

Brin said it wasn't clear at first that Google should become a for-profit enterprise. Existing navigation tools have de-emphasized search, he said. But with angel funding from Sun Microsystems founder Andy Bechtolsheim and others, Google is looking to hire up to 20 people who hold doctorate degrees to work on its search service; it has more than 100 computers working in its network facility. "Turning this into a company has allowed us to push a lot of resources at the problem," Brin said.

It also led to their adoption of "Google" as the company name. A "googol" is a one followed by one hundred zeros; the term captures the founders' goal of bringing a lot of information to Web users. But Googol.com already had been registered, and Brin said the word "googol" could not be trademarked.

**Sponsored Links**

   IT Pros ComputerJobs.com: The Employment Web site For IT Pros!
   Order Now Windows 2000 Corporate Preview Program
   FREE TRIAL HotOffice Intranet - Anytime Anywhere Officing™
   Very Cool **Wired Home Intro Kit - X10.com**
   Books All **New York Times Bestsellers** now 50% off!
   Great PCs Buy your Dream PC at Micronpc.com. Click here!

**ZDNet Featured Links**

   Freebies 50 **FREE** downloads - utilities, screen savers and more!
   Shop Smart Compare prices on **over 7,000 computer products & save**
   Cool Stuff Our guide to the greatest gizmos and gadgets:**Equip!**

**Magazine Offers**

   Free Tour Try **Yahoo! Internet Life** magazine and get a **FREE CD-ROM**



   Reviews | News | Downloads | Shop | MyZDNet | Games | ZDTV | Forums
   AnchorDesk | PC Magazine | PC Week | Help! | Yahoo! Internet Life

**HOME | FREE MEMBERSHIP | CONTACT ZD | AD INFO | ZIFF-DAVIS**

Use of ZDNet is subject to certain Terms & Conditions.
Please read ZDNet's Privacy Statement (reviewed by TRUSTe).

Copyright (c) 1999 ZDNet. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of ZDNet is prohibited. ZDNet and the ZDNet logo are trademarks of Ziff-Davis Inc.

Exhibit 50



APPLICATION TO REGISTER TRADEMARK AND SERVICE MARK
ON PRINCIPAL REGISTER

BASIS OF APPLICATION:  INTENT TO USE (SECTION 1(b))

MARK: GOOGLE

INTERNATIONAL CLASS:  9 AND 42

| | |
|---|---|
| Applicant: | Google Inc.,<br>a California corporation |
| Address of Applicant: | Gates 360<br>Computer Science Department<br>Stanford, CA  94305 |

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

The applicant identified above has a <u>bona fide</u> intent
to use in commerce the mark shown in the accompanying
drawing for the following goods and services:

<u>International Class 9</u>:

Goods:    computer hardware; computer software for
searching, compiling, indexing and organizing
information within individual workstations,
personal computers or computer networks;
computer software for electronic mail and
facilitating workgroup communications over
computer networks; computer software for
creating indexes of information, web sites
and other resources

---

**CERTIFICATE OF EXPRESS MAIL**
UNDER 37 C.F.R. §1.10

Express Mail Label No. EL106956928 US    Date of Deposit 9-16-98

I hereby certify that this paper or fee is being deposited with the
United States Postal Service "Express Mail Post Office to Addressee"
service under 37 C.F.R. §1.10 on the date indicated above and is addressed
to the Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA  22202-3513.

_Lisa M. Davis_
Signature

Lisa M. Davis
Print Name

---

75554461

1/0   490.361

International Class 42:

Services: computer services, namely, on-line personalized
         information services; information extraction and
         data mining; providing access to proprietary
         collections of information; creating indexes of
         information, web sites and other information
         sources; providing information concerning a wide
         range of text, electronic documents, databases,
         graphics and audiovisual information; providing
         electronic mail and workgroup communications
         services

The applicant requests that the mark be registered in
the United States Patent and Trademark Office on the
Principal Register established by the Act of July 5, 1946.

The mark will be printed on labels applied directly to
the goods, printed on containers of the goods, displayed on
screen during operation of the software, printed on
advertising and promotional materials associated with the
services, displayed on signs advertising or otherwise
associated with the services, or used in other ways
customary to the trade.

Please include Attorney Docket Number TM1001 on all
future communications regarding this application and address
all communications regarding this application to the
applicant's attorneys at the following address:

                    Andrew P. Bridges
                    Harold J. Milstein
          Wilson Sonsini Goodrich & Rosati
                Professional Corporation
                    650 Page Mill Road
                Palo Alto, California 94304-1050
                Telephone:  (650) 493-9300

**75554461**

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application and of any registration resulting therefrom, declare that I am Chief Executive Officer, Chief Financial Officer and Assistant Secretary of the applicant corporation and authorized to execute this instrument on behalf of the applicant; I believe the applicant to be the owner of, or if filed under Section 1(b), is entitled to use in commerce the mark sought to be registered; to the best of my knowledge and belief, no other person, firm, corporation or association has the right to use the mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; all statements made of my own knowledge are true; and all statements made on information and belief are believed to be true.

Dated: 9/15 , 1998        Google Inc.

By _____
Larry Page
Chief Executive Officer,
Chief Financial Officer
and Assistant Secretary

75554461

Exhibit 51

TechSightings - Daily, High-Tech Web Sights                    wysiwyg://726/http://www.techsightings.com/cgi-bin/ts_review.


AndoverNews
Network
DaveCentral
FreeCode
Internet Traffic Report
IT Manager's Journal
MediaBuilder
Slaughterhouse
TechMailings

## SAAB ACROSS THE WEB?



# TechSightings
### Daily Reviews of the Best High-Tech Sights on the Net!

SEARCH EVENTS

Home || Submit || Credits || Hardware || Software || News/Info ||
Careers
Math/Science || Programming || Web Building || Square Pegs


QUICK SEARCH
ADVICE,
SOLUTIONS,
KNOWLEDGE.

◄PREV                    Thursday - 18/Feb/1999

 **Google Takes the Web by Storm!**
Thursday - 18/Feb/1999 by Robin Miller

A couple of Stanford students have created a new
WWW search engine that is already hugely popular
even though it isn't 100 percent public yet. It's
getting all kinds of happy press coverage. And even
though this new search engine's crawler is already a
few months behind, the new search engine is yards
better than the ones that were already out there.
Familiar story? Yep. But Google is far more elegant
than its famous predecessor, Yahoo!

I am going to admit that I am one of world's many
Google fans. I like a search engine that's fast,
simple, and doesn't have a front page crudded up
with portal features. When I want to find something,
I don't want to scrounge through "my" Yahoo, get
hounded to sign up for free Netscape e-mail, join a
What-U-Seek chat or send a Lycos love note to my
sweetie. I just want to type in my keywords and get
a list of relevant Web sites.

I have been using Google since I got their first "Hi!
We're here!" press release about two months ago. I
held off on writing this review for two reasons:

1) Everyboby else was already writing about
Google.
2) I was afraid it would get too popular too fast.

Have you ever found a nice little neighborhood
restaurant, liked it, and told a few friends about it


Reallybig.com is
the COMPLETE
RESOURCE for
all web builders!
This
award-winning
site is really big,
with more than
1000 links to
sites of specific
interest to web
builders.

Included are the
best places to
find free clipart,
animations,
backgrounds,
icons and
buttons, as well
as huge amounts
of information
about counters,
cgi, Java, icons,
promoting your
site, and much
more.

Reallybig.com is
for ANYONE who
wants to develop
pages on the
internet, from
beginner to
experienced



restaurant, liked it, and told a few friends about it,
only to find, a month later, that so many people had
told a few friends about it that it suddenly got
overcrowded -- and both the service and food had
dropped in quality?



Nothing can kill a restaurant faster, in my
experience (to which my large potbelly is testimony)
than a spate of favorable publicity. Same with
search engines. So here's poor little Google, still in
Alpha, already getting buzz all over the place.

For an example of what's going on at this
(deservedly) popular but soon - to - be -
overwhelmed site, take a look at their submit URL
page. It says, "...it may be quite a while before we
get around to your page." Elsewhere on the site, the
word "months" is used.

Oh, well. I'll keep on using Google even so. Most
other search engines are just as far behind, and
Google gives me more relevant, better-ranked
results than any of the others, with less fuss and
hoohoo.

**Check it out**

**Comments: (Click here to refresh)**

PC Magazine: Top 100 Web Sites

wysiwyg://1144/http://www.zdnet.com/pcmag/special/web100/67.html

 





**Search Engines**

# Google!



# Google!

Here's your chance to search the Web and participate in high-level academic research at the same time. Google! is a Stanford University project designed to find the most relevant Web pages (those with the most inbound links) and run searches against them. The 25 million pages currently catalogued seem to be good choices; the site has an uncanny knack for returning extremely relevant results. There's much more to come at Google!, but even in its prototype form it's a great search engine.

**google.stanford.edu**

HotBot►

JUMP TO:

| Top 100 Web Sites | ▼ | GO |

1/12/99 5:05 PM

Google! Page 1 of 3





Free membership!

Pick a site or topic:    Reviews | News | Downloads | Shop | AnchorDesk


Better Seats Than Your Boss Has! Only on ©___

**Search**



**Highlights:**
- Introduction
- Kids' Search Sites
- News Search Sites

**Read Reviews:**
- A Tool for Every Task
- AltaVista
- Ask Jeeves for Kids
- Disney's Internet Guide
- Dow Jones Interactive
- Electric Library Personal Edition
- Excite
- Excite News
- GoTo.com
- Google!
- HotBot
- Infoseek
- LookSmart
- Lycos
- Lycos SafetyNet
- MSN Web Search
- NewHoo!
- NewsEdge NewsPage
- Northern Light
- Northern Light News
- WebCrawler
- Yahoo!
- Yahoo! News
- Yanooligans!

# Google!
By *Breck Witte*, PC Magazine
November 19, 1998 **google.stanford.edu**

Searching the Web has increasingly become a two-stage process—execute a search, then wade through the results trying to find what you're actually looking for. Google!, an ongoing research project at Stanford University, helps you access the most relevant finds more quickly, and rivals Yahoo! for finding that handful of key sites you may be looking for.

The site's unique PageRank function indicates how many Web pages point to a particular document. Google! uses PageRank to decide which documents in the result set you might want to see first. For example, when searching for the National Institutes of Health, we entered the acronym NIH, and the NIH home page appeared at the top of our list. Google! is so confident that it includes an "I'm feeling lucky" button that retrieves Google!'s top pick for your search.

Google!'s large collection of cached pages is equally useful. We found ourselves visiting a document's cached page to assess its relevance, then linking to the live page for time-sensitive information.

If you're used to performing complex Boolean searches, you'll find Google!'s search capabilities limiting. It really offers only simple keyword searching. The ability to truncate search terms would be a welcome addition to this promising new site

**< Previous**
GoTo.com

**Next >**
HotBot

**Also on ZDNet: 6th Annual Shareware Awards**

**Next >**
HotBot

**ZDNet Auctions**
- Complete auction list

**Company Info**
- _No Company

 **Easy print**

 **E-mail this story**

**Hands-On**
Stay on top of all the latest product announcements with *Hands-On*, Bill Machrone's free e-mail alert.

You@here.c

Read Bill's latest



Computer Select. August 1999





PC Magazine  Dec 1, 1998 p205(1)

## Google!(Internet/Web/Online Service Information)
(Brief Article)

**Author**
Witte, Breck

**Full Text**
google.stanford.edu Searching the Web has increasingly become a two-stage process--execute a search, then wade through the results trying to find what you're actually looking for. Google!, an ongoing research project at Stanford University, helps you access the most relevant finds more quickly, and rivals Yahoo! for finding that handful of key sites you may be looking for.

The site's unique PageRank function indicates how many Web pages point to a particular document. Google! uses PageRank to decide which documents in the result set you might want to see first. For example, when searching for the National Institutes of Health, we entered the acronym NIH, and the NIH home page appeared at the top of our list. Google! is so confident that it includes an "I'm feeling lucky" button that retrieves Google!'s top pick for your search.

Google!'s large collection of cached pages is equally useful. We found ourselves visiting a document's cached page to assess its relevance, then linking to the live page for time-sensitive information.

If you're used to performing complex Boolean searches, you'll find Google!'s search capabilities limiting. It really offers only simple keyword searching. The ability to truncate search terms would be a welcome addition to this promising new site.

Click "I'm feeling lucky" and get sent directly to the number-one hit for your query. It's not luck, it works.

Google! has cached many pages in its database for a quick look to make sure it's want you wanted.

**Topic**
Internet/Web search service

**Record #**
53 157 801



COPYRIGHT 1998 Ziff-Davis Publishing Company

Case 9:05-cv-80387-KLR    Document 1    Entered on FLSD Docket 05/05/2005    Page 321 of 348



 

# Counting Clicks and Looking at Links

*From The Search Engine Report*
*August 4, 1998*
*(a longer version is available to site subscribers)*

At their core, the major search engines use what I call the location/frequency method of determining relevancy. For example, search for "bill clinton," and most will return pages primarily ranked by where and how often those words appear in each document.

To be more specific, a page titled "Bill Clinton's Life" is likely to be considered more relevant than others where the title tag doesn't mention the US president's name. That's an example of how the location of a term can be important. Similarly, a page that repeatedly mentions Bill Clinton probably will get more of a boost than a page with only one reference.



I'm grossly over simplifying the process, of course. Location and frequency are not the only factors used. Each search engine has a blend of techniques that go into their algorithms. But location and frequency have tended to be the dominant factors.

Some new techniques may be about to change that. The idea of leveraging links as a means to improving results is making a comeback. And later this month, one search engine is going to enhance its service with Direct Hit, which taps into user feedback to improve relevancy.

Direct Hit works in the background, quietly watching what users search for, then recording which pages they visit from the "normal" search results. Over time, it develops enough data to know which pages are popular and which aren't.

To use this information, a user selects the Direct Hit option, which will likely appear above the regular search results. This will bring up Direct Hit's own list of what's relevant, where pages are ranked by user popularity.

The system is ideally suited to general queries of one or two words, which are common on the major services. A suggestion to try Direct Hit will probably only appear in response to short queries like these, similar to how the RealNames option appears only for queries of three words or less at AltaVista. The Direct Hit option will also only appear if enough data on a term has been gathered.



Some problems immediately come to mind. Spamming is foremost. Can site owners simply click their pages to the top? The chief defense against this is the sheer amount of data that Direct Hit samples, which makes it hard to skew things. Those attempting to do so are likely to spotted. There are also some other tricks Direct Hit has to help control spamming.

Another problem is the fact that many users don't search deep. "Only about 7% of users really go beyond the first three pages of results," says Gary Culliss, Chairman and Founder of Direct Hit. How can the system bring the good stuff to the top if users never dig initially to find it?

"All it takes is one person to find something buried deep in the results list to start its movement upward where it can be viewed by other searchers and boosted further in its ranking," said Culliss.

In fact, top listed sites that are not visited can move down in the Direct Hit ratings, while sites buried in the results enjoy a significant boost if someone drills down and selects them.

"You can view it in the negative sense of whatever people pass over gets moved down, or in the positive sense of whatever they click on moves up," Culliss said.



I ran some quick comparisons of Direct Hit against results from the search engine it will soon appear on. All results were at least a little better, and with some queries, they were dramatically improved. A search for "microsoft," for example, put the company home page, the Internet Explorer page and a software download page at the top.

I've no doubt Direct Hit will be popular as a supplement, and not necessarily just on one search engine. The company is talking with other players and positioning its technology as a non-exclusive addition that any of them can use.

While Direct Hit leverages humans directly, Clever leverages them indirectly, via the links they create.

You may have heard of Clever through some scattered press coverage recently given to its core technology, HITS. HITS stands for Hypertext-Induced Topic Search, and it was developed by Cornell University researcher Jon Kleinberg, while he was a visiting scientist at IBM's Almaden Research Center.

IBM has expanded and enhanced HITS into Clever, a system that ranks pages primarily by measuring links between them.

The process starts by collecting a set of pages relevant for a particular term. For example, Clever might send a query to AltaVista for "bill



clinton" and then retrieve the top 200 pages listed. Next, Clever gathers all the pages that the initial 200 link to, plus any pages on the web that link to them.

The result is a set of a few hundred to a few thousand pages, which Clever ranks by counting links. Pages in the set with the most links pointing at them get the best scores, but only initially.

"Links have noise, and it's not always clear cut which pages are best," said Kleinberg. "We wondered, was there a way to get some sort of consensus out of the links?"

The solution is to recalculate the scores, this time letting links from important pages carry more weight. To paraphrase Animal Farm, all links are created equal, but some are more equal than others.

Picture it in real life. A link from a page within Yahoo should mean more than a link from someone's personal page, since the criteria to be listed is much higher. Likewise, links from other "important" sites should carry more weight.

The challenge is helping the algorithm understand what pages are "important." That's where the initial ranking comes in. Pages with the most links are established as most important, and during the recalculation, their links transmit more weight.

This produces a completely new set of scores and even allows for situations where a page with only one link to it could do better than another with two links, if that single link is from a very important page.

Repeating this recalculation a number of times further refines scores. Nor does Clever stop there. A series of other tweaks are also made to help improve relevancy.



A key component is to consider text within and near the link. If the actual search term appears, then that link transmits more weight to the page it points at. Clever also discounts the weight of links between pages at the same web site.

The end result of this is a list of top ranked pages. However, IBM doesn't see Clever being used to provide real-time search results in response to queries. Instead, they feel the value will be to create constantly refreshed lists of relevant pages for categories.

Specifically, imagine the situation at Yahoo, where there are thousands of different subjects. Clever researchers believe their technology could be used to populate these categories with minimal human assistance. Give Clever a few terms relevant to the subject, and it will leverage links to fill the category with best pages on the web.



"You don't have to have an army of ontologists to stay current," said
Prabhakar Raghavan, a researcher on the Clever project.

So how good are the results? The system isn't available for testing outside
of IBM's firewall, but in a recent study IBM conducted, Clever's results
were as good or better than Yahoo's results 81% of the time.

That's IBM's research, of course, but I think it's pretty trustworthy. One
need only look at Google to see how effective links can be in improving
relevancy.

The last time some students at Stanford University got involved with
categorizing the web, it turned into a little site you may have heard of
called Yahoo. That alone makes me surprised someone hasn't yet swooped
in to carry off Google developers Larry Page, Sergey Brin and Craig
Silverstein into portal heaven. Even more so is the fact that the engine
they've put together is really good and even has a catchy name.

Google is an experimental search engine that, like Clever, uses weighted
link popularity as a primary part of its ranking mechanism. Each page has
a rank, based on the number of other pages linking to it and the
importance of those pages. Importance, as with Clever, is derived from an
overall link count.



Google also makes extensive use of the text within hyperlinks. This text is
associated with the pages the link points at, and it makes it possible for
Google to find matching pages even when these pages cannot themselves
be indexed.

An important difference from Clever is that Google actually crawls the
web itself, rather than analyzing a core set of pages from another search
engine. Thus, its results should be more comprehensive. Over 25 million
pages have been indexed, and the goal is to gear up toward 100 million or
more.

Google also provides some ranking boosts on page characteristics. The
appearance of terms in bold text, or in header text, or in a large font size is
all taken into account. None of these are dominant factors, but they do
figure into the overall equation.

So how about the results? I think many people will be pleased, especially
for the ever-popular single and two-word queries. A search for "bill
clinton" brought the White House site up at number one. A search for
"disney" top-ranked disney.com, and sections within it like Disney World,
the Disney Channel, and Walt Disney Pictures. Yet interesting alternative
sites, such as Werner's Unofficial Disney Park Links, also made it on the
list.



Will Google be going commercial? Page has no opposition to it, but said there's no particular hurry.

"We're Ph.D. students, we can do whatever we want," he said. And what they want is to find the right partners to let them focus on improving relevancy. "I'd like to build a service where the priority is on giving users great results," Page said.

If you pay a visit, don't be frightened by the interface. One thing Google needs is a good facelift. Relevancy scores and other extraneous information can obscure the actual listings -- but I did say this was an experimental service, right?

The value of links hasn't been lost on the major search engines, of course. Infoseek chairman Steve Kirsch recently said that link data was a core component of his service's new retrieval algorithm. And Excite has long made use of link data as part of its ranking mechanism.

"Most in the industry would recognize that the links pointing into a site give you a fair idea of the visibility of the site and its prominence," said Excite search product manager Kris Carpenter.

It's likely that there will continue to be a growing emphasis on non-traditional data such as links and user feedback to make sense of the web, as opposed to just the words on the page. It's essential in a web universe where the text on some pages cannot be trusted, and where other pages cannot be indexed at all.

**Direct Hit**
http://www.directhit.com/

**Clever**
http://www.almaden.ibm.com/cs/k53/clever.html

**Google**
http://google.stanford.edu/

**Google WebBase Research Pages**
http://google.stanford.edu/google_papers.html

Those interested in how to build a search engine will enjoy this goldmine of information. Be warned -- it's all highly technical.

 

or use the site map if you can't run JavaScript.
You may also search the site.

Enter your e-mail address to receive
the Search Engine Report each month



Exhibit 52

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK EXAMINING OPERATION

| | |
|---|---|
| **Application Serial No.:** | |
| **Mark:** | **GOOGLE** |
| **Filing Date:** | **September 16, 1998** |
| **Class:** | **International Class 42** |
| **Applicant:** | **Google Inc.** |
| **Attorney Reference Number:** | **21622-TM1002** |



FOR REFERENCE ONLY

Box ITU FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

## AMENDMENT TO ALLEGE USE UNDER 37 C.F.R. § 2.76, WITH DECLARATION

Assistant Commissioner:

The applicant requests registration of the above-identified trademark in the United States

Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15

U.S.C. 1051, et seq., as amended).

The applicant is using the mark in commerce in connection with the services identified in the

application.

The mark was first used at least as early as September, 1997; was first used in interstate

commerce at least as early as September, 1997; and is now in use in such commerce.

```
CERTIFICATE OF MAILING UNDER
37 C.F.R. §1.8(a)

     I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to the Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA 22202-3513, on:

  Suet W. Tam                            March 15, 1999
Print Name                              Date of Deposit

                                         3-15-99
        Signature                          Date
```

FOR REFERENCE ONLY

Three specimens showing the mark as actually used accompany this Amendment to Allege

Use.

The mark is displayed on screen in conjuntion with the services.

The applicant encloses a check made payable to the "Commissioner of Patents and

Trademarks" in the amount of $100.00 as the fee for this filing.

Please use Attorney Docket No. 21622-TM1002 when referring to this application and

address all communications regarding this paper and the application to the applicant's attorneys at the

following address:

> Andrew P. Bridges
> Harold J. Milstein
> Wilson Sonsini Goodrich & Rosati
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> (650) 493-9300

- - - - - - - - - - - - - - - - - - - - - - - - - -

Exhibit 53

FOR REFERENCE ONLY

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are

punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false

statements may jeopardize the validity of the application or any resulting registration, declare that I

am properly authorized to execute this Amendment to Allege Use on behalf of the applicant; I believe

the applicant to be the owner of the mark sought to be registered; the mark is now in use in

commerce; and all statements made of my own knowledge are true and all statements made on

information and belief are believed to be true.

Date: 3/9/_____, 1999

Google Inc.

By _____
Larry Page
Chief Executive Officer, Chief Financial
Officer and Assistant Secretary

# Exhibit 54

# California Business Portal

## Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of APR 22, 2005 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| GOOGLE INC. | | |
| **Number:** C2430708 | **Date Filed:** 9/23/2002 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 633 POST STREET #112 | | |
| SAN FRANCISCO, CA 94109 | | |
| **Agent for Service of Process** | | |
| CALIFORNIACOMPA NY DOCUMENT SYS TEM, INC. | | |
| 1601 CLOVERFIELD BLVD | | |
| SOUTHTOWER 2ND FLOOR | | |
| SANTA MONICA, CA 90404 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

Exhibit 55

To: bizdev@google.com
From: "Steven A. Silvers" <sas@theauroracollection.com>
Subject: Inquiry!
Cc: gewrue@aol.com
Bcc:
Attached:


This message is to be kindly directed to Larry Page, if he is currently your CEO or if not, then your
current CEO would suffice.  My name is Steven A. Silvers, the Director of Creative Development for
The Aurora Collection, Inc., and present owner of the URL otherwise known as:  www.googles.com.
Several years ago I contacted  Larry Page to offer to sit down with him and discuss mutual ways we
could benefit one another since I have a trademark on the name "Googles" in several areas of
commerce, and also registered the "Googles" name prior to the Google  search engine name being
registered with Internic for use on the world wide web.  I never heard back from Larry or anyone else
in the  google.com organization.  Needless-to-say, you organization has grown to be a world
recognized search engine and your recent affiliation with Yahoo has made your company virtually a
household name among computer savvy researchers around the world. I tip my hat to you for having
accomplished this wonderful success.  During all of this time, our Googles.com site has likewise
prospered. We are now enjoying well over 2 million page visitors per month and an average daily
visitor hit of close to 20,000 per day as well.  It has been brought to my attention that many of the
visitors that have come to our site have come to us by accident while looking for your search engine
site.  We have been inundated with literally hundreds of e-mail inquiries a day from google.com
visitors looking for your site and requesting info from us regarding your site.  We have, up until,
recently, been kind  enough to refer  these researchers to your site by individually answering them,
one by one, and telling them  where they need to go.  As we continue to grow, I'm sure the confusion
will grow.  I am equally sure that many parents, children, and educators alike are also going to
www.google.com when they were searching for us at www.googles.com.  With our affiliation with
the Muscular Dystrophy Association (National) and several multi-media giants looking at our
company and our properties, namely our cartoon characters:  "The Googles From Goo", we are
about to make a lot of noise around the globe.  The purpose of this e-mail is to once again inquire
with your company as to a feasible way for us to both co-exist in a way as not to further confuse our
individual base of visitors and a mutual way to refer them to the proper site should they find
themselves coming to google.com when they meant to visit us and vice versa.  I would  like the
opportunity to offer you a viable solution, one  that would be mutually beneficial and certainly
workable on our end and hopefully equally workable on yours.  I would invite you to take  a look at our
site when you get the chance and then please feel free to contact me at your earliest convenience.
You can reach me at:  954-205-4357 or at our  toll free number at:  888-888-0740 and asked for me
and I'll get back to you right away.  Be sure to tell our  receptionist that she needs to contact me
immediately and she'll be happy to accommodate you.  I look forward to speaking with you and until
then wish you a  GooDay!  Sincerely, Steven A. Silvers



**More Google: Contact Us**

Home

All About Google

**Picture Us**
   Inside Google
   Official Logos
   Holiday Logos
   Fan Logos

**Wear Us**
   Google Store

**Talk to Us**
   Contact Us
   Share Success
   Google Newsletter

*Find on this site:*

Search

**Google** is located in the heart of Silicon Valley.

Google, Inc.
2400 Bayshore Parkway
Mountain View CA 94043
phone: (650) 330-0100
fax: (650) 618-1499

## Contact us

- Press interview or information requests: press@google.com

- I saw a press mention about Google: mentions@google.com

- We're hiring! Send your resume to jobs@google.com

- Premium Sponsorship advertising: submit your inquiry

- AdWords advertising: submit your inquiry

- Information request for Search Services: submit your inquiry

- Business partnership/technology proposal? bizdev@google.com

---

©2001 Google - Home - All About Google - We're Hiring - Site Map

# Exhibit 56



November/December 2001

# kidScreen ®

## About reaching children through entertainment

A Publication of Brunico Communications Inc.

**FEATURE STORIES**

This year's kid promos go under the *KidScreen* microscope

Studios eye kid fantasy lit in the wake of Pottermania

Presenting the first-ever...

# Kids Entertainment Elite Awards

" *KidScreen salutes...*

KS

...*2001's top movers and shakers.* "

**PPD**

production,
programming & distribution

- Loonland gets back to production basics with a four-pack of new shows on the slate
- With an Oscar nomination brewing, Wild Brain shifts into high gear on CGI development
- Webisodes—Web creator Eyepoxy delves into kid content with some edge

# UpNext

### What's developing in kids production

BY MIKE CONNELL

## Mainframe and Tony Hawk grind out toon series deal

Tony Hawk who has traditionally shied away from TV development, has signed on with Vancouver-based Mainframe Entertainment to produce a skate-culture CGI series for boys eight to 14. In mid-October, Mainframe and Hawk were still fleshing out the creative concept, but the team is working on pitches in order to bring international and domestic partners on immediately and kickstart the production cycle with a September 2002 air date in mind.

Dan Didio, Mainframe's senior VP of creative affairs says that the company is working on live-action wrap-around concepts and motion-capture for Hawk's moves, as well as bringing in other extreme sports celebs. The show will feature teen skaters (one an alter ego of Hawk himself) who kick ass in their chosen sport while trying to figure out what's going on with their lives. Twenty-six half hours are planned, budgeted roughly between US$425,000 and US$450,000 each.

Under the full partnership, Mainframe and Tony Hawk will be sharing the licensing and merchandising responsibilities. "Naturally," says Didio, "he has pre-existing relationships, so we'll follow his lead." Hawk's personal fame on the skate circuit has grown worldwide—along with the continued success of his Pro-Skater vid game franchise—stretching his popularity beyond North America into Europe, the U.K. and Australia.

Tony Hawk gives in to TV industry pressure and will develop a toon with Mainframe

## Adventures in winning millions

L.A.-based DIC Entertainment has partnered with the U.K. creators of Who Wants to be a Millionaire Celador International to produce distribute and merchandise an animated adaptation of the hit game show. In The Adventures of Who Wants To Be A Millionaire: The Animated Series the final question has been answered and millions have been won. The victors take off on exotic journeys giving viewers a chance to get a look at what happens

when the winners walk out of the studio with money enough to realize their greatest dreams. The host keeps in touch with the characters via the Millionaire Studio Command Center.

Production is slated to start in January, with 26 half hours targeting families in the pipeline. Licensed or optioned in more than 100 countries to date, the toon series is budgeted at roughly US$ █████ ▒▒▒▒▒ per episode.

## The Googles go tube

A gaggle of characters with a whole whack of grassroots exposure is gearing up for small-screen treatment as 13 half hours of The Googles top the development slate at Florida-based Aurora Collection. What are Googles, you might ask? They're a trio of three young aliens who travel to Earth to teach kids how to love, laugh, learn and care for the environment. Targeted at two- to 10-year-olds, The Googles will be rendered in 2-D Flash for a per-episode price tag of around US$250,000. Over US$500,000 has been spent on the project so far.

Since Aurora's director of creative development Steven Silvers came up with the concept in the late '80s to entertain his kids. The Googles have generated a fair bit of exposure in other media. They have attracted two million visitors since launching in July on Googles.com, which also features a product range of music CDs, trading cards, T-shirts, caps, stickers and plush toys. A live show tour, coined A GooSical Musical Revue, is tentatively pegged to roll out in the U.S. in six months, and a video project is also being explored. The characters were also recently featured on the Jerry Lewis Labor Day Telethon and negotiations are underway to put the Googles to work on other fundraising events nationwide at the Muscular Dystrophy Association's 200-plus district offices. 🄺



DIC taps into game show chic with animated Millionaire series

Exhibit 57



| Googles | GooMu | x| Watch the | GooStuff | GooKids | GooStore | Contact |

**Sale! Buy the new Googles shirts and other cool stuff.  Limited time!** ✓ click here



● **Listen to Music**

● **Watch Cartoons**

● **Get Free Stuff**

● **Have FUN!**

x| For Registered Users

 



# Exhibit 58



# Exhibit 59

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Electronic retailing services via computer featuring mouse pads, flashlights, lamps, license plate frames and holders, books, notebooks, pens, greeting cards, stickers, decals, tote bags, duffel bags, backpacks, luggage tags, umbrellas, mugs, tumblers, shirts, t-shirts, modem cords, vests, caps, hats, and other clothing items. FIRST USE: 19990900. FIRST USE IN COMMERCE: 19990900 |

IC 009. US 021 023 026 036 038. G & S: Mouse pads, calculators. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 011. US 013 021 023 031 034. G & S: Flashlights, lamps. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 012. US 019 021 023 031 035 044. G & S: License plate frames and holders. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books, namely children's books, books on the subject of computers, notebooks, pens, greeting cards, stickers, decals. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 018. US 001 002 003 022 041. G & S: Bags, namely, tote bags, duffle bags, backpacks; luggage tags; umbrellas. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 021. US 002 013 023 029 030 033 040 050. G & S: Mugs, tumblers. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 025. US 022 039. G & S: Clothing, namely, shirts, t-shirts, vests, hats, caps, boxer shorts; children's clothing, namely, t-shirts. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 028. US 022 023 038 050. G & S: sporting equipment, namely, plastic exercise balls. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76314783 |
| **Filing Date** | September 18, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 2004 |
| **Owner** | (APPLICANT) Google Inc. CORPORATION CALIFORNIA 1600 Amphitheatre Parkway Building 41 Mountain View CALIFORNIA 94043 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julia Anne Matheson |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit 60

# Google Store™

Accessories    Fun    Kids    Office    Wearables    Softwa

## Fun

- Google Foot Bag
- Google Goes Global Exercise Ball
- Google Goo
- Google Infoglobe
- Icon Stix and Stonz Magnet Game
- Marble Maze

## Store Links

Shopping Cart
My Account
Customer Service
Warranty / Returns

## Search the Store

Search by Name / Item # 

## Search by Price

Select Range

Top Sellers
What's New
On Sale



See Bigger Image

## Google Goo

Google Goo It's time to get hands-on with a fistful of Google Goo. This stretchy ball of blue fun works overtime to decrease stress and stretch your creativity. It doesn't stain and it's non-toxic -- and endlessly satisfying to shape and squeeze. Comes in a handy storage tin. Age 3 and over.

#GO0096

**Price:**                $14.50

**Quantity:**  1

**BUY**

You'll also li



Google Foot B
$5.95

☐ Add

Accessories  -  Fun  -  Kids  -  Office  -  Wearables
Shopping Cart  -  My Account  -  Customer Service  -  Privacy/Security Statement

Copyright © 2005 Google Inc. All Rights Reserved.
Use of this service constitutes your acceptance of the Google Store's privacy policy.

4/29/2005

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

STEVEN A. SILVERS,
an individual,

## DEFENDANTS

GOOGLE, INC.,
a Delaware corporation.

CIV-RYSKAMP

**05-80387**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gail A. McQuilkin, Esq. - Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Fl., Miami, FL 33134   T: 305-372-1800

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE
VITUNAC

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:   DADE,   MONROE,   BROWARD,   PALM BEACH,   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE   HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

9:05CV 80387-Ryskamp Vitunac

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)   AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 830 Patent | Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health ☐ 690 Other | ☒ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | Information Act ☐ 900 Appeal of Fee Determination |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General B☐ 535 Death Penalty | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | | A OR B ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | | | A OR B |
| ☐ 290 All Other Real Property | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

15 USC§1125 et. seq.

LENGTH OF TRIAL
via 10 days estimated (for both sides to try entire case)

## VII. REQUESTED IN
COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ YES   ☐ NO

## VIII. RELATED CASE(S)
IF ANY   (See instructions):

JUDGE   HURLEY

DOCKET NUMBER   04-80954

DATE

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #   534019    AMOUNT   ___    APPLYING IFP ___    JUDGE ___    MAG. JUDGE ___