UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual

Plaintiff,

v.

GOOGLE, Inc., a Delaware corporation,

Defendant.

CIV RYSKAMP

Case No. 05-80387

SUMMONS

MAGISTRATE JUDGE
VITUNAC

TO: **GOOGLE, INC.**
Registered Agent: **The Corporation Trust Company**
**1209 Orange Street, Wilmington, Delaware 19801**
**302-658-7581**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

**Gail A. McQuilkin, Esq.**
**Kozyak Tropin & Throckmorton, P.A.**
**2525 Ponce de Leon, 9th Floor, Miami, Florida 33134**
**Tel: 305-372-1800 / Fax: 305-372-3508**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

By Deputy Clerk

MAY -4 2005

DATE