# RETURN OF SERVICE

**NIGHT BOX FILED**

Service of the Summons and Complaint was made by:

MAY - 6 2005

CLERK, USDC / SDFL / WPB

<u>William Colt, Process Server</u>       <u>May 5, 2005 at 1:45 PM</u>
PRINT NAME & TITLE OF SERVER                DATE

Check one box below to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Service on Google, Inc., was effectuated by personally serving Brian Penrod, Managing Agent duly authorized to accept service. Service was made at Corporation Trust Company, 1209 N. Orange St., Wilmington, DE 19801.</u>

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>May 5,</u>   , 2005        _____
              Date                          Signature of Server
                                            DELAWARE ATTORNEY SERVICES
                                            2000 Pennsylvania Avenue, Suite 207
                                            Wilmington, DE 19806  (302) 429-0657
                                            Address of Server

**NON-COMPLIANCE OF S.D. fla. L.R.** 5.1A5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual

Plaintiff,

v.

GOOGLE, Inc., a Delaware corporation,

Defendant.

Case No. **05-80387**

**SUMMONS**

CIV-RYSKAMP

MAGISTRATE JUDGE
VITUNAC

TO: **GOOGLE, INC.**

Registered Agent: The Corporation Trust Company
1209 Orange Street, Wilmington, Delaware 19801
302-658-7581

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY:

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134
Tel: 305-372-1800 / Fax: 305-372-3508

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

MAY ___ 2005

CLERK

DATE

By Deputy Clerk