UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

Case No. 05-80387-CIV (Ryskamp/Vitunac)

NIGHT BOX
FILED

AUG - 8 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

| | |
|---|---|
| STEVEN A. SILVERS, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>GOOGLE INC., a Delaware corporation,<br><br>     Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| GOOGLE INC., a Delaware corporation,<br><br>     Counterclaimant,<br><br>v.<br><br>STEVEN A. SILVERS, an individual;<br>STELOR PRODUCTIONS, INC., a Delaware<br>corporation; STELOR PRODUCTIONS, LLC;<br>a business entity of unknown form; and<br>STEVEN ESRIG, an individual,<br><br>     Counterdefendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**GOOGLE INC.'S ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIM AND DEMAND FOR JURY TRIAL**

Defendant Google Inc., by its undersigned counsel, hereby responds to the Complaint as follows:

1.    Google denies the first sentence of paragraph 1 of the Complaint. Google lacks information regarding the remaining allegations of paragraph 1 of the Complaint and on that basis denies the allegations.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

Dockets.Justia.com

2.      Google denies the allegations of paragraph 2 of the Complaint.

3.      Google admits the first sentence of paragraph 3 of the Complaint and denies the allegations of the second and third sentences of that paragraph.  Google further denies the allegations of the final sentence of paragraph 3 of the Complaint.  Google lacks information and belief to admit or deny the remaining allegations of paragraph 3 of the Complaint and therefore denies the allegations.

4.      Google denies the allegations of paragraph 4 of the Complaint.

5.      Google denies that Silvers has a superior or exclusive (as to Google) right to use the GOOGLES mark, that Silvers has the right to enjoin Google, that Silvers has incurred damages, that there has been any reverse confusion caused by Google's conduct, and that Google's conduct has been unlawful.  Google admits that Silvers filed this action and that Silvers seeks damages. Google denies any remaining allegations of paragraph 5 of the Complaint.

6.      Google lacks information or belief to admit or deny the allegations of paragraph 6 of the Complaint and therefore denies the allegations.

7.      Google admits the allegations of paragraph 7 of the Complaint.

8.      Google admits that this action arises under the Lanham Act and the common law of the State of Florida but denies that the action arises from trademark infringement and unfair competition.

9.      Google admits that jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 1338.  Google denies the remaining allegations of paragraph 9 of the Complaint.

10.     Google admits that venue is proper in this district pursuant to 28 U.S.C. § 1391(c). Google denies the remaining allegations of paragraph 10 of the Complaint.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

11.    Google lacks information or belief to admit or deny the allegations of paragraph 11 of the Complaint and therefore denies the allegations.

12.    Google lacks information or belief to admit or deny the allegations of paragraph 12 of the Complaint and therefore denies the allegations.

13.    Google lacks information or belief to admit or deny the allegations of paragraph 13 of the Complaint and therefore denies the allegations.

14.    Google lacks information or belief to admit or deny the allegations of paragraph 14 of the Complaint and therefore denies the allegations.

15.    Google lacks information or belief to admit or deny the allegations of paragraph 15 of the Complaint and therefore denies the allegations.

16.    Google lacks information or belief to admit or deny the allegations of paragraph 16 of the Complaint and therefore denies the allegations.

17.    Google lacks information or belief to admit or deny the allegations of paragraph 17 of the Complaint and therefore denies the allegations.

18.    Google lacks information or belief to admit or deny the allegations of paragraph 18 of the Complaint and therefore denies the allegations.

19.    Google lacks information or belief to admit or deny the allegations of paragraph 19 of the Complaint and therefore denies the allegations.

20.    Google lacks information or belief to admit or deny the allegations of paragraph 20 of the Complaint and therefore denies the allegations.

21.    Google lacks information or belief to admit or deny the allegations of paragraph 21 of the Complaint and therefore denies the allegations.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

22.    Google lacks information or belief to admit or deny the allegations of the first sentence of paragraph 22 of the Complaint and therefore denies the allegations.  Google denies the remaining allegations of paragraph 22 of the Complaint.

23.    Google lacks information or belief to admit or deny the allegations of the paragraph 23 of the Complaint and therefore denies the allegations.

24.    Google lacks information or belief to admit or deny the allegations of paragraph 24 of the Complaint and therefore denies the allegations.

25.    Google lacks information or belief to admit or deny the allegations of paragraph 25 of the Complaint and therefore denies the allegations.

26.    Google lacks information or belief to admit or deny the allegations of paragraph 26 of the Complaint and therefore denies the allegations.

27.    Google lacks information or belief to admit or deny the allegations of paragraph 27 of the Complaint and therefore denies the allegations.

28.    Google lacks information or belief to admit or deny the allegations of paragraph 28 of the Complaint and therefore denies the allegations.

29.    Google lacks information or belief to admit or deny the allegations of paragraph 29 of the Complaint and therefore denies the allegations.

30.    Google lacks information or belief to admit or deny the allegations of paragraph 30 of the Complaint and therefore denies the allegations.

31.    Google lacks information or belief to admit or deny the allegations of paragraph 31 of the Complaint and therefore denies the allegations.

32.    Google admits the allegations of paragraph 32 of the complaint.

33.    Google admits the allegations of paragraph 33 of the complaint.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

34.    Google admits that the word "googol" means the number one followed by one hundred zeros and admits the allegations of the third sentence of paragraph 34 of the Complaint. Google denies the remaining allegations of paragraph 34 of the complaint.

35.    Google denies the allegations of the first sentence of paragraph 35 of the Complaint. Google lacks information or belief to admit or deny sentence two of paragraph 35 of the Complaint and therefore denies the allegations.

36.    Google denies the allegations of paragraph 36 of the Complaint.

37.    Google admits the allegations of paragraph 37 of the Complaint.

38.    Google admits the allegations of paragraph 38 of the Complaint.

39.    Google admits that a trademark search was commissioned on the term Google in or around August 1998. Google admits that the search results included a reference to the googles.com domain name. Google denies the remaining allegations of paragraph 39 of the Complaint.

40.    Google admits that the sound of the word "google" was a factor in the decision to adopt the name "Google." Google denies the remaining allegations of paragraph 40 of the Complaint.

41.    Google admits that on September 16, 1998, Google Inc. filed an intent-to-use Federal trademark application to register the mark GOOGLE for goods and services including "computer hardware" in Class 9 and for an array of computer services in Class 42. Google denies the remaining allegations of paragraph 41.

42.    Google denies the allegations of paragraph 42 of the Complaint.

43.    Google denies the allegations of paragraph 43 of the Complaint.

44.    Google denies the allegations of paragraph 44 of the complaint.

45.     Google admits that Google Inc. was reincorporated as a Delaware corporation on August 27, 2003. Google denies the remaining allegations of paragraph 45 of the complaint.

46.     Google lacks information and belief to admit or deny the allegations of paragraph 46 of the Complaint and therefore denies the allegations.

47.     Google lacks information and belief to admit or deny the allegations of paragraph 47 of the Complaint and therefore denies the allegations.

48.     Google lacks information and belief to admit or deny the allegations of paragraph 48 of the Complaint and therefore denies the allegations.

49.     Google lacks information and belief to admit or deny the allegations of paragraph 49 of the Complaint and therefore denies the allegations.

50.     Google lacks information and belief to admit or deny the allegations of paragraph 50 of the Complaint and therefore denies the allegations.

51.     Google denies the last sentence of paragraph 51. Google lacks information and belief to admit or deny the remaining allegations of paragraph 51 of the Complaint and therefore denies the allegations.

52.     Google denies the allegations of paragraph 52 of the Complaint.

53.     Google admits that it offers for sale a product called "Google Goo." Google denies the remaining allegations of paragraph 53 of the Complaint.

54.     Google denies the allegations of paragraph 54 of the Complaint.

55.     Google repeats and incorporates its responses in paragraphs 1 through 54 above.

56.     Google denies the allegations of paragraph 56 of the Complaint.

57.     Google denies the allegations of paragraph 57 of the Complaint.

58.     Google denies the allegations of paragraph 58 of the Complaint.

59.    Google denies the allegations of paragraph 59 of the Complaint.

60.    Google denies the allegations of paragraph 60 of the Complaint.

61.    Google denies the allegations of paragraph 61 of the Complaint.

62.    Google denies the allegations of paragraph 62 of the Complaint.

63.    Google repeats and incorporates its responses in paragraphs 1 through 54 above.

64.    Google denies the allegations of paragraph 64 of the Complaint.

65.    Google denies the allegations of paragraph 65 of the Complaint.

66.    Google denies the allegations of paragraph 66 of the Complaint.

67.    Google denies the allegations of paragraph 67 of the Complaint.

68.    Google denies the allegations of paragraph 68 of the Complaint.

69.    Google denies the allegations of paragraph 69 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint, and each count asserted in it, fails to allege facts sufficient to state a claim.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to assert the claims asserted in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because of plaintiff's unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because of laches.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by relevant statutes of limitations.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because of waiver, acquiescence and estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred of plaintiff's failure to mitigate damages.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail because any marks claimed by plaintiff have been abandoned.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by its failure to join an indispensable party.

## COUNTERCLAIMS

Defendant and Counterclaimant GOOGLE INC. ("Google") hereby counterclaims as follows:

## INTRODUCTION

1.      This counterclaim arises from explicit threats of, and actual conduct of, litigation by the plaintiff and counterdefendant, Steven A. Silvers ("Silvers"), by the counterdefendants Stelor Productions, Inc. and Stelor Productions, LLC (collectively "Stelor Productions") and by Stelor Productions' CEO Steven Esrig ("Esrig") (collectively "Counterdefendants"), against Google arising from Google's use of its famous mark GOOGLE in connection with internet search engine services.

2.      This counterclaim also arises from the actions of all Counterdefendants in launching a new website, ostensibly called "Gootopia" but located and advertised at www.googles.com and promoted with the GOOGLES name, that ostensibly offers computer-related and Internet-related functions, including search engine services and email services. Counterdefendants developed and implemented the Gootopia web site, and its search and e-mail functionalities, well after

Google's search engine and website became world famous, and after Google introduced e-mail services that have become widely known.

3.    Google is a Delaware corporation with its principal place of business located at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Google operates a world-famous Internet search engine and provides related goods and services.

4.    Google is informed and believes, and therefore alleges, that Plaintiff and counterdefendant Silvers is an individual who resides in West Palm Beach, Florida.

5.    Google is informed and believes, and therefore alleges, that Plaintiff and counterdefendant Esrig is an individual who resides in Darnestown, Maryland.  Google is informed and believes, and therefore alleges, that Esrig has carried out business that pertains to this action in this district and elsewhere in the United States.

6.    Google is informed and believes, and therefore alleges, that, counterdefendant Stelor Productions, Inc. is a corporation incorporated in the State of Delaware with its principal place of business at the home of counterdefendant Esrig in Darnestown, Maryland.  Google is informed and believes that Stelor Productions, Inc. does business in this district and elsewhere in the United States.

7.    Google is informed and believes, and therefore alleges, that, Counterdefendant Stelor Productions, LLC is a limited liability company which does business in this district and elsewhere in the United States.  Google is informed and believes that Stelor Productions, LLC is a successor to Stelor Productions, Inc., in that Stelor Productions, Inc. has filed a pleading in federal court stating that "Stelor Productions, Inc. has become Stelor Productions, LLC."  Both Stelor Productions, Inc. and Stelor Productions, LLC are collectively referred to below as "Stelor Productions."

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

8.      Counterdefendants claim rights in alleged marks GOOGLES and GOOGLES AND

DESIGN arising from a paperback children's book allegedly written by Silvers in the early

1990s. Silvers paid a vanity publisher to publish 1000 copies of the book, entitled GOOGLES

AND THE PLANET OF GOO, in 1996. The book styled itself a "children's edutainment book"

and claimed that "the Googles concept was created as a means to provide children with a fun-

filled method of expanding their vocabulary." Silvers gave away most of the copies of the book

that he distributed, usually to family, friends, or acquaintances. The book never attained any

significant commercial sales. Before this litigation, Silvers' counsel made known to Google the

sale of no more than six copies of the book during a period of almost nine years.

9.      Counterdefendants Stelor Productions and Esrig reportedly claim that Stelor Productions

for the first time acquired certain rights to enforce Silvers' GOOGLES and/or GOOGLES AND

DESIGN marks in 2002. At the time Stelor Productions reportedly first acquired certain rights to

those marks, the GOOGLE brand had become world famous. At the time Stelor Productions

reportedly first acquired rights to the GOOGLES and/or GOOGLES AND DESIGN marks,

neither those marks nor the web site located at the googles.com domain name had been used to

offer or promote search functions or email. At the time Stelor Productions reportedly first

acquired rights to the GOOGLES and/or GOOGLES AND DESIGN marks, Counterdefendants

had made no actual use in the ordinary course of business of the GOOGLES and/or GOOGLES

AND DESIGN marks for children's books for a period of over three years.

10.     In 2004 and 2005, Stelor Productions and Silvers engaged each other in litigation over

the alleged license agreement between them relating to the GOOGLES and/or GOOGLES AND

DESIGN marks. In a federal court pleading, Silvers alleged and acknowledged that Stelor

Productions, as Silvers' licensee, had failed to use commercially reasonable efforts to promote,

**10**

market, and sell products bearing the licensed trademarks. Silvers further alleged and acknowledged that, during the 30 months Stelor Productions had had the benefit of its license agreement with Silvers regarding the marks, Stelor Productions had not sold a single licensed product.

11.    Silvers has filed the present litigation. Stelor Productions, under the direction of Esrig, previously caused to be filed -- but later withdrew -- trademark opposition and cancellation proceedings before the Trademark Trial and Appeal Board of the United States Patent and Trademark Office, and a domain name arbitration, against Google relating to the issues presented in this litigation. Google is informed and believes, and therefore alleges, that Stelor Productions and Silvers have made public statements about their claims against Google and about their alleged entitlement to enormous damages from Google.

12.    In view of Silvers' institution of litigation against Google, and Stelor Productions' and Esrig's claim of alleged rights in the GOOGLES mark and institution of Trademark Trial and Appeal Board proceedings and a domain name arbitration in respect of Google's use of the mark GOOGLE and the domain name google.com, Google seeks an order under the Declaratory Judgment Act declaring that the mark GOOGLE as used by Google does not infringe Silvers' and Stelor Productions' alleged rights in the alleged marks GOOGLES and GOOGLES AND DESIGN and that Silvers and Stelor Productions have no valid or enforceable rights in the alleged registered mark GOOGLES AND DESIGN. Google seeks cancellation of Silver's U.S. Registration No. 2,087,590 for GOOGLES AND DESIGN. Google further seeks affirmative relief in the nature of an injunction, together with attorney's fees and costs, arising from Counterdefendants' trademark violations and unfair competition designed to harm Google.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387-CIV

## GENERAL ALLEGATIONS

### Google's GOOGLE Brand

13.     Google operates the Google internet search engine which is the best known and most widely used search engine in the world.  Google's mark GOOGLE is a famous mark which has been in continuous use since at least as early as September 1997.  Google's primary website is located at <google.com>.  Google's search engine currently indexes more than eight billion web pages.  Google's revenues for 2004 were $3,189,223,000.

14.     Through its continuous use of its GOOGLE mark, Google has acquired broad common-law rights in the GOOGLE mark.  In addition, Google owns three federal trademark registrations as described below.

15.     Google owns U.S. Registration No. 2,884,502, based on an application filed September 16, 1998, for the mark GOOGLE for the following goods:  "computer hardware, computer software for creating indexes of information, indexes of web sites and indexes of other information resources."  A copy of the registration data from the U.S. Patent and Trademark Office web site is attached as Exhibit A.

16.     Google owns U.S. Registration No. 2,806,075, based on an application filed September 16, 1998, for the mark GOOGLE for the following goods and services:  "computer services, namely, providing software interfaces available over a network in order to create a personalized on-line information service; extraction and retrieval of information and data mining by means of global computer networks; creating indexes of information, indexes of web sites and indexes of other information sources in connection with global computer networks; providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, by means of global computer information

12

networks" and "providing electronic mail and workgroup communications services over computer networks; providing multiple user access to proprietary collections of information by means of global computer information networks." A copy of the registration data from the U.S. Patent and Trademark Office web site is attached as Exhibit B.

17.    Google also owns U.S. Registration No. 2,954,071, based on an application filed September 18, 2001, for the mark GOOGLE for the following goods and services: "Electronic retailing services via computer featuring mouse pads, flashlights, lamps, license plate frames and holders, books, notebooks, pens, greeting cards, stickers, decals, tote bags, duffel bags, backpacks, luggage tags, umbrellas, mugs, tumblers, shirts, t-shirts, modem cords, vests, caps, hats, and other clothing items; mouse pads, calculators, flashlights, lamps, license plate frames and holders; books, namely children's books, books on the subject of computers, notebooks, pens, greeting cards, stickers, decals; bags, namely, tote bags, duffle bags, backpacks; luggage tags; umbrellas; mugs, tumblers; clothing, namely, shirts, t-shirts, vests, hats, caps, boxer shorts; children's clothing, namely, t-shirts, and sporting equipment, namely, plastic exercise balls. A copy of the registration data from the U.S. Patent and Trademark Office web site is attached as Exhibit C.

18.    Google was founded in 1997 by two Stanford University students. Google's unique technology platform had an immediate impact on the internet world and catapulted the GOOGLE search engine to worldwide prominence. The GOOGLE search engine has received widespread unsolicited favorable publicity in trade and consumer media. A list of representative publicity relating to Google's internet search engine is attached hereto as Exhibit D.

19.    In 2004, Google conducted an initial public offering (IPO) of its stock which was widely followed in the general media. Google's IPO was one of the hottest IPOs of 2004. Since the

offering, Google's stock price has soared from $85 per share to a price around $300 per share. Google currently has a market capitalization of over $80 billion, greater than the market capitalization of General Motors or General Electric.

20.     Google is one of the most famous companies in the world and a leader in the high technology marketplace. Google's brand name GOOGLE was Brandchannel's Brand of the Year for 2002 and 2003.

## Silvers' Claim To Ownership of the GOOGLES AND DESIGN Mark and Registration by Assignment from a Defunct Company

21.     Google is informed and believes and therefore alleges that Counterdefendant Silvers claims ownership of Registration No. 2,087,590, dated August 12, 1997, based upon an application dated August 2, 1996, for the mark GOOGLES AND DESIGN for "children's books." A copy of a print-out from the website of the United States Patent and Trademark Office ("USPTO") depicting the GOOGLES AND DESIGN mark and containing registration data is attached as Exhibit E. Assignment information for that registration from the USPTO website is attached as Exhibit F.

22.     Google is informed and believes, and therefore alleges, that the original owner of the federal trademark application and registration for GOOGLES AND DESIGN, Registration No. 2,087,590, was The Googles Children's Workshop, Inc., a New Jersey corporation.

23.     Google is informed and believes, and therefore alleges, that at the time of the federal registration for GOOGLES AND DESIGN, Registration No. 2,087,590, the registrant had not made trademark use of the mark on the goods covered by the registration in the ordinary course of business.

24.     Google is informed and believes, and therefore alleges, that The Googles Children's Workshop, Inc., was dissolved without assets on or before October 22, 1997. A copy of status

information for that company from the New Jersey Secretary of State website is attached to this Complaint as Exhibit G.

25.      Google is informed and believes, and therefore alleges, that Counterdefendant Silvers truthfully indicated to the State of New Jersey that The Googles Children's Workshop, Inc. had no assets when that company was dissolved.

26.      Google is informed and believes, and therefore alleges, that Mr. Silvers claims to have received rights in the GOOGLES AND DESIGN mark and registration by assignment from The Googles Children's Workshop, Inc.

27.      Google is informed and believes, and therefore alleges, that Mr. Silvers executed a notarized assignment of the GOOGLES AND DESIGN mark and registration to himself personally from The Googles Children's Workshop, Inc. on May 18, 1999.  A copy of the assignment as recorded in the USPTO is attached to this Complaint as Exhibit H.  Google is informed and believes, and therefore alleges, that on the date of execution of that alleged assignment, and immediately before the execution, The Googles Children's Workshop, Inc. no longer existed as a legal entity.  Google is informed and believes, and therefore alleges, that on the date of execution of that alleged assignment, and immediately before the execution, The Googles Children's Workshop, Inc. had no assets, no revenues, and no business activities.

28.      Google is informed and believes, and therefore alleges, that Counterdefendant Silvers truthfully indicated that he was the "former pres[ident]" of The Googles Children's Workshop, Inc. when he executed the assignment from The Googles Children's Workshop, Inc. to himself years after dissolution of The Googles Children's Workshop, Inc.

29.      Silvers asserts in paragraph 46 of his Complaint that in 1998 he attempted to contact Google founder Larry Page to discuss the Google and Googles names.  Silvers thus concedes that

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200  •  Facsimile (954) 766-7800

he was very aware of Google's fame before he executed an ostensible "assignment" to himself of the alleged mark and registration for GOOGLES AND DESIGN from a defunct company.

## The Fraudulent USPTO Filing With Respect to the Counterdefendants' Alleged Mark and Registration for GOOGLES AND DESIGN

30.    Google is informed and believes, and therefore alleges, that a Combined Declaration of Use and Incontestability Under Sections 8 and 15 to maintain the registration of GOOGLES AND DESIGN, Registration No. 2,087,590 was filed with the U.S. Patent and Trademark office in March 2003 by "The Googles Children's Workshop, Inc.," identified as a New Jersey corporation.  A copy of the Combined Declaration is attached to this Complaint as Exhibit I.

31.    Google is informed and believes that the Combined Declaration was executed on behalf of The Googles Children's Workshop, Inc. by Ira C. Edell, identified as an attorney for The Googles Children's Workshop, Inc.

32.    Google is informed and believes that, in executing executed the Combined Declaration, Mr. Edell declared that all statements made in the Combined Declaration of his own knowledge were true.  Mr. Edell did not make any statements in the Combined Declaration that were indicated to be on his information and belief.  Mr. Edell made the statements with the knowledge that willful, false statements may jeopardize the validity of the registration that was the subject of the Combined Declaration.

33.    At the time of the filing of that Combined Declaration, The Googles Children's Workshop, Inc. had been dissolved for over five years and no longer existed.

34.    Google is informed and believes, and therefore alleges, that at the time of the Combined Declaration Mr. Edell had had no communications with The Googles Children's Workshop, Inc.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

35.     Google is informed and believes, and therefore alleges, that at the time of the Combined Declaration, The Googles Children's Workshop, Inc. had not given Mr. Edell authority to act on its behalf.

36.     Google is informed and believes, and therefore alleges, that at the time of the filing of that Combined Declaration, The Googles Children's Workshop, Inc. had not used, continuously for a period of five years, the GOOGLES AND DESIGN mark as registered.

37.     Google is informed and believes, and therefore alleges, that at the time of the filing of that Combined Declaration, The Googles Children's Workshop, Inc. was not the owner of the GOOGLES AND DESIGN mark.

38.     At the time of the filing of that Combined Declaration, The Googles Children's Workshop, Inc. was not the owner of record of U.S. Registration No. 2,087,590.

39.     Google is informed and believes, and therefore alleges, that the declarant and/or the ostensible registrant causing the Combined Declaration to be filed knew the statements made in the Combined Declaration to be false at the time they were made.  The false statements were designed to, and did, mislead the USPTO with respect to the true facts concerning the ownership and continuous use by The Googles Children's Workshop, Inc. of the mark that was the subject of U.S. Registration No. 2,087,590.

40.     Google is informed and believes, and therefore alleges, that the fraudulent statements made in the Combined Declaration caused the U.S. Patent and Trademark Office to issue a notice of acknowledgement of the Combined Declaration and to maintain the registration instead of canceling it.

41.     Google is informed and believes, and therefore alleges, that the statements made in the Combined Declaration to maintain the federal registration for GOOGLES AND DESIGN, U.S.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard · Suite 1700 · Fort Lauderdale, Florida 33301 · Telephone (954) 763-1200 · Facsimile (954) 766-7800

Registration No. 2,087,590, were made by a person without knowledge of the facts asserted in the declarations and who had not reasonably investigated the facts to determine the truthfulness of the assertions.

42.    Google is informed and believes, and therefore alleges, that Stelor Productions caused or instructed Mr. Edell to file the Combined Declaration pursuant to a power of attorney executed by Silvers in favor of Stelor Productions.

43.    No correction or amendment to the Combined Declaration Under Sections 8 and 15 was timely made.  The owner of record of U.S. Registration No. 2,087,590 did not file a declaration under Section 8 or 15.

44.    Google is informed and believes, and therefore alleges, that on or before October 1999 The Googles Children's Workshop, Inc. abandoned the mark that is the subject of U.S. Registration No. 2,087,590 without intention to resume use.

## Silvers' Later U.S. Trademark Applications for GOOGLES Marks

45.    Almost immediately after the announcement of Google's IPO, Counterdefendant Silvers filed two new trademark applications for combination marks which included or consisted of the alleged mark GOOGLES.

46.    On May 7, 2004, less than 10 days after Google filed documents with the Securities and Exchange Commission to initiate its initial public offering, Counterdefendant Silvers filed in the USPTO U.S. Application Serial No. 76/591,386 for the alleged mark GOOGLES EDUTAINMENT on an intent-to-use basis in Class 16 for "printed books, magazines, board games, flyers, playing cards."  A copy of U.S. Application Serial No. 76/591,386 is attached hereto as Exhibit J.  Google is informed and believes that the application was filed by an attorney in the name of Silvers at the instruction of Stelor Productions and Esrig.

47.     Ten days later, on May 17, 2004, Silvers filed in the USPTO U.S. Application Serial No. 78/420,234 for the alleged mark GOOGLES on an intent-to-use basis for "computer services, namely providing e-mail services; multiple user access to computer networks for the transfer and dissemination of a wide range of information; providing a wide range of general interest information via online bulletin boards and via multi user computer networks" in Class 42. A copy of U.S. Application Serial No. 78/420,324 is attached hereto as Exhibit K.

48.     U.S. Application Serial No. 78/420,234 was filed on behalf of Silvers by Laurence R. Hefter of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. The law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. had previously represented Google with respect to Google's trademark matters, including at one time the maintenance of Google's trademark portfolio including its GOOGLE marks. In connection with the new application filed by Mr. Hefter and the Finnegan firm, Mr. Hefter executed in his own name a declaration on behalf of Mr. Silvers stating that he believed the applicant to be entitled to use the mark in commerce and that, to the best of his knowledge, no other person, firm, corporation, or association had the right to use the mark in commerce, either in the identical form thereof or in such resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive. He also declared that all statements made of his own knowledge were true.

49.     Google is informed and believes, and therefore alleges, that the Finnegan, Henderson firm filed the application to register GOOGLES, U.S. Application Serial No. 78/420,234, at the instance of Stelor Productions and Esrig.

50.     The applications to register GOOGLES and GOOGLES EDUTAINMENT, filed in the name of Silvers, are currently pending before the USPTO.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

**Stelor Productions' Alleged Rights in the GOOGLES Marks and Initiation of Proceedings Against Google**

51.      Google is informed and believes, and therefore alleges, that, Counterdefendant Stelor Productions claims to have obtained a license of the exclusive rights in the GOOGLES AND DESIGN mark and other related intellectual property from Silvers and claims rights to enforce those alleged rights against third parties.

52.      Shortly after the filing of the new applications, in July 2004, while Google's IPO was pending, but its S-1 registration statement was not yet effective, Counterdefendant Stelor Productions, claiming to be the owner of the alleged mark GOOGLES AND DESIGN, filed a Petition to Cancel Google's U.S. Registration No. 2,806,075 for the mark GOOGLE ("Stelor Cancellation"). On July 6, 2004, Stelor Productions filed a Notice of Opposition against Google's U.S. Application Serial No. 76/314,783 for the mark GOOGLE, claiming that Stelor Productions owns prior rights to the mark GOOGLES for "goods and services for children" and that Google's use of GOOGLE in connection with the goods and services recited in Google's U.S. Application Serial No. 76/314,783 is likely to cause confusion.

53.      Immediately following the filing of the Stelor Cancellation and Notice of Opposition, Stelor Productions issued a press release claiming rights in the alleged mark GOOGLES AND DESIGN and questioning Google's rights to its famous name and mark. A copy of a press release apparently issued by Stelor Productions is attached hereto as Exhibit L.

54.      On November 2, 2004, after the successful completion of Google's IPO, Counterdefendants filed a complaint with the National Arbitration Forum, pursuant to the Uniform Domain Name Dispute Resolution Policy ("UDRP") seeking transfer of several of Google's domain names including google.com. The UDRP Complaint was filed in the name of Counterdefendant Silvers by San Francisco attorney Yano L. Rubinstein, who is named as

"Complainant's Authorized Representative" in the UDRP Complaint. Google is informed and believes, and therefore alleges, that Mr. Rubinstein, in San Francisco, filed the UDRP Complaint at the instigation of Stelor Productions and Esrig pursuant to Stelor Productions' power of attorney granted by Silvers.

55.     On November 10, 2004, following Stelor Productions' initiation of the UDRP proceeding against Google and with knowledge that Google had recently raised substantial sums in the marketplace through its public offering of stock to the public, Mr. Rubinstein contacted counsel for Google stating that he represented Stelor Productions and Silvers and demanded that Google meet with his clients within 48 hours to discuss Google's purchase of his client's rights in the alleged mark GOOGLES AND DESIGN. Mr. Rubinstein stated that his client was ready to file a federal court action against Google and that his client would likely issue a "massive" press release in connection with the lawsuit, similar to the press release issued by Counterdefendants in connection with the cancellation petition and notice of opposition filed in the USPTO against Google's trademark registration and application. Mr. Rubinstein urged that Google's representatives immediately meet with Stelor Productions to avoid the damage that the litigation would cause Google.

56.     Counterdefendants dismissed the proceedings they had brought in the Trademark Trial and Appeal Board as well as the UDRP proceeding as part of a "stand-down" agreement in which Google also dismissed, without prejudice, proceedings it had brought before the Trademark Trial and Appeal Board to cancel the GOOGLES AND DESIGN federal trademark registration. Silvers filed this action without notice to Google and without having furnished Google, despite numerous requests, evidence of any continued use of his claimed mark in the

ordinary course of business that would evidence the existence of any trademark rights claimed by him.

57.     Google is informed and believes, and therefore alleges, that Stelor Productions has sought investments in its company on the ground that it is asserting a trademark claim against Google and will seek a substantial monetary remedy.

## COUNT I

## DECLARATORY RELIEF REGARDING NON-VIOLATION OF COUNTERDEFENDANTS' RIGHTS

58.     Google realleges and incorporates by reference paragraphs 1 through 57 as though fully set forth herein.

59.     As a result of Counterdefendants' actions, there is an actual controversy between Google and Counterdefendants as to the parties' rights and legal relations associated with Google's use of the GOOGLE marks.  Google has a reasonable and real apprehension that it faces an immediate lawsuit by Counterdefendants.

60.     Google intends to use its GOOGLE marks lawfully in interstate commerce and intends to continue using lawfully GOOGLE-related domain names.

61.     Google is informed and believes, and therefore alleges, that The Googles Children's Workshop, Inc. abandoned the GOOGLES AND DESIGN trademark and any GOOGLES trademark it ever claimed.

62.     Google is informed and believes, and therefore alleges, that the mark GOOGLES AND DESIGN that is the subject of U.S. Registration no. 2,087,590 has been abandoned.

63.     Google is informed and believes, and therefore alleges, that the registration of the mark GOOGLES AND DESIGN, U.S. Registration no. 2,087,590, is not incontestable.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

64.    Google is informed and believes, and therefore alleges, that Counterdefendants have not used any GOOGLES trademark in good faith in the ordinary course of business.

65.    Google is informed and believes, and therefore alleges, that Counterdefendants lack a good-faith intent to use the mark GOOGLES AND DESIGN or any other GOOGLES mark, including GOOGLES EDUTAINMENT, in the ordinary course of business.

66.    Google's rights in its GOOGLE marks are superior to any GOOGLES-related marks claimed by Counterdefendants, including the abandoned GOOGLES AND DESIGN and the later GOOGLES EDUTAINMENT and GOOGLES marks.

67.    Google's use of its GOOGLE marks and domain names will not infringe on or otherwise violate any federal or state trademark, trade name, competition, or related rights of Counterdefendants.

68.    Google does not engage in any activities that harm or threaten any lawful rights of Counterdefendants.

69.    An actual case or controversy exists within the meaning of 28 U.S.C. § 2201 as to whether Google's use of the trademark GOOGLE for Internet search engine services and related products and services, and whether its use of domain names that incorporate the letter string "google" violates any valid rights of Counterdefendants. A judicial determination is necessary and appropriate at this time in order that the parties may ascertain their respective rights and obligations, if any. Google is entitled to a declaration of non-violation of any rights of Counterdefendants, a declaration that (1) it has no liability to Counterdefendants arising from its use of GOOGLE as a trademark or its use of domain names that incorporate the letter string "google" such as google.com, googlesadsense.com, googlesadwords.com, and googles-adwords.com; (2) Counterdefendants are not entitled to any injunction or other relief against

23

Google, (3) Counterdefendants have no enforceable rights against Google relating to their alleged rights in GOOGLES, and (4) Counterdefendants have no continuing rights in GOOGLES.

WHEREFORE, Google prays for relief as set forth below.

## COUNT II

### CANCELLATION OF COUNTERDEFENDANTS' CLAIMED FEDERAL REGISTRATION AND DECLARATION OF INVALIDITY OF COUNTERDEFENDANTS' PENDING APPLICATIONS

70.    Google realleges and incorporates by reference paragraphs 1 through 69 as though fully set forth herein.

71.    The federal registration for GOOGLES AND DESIGN, Registration No. 2,087,590 is invalid or voidable, or is otherwise subject to cancellation.  Google is entitled to a declaration that the registration shall be cancelled and to an order of this Court to the Director of the U.S. Patent and Trademark Office that the Director cancel the registration and otherwise rectify the register forthwith.

72.    Any use by Counterdefendants of GOOGLES for "providing electronic mail and workgroup communications services over computer networks; providing multiple user access to proprietary collections of information by means of global computer information networks" in International Class 38; and "computer services, namely, providing software interfaces available over a network in order to create a personalized on-line information service; extraction and retrieval of information and data mining by means of global computer networks; creating indexes of information, indexes of web sites and indexes of other information sources in connection with global computer networks; providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual

24

information, by means of global computer information networks" would cause confusion, cause

mistake, or deceive the public as to the source, sponsorship, or affiliation of Counterdefendants'

services and would violate Google's prior rights in GOOGLE.

73.     The pending applications filed by Counterdefendants to register GOOGLES and

GOOGLES EDUTAINMENT are in bad faith.  Counterdefendants lack a good-faith intent to use

the marks in the ordinary course of business.

74.     The pending applications filed by Counterdefendants to register GOOGLES and

GOOGLES EDUTAINMENT threaten to violate or otherwise impair Google's rights.

75.     By reason of the foregoing facts, Google will be damaged by the continued registration of

the mark GOOGLES AND DESIGN for the goods identified in U.S. Registration No. 2,087,590

and by registration of GOOGLES EDUTAINMENT and GOOGLES for the goods and services

identified in applications 78/420,234 and 76/591,386 respectively.

76.     Google is entitled to a declaration that Counterdefendants are not entitled to registration

of any GOOGLES related trademark, including GOOGLES EDUTAINMENT and GOOGLES,

and to an order of the Court to the Director of the U.S. Patent and Trademark Office to cancel

U.S. Registration No. 2,087,590  and to refuse registration to Counterdefendants' applications

78/420,234 and 76/591,386.

WHEREFORE, Google prays for relief as set forth below.

## COUNT III

## FEDERAL TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN
## UNDER 15 U.S.C. § 1114 AND 1125(a)

77.     Google repeats and realleges the allegations set forth in paragraphs 1 through 76 as if

fully set forth herein.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

78.    Google used the mark GOOGLE for Internet search and related services long before counterdefendants began using GOOGLES for search and related functions.  Google's GOOGLE mark is famous and powerful.  Google has rights with respect to GOOGLE that are superior to the rights of Counterdefendants in any GOOGLES or GOOGLES-related marks.

79.    Counterdefendants have begun to use GOOGLES in connection with the promotion, offering, or furnishing of search and related services and functions in a way that is likely to cause mistake, deception, or confusion as to the source, sponsorship, affiliation, connection, or approval of counterdefendants' goods, services, and commercial activities.  Counterdefendants have acted with the desire to promote confusion in the marketplace in the misguided view that confusion caused by their activities might give them trumped-up claims against Google.

80.    Counterdefendants' actions as described above infringe upon Google's registered trademarks and constitute violation of section 43(a) of the Lanham Act, 15 U.S C. § 1125(a).

81.    This is an exceptional case within the meaning of section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a).  Google is entitled to an injunction as well as an award of attorney's fees.

WHEREFORE, Google prays for relief as set forth below.

## COUNT IV

## FEDERAL UNFAIR COMPETITION UNDER 15 U.S.C. § 1114 AND 1125(a)

82.    Google  repeats and realleges the allegations set forth in paragraphs 1 through 81 as if fully set forth herein.

83.    During the summer of 2004, Counterdefendants embarked upon a deliberate campaign to harm Google and threaten Google's IPO by falsely claiming ownership rights in the mark GOOGLES AND DESIGN and questioning Google's right to continue using its famous GOOGLE marks.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200  • Facsimile (954) 766-7800

84.    By their carefully time press release and administrative filings in the USPTO, Counterdefendants sought to cast a pall over Google's IPO, by creating doubt among the public, the press and investors as to Google's rights to use its GOOGLE marks.

85.    Counterdefendants attempted to portray themselves as competitors of Google in the business activities reflected in Counterdefendants' claimed trademark registration and registration applications.  In their commercial advertising and/or promotion, Counterdefendants misrepresented the nature, characteristics, and qualities of their own and Google's commercial activities.  Counterdefendants' false and/or misleading statements were widely disseminated to the public.

86.    Google is informed and believes, and therefore alleges, that, Counterdefendants engaged in the foregoing activities solely to force Google to purchase Counterdefendants' alleged rights in the alleged mark GOOGLES AND DESIGN for an exorbitant sum of money, by tarnishing Google's reputation and goodwill in the minds of the public and casting aspersions on Google's title to its famous name and mark.

87.    Google's reputation and goodwill have been harmed by Counterdefendants' campaign of carefully timed press releases and public statements regarding their alleged ownership of the mark GOOGLES AND DESIGN.

88.    Google is informed and believes, and therefore alleges, that at the time of making each public statement regarding their alleged ownership of the mark GOOGLES AND DESIGN, Counterdefendants were aware that such statements were false and/or misleading in that Counterdefendants had no valid rights in and to the mark GOOGLES AND DESIGN.

89.    Google is informed and believes, and therefore alleges, that Counterdefendants made their false and misleading statements in furtherance of their campaign to falsely portray Google

as an infringer, with the intention of tarnishing Google's reputation in the marketplace, thereby putting additional pressure to bear on Google to accede to Counterdefendants' threats and demands.

90.    Google is informed and believes, and therefore alleges, that members of the media, financial analysts and the general public have relied on Counterdefendants' false and/or misleading statements.

91.    Google has suffered and, unless Counterdefendants are enjoined by this Court, will continue to suffer damage as a result of Counterdefendants' false and/or misleading statements. Counterdefendants' acts, as described above, have cause confusion, mistake and/or deception among the public and therefore, constitute unfair competition in violation of 15 U.S.C. § 1125(a).

WHEREFORE, Google prays for relief as set forth below.

## PRAYER FOR RELIEF

WHEREFORE Defendant and Counterclaimant Google Inc. prays:

a.    That Plaintiff take nothing by his action and that his claims be dismissed.

b.    That the Court issue a declaration to the effect that:

1.    Counterdefendants Silvers and Stelor Productions have no rights to the alleged marks GOOGLES AND DESIGN, GOOGLES EDUTAINMENT and GOOGLES; and

2.    Google's use of the mark GOOGLE and its GOOGLE-related marks and domain names does not constitute infringement or unfair competition.

c.    That the Court direct the USPTO to refuse registration to U.S. Application Serial No. 76/591,386 for GOOGLES EDUTAINMENT and 78/420,234 for GOOGLES on grounds of likelihood of confusion with Google's mark GOOGLE, or in the alternative that

28

Silvers be ordered to file an express abandonment of U.S. Application Serial No. 76/591,386 and U.S. Application Serial No. 78/420,234 with the USPTO.

   d.  That the Court direct the USPTO to cancel U.S. Trademark Registration No. 2,087,590 for GOOGLES AND DESIGN on grounds of abandonment , invalidity because of an ineffectual Combined Declaration, and fraud pursuant to 15 U.S.C. §§ 1064, 1119 and 1121.

   e.  That the Court enjoin further prosecution by Counterdefendants of any applications for GOOGLES or GOOGLE and order Silvers to expressly abandon pending applications to register marks incorporating GOOGLE, GOOGLES, or any element confusingly similar to GOOGLE.

   f.  That the Court enjoin Counterdefendants from any use of GOOGLE, GOOGLES, or any mark containing any element confusingly similar to GOOGLE.

   g.  That the Court enjoin Counterdefendants from use or registration of any domain name containing GOOGLE, GOOGLES, or any mark containing any element confusingly similar to GOOGLE.

   h.  That the Court order Counterdefendants immediately to deliver up for destruction all materials containing infringing uses of GOOGLE, GOOGLES, or any mark confusingly similar to GOOGLE.

   i.  That Google recover from Counterdefendants the cost of this suit and reasonable attorney's fees.

   j.  That Counterdefendants make a full report to this Court of their compliance with the foregoing within thirty (30) days of judgment herein.

   k.  That Google have such other and further relief as this Court deems just and proper.

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Defendant and Counterclaimant Google Inc. hereby demands a jury trial of all issues triable by a jury.

Jan Douglas Atlas (Florida Bar No. 226246)
jatlas@adorno.com
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Phone (954) 763-1200
Fax (954) 766-7800

Andrew P. Bridges (California Bar No. 22761)
abridges@winston.com
Jennifer A. Golinveaux (California Bar No. 203056)
jgolinveaux@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Phone: (415) 591-1000
Fax: (415) 591-1400

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

**30**

CASE NO. 05-80387-CIV

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this _8th_ day of August, 2005 upon:  HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL A. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; and ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401.

Jan Douglas Atlas

31



TO REORDER CALL 954-846-9399



RECYCLED PAPER



**United States Patent and Trademark Office**

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 5 04:18:15 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | ( Use the "Back" button of the Internet
Browser to return to TESS) |

### Typed Drawing

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer hardware; computer software for creating indexes of information, indexes of web sites and indexes of other information resources. FIRST USE: 20000126. FIRST USE IN COMMERCE: 20000126 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75554461 |
| **Filing Date** | September 16, 1998 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 8, 2001 |
| **Registration Number** | 2884502 |
| **Registration Date** | September 14, 2004 |
| **Owner** | (REGISTRANT) GOOGLE INC. CORPORATION DELAWARE Google Inc. 1600 Amphitheatre Parkway Building 41 Mountain View CALIFORNIA 94043 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julia Anne Matheson |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

TO REORDER CALL 954-846-9399



RECYCLED PAPER





**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

# Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 5 04:18:15 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 042. US 100 101. G & S: computer services, namely, providing software interfaces available over a network in order to create a personalized on-line information service; extraction and retrieval of information and data mining by means of global computer networks; creating indexes of information, indexes of web sites and indexes of other information sources in connection with global computer networks; providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics and audio visual information, by means of global computer information networks. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970300 |
| | IC 038. US 100 101 104. G & S: Providing electronic mail and workgroup communications services over computer networks; providing multiple user access to proprietary collections of information by means of global computer information networks. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970900 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75978469 |
| **Filing Date** | September 16, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 4, 2001 |
| **Registration Number** | 2806075 |
| **Registration Date** | January 20, 2004 |
| **Owner** | (REGISTRANT) Google Inc. CORPORATION CALIFORNIA 2400 Bayshore Parkway Mountain View CALIFORNIA 94043 |

(LAST LISTED OWNER) GOOGLE INC. CORPORATION DELAWARE Google 1600 Amphitheatre Parkway Building 41 Mountain View CALIFORNIA 94043

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julie Anne Matheson |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

TO REORDER CALL 954-846-9399



RECYCLED PAPER



 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 5 04:18:15 EDT 2005*

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    BOTTOM    HELP

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status    ASSIGN Status    TDR Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Electronic retailing services via computer featuring mouse pads, flashlights, lamps, license plate frames and holders, books, notebooks, pens, greeting cards, stickers, decals, tote bags, duffel bags, backpacks, luggage tags, umbrellas, mugs, tumblers, shirts, t-shirts, modem cords, vests, caps, hats, and other clothing items. FIRST USE: 19990900. FIRST USE IN COMMERCE: 19990900 |

IC 009. US 021 023 026 036 038. G & S: Mouse pads, calculators. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 011. US 013 021 023 031 034. G & S: Flashlights, lamps. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 012. US 019 021 023 031 035 044. G & S: License plate frames and holders. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 016. US 002 005 022 023 029 037 038 050. G & S: Books, namely children's books, books on the subject of computers, notebooks, pens, greeting cards, stickers, decals. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 018. US 001 002 003 022 041. G & S: Bags, namely, tote bags, duffle bags, backpacks; luggage tags; umbrellas. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 021. US 002 013 023 029 030 033 040 050. G & S: Mugs, tumblers. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 025. US 022 039. G & S: Clothing, namely, shirts, t-shirts, vests, hats, caps, boxer shorts; children's clothing, namely, t-shirts. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

IC 028. US 022 023 038 050. G & S: sporting equipment, namely, plastic exercise balls. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76314783 |
| **Filing Date** | September 18, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 2004 |
| **Registration Number** | **2954071** |
| **International Registration Number** | ; |
| **Registration Date** | May 24, 2005 |
| **Owner** | (REGISTRANT) Google Inc. CORPORATION DELAWARE 2400 BAYSHORE PARKWAY TRADEMARK DEPT Mountain View CALIFORNIA 94043 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julia Anne Matheson |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY




TO REORDER CALL 954-846-9399

RECYCLED PAPER

Google Press Center: Media Coverage

Page 1 of 2

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

## 1998 Press Mentions

**More Coverage**
2004
2003
2002
2001
2000
1999
1998

- **The Andover News Network**, December 30, 1998
  Google mentioned in Jack Bryar's Column.

    *...if you need to find the best sites--fast, for subjects ranging from medieval life to ISDN technology, make this the first place you look.*

- **Le Monde Interactif**, December 28, 1998
  Google à la conquête de la Toile by Denis Delbecq.

- **Salon Magazine**, December 21, 1998
  Article: Yes, There Is a Better Search Engine by Scott Rosenberg.

    *...Google gets remarkably smart search results by using a mathematical algorithm that rates your site based on who links to you. The ranking depends not simply on the number of sites that link to you, but on the linking sites' own importance rating. The result is a kind of automated peer review that sifts sites based on the collective wisdom of the Web itself.*

    *The program is complex, but the proof is in the results. Since discovering Google a few weeks ago, I've been so impressed with its usefulness and accuracy that I've made it my first search stop....*

- **PC Magazine**, December 1998
  Google has been chosen as one of the Top 100 Web Sites.

- **ZDNet's Anchor Desk**, December 23, 1998
  Google was mentioned in Smarter Searches: Why Search Engines Are *Again* the Web's Next Big Thing by Jesse Berst.

- **KeyMariah Newsbreak**, December 10, 1998
  Google write up.

- **USA TODAY**, December 7, 1999
  Google listed as a USA TODAY hot site.

- **Red Herring Online**, October 16, 1998
  Google Graduates, by Georgie Raik-Allen.

- **Business Week and Edupage**, around September 25, 1998

- **Industry Standard**
  Extensive interview in this new magazine about the Internet
  economy: The Future of Search Engines, by Mark Frauenfelder.

- **SearchEngineWatch**, August 4, 1998
  Counting Clicks and Looking at Links discusses systems that
  consider popularity and link structure.

- **Heise Online**, July 24, 1998
  Article in German.

- **Suite 101.com**, July 10, 1998
  Review of Three Up and Coming Search Engines by Paula
  Dragutsky.

- **Annapolis Capital News**, May 1998
  Yahoo for new search engine.

- **Tasty Bits from the Technology Front**, May 11, 1998
  Google: High relevancy Web searching

- **Locomotive News**, May 8, 1998
  Russian article.

If you have seen coverage that we don't have listed here, please contact us.
Thanks!



©2005 Google - Home - About Google - We're Hiring - Site Map

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

## 1999 Press Mentions

- **Business Week Online**, December 28, 1999
  Google Can End Your Search for a Great Search
  Site.

  *One site was consistent though. Google*
  *came in first in each of my five searches.*
  *Not only did it come in first but it blew away*
  *the competition.*

- **The Guardian**, December 2, 1999
  Google is mentioned in It's so smart to be simple.

- **E-Commerce Times**, November 29, 1999
  UK Shopping Guide Turns To Google

- **PC Magazine**, November 17, 1999
  Google is again on PC Magazine's Top 100 Web Sites
  list.

- **PCMike**, November 16, 1999
  New search sites cut the online clutter

- **ZDNet**, November 15, 1999
  Google wins PC Magazine's 1999 Technical Excellence Award for Web
  Applications.

- **USA TODAY**, October 26, 1999
  Sam Meddis writes about Today's 'hippest' search engine.

  *A fast, user-friendly search engine that doesn't assault us*
  *with thousands of irrelevant citations may be the only*
  *thing that saves us from a lifetime of infopsychosis.*

- **NetworkWorld Fusion**, October 21, 1999
  Danny Sullivan mentions Google in an article titled, Search engines to
  fit any style.

- **TechWeek**, October 18, 1999
  An interview with Google's President in Google Focused on Being The
  Web's Best Search Engine.

- **The San Francisco Business Times**, October 11, 1999
  At last, a search engine that (gasp!) just searches

- **The Register**, October 7, 1999
  Comments on Google's ranking algorithm in an article titled, Microsoft's
  Satanic Majesty requests.

**More Coverage**
2004
2003
2002
2001
2000
1999
1998



- **The New York Times**, October 6, 1999
  Google Keeps Search Simple [registration required]

- **The Industry Standard**, October 4, 1999
  Tools for Thinking

- **Forbes**, October 4, 1999
  How Google is that?

  > *The reason why all those Valley hotshots are going gaga over Google is because the company has a search technology that is far better than anything else out there.*

- **UpsideToday**, October 4, 1999
  The DailyTish column titled Google's Serious Searching.

  > *... it's a minimalistic triumph -- three years ago the original competitive field of search engines staged a mass exodus, leaving behind the pursuit of better search results and entering a revenue desert in search of a promised land of sticky services. Now it's time for the experts.*

- **The New York Times**, September 30, 1999
  Searches Where Less, Not More, Is Better [registration required]

  > *Google is very fast and uses clever intuitive technologies to rank search results by relevancy.*

- **Business Week**, September 29, 1999
  Can Google's Prodigies Make a Search Tool Pay?

  > *... two 26-year-old PhD candidates from Stanford University formally launched what many experts consider to be the most powerful search tool on the Net, called Google.*

- **USA TODAY**, September 27, 1999
  Once again Google is listed as a hot site.

  > *Searching on the Web just got easier -- with the addition of a new feature at the search service Google that hunts down related info. Whenever you find a citation that looks interesting, just click on the GoogleScout link and you'll get a list of associated stuff.*

- **PC World**, September 24, 1999
  A Search Engine Worth Gambling On

- **Salon**, September 23, 1999
  From beta to bonafide

- **ORF ON Futurezone**, September 22, 1999
  An article about Google coming out of beta.

- **Internet News**, September 21, 1999
  Google Finishes GoogleScout, Launches Site

- **LLRX.com (Law Library Resource Exchange)**, September 15, 1999
  Google's Uncle Sam is noted as a valuable resource.

- **Tom's Hardware**, September 10, 1999
  An article on Google and other search engines.

- **Useit.com**, September 9, 1999
  An article that includes an alertbox about reputation managers, including Google.

- **MSNBC**, September 8, 1999
  Google is included in a story about measuring the Web's diameter.

- **Forbes**, August 17, 1999
  An article titled Feeding frenzy mentions Google.

- **ft.com**, August 10, 1999
  Search Engines: The power to weed out the irrelevant.

- **Salon Magazine**, July 23, 1999
  Google mentioned in an article about the Internet economy.

- **SearchEngineWatch**, July 6, 1999
  One report on the future of Google and another on Netscape's use of Google's engine.

- **TechWeb** , June 25, 1999
  An article about Netscape's partnership with Google.

  > Google, Netscape's search partner, has some very impressive technology, said analyst Barry Parr of International Data Corp.

- **TechWeb**, June 24, 1999
  This article about Netscape's search engine describes the Open Directory and Google.

- **C|NET News.com**, June 24, 1999
  Netscape unveils new search engine, which happens to be Google!

- **MSNBC**, June 13, 1999
  Does Google have a business plan?

- **The Motley Fool**, June 4, 1999
  A Google reference in an article about Yahoo.

  > *My first choice these days when trying to find something on the Internet is a tiny little site called Google. Google prioritizes search results by how many other pages it has found that link to the page in question, and thus can roughly judge how important or authoritative the rest of the*

*people making up the Internet consider that page to be. The results have been consistently good enough to make me switch.*

- **USA TODAY**, May 26, 1999
  Google's Uncle Sam search is listed as a "hot site" and also as a useful government-related site.

- **Scientific American**, May 1999
  The June issue mentions Google in an article about web searching.

- **SPIRIT**, May 1999
  Mention in Southwest Airline's in-flight magazine.

- **PC Online**, May 1999
  Review of general searches in the June issue.

- **Diario del Navegante**, April 21, 1999
  La Revolución Google! Written in Spanish by Ramon Salaverria.

- **The Newtown Bee**, April 9, 1999
  Internet Info for Real People by Bob Brand.

- **Playboy**, April, 1999
  Critic Mark Frauenfelder writes:

  > *...when I want to quickly get to the most authoritative sites on a topic, I use a search engine called Google.*

- **Independent Network**, March 29, 1999

- **The Hersh Web Site Observer**, March 22, 1999

  > *This search engine uses a complicated mathematical analysis, calculated on more than a billion hyperlinks on the web, to return high-quality search results so you don't have to sift through junk.*

- **The Observer**, March 14, 1999
  John Naughton wrote in this British Sunday newspaper:

  > *Sergey Brin and Larry Page, two ... Stanford graduates with a great idea and a wacky name. Google www.google.com) indexes Web pages using an ingenious algorithm which ranks a site on the basis of who links to it.*

- **The Internet Newsroom**, February 1999
  Getting BeGoogled

- **Washington Post**, February 22, 1999
  In "Search and Now You Find the Right Stuff", Margot Williams wrote:

  > *Google is a new search engine that takes advantage of the cyberspace community's collective expertise. Just as*

*you trust the links on a really good site to get you to other good pages, Google crawls the Web scooping up hyperlinks and uses them to figure out how important a page is by who is pointing to it.*

- **Newsweek**, February 22, 1999
  Steven Levy touts Google

  *...the Net's hottest new search engine, which) draws on feedback from the Web itself to deliver more relevant answers to customer queries.*

- **Tech Sightings, Andover News Network**, February 18, 1999
  Review and discussion about Google by Robin Miller.

- **The IPO Report**, February 17, 1999
  Google.com: Next Brainchild To Go Big?

- **TipWorld**, February 9, 1999
  Google selected as TipWorld's Cool Web Site of the Day.

- **Seattle Times**, February 7, 1999
  The Search for the Perfect Search Engine

- **TechWeb**, January 27, 1999
  Google.com: Next Brainchild To Go Big? by Tom Taulli

- **Stanford Daily Review**, January 22, 1999
  Grads Launch Search Engine.

- **Jakob Nielsen's AlertBox**, January 17, 1999
  Google hailed as the best way to navigate the Web.

- **Release 1.0**, January 15, 1999
  Excerpt from "Gaga for Google", by Kevin Werbach:

  *Despite the remarkable success of portals built around search engines, there has been little published research on improving Internet search results. Page and Brin stepped into this breach with Google.*

If you have seen coverage that we don't have listed here, please contact us. Thanks!



©2005 Google - Home - About Google - We're Hiring - Site Map

Google Press Center: Media Coverage

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

## 2000 Press Mentions

- **San Francisco Chronicle**, December 31, 2000
  Larry Page's Connections: A conversation with
  Google's CEO.

- **Taipei Times**, December 20, 2000
  Yam inks deal with Google.

- **MarketingToWebMarketers.com**, December 18, 2000
  "Tweaking" Google's AdWords Program Wins Clients

- **Wall Street Journal**, December 13, 2000
  Google placed in the Cache It column.

- **Associated Press**, December 11, 2000
  Google featured in Firms pay for search engine play.

- **ZDNet Japan**, December 8, 2000 [*Japanese article*]
  Google Toolbar adds super high-speed search engine to browser.

- **Business Week Online**, December 7, 2000
  Will Google's Purity Pay Off?.

- **The Virtual Chase**, December 1, 2000
  New Google Toolbar.

- **internet.com**, December 1, 2000
  Google Ranks Tops.

- **Adformatie Online**, November 27, 2000
  Google wil hoofdkwartier in Amsterdam.

- **The Guardian**, November 23, 2000
  Searching questions.

- **01net**, November 21, 2000
  Google travaille la voix.

- **PC Magazine**, November 2000
  Google receives Editors' Choice award.

- **Washington Post**, November 3, 2000
  Google mentioned in Any Portal in a Storm

- **AdResource**, October 31, 2000
  Google Brings Online Ads to the Masses

**More Coverage**

2004
2003
2002
2001
2000
1999
1998

- **InternetNews**, October 23, 2000
  Google Launches Self-Service Ad Program

- **ZDNet**, October 13, 2000
  Google beefs up its search engine.

- **InfoWorld**, October 6, 2000
  Google founders selected as Ones to watch.

- **InternetNews**, October 4, 2000
  Netscape Renews Search Deal With Google

- **Forbes.com**, October 2, 2000
  Google referenced in Many Are Called But Few Are Believed

- **USA TODAY**, September 26, 2000
  Google: Finding what you want on the Net

- **Technologic Partners**, September 13, 2000
  Google selected for Top 10 Investor's Choice honor.

- **ZDNet**, September 13, 2000
  Google is on the A-List: Personal Services.

- **USA TODAY**, September 11, 2000
  Google listed in A DEMO of wireless wonders.

- **PC World Magazine**, September 2000
  Google emphasized in How to Stop Searching and Start Finding.

- **San Francisco Chronicle**, August 25, 2000
  Interviews and images in: Google Senses It's Time To Grow Up.

- **TIME**, August 21, 2000
  Great Google-y Moogley! TIME magazine says Google is way cool.

- **The Irish Times**, August 18, 2000
  Google highlighted in Getting best from search engines.

- **C|NET News.com**, August 17, 2000
  C|NET News.com reviews four search services and picks Google as
  its Editor's Choice.

- **01net.**, August 12, 2000
  Sergey Brin: Indexer l'ensemble du web n'est plus illusoire

- **The New York Times**, August 11, 2000
  Technology Briefings cover Google's mobile web service.

- **Internet Wire**, August 9, 2000
  FIND/SVP Rates Google Best Business Search Engine

Google Press Center: Media Coverage

- **C|NET News.com**, August 5, 2000
  One on one video featuring Google's Sergey Brin.

- **PC World**, August 2000
  Best of the Web (Search Engines) - Winner: Google.

- **The Sunday Times (London)**, July 30, 2000
  Five engines on trial.

- **Industry Standard**, July 14, 2000
  Google highlighted in Let a Hundred Search Engines Bloom.

  > "*Google's search technology has earned it eminence among a new crop of high-end search engines.*"

- **SmartMoney**, July 6, 2000
  Our innovative technology featured in The Google Factor.

- **Fool.com**, July 6, 2000
  Google's new partnership highlighted in Evolution at Yahoo!.

  > "*What Google brings to the table is the best seach technology out there.*"

- **Financial Times**, July 5, 2000
  Google Spins Web of Success.

- **PCWORLD.com**, June 27, 2000
  Hello Google; Au Revoir Inktomi.

- **vnunet.com**, June 27, 2000
  Yahoo drops Inktomi search engine for Google.

- **Red Herring**, June 27, 2000
  Do you ... Google? Yahoo does -- to Inktomi's dismay.

- **Linux Today**, June 26, 2000
  Google Launches Super Search Engine.

- **InfoWorld.com**, June 26, 2000
  Billion-page Web catalog cited.

- **Financial Times**, June 26, 2000
  Yahoo! for Google.

- **C|NET News.com**, June 26, 2000
  Yahoo sheds Inktomi for new search technology.

- **SFGate**, June 26, 2000
  Yahoo to use Google search engine.

- **USA TODAY**, June 26, 2000

Simplicity, usability best in Web page design.

> "*They do one thing, and they do it well.*" - Jakob Nielsen

- **The Washington Post**, June 6, 2000
  Google mentioned in Searching for the Right Candidate.

- **InternetWeek**, June 1, 2000
  Expanded article about how Google Bets The Farm On Linux.

- **InternetWeek**, May 30, 2000
  Google Bets The Ranch On Linux.

- **The New Yorker**, May 29, 2000
  Google featured in The race to build a better search engine.

- **The Times Interface Daily News**, May 17, 2000
  Geeks have moms too. [See tribute.]

- **Washington Post**, May 16, 2000
  Google highlighted in Search Engines article.

  > "*I swear it's psychic--I put in a few search terms and it almost inevitably finds me just what I need.*"

- **Upside Today**, May 15, 2000
  Google named to Upside's Hot 100 Private Companies. 

- **Nature**, May 11, 2000
  Google is featured prominently in Souped-up search engines.

- **ZDNet**, May 11, 2000
  Sincerely flattered to be asked: Have AltaVista, Google lost their way?

- **Access Magazine**, May 8, 2000
  Google featured prominently in cover story: Found! The Best Search Engines on the Web

- **Washington Post**, May 4, 2000
  Google Doodle mentioned in At Google, Giggles.

- **Search Engine Watch**, May 3, 2000
  Google Speaks Languages, WAP, Adds Other Features.

- **Forbes.com**, May 2, 2000
  Google Searches For Success.

- **PCWorld.com**, April 20, 2000
  Going Gaga for Google.

- **The Christian Science Monitor**, April 19, 2000
  Google -- The Web's best search engine.

- **ZDNet France**, April 18, 2000
  Google arrive en fran'ais.

- **The Irish Times**, April 17, 2000
  Google mentioned in the Hunt goes on for a search engine.

- **The Dartmouth Online**, April 5, 2000
  Co-founder Sergey Brin speaks with The Dartmouth about Google's success.

- **Search Engine Watch**, April 4, 2000
  Google Adds Directory

- **USA TODAY**, March 31, 2000
  Google Directory is listed as a USA TODAY Hot Site!

- **Salon**, March 24, 2000
  Google: We're Down with ODP.

- **Inter@ctive Week**, March 23, 2000
  Google Slices & Dices The Web Simply

- **TIME Magazine**, March 13, 2000
  Gaga over Google

  "*The great thing about Google is that it works.*"

- **Kiplinger's Magazine**, March 2000
  Google's Sergey Brin offers tips for a successful search.

- **ZDNet Developer**, March 09, 2000
  Google is the Best Search Engine

- **SF Gate**, March 07, 2000
  Google included in the San Francisco Chronicle's Best of the Web.

  

  "*Google: A search engine that consistently turns up "on point" information.*"

- **San Francisco Chronicle**, March 07, 2000
  Google mentioned in All You Need to Know and How to Find It.

- **The Net Magazine**, March 2000
  Google receives The Net Award 2000 for Best Search Engine.

  

- **Information Week Online**, February 28, 2000
  Google imposes order on chaos.

- **InfoWorld.com**, February 15, 2000
  Google's Larry Page quoted at the Intel Developer Forum.

- **The Seattle Times**, February 6, 2000
  Can Google help make you a millionaire?

- **USA TODAY**, January 24, 2000
  Google mentioned in Successful Net search starts with need.

- **The San Francisco Chronicle**, January 23, 2000
  Ronn Owens has Google in his Internet Bookmarks.

- **USA TODAY**, January 18, 2000
  Google serves accurate results and lunch.

- **The Scout Report**, January 14, 2000
  Google Apple/Macintosh Search selected for inclusion in The Scout Report.

- **MacCentral Online**, January 11, 2000
  Google.com launches Apple-tailored search engine.

- **Washington Post**, January 3, 2000
  Google's cached pages mentioned in Reconnaissance Over the Web.

- **Smart Computing Magazine**, January, 2000
  Google is listed in Smart Computing's 50 Hot Technologies section!



If you have seen coverage that we don't have listed here, please contact us. Thanks!



©2005 Google - Home - About Google - We're Hiring - Site Map

 **Press Center**

## 2001 Press Mentions

Home

About Google

**Press Center**

**Media Resources**
 Press Releases
 Images and B-roll
 **Media Coverage**
 Case Studies
 Permissions

**Corporate Overview**
 Fast Facts
 History
 Timeline
 Executive Bios
 Awards

**Products & Technology**
 Product Descriptions
 Reviewer's Guides
 Technology Overview
 Google Labs

**Financial Info**
 Investor Relations

**Corporate Citizenship**
 Governance
 Software Principles
 Privacy Policy

- **Detroit Free Press**, December 31, 2001
  Searching for stars

- **Toronto Star**, December 31, 2001
  Search engine reveals 2001 fears, foibles, misspellings

- **BizTech News**, December 25, 2001 [*Japanese article*]
  Year-End Google Zeitgeist

- **allamedia.com**, December 24, 2001 [*Swedish article*]
  Google: Populärast online 2001

- **The Sunday Herald**, December 24, 2001
  Billions vote in world's biggest ever poll

- **Florida Times-Union**, December 24, 2001
  Best bets on the Net: Usenet

- **The New York Times**, December 23, 2001
  Searching the Web, Searching the Mind

- **PC World**, December 21, 2001
  War, Music, Magic Sought in 2001

- **Washington Post**, December 21, 2001
  Google Catalogues Catalogues

- **The New York Times**, December 20, 2001
  Surfing From an Embarrassing News Group History

- **Search Day**, December 19, 2001
  Google Adds Headline News

- **Le Journal du Net**, December 19, 2001 [*French article*]
  Google ouvre sa galerie marchande (sur papier glacé)

- **New York Times**, December 19, 2001
  Google Adds Mail Order Catalogs

- **WIRED News**, December 18, 2001
  A Catalog to Catalog All Catalogs

- **CBS MarketWatch**, December 18, 2001
  Google catalogs the catalogs

**More Coverage**

2004
2003
2002
2001
2000
1999
1998

- **Internet Watch**, December 18, 2001 [*Japanese article*]
  Google Catalog Search

- **Search Day**, December 18, 2001
  Google Introduces Catalog Search

- **Washington Post**, December 14, 2001
  Google Gazes Further Back In Time

- **BBC**, December 14, 2001
  Digital history saved

- **NewsFactor Network**, December 13, 2001
  Google Puts Blast From Internet's Past Online

- **Los Angeles Times**, December 13, 2001
  Discussion Groups

- **Internet Magazine**, December 13, 2001
  Google archive opens up Internet history

- **Internet Watch**, December 12, 2001 [*Japanese article*]
  Google Expands its Search to 3 Billion

- **New York Times**, December 12, 2001
  Usenet Archive is Posted on Web

- **De Telegraaf**, December 12, 2001 [*Norwegian article*]
  Google vergroot zoekindex

- **BizTech News**, December 12, 2001 [*Japanese article*]
  Access to 3 Billion Documents

- **Reuters**, December 12, 2001
  Early archive of Net rants and raves restored

- **PCWeb**, December 12, 2001 [*Japanese article*]
  Google Beefs Up With 3 Billion Searchable Documents

- **The Register**, December 12, 2001
  A walk through Usenet Memory Lane

- **ResearchBuzz**, December 11, 2001
  Google Expands Every Whichaway

- **Wired News**, December 11, 2001
  Google's Gaggle of Discussions

- **C|NET News.com**, December 11, 2001
  Google restores Usenet archives

- **Handelsblatt.com**, December 10, 2001 [*German article*]

Suchmaschine Google schreibt schwarze Zahlen

- **The Wall Street Journal**, December 10, 2001
  Google Opens Ad Office in Germany

- **FAZ.NET**, December 10, 2001 [*German article*]
  Google lernt Deutsch

- **Computerwoche**, December 10, 2001 [*German article*]
  Google sucht Kunden im deutschen Werbemarkt

- **USA TODAY**, December 5, 2001
  Google Translation is a "Hot Site"

- **American Spectator**, December 5, 2001
  A Eric Schmidt Goes Googly

- **BostonHerald.com**, December 4, 2001
  Web-heads go ga-ga for Google, with good reason

- **Search Engine Watch**, December 3, 2001
  Google Goes for Stop Words

- **CIO Magazine**, December 1, 2001
  Hats off to Google - Google kept customers connected
  on September 11th

- **3DNews Daily Digital Digest**, November 23, 2001 [*Russian article*]
  Google Feature

- **Chicago Tribune**, November 22, 2001
  A simple thanks to mother of all search engines

- **Linux Journal**, November 20, 2001
  Google vs. AllTheWeb

- **Le Journal du Net**, November 20, 2001 [*French article*]
  Comment Google génère 50% de son chiffre d'affaires avec l'e-pub

- **Network World**, November 19, 2001
  The secrets to reining in server costs

- **FORTUNE**, November 16, 2001
  The New Future

- **brandchannel.com**, November 15, 2001
  Google, the infinite quest

- **FORTUNE Tech Review**, November 12, 2001
  Introduction: Tales of Dot-Com Survivors
  Feature: Google Finds Its Niche

- **San Francisco Chronicle**, November 12, 2001
  Dig In, Dudes

- **ResearchBuzz**, November 6, 2001
  Google Adds More File Types

- **ON Magazine**, November 2001
  Feature: Secrets of Google
  Editorial: Hey, Quit Googling Me

- **BizTech News**, October 29, 2001 [*Japanese article*]
  Google Announces Image Search

- **MYCOM Web**, October 29, 2001 [*Japanese article*]
  Google Announces New Services for Japan

- **ASCII 24**, October 29, 2001 [*Japanese article*]
  Google Adds Image Search and Toolbar Services

- **Internet Watch**, October 29, 2001 [*Japanese article*]
  Google Renews its Interface and Adds New Services

- **C|NET News.com**, October 15, 2001
  AT&T Wireless adding Google to phones

- **San Francisco Business Times**, October 15, 2001
  Google strikes deal with AT&T Wireless

- **internet.com**, October 15, 2001
  AT&T Wireless Gets Googled

- **The Observer**, October 14, 2001
  TV has its limits

- **U.S. News & World Report**, October 8, 2001
  Best of the Web

- **Die Welt**, October 8, 2001 [*German article*]
  Google wächst mit Rekordtempo

- **mad.co.uk**, October 3, 2001 [*registration required*]
  Google launches UK sales house

- **ResearchBuzz**, October 3, 2001
  Google Gets All Tabby

- **The Search Engine Report**, October 2, 2001
  Google's New Look & New File Types

- **Mobile Computing**, October 2001
  101 Best Mobile Web Sites

- **Searcher**, October 2001
  Web Search Engines FAQs

- **EContent**, October 2001
  Google with New CEO

- **First Monday**, October 2001
  The Effects of September 11 on the Leading Search Engine

- **Knowledge@Wharton**, September 27, 2001
  Trust and Technology

- **Business Week**, September 24, 2001
  Main article: Why They're Agog over Google
  Table: Google's Game Plan
  Commentary: Desperately Seeking Search Technology

- **Internet.com**, September 21, 2001
  Google Gobbles Up Outride

- **San Francisco Business Times**, September 20, 2001
  Google acquires Outride's assets

- **The Wall Street Journal**, September 20, 2001
  Google Acquires Some Assets Of Technology Developer Outride

- **The Florida Times-Union**, September 18, 2001
  Image search locates impressive number of pictures

- **Network World Fusion**, September 10, 2001
  Google's secrets

- **Fortune Small Business**, September 7, 2001
  Reinventing Google

- **VentureWire**, September 7, 2001
  Google Gears Up for Growth, Possible Acquisitions

- **Asiaweek**, September 7, 2001
  Search Party

- **useit.com**, September 2, 2001
  Designing Web Ads Using Click-Through Data

- **WIRED**, September 2001
  I'm Feeling Lucky

- **The Evening Standard**, August 30, 2001
  Sex and the single URL

- **Spiegel Online**, August 30, 2001 [*German article*]
  Nur Google ist gut

Google Press Center: Media Coverage

- **The Guardian**, August 29, 2001
  Word of the week: Google

- **Impress**, August 29, 2001 [*Japanese article*]
  Google's Japanese Toolbar

- **Silicon.com**, August 28, 2001
  Going Google

- **USA TODAY**, August 27, 2001
  Googley-eyed over success

- **The Wall Street Journal**, August 27, 2001 [*subscription required*]
  How to Keep Your Web Searches Under Control

- **reveries.com**, August 27, 2001
  SEARCHES!

- **ResearchBuzz**, August 27, 2001
  Google Groups Expands Features

- **About.com**, August 27, 2001
  Google Groups Continues to Grow

- **Traffick**, August 24, 2001
  Google Wins by Not Hiding the Banana

- **ETH Life**, August 22, 2001 [*German article*]
  Das Geheimnis von Google

- **About.com**, August 21, 2001
  The Future of Search Engines

- **IT-Director.com**, August 20, 2001
  Ogling Google

- **The Wall Street Journal**, August 16, 2001 [*subscription required*]
  Google Licenses Technology For Search Engine to Sony

- **FinanzNachrichten**, August 14, 2001 [*German article*]
  Google's Erfolgsgeheimnis für Ihren Börsenerfolg

- **Web Techniques**, August 14, 2001
  A Discussion with Google's Craig Silverstein

- **01net.**, August 13, 2001 [*French article*]
  Google: Eric Schmidt passe au volant

- **EuropeMedia.net**, August 8, 2001
  Google gains popularity among Russian internet users

- August 6, 2001 (view all articles)

**Eric Schmidt named Google CEO**

- **La Cronica**, August 4, 2001 [*Spanish article*]
  Els gossos de la xarxa

- **San Francisco Business Times**, August 3, 2001
  One on One with Larry Page

- **Search Engine Watch**, August 2, 2001
  A Webby and More Images At Google

- **CyberVigie**, July 31, 2001 [*French article*]
  Britney et Jennifer Chez Les Voyeurs - Veilleurs

- **ZDNet**, July 30, 2001
  The entire Web at your fingertips

- **UP Magazine**, July 30, 2001
  When Larry met Sergey

- **C|NET News.com**, July 27, 2001
  Google brings back Usenet search

- **de Volksrant**, July 25, 2001 [*Dutch article*]
  Google is de beste

- **PC World**, July 25, 2001
  Find Everything Faster

- **The Industry Standard**, July 25, 2001
  Webby Awards Push the Envelope

- **About.com**, July 24, 2001
  Google's Image Search Index Grows

- **The Industry Standard**, July 23, 2001
  Larry Page

- **USA Weekend**, July 22, 2001
  Beyond Google

- **BBC**, July 19, 2001
  'Net Oscars' handed out

- **The Edmonton Sun**, July 17, 2001
  2001 a buzz odyssey

- **The Industry Standard**, July 17, 2001
  'Fess Up, Search Engines

- **Smart Computing**, July 17, 2001
  Everybody's Ga-Ga For Google

Google Press Center: Media Coverage

- **The Industry Standard**, July 16, 2001
  Thinking in Pictures

- **Star Tribune**, July 14, 2001
  A picture is worth a thousand searches

- **WEB! Online**, July 13, 2001 [*Portuguese article*]
  Google lan'a buscador de imagens

- **The New York Times**, July 12, 2001 [*subscription required*]
  A Quick Way to Search for Images

- **The Guardian**, July 12, 2001
  Google view

- **internet.com**, July 10, 2001
  Cingular Gets Google-ized

- **C|NET News.com**, July 10, 2001
  Google inks another wireless deal

- **BusinessWeek**, July 10, 2001
  Google's Successful Search

- **UPSIDE**, July 9, 2001
  Google's secret to success is to remain pure

- **Geek.com**, July 9, 2001
  Google does Gif

- **PC WELT**, July 9, 2001 [*German article*]
  Suchmaschine für Bildmaterial

- **ZDNet UK**, July 9, 2001
  Thong-wearing squash player scores on Google

- **USA TODAY**, July 6, 2001
  Google Image Search is a "Hot Site"

- **C|NET News.com**, July 6, 2001
  Google tracks favorite queries

- **The Toronto Star**, July 5, 2001
  Tainted Search

- **CyberVigie**, July 4, 2001 [*French article*]
  Recherche Image Avec Google Image

- **PCTip**, July 2, 2001 [*German article*]
  Google testet seine Bildersuchmaschine

- **Information Week**, July 2, 2001

To The Bard's Dismay

- **BCN**, June 30, 2001 [*Japanese article*]
  Google Image Search

- **golem.de**, June 29, 2001 [*German article*]
  Google jetzt auch mit Bildersuchdienst

- **impress Watch**, June 28, 2001 [*Japanese article*]
  More Google Image Search

- **Digital Photography Review**, June 28, 2001
  Google Image Search Engine

- **Information Week**, June 27, 2001
  Earchingsay Ademay Unfay

- **Search Engine Watch**, June 26, 2001
  Google Polishes its Image

- **About.com**, June 25, 2001
  Google Brings on the Image Search

- **Search Engine Watch**, June 25, 2001
  Speaking in Tongues at Google

- **LLRX.com**, June 25, 2001
  Google Adds New Languages

- **The Wall Street Journal**, June 25, 2001 [*subscription required*]
  New Search Technology

- **Salon**, June 21, 2001
  Google a go-go

- **PC World**, June 19, 2001
  The Skinny on Web Searching

- **ClickZ**, June 18, 2001
  The Most Essential Site

- **New York Daily News**, June 17, 2001
  Your Virtual Identity

- **CNN.com**, June 12, 2001
  Lucrative Web searches require tips

- **The Industry Standard**, June 12, 2001
  Deep-Net Fishing

- **Financial Times Deutschland**, June 12, 2001 [*German article*]
  Suchmaschine Google findet reichlich Nutzer

- **Nana**, June 11, 2001 [*Hebrew article*]
  Google profile

- **WIRED News**, June 8, 2001
  Hot on the Scent of Information

- **The Toronto Star**, June 7, 2001
  Google named Best Search Engine

- **URLwire**, June 6, 2001
  Google launches Canadian service

- **globeandmail.com**, June 5, 2001
  Google launches Canadian site

- **Interactive Week**, June 4, 2001
  The Virtuous Search Engine

- **National Post**, June 4, 2001
  Whatever happened to Usenet?

- **Media Life**, June 1, 2001
  Google becomes the hot web thing

- **Darwin**, June 2001
  Searching the Web

- **Handelsblatt.com**, June 1, 2001 [*German article*]
  Feiern unterm Papp-Vulkan

- **PC World**, June 1, 2001
  Google is "Best Search Engine" in World Class Awards

- **Detroit Free Press**, May 30, 2001
  Don't fall for latest email lie

- **PCTip**, May 28, 2001 [*German article*]
  Nun doch noch Schweizer Google-Site

- **The New York Times**, May 24, 2001 [*subscription required*]
  Handspring Adds Net Services

- **PC World**, May 22, 2001
  Most indispensable product: Google

- **Financial Times**, May 22, 2001
  Google finds deal with Sprint

- **BWCS**, May 22, 2001
  Sprint Finds Search Partner

- **The Industry Standard**, May 21, 2001

Monika Henzinger: The Sage of Search

- **Kansas City Star**, May 21, 2001
  Sprint PCS adds Google to its Wireless Web

- **allNetDevices**, May 21, 2001
  Sprint Adds Google to Wireless Net

- **Wireless NewsFactor**, May 21, 2001
  Sprint, Google Deal Swells Wireless Web

- **The Register**, May 19, 2001
  Google Usenetters get posting rights

- **C|NET News.com**, May 18, 2001
  Google adds newsgroup features

- **AdWeek**, May 16, 2001
  MSN and Google Join with Handspring

- **Wireless NewsFactor**, May 16, 2001
  Hadspring Cuts Price, Boosts Features

- **PCTip**, May 15, 2001 [*German article*]
  Google neu mit Sprachübersetzung

- **C|NET News.com**, May 15, 2001
  Handspring browses with MSN

- **PC World.com**, May 15, 2001
  Handspring Cuts VisorPhone Price, Boosts Browser

- **PMN News Service**, May 15, 2001
  Handspring enhances Blazer browser

- **Information Today**, May 14, 2001
  Google Seeks to Restore Deja Functionality

- **Forbes.com**, May 14, 2001
  Google is a Forbes Favorite

- **San Francisco Chronicle**, May 13, 2001
  Gentlemen and ladies, start your search engines

- **Computerworld**, May 10, 2001
  Intel or Unix? Customers face a tough choice

- **LLRX.com**, May 7, 2001
  Google Expands Their Archives

- **The New York Times**, May 7, 2001 [*subscription required*]
  Google revives the Usenet archive

- **Search Engine Showdown**, May 7, 2001
  Google Finds Most, Most Often

- **The Washington Post**, May 7, 2001
  The Usenet has gotten its memory back

- **The Write News**, May 4, 2001
  Google Provides Access to Full Usenet Archives

- **Yahoo! Internet Life**, May 2, 2001
  Yahoo! Internet Life's Best Sites for 2001

- **Search Engine Watch**, May 2, 2001
  Google Improves Newsgroups, Makes Inroads to Japan

- **ibizInterviews**, May 2001
  Interview with Google's CTO Craig Silverstein

- **California Bar Journal**, May 2001
  Google rules among web search tools

- **MforMobile**, April 30, 2001
  Yahoo to Port Google WAP Technology

- **atnewyork.com**, April 30, 2001
  Usenet Archives Restored on Google

- **Lansing State Journal**, April 29, 2001
  100 million searches a day and counting

- **InternetWeek**, April 27, 2001
  Google Defies Dotcom Downturn

- **NewsFactor Network**, April 27, 2001
  Google Says Deja's News All Over Again

- **Wired News**, April 27, 2001
  Google Restores Deja View

- **Wired News**, April 27, 2001
  Ogle Not Google's Top Scientist

- **Daily Nebraskan Online**, April 25, 2001
  'Googling' provides new way to research people

- **Detroit Free Press**, April 25, 2001
  Who wants to be a millionaire? Try Google.

- **MforMobile.com**, April 17, 2001
  Vodafone Taps Google for Wireless Internet Portal

- **IDG.net**, April 17, 2001

Vodafone announces Google deal

- **CNN.com**, April 12, 2001
  Yahoo! wireless users get access to Google search

- **NU.nl**, April 11, 2001 [*Dutch article*]
  Google stoot Yahoo! wellicht van troon

- **The Detroit Free Press**, April 10, 2001
  What is a frustrated surfer to do? Use Google, that's what.

- **PMN Publications**, April 10, 2001
  Yahoo to use Google in its mobile device services

- **Internet.com**, April 10, 2001
  Yahoo! Adds Google Wireless Searches

- **Auto.com**, April 10, 2001
  Google touted in Where BMW meets Silicon Valley

- **IT Pro**, April 3, 2001 [*Japanese article*]
  Google Powers Yahoo! Japan

- **ASCII24**, April 2, 2001 [*Japanese article*]
  Yahoo! Japan Teams with Google

- **LLRX.com**, April 2, 2001
  Google Launches PhoneBook

- **GEO Wissen**, April 2001 [*German article*]
  Die Herrscher der Portale

- **Darwin**, April 2001
  Google featured in The Searchers

- **BusinessWeek Online**, March 30, 2001
  Google Joins i-Mode with New Site

- **Spiegel Online**, March 27, 2001 [*German article*]
  Google number one in Understatement für Fortgeschrittene

- March 26, 2001 (view all articles)
  **Eric Schmidt Joins Google as Chairman**

- **BusinessWeek Online**, March 26, 2001
  Google Toolbar is a Smart Tool to Scour a Wider Web.

- **The Commonwealth Club**, March 21, 2001
  Speech by Google's Co-founders

- **CNN.com**, March 14, 2001
  Google keynote mentioned in Digital Hollywood Broadband article.

- **Hamburger Abendblatt**, March 13, 2001 [*German article*]
  Google's acquisition of Deja.com in Gedächtnis verkauft

- **BusinessWeek Online**, March 13, 2001
  Google's Larry Page: Good Ideas Still Get Funded

- **PCWorld.com**, March 2001
  Browse Like a Pro: Tips From Web Experts

- **Asahi.com**, March 9, 2001 [*Japanese article*]
  Coverage of Google's i-mode launch

- **Fortune.com**, March 8, 2001
  Google advertising featured in The Dot-Com That Time Forgot

- **Search Engine Watch**, March 6, 2001
  Google Acquires Deja Newsgroup Service

- **Le Journal du Net**, March 2, 2001 [*French article*]
  Tools of search: there is Google, then the others...

- **Information Today**, March 2001
  Google's design and powerful technology featured

- **The Wall Street Journal**, March 1, 2001
  Search No Further: Google Is the Best Search Engine

- **The Atlantic Monthly**, March 2001
  Google's culture highlighted in Forget the Yellowfin

- **J@pan, Inc.**, February 2001
  Google featured in Developing i-mode in America

- **C|NET News.com**, February 27, 2001
  Vodafone-Vivendi venture chooses Google

- **Impress**, February 27, 2001 [*Japanese article*]
  Google shows i-mode at DEMO Japan

- **ASCII24**, February 27, 2001 [*Japanese article*]
  Google CEO demonstrates i-mode

- **IDG.net**, February 27, 2001
  Google launches I-mode site, mulls charging

- **C|NET News.com**, February 27, 2001
  Google to power I-mode wireless searches

- **The Detroit News**, February 27, 2001
  Dating's secret weapon is available on the Internet

- **The New York Times**, February 22, 2001

Google Extends Reach to a PDF Format

- **The New York Times**, February 15, 2001
  Google Search Engine Reaches Into Usenet

- **C|NET News.com**, February 15, 2001
  Deja.com - after Google buyout

- **NZZ Online**, February 9, 2001
  Salto portale: Einfachheit ist das Erfolgsrezept von Google

- **MarketingSherpa.com**, January 30, 2001
  Google ranks first in case study

- **Silicon Valley Business Ink**, January 25, 2001
  Google offers solid product and sound business plan

- **Search Engine Watch**, January 22, 2001
  Google wins two Search Engine Watch Awards

- **Winmag.com**, January 18, 2001
  The Google Toolbar eases web searching

- **Wireless NewsFactor**, January 17, 2001
  Google Spices Up Malaysia's e-Chilipadi

- **C|NET News.com**, January 16, 2001
  Google signs wireless content provider in Asia

- **Wired News**, January 15, 2001
  Google provides Cache at the End of His Rainbow

- **Le Journal Du Net**, January 12, 2001 [*French article*]
  Google Toolbar featured in Google à la barre

- **The New York Observer**, January 10, 2001
  Don't Be Shy, Ladies - Google Him

- **TIME Asia**, January 9, 2001
  Google: There is no other search engine worth using

- **aboutIT**, January 8, 2001 [*German article*]
  Google featured in Wo find ich Infos im Internetland?

- **Smart Business Magazine**, January 2001
  Google chosen Best of the Best: Search Engine

- **Information Today**, January 2001
  A Search Engine Called Google

If you have seen coverage that we don't have listed here, please contact us. Thanks!



©2005 Google - <u>Home</u> - <u>About Google</u> - <u>We're Hiring</u> - <u>Site Map</u>

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

## 2002 Press Mentions

- **BBC**, December 31, 2002
  Google tops best websites list

- **The Sacramento Bee**, December 31, 2002
  Zeitgeist in the ether

- **MSNBC**, December 30, 2002
  Googling the zeitgeist

- **Sydney Morning Herald**, December 30, 2002
  In the cyberworld, the game's the thing

- **VNUnet**, December 23, 2002
  Google named website of the year

- **CIO**, December 20, 2002
  Still Searching

- **Internet.de**, December 19, 2002 [*German article*]
  Sprint bringt Google-Bildsuche aufs Handy

- **N-TV.de**, December 19, 2002
  Most Wanted: Jennifer Lopez

- **Sydney Morning Herald**, December 19, 2002
  Beckham the man everyone wants to know about

- **Washington Post**, December 18, 2002
  Finding More Than You Bargained For

- **MSNBC**, December 18, 2002
  Sprint, Google offer wireless picture search

- **Internet.com**, December 18, 2002
  Picture This: Google Images on Sprint PCS

- **USAToday**, December 17, 2002
  It's the 'G' list that matters

- **ITV.com**, December 17, 2002
  J-Lo is top woman on the web

- **Thinkmobile**, December 17, 2002
  Sprint Teams With Google

### More Coverage

2004
2003
2002
2001
2000
1999
1998

- **Newsweek**, December 16, 2002
  The World According to Google

- **The Inquirer**, December 16, 2002
  Google taps Zeitgeist with 2002 hit parade

- **The Globe and Mail**, December 16, 2002
  Spiderman beats out bin Laden

- **BBC**, December 16, 2002
  A snapshot of 2002

- **Washington Post**, December 15, 2002
  Google Turns Its Gaze To Online Shopping

- **Washington Post**, December 13, 2002
  Google's Holiday Helper

- **CNN**, December 13, 2002
  Google goes shopping with new Froogle

- **C|NET News.com**, December 13, 2002
  Google searches out an e-tail niche

- **Revolution**, December 13, 2002
  Google offers online shoppers the chance to Froogle

- **DMNews**, December 13, 2002
  Google Debuts Online Shopping Service Froogle

- **Internet Magazine**, December 13, 2002
  Google's Froogle for frugal Dougals

- **The Wall Street Journal**, December 12, 2002 [*subscription required*]
  Google Launches Shopping Site

- **The Mercury News**, December 12, 2002
  Google adds Froogle

- **Search Day**, December 12, 2002
  Online Shopping with Google's Froogle

- **Internet.com**, December 12, 2002
  Google Cooks Up Even More in the Labs

- **The Register**, December 11, 2002
  Google debuts reputation, slideshow experiments

- **Gulf News**, December 9, 2002
  Google gets UAE domain name

- **Search Day**, December 5, 2002

Google Offers SEO Selection Guidelines

- **Search Day**, December 2, 2002
  Fun With Google's APIs

- **The New York Times**, November 28, 2002
  Postcards From Planet Google

- **The New York Times**, November 28, 2002
  Cranberry Relished and Google Fights

- **The Age**, November 26, 2002
  Goggle-eyed over Google

- **DMNews**, November 25, 2002
  Search Marketing Finds Its Way

- **O'Reilly Network**, November 20, 2002
  Google Sets are Actually Pretty Cool

- **C|NET News.com**, November 20, 2002
  Amazon, Google lead new path to Web services

- **American Journalism Review**, November 20, 2002
  How Did I Do This Before Google?

- **Times Colonist**, November 19, 2002
  Googling goes on here, too

- **San Francisco Business Times**, November 18, 2002
  Yahoo! Japan joins Google

- **The Wall Street Journal**, November 18, 2002 [*subscription required*]
  Search the Web

- **C|NET News.com**, November 18, 2002
  Overture, Google win Yahoo berths

- **Internet.com**, November 18, 2002
  Yahoo! Japan Inks Deals With Overture, Google

- **National Review**, November 14, 2002
  The Age of Google

- **The Times-Picayune**, November 13, 2002
  It had to happen: Google is googled

- **SmartMoney Magazine**, November 12, 2002
  Google-Eyed

- **C|NET News.com**, November 7, 2002
  Google adds new Web pages

- **ResearchBuzz**, November 7, 2002
  Google Adds Two Country-Specific Domains

- **ITworld.com**, November 6, 2002
  A gaggle of Google web services

- **ResearchBuzz**, November 6, 2002
  Google Turns the Corner to Three Billion Pages

- **Business 2.0**, November 5, 2002
  Google's Next Runaway Success

- **Internet.com**, November 5, 2002
  Google U Opens Its Doors

- **IRNA**, November 5, 2002
  Indian behind world's first 'automated' news site

- **The Tartan**, November 4, 2002
  Google's executive speaks on campus

- **Search Day**, November 4, 2002
  The Search Engine "Perfect Page" Test

- **The Boston Globe**, November 3, 2002
  Go Ask Google

- **Internet.com**, October 30, 2002
  Google: What's it Worth to You?

- **Search Day**, October 30, 2002
  Anatomy of a Search Engine: Inside Google

- **The New York Times**, October 28, 2002 [*subscription required*]
  Ad-Free Site From the Masters of the Web Hard Sell

- **The Wall Street Journal**, October 23, 2002 [*subscription required*]
  Google CEO Says Targeting Key to Net Ads

- **FastCompany**, October 23, 2002
  Fast Talk: Tough Sell

- **Internet.com**, October 22, 2002
  Google CEO to Advertisers: Stop Scaring Users

- **ISPworld**, October 21, 2002
  Back to Basics for Internet Advertising

- **TimesOnline**, October 21, 2002
  We all have a little self-Google every now and again

- **rediff.com**, October 18, 2002

Google wants to be part of journalism's future

- **eMarketer**, October 17, 2002
  Google Gains Virtual Ground

- **The Mercury News**, October 16, 2002
  For Google, innovations withstand downturn

- **Internet Magazine**, October 16, 2002
  Google keeps on growing

- **PayPerClickAnalyst.com**, October 15, 2002
  Your Traffic Is Served

- **NUA**, October 15, 2002
  Google still the world's No.1 search site

- **goodexperience.com**, October 15, 2002
  Interview: Marissa Mayer, Product Manager, Google

- **The Wall Street Journal**, October 15, 2002 [*subscription required*]
  Testing the Online Experts

- **Search Day**, October 9, 2002
  Yahoo Renews With Google, Changes Results

- **BusinessWeek**, October 8, 2002
  Eric Schmidt: Super Searcher

- **ServerWorld**, October 8, 2002
  Google's Stance Within Enterprise Arena

- **Time**, October 7, 2002
  Invasion of the Robo-Editors

- **Media Guardian**, October 7, 2002
  Engine of change

- **International Herald Tribune**, October 7, 2002
  Google's new site shows strong editorial judgment

- **Information Today**, October 7, 2002
  Google Expands Google News

- **DMNews**, October 7, 2002
  My New Best Friend

- **Traffick**, October 2, 2002
  Google's Canadian Sales Office Makes the News

- **Search Day**, October 2, 2002
  Google News Search Leaps Ahead

- **Web Host Industry Review**, October 1, 2002
  Google Introduces Corporate Search Products

- **Online Journalism Review**, October 1, 2002
  Meet Editor Al Gorithm

- **InternetWeek**, October 1, 2002
  Google Boosts Enterprise Search Appliance

- **netImperative**, October 1, 2002
  Google brings pay-per-click to UK

- **New Media Age**, October 1, 2002
  Google expects major take up for AdWords

- **ElectricNews.net**, October 1, 2002
  Google searches for more revenues

- **PC Advisor**, October 1, 2002
  Google hopes AdWords scheme will add value

- **DMNews**, October 1, 2002
  Google Debuts Pay-Per-Click in Europe

- **BBC**, September 30, 2002
  Good returns for Google's business

- **The Register**, September 30, 2002
  Google brings Adwords to UK

- **EuropeMedia.net**, September 30, 2002
  Google launches European ad service

- **Computerworld**, September 30, 2002
  Google improves corporate network searching

- **Internet.com**, September 30, 2002
  Google Unveils Mid-Market Search Appliance

- **C|NET News.com**, September 30, 2002
  Google beefs up search hardware

- **InfoWorld**, September 30, 2002
  Google pumps up search appliance

- **Le Monde**, September 27, 2002 [*French article*]
  le moteur de recherche Google lance une revue de presse sans
  journaliste

- **Le Monde**, September 25, 2002 [*French article*]
  Une start-up du Web qui a réussi à survivre

- **Le Monde**, September 25, 2002 [*French article*]
  Google se met à l'information

- **Revolution**, September 25, 2002
  Google launches news search channel

- **Slate**, September 25, 2002
  Automated News

- **Editor & Publisher**, September 25, 2002
  Google News Could Change Online News Industry

- **WebUser**, September 24, 2002
  Google news service

- **VNUnet**, September 24, 2002
  Has Google got news for you

- **BBC**, September 24, 2002
  Google enters news arena

- **Forbes.com**, September 24, 2002
  Maybe CNN, ABC Should Merge With Google

- **The Mercury News**, September 24, 2002
  Google launches beta version of news page

- **The New York Times** September 24, 2002 [*subscription required*]
  All the News Google Algorithms Say Is Fit to Print

- **Forbes.com**, September 23, 2002
  Google to launch news search site

- **NetMechanic**, September 23, 2002
  Send Your Catalog To Google

- **C|NET News.com**, September 23, 2002
  Google search gets newsier

- **Computerworld**, September 23, 2002
  Google launches news service

- **CBS MarketWatch**, September 23, 2002
  Google adds news search

- **Internet.com**, September 23, 2002
  Google Targets Content Aggregating Market

- **The Inquirer**, September 23, 2002
  Googled news we like

- **EuropeMedia.net**, September 23, 2002

Google expands its news search engine

- **Internet Magazine**, September 23, 2002
  Google brings you all the news that's fit to click

- **The Register**, September 23, 2002
  Google muscles into news searching

- **San Francisco Chronicle**, September 23, 2002
  Expert advice online at a price

- **InfoWorld**, September 19, 2002
  Next-Gen Web Services: Google exec touts innovation

- **The Oregonian**, September 19, 2002
  Students' Google project earns teacher honor

- September 18, 2001 (view all articles)
  **Google Launches AdWords in Japan**

- **The Miami Herald**, September 17, 2002
  Google search engine gains in popularity

- **Internet.com**, September 16, 2002
  Google appoints Christopher Theodoros

- **Ecommerce Times**, September 11, 2002
  Can Google Do Big Business?

- **Search Day**, September 10, 2002
  Happy Birthday, Google!

- **BtoB**, September 9, 2002
  Search gains traction with b-to-b marketers

- **The Register**, September 9, 2002
  Google gains mindshare with InfoSpace deal

- **CBS MarketWatch**, September 6, 2002
  Google's killer brand

- **Media Post**, September 5, 2002
  InfoSpace Adds Google Search

- **Internet.com**, September 5, 2002
  MetaCrawler Gets 'Googled'

- **URLwire**, September 4, 2002
  MetaCrawler Unveils New Look, Features

- **ElectricNews**, September 3, 2002
  Google anois as Gaeilge

- **Fortune Small Business**, August 29, 2002
  All the Right Moves

- **Traffick**, August 28, 2002
  Google's Endless Summer

- **eMarketer**, August 21, 2002
  Google is the Greatest?

- **San Francisco Chronicle**, August 19, 2002
  Searching leads back to Google

- **CBSMarketWatch**, August 19, 2002
  Web searchers doing the Google

- **The Mercury News**, August 18, 2002
  Out of economic misery, something good often occurs

- **WIRED**, August 14, 2002
  Linux Feels the Corporate Love

- **InfoWorld**, August 13, 2002
  LinuxWorld Expo: Google gives testimony to Linux scalability

- **ResearchBuzz**, August 13, 2002
  Google Bigger

- **Search Engine Watch**, August 12, 2002
  The Technology Behind Google

- **The Singapore Business Times**, August 12, 2002
  Lessons Singapore startups can learn from Google

- **PC Magazine**, August 9, 2002
  Google's Cool Trip

- **C|NET News.com**, August 6, 2002
  Online New York Times gets Googled

- **Editor & Publisher**, August 6, 2002
  Get Googled On NYTimes.com

- **Internet.com**, August 6, 2002
  All The News That's Fit to Google

- **Search Engine Watch**, August 5, 2002
  Google Adds More "Fresh" Pages, Gains iWon

- **The San Francisco Examiner**, August 5, 2002
  Google power player

- **The Seattle Times**, August 5, 2002

Seattle's biggest Google searches

- **Search Engine Watch**, August 5, 2002
  AOL Moves Fully To Google

- **Internet.com**, August 1, 2002
  Google Inks Ad Deal With U.K. Insurance Co.

- **Forbes.com**, August 1, 2002
  Google nets Lloyds TSB for seven-figure ad deal

- **NetImperative**, August 1, 2002
  Lloyds TSB spends 'seven figures' on Google search campaign

- **C|NET News.com**, July 31, 2002
  Google aboard, AOL offers peek at 8.0

- **InfoWorld**, July 31, 2002
  AOL floats test version of AOL 8.0

- **HostCompare.com**, July 31, 2002
  Interview with Jim Reese, Chief Operations Engineer Of Google

- **InternetNews.com**, July 26, 2002
  Study: Google Tops in Brand Loyalty

- **EuropeMedia.net**, July 26, 2002
  Google remains most popular search engine

- **NewsFactor Network**, July 22, 2002
  The Wonderful Wizards of Google

- **Government Computer News**, July 22, 2002
  Power User: Google is a user's best friend

- **InfoWorld**, July 19, 2002
  Google, Ask Jeeves sign $100 million deal

- **Ananova**, July 19, 2002
  Ask Jeeves and Google team up over ad-driven results

- **Media Life**, July 19, 2002
  Ask Jeeves dumps Overture for Google

- **InternetNews.com**, July 19, 2002
  Google Bumps Overture From Jeeves

- **East Bay Business Times**, July 19, 2002
  Ask Jeeves cuts ad deal with Google

- **Contra Costa Times**, July 19, 2002
  Ask Jeeves, Google team up for profits

- **Washington Post**, July 18, 2002
  Ask Jeeves Links Up With Google

- **C|NET News.com**, July 18, 2002
  Ask Jeeves partners with Google

- **The Ottawa Citizen**, July 18, 2002
  Inside the Googleplex

- **VNUnet.com**, July 17, 2002
  NetViews: Do you Google?

- **Red Herring**, July 16. 2002
  Dinner with the mind behind the mind of God

- **Amarillo Globe-News**, July 13, 2002
  Plugged In: The Google toolbar saves Internet user time

- **USA TODAY**, July 12, 2002
  Search engines not differentiating ads from results

- **Lettre du Marketing**, July 9, 2002 [*French article*]
  Les raisons réelles du succès de Google

- **Advertising Age**, July 8, 2002
  FTC Demands Honesty in Search Engine Results

- **Duostore.com**, July 8, 2002 [*French article*]
  Google monte toujours!

- **Silicon.com**, July 8, 2002
  Google's magic formula

- **TechWeb**, July 5, 2002
  IT Pro To Watch: Eric Schmidt

- **Technology Marketing**, July 1, 2002
  Marketers of the Year 2002: Sergey Brin

- **Business 2.0**, July 2002
  Top of the Heap

- **FastCompany**, July 2002
  How Google Searches Itself

- **Software Development**, July 2002
  Product Excellence Award: Google Groups

- **L'Atelier**, June 28, 2002 [*French article*]
  Indicateur NetBooster-Weborama de juin 2002

- **NetEconomie**, June 28, 2002 [*French article*]

Google fléchit de 3,19 points en juin 2002

- **Duostore.com**, June 28, 2002 [*French article*]
  Google: premier fléchissement d'audience

- **ComputerWeekly360**, June 27, 2002
  Google answers the future

- **PC World**, June 20, 2002
  Best of Today's Web

- **ZDNet**, June 21, 2002
  Internet app plug-ins

- **CNN.com**, June 19, 2002
  Quirky, quality sites get Webby

- **Financial Times Deutschland**, June 18, 2002 [*German article*]
  Google kommt ohne Börse aus

- **Internet Week**, June 18, 2002
  Google Takes Aim At The Enterprise

- **The Mercury News**, June 18, 2002
  The Webby Awards: Off-the-wall out, thoughtful is in

- **Le Monde**, June 17, 2002 [*French article*]
  Sergey Brin, cofondateur et président

- **ABCNews.com**, June 17, 2002
  Waiting for Google

- **InfoWorld**, June 17, 2002
  Google search appliance gains traction

- **Internet Week**, June 17, 2002
  Google Rolls Out Updated Search Appliance

- **C|NET News.com**, June 17, 2002
  Companies pick up Google appliance

- **Canadian Press**, June 15, 2002
  So you think you're a good Googler?

- **The Phoenix Business Journal**, June 14, 2002
  Duo leaves Internet world Google-eyed

- **AdAge Global**, June 13, 2002
  Web search engine Google sets up French ad sales

- **ZDNet.fr**, June 13, 2002 [*French article*]
  Google installe une antenne commerciale en France

- **AFP**, June 13, 2002 [*French article*]
  Google lance une tête de pont en France

- **Le Journal du Net**, June 13, 2002 [*French article*]
  Google ouvre sa structure française

- **ClickZ**, June 13, 2002
  Google Tops 'Search Hours' Ratings

- **The Saint Paul Pioneer Press**, June 10, 2002
  Search party: Search engines evolve

- **Wall Street Journal**, June 3, 2002 [*subscription required*]
  Web Searching With a Pro

- **PC World**, June 2002
  World Class 2002: Best Websites
  World Class 2002: Product of the Year

- **Yahoo! Internet Life**, June 2002
  Are You a Good Googler?

- **Fast Company**, June 2002
  The zeitgeist-o-meter

- **Technology Review**, June 2002
  2002 TR100: Young Innovators

- **C|NET News.com**, May 31, 2002
  Google takes top prize in its own contest

- **Wired News**, May 31, 2002
  Google's Search for Winner Ends

- **TimesOnline**, May 29, 2002
  Technobabble

- **FORTUNE**, May 27, 2002
  Looking For a Dot-Com Winner? Search No Further

- **The Register**, May 24, 2002
  Google Labs passes Borges test

- **Contra Costa Times**, May 21, 2002
  Dilbert tackles a new project: Google logo

- **C|NET News.com**, May 21, 2002
  Google ushers Web surfers into its labs

- **Internet.com**, May 21, 2002
  Google's Gaggle of New Goodies

- **ResearchBuzz**, May 21, 2002
  Google Opens Up Google Labs

- **Search Day**, May 21, 2002
  Google Tops In Search Hours Ratings

- **Internet.com**, May 20, 2002
  Google, Dilbert Team Up for a Logo Redesign

- **The Mercury News**, May 20, 2002
  Google to feature Dilbert sketches

- **C|NET News.com**, May 20, 2002
  Google doodles with Dilbert

- **SitePoint**, May 15, 2002
  Do YOU Need Google Answers?

- **Search Engine Watch**, May 13, 2002
  Google Tops In "Search Hours" Ratings

- **Washington Post**, May 12, 2002
  What Does Google Say About You?

- **USA TODAY**, May 12, 2002
  Thrill of hunt lures Google competitors

- **St. Petersburg Times**, May 11, 2002
  Google doodles to mark Dali's birthday

- **BBC**, May 10, 2002
  Article: Google is 'feeling lucky'
  Broadcast: Inside Google [*requires RealPlayer*]

- **BtoB**, May 6, 2002
  BtoB's Media Power 50

- **The Guardian**, May 6, 2002
  How Google got it so right

- **C|NET News.com**, May 6, 2002
  Search for Web services leads to Google

- **The Mercury News**, May 2, 2002
  Scientology, Google and the First Amendment

- **Philadelphia Daily News**, May 2, 2002
  We're still gaga over Google

- May 1, 2002 (view all articles)
  **Google to power AOL search and sponsored links**

Google Press Center: Media Coverage    Page 19 of 20

- **O'Reilly Network** , April 30, 2002
  Google's Genius

- **USA Weekend**, April 28, 2002
  Is someone Google-ing you?

- **Punto Informatico**, April 23, 2002 [*Italian article*]
  Google ora risponde di persona

- **InfoWorld**, April 22, 2002
  Google, Dave, and Ozzie

- **Search Day**, April 22, 2002
  Google's Newest Technology

- **Internet.com**, April 19, 2002
  Google Selling Answers

- **USA TODAY**, April 19, 2002
  Google: Reigning champ of the online search

- **ABC World News Tonight**, April 17, 2002
  Article: Secret of Web Success
  Video: Secret of Web Success [*requires RealPlayer*]

- **C|NET News.com**, April 17, 2002
  Developers dig into Google's toolbox

- **Portel**, April 16, 2002 [*Italian article*]
  Google cresce su basi solide

- **C|NET News.com**, April 15, 2002
  Study: Most Web surfers use Google

- **NewsFactor Network**, April 15, 2002
  Google Releases Beta Web APIs

- **InfoWorld**, April 11, 2002
  Google unveils Web search engine query API

- **O'Reilly Network**, April 11, 2002
  Google Web API

- **DaveNet**, April 11, 2002
  Google is just the juice

- **Forbes.com**, April 10, 2002
  Perpetual Motion Lives

- **WIRED** April 8, 2002
  Introduction: Wanna Bet?
  Feature: Airline passengers will fly in pilotless planes by 2030

- **NPR**, April 1, 2002
  Googling

- **Entrepreneur Magazine**, April 2002
  Ga-Ga for Google

- **International Herald Tribune**, March 27, 2002
  Interview With Chairman and CEO of Google

- **Internet.com**, March 25, 2002
  Google's New High Protein Diet

- **Newsweek**, March 25, 2002
  Google: Stay focused

- **Korea Herald**, March 22, 2002
  Computer artist doodles oodles of 'Google's

- **ZDNet**, March 22, 2002
  Can Google's toolbar unlock genes?

- **C|NET News.com**, March 14, 2002
  Google tests news search site

- **SearchDay**, March 14, 2002
  Google Launches News Search Beta

- **Internet.com**, March 12, 2002
  No, Google Hasn't Sold Out

- **O'Reilly Network**, March 8, 2002
  How I Learned to Stop Worrying

- **Search Engine Report**, March 4, 2002
  Up Close With Google AdWords

- **Search Engine Report**, March 4, 2002
  Google Enters Enterprise Search Space

- **The Tampa Tribune**, March 3, 2002
  Google Programmer Creates Buzz

- **The Sacramento Bee**, March 1, 2002
  Going Google

- **InfoWorld**, February 27, 2002
  Top ten technology innovators: Larry Page and Sergey Brin

- **ClickZ**, February 22, 2002
  Media Buyers: Will Google Put You Out of Business?

- **The New York Times**, February 21, 2002

Google Adds Ad Option

- **The Wall Street Journal**, February 20, 2002 [*subscription required*]
  Google Unveils New Program

- **Bloomberg**, February 20, 2002
  Overture Shares Fall After Google Introduces New Pricing Plan

- **Traffick**, February 20, 2002
  Pass Out the Cigars for Google's New Baby: AdWords Select

- **Search Engine Watch**, February 20, 2002
  Google Launches AdWords Select

- **Newsbytes**, February 20, 2002
  Google Ups The Pay-Per-Click Advertising Ante

- **AdWeek**, February 20, 2002
  Google Enhances Ad Offering

- **Information Today**, February 18, 2002
  Google Unveils New Server Appliance

- **CNN.com**, February 16, 2002
  Search engines with less search, more find

- **C|NET News.com**, February 14, 2002
  2002 Search Site Olympics

- **Computerworld**, February 13, 2002
  Google unveils 'search appliance'

- **Search Engine Watch**, February 11, 2002
  Google in a Box

- **C|NET News.com**, February 11, 2002
  Google aims search device at companies

- **InfoWorld**, February 11, 2002
  Google pushes search in a box

- **The Wall Street Journal**, February 11, 2002 [*subscription required*]
  Google Offers Device, Software To Help Firms Search Archives

- **Heise.de**, February 11, 2002 [*German article*]
  Die Google-Box fürs Intranet

- **WIRED News**, February 7, 2002
  Google Down on Pop-Up Sneaks

- **C|NET News.com**, February 6, 2002
  Got code? Google's got cash

- **Search Engine Watch**, February 6, 2002
  2001 Search Engine Watch Awards

- **ResearchBuzz**, February 6, 2002
  Google Launches Programming Contest

- **ZDNet**, February 6, 2002
  Google: Help wanted

- **The Boston Globe**, February 4, 2002
  Talking Search Technology

- **WebTalkGuys Radio Show**, February 4, 2002
  What's In and Out at Google's Zeitgeist?

- **Business 2.0**, February 2002
  Google Hires a Grown-Up

- **ClickZ**, January 30, 2002
  Defining Search Technology

- **Search Day**, January 30, 2002
  Google: We Don't Do Pop-Ups

- **C|NET News.com**, January 29, 2002
  Google distances itself from pop-ups

- **WebUser**, January 29, 2002
  Google goes mail-order

- **ComputerWorld**, January 28, 2002
  Google, Palm look for answers to IT business problems

- **The Observer**, January 27, 2002
  Why Google just leaves everybody goggling

- **NewsFactor Network**, January 22, 2002
  Does Google Hold the Key to the Internet Kingdom?

- **The Washington Post**, January 18, 2002
  Your Search For an Engine Stops With Google

- **The Guardian**, January 17, 2002
  Seeking search engine perfection

- **ZDNet.de**, January 16, 2002 [*German article*]
  Web.de setzt auf Google

- **Golem.de**, January 16, 2002 [*German article*]
  Web.de sucht mit Google

- **The New Zealand Herald**, January 15, 2002

Google big daddy of search engines

- **PC Magazine**, January 15, 2002
  Best of 2001: Google Toolbar

- **InformationWeek**, January 14, 2002
  Web Site of the Week: Google Usenet Archive

- **The Detroit Free Press**, January 13, 2002
  Netwatch: What everybody else is doing online

- **Silicon Valley/San Jose Business Journal**, January 11, 2002
  Google offers a glimpse into cultural zeitgeist

- **USA TODAY**, January 8, 2002
  Google's HQ provides blast from Silicon Valley past

- **Milwaukee Journal Sentinel**, January 8, 2002
  Google revisits good ol' catalog days

- **Search Engine Watch**, January 7, 2002
  Google Gets Bigger, Fresher, Offers Better News

- **IT-Director.com**, January 7, 2002
  Google's Glory: A Hymn of Praise

- **The Washington Post**, January 6, 2002
  A Personal Stock

- **The Hollywood Reporter**, January 4, 2002
  Google search turns up year's most wanted

- **Darwin**, January 3, 2002
  Possum Sites

- **afterdawn.com**, January 2, 2002
  Google's 2001 Zeitgeist chart for MP3 services

- **Internet Watch**, January 2, 2002 [*Japanese article*]
  Google Headline News

- **CBS Marketwatch**, January 1, 2002
  It was a wonderful year, after all

- **ON Magazine**, January 2002
  2001 ON List

If you have seen coverage that we don't have listed here, please contact us.
Thanks!

©2005 Google - **Home** - **About Google** - **We're Hiring** - **Site Map**

Case 0:05-cv-80387-KLR   Document 5   Entered on FLSD Docket 08/10/2005   Page 89 of 141



Google Press Center: Media Coverage

 **Press Center**

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

## 2003 Press Mentions

- **Time**, December 29, 2003
  Google's Guide To The Universe

- **DMNews**, December 22, 2003
  Google's AdSense Adds 5 Languages
  (REGISTRATION REQUIRED)

- **C|NET News.com**, December 15, 2003
  Google delivers parcel search

- **Government Computer News**, December 5, 2003
  Intelligence networks go for Google

- **PC World**, November 26, 2003
  I Search, Therefore I Google

- **USA TODAY**, November 17, 2003
  Deskbar seeks in small space

- **The San Jose Mercury News**, November 15, 2003
  Google puts coders to the test

- **The Associated Press**, November 7, 2003
  Google Unveils Web-Searching Software

- **C|NET News.com**, November 6, 2003
  Google tests desktop search

- **The New York Times**, November 3, 2003
  Measuring Online Ad Effectiveness (REGISTRATION REQUIRED)

- **The Washington Post**, October 30, 2003
  To Place Ads, Google Searches For Best Bidders

- **DMNews.com**, October 27, 2003
  Google Buys Sprinks, Inks About.com Partnership

- **Internet.com**, October 21, 2003
  Google Further 'Defines' Search

- **The Wall Street Journal**, October 16, 2003
  Seeking Growth, Google Acts Like an Ad Agency (REGISTRATION
  REQUIRED)

- **AdWeek**, October 14, 2003
  Google Enhances AdWords Program

**More Coverage**

2004
2003
2002
2001
2000
1999
1998

- **The San Jose Mercury News**, October 14, 2003
  Google sponsoring coder contest

- **AdAge**, October 13, 2003
  Internet Search Engine Advertising Shows Major Gains

- **C|NET News.com**, October 9, 2003
  Google bolsters advertising tools

- **InternetNews.com**, October 9, 2003
  Google Rolls Out Keyword Conversion Tool

- **Search Engine Watch**, October 8, 2003
  AOL Renews With Google

- **The New York Times**, October 8, 2003
  Technology Briefing: Internet (REGISTRATION REQUIRED)

- **C|NET News.com**, October 8, 2003
  AOL expands Google search pact

- **CIO**, October 1, 2003
  Seek and Ye Shall Find

- **Inc.**, Ellen Neuborne, Oct. 2003
  Finding the Right Keyword

- **C|NET News.com**, September 30, 2003
  Google to power Terra Lycos U.S. ads

- **The Orange County Register**, September 29, 2003
  Small firms go ga-ga for Google (REGISTRATION REQUIRED)

- **InternetNews.com**, September 26, 2003
  Google Plants Flag in Spain, Hits 150K Advertisers

- **C|NET News.com**, September 25, 2003
  Google hits advertiser milestone

- **Business 2.0**, October 2003
  How to Get Them Buzzing to Your Site

- **C|NET News.com**, September 23, 2003
  Google tests local search

- **C|NET News.com**, September 17, 2003
  Google seeking a few good code jockeys

- **Inman News**, September 17, 2003
  Hey baby, Google me some leads

- **C|NET News.com**, September 10, 2003

Blogger bucks premium-services trend

- **National Public Radio**, September 5, 2003
  Science Friday with Ira Flatow

- **Online Journalism Review**, September 3, 2003
  Google News Finally Makes the Grade

- **USA TODAY**, August 25, 2003
  The Search Engine That Could

- **InternetNews.com**, August 25, 2003
  Switchboard Rolls Out Paid Link Program

- **MediaPost**, August 21, 2003
  Consumers Rate Online Search, Portals, and News

- **The Washington Post**, August 16, 2003
  Google Searches the Web And Does Math Homework

- **eContent Magazine**, August 15, 2003
  Google Adds New Features To Search Toolbar; Announces
  Customer Wins

- **C|NET News.com**, August 13, 2003
  Google's math

- **InternetNews.com**, August 13, 2003
  Google Officially Releases Toolbar Update

- **Reuters**, August 12, 2003
  Google announces corporate search customers

- **InternetNews.com**, August 12, 2003
  Google Grabs Enterprise Customers

- **Poynter.org**, August 7, 2003
  Google's New News Alerts

- **C|NET News.com**, August 7, 2003
  Google ads now self-serve

- **The New York Times**, August 4, 2003
  If You Liked the Web Page, You'll Love the Ad

- **InternetNews.com**, July 23, 2003
  Google, Weather.com Ink Content-Ad Deal

- **The Associated Press**, July 21, 2003
  Google Gets Newsier

- **Newsweek**, July 7, 2003

Tech: The Net's Cool Tool

- **Time Europe**, July 1, 2003
  Global Tech Gurus: Google - Omid Kordestani

- **The Associated Press**, June 26, 2003
  Google Puts Gadgets in Browser Toolbar

- **C|NET News.com**, June 23, 2003
  MapQuest finds place for Google

- **The National Post**, June 23, 2003
  Ensure your Internet image is up-to-date

- **Boston Globe**, June 23, 2003
  Seeing beyond the obvious at Google

- **InternetNews.com**, June 23, 2003
  Google, MapQuest in Keyword-Ad Deal

- **NPR (National Public Radio)**, June 21, 2003
  Google: A Dot-Com Success Story

- **The Wall Street Journal**, June 18, 2003
  Google Plans to Expand Delivery of Ads to Sites   (SUBSCRIPTION REQUIRED)

- **E-Commerce Times**, June 18, 2003
  Google as New Enterprise Superstar

- **Wired**, June 10, 2003
  The Wired 40

- **Business 2.0**, June 2003
  Putting Online Ads in Context

- **Editor & Publisher**, June 6, 2003
  Google, BBC Win Webby Awards

- **Reuters**, June 5, 2003
  Google to Sell Paid Listings on Lycos Europe Portal

- **InternetNews.com**, June 3, 2003
  Google Inks Paid Listings Deal with AOL Canada

- **Internet Retailer**, May 28, 2003
  Google AdWords boost click-throughs and conversions for Performics clients

- **InternetNews.com**, May 21, 2003
  Google Reduces Minimum Bid on Some Keywords

- **C|NET News.com**, May 16, 2003
  Ask Jeeves UK to get Google links

- **The Register**, May 16, 2003
  Ask Jeeves: Why did you junk Espotting for Google?

- **Internet Magazine**, May 16, 2003
  Ask Jeeves to use Google sponsored links

- **KeralaNext.com**, May 13, 2003
  Google unveils India news service

- **The New York Times**. May 12, 2003
  Google Hiring Engineers for a New York Office

- **C|NET News.com**, May 12, 2003
  Google News Canada debuts

- **eCommerce Times**, May 12, 2003
  Google Branches Out Again with Overseas News

- **The Globe and Mail**, May 12, 2003
  Google News Canada debuts

- **InternetNews.com**, May 12, 2003
  Thinking Global, Google News Goes Local

- **ZDNet Australia**, May 12, 2003
  Google launches Australian news service

- **NEWS.com.au**, May 12, 2003
  Google News goes local

- **Stuff**, May 12, 2003
  Google News Kiwi-style

- **NetImperative**, May 12, 2003
  Google launches UK news service

- **ZDNet UK**, May 12, 2003
  Google launches UK news service

- **Business Standard**, May 9, 2003
  Succeeding at failure

- **Forbes**, May 7, 2003
  All Eyes on Google

- **MMS Online**, May 6, 2003
  Searching For The Right Information

- **eWeek**, May 5, 2003

Search Engine as OS

- **MediaPost**, May 5, 2003
  Google Named Top 5 B2B Media Property

- **The San Jose Mercury News**, May 4, 2003
  Part I: Inside Google
  Part II: Online advertisers find what they need at Google
  Part III: An engine of change

- **BtoB**, May 4, 2003
  Media Power 50

- **PC Magazine**, May 1, 2003
  How to Find Anything Online

- **The Guardian**, May 1, 2003
  Appliance of Google's science

- **C|NET News.com**, April 29, 2003
  'New' rating confirms Google's crown

- **TheStreet.com**, April 28, 2003
  Google Making More Inroads on Overture

- **AdAge**, April 27, 2003
  Google: The World's Foremost Information Provider

- **ClickZ**, April 25, 2003
  Google AdWords: Best Practices

- **InfoWorld**, April 24, 2003
  Google buys Applied Semantics

- **C|NET News.com**, April 23, 2003
  Google snaps up Applied Semantics

- **Internet.com**, April 23, 2003
  Google Scoops Up Applied Semantics

- **Reuters**, April 23, 2003
  Google acquires information software provider

- **San Francisco Business Times**, April 23, 2003
  Google finds new acquisition

- **The News-Gazette**, April 23, 2003
  Tech chief says Google looking into the future

- **The News & Observer**, April 23, 2003
  For efficient searching, stick to Google

- **International Herald Tribune**, April 21, 2003
  Tips and tricks for Google geeks

- **Las Vegas Sun**, April 21, 2003
  Gaga for google: Search engine satisfies that seeking feeling

- **The New York Times**, April 13, 2003
  In Searching the Web, Google Finds Riches

- **Cox News Service**, April 11, 2003
  Google, an Indispensable Web Tool, Expands as It Looks to the
  Future

- **SFGate.com**, April 9, 2003
  Declaring my love for Google

- **The Mercury News**, April 4, 2003
  Google to provide paid listings to Amazon

- **InfoWorld**, April 3, 2003
  Amazon licenses Google technology

- **Technology Marketing**, April 3, 2003
  Amazon Signs with Google for Search Technology

- **Internet.com**, April 3, 2003
  Google Inks Amazon to Comprehensive Search Deal

- **C|NET News.com**, April 3, 2003
  Amazon signs search deal with Google

- **E-Commerce Times**, April 3, 2003
  Google Inks Search and Ad Deal with Amazon

- **CBS MarketWatch**, April 3, 2003
  Amazon.com taps paid search

- **Fortune**, March 31, 2003
  In the Hands of Geeks, Web Advertising Actually Works

- **C|NET News.com**, March 31, 2003
  SportsLine's new teammate: Google

- **reveries.com**, March 31, 2003
  An Interview with Tim Armstrong

- **The Honolulu Advertiser**, March 25, 2003
  Go beyond a Google search

- **NEWS.com.au**, March 24, 2003
  Google ramps up Australian presence

- **Sydney Morning Herald**, March 24, 2003
  Google teams up with Fairfax

- **Internet.com**, March 20, 2003
  Google Signs Search Deal With Top Korean Portal

- **C|NET News.com**, March 19, 2003
  Google broadens search overseas

- **The Korea Times**, March 19, 2003
  Google Joins With Daum for Internet Search

- **Stanford Report**, March 19, 2003
  Google becomes university's official search engine

- **National Post**, March 18, 2003
  Agog over Google

- **FastCompany**, March 17, 2003
  How Google Grows...and Grows...and Grows

- **Revolution**, March 14, 2003
  Google offers search and sponsored results to Disney

- **ElectricNews.net**, March 12, 2003
  Google finds Dublin to its liking

- **C|NET News.com**, March 10, 2003
  Disney passes Go.com to Google

- **San Jose Business Journal**, March 10, 2003
  Google to search for Mickey Mouse

- **Internet.com**, March 10, 2003
  Google in Search Deal with Disney Sites

- **Washington Post**, March 9, 2003
  Relevant Ads No Illusion, Google Says

- **Internet Magazine**, March 5, 2003
  Google expands online advertising service

- **The Street**, March 5, 2003
  Google Grabbing at Content-Based Ad Market

- **DMNews**, March 5, 2003
  Google: You Ain't Seen Targeting Like This Before

- **The Mercury News**, March 5, 2003
  Google expands with advertising links tied to Web content

- **C|NET News.com**, March 4, 2003

Google swings its partners into new ads

- **Search Engine Watch**, March 4, 2003
  Google Throws Hat into the Contextual Advertising Ring

- **Forbes**, March 4, 2003
  Google introduces new program to sell online ads

- **Wired News**, March 4, 2003
  It All Ads Up for Google

- **Workforce**, March 3, 2003
  At Google, the Proof Is in the People

- **Forbes**, February 21, 2003
  The Making Of A $2 Billion Brand

- **Business 2.0**, February 19, 2003
  Bloggle

- **New York Times**, February 18, 2003
  Google Deal Ties Company to Weblogs

- **InfoWorld**, February 18, 2003
  Google snaps up blog company

- **Online Journalism Review**, February 18, 2003
  Google + Blogger = Mainstream Weblog Acceptance?

- **ElectricNews.net**, February 18, 2003
  Google buys blog pioneer

- **The Guardian**, February 17, 2003
  Google gets Blogger and better

- **Internet.com**, February 17, 2003
  Google Acquires Blog Software Firm

- **The Mercury News**, February 16, 2003
  Google buys Pyra in big boost for blogging

- **UPI**, February 11, 2003
  Google King of the Branding Hill

- **Internet.com**, February 11, 2003
  Google Named Brand of the Year

- **intern.de**, February 11, 2003 [*German article*]
  Google ist Marke des Jahres

- **Boston Globe Sunday Magazine**, February 2, 2003
  A Nation of Voyeurs

- **PC World**, January 28, 2003
  Souped-Up Searches

- **Information Week**, January 22, 2003
  City Ogles Google Impact

- **01net**, January 22, 2003 [*Italian article*]
  Google in Italia amplia partnership e servizi

- **Information Week**, January 20, 2003
  Search On

- **PoynterOnline**. January 17, 2003
  Google's Toolbar

- **Search Engine Showdown**, January 16, 2003
  Google Dominates New Size Showdowns

- **Indiana Daily Student**, January 16, 2003
  Have you been Googled lately?

- **PC World**, January 10, 2003
  Useful Sites for Busy People

- **PC World**, January 10, 2003
  Gaga Over Google Games

- **Inside Out Marketing**, January 10, 2003
  Are You Ready To Froogle?

- **The Mercury News**, January 9, 2003
  Apple launches this season's collection

- **Dot Journalism**, January 8, 2003
  Google News performing well

- **TIME**, January 3, 2003
  Buying Online? Be Froogle



©2005 Google - Home - About Google - We're Hiring - Site Map

 **Press Center**

## Media Coverage

**More Coverage**

2004
2003
2002
2001
2000
1999
1998

Home

About Google

**Press Center**

**Media Resources**
Press Releases
Images and B-roll
**Media Coverage**
Case Studies
Permissions

**Corporate Overview**
Fast Facts
History
Timeline
Executive Bios
Awards

**Products & Technology**
Product Descriptions
Reviewer's Guides
Technology Overview
Google Labs

**Financial Info**
Investor Relations

**Corporate Citizenship**
Governance
Software Principles
Privacy Policy

- **WashingtonPost.com**, December 15, 2004
  Google – 21st Century Dewey Decimal System

- **The Washington Post**, December 15, 2004
  Google Announces Library Deal
  (REGISTRATION REQUIRED)

- **The Wall Street Journal**, December 14, 2004
  Google Goes to College (REGISTRATION REQUIRED)

- **Fortune Magazine**, December 13, 2004
  Are These Guys For Real?

- **C|NET News.com**, December 10, 2004
  Google offers a suggestion

- **Associated Press**, December 2, 2004
  Google Enhances Discussion Groups

- **ClickZ**, November 24, 2004
  Google Scholar Offers Access to Academic Information

- **The New York Times**, November 18, 2004
  Google Plans New Service for Scientists and Scholars (REGISTRATION REQUIRED)

- **The Wall Street Journal**, November 18, 2004
  Google to Launch Scholarly Search
  (REGISTRATION REQUIRED)

- **MediaPost**, November 17, 2004
  Buy.com Buys Into Google AdSense Program

- **The Wall Street Journal**, November 16, 2004
  Close to Home (REGISTRATION REQUIRED)

- **C|NET News.com**, November 11, 2004
  Google cozies up to ad agencies

**Press Quotes**

"But Google's still alive and kicking precisely because, underneath its goofy decor, it has always hewed to the conservative business approach that is now gospel...That's allowed Google today to expand its work force, stabilize its advertising base, contemplate new projects, add customers and breathe pretty easy in the dour atmosphere of the tech world. "
- *Kara Swisher*
**The Wall Street Journal**

"In the mid-1990s, two Stanford graduate students, Sergey Brin and Lawrence Page, thought that a mathematical study of the relationships among Web sites could produce much more efficient searches than the brute-force indexing techniques then being used. Their studies led to the creation of Google, by far the most

- **MediaPost**, October 29, 2004
  BellSouth Strikes Deal To Resell Google's AdWords

- **The Wall Street Journal**, October 27, 2004
  Google Acquires Keyhole (REGISTRATION REQUIRED)

- **C|NET News.com**, October 27, 2004
  Google buys satellite image firm Keyhole

- **The New York Times**, October 21, 2004
  Google Takes On Your Desktop (REGISTRATION REQUIRED)

- **The Wall Street Journal**, October 18, 2004
  Google Looks to Conquer Our Humpty Dumpty Desktop (REGISTRATION REQUIRED)

- **The Wall Street Journal**, October 15, 2004
  Google Software to Search PCs Takes Aim at Microsoft's Turf (REGISTRATION REQUIRED)

- **The Washington Post**, October 15, 2004
  Google's New Tool Brings Search Home (REGISTRATION REQUIRED)

- **The San Jose Mercury News**, October 15, 2004
  Google unveils personal search

- **C|NET News.com**, October 14, 2004
  Google to unveil desktop search

- **E-Commerce Times**, October 10, 2004
  Google Searches Go Mobile in US

- **The Los Angeles Times**, October 8, 2004
  Google Expands Horizons With Books (REGISTRATION REQUIRED)

- **The Wall Street Journal**, September 30, 2004
  Google Wants to See Your Scores (REGISTRATION REQUIRED)

- **ClickZ**, September 23, 2004
  Google Gets Local in Canada

- **Business 2.0**, September 20, 2004
  Google's Gmail Ads Hit the Mark

- **MediaPost**, September 15, 2004
  Google Updates Local Match

---

effective commercial search tool available."
- *Stephen H. Wildstrom*
**BusinessWeek**

"Google the Great – Librarians said that the best overall Web search engine is probably www.google.com. It's lightning quick and brings you lots of suggestions."
**The Washington Post**

"Google is a blessing. Google has lately changed my life. I now grab acquaintances by the lapels and carry on about Google until they swear they are converted simply to be rid of me."
- *Eric Zorn*
**Chicago Tribune**

"Now I can't even remember the last time I bothered to use a different search site on my own time – Google is usually too accurate to bother going elsewhere. And its nearly ad-free design also makes it much faster to use than any competitor."
- *Rob Pegoraro*
**The Washington Post**

"Privately held Google runs a search engine. It's one of the most beloved entities on the Internet and one of the few pure-

- **ITWorld.com**, September 4, 2004
  Google News launches Japanese, Korean versions

- **eContent**, August 11, 2004
  Local Ad Revenues: Google Delivers Pizza

- **Traffick.com**, July 20, 2004
  A Critical Mass of Advertisers Makes Contextual Ads More Relevant

- **C|NET News.com**, July 18, 2004
  Google picks up photo management firm

- **ClickZ**, July 18, 2004
  Google Acquires Picasa

- **C|NET News.com**, July 9, 2004
  Google recruits eggheads with mystery billboard

- **DMNews**, July 9, 2004
  Google Tweaks AdWords Targeting (REGISTRATION REQUIRED)

- **Washington Post**, June 24, 2004
  Following a Rich Tradition (REGISTRATION REQUIRED)

- **New York Times**, June 13, 2004
  How Google Took the Work Out of Selling Advertising (REGISTRATION REQUIRED)

- **Federal Computer Week**, June 7, 2004
  New Role for Google

- **New York Times**, June 6, 2004
  What Is Google's Secret Weapon? An Army of Ph.D.'s (REGISTRATION REQUIRED)

- **PC World**, June 3, 2004
  Web-Based E-Mail; Gmail: Google's E-Mail Winner

- **Wall Street Journal**, June 2, 2004
  Google to Upgrade Software Packages (REGISTRATION REQUIRED)

- **Washington Post**, June 2, 2004
  Google Releases Faster Search System for Organizations (REGISTRATION REQUIRED)

- **PC World**, May 26, 2004
  Test Drive of Google's Gmail

Internet firms that's profitable. Google is so fast and accurate, it is used by millions of viewers of Who Wants To Be A Millionaire. Google's statistics show spikes in usage after each question."
- *Kevin Maney*
**USA TODAY**

"A profitable dot.com is a rare thing. For one founded only in late 1998, and - worse - a dot.com that includes advertising as one half of its business plan, Google's progress is a feat. But then it could be argued that Google has been flying in the face of conventional wisdom since its launch."
- *Neil McIntosh*
**The Guardian**

"Beyond its awesome technology -- searching three billion pages in under a second strips the scales at which human understanding works – it over and over again reminds us why the Web is so cool. From the wry humor that imbues their voice to the constant innovation to the straightforward way they handle ads, the people at Google get it right."
- *David Weinberger*
**Darwin**

- **New York Times**, May 20, 2004
  To Woo Impatient Novices, Google Tweaks
  Its Blogger (REGISTRATION REQUIRED)

- **C|NET News.com**, May 19, 2004
  Google defines good manners for adware

- **PC World**, May 19, 2004
  Is Gmail the Hotmail Killer?

- **New York Times**, May 13, 2004
  Google Mail: Virtue Lies in the In-Box
  (REGISTRATION REQUIRED)

- **Washington Post**, May 13, 2004
  Gmail Leads Way in Making Ads Relevant

- **Wall Street Journal**, May 13, 2004
  Google Is Testing Ads With Images On
  Others' Sites

- **PC World**, May 11, 2004
  Google Unleashes Updated Blogger

- **Rediff.com**, May 6, 2004
  Krishna Bharat to head Google's Bangalore
  centre

- **San Diego Union-Tribune**, May 3, 2004
  Google's New Gmail

- **San Jose Mercury News**, April 27, 2004
  His art for search engine is among most
  widely viewed in the world

- **Business Week**, April 18, 2004
  Google: Beyond the Hype

- **Salon.com**, April 15, 2004
  Read My Mail, Please

- **C|NET News.com**, April 15, 2004
  Google to target Web surfers by city

- **Detroit News**, April 4, 2004
  Retailers jockey for Google spots

- **USA Today**, April 1, 2004
  Google sets up e-mail - make that, Gmail

- **NBC News**, April 1, 2004
  Silicon Valley: jobs on the rebound?

"First, Google's simple home page loads instantly without annoying ads; and second, the uncanny accuracy of the search results. In oh-so-simple terms, Google's technology uses links to a site to rank its importance and relevance. In effect, the Web itself dictates the most useful sites. I often found what I needed in the first three sites listed."
*- Stephanie Schorow*
**Boston Herald**

"Google is the little search engine that could. Since its launch in September 1998, this brainchild of two Stanford University doctorate students has chugged past well-funded giants in the field and into the hearts of Internet information seekers worldwide."
*- Doug Bedell*
**The Dallas Morning News**

"Google is the world's greatest Internet search engine, and it's free! Yet the company makes profits. How's that for a business model?"
*- Paul Sheehan*
**Sydney Morning Herald**

"Is there one Web site so essential that your life would become really

Google Press Center In the News

- **San Jose Mercury News**, March 30, 2004
  Google tool enables personalized searches

- **Newsweek**, March 29, 2004
  All Eyes on Google

- **New York Times**, March 25, 2004
  Talking With the Googlers

- **New York Times**, March 14, 2004
  In Searching We Trust (REGISTRATION
  REQUIRED)

- **ZDNet**, March 12, 2004
  How do I love Google? Let me count the
  ways

- **ABC.com**, February 20, 2004
  Person of the Week: The Google Guys

- **Wall Street Journal**, February 18, 2004
  Google Adds More Pages to Index
  (REGISTRATION REQUIRED)

- **USA TODAY**, February 18, 2004
  Google eyes a gaggle of sites

- **USA TODAY**, February 4, 2004
  For Google, many retailers eagerly jump
  through hoops

- **C|NET News.com**, February 3, 2004
  Google continues reign as top brand

- **PC Magazine**, January 20, 2004
  Google Toolbar

- **Traffick.com**, January 13, 2004
  Froogle Reaches One-Year Milestone

- **Wall Street Journal**, January 13, 2004
  Google Expands Search Features
  (REGISTRATION REQUIRED)

- **Search Engine Watch**, January 7, 2004
  2003's Most Wanted Search Terms

difficult if it disappeared? There is for me, and I think the answer is the same for you. That site is Google. Google, launched in 1998, is the cleanest, simplest, and fastest search site yet created."
- *Dana Blankenhorn*
**ClickZ**

"At a time when most Internet companies are holding morbid meetings to dole out pink slips, privately held Google remains unruffled by the market turmoil. Over the last three years, the proudly geekish company has quietly built its search engine into the world's 16th-most-visited Web site, according to research company Jupiter Media Metrix."
- *Ben Elgin*
**Business Week**

"Is there anything Google can't find? In February the popular search engine announced that it had started indexing millions of portable document format files (identifiable by the suffix .pdf). Now the company has launched Google Image Search, a nifty new tool that lets you search for the pictures embedded in Web pages."
- *Andrew Zipern*
**The New York**

**Times**

"Since its 1998 launch, Google has kept search front and centre, with a barebones Web site, a constantly updated index of a whopping 1.3 billion Web pages, and technology that helps bring more relevant information to the top of its search-result lists."
- *Andy Riga*
**Montreal Gazette**

"One key factor in Google's success is its elegant simplicity. As the big search engines turned themselves into feature-laden portals, their home pages became a mish-mash of links, news, stock prices, banner ads, and you name it."
- *Bob Schneider*
**Smart Computing**

"My favorite is the Google Toolbar, which incorporates the power of what is hands-down the best search service on the Web directly into Microsoft Internet Explorer for Windows."
- *Stephen H. Wildstrom*
**Business Week**

"Despite a softening ad market and widespread skepticism about the effectiveness of Internet advertising-- consider Yahoo's decline--Google's text-only ad

business is a hit with customers."
*- Deborah Branscum*
**FORTUNE.com**

"...Google, which is simply the best search site I've ever used. Google (www.google.com) is an invaluable asset in navigating through the vast ocean of material on the Web."
*- Walter S. Mossberg*
**The Wall Street Journal**

...unlike the many start-ups whose "innovation" was simply a different business model-Let's sell toothpaste, but on the Internet!-Google had an innovation, rooted in new technology, that constituted a genuine change from what was available elsewhere."
*- James Fallows*
**The Atlantic Monthly**

"In just two years, Google has gone from a college project to one of the fastest-growing brands on the Internet. The engine's ability to search quickly and efficiently has had made it a huge hit with techies and newbies alike."
*- Joseph Gallivan*
**The New York Post**

©2005 Google - Home - About Google - We're Hiring - Site Map





TO REORDER CALL 954-846-9399



RECYCLED PAPER





**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Aug 5 04:18:15 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | GOOGLES |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: children's books. FIRST USE: 19940600. FIRST USE IN COMMERCE: 19960600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 020501 020524 270101 |
| **Serial Number** | 75150767 |
| **Filing Date** | August 2, 1996 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 20, 1997 |
| **Registration Number** | 2087590 |
| **Registration Date** | August 12, 1997 |
| **Owner** | (REGISTRANT) Googles Children's Workshop, Inc., The CORPORATION NEW JERSEY P.O. Box 60210 Potomac MARYLAND 208590210 |
| | (LAST LISTED OWNER) SILVERS, STEVEN A. INDIVIDUAL UNITED STATES 3741 N.E. 163RD STREET SUITE 325 NORTH MIAMI BEACH FLORIDA 33160 |
| **Assignment** | ASSIGNMENT RECORDED |

| | |
|---|---|
| **Recorded** | |
| **Attorney of Record** | IRA C. EDELL |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

TO REORDER CALL 954-846-9399



RECYCLED PAPER



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 75150767    **Filing Dt:** 08/02/1996    **Reg #:** 2087590    **Reg. Dt:** 08/12/1997

**Registrant:** Googles Children's Workshop, Inc., The

**Mark:** GOOGLES

**Assignment: 1**

**Reel/Frame:** 2899/0701    **Received:** 07/22/2004    **Recorded:** 07/22/2004    **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** GOOGLES CHILDREN'S WORKSHOP, INC., THE        **Exec Dt:** 05/18/1999

                                                              **Entity Type:** CORPORATION

                                                              **Citizenship:** NEW JERSEY

**Assignee:** SILVERS, STEVEN A.        **Entity Type:** INDIVIDUAL

           3741 N.E. 163RD STREET        **Citizenship:** UNITED STATES

           SUITE 325

           NORTH MIAMI BEACH, FLORIDA 33160

**Correspondent:** COWAN, LIEBOWITZ & LATMAN, P.C.

                DEBRORAH K. SQUIERS

                1133 AVENUE FO THE AMERICAS

                NEW YORK, NY 10036-6799

Search Results as of: 08/05/2005 01:16 PM

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Details

**Reel/Frame:** 2899/0701     **Received:** 07/22/2004     **Recorded:** 07/22/2004     **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Total properties: 1**

| 1 | **Serial #:** 75150767 | **Filing Dt:** 08/02/1996 | **Reg #:** 2087590 | **Reg. Dt:** 08/12/1997 |

**Mark:** GOOGLES

**Assignor**

1   GOOGLES CHILDREN'S WORKSHOP, INC., THE

**Exec Dt:** 05/18/1999
**Entity Type:** CORPORATION
**Citizenship:** NEW JERSEY

**Assignee**

1   SILVERS, STEVEN A.
    3741 N.E. 163RD STREET
    SUITE 325
    NORTH MIAMI BEACH, FLORIDA 33160

**Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

**Correspondence name and address**

    COWAN, LIEBOWITZ & LATMAN, P.C.
    DEBRORAH K. SQUIERS
    1133 AVENUE FO THE AMERICAS
    NEW YORK, NY 10036-6799

Search Results as of: 08/05/2005 01:17 PM
If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 703-308-9723

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

TO REORDER CALL 954-846-9399





RECYCLED PAPER





# New Jersey State Business Gateway Service
## Corporate and Business Information Reporting

## Business Entity Status Report

**Printing Instructions:** Open your Browser's Page Setup menu and set your page margins to 0.25". Use your Browser's Print option to print the report as seen on screen.

**Saving Instructions:** Save this file to your hard drive for later viewing by using the Browser's "Save As" function.

**All available information is displayed.**

Status Report for: THE GOOGLES CHILDREN'S WORKSHOP, INC.

| | |
|---|---|
| **Business Name:** THE GOOGLES CHILDREN'S WORKSHOP, INC. | **Report Date:** 11/16/2004 |
| **Business ID Number:** 0100599561 | **Transaction Number: Sequence:** 677251: 1 |

**Business Type:** DOMESTIC PROFIT CORPORATION

**Status:** DISSOLVED WITHOUT ASSETS

| | |
|---|---|
| **Filing Date:** 08/24/1994 | **Home Jurisdiction:** NJ |
| **Status Change Date:** 10/22/1997 | **Stock Amount:** 100 |
| **DOR Suspension Start Date:** | **DOR Suspension End Date:** |
| **Tax Suspension Start Date:** | **Tax Suspension End Date:** |

**Annual Report Month:** 4
**Last Annual Report Filed:** 01/03/1997
**For Last Annual Report Paid Year:** 1996

**Incorporator:** MICHAEL L. SILVERS
**Agent:** STEVEN A SILVERS
**Agent Address:** 1751 COLGATE PLACE
UNION, NJ  07083
**Office Address Status:** Deliverable
**Main Business Address:** 1051 STUYVESANT AVE. STE 352
UNION, NJ  07083
**Principal Business Address:**

**Associated Names**

**Name:**                                                      **Type Description:**

NJ Business Entity Status Reports



**Exit**    **Return to Main List**

**If you would like to receive photocopies of documents filed by this business entity, mail your request to PO Box 450, Trenton, NJ 08625. Indicate the Business Entity Number(s) involved and the type of document you wish to have copies of. Your choices are listed below:

**CHARTER DOCUMENTS**
- Original Certificate Only (For example, Certificate of Incorporation);
- Changes and Amendments to the Original Certificate Only; **OR**
- All Charter Documents (Original Certificate and Changes/Amendments)
  And/or

**ANNUAL REPORTS**
- Copy of Latest Annual Report; **OR**
- Copy of Annual Report for a Specific Year(s) (List the Year Desired)

**The photocopy fee for all entities except limited liability companies is $1 per page. For limited liability companies, the fee is $10 for the first page and $2 per page thereafter.**

The total fee amount for your order will vary depending on the number of pages associated with each filed document you request. You may supply us with a check with a NOT TO EXCEED instruction to cover the costs. Make the check payable to the Treasurer, State of New Jersey. Alternately, you may pay by credit card (provide card#/expiration date and cardholder information) or depository account. Please include a self-addressed envelope with your order. If you have any questions or would like information on alternative service options such as over-the-counter expedited service, call 609-292-9292 (option 3 on the main menu and then option 8), weekdays, 8:30 a.m. to 4:30 p.m.

Privacy Policy



RECYCLED PAPER

TO REORDER CALL 954-846-9399

SEP 14 2004 12:38    [ HNE HAMMOND & ASSOCIAT 7C  683-5549    p.2

2

07/22/04  18:32 FAX _____ COWAN, LIEBOWITZ & LATMAN _____ ☑003/004

U.S. Department of Commerce
Patent and Trademark Office

### RECORDATION FORM COVER SHEET
# TRADEMARKS ONLY

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies) | 2. Name and Address of receiving party(ies) |
|---|---|
| The Googies Children's Workshop, Inc.<br><br>___ Individual(s)        ___ Association<br>___ General Partnership    ___ Limited Partnership<br>_x_ Corporation-State<br>___ Other __New Jersey__<br>Additional name(s) of conveying party(ies) attached? ___ Yes _x_No | Name:  Steven A. Silvers<br><br>Address:    3741 N.E. 163rd Street<br>            Suite 325<br>            North Miami Beach, Florida 33160 |
| 3. Nature of conveyance:<br>_x_ Assignment        ___ Merger<br>___ Security Agreement    ___ Change of Name<br>___ Other _____<br>Execution Date: ___ May 18, 1999 | _x_  Individual(s) citizenship United States<br>___ Association<br>___ General Partnership<br>___ Limited Partnership<br>___ Corporation-State _<br>___ Other _____<br>If assignee is not domiciled in the United States, a domestic representative designation is attached: ___ Yes ___ No<br>(Designations must be a separate document from assignment)<br>Additional name(s) & address(es) attached? ___ Yes _x_ No |
| 4. Application number(s) or registration number(s):<br>A. Trademark Application No.(s)<br><br>Additional numbers attached? ___ Yes _x_ No | B.  Trademark Registration No.(s) 2,087,590 |
| 5. Name and address of party to whom correspondence concerning document should be mailed:<br>Deborah K. Squires<br>Cowan, Liebowitz & Latman, P.C.<br>1133 Avenue of the Americas<br>New York, NY 10036-6799 | 6. Total number of applications and registrations involved: 1 |
| | 7. Total fee (37 CFR 3.41)...... $_40_<br>___ Enclosed<br>___ Any deficiency is authorized to be charged to<br>_X_ Deposit Account No. 03-3415. |
| | 8. Deposit Account No. _03-3415_<br>(Attach duplicate copy of this page if paying by deposit account) |

**DO NOT USE THIS SPACE**

9. Statement and signature.
*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Deborah K. Squires _____ _Deborah K. Squires_ (signature) ___ 7/22/04 ___
Name of Person Signing ____ Signature ____ Date

Total number of pages including cover sheet, attachments, and document: __2__

Mail to: Mail Stop Assignment Recordation Services USPTO, P.O. Box 2450, Alexandria, Virginia 22313-1450

25702/000/639821.1

700101225

**TRADEMARK
REEL: 002899 FRAME: 0701**

07/22/04  15:33 FAX                COWAN, LIEBOWITZ & LATMAN                    ☒004/004

### ASSIGNMENT OF REGISTRATION OF A MARK

Whereas _Googles Children's Workshop, The (GCW)._
(Name of assignor)

of _3741 N.E. 163rd St., Ste. 325, North Miami Beach, Fl. 33160._
(Address)

has adopted, used and is using a mark which is registered in the United States Patent and
Trademark Office, Registration No. _2087590_, dated _Aug. 12, 1997_; and

Whereas _Steven A. Silvers_____,
(Name of assignee)

of _3741 N.E. 163rd St., Ste. 325, North Miami Beach, Fl. 33160_
(Address)

is desirous of acquiring said mark and the registration thereof. Now, therefore, for good and
valuable consideration, receipt of which is hereby acknowledged, said _GCW_____
(Name of assignor)

does hereby assign to the said _Steven A. Silvers_____
(Name of assignee)

all right, title and interest in and to the said mark, together with the good will of the business
symbolized by the mark, and the above identified registration thereof.

_Flal. 5466-78127, 443-B  6d. 04/_

_Steve A. Silvers_                                    _Former Pres._
(Signature of assignor; if assignor is a corporation or other juristic

organization, give the official title of the person who signs for assignor)

State of _Florida_
County of _Dade_              ss

On this _18th_ day of _May_, _1999_, before me appeared _Steven A. Silvers_ the person who
signed this instrument, who acknowledged that he/she signed it as a free act on his/her own
behalf (or on behalf of the identified corporation or other juristic entity with authority to do so).

[notary seal: MARILYN SMITH, MY COMMISSION # CC 713927, EXPIRES February 20, 2003, Bonded Thru Notary Public Underwriters]

_Marilyn Smith_
(Signature of notary public)

**TRADEMARK**
**REEL: 002899 FRAME: 0702**

RECORDED: 07/22/2004



TO REORDER CALL 954-846-9399



RECYCLED PAPER



## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re TRADEMARK Registration of

Googles Children's Workshop, Inc., The

Registration No: 2,087,590

**Box POST REG FEE**

Registration Date: August 8, 1997

Mark: GOOGLES and design

Class: 16

### TRANSMITTAL OF COMBINED DECLARATIONS UNDER SECTIONS 8 & 15

Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202-3513

Madam:

     Enclosed herewith for filing is:

- a Declaration Under Sections 8 & 15
- one (1) specimen; and
- check #6633 for payment of filing fee of $300.00 for one (1) class.

     The Commissioner is hereby authorized to charge any additional fees or credit any over payment to Deposit Account No. 05-0460.

Respectfully submitted,

Ira C. Edell
Attorney for Registrant

EDELL, SHAPIRO, & FINNAN, LLC
1901 Research Boulevard
Suite 400
Rockville, Maryland 20850

Hand-delivered: _3-26-03_

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re TRADEMARK Registration of

Googles Children's Workshop, Inc., The

**Box POST REG FEE**

Registration No: 2,087,590

Registration Date: August 12, 1997

Mark: GOOGLES and design

Class: 16

### COMBINED DECLARATION OF USE AND INCONTESTABILITY
### UNDER SECTIONS 8 & 15

The registrant, The Googles Children's Workshop, Inc., a corporation organized under the laws of the New Jersey, declares that: they are located and doing business at P.O. Box 60210, Potomac, Maryland, 20859; that they are the owner of Registration No. 2,085,590 dated August 12, 1997, as shown by the records in the United States Patent and Trademark Office; that the mark described therein is still in use and has been in continuous use in interstate commerce among the several states of the United States for more than five (5) consecutive years from June 1996, through the present, subsequent to the date of registration, on or in connection with the goods identified in the Certificate of Registration; that the mark is still in use in such interstate commerce as evidenced by the accompanying specimen in the form of the cover of a book and a title page therefrom; and that there has been no final decision adverse to registrant's claim of ownership of the subject mark for such goods or its right to register the same, or to keep the same on the register, and that there is no proceeding involving said rights pending in the United States Patent and Trademark Office or in a court and not finally disposed of.

The Registrant hereby appoints  Ira C. Edell, a member of the Bars of the District of Columbia and the State of Maryland, Alexander H. Butterman, a member of the Bars of the States of New York, New Jersey and the District of Columbia, Stuart B. Shapiro, a member of the Bar of the State of Maryland, Patrick J. Finnan, a member of the Bar of the State of Maryland, Howard R. Richman, a member of the Bars of the District of Columbia and the States of Maryland and Virginia, Andrew J. Aldag, a member of the Bar of the State of Wisconsin and John M. Hemenway, a member of the Bar of Virginia, attorneys with the firm of EDELL, SHAPIRO, & FINNAN, LLC, 1901 Research Boulevard, Suite 400, Rockville, Maryland 20850, telephone number (301) 424-3640, as its attorneys to file this declaration, with full power of substitution and revocation, and to transact all business in the Patent and Trademark Office in connection therewith.

The undersigned further declares that: all statements made herein of his own knowledge are true and all statements made on information and belief are believed to be true; and these statements were made with the knowledge that willful, false statements and the like so made are punishable by fine or imprisonment or both, under § 1001 of Title 18 of the United States Code, and that such willful, false statements may jeopardize the validity of the above registration.

Googles Children's Workshop, Inc., The

_____3/25/03_____
Date

Ira C. Edell
Attorney for Applicant
Edell, Shapiro & Finnan, LLC.
1901 Research Blvd, Suite 400
Rockville, Maryland 20850







TO REORDER CALL 954-846-9399

RECYCLED PAPER



05-07-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #51

# 76591386

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

05/13/2004 KSONCHAN 00000116 76591386
01 FC:6001                335.00 OP

# *EMBEDDED MARK*

U.S. Patent & TM Ofc/TM

# 76591386

PTO-1555
(5/87)

TRADEMARK
LABEL

el No. _____                                           Page 1 of 5

05-07-2004

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #31

# UNITED STATES PATENT AND TRADEMARK OFFICE
## TRADEMARK APPLICATION (INDIVIDUAL), PRINCIPAL REGISTER
### (Section 1(b) With Power of Attorney)

Name of Applicant:         **STEVEN A. SILVERS**                    Docket No.

Citizenship:               **UNITED STATES OF AMERICA**

Address of Applicant:      **8983 OKEECHOBEE BLVD**

                           **SUITE 202**

                           **PO BOX 203**

                           **WEST PALM BEACH, FLORIDA  33411**

Trademark                  **GOOGLES EDUTAINMENT**

International Class(es):    **IC 16; G & S: ALL PRINTED MATERIAL**

## TO THE ASSISTANT COMMISIONER FOR TRADEMARKS

Applicant requests that the above-identified trademark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq., as amended).  The basis for this application is as follows:

☑     **Intent to Use: Section 1(b)**

       Applicant has a bona fide intention to use the mark in commerce on or in connection with the below-identified goods and requests registration under 15 U.S.C. Section 1051(b).

The mark is subject to an exclusive license agreement from the applicant to:

                    Stelor Productions
                    14701 Mockingbird Drive
                    Darnestown, MD  20874

## 76591386

Description of Goods:

**PRINTED BOOKS, MAGAZINES, BOARD GAMES, FLYERS, PLAYING CARDS, WEB PAGES THAT CONTAIN BOTH WORDS "GOOGLES" AND "EDUTAINMENT" TOGETHER. "EDUTAINMENT" WILL NOT BE USED BY WITHOUT "GOOGLES"**

Prior Registrations:

Applicant is the owner of the following United States Trademark Registration(s):

**75/655,709; 75/655,711; 75/655,710; 75/547,007**

# DECLARATION

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of this application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the Applicant; he/she believes the Applicant to be entitled to use the trademark sought to be registered in commerce, to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods of such other person, firm, corporation, or association to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and that statements made on information and belief are believed to be true.

Signature:

Name:          **IRA C. EDELL**

Title:          **STELOR PRODUCTIONS**

Date:

Indicate below the nature of authority under which signatory signs:

☒ *A person with legal authority to bind the Applicant; or*

☐ A person with firsthand knowledge of the facts and actual or implied authority to act on behalf of the Applicant; or

☐ An attorney as defined in 37 C.F.R. 10.1(c) who has an actual or implied written or verbal power of attorney from the Applicant.

Applicant:     **STEVEN A. SILVERS**
Address:       **8983 OKEECHOBEE BLVD**
               **SUITE 202**
               **PO BOX 203**
               **WEST PALM BEACH, FLORIDA  33411**
Foreign application priority filing date:



Goods:         **PRINTED BOOKS, MAGAZINES, BOARD GAMES, FLYERS, PLAYING CARDS, WEB**
               **PAGES THAT CONTAIN BOTH WORDS "GOOGLES" AND "EDUTAINMENT"**
               **TOGETHER.  "EDUTAINMENT" WILL NOT BE USED BY WITHOUT "GOOGLES"**

**Contact Information:**

Address all correspondence in this application to the following:

| | |
|---|---|
| Name: | **IRA C. EDELL** |
| Company/Firm Name: | **STELOR PRODUCTIONS** |
| Address Line 1: | **14701 MOCKINGBIRD DRIVE** |
| Address Line 2: | |
| City: | **DARNESTOWN** |
| State: | **MARYLAND** |
| Country: | **USA** |
| ZIP Code/Postal Code: | **20874** |
| Telephone Number: | **301-963-0000** |
| Fax Number: | **301-990-3636** |
| Email Address: | **info@stelorproductions.com** |

☒ Applicant will accept correspondence by email.

☐ Applicant will **not** accept correspondence by email.

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

TRADEMARK APPLICATION (INDIVIDUAL), PRINCIPAL REGISTER
(Section 1(b), With Power of Attorney)

| | | |
|---|---|---|
| Name: | **STEVEN A. SILVERS** | Docket No. |
| Citizenship: | **UNITED STATES OF AMERICA** | |
| Address of Applicant: | **8983 OKEECHOBEE BLVD** | |
| | **SUITE 202** | |
| | **PO BOX 203** | |
| | **WEST PALM BEACH, FLORIDA  33411** | |
| Trademark: | **GOOGLES EDUTAINMENT** | |

## TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS

### POWER OF ATTORNEY

The Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia  22202-3513

Applicant Appoints:

**IRA C. EDELL, ESQ.**
**STELOR PRODUCTIONS**
**14701 MOCKINGBIRD DRIVE**
**DARNESTOWN, MD  20874**

As principal attorney to prosecute this application, to transact all business in the Patent and Trademark Office connected therewith and to receive the Registration if one should issue.

Signature: _____

Ira C. Edell, ATTORNEY FOR APPLICANT

Dated: _5/5/04_____

TO REORDER CALL 954-846-9399



RECYCLED PAPER



# Trademark/Service Mark Application, Principal Register

### Serial Number: 78420234
### Filing Date: 05/17/2004

---

### The table below presents the data as entered.

| | |
|---|---|
| **MARK SECTION** | |
| MARK | GOOGLES |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | GOOGLES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Steven A. Silvers |
| STREET | 8983 Okeechobee Blvd. Suite 202 P. O. Box 203 |
| CITY | West Palm Beach |
| STATE | FL |
| ZIP/POSTAL CODE | 33411 |
| COUNTRY | USA |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | INDIVIDUAL |
| COUNTRY OF CITIZENSHIP | United States of America |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION | Computer services, namely providing e-mail services; multiple user access to computer networks for the transfer and dissemination of a wide range of information; providing a wide range of general interest information via online bulletin boards and via multi user computer networks. |
| FILING BASIS | Section 1(b) |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Laurence R. Hefter/ |

| SIGNATORY NAME | Laurence R. Hefter |
|---|---|
| SIGNATORY DATE | 05/17/2004 |
| SIGNATORY POSITION | Senior Counsel |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| SUBTOTAL AMOUNT | 335 |
| TOTAL AMOUNT | 335 |
| **ATTORNEY** | |
| NAME | Laurence R. Hefter |
| FIRM NAME | Finnegan Henderson Farabow Garrett & Dunner, L.L.P. |
| STREET | 1300 I Street, NW |
| CITY | Washington |
| STATE | DC |
| ZIP/POSTAL CODE | 20005 |
| COUNTRY | USA |
| PHONE | 202-408-4000 |
| FAX | 202-408-4400 |
| EMAIL | docketing@finnegan.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| ATTORNEY DOCKET NUMBER | 09519 |
| **CORRESPONDENCE SECTION** | |
| NAME | Laurence R. Hefter |
| FIRM NAME | Finnegan Henderson Farabow Garrett & Dunner, L.L.P. |
| STREET | 1300 I Street, NW |
| CITY | Washington |
| STATE | DC |
| ZIP/POSTAL CODE | 20005 |
| COUNTRY | USA |
| PHONE | 202-408-4000 |
| FAX | 202-408-4400 |
| EMAIL | docketing@finnegan.com |

| AUTHORIZED EMAIL COMMUNICATION | Yes |
|---|---|
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon May 17 18:22:57 EDT 2004 |
| TEAS STAMP | USPTO/BAS-6520722-2004051<br>7182257456631-78420234-20<br>07ae527c6108a67b78752251b<br>341c16-CC-510-20040517182<br>006126191 |

PT- form (0/8.9) 2014

Int thin in at Whinan wi of 3/30/1

### Trademark/Service Mark Application, Principal Register

### Serial Number: 78420234
### Filing Date: 05/17/2004

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of GOOGLES.

The applicant, Steven A. Silvers, a citizen of United States of America, residing at 8983 Okeechobee Blvd. Suite 202 P. O. Box 203, West Palm Beach, FL, USA, 33411, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 042: Computer services, namely providing e-mail services; multiple user access to computer networks for the transfer and dissemination of a wide range of information; providing a wide range of general interest information via online bulletin boards and via multi user computer networks.

The applicant hereby appoints Laurence R. Hefter of Finnegan Henderson Farabow Garrett & Dunner, L.L.P. 1300 I Street, NW, Washington, DC, USA, 20005 to submit this application on behalf of the applicant. The attorney docket/reference number is 09519.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: docketing@finnegan.com.

A fee payment in the amount of $335 will be submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Laurence R. Hefter/  Date: 05/17/2004

Signatory's Name: Laurence R. Hefter

Signatory's Position: Senior Counsel
Mailing Address:
    Laurence R. Hefter
    1300 I Street, NW
    Washington, DC 20005
RAM Sale Number: 510
RAM Accounting Date: 05/18/2004
Serial Number: 78420234
Internet Transmission Date: Mon May 17 18:22:57 EDT 2004
TEAS Stamp: USPTO/BAS-6520722-20040517182257456631-7
8420234-2007ae527c6108a67b78752251b341c1
6-CC-510-20040517182006126191

GOOGLES

TO REORDER CALL 954-846-9399



RECYCLED PAPER

Googles to Google: Stay Out of Our Space

Children's Site Files Legal Action Against Giant Search Engine Citing

Trademark Rights

DARNESTOWN, Md., July 7 /PRNewswire/ -- Citing superior rights to the GOOGLES name in the children's arena, Googles, a children's website, has filed trademark proceedings with the U.S. Patent and Trademark Office against Google Inc. The filing challenges the registration of Google Inc.'s mark GOOGLE for children's and other products, email services and search engine.

In two separate actions, Googles, operated by **Stelor Productions** Inc., filed a notice of opposition to a trademark application for the mark GOOGLE for a long list of "Google" goods and services, including children's books, stickers and children's clothing. It also separately filed a petition to cancel an existing registration for the mark GOOGLE for email and search engine services.

In both proceedings, Googles has asserted that consumers are and will continue to be confused, with the use of the search engine's GOOGLE mark for goods and services targeted for children.

In deciding to file the actions, Steven A. Esrig, CEO of Darnestown, MD- based **Stelor Productions,** which has the exclusive worldwide rights to the GOOGLES mark and characters, cited the increasing harm Google has caused to his children's business:

Since its startup, Googles has worked to develop story lines around its "Googles from Goo" alien characters, games, music recordings and other elements to expand its web presence. In addition, the company has developed stickers, CDs, plush toys and other items to promote its website and generate income. It recently launched several Googles-themed children's songs on iTunes. Its future expansion plan includes attracting investors as well as licensing its concepts and characters for other children's entertainment media, including television.

According to Esrig, Googles seeks a co-existence agreement with Google Inc. "The web is a big enough space for both of us, but not if Google trespasses on our domain for children," he said. "Even though Google Inc. is bigger, better capitalized, and more widely known, the company can't continue to pretend we don't exist. We were first in this trademarked space, and Google has no right to seriously damage our brand and our business. That's what trademark law and intellectual property rights are all about."

"In other words, Googles has been stopped cold by Google Inc.," Esrig said. "Their mark is confusingly similar to ours. The sole distinction between the two is that Google Inc. is using the singular version of our registered mark GOOGLES."

According to Stephen H. Sturgeon, a Washington, D.C.-based trademark attorney, differences in the size and public visibility of Googles and Google Inc. are unlikely to influence the outcome of this classic David-v.-Goliath confrontation.

"Trademark laws are designed to protect the small corporation," said Sturgeon. "It appears to me as if Googles has a solid case. They have rights they can use to stop Google's expansion."

The Googles from Goo is an educationally based, environmentally friendly and scientifically-conscious animation and live-action hybrid targeted to children in the 2-10 year range. Realizing the significant domestic and international parental demand for non-violent educationally-based children's characters, **Stelor Productions,** the exclusive licensee to the Googles creative concepts and products, has developed the characters' storyline to include musical, video, written and gaming applications. The Googles have a loyal following among children and their parents, who for many years have used the interactive website at www.googles.com. The site uses the mark "GOOGLES COM."