AO 440 (Rev.5/85) Summons in a Civil Action

**NIGHT BOX FILED**

/ :0 - 8 2005

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| STEVEN A. SILVERS, an individual, ) | Case No. 05-80387-CIV (Ryskamp/Vitunac) |
| Plaintiff, ) | |
| v. ) | |
| GOOGLE INC., a Delaware corporation, ) | |
| Defendant. ) | |
| GOOGLE INC., a Delaware corporation, ) | |
| Counterclaimant, ) | |
| v. ) | |
| STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual, ) | |
| Counterdefendants. ) | |

TO:   STELOR PRODUCTIONS, INC.
      c/o Steven Esrig, Registered Agent
      14701 Mockingbird Drive
      Darnestown, MD 20874

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Defendant/Counterclaimant's attorney

> JAN DOUGLAS ATLAS, ESQ.
> ADORNO & YOSS LLP
> 350 East Las Olas Boulevard
> Suite 1700
> Fort Lauderdale, FL 33301
> (954) 763-1200 - Telephone
> (954) 766-7800 - Facsimile




an answer to the Counterclaim which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                AUG - 9 2005
_____              _____
CLERK                                          DATE

_____
BY DEPUTY CLERK