AO 440 (Rev.5/85) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| STEVEN A. SILVERS, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GOOGLE INC., a Delaware corporation, )<br>)<br>Defendant. )<br>_____ )<br>)<br>GOOGLE INC., a Delaware corporation, )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>)<br>STEVEN A. SILVERS, an individual; )<br>STELOR PRODUCTIONS, INC., a )<br>Delaware corporation; STELOR )<br>PRODUCTIONS, LLC, a business entity )<br>of unknown form; and STEVEN ESRIG, )<br>an individual, )<br>)<br>Counterdefendants. )<br>_____ ) | Case No. 05-80387-CIV (Ryskamp/Vitunac)<br><br><br><br><br><br><br>NIGHT BOX<br>FILED<br><br>AUG - 9 2005<br><br>CLARENCE MADDOX<br>CLERK, USDC / SDFL / FTL |

TO: STELOR PRODUCTIONS, LLC
c/o Steven Esrig, Registered Agent
14701 Mockingbird Drive
Darnestown, MD 20874

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Defendant/Counterclaimant's attorney

JAN DOUGLAS ATLAS, ESQ.
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200 - Telephone
(954) 766-7800 - Facsimile



an answer to the Counterclaim which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Clarence Maddox | AUG - 9 2005 |
|---|---|
| CLERK | DATE |
| BY DEPUTY CLERK | |