AO 440 (Rev.5/85) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

## SUMMONS IN A CIVIL ACTION

| | |
|---|---|
| STEVEN A. SILVERS, an individual, ) | Case No. 05-80387-CIV (Ryskamp/Vitunac) |
| Plaintiff, ) | |
| v. ) | |
| GOOGLE INC., a Delaware corporation, ) | |
| Defendant. ) | |
| GOOGLE INC., a Delaware corporation, ) | |
| Counterclaimant, ) | |
| v. ) | |
| STEVEN A. SILVERS, an individual; ) STELOR PRODUCTIONS, INC., a ) Delaware corporation; STELOR ) PRODUCTIONS, LLC, a business entity ) of unknown form; and STEVEN ESRIG, ) an individual, ) | |
| Counterdefendants. ) | |

NIGHT BOX
FILED

/'"' - 0 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

TO:  STEVEN ESRIG
     14701 Mockingbird Drive
     Darnestown, MD 20874

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Defendant/Counterclaimant's attorney

JAN DOUGLAS ATLAS, ESQ.
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, FL 33301
(954) 763-1200 - Telephone
~~(954) 766-7800 - Facsimile~~




an answer to the Counterclaim which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

___Clarence Maddox_____    ___AUG - 9 2005___
CLERK                             DATE

_____
BY DEPUTY CLERK

AO 440(Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]       DATE

NAME OF SERVER       TITLE

*Check one box below to indicate appropriate method of service*

[ ] Served personally upon the defendant. Please where served:_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

[ ] Returned unexecuted:_____

[ ] Other (specify):_____

STATEMENT OF SERVICE FEES

TRAVEL       SERVICES       TOTAL

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date            Signature of Server

                         Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SNT/213526.0001/N0559597_1