NIGHT BOX
F I L E D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

AUG 1 0 2005

CLARENCE MADDOX
CLERK USDC / SDFL / MIA

STEVEN A. SILVERS, an individual
        Plaintiff,

v.

GOOGLE, INC., a Delaware corporation

        Defendant,

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiff, Steven A. Silvers, hereby moves this Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and Rule 15.1 of the Local Rules United States District Court for the Southern District of Florida for leave to amend the complaint in this action – for the first time – by filing the First Amended Complaint, attached hereto as Exhibit A.  In support of this motion, Plaintiff states as follows:

This is the first amendment to the complaint.  Plaintiff seeks to amend to the complaint to add: (1) additional facts pertaining to Plaintiff's allegations and (2) two additional causes of action for trademark infringement, and cancellation of Defendant's trademark registration – both of which directly stem from the Defendant's actions that Plaintiff already complained of.  These changes in no way prejudice Defendant, will aid in the efficient resolution of this action, and are related to subjects raised in the original complaint.  Rule 15 of the Federal Rules of Civil Procedure provides that leave to amend pleadings "shall be freely given when justice so requires."  This mandate of liberal amendment extends even to amending pleadings at trial to conform to the evidence.[1]

---

[1] *See* Fed. R. Civ. P. 15(b).

Plaintiff filed this action for trademark infringement under federal law, and unfair competition under Florida law on May 4, 2005. Defendant filed its answer and a counterclaim on August 8, 2005. Defendant has yet to provide any discovery to Plaintiff, but based on Plaintiff's continuing investigation, Plaintiff uncovered additional facts supporting additional causes of action against Defendant stemming from, and directly related to, Defendant's actions identified in the original complaint.

As noted by the United States Supreme Court in *Foman v. Davis*:

> Rule 15(a) declares that leave to amend "shall be freely given when justice so requires"; this mandate is to be heeded. *See generally*, 3 Moore, Federal Practice (2d ed. 1948), 15.08, 15.10. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason--such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.--the leave sought should, as the rules require, be freely given.[2]

Although leave to amend "shall be given freely when justice so requires", the decision to allow an amendment is purely discretionary. The Court cannot, however, abuse its discretion by denying leave to amend unless Plaintiff has abused his privilege in the past, there has been some undue delay, Plaintiff has repeatedly failed to cure deficiencies by amendments previously allowed or the amendment will clearly prejudice the opposing party.[3] Here, there are no such grounds for refusing amendment.

First, there is no issue of repeated failure to cure deficiencies. Second, Defendant cannot claim any prejudice by virtue of this amendment. Plaintiff has not previously amended the complaint. The proposed amendment contains only a few additional facts, and it does not require

---

[2] *Foman v. Davis*, 371 U.S. 178, 182 (1962 ) (The district court abused its discretion by not allowing plaintiff to amend her complaint, after judgment of dismissal had been entered, to state an alternative theory of *quantum meruit*.); *accord Bryant v. Dupree*, 252 F.3d 1161 (11th Cir. 2001).

[3] *Bryant*, 252 F.3d at 1163.

2

any additional discovery that would delay the scheduled proceedings in this matter. Third, although Defendant may claim prejudice from an amendment on the eve of trial or after discovery is complete, discovery has not even commenced in this case nor has this case been set for trial.

Moreover, Plaintiff's amendment is timely. In its decision in *Bryant v. Dupree*, the Eleventh Circuit made it clear that, "[t]he lengthy nature of litigation, without any other evidence of prejudice to the defendants or bad faith on the part of the plaintiffs, does not justify denying the plaintiffs the opportunity to amend their complaint."[4] As this case has been pending before this Court for only a few months, far less than the time deemed insufficient to deny amendment in *Bryant*, Defendant cannot claim prejudice by virtue of passage of time, substantial completion of discovery, imminence of trial date, or any other ground. Accordingly, Plaintiff's motion should be granted by allowing the filing of Plaintiff's First Amended Complaint.

## Conclusion

For all the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order Granting his Motion for Leave to File Plaintiff's First Amended Complaint, attached hereto as Exhibit "A", deeming the amendment filed as of the date of the Order and granting any additional relief as this Court deems just and proper.

DATED this 30th day of August, 2005.

Harley S. Tropin (Fla. Bar #241253)
Kenneth R. Hartmann (Fla. Bar #664286)
Gail A. McQuilkin (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
T: 305-372-1800 / F: 305-372-3508

---

[4] *Bryant,* 252 F.3d at 1164 (The district court abused its discretion in denying plaintiffs' request to amend deficient complaint to allege heightened *scienter* required under Private Securities Litigation Reform Act, after case had been pending three years.); *see also Floyd v. Eastern Airlines, Inc.,* 872 F.2d 1462, 1490 (11th Cir. 1989)("The mere passage of time, without anything more, is an insufficient reason to deny leave to amend.").

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza - Suite 200
West Palm Beach, Florida  33401
T: 561-671-1920 /  F: 561-671-1951

==============================================================

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 30th day of August, 2005:

Jan Douglas Atlas  (jatlas@adorno.com)
ADORNO & YOSS, LLP
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217

Andrew P. Bridges  (abridges@winston.com)
Jennifer A. Golinveaux   (jgolinveaux@winston.com)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111

3339/102/256923.2

# Exhibit  A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual
     Plaintiff,
v.                               CASE NO. 05-80387

GOOGLE, INC., a Delaware corporation
     Defendant,

_____

### FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Steven A. Silvers, files this Amended Complaint against Google, Inc. and alleges as follows:

### SUMMARY OF ACTION

1.      This is a classic "reverse confusion" trademark infringement case involving two nearly identical marks: "Googles" and "Google." Typically, a suit for trademark infringement involves "direct confusion where a smaller, lesser known company has adopted a trademark that is substantially similar to a larger, well-known company to create the impression with consumers that its products come from or are associated with the larger, well-known company. "Reverse confusion' occurs when someone adopts a mark already in use by another, and then becomes so large and well known that consumers begin to believe the smaller, lesser known, yet senior user of the mark is associated with the junior user. The result is that the senior user loses the value of its trademark, its product identity, control over its goodwill and reputation, and ability to move into related markets.

2.      Here, plaintiff Steven A. Silvers ("Silvers" or "Plaintiff") is the senior user of the mark "Googles" which he has used as a trademark for over twenty years in connection with goods and services directed to children's education and entertainment. Silvers is also the senior user of the Internet domain name "googles.com" which he has used since 1997 for his "Googles" Website.

3.      Defendant Google, Inc. ("Google" or "Defendant") owns and operates the very well

1

known Internet search engine "Google." In 1998, with knowledge of Silvers' prior use and registration of the "Googles" mark, and "googles.com" domain name and Website, Google's founders adopted the mark "Google" as a name for an Internet based search engine company. The actual "Google" search engine was launched commercially a year later in 1999. Google does not generate any revenue from its search engine services and makes its information database freely available to anyone with an Internet connection.

4.     Google's "Google" mark is now so infinitely more well known, that it has practically obliterated the value of the "Googles" mark which is preventing Silvers from flourishing in the children's market and entering new markets. Google is now using the fame of its mark to expand into a variety of new markets. In particular, it is now using the "Google" mark in connection with the advertising and sale of children's goods and services on the Internet, and has filed a federal trademark application to obtain the exclusive right to use the "Google" mark in the children's market - - where the "Googles" mark has been for nearly two decades. Unless Google is enjoined from using its mark in connection with children's goods and services, consumers will mistakenly associate the "Googles" mark, Website, and merchandise with Google, and are likely to mistakenly believe that Silvers has adopted and is using the "Googles" mark with the intent to infringe and capitalize on the "Google" mark.

5.     Moreover, Google has unlawfully appropriated Silvers' "Googles" mark and is using that mark in connection with new domain names and its Internet services. Further, Google is claiming superior rights to all marks that incorporate the GOO- and -OOGLE formatives, despite Silvers' prior use and superior rights in these marks.

6.     Silvers has filed this action to protect his superior and exclusive right to use the "Googles" mark on the Internet in connection with children's goods and services, and to enjoin Google from using the "Google" mark in connection with the advertising, promoting, marketing and

2

sale of children's goods and services. Silvers also seeks damages that he has incurred from the reverse confusion caused by Google's unlawful conduct.

## JURISDICTION

6.     Silvers is an individual domiciled in Palm Beach County, Florida.

7     Google is a Delaware corporation with its principal place of business at Mountain View, California.

8.     This trademark infringement and unfair competition action arises under the Lanham Act, 15 U.S.C. " 1051-1127 and the common law of the State of Florida.

9.     Jurisdiction is proper pursuant to 28 U.S.C. '1331, 28 U.S.C. '1332, 28 U.S.C.' 1338, the principles of supplemental jurisdiction pursuant to 28 U.S.C. ' 1367, and because the parties are citizens of different states in a controversy that exceeds $75,000 exclusive of interest and costs.

10.     Venue is proper in this judicial district pursuant to 28 U.S.C. Sections 1391(b) and (c) because Silvers resides in this District, and the injury to Silvers from Google's unlawful conduct arose in this District.

## GENERAL ALLEGATIONS

### 1979 - 1997: The "Googles" Trademark and Intellectual Property

11.     Over 25 years ago, Silvers developed an animated character concept called the "Googles From The Planet Goo" designed to appeal to children. *See Exhibit 1.* Throughout the 1980s, Silvers continued to sketch out and develop the "Googles" concept and refine his characters. *See Exhibit 2.* His initial use of the "Googles" name appeared in the mid-1980s in connection with his first merchandising idea - "Googles the Perfect Pet."

12.     In 1986, Silvers obtained a copyright for the "Googles the Perfect Pet" art work. *See Exhibit 3.*

13.     By 1990, Silvers had developed the "Googles" character concept into a ten-series

3

storyline about the "Googles And The Planet Of Goo" that was intended to both educate and entertain children, something known in the children's market as "edutainment." *See Exhibit 4.* The "Googles" are lovable, friendly four-eyed alien creatures that live on the planet Goo. *Id.*   Silvers' idea was to use the "Googles" to communicate to children in non-violent themes social lessons, conceptual awareness and educational values, and give Achildren of today, visions of tomorrow.' *Id.*

14.   In 1991, Silvers obtained a copyright registration for the first of his ten-series stories entitled "Googles & The Planet of Goo." *See Exhibit 5.* Two years later he obtained a copyright on the second story entitled "Googles, The Return Flight To The Planet Of Goo." *See Exhibit 6.*

15.   From 1991 through 1994, Silvers worked to refine the "Googles" characters, and develop the art for the "Googles" stories. *See Exhibit 7.*

16.   In 1994, Silvers created the "Googles" logo. *See Exhibit 8.* Silvers obtained a copyright registration for the "Googles" logo on July 26, 1994. *See Exhibit 9.*

17.   Shortly after creating the "Googles" logo, Silvers' father, Michael Silvers, formed AThe Googles Children's Workshop' for the benefit of Silvers, and to assist with promoting and marketing the "Googles" concept. The "Googles" name and logo appeared on business cards and letterhead that were distributed across the country in connection with promoting the concept to the children's industry. *See Composite Exhibit 10.*

18.   By 1994, the "Googles" characters were refined to feature the four eyes of the "Googles" trademark design. *See Exhibit 11.* A key feature of the "Googles" characters are the multi-color tennis shoes worn by each character.

19.   Silvers expanded on the tennis shoe feature of the "Googles" characters and developed a "Gooshoe" for children that featured the "Googles" trademark. *See Exhibit 12.* In 1994, Silvers obtained a copyright registration for "The Gooshoe" artwork. *See Exhibit 13.*

20.   By January, 1995 Silvers had created the first three-dimensional version of a "Googles"

4

character and was generating local press interest in the "Googles" concept. *See Exhibits 14 and 15.*
Silvers' intention always has been to develop the "Googles" concept for commercial exploitation, and
in 1995 Silvers developed a prototype to merchandise the "Googles" characters. *See Exhibit 16.*

21.    In March, 1995, Silvers applied for a design patent for the "Googles" tennis shoe which
matured into United States Patent Number 397,543. *See Exhibit 17.*

22.    In late 1995, Silvers contracted Morris Publishing to print 1,000 copies of the "Googles
And The Planet Of Goo." *See Exhibit 18.* The book was officially printed in May 1996 and featured
the "Googles" trademark and design and the "Googles" characters. *See Composite Exhibit 19.*

23.    From June, 1996, Silvers sold and shipped copies of the book around the country. *See
Exhibit 20.* Silvers continued from that time to promote and sell his book and related "Googles"
merchandise through direct and consignment sales. *See Composite Exhibit 21 and 22.* In November
1996, Silvers was featured in a newspaper article published in the Washington, D.C. area with a
photograph of the "Googles And The Planet Of Goo" book and the "Googles" trademark. *See Exhibit
23.*

24.    In 1996, Silvers applied to register the "Googles" trademark for use in connection with
children's books. That application matured into Federal Trademark Registration No. 2,087,590 issued
August 12, 1997. *See Exhibit 24.*

25.    In August 1997, Silvers also obtained a copyright registration for the first "Googles"
song. See Exhibit 25.

### 1997:  The "Googles" on the Web

26.    When Silvers published "Googles And The Planet Of Goo" he realized that the Web
was fast becoming the marketplace of the future providing a far reaching opportunity to further develop
and market the "Googles" to children throughout the world. In July 1997, Silvers registered for and
obtained the Internet domain name "googles.com" as the address for his "Googles" Website. *See*

5

*Exhibit 26.* A few months later, the "Googles" Website was operational, featuring the "Googles" trademark, "Googles" characters, "Googles" merchandise, "Googles" song, "Googles And The Planet Of Goo" book, together with sales and order information. *See Composite Exhibit 27.*

27.    Silvers intended to develop "googles.com" into a highly interactive children's Website to promote and sell children's books, merchandise, and related goods and services. In 1998, Silvers added a new feature called the "FOG" Club meaning AFriends of Googles.' *See Exhibit 28.* As the "googles.com" Website caught on, hundreds of "Googles" fans used the Internet to register on the "Googles" Website as "FOG" Club members. *See Exhibit 29.*

### 1998 - 2005: The "Googles" Concept Becomes Popular On The Internet

28.    By late 1998, Silvers worked with a manufacturer to make the "Googles" characters "Oogle," "Iggle," and "Oggle" into plush toys. *See Exhibits 30 and 31.* In March 1999, Silvers applied for a federal trademark registration for each name, which resulted in Federal Trademark Registration Nos. 2496755, 2496754, 2496753. *See Composite Exhibit 32.*

29.    By 1999, Silvers had entered into a license agreement with The Aurora Collection for the commercial exploitation of the "Googles" trademark, related intellectual property, Website, and products. That agreement was memorialized in July 2000. *See Exhibit 33.* Soon after, the "Googles" characters drawings were further refined for commercial use. *See Composite Exhibits 34 and 35.*

30.    From 2000 - 2001, the "Googles" continued to develop on the Web and were featured in the Internet based educational site called AFun With Science Club.' *See Exhibit 36.* That Website featured the "Googles" theme song, animated cartoons called "GooToons," and stories about each of the "Googles" characters. *See Composite Exhibit 37.*

31.    To further promote the "Googles," Silvers and Aurora created a "Googles" theater show that played to children around the country. *See Composite Exhibits 38 and 39.* In 2001, the "Googles" performed live on national television during the Jerry Lewis Telethon.

**Meanwhile: A Prototype Search Engine Project Called "BackRub" Is Born**

32.    In 1996, Sergey Brin and Larry Page, two graduate students at Stanford University, collaborated on a university research project to develop a prototype search engine for the Web. *See Exhibit 40*. The project was named "BackRub" for its unique ability to analyze the "back links" that point to a given Website. *Id.*

33.    While the two students worked on the research project through 1997, a demo version of the developing search engine was available through the Internet at backrub.stanford.edu. *See Exhibit 41*.

34.    Upon information and belief, sometime in 1997, after giving much thought about a better name for this prototype search engine, Page decided on the name "googol." "Googol" is a word that means the mathematical number 1 followed by one hundred zeros ad denotes the largest finite number short of infinity. The word fit the goal of the research project to organize an almost infinite amount of information on the Web.

35.    Upon information and belief, after Page decided to name the prototype search engine "googol," he searched the Web to determine if he could obtain the domain name "googol.com." That domain name, however, had been registered by Tim Beauchamp in 1995 and thus was unavailable.

36.    Upon information and belief, Page searched the Web for other domain names similar in spelling to "googol" to determine what was available. Page settled on the word "Google" and registered the domain name "google.com." Upon information and belief, Page knew when he registered "google.com" that the domain name "googles.com" had been registered by Silvers three months earlier and was in use, and that Silvers had a federal trademark registration for the "Googles" mark.

37.    Upon information and belief, sometime in late 1997, Page and Brin changed the name of their research project from "BackRub" to "Google." *See Exhibit 42*. Upon information and belief, access to the demo of the research project remained, however, at "backrub.stanford.edu" throughout

7

1997. *See Exhibit 43.*  Around this same time, both Brin and Page displayed information about their prototype search engine project on their Stanford University home WebPages, each playing with the design of the word "Google." *See Composite Exhibit 44 at pages 2 and 3.*  The design displayed by Brin on his home Webpages showed the word "Google" with the two "o's" as eyes.

38.    Upon information and belief, sometime in 1998, Page and Brin began using the domain name "google.stanford.edu" as the Web address of their search engine demo site. *See Exhibit 45.* Throughout most of 1998, however, the "Google" prototype search engine was associated with Stanford University. *See Exhibit 46 at page* 2.   The index of information provided through the "Google" prototype search engine was free to anyone with an Internet connection, and there was no intention to sell the services to consumers.

39.    Upon information and belief, in and around August 1998, Page and Brin commissioned a formal trademark and domain name search to determine whether the name "Google" was available for use as a trademark. The search result revealed Silvers' "Googles" trademark, "googles.com" domain name, and picture of the "Googles" Website. *See Exhibit 47.*  Based on the trademark search results, Page and Brin both had actual knowledge that Silvers owned the "Googles" mark and owned and operated the "googles.com" Website before they adopted and used the "Google" mark as a trademark. Further, based on Silvers' federal copyrights and patent incorporating the "Googles" name, Page and Brin had constructive notice of the extent of Silvers' use of the "Googles" mark.

40.    On or about September 4, 1998, a year after Page acquired the "google.com" domain name, Page and Brin adopted the name "Google" as their company name and incorporated Google Technology, Inc. in California. *See Exhibit 48.*  Page and Brin decided to adopt the name "Google" rather than "Googol" because "googol.com" was not available as a domain name, and could not be trademarked. *See Exhibit 49 at page 2.*   This decision was influenced also by the child-like sound of the word "Google"and the colorful sense of fun that it invoked.

8

41.    On September 16, 1998, Google, Inc. filed an Intent-To-Use federal trademark registration application to register the mark "Google" for use in connection with computer hardware (Int'l class 9), and computer services (Int'l class 42). *See Exhibit 50.* An Intent-To-Use application means that the applicant has not yet used the mark in commerce but has a bona fide intent to use the mark in commerce at some future date.

42.    Up through 1998 and into 1999, the "Google" search engine remained free to anyone connected to the Internet and was still a non-commercial experimental academic model. *See Exhibit 51 at page 1, 3, 4, 5 and 10.* Page intended to keep the "Google" search engine in the non-commercial academic realm because it avoided the advertising supported business model of most search engines.


43.    On March 15, 1999, "Google, Inc." filed an Amendment-To-Allege-Use in the pending federal trademark application alleging, in contradiction to its original declaration that it had an intent to use, that it had used the "Google" mark in interstate commerce in connection with Int'l class 42 services since September 1997, a full year before the Intent-To-Use application date. *See Exhibit 52.* The Amendment-To-Allege-Use was filed together with Page's Declaration that based on his own knowledge the "Google" mark was in use in commerce as of March 9, 1999, another contradiction. *See Exhibit 53.* Upon information and belief, up until late 1999, the "Google" search engine services were not advertised or offered for sale, and thus were not rendered in interstate commerce.

44.    On or about September 23, 1999, the "Google" search engine was "commercially" launched.   But it was not until the first quarter of 2000 that Google Technology introduced a paid advertising program.  This advertising program was then followed by the "Google AdWords" and "Google AdSense" advertising programs in 2000 and 2002 respectively.

45.    On September 23, 2002, three years after the "Google" federal trademark application was filed, "Google, Inc'" was incorporated as a California corporation. *See Exhibit 54.* Upon information

9

and belief, on October 11, 2002, Google, Inc. purported to assign federal trademark application Serial Number 75/978469 (for "Google") to Google Technology, Inc. On August 27, 2003, Google, Inc. was reincorporated as a Delaware corporation. Upon information and belief, on that same date, Google Technology, Inc. purported to assigned federal trademark application Serial No. 75/978469 to Google, Inc., the Delaware corporation. Upon information and belief, sometime in 2004, Google Technology, Inc. was merged into Google, Inc.

### 1998: Silvers Attempts to Contact Larry Page To Avoid Confusion

46.    In or around late 1998, Silvers tried to contact Larry Page about his intended use of the "Google" name on the Web and to discuss ways to avoid potential confusion with the "Googles" mark and the "googles.com" Website. Silvers did not receive a response.

47.    On August 12, 2001, Silvers again tried to contact Larry Page about his use of the "Google" name. *See Exhibit 55.* In his e-mail directed to Page, Silvers noted that confusion had started between the Websites, and simply asked if they could work out a mutual plan to avoid confusion, especially regarding traffic to each other's Websites. Silvers did not receive a response.

48.    On August 13, 2002, Silvers called Google's Director of Legal Affairs to ask if they could work out a mutual plan to avoid confusion, and was told Google was not interested in taking steps to avoid confusion. Indeed, as explained below, Google has recently taken steps despite its knowledge of Silvers' rights, to increase confusion and trample on Silvers' rights even more.

### 2001 -2004: The "Googles" Continue to Develop Commercially

48.    From 1999- 2002 Silvers and Aurora continued to develop the "Googles" concept with new music, adventures, and improved interactive Website. By 2001, the "Googles" were attracting media attention and were featured in *Kidscreen Magazine. See Exhibit 56.*

49.    In 2002, Aurora sold its licensing rights in the "Googles" trademark, domain name, Website , and related "Googles" intellectual property to Stelor Productions.

10

50.    Since 2002, Stelor as Silvers' licensee has continued to promote and develop the "Googles" trademark, Website, and related intellectual property in connection with children's goods and services. *See Composite Exhibit 57.*

51.    By March 2003, the "googles.com" Website was being inundated with people looking for the "google.com" Website. To protect the identity of the "Googles" mark and combat confusion between the "Google" and "Googles" Websites, a feature was added to the googles.com Website that asked the Internet visitor if the "Googles" site was where it intended to be. *See Exhibit 58.* Upon information and belief, Google has taken no action to avoid confusion with the "Googles" mark.

**Google Expands The Use Of The "Google" Mark Into Childrens Goods and Services**

52.    Since adopting the "Google" mark in 1999, and with knowledge of Silvers' superior rights to the "Googles" mark, googles.com domain name and Website, Google has expanded the use of its "Google" mark into all areas of commerce, including the market for children's goods and services. Despite Silvers' superior right to use the "Googles" mark in connection with children's goods and services on the Web, Google filed a federal trademark application to expand its right to use the "Google" mark for children's goods, including books and clothing. *See Exhibit 59.*

53.    On July 13, 2004, Silvers' then licensee, Stelor Productions, filed an opposition to Google's federal trademark application. Google in turn filed a petition to cancel Silvers' trademark registration. Stelor also filed a Uniform Domain-Name Dispute Resolution Policy proceeding with the National Arbitration Forum ("NAF Action") challenging Google's right to use the domain name "google.com" based on Silvers' superior registration of "googles.com."

54.    In February, 2005, after several months of discussion and because Google could not obtain an extension of time to file a response to the NAF Action, the parties agreed to a 30-day stand-off agreement under which Google, Stelor, and Silvers agreed to a withdrawal of the pending actions against each other to allow time to continue negotiations to resolve all pending disputes. The intent of

the standoff agreement was that each party would be entitled to re-file its action if a resolution was not reached after 30-days.

55.    Upon execution of the standoff agreement, Stelor learned that under the Trademark Trial and Appeal Board rules, it would not be entitled to re-file its Opposition at the end of this 30-day standoff period. Therefore, Stelor filed a Motion for Stay Pending Settlement Negotiation to stay the Opposition for the 30-day period. This protected Stelor from losing the opportunity to oppose Google's trademark application, and was within the spirit of the agreement.

56.    In contravention of the intent of the standoff agreement, and Silvers' request, Google refused to agree to the stay and, filed a motion demanding that the Opposition be dismissed. On March 22, 2005, the Opposition was dismissed, and Registration No. 2954071 issued. *See Exhibit 60*. Based on Google's actions, negotiations ceased and this action was filed a few weeks later.

### Google's Unlawful Use Of Silvers' Mark For Domain Names

57.    Google has also unlawfully and intentionally misappropriated the word "Googles" and incorporated that word into domain names. For example, despite naming its advertising programs "Google Adwords" and "Google AdSense," Google registered the domain names **googles**adwords.com, **googles**adsense,com, and **googles**-adwords.com.   Google also has unlawfully and intentionally registered the domain names 20**googles**.com, **googles**c.com, **googles**ms.com, **googles**sms.co.il; **googles**sms.de

58.    Google now uses the "Google" mark, "google.com" and other domain names incorporating the name "googles," and the "Google" Website to advertise, promote, market and sell children's books, merchandise, and related goods and services, and has encroached upon Silvers' federal and common law trademark rights. In further violation of Silvers' rights, Google now offers for sale a product called "Google Goo." *See Exhibit 61.*

59.    Google has become so well-known through publicity, advertising and marketing that it

12

now overwhelms the public recognition of the "Googles" trademark, domain name, and Website, and is preventing Silvers from flourishing on the Web or entering new markets within his natural scope of expansion. And, Google is now attempting to assert exclusive rights over all marks with the GOO- and -OOGLE formative, despite Silvers' prior use and superior rights in these marks.

## COUNT ONE

### (Trademark Infringement under 15 U.S.C. § 1114)

60. Silvers realleges and incorporate by reference the allegations of paragraphs 1 through 59, inclusive, as though fully set forth.

61. Silvers is the senior user of the mark "Googles" for use in connection with children's books, merchandise, music, toys, and related goods and services. Since 1997, Silvers, and those associated with him, have used the Internet to market and promote the "Googles" mark.

62. With knowledge of Silvers' superior and exclusive rights in the "Googles" mark, the "googles.com" domain name, and Website, Google adopted the mark "Google," which is the singular version of and almost identical to Silvers' "Googles" mark, and Google has used that mark extensively in connection with goods and services offered to consumers through the Internet.

63. With knowledge of Silvers' superior rights in the "Googles" mark, "googles.com" domain name, and Website, Google registered the domain name "google.com" and has used that domain name extensively in connection with its Internet-based services.

64. Google's infringing use of the name "Google," which is substantially identical to Silvers' "Googles" mark, has caused and will continue to cause "reverse confusion" in that the consuming public will now falsely believe that Silvers' goods and services, "googles.com" domain name, and Website are connected, affiliated, associated, sponsored, endorsed or approved by Google, and that Google is the source of origin of the "Googles" concept, books, music, "googles.com" domain name, Website, merchandise, and related goods and services, in violation of 15 U.S.C. ' 1114.

65.     Google's infringing use of the "Google" name and "google.com" domain name for Internet-based services, which include advertising for and providing links to sites selling children's books, games and other educational and entertainment products and services, and unlawful use of the "Googles" name, and related names, is diminishing the identity and value of Silvers' "Googles" mark, "googles.com" domain name, and Website, and is preventing Silvers from flourishing on the Web, or expanding his goods and services at the "googles.com" Website, and otherwise causing Silvers great harm.

66.     As a direct and proximate result of Google's unauthorized and unlawful acts, Silvers has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Unless restrained, Google's conduct as described above, will continue to cause confusion and will continue to injure, if not obliterate, the value of Silvers' "Googles" mark, domain name, and Website, causing great harm and damage to Silvers.

67.     As a direct and proximate result of Google's wrongful conduct, Silvers has also suffered and will continue to suffer monetary damages from the "reverse confusion" caused by Google.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as set forth in the Wherefore clause below.

## COUNT TWO

### (Unfair Competition under 15 U.S.C. § 1125(a))

68.     Silvers realleges and incorporate by reference the allegations of paragraphs 1 through 59, inclusive, as though fully set forth.

69.     Silvers is the senior user of the mark "Googles" for use in connection with children's books, merchandise, music, toys, and related goods and services. Since 1997, Silvers, and those associated with him, have used the Internet to market and promote the "Googles" mark.

70.     With knowledge of Silvers' superior and exclusive rights in the "Googles" mark, the

14

"googles.com" domain name, and Website, Google adopted the mark "Google," which is the singular

version of and almost identical to Silvers' "Googles" mark, and Google has used that mark extensively

in connection with goods and services offered to consumers through the Internet.

71.    With knowledge of Silvers' superior rights in the "Googles" mark, "googles.com"

domain name, and Website, Google registered the domain name "google.com" and has used that domain

name extensively in connection with its Internet-based services.

72.    Google's unauthorized and unlawful use of the name "Google," which is substantially

identical to Silvers' "Googles" mark, has caused and will continue to cause "reverse confusion" in that

the consuming public will now falsely believe that Silvers' goods and services, "googles.com" domain

name, and Website are connected, affiliated, associated, sponsored, endorsed or approved by Google,

and that Google is the source of origin of the "Googles" concept, books, music, "googles.com" domain

name, Website, merchandise, and related goods and services, in violation of 15 U.S.C. ' 1125(a).

73.    Google's use of the "Google" name and "google.com" domain name for Internet-based

services, which include advertising for and providing links to sites selling children's books, games and

other educational and entertainment products and services, and unlawful use of the "Googles" name,

and related names, is diminishing the identity and value of Silvers' "Googles" mark, "googles.com"

domain name, and Website, and is preventing Silvers from flourishing on the Web, or expanding his

goods and services at the "googles.com" Website, and otherwise causing Silvers great harm.

74.    As a direct and proximate result of Google's unauthorized and unlawful acts, Silvers has

suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law.

Unless restrained, Google's conduct as described above, will continue to cause confusion and will

continue to injure, if not obliterate, the value of Silvers' "Googles" mark, domain name, and Website,

causing great harm and damage to Silvers.

75.    As a direct and proximate result of Google's wrongful conduct, Silvers has also suffered

and will continue to suffer monetary damages from the "reverse confusion" caused by Google.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as set forth in the Wherefore clause below.

## COUNT THREE

### (Unfair Competition Under Florida Law)

76.    Silvers realleges and incorporates by reference the allegations of paragraphs 1 through 59, inclusive, as though fully set forth.

77.    Google's unauthorized and unlawful use of the name "Google," which is substantially identical to Silvers' "Googles" mark, has caused and will continue to cause "reverse confusion" in that the consuming public will now falsely believe that Silvers' goods and services, "googles.com" domain name, and Website are connected, affiliated, associated, sponsored, endorsed or approved by Google, and that Google is the source of origin of the "Googles" concept, books, music, googles.com domain name, Website, merchandise, and related goods and services, which constitutes unfair competition under Florida common law.

78.    Google's use of the "Google" name and "google.com" domain name for Internet-based services, which include advertising for and providing links to sites selling children's books, games and other educational and entertainment products and services, and unlawful use of the "Googles" name, and related names, is diminishing the identity and value of Silvers' "Googles" mark, "googles.com" domain name, and Website, and is preventing Silvers from flourishing on the Web, or expanding his Internet- based services and goods at the googles.com Website, and otherwise causing Silvers great harm.

79.    Further, Google is attempting to establish rights *in gross* to the term "Google" to prevent anyone else from using any derivation of the "Google" mark whatsoever, including the formatives GOO- and - OOGLE.

16

80.    Google's attempt to prevent others from using any derivation of the "Google" mark whatsoever also constitutes unfair competition under Florida law.

81.    As a direct and proximate result of Google's unauthorized and unlawful acts, Silvers has suffered and will continue to suffer irreparable harm for which there is no adequate remedy at law. Unless restrained, Google's conduct as described above, will continue to cause confusion and will continue to injure, if not obliterate, the value of Silvers' "Googles" mark, domain name, and Website, causing great harm and damage to Silvers.

82.    As a direct and proximate result of Google's wrongful conduct, Silvers has also suffered and will continue to suffer monetary damages from the "reverse confusion" caused by Google.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as set forth in the Wherefore clause below.

## COUNT FOUR

### (Cancellation of Defendant's Registration)

83.    Silvers realleges and incorporates by reference the allegations of paragraphs 1 through 59 inclusive, as though fully set forth.

84.    On or about September 4, 1998, Google Technology, Inc. was incorporated in California.

85.    On September 16, 1998, "Google, Inc." filed an Intent-To-Use federal trademark registration application to register the mark "Google" for use in connection with computer hardware (Int'l class 9), and computer services (Int'l class 42). An Intent-To-Use application means that the applicant has not yet used the mark in commerce but has a bona fide intent to use the mark in commerce at some future date.

86.    Up through 1998 and into 1999, the "Google" search engine remained free to anyone connected to the Internet and was still in the realm of a non-commercial experimental academic

17

model. Page intended to keep the "Google" search engine in the non-commercial academic realm because it avoided the advertising supported business model of most search engines.

87.    On March 15, 1999, "Google, Inc." filed an Amendment-To-Allege Use in the pending federal trademark application alleging, in contradiction to its original declaration that it had an intent to use, that it had used the "Google" mark in interstate commerce in connection with Int'l class 42 services since September 1997, a full year before the Intent-To-Use application date.   The Amendment-To-Allege-Use was filed together with Page's Declaration that based on his own knowledge the "Google" mark was in use in commerce as of March 9, 1999, another contradiction. *See Exhibit 53.* Upon information and belief, up until late 1999, the "Google" search engine services were not advertised or offered for sale, and thus were not rendered in interstate commerce.

88.    On or about September 23, 1999, the "Google" search engine was "commercially" launched.  But it was not until the first quarter of 2000 that Google Technology introduced its first paid advertising program.  This advertising program was then followed by the "Google AdWords" and "Google AdSense" advertising programs in 2000 and 2002 respectively.

89.    Three years after filing a federal trademark application, on September 23, 2002, "Google, Inc." was incorporated as a California corporation.  Upon information and belief, on October 11, 2002, Google, Inc. purported to assign federal trademark application Serial Number 75/978469 (for "Google") to Google Technology, Inc. On August 27, 2003, Google, Inc. was reincorporated as a Delaware corporation.  Upon information and belief, on that same date, Google Technology, Inc. purported to assigned federal trademark application Serial No. 75/978469 to Google, Inc., the Delaware corporation.  Upon information and belief, sometime in 2004, Google Technology, Inc. was merged into Google, Inc.

90.    At the time the trademark application was filed, the applicant "Google, Inc." was not a legal entity incorporated in California.  Therefore, the statements made in Page's declaration were

18

false. And, Page falsely stated in his declaration that "no one else has the right to use the mark in commerce, either in the identical form in such near resemblance " that it will cause confusion.

91.    Further, the statement in the Amendment-To-Allege-Use that the "Google" was first used in interstate commerce in September, 1997 was false.

92.    Because Page's statements in the application and Amendment-To-Allege-Use were false, Google's trademark registration no. 2806075 was obtained fraudulently and must be canceled.

WHEREFORE, Plaintiff requests that this Court provide relief against said acts of Defendant as follows:

a.    That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, pursuant to 15 U.S.C. § 1116, be preliminarily and then permanently enjoined from the further use of the mark "Google" or any confusingly similar variation thereof, in connection with the advertising, promotion, marketing, and sale of children's goods and services;

b.    That Defendant's Federal Trademark Registration No. 2954071 as to Int'l class 16 be ordered cancelled;

c.    That Defendant's Federal Trademark Registration No. 2806075 be ordered cancelled;

d.    That Plaintiff be awarded compensatory damages for the reverse confusion caused by Google consistent with, but not limited to, all remedies available under 15 U.S.C. §§ 1114 and 1117, and Florida common law.

d.    That Plaintiff be awarded his costs, and attorneys fees pursuant to the exceptional case provisions of 15 U.S.C. §1117(a) and (b);

e.    That Defendant's domain name registrations for googlesadsense.com, googlesadwords.com, googles-adwords.com, 20googles.com, googlesc.com, googlesms.com,

19

googlessms.co.il, googlessms.de and any other domain name incorporating the word "Googles" be cancelled;

  f.  That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, be preliminarily and then permanently enjoined from the further use of the name "Googles" in connection with any domain name;

  g.  That Defendant, its agents, servants and employees, and other such persons in concert or participation with Defendant, including licensees, be preliminarily and then permanently enjoined from using any trade practices whatsoever that injure the value and goodwill in the "Googles" mark and Plaintiff's related intellectual property, including claims that it has superior rights to any mark using the GOO- or -OGGLE formative marks;

  h.  That Plaintiff be granted such further relief as this Court may deem just and proper.

## **JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

DATED this 30th day of August, 2005.

Harley S. Tropin  (Fla. Bar #241253)
Kenneth R. Hartmann  (Fla. Bar #664286)
Gail A. McQuilkin  (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
T: 305-372-1800 / F: 305-372-3508

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza - Suite 200
West Palm Beach, Florida  33401
T: 561-671-1920 /  F: 561-671-1951

20

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 30th day of August, 2005:

Jan Douglas Atlas  (jatlas@adorno.com)
ADORNO & YOSS, LLP
350 E. Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL 33301-4217

Andrew P. Bridges  (abridges@winston.com)
Jennifer A. Golinveaux
   (jgolinveaux@winston.com)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111

3339/102//256897.2

21

# Exhibit 1

August 31, 1984

To Whom It May Concern:

Be it known to all parties that I, Steven A Silvers, have developed
a children's record concept utilizing three characters called THE
GOOGLES FROM THE PLANET GOO.  The names of these characters are
GOOGLES, GIGGLES, and GOGGLES.  During their inception in 1979, the
characters were originally intended to act as an educational tool
through audio and visual means in teaching children, preferable pre-
school, various concepts such as counting numbers, coping with the
loss of a pet or family member, divorce and other experiences of life.

The configurations of these three characters are, to date, first
being finalized since they have gone through many figure changes.  As
best as can be described verbally, and for the sake of brevity and
legality in protecting my concept, they will appear as little furry
gremlin-like characters with no mouth, no ears, no limbs;  only an
expressive pair of eyes.  They will host different colors, to be
decided on prior to manufacture.

Due to the trememdous competition in the children's records market
and my involvement and interest moving toward the pop record market,
I thought it best to temporarily abandon the idea.  Since then, the
following events have occurred:

Among my hobbies, one of my favorite past-times and means of sanity
in this insane world we live in is to, from time to time, invent
gadgets and items to make life a little easier and a little more fun
to live in.  Some of them have already been patented, and others I
am waiting to patent.

Several months ago I met a gentlemen by the name of Barry Ober, who
is a qualified audio and electronic engineer/technician.  Since I am
a state of the arts recording studio owner, from time to time, through
an organization Barry works for by the name of Harris Audio Systems,
Barry had visited by company called Import Studios, Inc. located at
7326 Biscayne Boulevard, Miami, Florida  33138, and he and I
befriended each other.  During the next several social meetings
Barry and I descussed various issues pertaining to our lives
ambitions, goals, concepts and found out that a good many of them
were quite similar.  One of the issues at hand, in specific, was an
invention that Barry had claimed he had worked on for quite a number
of years.  As best as he could describe it, he called it similar to
the Pet Rock and at the beginning he gave me no name.  It was
described as a little pet animal very similar in character and
design to my Googles character.  I then asked him if he would be
willing to enter into an agreement and exploit the concepts that
we both shared jointly since I, for some time, had been thinking
about turning the Googles into a combination toy doll/puppet and
television series.  Barry's reply was that he had to give it some
thought.

Several more weeks passed, many more phone conversations and personal
meetings ensued, but to date nother has transpired, not even a
simple written agreement to collaborate.  He liked my idea very
much and took somewhat of an offense to criticisms I had made about
his verbal explanation of his design and configureation.

When I asked him for specifics such as his patent attorney's name, his utility and design patent numbers, his trademark registration number, and other pertinent information to substantiate his claims, he constantly gave me excuses, at which time I decided to go forth and protent myself through this diary/letter and the eventual follow-up which I plan to do immedeately, before the end of September 1984 with my patent attorney and legal advisors.

The very last conversation which was with Barry on or about August 28, 1984 was with specific reference to informing him that I was going through with my concept full force, with or without him involved. He then informed me that he sent away for the necessary parts for a prototype that he was going to have made as soon as possible; and that in fact he had received the parts and was about to start assembling them. However, again, as of this writing some five days later, I have seen neither the parts or a finished prototype, which he claimed he could have for me within one or two days after he received all the parts, which he claimed to have received.

Being the entrepeneaur that I am, I decided to go forth and acquire a professional commercial artist, an electronic engineer, a professional carpenter to put together my prototypes which I am calling THE GOOGLES, The Perfect Pet. I will patent, trademark, and whatever else I need to do to legally protect my idea the aforementioned name and product.

The first of the configurations to be manufactured will be called Googles. An artist's rendition is in the workds, as per the above, and it will be manufactured in a cage-like configuration (material to be decided upon, as well as size). The character will be, as described above, libless with LED, possibley blinking, colored eyes, operated off a micro chip solid state transistorized circuit board, utilizing a hearing-aid type battery or, if need be, a larger type battery to give a longevity of approximately two years use of constant illumination. A motor movement of lift to right by the head is also in the works, but more than likely this will be incorporated in a later model.

I am plannling to make one last attempt, over the Labor Day 1984 weekend, to contact Barry and see what, if anything we can do to merge and jointly prsue this endeavor. If unsuccessful, I will immediately, as described above, pursue the matter on my own and would like it to go on record as such that every opportunity according to this letter of facts was granted to Barry to participate in this joint venture and that due to circumstances beyond my control, and his lack of initiative and response to my many pleas to do so, I have been left no alternative but to go it alone.

Respectfully submitted by me, Steven A. Silvers, on this 31st day of August, 1984.


Rochelle S. Matza
Notary
State of Florida

Steven A. Silvers

NOTARY PUBLIC STATE OF FLORIDA
MY COMMISSION EXP. JULY 4,1988
BONDED THRU GENERAL INS. UND.

# Exhibit 2



© STEVEN A. SILVERS
PET PROJECTS, INC.
1985
(305) 949-4277

# Exhibit 3

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

VAu   94-965

VA            VAU

**EFFECTIVE DATE OF REGISTRATION**

NOV 26, 1985

Month    Day    Year

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Googles "The Purr-fect Pet"

**NATURE OF THIS WORK ▼** See instructions

Toy Design

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

N/A

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

N/A

## 2

**a   NAME OF AUTHOR ▼**

Steven A. Silvers

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

1947

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Artwork, Technical Drawing & Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c   NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶     Day ▶     Year ▶     ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Steven A. Silvers
c/o Pet Projects, Inc.
P.O. Box 601473
N.M. Bch. FL. 33160

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

N/A

APPLICATION RECEIVED
JUN. 30. 1986

ONE DEPOSIT RECEIVED
NOV 26 1985

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

FORM VA

VAu    94-965

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

STEVEN A. SILVERS
c/o PET PROJECTS, INC.
P.O. BOX 601473
N.M. BCH., FL. 33160

Area Code & Telephone Number ▶ 305-949-4277

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

STEVEN A. SILVERS                                     date ▶ 6/26/86

Handwritten signature (X) ▼

Steve A. Silvers

**MAIL
CERTIFI-
CATE TO**

Name ▼
STEVEN A. SILVERS

Number/Street/Apartment Number ▼
P.O. BOX 601473

City/State/ZIP ▼
N.M. BCH., FL. 33160

**Certificate
will be
mailed in
window
envelope**

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1981: 355–312                                                          Nov. 1981-600,000

# Exhibit 4

## THE GOOGLES' PROJECT

Googles And The Planet Of Goo will, undoubtedly, capture the reader's intrigue and interest enough to warrant s/he to want to read the next Googles' adventure titled: Googles And The Return Flight To Goo.

There are a total of ten Googles' edutainment books currently being developed, each with its own separate adventure story.

In Vol. I., the reader is taken on a journey to a faraway imaginary planet where s/he is introduced to an extremely intelligent life form of aliens called Gootians--one of whom is the main character called Googles. This lovable, friendly looking alien ventures off into outer space, after leaving his planet called Goo, in search of a new home for his family, friends, and loved ones to live, work, learn, and play.

The planet Goo was destroyed by a combination of disasters, including the invasion of a destructive and violent alien race that totally dominated the planet, destroyed all of its natural resources, polluted its air, water, and rain forests--sounds familiar--thus forcing the remaining Gootians to seek refuge underground.

We next learn that a meteor shower ensues and when the smoke finally clears, all of Goo was cleansed of the violent intruders who either voluntarily departed or were destroyed by the meteor shower. However, in its wake, Goo was left in shambles. Now it was Googles sole appointed task, by his mentor, GooRoo, to find a planet for those Gootians who were still alive to immigrate to.

Googles sets out on his journey and as the first adventure book denotes, what a journey it turns out to be.

Vol. II. titled: Googles And The Return Flight To Goo is even more captivating than Vol. I because it traces the end of Vol. I. and the reader is left hanging as to whether or not Googles and his stowaway companion, Joshua, ever make it safely back to Goo in enough time to rescue Googles' younger siblings (Giggles and Goggles).

Vol. II. further delves into the trials and tribulations that Joshua and Googles encounter once they rescue Giggles and Goggles. It is packed with a lot of adventure, twists, and excitement all of which lends itself to a movie script or perhaps an edutainment children's tv series.

THE GOOGLES' PROJECT
Cont. at Page 2

Additionally, Googlemania merchandise is introduced through-
out both adventure books and the educational value and
conceptual awareness lessons they both have to offer is a
refreshing alternative to the violence that is, otherwise,
currently and has been for sometime, permeating the media
airwaves and children's literature affecting the **"children
of today, with visions of tomorrow."**

As we move into Vol. III, Vol. II ends in a similar fashion
as Vol. I.  That is it leaves the reader, once again,
hanging and very curious as to whether or not Googles,
Giggles, Goggles, and Joshua make it safely back to Earth,
after their spacecraft, the Ares One, heads toward Mars as
originally planned, collects all of its data and samples and
then heads swiftly back to Earth.  The only problem is Cape
Candy Space Center personnel--who were tracking the Ares
One--begin experiencing transmission difficulties and
finally lose permanent contact with the space shuttle.  It's
now up to its clandestine crew--three aliens and one
earthling--to safely guide the Ares One back to Earth.  Can
it be done?  You'll have to read Vol. III. which I've
titled:  Earth To Ares One, Where Are You?

Vol. II. is already completed and is awaiting final editing
at this time.  Vol. III. is still inside my head but it's
all there ready to be penned.  So are the other themes for
the remaining adventure books IV through X, respectively.
Hopefully I'll be able to keep the project alive that long.

I think the Googles' project is ripe for edutainment
programming considerations--both for radio and television,
as well as the big screen.

The social lessons, conceptual awareness, non-violent
themes, and the educational values I've built into my
storylines are well planned and very marketable to those
responsible parents who would like to make a difference,
offer an alternative to their children's library, and
instill upon them a sense of enrichment that they have
otherwise been missing as a result of all the violent
orientated programs, literature, games, etc., that they've
been constantly bombarded with and exposed to for the last
15+ years.

We at the Googles Children's Workshop, Inc., are ready to
make that difference.  We are ready to take the Googles

THE GOOGLES PROJECT
Con't. at Page 3

concept into the 21st Century.  We'd be only too honored to
have you, on behalf of your company, hop aboard the GooShip
with us and the "new kids from Goo:" Googles, Giggles, and
Goggles and we'd like to close by wishing you a..........

**GooDay!**

Sincerely yours,


Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

# Exhibit 5

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

**TXu   510 855**

TX | TXU

**EFFECTIVE DATE OF REGISTRATION**

**DEC 17 1991**
Month | Day | Year

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

GOOGLES & THE PLANET OF GOO

**PREVIOUS OR ALTERNATIVE TITLES ▼**

N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

N/A

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

N/A

## 2

**NAME OF AUTHOR ▼**

**a** STEVEN A. SILVERS

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1947    Year Died ▼ N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**c**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ N/A   Day ▶ N/A   Year ▶ N/A   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

STEVEN A. SILVERS
1751 Colgate Place
Union, New Jersey )7083

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

N/A

**APPLICATION RECEIVED**
MAR 1 0 1992

**ONE DEPOSIT RECEIVED**
DEC 17 1991

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
2 pages

FORM TX

TXu   510 855

EXAMINED B[illegible]

CHECKED BY

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A
N/A

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                              **Account Number** ▼

N/A

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

STEVEN A. SILVERS
1751 COLGATE PLACE
UNION, NEW JERSEY 07083

Area Code & Telephone Number ▶

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION**   I, the undersigned, hereby certify that I am the

Check one ▶

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

STEVEN A. SILVERS                                         date ▶ MARCH 2, 1992

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

**Name** ▼

STEVEN A. SILVERS

Number/Street/Apartment Number ▼

1751 COLGATE PLACE

City/State/ZIP ▼

UNION, NEW JERSEY 07083

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1991—200,000                                         ☆U.S. GOVERNMENT PRINTING OFFICE 1991 282-170/20,010

# Exhibit 6



FORM TX

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**ACTING REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu   611 187

TX        TXU
EFFECTIVE DATE OF REGISTRATION

12   8   93
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

GOOGLES. THE RETURN FLIGHT TO THE PLANET OF GOO

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

STEVEN A. SILVERS

**DATES OF BIRTH AND DEATH**
Year Born ▼   1947      Year Died ▼   N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ **United States**
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire text.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

which the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
    Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
1993 ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶ N/A   Day ▶ N/A   Year ▶ N/A
N/A   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Steven A. Silvers
1751 Colgate Place
Union, New Jersey 07083

See instructions before completing this space.

APPLICATION RECEIVED
DEC 08 1993
ONE DEPOSIT RECEIVED
DEC 08 1993
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

TXu    611 187

FORM TX

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼    Account Number ▼

N/A

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Area Code & Telephone Number ▶

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven A. Silvers    date ▶ November 15, 1993

Handwritten signature (X) ▼

*Steven A. Silvers*

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼

Steven A. Silvers

Number/Street/Apartment Number ▼

1751 Colgate Place

City/State/ZIP ▼

Union, New Jersey 07083

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Exhibit 7



FRONT VIEW.

SIDE VIEW.

GONZALES +

NOODLES SEES AN ALLIGATOR FOR THE FIRST TIME





THE FAREWELL



# Exhibit 8



Copyright (c) 1994
by: Steven A. Silvers

Exhibit 9

# CERTIFICATE OF REGISTRATION

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

**VAu 312-975**

**EFFECTIVE DATE OF REGISTRATION**

Jul 26 1994
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
GOOGLES LOGO

**NATURE OF THIS WORK ▼ See instructions**
Color Photocopy Artwork

**PREVIOUS OR ALTERNATIVE TITLES ▼**
N/A

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**
N/A

If published in a periodical or serial give:  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2 a

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1947

Was this contribution to the work a "work made for hire"?
☐ Yes
✓ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate boxes. **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
✓ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

### b

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate boxes. **See instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

## 3 a

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

### b

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Steven A. Silvers, 1751 Colgate Place
Union, New Jersey 07083

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
Oct. 21 1994
**ONE DEPOSIT RECEIVED**
Jul 26 1994
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

See instructions before completing this space

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

FORM VA

EXAMINED BY
CHECKED BY

☑ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                          **Account Number** ▼

**7**

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼
Steven A. Silvers, 1751 Colgate Place, Union, New Jersey 07083

Area Code and Telephone Number ▶  **(908)688-3995**

Be sure to
give your
daytime phone
◀ number

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Steven A. Silvers          (resubmitted on)      Date ▶ _October 25, 1994_

☞ Handwritten signature (X) ▼
_Steven A. Silvers_

**8**

---

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
          Steven A. Silvers

**Certificate
will be
mailed in
window
envelope**

**Number/Street/Apt** ▼
          1751 Colgate Place

**City/State/ZIP** ▼
          Union, New Jersey 07083

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1994 to determine
the actual fee schedule.

**9**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# Exhibit 10



# CHILDREN'S WORKSHOP, INC.

1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083

(908) 688-3995

AN AFFILIATE OF:

## SAS ENTERTAINMENT GROUP



*"AN INNOVATIVE COMPANY TEACHING
CHILDREN OF TODAY, VISIONS
OF TOMORROW"*

**Michael L. Silvers,** President                    (908) 688-3995
1051 Stuyvesant Ave., Suite 352
Union, New Jersey 07083

*CHILDREN'S WORKSHOP, INC.*

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*



**CHILDREN'S WORKSHOP, INC.**

December 4, 1994

1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083

(908) 688-3995

Marra Design Associates
Michael Marra, President
7707 Dakota Avenue
Chanhassen, MN  55317

RE:  FOLLOW UP TO YOUR LETTER OF OCTOBER 31, 1994

Dear Mr. Marra:

I received your informative material and was rather impressed with your company's services and your personal track record in the highly competitive toy industry.

I've enclosed, for your review, a synopsis of my innovative children's edutainment adventure series book, inclusive of the "Authors Notes", which will give you a detailed description of exactly what the book's concept is all about.

Additionally, I've enclosed some photos of the originally created character, which my dad's company is planning to market worldwide.

All copyright protection has been effectuated and the document disclosures for all of the merchandise and toy inventions have, likewise, been executed. Design patents have been recently submitted and we are awaiting patent pending documentation from the U.S. Patent & Trademark Office.

The product has yet to be exposed and we are moving very, very carefully, because the potential, we feel, is tremendous for what we have to offer in the way of a "non" violent alternative to parents of children around the globe, surrounding the Googles' concept.

If you are truly interested in becoming a part of this new and exciting and potentially rewarding project, I'd like to hear from you at your earliest convenience.

I did not enclose your requested evaluation fee, because I am quite convinced that the product development is way beyond such an unwarranted stipulation on your behalf. We have spent

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

Michael Marra
Page 2.
December 4, 1994

nearly a decade perfecting this concept and the creation of, what
we believe to be the next  line of Muppets, as we enter the  21st
Century.

    If, upon your review  of the  enclosed material,  you would
like  to discuss this matter further, to our mutual benefits, I'd
very much  enjoy hearing from.   If no, no  hard feelings, simply
return the enclosed material, along with the photos, in the SASE.

    We  at  the **Googles  Children's  Workshop**,  look forward  to
hearing from you soon and until then, have a...

                    GOO DAY!

Sincerely & **Gooly Yours,**




Steven A. Silvers

cc:  Michael L. Silvers, **Marsha Genaro**, file
encls:  (4)

Mail Certified, Return Receipt Requested
Certificate Number:  P-290-181-774



## CHILDREN'S WORKSHOP, INC.
1051 Stuyvesant Avenue, Suite 352
Union, New Jersey 07083
**(908) 688-3995**

October 26, 1994

John Radziewiez, Chief Editor
Paperback Section
Harcourt—Brace Publishing Co.
525 "B" Streeet
San Diego, California 92101

RE: GOOGLES AND THE PLANET OF GOO, CHILDREN'S BOOK

Dear John:

As per our conversation, I've enclosed a final draft copy of my children's book for your review and publishing consideration.

Like I informed you, when we spoke, the text may need some minor editing. Also, the dictionary appendix is not complete, as I'm in the process of revising it a bit. I'm trying to place the text on computer disc format so that I can make the changes I feel necessary, to ensure the book's success when it hits the market.

However, I'm certain you will have a good solid understanding of the concept from the package I've presented and would very much love for you to read my book to your children for some unbiased input. While the words may be a little advanced for a seven year old, nevertheless, the storyline is what is the most captivating, as you will soon learn.

I've geared my book to advanced readers, ages 8-12. The dictionary appendix, at the end of the text, is a unique concept that encourages the child to increase his vocabulary in a fun filled manner. And, the word skill challenges that I've, likewise, included, are very stimulating, too.

I will be contacting you in two weeks, or if you feel the need to speak with me sooner, you may call the above listed number and leave a message for me.

Here's hoping to be hearing good things from your end soon, as both Alex and myself are anxious to learn of Harcourt's "hopeful" interests in The Googles's project.

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

John Radziewiez
Page 2.
October 26, 1994

  With Barney, just about on his way out, at least that is
what all the current press coverage is saying, the Ninja Turtles,
soon to become extinct, and all the bad press surrounding the
Power Rangers, recently, **Googles**, **Giggles**, and **Goggles**, the
**NEW KIDS ON THE BLOCK**, are surefire winners, especially for
a visionary company, such as Harcourt! Wouldn't you have to
agree, John?

  The greatest selling feature of my Googles's project is
the educational value it has to offer the parents of young
children, today.  The edutainment alternative, is, likewise,
a refreshing twist to all the violence that "smart", educated,
and concerned parents are looking to steer away from, too.

  Once again, John, thank you for taking the time, and
effort to review and consider finding a home for my Googles's
project.

  If, for whatever reason, you or your associates are not
interested in publishing my text--no hard feelings--however,
I'd appreciate it if you'd see to it that all of the enclosed
material is returned to the company, at your earliest convenience.

  Hoping to hear from you soon and until then, you have a...

                    **GOO DAY!**

Sincerely yours,

Steven A. Silvers

cc:  Michael L. Silvers, Marsha Genaro, file
encls:  (1) Complete Package consisting of: copy of final draft,
        photos, cover artwork, and business card.


            **MAILED CERTIFIED, RETURN RECEIPT REQUESTED**
              **CERTIFIED NUMBER:  P-334-769-934**

Exhibit 11



GOOGLES



GOGGLES

# Exhibit 12



Copyright (c) 1994
by:  Steven A. Silvers

THE GOOSHOE

Exhibit 13

RM VA

Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

THE GOOSHOE

**NATURE OF THIS WORK ▼** See instructions

Color photocopy drawings

**PREVIOUS OR ALTERNATIVE TITLES ▼**

None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

N/A

If published in a periodical or serial give:  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Steven A. Silvers

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

1947

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☑ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☑ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
**Year Born ▼    Year Died ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given    ◀ Year  in all cases.

1994

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶    Day ▶    Year ▶
ONLY if this work
has been published.    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Steven A. Silvers, 1751 Colgate Place, Union, New Jersey 07083

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL. 25 1994
ONE DEPOSIT RECEIVED
JUL. 25 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Steven A. Silvers, 1751 Colgate Place, Union, New Jersey 07083

Be sure to
give your
daytime phone
◄ number

Area Code and Telephone Number ▶   (908)688-3995

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼

☑ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Steven A. Silvers          Date▶ July 7, 1994

☞  Handwritten signature (X) ▼

*Steven A. Silvers*

**MAIL CERTIFI-CATE TO**

Name ▼   Steven A. Silvers

Number/Street/Apt ▼   1751 Colgate Place

City/State/ZIP ▼   Union, New Jersey 07083

**Certificate will be mailed in window envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to
adjust fees at 5-year
intervals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000   ♲ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# Exhibit 14



# Exhibit 15

## Dr. Benedetto joins Center

Dominick Benedetto, M.D. and Marta Lopatynsky, M.D. are now associated with Center for Sight-Northern New Jersey (formerly Gunther Vision Associates). The new ophthalmology practice is located at 551 Evelyn Street on Rt. 17 North, in the Health South Building in Paramus.

Dr. Benedetto, medical director of Center for Sight,

completed his training at Wills Eye Hospital in Philadelphia and has been in solo practice in Bayonne. He has over 16 years of experience in ophthalmology and ophthalmic surgery.

As an associate attending surgeon at Wills Eye Hospital and a consultant to 'Alcon Surgical Inc., Dr. Benedetto assisted in the training of many resident surgeons and

out the Northeast in modern small incision cataract surgery.

Dr. Lopatynsky trained in ophthalmology at Albany Medical College and completed a fellowship in corneal diseases at Wills Eye Hospital. Most recently she was the acting division chief of ophthalmology at the Mary Imogene Basset Hospital in Cooperstown, N.Y.

She specializes in the treatment of corneal diseases including infections, scarring, dry eye and tumors. She performs corneal transplants and is experienced in doing the complications of cataract and refractive surgery to correct near-sightedness and astigmatism.

Center for sight specializes in cataract surgery and refractive surgery (LASIK) and medical and laser treatment of eye disease. The practice includes the nationwide network of ophthalmologists associated with EyeVision Inc. based in Atlanta, Georgia.

EyeVision presently

Washington, Arkansas, Kansas, Illinois and Ohio.

Drs. Benedetto and Lopatynsky are members of numerous professional organizations, including the American Society of Cataract and Refractive Surgery, the American Academy of Ophthalmology, the International Society of Refractive Keratology and the Association for Research in Vision and Ophthalmology. Dr. Lopatynsky is also a member of the Oskrovsky Corneal Society.

For more information call 262-1100.

### Bayonne airman finishes course

Air Force Airman Adam ... has graduated from communications-computer systems operations specialist course at Keesler Air Force Base, Miss.

Students were taught how to operate and maintain electronic data processing equipment, including facsimile, tape and disk management and other related tasks.

... back in the care of Eugene

## Bayonne businessman is stuck on 'Goo'
BY ALAN CHRISTOFFERSEN



... Bayonne businessman has published his first piece called Michael Silvers, retired and hearing aid dispenser for Wild Optical Center at 890 Broadway, is involved in a children's project entitled "Googles and the Planet of Goo."

"My oldest son, Steven, at the age of 46, decided to start writing as a hobby. He's been a professional entertainer for most of his life but always expressed a desire to some day write a children's book," Silvers explained.

"Sharing a love for children, having three of my own, plus two grandchildren, I read my son's first draft of a children's book that he had written: "Googles and the Planet of Goo," Silvers continued.

"The book, a fantasy adventure, is aimed at children, ages 8 to 12. On the child's travels through reading the text, he learns approximately 200-250 new words and vocabulary lessons — conceptual awareness. It's a learning process," Silvers said.

"At the back of the book is a dictionary appendix that is used by the child for quick and easy reference purposes when learning new words. There are also special word

... is going to get any positive reviews on today's market. It's about a villain, Barney and the violent Power Rangers," Silvers added.

The Union resident, who has been in his hearing aid profession for 35 years, described Googles and the siblings — Giggles Goo and Goggles, from the imaginary planet of Goo, as "non-violent, extremely lovable who promote and instill a sense of real values for the children of today with visions of tomorrow for them to really think about."

Silvers has been involved with the book for the past three-and-a-half years on the project, including patents, copyrights and the marketing of Googles T-shirts, back packs for school and a Googles toy and doll line.

He hopes that the first 1,000 copies of "Googles and the Planet of Goo" will be published in March with a following plan for 10,000 more copies.

For more information, contact the Googles Children's Workshop, Inc., Michael L. Silvers, president, 1061 Stuyvesant Ave., Suite 353, Union, N.J. 07083.

**WINTER SALE STARTS TODAY**

**50% OFF**

ORIGINAL PRICE ...

...

LIBERTY INDUSTRIAL PARK
... Avenue, Jersey City, N.J.
STORE HOURS ...
PHONE: 333-3809



**Pamrapo... The Financial Information Center For Senior Citizens**

With the ever changing tax laws and a vast selection of saving opportunities, Pamrapo would like to help the Golden Agers in Bayonne and our surrounding communities. If you have any questions concerning your current savings, or about investment options and retirement preparation, Pamrapo would be happy to help. People like you are very important to our community. For years, you put your all into the community by buying homes and raising families. You've made our communities what they are today, and Pamrapo would like to give something back, by making sure you are financially secure in your Golden years. Call us today.

**Senior Financial Hotline**
**436-9338**

**PAMRAPO FINANCIAL CENTER**

"If You've Got A Financial Question... Ask Us"

**PSORIASIS TREATMENT CENTER**
Featuring PUVA THERAPY performed in our office. This treatment works where others fail.
*Diseases of the Skin, Skin Surgery, Collagen Injections, Etc.*

**BAYONNE DERMATOLOGY ASSOCIATES**
Vadim Cherne, MD • Philip LoBuono, MD
New Location! 844 Ave. C   Hours by Appt. 339-6681.
Medicaid Accepted • Accepts Assignment on Medicare

# Exhibit 16





# Exhibit 17

US00D39 3S

## United States Patent [19]

### Silvers

[11] Patent Number: Des. 397,543

[45] Date of Patent: **Sep. 1, 1998

[54] **TENNIS SHOE**

[76] Inventor: **Steven A. Silvers,** 1751 Colgate Pl., Union, N.J. 07083

[**] Term: **14 Years**

[21] Appl. No.: **35,610**

[22] Filed: **Mar. 3, 1995**

[51] LOC (6) Cl. .................................................. **02-04**
[52] U.S. Cl. .............................................. **D2/902; D2/897**
[58] Field of Search ....................... D2/902, 897, 907, D2/898, 969, 970; 36/45, 83, 84, 102–107, 112–115, 136, 132

[56]              **References Cited**

#### U.S. PATENT DOCUMENTS

| D. 266,968 | 11/1982 | Railton | ............................ | D2/969 |
| D. 301,935 | 7/1989 | Jonah | ............................ | D2/969 |
| D. 302,898 | 8/1989 | Greenberg | ............................ | D2/969 |
| D. 315,633 | 3/1991 | Nakao | ............................ | D2/970 |
| D. 339,446 | 9/1993 | Teague | ............................ | D2/970 |
| D. 341,474 | 11/1993 | Winters | ............................ | D2/897 |

*Primary Examiner*—Doris V. Coles

[57]                 **CLAIM**

The ornamental design for a tennis shoe, as shown and described.

                **DESCRIPTION**

FIG. 1: is a top view of the tennis shoe embodying my design;
FIG. 2: is a right side view thereof;
FIG. 3: is a left side view thereof;
FIG. 4: is a rear view thereof;
FIG. 5: is a front view thereof; and,
FIG. 6: is a bottom view thereof.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**         Sep. 1, 1998         Sheet 1 of 4         **Des. 397,543**



**Fig. 1**

ClibPDF - www.fastio.com



**Fig. 2**



**Fig. 3**

**U.S. Patent**     Sep. 1, 1998     Sheet 3 of 4     **Des. 397,543**



**Fig. 4**



**Fig. 5**

**U.S. Patent**    Sep. 1, 1998    Sheet 4 of 4    **Des. 397,543**



Fig. 6

ClibPDF - www.fastio.com

# Exhibit 18

# BOOK ORDER FORM

## MORRIS PUBLISHING

*This form must be completed entirely and submitted with your manuscript.*

3212 E. Hwy 30 • P.O. Box 2110
Kearney, NE 68848
1-800-650-7888 • Fax: 308-234-3969

**For Office Use Only**

| | |
|---|---|
| Book # | _____ |
| Date Rec'd | _____ |
| Date ship'd | _____ |
| Shipping method | _____ |
| # Books ship'd | _____ |
| # Boxes ship'd | _____ |

1-94

## Publisher/Author

Name  **Googles Children's Workshop, Inc.**

Address  **1051 Stuyvesant Ave., Ste. 352**

City  **Union**    State  **N.J.**  Zip  **07083**

Daytime Phone ( **201** ) **339-2131**

Home Phone  ( **908** ) **688-3995**

*All correspondence, including proof, will be sent to publisher unless otherwise noted.*

## Shipping Address

*Better service if delivered to a business address. We must have a street address. We cannot deliver to a P.O. Box.*

Name  **Michael L. Silvers, President**

Address  **1751 Colgate Place**

_____

City  **Union**    State **N.J.** Zip **07083**

Daytime Phone ( **201** ) **688-2174**

## Billing Address

Name  **Same as Publisher/Author**

Address  _____

City  _____ State _____ Zip _____

Daytime Phone (_____)_____

## Payment Method

*For first installment*

☑ Check/Money Order    ☐ Visa    ☐ MasterCard

Card # __ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

Expires ___/___

Cardholder Signature _____

☐ **Nebraska Orders** check here if tax exempt. A form will be sent to you to complete. This form must be completed and returned, or you will be required to pay sales tax on your order.

---

## BOOK SPECIFICATIONS

| | Price Per Book | Price Per Order |
|---|---|---|

**Manuscript Preparation:**  ☐ Typesetting required    ☑ Manuscript is camera-ready

**Est. number of pages when typeset (or camera-ready)**  **100**

**Number of books wanted  1000**

**Put Base Price here (from standard or camera-ready price chart)**.......................... **$1.05**

**Additional Features:** (does not apply to camera-ready books)

We have **Art Fillers** (from page 17):  ☐ No  ☐ Yes, # artwork/fillers _____ $1 each (per order).... _____

We have **Special Accent Marks**:  ☐ No  ☐ Yes, # accent marks _____ $1 each (per order).... _____

We have **Illustrations**:  ☐ No  ☐ Yes, # illustrations _____ $5 each (per order)..... _____

**Additional Photographs:** (applies to camera-ready & typeset books)

We have **Additional Photos**:  ☐ No  ☑ Yes, # extra photos _____ $7 each (per order)..... _____

**Paper:** Print our pages on:  ☑ Standard white paper: ☑ White - (Free)  ☐ Cream - 15¢/book............ _____

☐ Heavier paper: ☐ White - 40¢/book  ☐ Cream - 55¢/book............ _____

☐ Recycled paper: 25¢/book................................ _____

**Text Ink:** ☑ Print our text pages in: Black, Blue, Brown ink (Free) Specify color: **BLUE**

☐ Ink color other than black, blue, brown; Specify color: _____ **$75/order** ....... _____

**Text Formats: Note:** See pages 11 - 12 of the *Publishing Guide* for explanation of each text format.

OR
Novel  ☐ N-1  ☐ N-2  ☐ N-3  ☐ N-4
Poetry  ☐ P-1  ☐ P-2  ☐ P-3  ☐ P-4

*PLEASE NOTE: If form is not completed in entirety, we reserve the right to make selections pertaining to colors, binder choices, etc.*

| | Price Per Book | Price Per Book |
|---|---|---|

or ☑ I do not wish to include any of the items below in my book.

or ☑ I would like Morris Publishing to handle the filing for the items checked below:

    ☑ Copyright - **$50 + 2 copies of book for deposit**........................................ **$50.00**

    ☑ ISBN - **$60**........................................................................................ **$60.00**

    ☑ Library of Congress Catalog Card Number - **$20 + 1 copy of book for deposit**........... **$20.00**

    ☑ Bar Code - **$15**.................................................................................. **$15.00**

or ❑ I have filed for the following items and the information is included with my manuscript.

    ❑ Copyright    ❑ ISBN    ❑ Library of Congress Catalog Card Number    ❑ Bar Code

## BOOK STYLE - choose only one style    (see pages 20-24 )

☑ **Perfect Binding** (no extra charge - included in base price)

### ❑ Comb Binding

or ❑ Soft Cover (**25¢/book**) ............................................................
    ❑ Hard Cover: 300-500 books=**$1.55/book**    501-1000 books=**$1.10/book**
    1001-2000 books=**$1.05/book**    2001+books=**95¢/book**.......................

**Liners:** (for hard cover only)
    ❑ Standard white liners, at no additional charge.
or ❑ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**.......

**Comb binding colors (choose one color).** See page 31.

❑ Green    ❑ Yellow    ❑ Red    ❑ Gray    ❑ Maroon
❑ Wedgwood    ❑ Blue    ❑ Forest    ❑ Ivory    ❑ Brown
❑ Black    ❑ White    ❑ Clear

❑ **Imprinted comb binder**: 200-1000 books = 35¢/book;   1001+ books = 30¢/book ..............................

Print binder to say: _____

Binder imprint ink color: (**any color**) Specify color: _____

### ❑ Wire Binding

**Choose a Wire Color:**    ❑ Black    ❑ White
or ❑ Soft Cover (**30¢/book**) ............................................................
    ❑ Hard Cover: 300-500 books=**$1.60/book**    501-1000 books=**$1.15/book**
    1001-2000 books=**$1.10/book**    2001+books=**$1.00/book**.....................

**Liners:** (for hard cover only)
    ❑ Standard white liners, at no additional charge.
or ❑ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**.......

### ❑ Case Binding 300-500 books=**$3.75/book**;   501-1000=**$3.20/book**;   1001+=**$2.90/book**.................

**Cloth cover colors (choose one color).** See page 32.
❑ Red    ❑ Green    ❑ Light Blue    ❑ Dark Blue    ❑ Taupe    ❑ Dark Tan

**Metallic foil colors (choose one color).**
❑ Gold    ❑ Silver    ❑ Black    ❑ Red    ❑ Blue    ❑ Maroon

**Wording for Title:** _____

**Wording for Sub-Title:** _____

### ❑ 3-Ring Binding 300-500 books=**$2.65/book**;   501-1000=**$2.45/book**;   1001+=**$2.25/book**.................

**Liners:** ❑ Standard white liners, at no additional charge.
or ❑ One-color imprinted liners (artwork enclosed); Ink color _____ **20¢/book**.......

# COVER DESIGNS – do not apply to case bound books (see pg. 28-35)

**Wording for Title:** _____

**Wording for Sub-Title:** _____

## Morris Publishing Covers (see page 26)
❏ A17 ❏ A26 ❏ A38 ❏ A45

## Custom Designed Front Cover (Enclose artwork & cover template if submitting a custom cover.)
☑ Please use artwork/photo submitted as camera ready, without changes.
❏ Please use artwork/photo submitted, but typeset wording.
❏ Please have your art department design cover from enclosed sketches or ideas.

## Custom Designed Back Cover (Enclose artwork & cover template if submitting a custom cover.)
☑ Please use artwork/photo submitted as camera ready, without changes.
❏ Please use artwork/photo submitted, but typeset wording.
❏ Please have your art department design cover from enclosed sketches or ideas.

**Cover Color:** See page 30. Color chosen will also be used for the back cover.
*Do not choose a color if using a Morris Publishing or custom full-color cover.*

❏ Red ❏ Peach ❏ Process Blue ❏ Kelly ❏ Black
❏ Rose ❏ Yellow ❏ Powder Blue ❏ Green Frost ❏ White
❏ Pink ❏ Cream ❏ Country Blue ❏ Smoke

## Ink Colors for Front/Back Cover: See page 25. Will also be used on book spine (if applicable).

**Ink Colors for One Color Designs**

Standard: ❏ Black ❏ Red ❏ Blue ❏ Green ❏ Brown ............. **No Charge**

Other Colors: Specify ink color: _____ **$35/order** ...............................  _____

Special Colors: ❏ White, silver, gold or PMS color. Specify ink color: _____ **$75/order**  _____

❏ **Multiple Color Designs**: (one standard ink is **FREE**)
   Up to 500 books = $40 each color/order (White, silver, gold, PMS= $75/color)
   501+ books = $55 each color/order (White, silver, gold, PMS= $75/color)...............................
   Specify ink colors: _____ _____ _____

☑ **Full-color Custom Designs**: **300 book minimum order**
   300 books = $1.20/book  500 books = 77¢/book  1000 books = 41¢/book  2000 books = 33¢/book  .41¢
   3000 books = 28¢/book  4000 books = 26¢/book  5000 books = 24¢/book ...............................

# SPECIAL SERVICES (see page 49)

*These items are sold in multiples of these quantities only.*

☑ **Padded Envelopes** (25 per case)  # of cases ___4___ x $11  $44.00  $ 44.00
❏ **Individual Shipping Boxes** (10 per case)  # of cases _____ x $6
☑ **Display Boxes** (10 per case)  # of cases ___1___ x $30  $30.00  $ 30.00

**Total ALL Columns** $ 1.46  $ 219

**Special Instructions:** Please call the day before delivery is to take place (908)688-2174 or (201)339-2131. Send proof for review and final approval prior to printing order. Thank you!

| # Books ordered 1000 | X green column = | $1,460.00 |
|---|---|---|
| | Total gray column + | 219.00 |
| | **\* Total Estimated Cost =** | $1,679.00 |
| | First Payment - 33% | $ 550.00 |

\* Shipping charges and tax (when applicable) will be added to final payment.

# TERMS & CONDITIONS

*This order form must be signed and submitted with your manuscript.*

## TERMS OF BOOK ORDER FORM

Morris Publishing, hereinafter referred to as the Company, agrees to publish an original book in accordance with information furnished on this order form. The purchaser, hereinafter referred to as the Customer, agrees to furnish all text and other material to be published in Customer's book.

## MATERIALS

Sketches, artwork, copy, plates, film negatives and any other work created or furnished by the Company, shall remain the exclusive property of the Company. This work cannot be used, nor any ideas obtained from this work, without written permission and compensation of the Company. Film negatives will be stored by the Company for five years.

## TYPESETTING

Typesetting is included in the base price of the book and is based on receiving original copy, clearly typed on one side of a sheet of paper, and conforming to one of the Company's book formats. Copy not submitted in this manner may incur additional typesetting charges.

## PRODUCTION

The Company assumes responsibility for scheduling and production of the books with normal production time, for books requiring typesetting, at 45 to 60 WORKING DAYS after we receive the manuscript. Production schedule for camera-ready books is 35 to 45 WORKING DAYS. However, the Company reserves the right to adjust production schedules due to heavy seasonal demands, shortages, strikes, fire, energy failure, equipment breakdown, supplier or carrier delays or any other reasonable causes whatsoever. We cannot promise or guarantee ship dates other than our normal production time. Customer delays may alter final delivery date.

## PROOF & CORRECTIONS

A proof will be submitted to the Customer with original copy. Corrections are to be made on this proof and signed by the customer. The Company reserves the right to use our judgment on design of artwork and cover, if no definite instructions are given. The Company will endeavor to do our best to produce error-free books. However, material submitted by Customer or inadequate final proofing by Customer may result in errors that are not the Company's fault. The Company is not responsible for errors under these conditions: if the work is printed per Customer's OK; if changes are communicated verbally; if Customer failed to return proof with corrections; or if Customer instructed the Company to proceed without submission of a proof. The Company will assume responsibility to correct errors in the event that any subsequent printings are ordered, if Customer provides corrections at time of reorder. **Note:** After the book is in production, the Company cannot guarantee change orders from the submitted order form. **Color Proofs:** Due to differences in equipment, processing, paper, inks and other conditions between color proofing and printing, a reasonable variation in color between proofs and completed job shall be acceptable.

## SHIPPING

The Customer pays the freight on all book orders. Estimated shipping costs will be provided and are to be included with final payment, due before books are scheduled for shipment. Unless otherwise noted, costs are for a single shipment, without storage. Orders are shipped via U.P.S. or motor freight carrier (truck). The Customer may request faster service (i.e., bus, air freight, etc.). Shipping outside the Continental United States, APO or FPO addresses, will be shipped Parcel Post (Special 4th Class Book Rate).

**Note:** As is customary in the printing trade, all orders are subject to a 10 percent overrun and underrun factor and will be shipped, invoiced and billed accordingly. Under no circumstances are books to be returned without the Company's written approval. Defective books not due to shipping damage must be reported to the Company within 90 days of ship date. The Company reserves the right to repair, replace or credit defective books.

## PAYMENT

One-third of the total printing bill will be due when the manuscript and other materials are submitted to the Company. The second one-third will be due when the Customer returns the proof; and the final one-third (including shipping costs) will be due before the books are scheduled for shipment. All accounts over 90 days will be considered over-due and will be charged 1 1/2% interest per month (18% per annum). If collection services are necessary to collect over-due accounts, the Customer is liable for any such fees incurred. All prices are based on payment in U.S. Currency.

## CONDITIONS

This book order form is a binding contract between the Company and the Customer; no other statements or oral agreements are binding. Cancellations after this order form is received will still hold the Customer responsible for costs incurred by the Company concerning actual preparation and/or production on order. In the event of unusual customer delay, the Company reserves the right to bill for work completed. We reserve the right to accept or reject all order applications and manuscripts (including camera-ready or those needing typesetting). The Company's promotional card will be in the back of every book published.

## INDEMNIFICATION

The Customer shall indemnify and hold harmless the Company from any and all loss, cost, expense and damages on account of any and all manner of claims, demands, actions and proceedings that may be instituted against the Company on grounds alleging that the said printing violates any copyright or any proprietary right of any person, or that it contains any matter that is libelous or scandalous, or invades any person's right to privacy or other personal rights, except to the extend that the Company has contributed to the matter. The Customer agrees to, at the Customer's own expense, promptly defend and continue the defense of any such claim, demand, action or proceeding that may be brought against the Company, provided that the Company shall promptly notify the Customer with respect thereto, and provided further that the Company shall give to the Customer such reasonable time as the exigencies of the situation may permit in which to undertake and continue the defense thereof.

## Signature Required

I have read the *Guide Book* and the terms above and authorize the Company to compile and print a book in accordance with the information furnished on this order form.

Self-Publisher _____  Social Security # _ _ _ - _ _ - _ _ _ _  Date_____

SIGNATURE REQUIRED

# Exhibit 19



Printed in the United States
of America by:

**Morris Publishing**
**3212 E. Highway 30**
**P.O. Box 2110**
**Kearney, Nebraska  68847**

**First Printing:  May, 1996**

ISBN: 1-57502-184-6

Library of Congress Catalog Card No.: 96-94384

The Googles logo,  children's books, and
illustrations are the products and trademark of:

**The Googles Children's Workshop, Inc.**

An affiliate of:

**SAS Entertainment Group.**

# GOOGLES

# AND

# THE

# PLANET OF GOO

## VOLUME I

### by:  Steven A. Silvers

---

**The Googles Children's Workshop, Inc.**
**P.O. Box 2123**
**Union, New Jersey  07083**





A CHILDREN'S EDUTAINMENT BOOK

GOOGLES™

# Exhibit 20

**Googles Tracking Log**

| Name & Address | | Date | Price | Postage |
|---|---|---|---|---|
| Marsha Genaro<br>301 San Jose Blvd<br>St. Augustine, Fl 32086 | | 6-21-96 | (2) | N/A |
| Laura Yelvington<br>560 Anderson St.<br>St. Augustine Fl 32095 | | 6-22-96 | (1)<br>9.95 | |
| Timothy Last (Karen)<br>922 Viscaya Blvd.<br>St. Augustine, FL. 32086 | | 6-24-96 | (1)<br>9.95 | |
| Hendrick Gil | Promo | 6-25-96 | (1) N/A | |
| Denise Roctowski / sent to Jessica (first)<br>3201 E. Joppe Rd.<br>Baltimore, MD. 21234 | Promo | 6-25-96 | (1) | 2.62 |
| Joshua Silvers<br>825 Harbor Ave. | Family | 6-28-96 | (1) | 3.00 |
| Natte Prince<br>1412 San Jose Blvd<br>St. Augustine, Fl 32086 | Julie<br>Mathew<br>Rachael | 7-6-96 | (1)<br>9.95 | |
| Renee' Arie | Family | 7-8-96 | (1) | 1.24 |
| Jessica Ruter<br>c/o Gerald C. Ruter<br>3201 E. Joppa Rd. Baltimore Md. 21234 | Promo | 7-8-96 | (1) | 1.24 |
| Joe Di Cicco<br>23 Bay 7th St.<br>Brooklyn N.Y. 11228 | Promo | 7-10-96 | (3) | 1.74 |
| Dane Ruser<br>"Googles Appendix" | Promo | 7-10-96 | (1)<br>N/A | |
| Jayne Foreman Court Rep./James<br>2533 Bluffton Dr.     +<br>Jacksonville, Fl 32224     Jennifer | | 7-12-96 | (1)<br>9.95 | 1.24 |
| Paul White / Inventor's Helper<br>225 Main St. Ste: 201<br>Northport. N.Y. 11768 | Promo | 7-12-96 | (1) | 1.24 |
| Alex Messina Jr,<br>c/o ALEX MESSINA     11365<br>65-82 160th St. Fresh Meadows, NY | Promo | 7-12-96 | (1) | 1.24 |
| Deuce Thompson<br>30 Chestnut St.<br>Red Bank, N.J. 07701 | Promo | 7-12-96 | (1) | 1.24 |
| Caryn Ronne Schneiderman<br>19 N. 7th Ave<br>Highland Park, N.J. 08904 - 2933 | Promo | 7-12-96 | (1) | 1.24 |

### Googles Tracking Log

| Name & Address | | Date | Price | Postage |
|---|---|---|---|---|
| Mrs. Jeannette Jackson          PROMO<br>905 Turtle Creek Dr.<br>Ashville, NC. 28803 | | 7-12-96 | (1) | 1.24 |
| Bob Polland % Rodney Polland          PROMO<br>4061 Budd Rd.<br>New Symrna Bch. Fl 32168 | | 7-12-96 | (1) | 1.24 |
| Linda Bolante          Telisha<br>39 Sea Eagle Cir.          Laren<br>St. Augustine, Fl 32081          Nicholas | | 7-13-96 | (1)<br>9.95 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Exhibit 21









# CREDIT MEMO

**# 012489**

**FROM CONSIGNMENT INVOICE #** _16952_

☐ NAME CHANGE   ☐ ADDRESS CHANGE

**PAGE 1 OF** _1_

**DATE** _6/5/97_    **TOWER RECORDS/VIDEO/BOOKS**

CONSIGNOR: _The Googles Children's Workshop Inc_
STREET ADDRESS: _P.O. Box 60210_
CITY: _Potomac_   STATE: _MD_   ZIP: _20857-0210_
CONTACT PERSON (PRINT): _Steven Silvers_
PHONE: _(301) 299 4939_

STORE NUMBER: _154_   LOCATION: _Rockville_
STREET ADDRESS: _1601 B Rockville Pike_
CITY: _Rockville_   STATE: _MD_   ZIP: _20852_
MANAGER (PRINT): _Eric Parsons_
PHONE: _(301) 468-8901_

| ARTIST / AUTHOR     TITLE / NUMBER | FORMAT | SELLING PRICE | UNITS SOLD | X | UNIT COST | = | TOTAL $ |
|---|---|---|---|---|---|---|---|
| _Steven Silvers_ "_Googles & the Planet_ | _TR_ | _995_ | _1_ | x | _498_ | = | _4.98_ |
| _of Goo_" | | | | x | | = | |
| _isbn · 1575021846_ | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | | | x | | = | |
| | | **TOTAL SOLD:** | _1_ | | | $ | _4.98_ |

PAYMENT CHECK WILL BE SENT TO THE STORE.  PLEASE CALL THE STORE MANAGER WITH ANY QUESTIONS REGARDING THIS ACCOUNT.

**DISPOSITION OF REMAINING PRODUCT:**

_____ UNITS RE-CONSIGNED ON NEW INVOICE # _____

_5_ UNITS RETURNED TO CONSIGNOR ON: _6, 24, 97_ (DATE)

_____ UNITS WILL BE DISPOSED OF
UNLESS PICKED UP BY CONSIGNOR BY: _____ / _____ / _____ (DATE)

CHECK #: _____

AMOUNT: $ _____

MAILED  /  PICKED UP

DATE: _____ / _____ / _____

**CONSIGNOR SIGNATURE** _Signature On File_   **MANAGER SIGNATURE** _[signature]_

WHITE   SEND TO THE A/P DEPT. ATTACH THE PINK   COPY OF ORIGINAL CONSIGNMENT INVOICE

YELLOW  CONSIGNOR COPY

PINK   STORE'S PAID CONSIGNMENT FILE, ATTACH THE   GOLD COPY OF ORIGINAL CONSIGNMENT INVOICE

**A/P USE ONLY:** VENDOR # _____   A/P DATE: _____ / _____ / _____   REQ. BY: _____   APPR. BY: _____

INV. DATE _____ / _____ / _____   INV #: _____   INV. AMT: $ _____   STORE #: _____

C.M. DATE _____ / _____ / _____   C.M. # _____   C.M. AMT: $ _____



469183

DEPARTMENT 12  VENDOR 9000112394

| INVOICE |  | STORE | INVOICE NUMBER | INVOICE TOTAL | DISCOUNT TAKEN | AMOUNT |
|---------|--|-------|----------------|---------------|----------------|--------|
| DATE |  |  |  |  |  |  |
| 11/25/96 | 17154 |  | 16952 | 29.88 | .00 | 29.88 |
| 5/05/97 | 17154 |  | CM12489 | 24.90- | .00 | 24.90- |
|  |  |  |  | 4.98 | .00 | 4.98 |

*Dep. on 7/14/97*

NUMBER  469183  WHEN DETACHED AND PAID THE BELOW CHECK BECOMES A
RECEIPT IN FULL PAYMENT OF THE ABOVE ACCOUNT.

PLEASE DETACH BEFORE DEPOSITING CHE
NO OTHER RECEIPT NECESSARY

# Exhibit 22



# The GOOGLES

## CHILDREN'S WORKSHOP, INC.

MICHAEL SILVERS, Pres.
P.O. Box 2123
Union, NJ 07083

Robert S. Malina
90 Victory Blvd.
New Rochelle, New York 10804

July 8, 1996

Hi Bob:

It was a pleasure speaking with you this past Monday. Once again, thank you for taking the time to do so.

As per our discussion, I've enclosed two copies of my "self-published" children's edutainment book. Upon your review, if you feel the material is worthy of your time to pass    along to some of your publishing and/or entertainment associates/contacts, I'd be very honored and grateful in your doing so.

If you feel the need for me to send you a few more copies of my text, by all means, please don't hesitate to let me know and I'll get them to you immediately.

Like I informed you when we spoke, I believe I am on to something very special and I don't mean to be tooting my own horn, however, I've done extensive research as to the potential of my Googles' project and now I'm in need of a few door openers to make my dream become a reality.

Ilan has spoken very highly of you and told me that you had quite a few solid contacts in both the publishing and enter-tainment world.

Being that TOYLAND U.S.A. is desperately searching for the next BARNEY (TOYLAND HERO) I think I have just what the doctor has ordered.

So without further ado my new kids from GOO:  Googles, Giggles, and Goggles, would like to say--it's a pleasure to meet you!.

Here's hoping I'll be hearing your "good word" soon, and

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

Robert S. Malina
Page 2.
July 8, 1996

until then, all of us at the Googles Children's Workshop wish
you and yours a.....

                              GOO DAY!

Sincerely yours,



Steven A. Silvers

P.S.  I've enclosed an outline of the Googles' project to sort
of give you a better idea as to where we're headed with the
concept.  I'll plan on calling you in a few weeks to learn
what headway, if any, you've made concerning the book.  Thank
you for any assistance you can lend to me.

cc: Michael L. Silvers, file
encls: (2)



SAS/mpg



**Children's Workshop, Inc.**
**P.O. Box 2123**
**Union, NJ 07083**
**(908) 688-3995**

August 7, 1996

Charles A. Smith, Ph.D
Department of Human Development
and Family Studies
Kansas State University
Manhattan, Kansas 66506

Dear Mr. Smith:

I read with interest your wonderfully written book: *"From Wonder to Wisdom."* It was a great read for me.

I'm a self-published children's book writer.

My first book is titled: *"Googles and the Planet of Goo."* It is a children's edutainment type book, teaching the children of today, visions of tomorrow. Incorporated into my concept is a fun filled way for a child to increase his/her vocabulary while also teaching lessons in conceptual awareness and social values.

I would very much like to know if you could, perhaps, lend me some of your professional tips on how I might be able to get my book professionally reviewed and/or critiqued.

I've not yet officially released my book for sale. We are still conducting our own grass roots surveys and the results have been wonderful., However, I'm not looking for praise--not just yet. On the contrary, I'm in search of some professional criticism and an honest evaluation of my work. Any suggestions would be most graciously appreciated.

I would be only to honored if you would consider giving your input of my first adventure series Googles' book. Upon your request I would be elated to forward to you a copy of same.

Hoping to hear from you soon; until then I remain:

Cordially yours,

Steven A. Silvers

*"AN INNOVATIVE COMPANY TEACHING CHILDREN OF TODAY, VISIONS OF TOMORROW"*

September 27, 1996

Courtney Jones
25264 Malibu Road
Malibu, CA 90265

Hi Courtney:

I've decided to try my luck and write to you a second
since my last correspondence may have been overlooked
perhaps you've been too busy and inadvertently may
forgotten all about it.

In either event, a mutual friend, Robert Land, suggest
write to you again to see what avenues we may pu
surrounding my children's edutainment book, which
self-published, to our mutual benefit.

I've tried calling you several times but have been unabl
reach you.

As Robert may have told you, I've worked diligently
wonderful children's "young reader's" combination adven
and educational book. It is geared toward children ages
up. I'm now ready to promote, market, and distribut
nationwide. Robert suggested I write to you because he
you could be a source of exposure for the text.

I've not enclosed a copy because I'll first want to s
with you to learn of your interests and whether or not
may want to become involved with the project.

If you could let me know when is a good time to reach
and on what number, keeping in mind that I'm on the
coast, I'd be only to happy to give you a buzz.

For now, I'm living with my sister and don't have my
private line, however, if you wish you may FAX your inf
me at 301-762-3247 and I'll respond accordingly.

Hope to hear from you soon and until then, I remain:

Sincerely yours,


Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

Contact Number:  (718)549-9393

Elaine Ruiz
5800 Arlington Avenue
Riverdale, New York 10471

October 1, 1996

**RE:  GOOGLES AND THE PLANET OF GOO**

Hi Elaine:

Thank you for taking the time to speak with me about my Googles' project and the children's edutainment book I've written.

As per our conversation I've enclosed a copy of my book for your review and further interests.

I look forward to hearing from you, at your convenience, to discuss what, if anything, you can do to assist me, in your area, with the successful marketing, distribution, and promotion of my Googles' concept.  Until then you have your-self a...

**GooDay!**

With warmest regards,

Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

cc:  file
encls:  (1)

P.S. Please use the Maryland address when corresponding with me and you can leave a message at:  (301)762-1266.  Thank you!

(Contact Name:  Marry Ellen Kenny (212)633-3400


BARNES & NOBEL
ATTN:  Small Press Dept.
(New Book Acquisition Supv.)
122 5th Avenue
New York, New York 10011

October 1, 1996

**RE:  GOOGLES AND THE PLANET OF GOO**

TO WHOM IT MAY CONCERN:

Upon speaking with Mary Ellen it was suggested that I provide your department with a copy of our recently published children's edutainment book as captioned above.

We at the Googles Children's Workshop are very proud of our first printing and look forward to hearing of your comments and possible interests in the promotion and distribution of our educational and entertainment text.

Here's hoping to hear from you soon and until then your have yourself a...


                         GooDay!


Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

cc: file
encls:  (1)

P.S. Please forward your correspondence to the Maryland address.  Thank you!

*Your copy for reference purposes. CIAO!  Cousin Steven!!

Lauriats, Inc.
Attn:  Children's Book Buyer
10 Pequot Way
Canton, MASS. 02021

October 17, 1996

**RE:  GOOGLES AND THE PLANET OF GOO**

TO WHOM IT MAY CONCERN:

My name is Steven A. Silvers and I'm the self-published author of the enclosed children's edutainment book as referenced above.

A relative of mine approached the store manager of Encore Books in the Rosehill shopping Center, Thornwood, New York. The purpose of her visit was to seek the store manager's interest in selling our company's book.  The interest was, indeed, sparked, however, it was suggested, due to Encore's policy, that I submit a copy of my book to your corporate headquarters for distribution consideration.

Accordingly, I've enclosed a complimentary copy of **GOOGLES AND THE PLANET OF GOO**.  The store manager is willing to order copies of our book, and I'm hopeful you'll consider to carry them as a welcomed addition to your existing line of children's book.

Please feel free to contact me at your convenience to discuss pricing and terms.  Here's hoping we'll hear from you soon and until then have yourself a...**GooDay!**

Sincerely,


Steven A. Silvers

P.S.  New mailing address is:  P.O. Box 60210, Potomac, MD 20859-0210.  (301)299-0507 (alternative contact number).

Price Club
Attn:  Pennie Clark
999 Lake Drive
Issaquah, WA 98027

October 18, 1996

Hi Pennie:

I left a message on your voice mail last week but I don't
know if I pressed the right button or not in order for you
to retrieve it.

In either event, I must tell you it was a very clear and
concise message and you have a lovely speaking voice, too.

Since I've not heard from you, I thought I'd take a chance
and write you this letter of introduction.

We, at the Googles Children's Workshop, are very proud of
our latest children's edutainment book release.  Upon
perusing the children's book section of one of your Price
Club stores in the Rockville, Maryland area, I was quite
impressed with your selection, and I believe our GOOGLES AND
THE PLANET OF GOO would be a great compliment to your
existing titles offered to your customers.

I've enclosed a complimentary copy of our text for your
review and distribution consideration.  At the present time
we are a self-published company promoting and licensing our
product lines on an independent basis.  If, upon your review
of our book, you'd like to discuss pricing and distribution
opportunities, I would very much like to hear from you at
your convenience.

Hope you enjoy reading our adventure and educational
book/concept.  Share it with a few children, ages 7 and up,
to see how they react to our alien character, Googles, and
the storyline or his adventures from the Planet of Goo to
Earth.

Pennie Clark
Page 2
October 18, 1996

Here's hoping to hear from you soon and until then you have
yourself a....

**GooDay!**

Sincerely,


Steven A. Silvers


P.S. My new mailing address is:  P.O. Box 60210, Potomac,
Maryland 20859-0210.  Phone No.:  (301)299-0507 (Home),
or (908)688-3995 (Corporate Office No.).

Thomas L. Phillips, President
Phillips Publishing International, Inc.
7811 Montrose Road
Potomac, MD 20854

October 21, 1996

Dear Mr. Phillips:

It was a pleasure meeting you at the Bullis Library Fund
Raising Ceremony this past Sunday.

I wanted to once again, personally, thank you for taking the
time to speak with me about my self-published children's
edutainment book--GOOGLES AND THE PLANET OF GOO.

It was also very kind of you to accept the complimentary
copies of my book and your offer to try and assist me with
my distribution needs through one of your personal contacts
in the children's book publishing industry.

I've always been a firm believer in the old adage:  "NOTHING
VENTURED, NOTHING GAINED!"

We, at the Googles Children's Workshop, believe that we have
a fine book and our educational and entertainment values are
a welcome alternative to all of the unnecessary violence
currently being foisted upon the children of today with
visions of tomorrow.

Once again I thank you for speaking with me and any
assistance you can offer is most certainly greatly
appreciated.  I know the children's book market is a highly
competitive one, and to crack the market is not going to be
an easy task.  However, I'm confident that Googles, Giggles,
and Goggles, from the imaginary planet of Goo, have great

Thomas L. Phillips, President
Page 2
<u>October 21, 1996</u>

potential and all I need is a door opener; the characters and storyline will do the rest.

Here's wishing you continued success in all of your life's endeavors, continued good health and a happy and healthy forthcoming holiday season to you and yours.

**Have A GooDay!**


Sincerely yours,



Steven A. Silvers
P.O. Box 60210
Potomac, Maryland 20859-0210

(301)299-0507 (local contact number)

cc:  file

IGRAM BOOK COMPANY
Attn:  Wanda Smith
One Ingram Blvd.
LaVergne, TN 37086-3629


November 12, 1996


**RE:  NEW BOOK ACQUISITION**


Dear Ms. Smith:


As per your informative message, please find enclosed a
courtesy copy of our children's edutainment text for your
review and distribution consideration.


Currently our book is being sold, on a consignment basis, in
the Tower Records & Books store in Rockville, MD as well as
a local children's book store by the name of Leaf Through,
also located in Rockville, MD.  Additionally, Borders Books
(White Flynt Mall) Rockville, MD has expressed interest and
is currently evaluating our book for possible consignment
placement.


A feature story is due to be published in the local Potomac
Gazette newspaper next week.  The gist of the article will
be centered around our children's edutainment text and its
educational and entertainment value for the "children of
today with visions of tomorrow."

Ms. Wanda Smith
Page 2
<u>November 12, 1996</u>

I'm looking forward to your review of GOOGLES AND THE PLANET
OF GOO and to learn of your possible interests in
distributing it nationwide. Here's hoping to hear from you
soon and until then, as we say on the planet of Goo, have
yourself a...

**GooDay!**

Sincerely,

Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210

(301)299-4939

cc:  file
encls:  (1)

CROWN BOOKS
Attn:  Richard Lowe
3300 75th Avenue
Landover, MD 29785


November 12, 1996


Dear Mr. Lowe:


As per your message on my voice mail last week, in response
to my inquiry with Crown Books, I've enclosed a courtesy
copy of our children's edutainment book for your review and
distribution consideration.


I might also inform you that a feature article is being
published in the Potomac Gazette, within the next two weeks,
about our children's edutainment book:  GOOGLES AND THE
PLANET OF GOO.


Hopefully, upon your review of the book you will feel it
worthy of being carried in your chain of book stores.  I
would be willing to place our books, on a consignment/test
market basis, in one or two of your stores in the local
Rockville area at which time you could determine for
yourself whether or not you would like to purchase them
through one of your preferred book distributors.


I've already contacted Koen, Baker & Taylor, and Ingram, all
of whom are currently evaluating the book for distribution
purposes.

Mr. Lowe
Page 2
**November 12, 1996**

Here's hoping to hear from you at your earliest convenience
and until then, as we say on the planet of Goo, have
yourself a...

**GooDay!**

Sincerely,

Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

KOEN BOOK DISTRIBUTORS, INC.
Attn:  Shelia Kowalsky
New Acquisition Department
10 Twosome Drive
P.O. Box 600
Moorestown, N.J. 08057

November 12, 1996

Dear Shelia:

As per your instruction via your taped message please find
enclosed a copy of my self-published children's edutainment
book for your review and distribution consideration.

At the present time my books are on consignment in Tower
Records & Books, Rockville, Maryland, as well as Leaf
Through Books, Rockville, Maryland.  Additionally, Borders
Books (White Flynt Mall) Rockville, Maryland is currently
considering consignment placement as well.

I might also add that a feature story is scheduled to be
published in the Potomac Gazette "local" newspaper (20,000
circulation) next week about my self-published children's
book:  GOOGLES AND THE PLANET OF GOO.  This should stimulate
sales in the book stores that I've previously mentioned.

I would very much like to learn of your review and possible
interests in carrying my edutainment text and shall await
your reply at your earliest convenience and until then have
yourself a...

                         **GooDay!**

Sincerely,


Steven A. Silvers                    cc:  file
P.O. Box 60210                       encl: (1)
Potomac, MD 20859-0210
(301)299-4939

BORDERS INC.
Corporate Headquarters
Attn:  New Acquisition Dept. Buyer
311 Maynard Street
Ann Arbor, MI 48104

November 13, 1996

**RE:  NEW ACQUISITION AND/OR CONSIGNMENT PLACEMENT**
**"GOOGLES AND THE PLANET OF GOO"**

Dear Buyer:

Please excuse my not being more formal as I attempted to
acquire your name from the local Borders' Book store here in
Rockville but was unable to do so.

In either event, please find enclosed a courtesy copy of my
self-published children's edutainment book for your review
and distribution consideration with Borders Books, Inc.

In the event that you would like to give me the opportunity
of placing my book in one or more of your retail stores on a
sort of test market basis, I'd be glad to do so on a
consignment basis.  I've gotten very good reviews and as a
matter of fact the local newspaper is doing a feature story
on me and my book this month.

Books are currently being sold in Tower Record and Books in
Rockville (on a consignment basis) and several of the other
local bookstores as well.

I approached the manager of Borders here at White Flynt Mall
and was informed to submit my book and request directly to
corporate headquarters.

Page 2
November 13, 1996

Here's hoping you'll find my Googles' adventure and
educational text worthy of distribution consideration by
Borders Books.  Hope to be hearing from you soon and until
then--as we say on the planet of Goo--have yourself a...

**GooDay!**

Sincerely,



Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

encls:  (2)

LAURIATS, INC.
Attn:  Children's Book Buyer
10 Pequot Way
Canton, MA 02021

November 14, 1996

RE:  FOLLOW UP TO LAST LETTER OF OCTOBER 17, 1996

TO WHOM IT MAY CONCERN:

This is my second letter of inquiry seeking your company's
interests in distributing my children's edutainment book in
the Encore book stores (specifically the one in the Rosehill
Shopping Center, Thornwood, New York).

So as not to sound redundant, I've enclosed a copy of my
last letter which is self explanatory.

I don't mean to make a pest of myself, however, the store
manager of Encore books, in Thornwood, New York has
expressed a desire to carry my book and there are sales that
could be made if he had access to them.  As I've informed
you in my last letter, the store's manager has openly
expressed a desire to carry my book.  However, according to
Encore's policy he can only procure it through your company.

I would very much appreciate a call from you to discuss
pricing and terms at your earliest convenience.  The holiday
season is upon us and it makes good sense to have my book
made available through your distribution network.

Hoping to hear your "good word" and until then, as we say on
the planet of Goo, have a....**GooDay!**

Sincerely,


Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210

encls: (1)

TOYS 'R' US
Attn:  Ms. Leah Michaels
461 From Road
Paramus, New Jersey 07652

October 17, 1996

Hi Leah:

Upon speaking with Rick Downs, Regional Office, Frederick,
Maryland, he suggested I contact you, directly, for
submission and review of our children's edutainment book.

We, at the Googles Children's Workshop, are very proud of
our latest children's edutainment book release. Upon
perusing the Books 'R' Us section of one of your larger Toys
'R' Us stores in the Rockville, Maryland mall, I was very
impressed with the layout and easy accessibility of
children's books offered.

I believe that our GOOGLES AND THE PLANET OF GOO would be a
great compliment to your existing titles currently being
offered to your customers.

Accordingly, I've taken the liberty of enclosing a
complimentary copy of our text for your review and
distribution interests. At the present time, we are a
self-published company promoting and licensing our product
line on an independent basis. If, upon your review of our
book, you'd like to discuss pricing and distribution
opportunities, I would very much like to hear from you at
your convenience.

Hope you enjoy reading our adventure and educational
book/concept. Share it with a few children, ages 7 & up, to
see for yourself how they reach to our alien character,
Googles, and the storyline of his adventures from the Planet
of Goo to Earth.

Here's hoping to hear from you soon and until then you have
yourself a...

**GooDay!**

Sincerely,


Steven A. Silvers

P.S. My new mailing address is:  P.O. Box 60210, Potomac,
Maryland 20859-0210.  Phone No.:  (301)299-0507 (Home), or
(908)688-3995 (Corporate Office No.).

David Schlesenger, President
ZANYBrainy
308 East Lancaster Avenue
Wynnewood, PA 19096

December 3, 1996

Dear David:

I visited your Rockville, Maryland ZANYBrainy store, in the Federal Plaza Shopping Center, several weeks ago. Upon my doing so, I introduced myself to Noah Israel, the store manager. I informed Noah that I was a local self-published author who was interested in exploring the possibilities of placing my children's edutainment adventure book in your Rockville store--on consignment if necessary. After a courteous explanation, by Noah, that ZANYBrainy does all of its buying through its regional offices, Noah proceeded to inform me that the best shot of accomplishing my goal was to mail a copy of my book directly to the Regional Office.
I was then informed that you would be touring that particular facility and was expected momentarily. I offered Noah a copy of my book to be given directly to you for your review and interests.

Now for the rest of the story, as Paul Harvey would say!

Noah accepted my book and business card and promised to deliver it to you. I've since understood from him that you had suggested to him that the book be forwarded to someone else in your organization for proper evaluation and distribution considerations. I have been unsuccessful in finding out who that someone is and how may I get in touch with him/her.

I understand from my research that you were the successful entrepreneur that started Encore Books and have since sold the company and that you recently began building the ZANYBrainy Store concept primarily, for the time being, of course, in the Northeast. It is for that reason I chose to

David Schlesenger
Page 2.
December 3, 1996

reach out to you like I had, via Noah, and see if I couldn't
muster some sort of positive reaction from you about my
characters and the book's storyline, too. When I went to
followup with Noah as to whether or not he was successful in
approaching you and personally hand delivering my book and
business card, he responded that you suggested to him to
forward the text to someone in the Regional Office who could
better evaluate the product.

I just wanted to thank you for this kind gesture and I've
enclosed a set of articles that appeared in the second
largest newspaper in the state of Maryland.  My books are
currently being sold on consignment in Tower Records & Books
and several other bookstores in the general D.C. area.

I'd be willing to provide your firm an extremely fair and
lucrative arrangement if you placed my books in your
Rockville store and where ever else you may feel the book
would sell at.

I believe my Googles, Giggles, and Goggles could just be the
next toyland heroes to land in America and I'd like
ZANYBrainy aboard when the GooShip finally lands.

Once again thank you for your kind gesture and I'll look
forward to hearing from corporate headquarters, soon, as to
whether you would be interested in carrying my book in your
wonderful stores around the country.  Why not take a shot on
me and this great concept?  No violence!  Educational!
Entertaining!  Amusing, too!  This is the only four-eyed
cartoon character to ever have emerged on the animation
scene in the world.  My patents and copyrights are all in
order and I'm ready to rock & roll with the right set of
people to make Googles and the Planet of Goo the next toy
craze in America.  I'd surely like to welcome you and your
firm aboard!

David Schlesenger
Page 3.
December 3, 1996

Here's hoping to hear from you soon and until then, as they
say on the planet of Goo...

                    Have Yourself A GooDay!

Sincerely,


Steven A. Silvers
P.O. Box 60210
Potomac, MD 20859-0210
(301)299-4939

cc: file
encls:  (3)

TOY MAX, INC
Attn:  Scott Shahmanesh
200 Hicks Street
Westbury, New York 11950

December 6, 1996

Hi Scott:

As per my conversation with our mutual friend, Howard, I've
enclosed a courtesy copy of my self-published children's
edutainment book for your review and interests.

I've also enclosed two articles that were recently published
in Maryland's second largest newspaper--"The Gazette"
(circulation of over 300,000)--for your reading interest.

I believe very strongly in the value my book has to offer
the "children of today, with visions of tomorrow". I'm
looking for the right company who can also see the wonderful
potential my book, characters, and the Googles' concept has
to offer Toyland U.S.A.

I truly believe that with the right promotion, marketing,
and distribution Googles, Giggles, and Goggles, from the
imaginary planet of Goo, can become the next toyland heroes
in America.

I shall look forward to your comments on the book and to
discussing with you, perhaps in person at the upcoming Toy
Fair in New York, licensing and/or joint venture
opportunities surrounding my intellectual properties.

Enjoy the holidays and as we say on the planet of Goo...

**Have A GooDay!**

Sincerely,


Steven A. Silvers, President          cc:  Howard Fleischman
P.O. Box 60210                        encls:  (4)
Potomac, MD 20859-0210
(301)299-4939

# Exhibit 23

Gazette

Wednesday, Nov 2° '5 p

**MUNITY BUSINESS**



Brian Lewis/GAZETTE

**Steven Silvers of Potomac has written a children's book he sees as an alternative entertainment choice to children's television shows he says are too violent.**

# Rejections don't stop new author

by Jason Brockwell
Staff Writer

Last year Potomac resident Steven A. Silvers did something he had always dreamed. He published his children's book.

He didn't go through a major publisher. He says he ran into the same brick wall many first-time authors hit at the big publishing houses.

But Silvers, a father of two, believed in his book. He said he wrote it as an alternative to the children's television shows he sees as too violent.

He figured if his son liked the book other kids would, too. He found an independent publisher and paid for the printing of 1,000 copies.

"I've always been one to persevere," he said. "The rejection only made me fight harder because I believe in [the ideal so much."

The book is titled "Googles and the Planet of Goo." The story centers around Googles, a friendly alien, and his effort to find a safe place on Earth for his family. His home, the imaginary planet of Goo, is ravaged by problems mirroring environmental issues kids learn in school, Silvers said.

"It's an adventure story with an educational twist, and it's an alternative to the violence that

permeates the air waves today," Silvers said.

There is no violence in the first story, but Silvers said there is a discussion of death.

Silvers, a former professional drummer and talent scout, used his own life experience to craft the story. The young boy who helps Goggles is named Joshua, also the name of Silvers' son. The father is named Mr. Silverton. The father and son discover Goggles on a camping and fishing trip in Florida, a state where Silvers lived for years.

He wants the story to teach social values and inspire children. "I'm trying to show them to do unto others as they would have done unto them," he said.

Silvers also designed the book to help children build their vocabulary and learn about the solar system.

Throughout the text, he has italicized many of the more difficult words in the story. He provides the pronunciations and definitions of about 100 words in an appendix.

He also provides a color map of the solar system and scientific explanations of its origin.

The author will read from his work on Dec. 21 at Leaf Through book store at 1701-L Rockville Pike in Rockville. For information about how to get the

Exhibit 24

Int. Cl.: **16**

Prior U.S. Cls.: **2, 5, 22, 23, 29, 37, 38 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,087,590**

Registered Aug. 12, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GOOGLES CHILDREN'S WORKSHOP, INC., THE (NEW JERSEY CORPORATION)
P.O. BOX 60210
POTOMAC, MD 208590210

FOR: CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6–0–1994; IN COMMERCE 6–0–1996.

SER. NO. 75–150,767, FILED 8–2–1996.

ELISSA GARBER KON, EXAMINING ATTORNEY

Exhibit 25

**Copyright** | Search Records Results

Registered Works Database (Author Search)
**Search For:** SILVERS, STEVEN A., 1947-
*1 Item*
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

---

|   |   |
|---|---|
| 1. Registration Number: | SRu-370-888 |
| Title: | The googles' song. |
| Description: | Sound cassette. |
| Claimant: | (c) Steven A. Silvers & Marilyn Shockey |
| Created: | 1997 |
| Registered: | 7Aug97 |
| Author on © Application: | lyrics: acSteven A. Silvers , 1947-; music & melody lines: acMarilyn Shockey , 1942-. |
| Special Codes: | 3/M |

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

# Exhibit 26



**NETWORK SOLUTIONS**

Mailed to:

**InterNIC Registration Services**

*Domain Registration/Renewal Invoice*

**Network Solutions, Inc.**
**PO Box 17305**
**Baltimore MD 21297-0525**

Steven A Silvers
The Googles Children's Workshop, Inc.
PO BOX 60210
Potomac, MD  20859-0210

*pd.*
*7/31/97*
*CK. #/99*

**Invoice Date:** 25-Jul-97
**Tax ID:** 52-1146119

| Invoice Number: 970718.4608 | Domain Name: GOOGLES.COM | Domain Tracking Number: 970718.4608 |
|---|---|---|
| **Period Covered:** 18 Jul 1997 - 18 Jul 1999 | **Due Date:** 23 Aug 1997 | **Amount Due:** $100.00 US Dollars |

*Thank you for registering the Internet/World Wide Web domain name shown above.  Timely receipt of payment will ensure registration services for the period noted above.  By this payment, Registrant agrees to the terms and conditions of current Domain Registration Agreement.  This payment is non-refundable.*

**To Pay By Check:**     Make check payable to Network Solutions, Inc. in **US Dollars**, drawn on a US Bank, and return the check and payment stub in the enclosed remittance envelope.

**To Pay By Credit Card**     Call (888) 771-3000 toll-free from the United States, Canada, Puerto Rico and the U.S. Virgin
**or Confirm Payment:**     Islands. Outside of these areas, call (402) 496-9798.  Both numbers are available 24 hours a day, seven days a week.  We accept **VISA, MASTERCARD, AMERICAN EXPRESS, DINER'S CLUB/CARTE BLANCHE, & DISCOVER/NOVUS**

**To Pay Online:**     Go to *http://rs.internic.net/fvpay* on the World-Wide Web to use the First Virtual Internet Payment System.

**To Pay On Account:**     Send e-mail to **accounts@internic.net** with the domain name, invoice number, and 5-digit Account Number.

*For billing inquiries, send e-mail to **billing@internic.net**, or call **(703) 742-4777** from 7:00am to 9:00pm Eastern Time.*

**Remarks:**  *You may now pay by credit card, or confirm payment status, 24 hours a day, on our new toll-free number **(888) 771-3000** from the U.S., Canada, Puerto Rico, and the Virgin Islands.  Outside of these areas call **(402) 496-9798**.*

oic8485          970718046086100008

*Please retain this portion for your records*

Exhibit 27







Something new & refreshing !

Something exciting & entertaining !



That's what parents and children are saying about our innovative, interactive children's edutainment book.

The Googles concept was created as a means to provide your child with a fun-filled method of expanding his/her vocabulary. In this first of several



Googles adventures, your child will learn and recognize man words.

Along with vocabulary enrichment your child will also learn application of the imagination, identifiable lessons in concept awareness and social interaction.

To further assist your child in learning new words, a diction appendix is conveniently provided at the end of each book w corresponds to the (*italicized*) words in the original text. This of learning alleviates the tedious task of having to refer to a r dictionary to find the meaning of the new words he/she is abo learn.

A phonetic pronunciation of each (*italicized*) word is also pro

We sincerely hope your child will enjoy reading all about the adventures of Googles, Giggles and Goggles from the imagin planet of Goo.

We welcome your comments and/or suggestions about our in children's edutainment reading and vocabulary enrichment technique.

Kindly direct your correspondence to :

The Googles Children's Workshop
Attention : Steven A. Silvers





3741 N.E. 163 St.Suite 325
North Miami Beach, FL 33160
U.S.A.

# Googles' Song for Kids

### Googles from Goo



Hi boys and girls!

I'm Googles from Goo and I'd like to know you,
I want you to be my best friend.

Together we'll play, laugh every day,
we'll make fun and learning a friend.

We'll visit Planets and Stars from Jupiter to Mars,
you'll find it a thrilling sensation.

And I will take you to my Planet called Goo,
all in your imagination.

I'll teach you a word that you never heard
I'll teach you to spell it, say it, and tell it
amazing your family and friends.



Then everyone will know that I love you so,
cause we're Buddies and Pals to the end.

I'm Googles from Goo and now I know you,
and you are my very best friend.



The Solar System - Color Code Chart



## The Origin of the Solar System

**M**any scientists have tried to explain how and why the Solar System came into existence, but so far many questions remain unanswered.

Some have suggested that the Sun was born first, and that as it moved through an interstellar cloud it collected the matter that eventually became the planets.

Perhaps this material was blasted out of some former companion star, or sucked out of the Sun or a passing star during a close encounter.

The most accepted view, however, is that the Sun and planets were born at the same time out of a single cloud of gas and dust (called a nebula). This is often referred to as the "nebular hypothesis".

**I**t seems likely that the birth of the Solar System began with the collapse of a cloud of gas and dust of between one and two solar masses.

Clouds of this size do not usually breakdown under their own gravity unless they are compressed by some sort of "trigger" event.

Analysis of meteorites (rocks falling out of space) suggest that short-lived radioactive materials (notably aluminium-26 which decays to magnesium-26) were added to the Solar System material just before the meteorites and planets were formed.

Since these materials are created inside exploding stars, known as "supernovae", it may be that such an explosion was the trigger for the collapse of the cloud that then became the Solar System.

# Rejections don't stop new author

by Jason Brockerel,
Staff Writer



Last year Potomac resident Steven A. Silvers did something he had always dreamed of doing. He published his own children's book.

He didn't go through a major publisher. He says he ran into the same brick wall many first time authors hit at the big publishing houses.

But Silvers, a father of two, believed in his book. He said he wrote it as an alternative to the children's television shows he sees as too violent.

Steven Silvers of Potomac has written a children's book he sees as an alternative entertainment choice to children's television shows he says are too violent.

He figured if his son liked the book other kids would, too. He found an independent publisher and paid for the printing of 1,000 copies.
"I've always been one to persevere," he said. "The rejection only made me fight harder because I believe
in [the idea] so much."

The book is titled "Googles and the Planet of Goo." The story centers around Googles, a friendly alien,
and his effort to find a safe place on Earth for his family. His home, the imaginary planet of Goo, is ravaged
by problems mirroring environmental issues kids learn in school, Silvers said.

"It's an adventure story with an educational twist, and it's an alternative to the violence that permeates
the air waves today," Silvers said.

There is no violence in the first story, but Silvers said there is a discussion of death.

Silvers, a former professional drummer and talent scout, used his own life experience to craft the story.
The young boy who helps Googles is named Joshua, also the name of Silver's son. The father is named
Mr. Silverton. The father and son discover Googles on a camping and fishing trip in Florida, a state where
Silvers lived for years.

Silvers wants the story to teach social values and inspire children. "I'm trying to show them to do unto

others as they would have done unto them," he said.

Stivers also designed the book to help children build their vocabulary and learn about the solar system.

Throughout the text, he has italicized many of the more difficult words in the story. He provides the pronunciations and definitions of about 100 words in an appendix.

He also provides a color map of the solar system and scientific explanations of its origin.

GAZETTE, Wednesday, Nov. 20, 1996.



# Four-eyed alien beams down in Union

By Mandy Vance Staff Writer

First there were Cabbage Patch Kids, then Pound Puppies and most recently Tickle Me Elmo, but look out - here come Googles and they're coming to stores soon.

Googles are four-eyed aliens from outer space with a message to love each other and live together in harmony in the form of children's books and toy figurines.

Googles' creator, Steven Silvers, 47, along with his father, Michael, 77, a Bayonne businessman who lives in Union, worked together to create the furry, fun-loving creature.

The Silvers have hopes, in addition to the books and toy figurines, that Googles' food, called Goo-food, and other Googles' merchandise will also be available.

"I came up with the idea 10 years ago but put away the prototype to continue my career in music," Silvers said.



Googles, the four eyed alien from the Planet of Goo, was created by Steven Silvers and his father, Michael.

Silvers, who graduated from Union High School and went on to Monmouth College, West Long Branch, has
had a diverse career including his own talent agency and band, said he first decided to create the character
as a vehicle to communicate with 10-year-old son, Joshua.

"My son loves Googles and is so excited about the project," he said.

Silvers said there is a reason for the two extra peepers. "This is the only four-eyed animated creature in cartoon-land. We want it to be the next Barney or super hero but without the violence."

"Everything in life rejuvenates and that is what I want to teach in the book. And everyone lives happily ever after," he said.

Silvers and his father also created two similar looking characters called Giggles and Goggles.

"We are hoping for big things including a television show with a segment on exercise where the children will do "goo-ups, goo-jacks on goo-mats."

The book, a fantasy adventure for children ages 7 and up, learn 100 different words which are italicized throughout the book. There is a glossary in the back as well as a guide to all of the planets, Silvers said.

Singer said he could not have done so without the help of his father" and was instrumental in recording, copyrighting and marketing the products.

CNN CNN TRANSCRIPT, Friday, January 3, 1997



# C H A P T E R 1

### Googles Comes To Earth

**O**nce upon a *millenium* ago there was a planet called Goo. On this planet lived three little creatures who would one day visit Earth where they would learn and play with the many children there.

Before we begin our journey to this far away planet and the story of how the Gootians: Googles, Giggles, and Goggles came to visit Earth, we must first learn something about the *solar system* as it...

To order copies of **Googles & the Planet of Goo** please comple
the information below and send your Check or Money order to

**Steven A. Silvers**

The price is just : $ 9.95

**Postage and handling :**
**1-5 Pcs**     **6 or more**
$2.50      Free

Florida residents, please add 6% tax.

All book orders will be shipped within 3-4 weeks upon receipt
of check or money order.

**Please Ship to :**

Name :

E-Mail:

Address:

City:

State:       SELECT STATE ■

Zip:

Qty:                          Submit

# The Googles' New Word
## Dictionary Appendix

Each definition, as noted in the Dictionary Appendix, has been carefully translated as it relates to the word's interpretation and usage in the text.

The number in ( ) parenthesis, as noted at the end of each word definition, corresponds to the page number where it was first introduced, in *italics*, to the reader.

The proper pronunciation is also noted in ( ) parenthesis, directly following each word listed.

Sign Up

Personal Information                    Miscellaneous Information

**Email Address:**
<%=Request(          " Size=35>

Enter Customer Info

# Exhibit 28



# Friends of Googles Club

Thank You for your interest in becoming a **FOG** member.
We are in the process of putting together an information
page which will be added to our existing web site on
**FOG** membership.
As soon as it is completed we will be sending you the
web site information.

Thank you for your interests and have a **Goo**day !

# Exhibit 29

Fan Listing

Rampa

toys@nprnet.net
chickibubbles@yahoo.com
GoFlyers64@aol.com
AnnD12@aol.com
iGalveon007@aol.com
cliberry@painttel.com
Googaler12@hotmail.com
wesnick@hotmail.com
americk@bellsouth.net
CStharman@aol.com
fischmidt@ceanecl.net
pejaebi@aol.com
MJrод411@aol.com
ertgirl1@aol.com
lonmac2@aol.com
danaWY12@AOL.com
kfensus@hotmail.com
zew1@Yahoo.com
dmalbllcb@rahoomail.com
galeno69@aol.com
mhue543284@aol.com
johnie-marvin@usa.net
panchoo@olda.kcal.ac.uk
vicky2812187s@yahoo.com
bobsax@hotmail.com
kvferry@cdfik.com.hk
gshunt@ccteway.net
barb@oroc-usa.com
wengchan@yahoo.com
liam@lmsc.ernet.in
crack_head@hotmail.com
jet2222@hotmail.com
amit_verde@hotmail.com
zawan810@hotmail.com
gincotad@aol.com
Zata3275@aol.com
Delicia35@hotmail.com
info@hatowns.com
sortlav@usa.net
damv_sue@hotmail.com
re.bornave@inaktctv.com
acgoaley@yahoo.com
danorve@cybercable.fr
MBBAZ@AOL.COM
pete_escamilla@verlipont.com
seanea3@dth.com
mourinon@dth.com

umneath@pc.umanitoba.ca
gregoronife@hotmail.com
vodde_leute@yahoo.com
dracula_94@hotmail.com
FRand1003Z@AOL.COM
Ashbi2@hotmail.com
darali@amo.com
danger319@hotmail.com
JPalled8869@AOL.com
freddianoacocho@yahoo.com
matoes@vicd.com.br
louisevyara2@boo.com
vapos@ticon.co.za
marmalsbebebe@hotmail.com
mystery_girl_777@yahoo.co.za
mouse@bdra.co.uk
ofamooza@aol.com
butterfied7@earthlink.net
esdosp@thh.it
kyarur2@hotmail.com
prfiprsent@yahoo.com
tre61193@aol.com
66pbo@mosatnet.net
sbswimml85@aol.com
Lydesa1221@aol.com
NAYBANDIT@SOOGLES.COM
manamir83@hotmail.com
rafeehr@poboo.com
coreysminhan63@yahoo.com
mmtridesn@mail.lesley.edu
manediten@mail.lesley.edu
corewenninse03@Hotmail.com
cris5@hotmail.com
milenklupodit@hotmail.com
nanci_weir_bob@hotmail.com
leonas_dod@hotmail.com
ranitr@verl.com
killenn2@pbelislands.net
ngaur@yahoo.com
roymachuili@hotmail.com
reboraun@vod.on.ua
sandy-purg@metro.net
alfv@eunasco.fr
RyanLee19@hotmail.com
rexcotic30@aol.com
capesthritmo@aol.com
bawlourz@aol.com
m.heinzel@mailth.provide
liguef49@hotmail.com
storm58@hotmail.com
benninc@pooler.com

liguel9@hotmail.com
sbyk@telitmail.com
saidjetrail@hotmail.com
LarrySchmersal@Compuserve.com
engalm@cyberway.com.sg
AFZ425@aol.com
JasonMcKnight963@hotmail.com
buttmunch@aol.com
schifino51@starmedia.com
dieute@unm.edu
cranbec_luc8@symtaatico.ca
true2u4ll@aol.com
peterse@mail.stoughton.k12.wi.us
techrita@wm.bright.net
mhobdal@nbnet.nb.ca
prenaaquitaham@hotmail.com
pulla@sprint.ca
hemanth_s@usa.net
espe_13@hotmail.com
juan@lnhs.org.ph
milky_way@corplay.com
etts@itnx.net
linfofree1@aol.com
jrmu@erols.com
chr_8@hotmail.com
smileoffice55@hotmail.com
cookgirl_5585@yahoo.com
pb_18_14@yahoo.com
mangoly@aol.com
jah.sal@canarmail.com
schill@elcoa.net
atbosatel@yahoo.com
tojoquies@hotmail.com
raity_chopra@hotmail.com
Diace44@aol.com
cprinco@hotmail.com
aladetien1@hotmail.com
nannikken@yahoo.com
MARROY002@SNET.NET
dennis_tex@canonplus.mission.com.my
zwids@datacomm.ch
ss@club-internet.fr
bertiace@bertiacebookshop.com
vgralauc@enropica.com.br
kvtools@caramail.com
riao2@aol.com
rondatbwilliams@yahoo.com
tclete@myrmail.encocber.com
reddy_vdavi@hotmail.com
alboe24456@aol.com
sms@authess.com.br
mrniihclub-internet.fr

Demon683@hotmail.com
k_detona@yahoo.com
raetman_0006@yahoo.de
kid_444@hotmail.com
hawsy99@yahoo.com
anhydriasbhev@hotmail.com
matthewmvalroi@hotmail.com
shaihna@comu.net
KFDUGHIAU@YAHOO.COM
lslenv@onenet.net
DSoraego@webtv.net
Maq2000@webtv.net
office4student1@mail.woodland.k12.mo.us
nancey@aol.com
marrland@ivars.com
tammoo0@yahoo.com
salceron@ort.curitisite.net
octe@iu.naicom.com
bq1s117@hotmail.com
marroo@vraxolne.com
Candeleo@aol.com
tel52@aol.com
nvenurit@excite.com
linvelus@aol.com
rn_linkstudio@hotmail.com
hallasiobelarroo.com.sa
sriram_sridharen@telalamfotech.com
shelbri@yahoo.com
lotdesus@index.com.je
atbose5@hotmail.com
Juhuev_best@euddomail.com
D.Schomick@worldtel.att.net
D.Schomick@worldtel.att.net
dni@telerer.com
lost_in_the_fifties@hotmail.com
luckydog711@hotmail.com
ckrec@raco2000.com
karnoparica@hotmail.com
JoAnnfull@netscape.com
zohneml@aol.com
sgoldamm@hotmail.com
myfimar2@usa.net
elundi@aasgenava.com
stephenwadsworth@hotmail.com
sjekvo_s@aol.net

m_panjbay@hotmail.com
lemtevm@hotmail.com
gaspel@comcom.si
Melwenmir@hotmail.com
hmurphy@hotmail.com
pps10k@aol.com
harleygod@aol.com
5curti531@aol.com
javcberub@aol.com
FlipBFi@aol.com
saletta@cenozymail.com
deve_17@excite.com
robert.lamoresti@quwest.ames.si
csmahwide@beticoail.com
Shanktata02@aol.com
pokjat@hotmail.com
sanded0569@quwest.net
tbone753@aol.com
kja83@hotmail.com
kuruka66@hotmail.com
lili5190@aol.com
marcelo.santamas@zoomail.com.br
robert_whitehouse@iummed.edu
serigebassi@toam.net.co
imcfarlen@chorus.net
drewhate589@yahoo.com
marcolna@wavi.net
hhovdenn@aol.com
joshua.barjunas@mnankato.msus.edu
weimercns@aol.com
tes1104@mail.edu.edu
hazwe@wrhale-mail.com
szhah@lightspeed.net
s_kras@redifmail.com
bpequitat@r12@hotmail.com
rai_shah@hotmail.com
KEYAKU3@EXCITE.COM
YARA_BELLE@EUDORAMAIL.COM
yara_belle@eudoramail.com
yara_belle@eudoramail.com
l_rosanne@eudoramail.com
salick@ncnet.net
fjohnnee@uuno.com
fwbowles@uuno.com
keliengesigns@teleisphere.com
em4u2me@natwork.on.ca
em4u2me@network.on.ca
ReadPFighterR6@aol.com
dbarnes@braczport.isd.tenet.edu
dphverman@hotmail.com
h_bok@pip.cybercity.dk
shotro15@excite.com

jellyfish_ocean@hotmail.com
Al-Blaighein@wfu.edu
poukoe_lisa@bomocean.com
gilalanws@varwick.net
dickman@mines.com
badga631152@yahoo.com
ran_Vanlor@hotmail.com
callie_walson@hotmail.com
koolsem@yahoo.fr
ttharpa@wens.net
siajinllang@hotmail.com
swsmaster@hotmail.com
cridono@hotmail.com
dsmanki@hotmail.com
churo@yahoo.com
susanick@netroas.net
imitela@netoasports.com
ocano@ffenix.sis.snn.edu.ec
slim@maxideot.com.my
angisulr24@mailcity.com
KCP2page.com
afrodito@excite.de
ian11@oramail.com
karachai@hotmail.com
engill@teleinv.ndisofi.com
salwfkisa@hotmail.com
jilteker9@hotmail.com
trev0me.tlts.emst.in
ljkumares@cindk.vsnl.net.in
lincomani@pacbeel.net
Jullientey_0_hotmail.com
Culislov_0_Mailcity.com
nanclaue@sociain.com
stephena@nil.com.ca
wheneventil@chevsev.zzn.com
evan22@webtv.net
suesneil@nb.sympatico.ca
rtckblancaspooler@yahoo.com
Wandi-Widong@ct-online.de (Hannelore W
hart@abconouirc.on.ca
MWG_COOL@aol.com
DEERGUY1@CASEWAY.NET
bethvanz@hotmail.com
monkey_721@hotmail.com
abish_k98@yahoo.com
kkaufman@zee.kiz.edu
hongerichc@hotmail.com
jajraljoelbi@hotmail.com
hiladp_mehm@yahoo.com
hiladp_mehm@yahoo.com
suohoril@bomb.vsnl.net.in
angelbariman@aol.com

sonnyelray@theglobe.com
kathy_natalias@hotmail.com
DUPKA42@HOTMAIL.COM
nehla74@chickmail.com
dickens2@hotmail.com
bd60702@bhkusua.hku.hk
MKOU85@AOL.COM
barnaler108a@yahoo.com
BAOTZ_89_MARU@ANGELFIRE.COM
RAINBOW_GUY_89@YAHOO.COM
JJ_452_@YAHOO.COM
e2xhq@netscape.com
udrev@mnr.aunu.edu
dawinn@bcu.tulane.edu
silhelav@juno.com
STHOMPS1@IC3.ITHACA.EDU
bapdd@hotmail.com
ael@ufl.edu
mzwilloci@ufl.edu
yasamana@aol.com
sj.bord11@aol.com
poich16e@aol.com
eekna39e@aol.com
steescak23d@aol.com
angelbaby1010@weebly.net
hesenb@erols.com
crookedeyes@juno.com
batarani@hotmail.com
nad.drapono@juno.com
Lsarah@hotmail.com
abell_clane@hotmail.com
Fmaid27218@aol.com
miriam_benbaum@boceb.edu.on.ca
roimar@aol.com
lizard@neuraj.net
maidesias202@yahoo.com
Chillin_dylang@hotmail.com
richneumann@excite.com
dened@sedona.ial
mfesta@hotmail.com
artenesbautistas@hotmail.com
tr982002@bisc-ellam.ac.in
suneeda29@yahoo.com
Hood5@hotmail.com
bongerchic@hotmail.com
bongerchic3@hotmail.com
bongerchic3@hotmail.com
scsar@hotmail.com
pink_201@yahoo.com
courtonv@cooogles.com
courtonv@cooogles.com
courtonv@cooogles.com

tara@cooogles.com
m_shibani@hotmail.com
ngols_sruri@yahoo.com
cs002bdia@engur.caulb.edu
cocusbarracas@mrwomen.com
CUTEGALL2000@AOL.COM
mueland@rascoline.net
pals57580@cate.net
ewerl07@IBM.net
cshannon@aol.com
allkapos@netscape.net
garsowa@aol.gov.sg
demonvilla24@email_women.com
bluecat123@aol.com
tabendelick@home.com
agber1@cdc.wsc.edu
chis30@hotmail.com
98122305@gnu.und.ac.za
ezal_x@sun.justi.ac.it
allscoe621@yahoo.com
stedjev@reviseol.se
www.choatrider_13@hotmail.com
underthesea624@hotmail.com
rithe@iitk.ac.in
JUJ2@aol.com
lesloewagismith@hotmail.com
kate47072@aol.com
vlorv@aol.com
darelinfind3.vanl.net.in
smokv43@hotmail.com
schnsabbo@hotmail.com
burfarma@msn.net
kristina_maree@hotmail.com
cooljahlu@aol.com
doc_clew@hotmail.com
swir7019@osk.nitt.edu
kccz@comoweb.com
kendava@yahoo.com
cronisna@onsite.fr
pepisvfreak@mnathvn-manson.zzn.com
ssimaq@hotsoath.com
dicffg@hotmail.com
sicn@aol.lering.my
Dianal.lila@smx.de
HONEE11211@aol.com
teery108@aol.net
bookidd@hail.net
seepul@aol.com
apomsa@ntslactive.co.za
Dancer2128@aol.com
mxcathida2000@hotmail.com

manassatuju9541@yahoo.com
slimvuni@resourceful.com
social_2002_69@yahoo.com
StevePatty1@aol.com
l.loretz@quirlmail.com
alison_annes@hotmail.com
candace_franklin@hotmail.com
toshebear74@yahoo.com
pzmoses4388@hotmail.com
mrsmac74@hotmail.com
sjelkins@prodigy.net
theo@01.com
michelle55_2000@yahoo.com
kdewood@hotmail.com
l.herrero@eudoramail.com
wwalker@higamet.missouri.com
juliet11@hotmail.com
tammi@aol.com
anishanishanic7@hotmail.com
nandymmoers@hotmail.com
green_blue69@hotmail.com
Jessxi721@juno.com
SimpsonsBoy@aol.com
memoreve@hotmail.com
REX632@aol.com
shelke2@prodigy.com
Harriet226@aol.com
lesiBbbahands.freeserve.co.uk
kyrie5@ns.sympatico.ca
eligeton1@aol.com
sg_1@mindspring.com
Darelfire13@hotmail.com
mohammadnassen13@hotmail.com
gewruw@bex.com
prizhim@bcinet.com
jfauge134@aol.com
maettemmy@hotmail.com
rose@owenville32.freeserve.co.uk
www.prince@abc.com
amonarodek@hotmail.com
cockus4u@hotmail.com
j.flick_84@yahoo.com
tilsentses@worldnet.att.net
kingshuk@cse.iitk.ac.in
spider965@aol.com
marian_accarwai@hotmail.com
e_soti@hotmail.com
babbxoboo@aol.com
sonansoonao24@hotmail.com
ya@queili.admu.edu.ph
mfeeem@hotmail.com

bodaioly1@cs.com
rohan@akinet.net
ali.el-zein@ucl.ac.uk
abouidllal@planet.nl
gail.bennett@albbu.com
pou.d@gmx.com
jlandicasev@aol.com
KR15pv17@aol.com
chrisbone_9@yahoo.com
nirmali@mekinti.moe.com.ng
locchid.17@yahoo.com
mglisnd@fom.k12.mn.us
sebero_13_22473@yahoo.com
wovien@teluplanet.net
fedleo@tm.net.my
gani7a@usa.net
kdriscoll@wells.edu
mioh54@hotmail.com
pillsburotahboo@hotmail.com
ooeil@yahoo.com
vandena_sharma@mailcity.com
jaye69r@hotmail.com
jetee@usa.net
Lila38@medisone.com
GOOGLELSE@BELLSOUTH.NET
rnmishol@sol.net
fisdid@tonel.net
zmolrendir@bookerabhilauren.com
ebonated@cflnax.k12.mn.us
JUSTINM6946@AOL.COM
craciul@buzau.ro
sizonfenes17@hotmail.com
Q_l_PsdSi@hotmail.com
k_blacktones@hotmail.com
sjbowen@gateway.net
ramwin7@hotmail.com
wrd81V@webtv.net
magnola888@worldnet.att.net
lsibeth_32@hotmail.com
vanessa_myca@quirlmail.com
zori@dos.com
runningsystems8@hotmail.com
lshek777@aol.com
purnima_24@yahoo.com
johnshopki@aol.com
blanci99@Cemail.com
booail@hotmail.com
basol@yahoo.com
tsishved@hotmail.com

arbru@hotmail.com
megachip53@aol.com
wnbuni7@aol.com
salbeth@hotmail.com
kathhill@cablevision.net.il
chris_cooprider51s@hotmail.com
virsu@oientafour.com
jmason@centrex.com
ljubo@roman.net.au
deathchick1@excite.com
zorbuti@hotmail.com
jamilbea_stanford.edu
Smirky34561@AOL.com
ovidersdp1s@aol.com
bela-lover-2003@chicteimail.com
bont11@hotmail.com
evad@delahwave.net
irma_t@hotmail.com
Ano8116@aol.com
eastelock-lifes@hotmail.com
clorado@banecsa.com.ar
nigeonia_cw@hotmail.com
jadrewsia@hotmail.com
dandiness@hotmail.com
l_westside@hotmail.com
megos66@hotmail.com
thomeon@lilewision.com
tektnam@the-net.com
tronseatles@email.com
SBinol965@aol.com
tonnepd114@aol.com
human_dictionary14@mailaxcite.com
msaeze9@yahoo.com
andreaburus@hotmail.com
scrascool@hotmail.com
thumm@hotmail.com
mooonino6569@hotmail.com
jostbrownSs@hotmail.com
EEEYOORRE@AOL.COM
mionabs@aol.com
kndoyel@canadia.com
Doonaorooroto@uuno.com
kaos@ptui.co.id
rocky@weblinbox.com
bazzamifilfs@webtv.net
eggos@everansise.com
weblkevvv1@aol.com
sammo47@hotmail.com
shahn@ahmedxxxx.freeserve.com
jonsposho@gmser.com
bobocboto@boveets.com
dekando@indosat.net.id

ete2464@aol.com
mp3_333@hotmail.com
ash_venoti@ole.net
davidovqeh@hotmail.com
BoaldHns@uno.com
akb195@aol.com
moarabatar6@aol.com
thjs1thing@yahoo.com
dramatroad@yahoo.com
katharine@aemail.com
akxx@fiash.net
anoop_rd@ogerarnail.com
weithenn@hotmail.com
jansonsa98@hotmail.com
salahb@usa.net
ayishebicrov@usa.net
tcb6200@bits-pilani.ac.in
jewfins1_@memphis.edu
bad_girl31@hotmail.com
nonatternahil@hotmail.com
sphinx@alemen.net.in
sbned@renu.com
sfino77365@aol.com
yetneo@cooeley.com
icarphi@weedrel.fwsd.com
nobethd101021@yahoo.com
noel_d@hotmail.com
Rajen120@hotmail.com
socn@inod.org
lkav@eufocuth.com
boetoxoil4email4@yahoo.com
glutersiafford@email.msn.com
doxemo@mmvsteel.com
hileck800@hotmail.com
nethiee@ibon.net
matin.mattias@seisol.net
t7184@du.relcom.com
dmx_fan_z@hotmail.com
korbearns@coeweoo.edu
kcrystal@ccwco.com
brington@engr.mun.ca
sqhfold@flash.net
bsbdellale@mail.com
bacon442@aol.com
ga@obeetdude.com
byn_sasha@mallcity.com
Tennsis@aol.com
zaidd6@hotmail.com
mihmsal@mailpublic.sdas.ig
devanah@aaham.net.in
dhaiza@yahoo.com

orangedan@yahoo.com
s@ch.ru
zul@sabox.tu-graz.ac.at
nec3nerndoo@AOL.COM
kava.vogis@reto.com
GOOGLES@BELLSOUTH.NET
GOOGLES@BELLSOUTH.NET
lagetwa@mindspring.com
Katnnali@mindspring.com
fitaxels@una.to
x.9232@AMU.up.nic.in
loreilel@yahoo.com
karlospooz@yahoo.com
aceman94@hotmail.com
L.J_Dan_56@aol.com
grk_bits@yahoo.com
OPPIE@hotmail.com
brantinfos@hotmail.com
andnaltrendo@babalb.ch
lulcobird@yahoo.com
lulcobird@yahoo.com
shelthold@yahoo.com
ashfnraz@hotmail.com
www.obendomingos@yahoo.com
M.D.AIREY@XTRA.CO.NZ
grk_bits@yahoo.com
grk_bits@yahoo.com
stuartley@hotmail.com
bahodse@breezenet.net
Laurend1387@aol.com
miggels@zoomnet.net
L23tarun@hotmail.com
Demsaka21@hotmail.com
rdxmari@pbenweb.net
fhuostlary2k@anogher_co.uk
gargumttall@hotmail.com
Girl22loco@aol.com
KSA@aol.com
luma_mudula@hotmail.com
cordvv@yahoo.com
mswertz14@yahoo.com
ale@vortex.ufrgs.br
c_deveshwrsr@hotmail.com
cano@ticonsultants.com
libb@diversion.com
Laxra_A_catherine@usa.xerox.com
sslarkey@mnsi.edu
jurassic23j_@aol.com
aboitzami@hotmail.com
naren@mantraonline.com
wadern18@bellsouth.net
aranudepootter@yahoo.fr
coobaskhan@hotmail.com

Drama_1@yahoo.com
Leshark99@aol.com
beacon111@aol.com
zl.kny@ocean.net.nz
ste@pasalo.com
iuzi76@hotmail.com
cizhoru@aol.com
navleea@yahoo.com
vayro.thrift@sgps.org
TuesdaIam@parkhill.k12.mo.us
furbees@staranoa.com
discochick14@hotmail.com
gisella.san@mailscafe.com
P3hick198@aol.com
LitKid_84@yahoo.com
kai.viskanen@intame.com
VALVONO@AOL.COM
greengirl83@hotmail.com
markini@hotmail.com
zi.xxx@yahoo.com
Jc_Jasmin@hotmail.com
darz_raidesz@yahoo.com
navomib@hotmail.com
BnreonBanks@yahoo.com
oelandcabrias@usa.net
goeselismo@aol.com
szarine_102-6@yahoo.com
leagethy_106@anonefthi.com
mukeabuyonas5@hotmail.com
bink64@hotmail.com
mgwilliam@ireland.com
sizabcharun@ostnram.net.in
ncbhp_10@hotmail.com
janobeasen@aol.com
crise.nathbo@bestsel-days.com
babydanceo07@hotmail.com
p828486@aol.com
ivy_ooh_822@hotmail.com
eddioc@aol.com
babyakkefif@aol.com
jackie_thornton@usairways.com
panyopazo@usa.net
caleb_apogia@gmail.com
abheshea@hotmail.com
intracartez_babboex@yahoo.com
chlimi@hotmail.com
1063-1@online.de
crouks@chitraq_bwy.gov.za
pastaa@bwn7_xenj.net.in
ddermcel14@hotmail.com
william_hughes@hotmail.com
stefinfos@aol.com

if_hannobite@hotmail.com
n_nadjah@hotmail.com
CFerguss@houstonisd.org
wela00@hotmail.com
tugoras@hotmail.com
das@oakland.edu
anm6@cuber.net.pk
dguramenga@univ.liu.edu
bongoconuz@usa.net
livyanna19@hotmail.com
julia.nozar@orfonle.fr
EFcuma@aol.com
cari@ifonte.net
koi@myvpc.com
haha@sguck.com
imschick@aol.net
raneme@on3.veri.net.in
Superchic339@bocksmart.com
Bejatownir2288@yahoo.com
DEE18968@bellsouth.net
tanghome@mbozom.com.ph
vlsh@aol.com
avleth@maiichy.com
Dackward@aol.com
wegoeu@earthlink.net
Hbrand@CJUS.NET
terry@larrywhit.ac.nz
ned.fee@hotmail.com
mikey503@aol.com.ph
eslieg@sanmiguel.com.ph
yetma@skvnet.com.ph
jomih@sanmiguel.com.ph
americangirl118@hotmail.com
gacher23@tabou.ro.mb.ba
mehel61@yahoo.com
pendeui@hotmail.com
tanzi@student.usyd.edu.au
sacha_carmed@hotmail.com
amalt898@aero.itsc.emel.in
Ghettoben@aol.com
CLUCIFER2@CLARIZONA.EDU
billeeskiillac.fni.com
pshley@aol.com
emgdo@dubigmail.com
babyiake89@aol.com
mish_asima@hotmail.com
amsport@com
korstantijnsehved@yahoo.com
laznorrma@backamy.net
bouncesta@hotmail.com
alikrousos9@global.co.za

coolchris@home.com
bbirdy@cellfoweb.com
97bcesdasswathi.teccal.emel.in
idavcisourson@hotmail.com
GEOVRI.E@AOL.COM
badllo_d@yahoo.com
estemichote@hotmail.com
bij12980@hotmail.com
spetlaquig@mail.caite.net
chrenea2@amali.msn.com
hans_anderiaco@mbox337.swipnet.se
Md121459@aol.com
b1141@bell.nozcom.com
sbbovarin@yahoo.com
ivohischool@freetess.com
kenhalgam@earthlink.net
henryv@clairon.wfis.ac.za
alex@cxc.larino.my
genevas@bcootleement.net
patrioli.incs@yahoo.com
asaraesi@hridentindia.org
Davi_TX4fi@Yahoo.com
awsander@amidway.uchicago.edu
geexizhi@hotmail.com
amster@aol.com
aahokisinbohn@hotmail.com
THACKER_JOHN@HOTMAIL.COM
b35pali@occase.kue.th
MATHEWSTAMONETCENTER.COM
tilroy@nativision.net.il
dori154@hotboot.com
arunvenketaraman@hotmail.com
caiser3_78@yahoo.com
banoemar@new.net
Berol_Gimbel@t-online.de
william_hughes@oexocities.com
zman.biocco1@aol.com
mialalin@boop.com
Nancy@belowinmotors.com
christkim69@yahoo.com
kennedyis2@concentric.net
mihfrn@bellsouth.net
yebidoud@AOL.COM
cassisdeed@AOL.COM
ntsu@interfoo.com
tfverd@msesavison.com
k7575@hotmail.com
afo7@mbox2.singnet.com.sg
shefan_17@hotmail.com
AkesiteS64@aol.com
MYLS@DLMANILA.COM.PH
Hsodunnil@hotme.com

googun1@aol.com
Anupabe@Hotmail.com
azrabraxell@erols.com
dawna@star.ca
adoraito@yahoo.com
esport104@hotmail.com
bkpaul@hotmail.com
emb03@csufresno.edu
rajesh_ir@iusa.net
gitouche@mamail.com
KiVtvtv01@yahoo.com
tae@tps1.seed.net.tw
cooledcia@gmx.net
claveu63@hotmail.com
soshbrown853@yahoo.com
juliazapot@netcos.ch
Sony90_@hotmail.com
zelteema@netscape.net
WWW.ISOILEAU@EXCITE.COM
d_savacool@yahoo.com
PATTRIZHA_BELLE@YAHOO.COM
KARMICHAEL@EUDORAMAIL.COM
klk369@aol.com
kolemacha@hotmail.com
kolemache@hotmail.com
kolemagatha@hotmail.com
chaos_4@aol.com
jdumaresca@home.com
laetka@aol.com
KEMAMIT@AOL.COM
caroli3@hotmail.com
sobhav@reditmail.com
sobhav@reditmail.com
jpah@excelonline.com
MeMonicas@aol.com
bobbhy@aol.com
sumeli@excite.com
onoerbhurz@hollywoodkids.com
niselann@aol.com
inmvfoxou@hotmail.com
micke_harder@hotmail.com
hunnval@aol.com
googiesi986@aol.com
msamuel@tb.um.edu.my
MiWvei.169@lee.com
alkdsepp@aol.com
bobbwaij@hotmail.com
blinkchan@hotmail.com
niacoe@chickmail.com
the_clubhouse@pc_sympatiko.ca
gauravdhir@hotmail.com
apanalimbertes@hotmail.com

theresa_molina@hotmail.com
dbvosmichel@euromst.be
moco31415@hotmail.com
riddarp@gmail.women.com
batog@tm.net.my
siva_arjunand@coolmail.com
miedeeds@pineland.net
kinkfeeley@hotmail.com
john_m_12@yahoo.com
arunsarkar@hotmail.com
jermo@iuswest.net
testif@hotmail.com
MeneMsM@aol.com
cb1taynob@aol.com
jikamu@aol.com
jeevan_sling@usa.net
stalwd@isaos.com
agonzalez_c@hotmail.com
godari@turbonl.net
2_0005@caramail.com
geomex1@aol.com
lovetag277@aol.com
qoblazonow@hotmail.com
b_e_c_k_y_78@yahoo.com
dadorahome@ameritech.net
pas999@twenty.net
wildels@auburn.edu
casanchini@aol.com
berdebees@aol.com
jc133@bodsouth.net
ssis@wealzone.net
t-killer@mail.ru
princerealza@hotmail.com
mhanhi819@mailoh.com
Vonnie_Mellah@Unilever.com
BIG-DOG11@EXCITE.COM
docabz1@can.cal.com.oh
sobhav@reditmail.com
sobee95@hotmail.com
Chukse@mail.utexas.edu
twinb0744@hotmail.org
oocasbrezca@hotmail.com
mronykleks@reditmail.com
www.swingori098@aol.com
magic1995@usa.net
mavesh@coolmail.com
fisnertina@yahoo.com
malaney@airngail.com.ag
d_liprednolboog59@yahoo.com
bahriffni@mindspring.com
vasud@yahoo.com
samaruputha@yahoo.com

lay@netcity.ru
QutMav@aol.com
tpock@wity-ip.com
owenjs87@yahoo.com
szre112@ies.com
pathridek@hotmail.com
themistress63_@hotmail.com
sill__lusienranz_@hotmail.com
rau_darby@btinternet.com
jfj467@aol.com
98whitmj@yahoo.com.au
caseynbenz@hotmail.com
jaarko.oulii@pcos.fi
sanjriv2@hotmail.com
joshhexel@hotmail.com
mpgsmithe1200@aol.com
ambrikonahou@hotmail.com
bilimc@hotmail.com
detrathomas@hotmail.com
valkymv@hotmail.com
krmrcc@aol.com
CWhita1037@aol.com
rahna_kano@xbox-4.com
alexia.osdoll@box-4.com
possum2003@aol.com
rentap13@yahoo.com
cheiclef@odi.net
kpeck5@yahoo.com
casino031@eurodor.net
hrapid@pacifiq.com
pictus@oscfg.com
jilley@hotmail.com
slotering@wm.bright.net
hcamd01@utopia.poln.edu
kamos@walkova-h.ind.in
booroveldt@chabomail.co.za
janelhome@aol.com
kpresin@usa.net
 litaroc@usa.net
mc_george@hotmail.com
joeysijye@hotmail.com
Brespel@aio.com
Ranc5841989@aol.com
mikar@caisndgo.nat.li
kcatue@aol.com
teystal@on1.old.net.in
aharos_20@hotmail.com
thamtech@line.net
krteh_aharov@hotmail.com
jagasmrm@aol.com
pobeus@chooduns.com
tkuunel@yahoo.com

sumains@hotmail.com
gauzman@chyvabs.owebs.net
rman@ilm.net.ru
deveseo@attu.net
popgray@bellway.net
djancy@tiascol.com
D.Avilla@mgaicity.net
thomaelktca@ibmail.tas.net
breporza@home.com
conescade@yahoo.com
aseae2001@yahoo.com
gallo1001@aol.com
pearchel@hotmail.com
ega_teste3@aimfosel.com
rachels3@collegemail.com
dts_amroc@yahoo.com
begeseocm@hotmail.com
junanga@yahoo.com
sariehi@seahyam.net.uh
anmetyrabon.hoon.com
mrogers@alimesy.com
gr84evan@bute.net
nathamo@hotmail.com
beck@hotmail.com
mwktu@aol.com
ci2ko@sucool.de
edvaals@hotmail.com
ram@arccutre.com
sheriffz@hotmail.com
frank4evas@aol.com
beaness2@aol.com
boobovev@hotmail.com
sf881227@mmu.edu.my
amgen11@gaqol.com
SHUSHV13@gaol.com
cevanis@lynet.net
fonkvdm@oreli.net
LuvWorld@suno.com
fuarosa@artametepro.net
jandau@icd.usc.edu
dede@beilaw.com
bourn19@hotmail.com
eastvoapa@benus.net
sd_16@garioo.com
belockel@huvalicity.com
Sebaslam@arbvinc.com
Fox10@aol.com
maccelle@chicmail.com
dma-mma@mrazroom.com
dwammail@bbrun.nr.dk
Sebaslam1@bcokn.cybercity.dk
j.ohnston@beudoramail.com
tvramll@wersion.com

sheldakamp@okay.net
dglammmwllg5u@hotmail.com
mohaz73@hotmail.com
goguraw@hotmail.com
gionalesis@hotmail.com
blackeks@mailcity.com
BAVIMANI@AOL.COM
nsjr@micronland.co.zn
sydelis@dpny.com
dlazsi7420@aol.com
hmstomil@hotmail.com
bwong@atst.net.id
iljjang@ponet.net
arvel@usu.net
kcosndrin@datapk.k12.nj.us
bidpcod27@aol.com
dskins@usli.net
?
gagandeep_prince@usa.net
sistema@excite.com
ninethupa@aol.com
lata99@aol.com
gocorvette@earthlink.net
jackson_chuah@hotmail.com
pedaievel@yahoo.com
asazaf@fim.net.mx
thacker_john@hotmail.com
plasa@uci.edu
siodhir41@hotmail.com
purnendu@charnation.com
sarahmonoto44@hotmail.com
mrufa@juno.com
cwking@boosteron-line.net
b.deseerie@audoramail.com
kittykat00141@yahoo.com
CLEVELANDROXSHU@NETSCAPE.COM
shintsi@usa.net
blohede@optusnet.com.au
amtrancbulla@mailcity.com
nicoborbell88@hotmail.com
astkdfu@asus.kao
dilhony@aol.com
laguiane@bcnao.com
spurhkchd@aol.com
quscele@shic.net
paramvipen87.cct.cc.purdue.edu
GMGabbard@aol.com
stephens.stv@sympatico.ca
roffif@cs.com
sandchva@bbcse.tifr.res.in
susan@antara1.po.my
jazzzria@yahoo.com

nd4tme62@aol.com
sbotedar@aol.com
Gn0192@aol.com
www.brainzjames@aol.com
VIKKAI@AOL.COM
snooddess16@hotmail.com
diki196@hotmail.com
mrlomcall@hotmail.com
mrlomcall@spinmail.com
ji_thebauli@hotmail.com
samul@ancetcom.com
lacobi223@aol.com
vostsamonchi@hotmail.com
ralph1220@aol.com
rihnilieu@net.ugs.ind
kjeld_c@mail.tele.dk
jesusfreak4201@hotmail.com
BADASCD@AOL.COM
1gd72000@aol.com
angel5015@hotmail
anon00110@hotmail.com
michaels_51@hotmail.com
yanghemah@usa.net
hai_khal@usa.net
causeifer@zipmail.com.br
xopenol@mexcom.com
MKhalfah1@aol.com
Bulima26@aol.com
shemabu_396@yahoo.com
obelter@ins.at
umac@micronland.co.in
umac@micronland.co.in
spornzales@bulldogs.org
dftbus823@aol.c..
bazib4124@aol.com
KAY_MATTHEWS@FC.MCPS.K12.MD.US
ian.thompson@ans9.net
menrnav@dfu.net
butekcrazy@aol.com
sandhya@bbcse.tifr.res.in
dravis67@aol.com
EGonzales@bulldogs.org
salomati_399@yahoo.com
mof24@usa.net
ethn-5102@hvnd.wednet.edu
ekan-5108@hvnd.wednet.edu
KRISERNCOFF@HOTMAIL.COM
JESSLI@NETSCAPE.NET
DGRROBINS@BELLATLANTIC.NET
hu1000@webtv.net
odadok_q@hotmail.com
drevlddudo56@yahoo.com
RealDFighter86@aol.com

vatsharsh@aol.com
shay_shay_blade@yahoo.com
shilviourface@Rosel.com
anna@asrama.com
jj2007@aol.com
jvillareal@aol.com
wyw7ir@hotmail.com
dan@lion.cc
kentristar2000@yahoo.com
zhussainshah@yahoo.com
ROXYGIRL51@AOL.COM
roziusa2000@yahoo.com
sangita9@hotmail.com
EJSRANGA@REDIFF.COM
Asif91@aol.com
swinger_731@hotmail.com
i.loraa@gourmail.com
pattimccoy@yahoo.com
dnarrow@bcs.k12.in.us
wfebbout@bcs.k12.on.us
rzmarve@zianet.com
nlim100@kingtel.com.sg
arneck@acesssunited.com
sam7108@AOL.COM
molali@cnedffmail.com
hotmailnews@worldretiail.net
chandrima@calliope.net.in
pscithest@muhsd.k12.ca
phbjah_89@hotmail.com
luvfast100@hotmail.com
Hitrani2@CUDS.NET
wf63343@aol.com
cpz7171143@aol.com
rh319009@bne.ith.enet.in
indranik@bne.ith.enet.in
mrabelhya@aol.com
mvaneeto@aol.com
miksallison@uno.com
tacaser@hanvid.com
annebransil@natielty.com
madhodesi@certsem.com
amelia79@rocketmail.com
anathaster@hotmail.com
bullmccabe@hotmail.com
tka@servecape.com
screw_the_dumb_googles@i-Hsu.com
topo00124@aol.com
xyloch@yahoo.com
itb2k@valialia.edu
sukhbursingh100@hotmail.com
lorcid@cinstilagsteld.mail.telia.com
busedero@lovellanos.com

busedero@lovellanos.com
balong@aol.com
mike_cassepard@awwonet.se
mike_cassepard@awwonet.se
Tulery8@hotmail.com
pamyd@hotmail.com
dayeck3@uno.com
Dayeck3@uno.com
farazhambla@usa.net
lester@imediagrafix.com
necia@vallmann.gr
awesome400@hotmail.com
blinky@dolbool.com
lilg9_@aol.com
adamsblace@hotmail.com
Boohug21@aol.com
luckie_08@hotmail.com
carlos6927@aol.com
imlanoibs@cccberus.ca
www.tuatsell@Wishart.com
gokde317@usa.net

norto4xsz@hotmail.com
nemmeia26@hotmail.com
autoklecinicia@home.com
sstreveor@home.com
krissey33@aol.com
nutos@ool.com
atheriseashore@yahoo.com
michael_thewless@hotmail.com
Panda_13@Hotmail.com
tomairl2X@hotmail.com
arroyeve.m@marketiv.com
theoutsider12@hotmail.com
Braith05@aol.com
stnacha23@netscape.net
fistafili@tim.net
googlesasualoko@hatrevou.aol
putchkees@AOL.COM
nytesrf200002@hotmail.com
McClay78@aol.com
roanterf@yahoo.com
d_sannanaten@movemail.com
safarabbas@usa.net
blondie171@aol.com
Zabirianna@toxsite.com
Docewmail@aol.com
Chocobob_17@hotmail.com
carlos@atdaberan.gsfc.nasa.gov
nymanb@cedari.rutgers.edu
Maid272@aol.com
krnilваah@yahoo.com

aabers@aol.com
www.sambev@hotmail.com.br
sabson@bol3.telecom.com.co
wems6@hotmail.com
vk_gopal@yahoo.com
hanna@oharmes.com
alex_constable@hotmail.com
looibos45@hotmail.com
rabby_webby@hotmail.com
vmp7k@pcsa.iitb.ernet.in
kuldeep2000@rediffmail.com
koundinya2007@usa.net
vraghu@iitk.ac.in
vraghu@iitk.ac.in
hit01522@bdh-pilani.ac.in
kamalhudson@netscape.net
lenny_litter@hotmail.com
imaba@hotmail.com
joker3321v@aol.com
Bunny30050@cs.com
maverick_hunters.label@excite.com
maverick_hunters.label@excite.com
bos@usindia.ca
cf4900ron@aol.com
crisnar@excite.com
b_angulo@innisspring.com
thaiszmazz@hotmail.com
genand@chickmail.com
lordsofh@bigpond.com.au
shana.assasst@unimib.it
zubihasan@hotmail.com
amber_lili@yahoo.com
soccerguri260@yahoo.com
rkless@aol.com
lilfreak30000@yahoo.com
rhirurajnarajan@yahoo.com
semant@yahoo.com
vik43@aol.com
purplesage_13@hotmail.com
Gisset123@aol.com
manjit.cheema@cdrventech.com
manjit.cheema@cdrventech.com
Agaram4041@aol.com
sarika8@hotmail.com
callie@hotmail.com
nwki300@yahoo.com
dornan1@matzero.net
keneth@statvem.net.in
andreao@matrix.com.br
kams1@infinet.com
wakey422@hotmail.com
r_all@hotmail.com

jsttray@docctar.com
anette@wcfhome.net
perifbox@acs.itb.ernet.in
gpohani@aol.com
nurraj99@aol.com
salies@bocodes.com
ssu@hotmail.com
stu8116@westga.edu
chrisprinter@rveto.com
idwerfein@aol.com
zunanang_oompass.com.ph
docpo@gmsn.com
dama7@hotmail.com
msg96_1@excite.com
ardenea21s@aol.com
shatco41395@yahoo.com
joe19300@yahoo.com
toucha1@home.com
lisa_find@c-com.com
eric_v@hotmail.com
ahuiatipoc@sian.ipfs.t.sib.com
joann@bovinternational.com
rduncklac@hotmail.com
z_freeman@titan.sfasu.edu
chughes903@aol.com
ssakk@hotmail.com
denney.turrt@aol.com
calbre06@cbcbolitk.net
ducksiller18@hotmail.net
PUPPYLOVER68@AOL.COM
doexacaramn2@yahoo.com
jromero@usaunwired.net
jromero@usaunwired.net
jromero@usaunwired.net
forterz2@bkfcx.net
CHARMEDGIRL1546@NETSCAPE.NET
icabrera@commoweb.com
ylink43@aol.com
vanessa11@vinil.com
sanurooos@hotmail.com
m_anuoam@aboot.com
svedchele@hotmail.com
qunal@blurnel.com
olemoceabo@aol.com
tweedac@indipo.jp
Nfowler184@aol.com
GOOGLES@BELLSOUTH.COM
GOOGLES@BELLSOUTH.COM
icaboul@bocmail.com
aliseoop@hotmail.com
naychawai98@hotmail.com
sunshon1@enwbol.com

msears@audexi.com
herbpacket@hotmail.com
sarusins1@juno.com
COBRA88ROD@AOL_COM
lady_luck20@hotmail.com
Gautam_Dasgupta@acu.siemens.co.in
college.signorst@ac-rouen.fr
vera.runddausi@pclinktech.com
aamit1@yahoo.com
lahritham16@yahoo.com
i2@i.edu
joshobagan@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
freak411@hotmail.com
randownet@zepet@yahoo.com
evilmongol@fastmail.ca
baby_1920@gmail.com
MAELRAYES@snrodgov.net
www.dingbatbob@ftes.net
col_wg@yahoo.com
e_@belland.com
dhistoric@icon.net
kdelmil@aol.com
janliam01@aol.com
believen2@home.com
SHAKt8s@AOL_COM
WWWSHAKt8s@AOL_COM
bibo_121082@eudoramail.com
bibo_121082@eudoramail.com
pehul@yahoo.com
bumbloviev@hotmail.com
bumbloviev@hotmail.com
wacke44@hotmail.com
BrittiOce.mediaone.net
ncbnesh4@yahoo.com
nag_neg@hotmail.com
d749p@aol.com
belena_teksop@hotmail.com
beljana_v3@caribe.fr
porsche877r0@aol.com
rach626@juno.com
lck_sood@hotmail.com
flower_girl_1@outmail.com
flower_girl_1@outmail.com
gary_tone@bbond51.freeserve.co.uk
inraiere@lucanbe.edu
yashrod@aol.com
elijahw1@YAHOO_COM
sarxloca@yahoo.com
ATKeith526@aol.com

gladfletcher@mallcitv.com
oabel@yahoo.com
Khelis@hotmail.com
Addole@aol.com
chequees@hotmail.com
gtlv@aol.com
diamond200o@excite.com
lady_luck20@gmail.com
noelc@is.soft.net
sanandratistsouth@hotmail.com
tlcs@indialanos.com
c-s@motopolgas.com
anjas@buck.fi.lib.sc.id
ron.conf@alttelrock.af.mil
javozh@twidstmag.com
KRP0830@AOL_COM
mephmn@u.washington.edu
santosir@horoman.k12.ok.us
tsafest@yahoo.com
Vscheanu@aol.com
history@Alriefrog.com
rayandme@yahoo.com
hofrich@hotmail.com
bdoubeqirmrr@inathcacte.net
gilbor@ocr.wsu.edu
grands@medicbon.net
electrodluru@mailcity.com
sandy24gna@aol.com
CGyounh@microsoft.com
care_bear_v2k@yahoo.com
baciko_d@yahoo.com
MSBShman@htomatielozone.com
tabetha_12@hotmail.com
nerd@blandinet.org
www.beautiful1117@yahoo.com
nell_sod@yahoo.com
GOOGLES@BELLSOUTH.NET
grandmedh@aol.com
m_koreah@hotmail.com
deahmtustnnva3@hotmail.com
solno_sanjay@yahoo.com
9633065@student.ul.ie
9632632@student.ul.ie
9632838@student.ul.ie
bonpl@hotmail.com
s99044O0@hotmail.com
anfr2000@dreamail.com
decalru5@aol.com
tommyqirt1013@excite.com
halevpieson@hotmail.com
blopa@svmaptico.ca

narsupalliis@yahoo.com
bhazal@n..bm.com
fong3737@tm.net.my
ombelo@yahoo.com
vutino@aol.com
lee19pa@aol.com
bradekc@digital.net
marlynhiazaro@hotmail.com
millana@zora.co.nz
arvindkumarg@hotmail.com
vilhena@omalichi.com
www.viges5533@aol.com
dean83@star.ca
brandon_macs0x@hotmail.com
cortez250@yahoo.com
GEWRUE@AOL.COM
GEWRUE@AOL.COM
saperd@bahemail.com
bildt_ha@yahoo.com
Psycho8s990@aol.com
dmorasa@yahoo.com
trogers@aol.com
princethelstar@hotmail.com
mistatcock44@hotmail.com
mistatcock4@yahoo.com
mistatcock@netzero.com
mistatcock@netzero.com
bannan@concentnx.net
ikwebster@aol.com
pkhter21_@_aol.com
hganaas@hotmail.com
writegirl_15@hotmail.com
vilehbm@HOTMAIL.COM
GARRON@HOTMAIL.COM
denise_martinez@ourmail.com
Mistacocks2@funtzento.net
iatxd@vipinfo.sd0.net
GEWRUE@AOL.COM
GEWRUE@AOL.COM
champocc@evans.net
suman@benefitfire.com
Tikax@aol.com
cini8s@prodigy.net
paulbobc@nebivgator.com
RRCOSHIA@HOTMAIL.COM
michael-helbock@blulemail.ch
alhoa@yahoo.com
yelashish@hotmail.com
muskata6s@hotmail.com
Muni@DLCC1.org.PK
vtmi2@aol.com.wasdha-du@mindsspring.com
us6119_2000@hotmail.com
mras@ped.net.dk

mczbermundo@eudoramail.com
donald@bihigh.co.uk
apflast@dtk.vsnl.net.in
cnhbeaz1210@yahoo.com
laxoosi@aol.com
thshvaru@tm.net.com
enone67865@yahoo.com
aniil@yahoo.com
corlodfxxd_larina.mv
ast20441@hotmail.com
gunrev_49@hotmail.com
mmcal1083@aol.com
oocram507@aol.com
mohammed_eslam_shaikh@merck.com
kwenocki@eptomail.com
icantevni99@yahoo.com
cbucks@tx.netcom.com
lennikauz@eudoramail.com
belaseem_k@yahoo.fr
BurnabeBebo23@aol.com
JteslaGil@netscape.net
GOOGLES@BELLSOUTH.NET
GOOGLES@BELLSOUTH.NET
zienhlege@hotmail.com
Mocha77625@aol.com
tbezow_maraxx@mailcity.com
namtab1@hotmail.com
thbcz4@aol.com
bonusf@como.uark.edu
BMDM@msn.com
BMDM@msn.com
zakbro@freeturf.ch
DonnaM217@tiscli.com
tumalrventendit@hotmail.com
lemoni5@ootmail.com
muktab5656@hotmail.com
lnmarin@digitalone.com
Krpr1084@aol.com
LMeyer10556@yahoo.com
monhbenmraeei986@yahoo.com
kdhboom@aol.com
bbenilla_99_02@yahoo.com
pcblin1981@netscape.net
stracv28@hotmail.com
esre15@aol.com
jakec42000@yahoo.com
FARMASI1234@aol.com
MAC5344@aol.com
Cooljoy412@rockav.com
lcbi@tm.net.mv
pony_enaia@yahoo.com
dirk4131@aol.com

colmcburn@yahoo.com
shscadlids6@aol.com
ryan_l@alo
dxbaez2@excite.com
rello@hanp.com
larf0535@cs.com
PATCH1987@hotmail
Lilyhorses@allourmail.com
kat_final@hotmail.com
torskin_001@hotmail.com
adio10@hotmail.com
gerbil_316@hotmail.com
fiyore2@aol.com
cheldoza2@hotmail.com
handseun@hotmail.com
bandeun@hotmail.com
arunduraria@cariboot.net.in
www.petradakias@aol.com
bgersani@exodel.net
emki01@netzero.net
gim_57@yahoo.com
somyaloiseau2@hotmail.com
mitros7@aol.com
m1ch9@aol.com
ankh145@bol.com
yolanda.halberti@cote.net
Honeygari52@hotmail.com
lili_hazeli@bluemail.ch
mostindia@bluemail.ch
mostindia@hotmail.com
armandpaparazz@hotmail.com.mx
eba8787@hotmail.com
tasti@cote.net
y.UEL_M.t.y@zt-U.J.MAIL.COM
Dargash23@aol.com
boel@zchouse.com
nguyen_teresa@hotmail.com
lk0201@gateway.net
justin_cooperman@csois.com
chantelle@hotspeed.net
sunliskovlobob@hotmail.com
eiglah@infovia.com.ar
HaloMegan@aol.com
mmhin473@hotmail.com
caveliers.1@aol.com
lies@inf-net.uk.t
tigerscan@mbox4.sunsrel.com.sg
ramosan1367@yahoo.com
Littleimiss@oplasemail.com
pengu_56@hotmail.com
GYMROE1@aol.com
cheerchicky@hotmail.com

Jeremy_stevenson@vermouth.k12.me.us
danielle_avery@yahoo.com
ssalee4life@aol.com
Gino4Smith@excite.com
khanashira18@hotmail.com
stbird@bcollalant.com.au
Top5063@aol.com
benerised@hotmail.com
scorpion_kombat@angelfire.com
rohit_itd@yahoo.com
yxeluind4@hotmail.com
Rodith@cwcom.net
vmjurtal@hotmail.com
mstn451@webtv.net
terzw566@hotmail.com
carbotillescas@zman.com
carbotillescas@zman.com
livnodkil_1999@yahoo.com
kelti@kburpess.freeserve.co.uk
dhru_c@bea.net
mazus@bol-online.com
brown_aius_ladi@yahoo.com
blankvoolo@voceding.lno.nl
Dark_Merlin_of_Sith@hotmail.com
mark.vendenburke@students.metair.wau.nl
jc_animal@hotmail.com
maunlol@hotmail.com
beianglen_k@yahoo.fr
beianglen_k@yahoo.fr
ntn_voss@hotmail.com
midnightblue19@hotmail.com
anubelah@garfield.com
chilton057@aol.com
FREEDLES@GU.NET
mcnewsly@catwalk.fr
www.donnasbacheloress@malekju.com
sunshine2765@courtmail.com
sunshine2765@courtmail.com
yamy4u@vatacoc.com
kjav@labovmail.com
xxsteverloxx@hotmail.com
pishinis82@hotmail.com
gabbit81168@aol.com
osama_khali@edu.sait.ab.ca
Ered15@aol.com
stullivo@cona.com
jason_@itn.net.mv
karivz@hotmail.com
ambrihi@aol.tatasteel.com
telio@b.un.edu.mx
ALCIADQIDG@hotmail.com
sususkpormatex@alarmedia.com

sdmpopat@yahoo.com
pyesantel@yahoo.com
dewyel@aol.com
Vhanne_19@hotmail.com
teeramz@mailcity.com
www_sasav@hotmail.com
rok@mail.uplink.com
lennon199@hotmail.com
osu101chr@yahoo.com
kelles_2000@hotmail.com
khadique_orrick@usa.net
bic_atesh@telenet.se
ms@emmilo@rediff.com
Red-lese123@webtv.net
lrf05535@cs.com
apickers@comam.com
loser177@juno.com
dafna@therramp
gf2250@bellsouth.net
favin@ybacom.com
khillen@cwno.rr.com
janeteevkfuchai@aol.com
nbdiacruz@eudoramail.com
leasat@earthlink.net
david012345@hotmail.com
ndabgaar@hotmail.com
lahu@eudoramail.com
overfinecodboa.hipsi.net
ekandla@hotmail.com
blackenmii@aol.com
mfreund@owu.edu
slick300z@aol.com
trevorschubert@hotmail.com
margen123@hotmail.com
BBBeauty411@aol.com
beena@enda.com
acrinlics
rawan@mustangcollectibles.com
anchardson@portaletaschools.com
oscarsweves@cs.com
jamassi@aol.com
saesc90210@yahoo.com
shashi@cea0906.excise.nic.in
97watsonemi@badmintonschool.co.uk
kung@super.net.pk
andrei_12_2000@yahoo.com
brdrelih@aol.com
trevorschubert@hotmail.com
blakish@yahoo.com
soogal@sanbarm.net.in
arooshaha@rozmail.com
munirkamil@yahoo.com

jawad@umpire.com
liecaniaa@hotmail.com
carmen_burgess@yahoo.com
rhhnblxom@aol.com
vinay_rawat@rocketmail.com
www_comissoned@aol.com
glresu@marsno.com
kc7le@lox.net
BOSS2000BOSS@netscape.net
nbdiacruz@eudoramail.com
nbdiacruz@eudoramail.com
wallmfi@mail.src
tosato1@hotmail.com
tosato3@hotmail.com
mafredd@aol.com
km.cubbro@eudoramail.com
laura_elizabeth@squote.com
vaiyeb@yahoo.com
shella_in@yahoo.com
saavkit19@hotmail.com
HEMANTRA@YAHOO.COM
Deskshhratine_@yahoo.com
Jim42@nis.email.in
vivekksughai@rediffmail.com
yatihtvedi@hotmail.com
Bsoofiles@aol.com
babyblue@lovechocodates.com
audclend@aol.com
pdeten@ioa.net
sales@icocodes.com
sales@icocodes.com
dcrand@yaboo.co.za
kmss_seabook@raymailco.ca
Mathrow@yellowxnlife
centuel49@aol.com
sharrabprmann@yahoo.com
lancaster@avix.com
hemanth_2001@hotmail.com
schradenhal@sabc.co.za
basonasouza@hotmail.com
asonasouza@hotmail.com
ballez2208@aol.com
hgoon23@yahoo.com
aulie_1_5@www.coocies.com
ka3e4isa@hotmail.com
jose_toncoso_1995@yahoo.com
demoncaniel_666@yahoo.com
BPO69@mdx.ac.uk
CaLIGH.2742100962@aol.com
guipstromamil@booletts.co.in
ralphs@capewood.net

askbrin@saba.ut.ac.ir
beran@carleton.edu
archbo@hotmail.com
KET319@aol.com
smoove5319@aol.com
rohtrah@mailiandnews.com
davdov4468@hotmail.com
FuckYou2@bastard.motherfucker
davidv456@hotmail.com
Team@hotmail.com
RRM88@hotmail.com
sales@qoooles.com
sales@qoooles.com
sales@qoooles.com
sales@qoooles.com
sales@qoooles.com
sales@qoooles.com
sales@qoooles.com
bigman@hotmale.co.uk
Lincoln@ranbaxm.health.gov.il
rtvelson@eerotek.com
nickvelson@hotmail.com
bismozil_7@yahoo.ca
beelaimmom30@aol.com
peschesandoreemi878z@yahoo.com
dianngguru@yahoo.com
manuel@aginail.com.pk
h_santiago@excite.com
sales@qoooles.com
harpdrummer@excite.com
magnaalien@mediaone.net
b-s.anderson@euromatco.ca
b-s.anderson@euromatco.ca
Swfil80@hotmail.com
lapotum@yahoo.com
11231310112fsk@aol.com
naama@yahoo.com
getna15518@hotmail.com
alina115@hotmail.com
schild@hbcrc.org
sj@hbcrc.org
treb_12@hotmail.com
gfakal@hotmail.com
puttexdffesh@hotmail.com
tanz22@hotmail
maxw00@hotmail.com
keanerama@hotmail.com
vijay1982@yahoo.com
96on1034@vikram.svrec_email.in
abelome@yahoo.com
abelome@yahoo.com

BEANSPAK@NETSCAPE.NET
littlemimse612@hotmail.com
dparada@thriver.com
www.gnl@aol.com
goldylocks14@hotmail.com
gowentana@netzero.net
szeternatt@bocc.com
ikel@bash.net
amstrath@geneva.edu
summerpuri444@hotmail.com
kro5@hotmail.com
alberhn@mulchtv.com
srad6@yahoo.com
hoang_tran_nhu@yahoo.com
Pumpkin161@excite.com
Foxx7777@aol.com
felixMogar@yahoo.com
elsbetbebe@hotmail.com
imforded@hotmail.com
DMACH1O@aol.com
starrovski2@hotmail.com
steed_nicks@hotmail.com
krasek@aeol.net
senyz@attlymail.com
ariel_killev@hotmail.com
ndeling10110321@yahoo.com
zdmy457@yahoo.com
syllepieuve@booradar.net
Jsphketey@aol.com
kyte06@hotmail.com
sunshine_girl31@hotmail.com
team_lexis@hotmail.com
mohanan_mf@123india.com
moncoco@yahoo.com
adrain0013@yahoo
www.nel_joki@eudoramail.com
www.NEL_JOEL@EUDORAMAIL.COM
tue500@sandringhames.vic.edu.au
a_rajeev@hotmail.com
bdurlle_girl08@hotmail.com
ianmbira20@hotmail.com
anthonhoefte@optonet.att.net
noahkelland994@hotmail.com
volleym11@ca.com
billie711@hotmail.com
Justin_0390@aol.com
mkekhan@yahoo.com
kamil22@yahoo.com
kulyrakaa@yahoo.com
T.fickel9833@aol.com
jascoui@hotmail.com

jgerman789@aol.com
SUEMGH@AOL.COM
pookiepie58@yahoo.com
jazzy2_1999@yahoo.com
sarahw@involved.com
mfarleigh@swesol.com
chrighelp2@hotmail.com
bosi@cusi.com
erhei1@excite.com
gema@weld.agric.za
adedami@yahoo.com
sslickchick@yahoo
chloe@ak_sympatico.ca
drne5639@aol.com
traffic_junkie@hotmail.com
rajer_wood@sbcglobal.net
DKcolowski@aol.com
clocanfra@aol.com
ammadali@hotmail.com
geeta_kumari@yahoo.com
fmyc@yahoo.com
andreas@easyriders.com
L_neriom@usa.net
L_neriom@usa.net
kal.bladen@t-online.de
crazycoolteen@hotmail.com
julie_mullens@juno
gparik@oxmer.com
cool_blesi91@hotmail.com
DVSLSUBEAR@AOL.COM+++++++++++++
sks_m@owlb.com
sshelramy@yahoo.com
buzzy@onmi.com
friends@froqnet.net
nulan_isp@yahoo.com
Chanoguri@hotmail.com
miko122@hotmail.com
jones-westcoast@makiroo.com
Harry9x8bd.lasting.my
Bigb1182@aol.com
corfinix@neec.com
corfinix@neec.com
davkincaid@direct.ca
cookies@mediaone.net
just_us@hotmail.com
bluebeat123@msn.com
colas59@hotmail.com
cozpservr@md.in.dcasoft.com
evita_lamora@hotmail.com
ducocs@yahoo.com
www.ASpecial41@hotmail.com
genbi57@hotmail.com

repjay_3_@_usa.net
vikkual@che.iitb.amet.in
scary_celph@hotmail.com
bumblebee@forsitternet.net
CK@blyket-cym.dk
dragonbakkedarren@netscape.net
mono1185@aol.com
rockvi47@hotmail.com
panil_sememano@email.com
g_l_lyn@hotmail.com
gno@diglobe.com
swifti703@aol.com
watchanews1@excite.com
v_ramaa@usa.net
sstone@sbcjourney.com
cibutandy@taznti.ca
gea288@aol.com
sparklee4_u@hotmail.com
Simona255@aol.com
Waneson117@aol.com
MCHNINGIRL@HOTMAIL.COM
jaytevi@yahoo.com
woelfman66143999@yahoo.com
aidreen@att.net
moone127@hotmail.com
csconsol15@aol.com
brismith@barzanu.net
nowortes_54@hotmail.com
benmccall@hotmail.com
abeboa0113@aol.com
anna.01375127@telia.com
hotphri@hotmail.com
neelevanti@hotmail.com
leashann@aol.com
beller.ca@mellekrix.com
mraruty@yahoo.com
r.alt@usa.net
oliver-42@academia.com.ar
oliver-42@academia.com.ar
mel_carter1999@hotmail.com
imran@zoo.co.uk
yyon_99@hotmail.com
scottmelby@hotmail.com
rfburket@yahoo.com
angela_69_1999@hotmail.com
jaketcub@aol.com
sukierungen@hotmail.com
suz_outsitting@hotmail.com
easz122@aol.com
RNRYMATT@aol.com
chanel@roadvision.com
edina@tmozoom.com

harriet@asludentcenter.com
pat@techno.net.au
will@metserymail.com
shouviksinha@hotmail.com
markspace@bellree.net
al_maurielson@sd13.qlpel_bc.ca
cockles@mediaone.net
amandaskyler@weblu.net
noriac@telusplanet.net
pbd6007@aol.com
gitelle@hotmail.com
cci@yahoo.com
bursil10s@mailcity.com
megit6_1@excite.com
moonillie89@aol.com
purokchik3@aol.com
sumbyaska@aol.com
malik9@hotmail.com
bary_pat@yahoo.com
centauri15@hotmail.com
nahab_8@123india.com
desaieik@hotmail.com
Red_Hot_22@yahoo.com
Red_Hot_22@yahoo.com
gattikomelissa@hotmail.com
ben_mcneil@hotmail.com
stitches_19@hotmail.com
mike_summers@usa.net
ssch0002@aol.com
cool_guy@hotmail.com
tricky@hotmail.com
Sweet69@hotmail.com
thugslan2k4@peacesewhite.com
Rothko_19@hotmail.com
harpermalee@hotmail.com
ANGELS_147@HOTMAIL.COM
sharkadoo@hotmail.com
johnlovesjoy@aol.com
y_remy@hotmail.com
edelkom@macian.com.ph
nvora13@usa.net
jovivi_computer@yahoo.com
houseshing@uwm.edu
anu_kaushlin@mailcity.com
AShaab_@excite.com
GODDRAGON13@AOL_COM
gattikomelissa@hotmail.com
sreepams@indiatimes.com
taboo@sympatico.ca
taboo@sympatico.ca
ashud@worxinfo.sgh.net
Purple_Dinosaurs@hotmail.com

kbkatju@haguray.com
armlirebv@neda.net
babs20@yahoo.com
dperson@aol.net
upalana_1@yahoo.com
BRANDY_tzu@yahoo.com
mykedig@hotmail.com
saboth_good@yahoo.com
lisa_mdhi@hotmail.com
lisa_mdhi@hotmail.com
dellyos32@hotmail.com
Mich146@juno.com
senho_labns@yahoo.com
a9644300@bymaatloo.ca
cbes867258@hotmail.com
mmaig92@webtv.net
azufer_d@yahoo.com
canadian@rover.net
zbovmil@163.net
zbovmil@163.net
dheena23@hotmail.com
saaeon@fairfax.com
erik114@aol.com
ChellieAnne@aol.com
MOSHAB@USADATA.NET
MOSHAB@USADATA.NET
Pilwikram_singh@usa.net
liannalbobeb@aol.com
whistel808@albecedios.ojours.sch.uk
vaidyanathi898@cockmail.com
k-o@indo.net.id
adaomann@uwm.edu
flordichter@aheo.com
jenniter_bell90@yahoo.com
india_parnga@hotmail.com
bniffer33@aol.com
lingarton69@aol.com
barts_3_16@worldnet.att.net
masstf@aol.com
tweetie3283@aol.com
contrnandonass@worddotnet.att.net
bkorman1201@aol.com
fbgoci5@yahoo.com
zubara@eeb.patnet.com.pk
alalti@idtract.ca
kgarreti@cltravista.net
cj_8133@hotmail.com
cj_8133@hotmail.com
onetyevora3&@hotmail.com
tweetteest14@Cockkmail.com
tweetteest14@Cockkmail.com

mcarriture@gmx.de
RACottrell@aol.com
hmamv2@yahoo.com
wramra@aol.com
bubbaleva@yahoo.com
jennifergmguela@eudoramail.com
pia23@mweb.co.za
pia023@mweb.co.za
nina118@zerornail.com
aaili@direct.ca
wg_wan_23_99@yahoo.com
achtung@yahoo.com
AMJ2020@AOL
sergen1018@hotmail.com
sales@quoodles.com
sales4quoodles.com
Sunshiney11@aol.com
frsd@megahit1.com
Apple804@aol.com
fredManouasael1.com
terell@home.com
boonapao@yahoo.com
dokin7@yahoo.com
emelie.hellqvist@skola.askersund.se
dummyhed1@yahoo.com
alador123@aol.com
aledner123@aol.com
kksrob@yahoo.com
lmax44@aol.com
joesmoe792@aol.com
suhe@neur.edu.stockholm.se
cegamella@lycos.com
mievoses@aol.com
CliMaik@aol.com
sugar86@antiedfire.com
popierce@mailhost.tcs.tulane.edu
Flychicka143@aol.com
bobbefox@usa.net
neahons2@aol.com
bubbles_15@bovegirl.com
aah_hoh@hotmail.com
anelsecaketoans@yahoo.com
philipbakshi@hotmail.com
Robert.Pearson@bizinternet.com/
phlipbaksih@hotmail.com/
taiames@penn.com
lipoincess@aol.com
gbhynes52@aol.com
fionapark@aol.com
z4play7777@hotmail.com
bbeckar@woodbride.nn.k12.va.us
VHALER@MYMYPAD.COM

rsarreal@ems.att.com
celeste_anderson@vr.com
GYMTUCK@HOTMAIL.COM
togono86@hotmail.com
kometung@netvisitor.com
s065504y@ox06.bpos
s065506@ox06.bpos
l.subramaniam@hotmail.com
rity@teen.co.uk
nita_voeklan@hotmail.com
Nickye816@aol.com
yonasti2@hotmail.com
ktglumhebel@yahoo.com
oswensilver21@hotmail.com
ihwllard@yahoo.com
Sunshine386@outlmail.com
sexy_thang_35@hotmail.com
lindsey_jerrard@yahoo.com
kikhari@hotmail.com
www.oundamwmg42@yahoo.com
whleders72@hotmail.com
dominellacoonn@
Brittd116@aol.com
dan8830oz@aol.com
sBehotv18@aol.com
tessa2327@aol.com
sandee1818@aol.com
super2/202@aol.com
lovem36@hotmail.com
morjland_99@yahoo.com
srgoddess158@yahoo.com
srgoddess158@hotmail.com
mathews_34112@yahoo.com
bowtie054@aol.com
Svenu13@aol.com
bbell@hotmail.com
srracer555@yahoo.com
tee@nel.net.nz
tabetse.k@onallody.com
jansen@noxweb.tl
Britt0926nw@aol.com
strit@biomand.net
eyeactctehk@aol.com
vijaibhaskar@yahoo.com
vijaibhaskar@yahoo.com
pawan_macpari@hotmail.com
latasha@pathcom.com
latasha@pathcom.com
regario14@hotmail.com
twtvtuv83@aol.com
starr_103@hotmail.com
www.microcdprelodear.net

chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chimichangabeav@hotmail.com
chimichangabeav@hotmail.com
babev_carey@hotmail.com
babev_carey@hotmail.com
babv_carey@hotmail.com
babv_carey@hotmail.com
inolinoel@oded.k12.pa.us
dvenni@brevocorp.com
MFinbo1981@aol.com
Trevpooc@aol.com
www.indian16_99@yahoo.com
gjshish@aol.com
Huffleshi3@aol.com
pick@hotmail.com
mikloos@home.com
cen25452@centurytel.net
1.Casarez@worldnet.att.net
cyberpockey007@yahoo.com
aijosi@redifmail.com
cyberpockey007@yahoo.com
telsha1971@hotmail.com
granpamr@hotmail.com
kendra_9281@hotmail.com
wildcard9380_1999_1999@yahoo.com
deerhunter_820@yahoo.com
hardyrobards@hotmail.com
hardyrobards@hotmail.com
tralla@netzero.net
Ad7337@nachs.zzn.com
Brigatte856@hotmail.com
Liz5678@hotmail.com
casex457@hotmail.com
casso2@hotmail.com
miranda456@hotmail.com
angelh32newsell@obicemail.com
cickstar@hotmail.com
tomtozzajohnsion@hotmail.com
kissbliss@hotmail.com

chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
chocolate_sensual@hotmail.com
kimbil@AOL.COM
manoj_kumar_p@hotmail.com
rexmoon@hainstino.com
asthendeniev@excite.com
startrumze27@aol.com
nomad@wavunet.com
littlejet_ojjessica@yahoo.com
alexandrafontaine@hotmail.com
czabtenit@hotmail.com
sentisuki@123india.com
rsethna@123india.com
nina11s@sexomail.com
long_legz_86@yahoo.com
kish_ha@hotmail.com
michael.hadley@talk21.com
michael.hadley@talk21.com
annidev@pobitnum.melaling.nsc.ernet.in
pchau@yahoo.com
qdefxdfedssiepoo@vtc-president.com
oodaas21@hovd.teknet.com.pk
abrevi111@aol.com
J.Anathan2@starmedia.com
yasayw_n_m@hotmail.com
rexhorns2@aol.com
nac105@hotmail.com
knivess@boom22-2-esel.net.in
aatka@usa.net
ehelferne@yahoo.co.uk
dj5n0u1f@student.ucl.ac.be
bgrev@webtv.net
laura@anne-sol.fsnet.co.uk
BLARISSA@HOTMAIL.COM
roehmann@rogers.k12.oh.us
OObelliscuth.net
kmcmanenmu@sprint.ca
god_speed85@hotmail.com
vrasan11023@hotmail.com
christil@networfroggang.com
rebetah4u@hotmail.com
rou_quistin@inhotmail.com
medina66@earthlink.net
llsteam@twon.com
christurner@hotmail.com
krishaan_c@hotmail.com
senjanchakraburty@hotmail.com
jjsenators@aol.com
wrobelro@attimail.com
chocolate_sensual@hotmail.com

azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
billadair@aol.net
funnybunnny@fishschoolclub.com
CSOtrese@aol.com
sooboy151@onlinehome.net
Mshin00001@CS.com
kckid@lobo.net
sulith_ks@yahoo.com
sneiki@brunet.bn
codedude_savibur@mailcity.com
everjenai@hotmail.com
keathepad@aol.com
oslip.cello@scorpioweb.com
smoothy7777@hotmail.com
angelfacex@angelfire.com
ymzalni@usa.net
rubenmadrid@webtv.net
Mae88babes@aol.com
isa79@aol.com
flygirl151@aol.com
azz2@hotmail.com
tefon.ernat1@hotmail.com
GoodGold94@aol.com
ebp766@aol.com
cfracer@telforttess.com
triple@mailcity.com
dden_sesion@hotmail.com
milan5177@hotmail.com
Kirli_Boyancov@tcm.hut.fi
amatthew@ur.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com

markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzalfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzalfishes@hotmail.com
azzalfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
markfishes@hotmail.com
azzalfishes@hotmail.com
markfishes@hotmail.com
abbyo5@aol.com
lisa_student@yahoo.com
bammarkus@aol.com
david@recoil.merrick.co.uk
samira_mousavi@iii.nrc.ca
levoca26@aol.com
funkymunky1018@aol.com
pinotechoca@usa.net
ngi14@hotmail.com
kaes@docomo.net
ameliahook@freeonweb.com
richj309@aol.com
@adifhaj
peyton20@yahoo.com
ifilesilo@aol.com
ifilesito@aol.com
stephen.ennouri@tesco.net
kdassi@enos.com
emsecado@hotmail.com
wametanon@em.ufpo.br
chrissy_102@hotmail.com
Laufi@cobys.com
darwin1104@hotmail.com
jamie.tuck@mdpolice-sdunst.gov.uk
high.phone_17@cookies.com
don.mclean@mdpolice-sdunst.gov.uk
don.mclean@mdpolice-sdunst.gov.uk
michael.lorenzo@worldnet.att.net
BBrown6204@aol.com
Questi4rzzz@aol.com
www.kauni.laine@audicar.gmail.com
mrs_baerklev@sbcglobal.com
nick5@hotmail.com
anisiewidh27@hotmail.com

g_apu@hotmail.com
br_88@hotmail.com
rruthu_18kumar@usa.com
afsal@nil.symantico.ca
MISSLEWIS03@YAHOO.COM
bozzaomsi@01tehran.inpost.co.ir
ROCKY70528@AOL.COM
Flyclicks145@aol.com
mclaurnans@sympatico.ca
guacana@telh.org
jele@exescpc.com
antha4katrin@loveable.com
david@ascott-merrick.co.uk
gazz@bellzdermail.com
bk49@telus.org
myron4560172@cs.com
s.p.mensa@2Talk21.com
Sin@quesarea.com
www.firzzo@hotmail.com
scoopy151@myhome.net
senoliesena@hotmail.com
dunnakamik@usa.net
sym23_1999@yahoo.com
adnanomchan43@hotmail.com
chrisstument@hotmail.com
sarahsmoni@cxms.de
wmcode999@aol.com
norrmann@aol.com
tmorath@nova.x12.ya.us
Dragonwoman98@yahoo.com
buenochris@hotmail.com
BAMBAM726@AOL.COM
lowdie@hotmail.com
nrxf1@isb.paktnet.com.pk
mkurbqckat@seznam.cz
mono@prodigy.net.mx
andrew318@hotmail.com
alternosun@hotmail.com
sszarange@hotmail.com
lovelulio@niocounty.net
rafaewild@hotmail.com
www.ilivers00@aol.com
icandokreales@micoworld.com
ayil_dardo@yahoo.com
rach1104@aol.com
dindo_d114@yahoo.com
sheilalanne@hotmail.com
s.p.anguih@madmail.com
adrianus@quinic.gov.sg
janaiubtah1_99@hotmail.com

sunadela@hotmail.com
pamela_rosa@clubcom.com
aerenuah@ocrip.fr
karenia@hotmail.com
daniola1@m2music.com
MCEL-OBRE@ADVANTA.COM
dardenod@aol.com
roastiko@wosonline.net
JBruce8744@aol.com
pat-seo@bns.sympatico.ca
holmesscotindoor@aol.com
MissDrxx269@aol.com
ishbob@hotmail.com
siyasiwi@belamira.yeti.net.in
cheri@nethviator.com
@hiluranus
d7rrahi@hotmail.com
Rosieroee_us@Yahoo.com
honev318@hotmail.com
RPatrobloc@Prodigy.net
aberdinyoungerbon@hotmail.com
dasstudy@mailcity.com
retrieve@cooredca.com
elisemell@yahoo.com
portman@yahoo.com
s_tacker@hotmail.com
sulfman@hotmail.com
vnatori@nedjf.com
odilabalihod@habloc.com
hanie_06100@hotmail.com
belpai@371.net
ferron.diana@videotron.ca
khnclark3169@m2mail.com
ourbir@ch1.god.net.in
BManollluco@cscafe.com
kathy_bc565@hotmail.com
krackrvet@hotmail.com
I_ronza@hotmail.com
I_ronza@hotmail.com
I_ronza@hotmail.com
berdiand@hotmail.com
Biohazard_i@hotmail.com
smartchip@welvonline.net
smartchip@wilmronline.net
sborsuch@elia.a.bw.edu.pl
comcast@aol.com
YWRB51941@cs.com
anand272@aol.com
la_petite_739@yahoo.com
lilpool75@hotmail.com
boocomle2000@aol.com
dherex@smalokov.com

sc_300@yahoo.com
anmmzfbe@ucdgraine.com
deepthroat_96@excite
lecithoricae@hotmail.com
ngairsum_chan@hotmail.com
Lox@melodymail.com
guiaware@hotmail.com
meanie_harnund@yahoo.com
trudelf@metalnx1.com
cankee4@hotmail.com
corlox4@yahoo.com
zeeboo2@excite.com
alurason@mnsai.net
klambrocoulos@aol.com
arvund_java@rediffmail.com
WRB61941@cs.com
maats3724@aol.com
yaninees_s@hotmail.com
divixrano@hotde.vsn.lin
stnilu@fireway.net
keelingas@Aol.com
simonhcnes@hotmail.com
guv_gusiafost@hotmail.com
ngperlut@hotmail.com
kragher2@aol.com
pincoyellow2000@hotmail.com
kanga@ath.net
gooel_p@mailcity.com
hoptude@savovourdreams.com
zindn@hotmail.com
zoldpv@musac.com
lushano@duno.com
lowrithas50@hotmail.com
dribbles26@aol.com
mrs.potf@outhmail.com
sanderspor@yahoo.com
raineeen08@hotmail.com
annoel_poona@hotmail.com
nsauiano@hotmail.com
drndfiesce@mail
UNITSERES_G@coolablepc.com
mararules42@aol.com
slimpkina43@aol.com
Tarmani90@aol.com
has2has@yahoo.com
timoc800@netsaxdge.net
sanderspor@yahoo.com
r_desauto@yahoo.com
kirdango@ultranet.kos.com
mink82@hotmail.com
rfence@home.com
lovemccollins@hotmail.com

YMusicShort@aol.com
thermann@diana.hs-bremerhaven.de
sboxer88@aol.com
hi-flap@nntelco.net
maris@hcif.com
cencole@iu.j
bhatta_anu@yahoo.com
jpar335@aol.com
jbbmbu@thereanu.net
abbas_a@newrmail.net
agneri@zhaboo.com
agneri@zhaboo.com
agneri@hotmail.com
agneri@hotmail.com
rattlesnake10@yahoo.com
vikas@dettonindia.com
Afassas@aol.com
moniu@yahoo.com
slash@forain.net.uk
elias_baez@hotmail.com
mioo@bjbn.com
BOBLCUTT@webtv.net
cclem@oasanet.com
rohan_pradeeo@yahoo.com
riasz@caticai.com
mpoonishi@hotmail.com
zig_tigmalikzn.com
ivjo@tasilo.gov
l_ooocam@mozrom.com
sanaichant@hotmail.com
deanelshbert@hotmail.com
barrowes@cortland.edu
slebech@feetelecom.com
carmeucan@horgh.net
irskringer@hotmail.com
eluth2730@aol.com
qaiseomucha@hotmail.com
atov@alexvaronline.com
nvee2@home.com
pumpkinpie1310@aol.com
philo@barci.co.za
imgreokuk@home.com
tina_+8@@hotmail
besasatturd@aol
robby@jucie.com.ve
wharth3862@aol.com
rajbikrdas@yahoo.com
mora-azmi@usa.net
onesifsu@rediffmail.com
rtv_123@hotmail.com
skyessudeva@halcoindia.co.in

gotacurv@aol.com
gatse@cim.net.lb
LCONAWAY@USATODAY.COM
netsiland@erols.com
Dieber316@directweb.com
signatco@mindspring.com.ph
smoothbooperator_31451@yahoo.com
myaughn1@midsouth.rr.com
staz_kc@hotmail.com
debby@hotmail.com
gshna@subri.com
ammmai@emirates.net.ae
amg6762@hotmail.com
landini@cabieinet.com.uk
holed56@yahoo.com
cenrulbenltix@hotmail.com
cenrulbenltix@hotmail.com
algls@aol.com
lhyhorse@allowmail.com
kweinbrandt@access1.net
alex@iberia.com
Casumarcy@tel
Cassidea@tel
info@baerenstark.de
fuburool@smx.de
reenemy@email.uc.edu
sisandpease@hotmail.com
SEANLEE22@JUNO.COM
fenglake@bri-usa.net
superalaide@hotmail.com
janu@emirates.net.ae
dodei@c.country.com
ideas@chsauemail.com
j.santelv@usa.net
sunhe_27127@yahoo.com
aileen.hsu@pacific.net.sg
rumorhasit2@bayramel.net
byelsox@bluesdonet.com
susalex@videotron.ca
Jump4Joy88@aol.com
Zazziolbs@aol.com
flower50456@aol.com
juliebridal13@hotmail.com
donavon@bellatlano.net
belol_17@eudoramail.com
bustercarl__2000@hotmail.com
snail@brunet.bn
agurucaparehi@usa.net
vishnu_priya@mailcity.com
chachabg.GAZULA@HOTMAIL.COM
vryfteg@lahrmail.com

majitiraz@yahoo.com
tom@hotmail.com
glory925@aol.com
themisbe@hotbot.com
tets@hotmail.com
sunfoweronoise9@hotmail.com
swanlakegood@hotmail.com
confluleseor@yahoo.com
JULIO2780@AOL.COM
mumbo_5@hotmail.com
thyeson@excife.com
AugsGtevi1@aol.com
diva@noi-sc-massive.com
sainm@ode.com.com
sharon@exvol.net
zuktown@mailndatona.com
ddedyraschroes4596@hotmail.com
hambnoc2@aol.com
WBROOKS@SMITH-TOWNHK12NY.US
novembona2672@westlie.bona
opal_1@ainmail.com
thui_palaton_15@yahoo.com
dre501@yahoo.com
redwmai@aol.com
patsystaw@hotmail.com
sdogjswa_d@mailcity.com
hmanahmumasi@clusa.net
nyasa30@yahoo.com
_nasa@hotmail.com
alexallew@mqx.com
teeralew@im.net.my
rmp100@m.org
in2krmal@earthlink.net
avi101@betram.net.com
breeaki_21@hotmail.com
maranwaters@lone
redbesnake10@hotmail.com
e4s324f5@aol.com
fasikhan@hotmail.com
premtesh@vahoo.com
NMKKMOMordaridaw.com
riverside@ohs.state.nu.us
buffalock637@aol.com
DmuDavidTM@aol.com
scooby151@myhome.net
hammade@mailcity.com
can@demasiado.com
nowories_5@hotmail.com
ben_mcneil@hotmail.com
iran_armidz@hotmail.com
mrkirtner@hotmail.com

pblue_115@hotmail.com
buffdaisy37@aol.com
annelovelace@hotmail.com
ccolgang@mail.com
dorcas82@hotmail.com
raquel@numa.com
sergeoc@yahoo.com
nojoimmin@onteam2000.com
LuvBug55@cheerful.com
msek1999@yahoo.com
m.feinn@emailcity.com
BelinaNill@hotmail.com
egoberth02@hotmail.com
haylehurt@hotmail.com
wscywrs@hotmail.com
www.MasterGrps.@.com
Lir104@dangerous-minds.com
litsonfera@yahoo.com
sel-fam@extmybooq.ca
k_thrower@yahoo.com
marrol@vaml.com
boochesis14@webtv.net
bobobodoll@hotmail.com
charlie_edward@home.com
jcumiskey@lonetcom.com
Sugar_Girl_01@hotmail.com
has2hats@yahoo.com
www.dianetisindell@yahoo.com.au
beserskroog@hotmail.com
jillolani@hotmail.com
duranjbc242.com
yleung1020@aol.com
siew_mo@h.co.uk
nath@smackdown12.freeserve.co.uk
praghant_kansekar@yahoo.com
annelovelace@hotmail.com
annelovelace@hotmail.com
annelovelace@hotmail.com
annelovelace@hotmail.com
BADAKO@AOL.COM
spodrich@thesegateway.net
gasan_soru@chequemail.com
jillolani@earthlink.com
mala@ben.net
myrusklai@yahoo.com
rosellyie9@hotmail.com
chelsLAX05@aol.com
voepartter@earthlink.net
JA1234@zwesshtemail.net
v_carpec@hotmail.com

dandona1977@hotmail.com
ravjoe@mailtarget.net
dogenell@indep.X12.mo.us
b1205@bell.roxocom.com
jklein@bor.ibm.gov
armadil@inkjes.com
astv_65@yahoo.com
bobopb@home.com
ywong@box11.a-net.net.th
pabyshaw@hotmail.com
the_perfumed@yahoo.com
shoeb115@hotmail.com
raufn1@hotmail.com
rvasanthan@mailisho.com
naili.harbogen@crugagway.ie
Rhonda_Grose@RoundRockISD.org
jano20@craramail.com
gangevi@hotmail.com
phalakis@msn.com
stud-mco@docket.gr
jazz1@burimail.com
jessica_short@outmail.com
juvellucidu@hotmail.com
raffak007@yahoo.com
babyangelstar2000@yahoo.com
ayna@orfilo.com
JaminKelno@aol.com
amanda_32_89@yahoo.com
rudeladimalwood@yahoo.com
spridzu@aol.com
ruffyanteM@hotmail.com
Chamler@woddonline.co.za
BARNEYAGER@AOL.COM
mebel17@hotmail.com
Sweetcloff@yahoo.com
snazxam2@earthlink.net
fishingbuddy@hotmail.com
www.bullbordon@hotmail.com
norris@aol.com
grallen_1999@yahoo.com
grallen_1999@yahoo.com
nadorecoc@studentcenter.org
rashidah@x.es
lakshmarilo@matatech.com
cheerleader50@googolay.com
debetis@yahoo.com
perchist_@hotmail.com
mortaltei@yahoo.com
stni373@prodigy.net
spodvid@globalgateway.com
aliveyou@aol.com
mavis@verivernet.com

oleig_mirs@eudoramail.com
zoeblnochs@hotmail.com
gabriel_marquez@hotmail.com
aimanna@hotmail.com
Olaf.Wiegand@t-online.de
bigbeav@bonne.com
joy_is_clever2@yahoo.com
shelley_anne@eudoramail.com
CARP2274@COMP.COM
samanthaboatenq@hotmail.com
naurotov@hotmail.com
lara_93@yahoo.com
asutian@aol.com
idon@evanto
giam_chital@chickmail.com
banana@dsw.com.au
betsdescalazas@hotmail.com
slaw_moi@yahoo.co.uk
slaw_moi@yahoo.co.uk
nicolle2_89@hotmail.com
nicolle2_89@hotmail.com
nicolle2_89@hotmail.com
faxel17@yahoo.de
erikumaren@hotmail.com
hercules_626@yahoo.com
giovanna.tartoni@tiscalinet.it
kmari@cse.vec.ac.in
wnytxevd@hotmail.com
obiquuest@hotmail.com
polobia2@aol.com
jummings86@hotmail.com
littleluckylebdpal@rpLUrMail
wedoze@golden.net
ymfs@hotmail.com
pennyi1802@hotmail.com
andre_jasko@hotmail.com
clasie_01@yahoo.com
wndryion25@aol.com
izzystradinghouse13@hotmail.com
fore+etov5@excite.com
baruelr@ccolmail.com
drmika22@yahoo.com
Vand@hotmail.com
newsandlal@cula.net
HEREAU59@HOTMAIL.COM
zeroeqo@lucia.edu
fizbud@tamvd.com

sanjov_dubai@mumbai.linitasidia.com
flowersmd@maidstoring.com
BABYTAZ49@HOTMAIL.COM
kbrunson11@excite.com
corinio@nerc.com
shaleem@bcorbek.inf.net
caitlimib@hotmail.com
angel5989@aol.com
foreverlov5@excite.com
yano47@aol.com
iaozww@aol.com
jnkrinper@hotmail.com
bubbvwolhoack@aol.com
inyotarpod@aol.com
dbl602x0i@cica.lib.emet.in
simran509@mailcity.com
liack804@cie.net
kcwllis@odu.edu
loyablehuvable@hotmail.com
corinio@nerc.com
DeBob@aol.com
www.lovierhanslev@hotmail.com
pulf01@cai.com
sipunky_chetubulam@hotmail.com
bufio968@hotmail.com
one_voung_pooka@hotmail.com
chymaskare@hotmail.com
cherywchrranchel@hotmail.com
trickidedo_lliitzy_treks@hotmail.com
poofyat00@hotmail.com
biones42@hotmail.com
jceumilam8@hotmail.com
katbuov_66@hotmail.com
SREEDHAR.NAIDU@MAIL.CITY.COM
kelyna@ymlobbe.net
koeeld_27@hotmail.com
daisy_336@hotmail.com
blake_buddoi@hotmail.com
thsiphinson25@obotmail.com
mmc_1999@yahoo.com
elekmuff@yahoo.com
gedaz@mecheng.gentech.ac.za
terli@cfsl.co.uk
prateekkale@hotmail.com
sdfbgsdfsd@hotmail.com
robitmelcko@emailinatoday.com
hildeetthelie@hotmail.com
glennh@edsamail.com.ph
garebeam1@aol.com
kamhweron@hotmail.com
kinooo35@aol.com
paco9493@aol.com





bibo_121082@eudoramail.com
hoparchie@hotmail.com
jeffpurdiv@hotmail.com
suzee@tbscc.com
nidhi@earthlink.net
bansalvikas@mailcity.com
PARISFAUD@MORGSNCO.COM
heatthermich@usa.net
kathern@ticom.net
heatherdawn@prodigy.net
garaluv@hotmail.com
babybomb714@hotmail.com
jackie_67fan@hotmail.com
adrian_e@lycan.net
braybaby@hotmail.com
retes58@freeweb.com
kaviebug88@yahoo.com
emma_gonzalez@cubic.com
rese88@aol.com
emma@md44.vsnl.net.in
bibo_121082@eudoramail.com
indergrover@hushmail.com
mksnaynk@aol.com
akash_priyanka@hotmail.com
akash_priyanka@hotmail.com
de_ransai@hotmail.com
Anbrina@hotmail.com
NHAVENSON@HOTMAIL.COM
SHEKEG@hotmail.com
Bangele_14@
Maddog1403@aol.com
nmyp@hotmail.com
dsycho1289@aol.com
charlene_mck@spsconceregifts.com
card3@juno.com
juniorz@juno.com
Twirlinbug86@aol.com
sick_20@hotmail.com
sanjeev@link.ac.in
cabala_1@hotmail.com
najalamu@hotmail.com
makanga@avu.com
lunar_santhu@yahoo.com
zozo2121@yahoo.com
Imgalfmc@hotmail.com
Imgalfmc@hotmail.com
Imgalfmc@hotmail.com
shacyva@hotmail.com
lilly24vuu@hotmail.com
empejorgwuim@hotmail.com
Kookh/Padua@excite.com
grumjio@relia.com

Moonthous@hotmail.com
Impriron@hotmail.com
Emmas5@juno.com
aborcuch@allta.bw.edu.pl
vdGFCYUDSCYDSGVTC/@ANGELFI
spaz_420@hotmail.com
dark_helmet@aol.com
oceanchick_14@hotmail.com
dapmac@email.msn.com
dschu@needsman.com
sexymutha1andonly@hotmail.com
paulphilip@mailcity.com
jubilowata@aol.com
muffinman13@aol.com
mrpole4@aol.com
paulandnancyren@aol.com
aelpower@yahoo.com
fatkat1@allltel.net
gullible20@aol.com
boga-108@excite.com
nin_16@hotmail.com
tommy-1@tbourn.dk
inntek@yahoo.com
upinesh@sachem.net.in
robotauffer@yahoo.com
Mansa_13@yahoo.com
rodgersm@medelvaus.com
weto_9@hotmail.com
babychicky_15@hotmail.com
tohr@nt.is
blanthraser@hotmail.com
blanthraser@hotmail.com
deanriu@yahoo.com
handsomemen_2000@yahoo.com
emcrimment@oll.state.pa.us
Mousefool@aol.com
Triples92@aol.com
jkjizmathison@bicoel.netlink
slane@amarillo.isd.tenet.edu
leru500@aol.com
mce@cybernet.net
jamesrobyn@hotmail.com
lrcbutter@bicnet.net
morgan54@aol.com
laga235@aol.com
alabosia@ecudoramail.com
chafian@aol.com
nickszki@uuas.com
lalaer@yahoo.com
nitin_prabhakar@mailcity.com
b.urzo@tiscalinet.lf

sis@wth.net
pyrogerd@aol.com
vineeta@amalicity.com
dfrancis@iceenrry.com
bijal_mars2000@yahoo.com
Calif1403@surf.com
herbuist@mail.com
adslnabob@hotmail.com
cnletreault@yahoo.com
Bangela_14@...
kevin007_uk@yahoo.com
gerrihaefele@hotmail.com
Gangrel_A@lycos.com
alphaserf@yahoo.com
rgomes@browerwoodrew.com
kranmi@hotmail.com
MeleM@mail.wswm.k12.wi.us
kirang1212@aol.com
fendelt5@aol.com
purithin@aol.com
caseycooper@aol.com
dkwifi_2000@yahoo.com
sweetbune@aol.com
sweetbune2215@aol.com
punchk@exymatico
punchk@exymatico
agatestco@uscomputer.com
mlakers@ntl.net
cheryllynn56@hotmail.com
saian_185@hotmail.com
Mhiteto1@yahoo.com
a9_khairowei@cbcequemail.com
BluesClues9@cbeerful.com
dirk-seyfried@gmx.de
brooksl1@hotmail.com
susann@yahoo.com
loop@dha.br
whirebir@hotmail.com
bmoes@hotmail.com
ckhq1@oasco.net
TymaAllen@prodigy.com
sue_37@hotmail.com
phaniaadma@8123india.com
pgod10678@aol.com
cnetcommection@yahoo.com
distilbla@comuserv.com
kidsocar34@hotmail.com
spooksshow_baby@fastmail.ca
Moesha_33@hotmail.com
svs@prodigy.net
susan-chin@excite.com
nenzob@hotmail.com

knils@newmail.net
sharkies@aol.com
rizvi_syed@hotmail.com
nicetocu007@india.com
valcvalci@yahoo.com
iasminevanajas@hotmail.com
ali_27_uk@yahoo.co.uk
ali_27_uk@yahoo.co.uk
tuffone@useacel.net
FUCKYOU@hotmail
soccerra@home.com
nasiraidumui@hotmail.com
meelchood@m-potatohead.com
wamel6@hotmail.com
so_clueless@hotmail.com
NHSORIANO@HOTMAIL.COM
samoan@englend.com
nmladybug@hotmail.com
milli@aol.com
buffaloopp.com
msun101@hotmail.com
castony@licoms.se
munsharakter@madiff.com
sickw@Bellsouth.Net
ozzihu11@webtv.com
fleen78@yahoo.com
thejunkytowncharter@hotmail.com
ldumasif@aol.com
stephn13@aol.com
dharcafrndolo.net
chiky_a@yahoo.com
Gwannel@aol.com
mickeymint54@hotmail.com
medidoppacific.net.ph
jaiaes_bhagra@usa.net
kgages@prodigy.com
RUNNASGAYAHOO.COM
zoya@hotmail.com
hanna@charmos.com
doramichi@yahoo.com
www.hicktasers@hotmail.com
kaustav_s@hotmail.com
kaustav_s@hotmail.com
catanconnection@yahoo.com
shoblalse@aol.len.k12.va.us
NJillah12575@aol.com
solucoa@compaa.net.mx
sam_lv_69@yahoo.com
wilfxuelvben@ti-online.de
eletv@ibis.net
tazcocol@gateway.net
dojbalke_2@hotmail.com

januajadc@yahoo.com
imran_khan_raza@yahoo.com
fmz2228@hotmail.com
tdy741@tdcu.net.id
sanser@datamail.ca
bilalsiddiqui@yahoo.com
ratsvetla@hotmail.com
gsocec@av_com.ph
cropequl@latinmail.com
eeseakv@tpu.fi
bjphawk_50@yahoo.com
fred_williams@toyorgo.net
Flspokane0101@AOL.com
andersonb22@Juno.com
s_redrose@yahoo.com
chien41@hotmail.com
marico644@hotmail.com
clcvith@hotmail.com
cbcth@hotmail.com
chie1_@hotmail.com
docher@aesd.edu
docter@aesd.edu
eskimodeloa@coolplay.com
jmimompower@yahoo.com
ronstell@comeast.com
spicejancy2005@annefire.com
barbon_barber@usa.gov
janyeo_usa@yahoo.com
scradlev@emobizeit.com
stephanes@mednet.com.au
sarf@aesd.com
hwells@webtv.net
FRUITEEG@HOTMAIL.COM
e200de@worldjoy.net
bhauohmon@aol.com
sasgid45@yahoo.com
chahin68@yahoo.com
AngelaJr280428@yahoo.com
hopenkaneoa32@yahoo.com
seekee12@aesd.com
TJ270701@aol.com
reneandron02@aol.com
MAEJOY1@EUDORAMAIL.COM
krromules@mallcity.com
kitkat_1148@hotmail.com
besgrave@bellsouth.net
survayanshi@mailcity.com
lnhonei@hotmail.com
ash_chiru@hotmail.com
mmkoeau17@hotmail.com
MONIQUESHOWERS@HOTMAIL.COM

atunarora@nucleus.com
boys12000@yahoo.com
james3942779@aol.com
Leeda@Earth-Protector.org
mb_olumniao@yahoo.org
tg97522@bits-pilani.ac.in
lulu@allollo.net
nvcbobbi@aol.com
pohansah@hotmail.com
JMS515v0@altavista.com
castile@gateway.net
zarinahi@runble.com
seani@obo.ca
nti_tkm@yahoo.com
cauck@mailcity.com
guatkv13@aol.com
n4srg@hotmail.com
funkaoutesia34@aol.com
beckofdashvoumanisandowich6692@hotmail.com
Barbihadha15@aol.com
GRITSI2@AOCL_COM
eastorformanteo@farmaroe.com
limtecheong@leashub
nranchurchill@hotmail.com
blazuesl@hotmail.com
camul@aol.com
taiea569@aol.com
baxis@qx.net
mmoglaff@yahoo.com
walthumble@boc.net
capteb82186@aol.com
Rockorbaby558284@hotmail.com
leo.de.wal@tip.nl
eurnrcmann@aol.com
tnprd@yahoo.com
mo31161@aol.com
loveraine@rocmail.com
sebhm2@softeware.com
brtakuae@aol.com
man1_lk@yahoo.com
gpoksoku@hotmail.com
gade.damien@bc.il
bg_issquati@yahoo.com
KBoyle77@gateway.net
danoiealian@aol.com
foursales125@gateway.net
letaveroflouweil.net
bellu@aol.com
den@outimail.com
ashok_6852@yahoo.com

vicalbehar@mmailcity.com
manoj.bal@mailcity.com
Lcodfrey@lu.netscan.com
Leodfrey@lu.netscan.com
chris_wizz_uk@yahoo.com
saltonsa@yahoo
cwsoccer11@aol.com
mike_n_43723@yahoo.com
summacliffrand_61@yahoo.com
princessspicey2@yahoo.com
zoinesmothes2@yahoo.com
sewetheart_2000@armseb.com
brianpeltway@gmail.com
sspoyo@sgo.aas.com
jeroce66@hotmail.com
sweetmeet2@yahoo
TinkieH@aol.com
Ezbeets@comcast.com
Live on Butler @AOL
modium1@usa.net
techsupport@tibworld.com
kellykstar@webtv
loveiane@coolmail.com
Ciaproz@yahoo.com
namaria26@hotmail.com
namaria26@hotmail.com
chedfitr.com
pooh82@mindspring.com
beachbumsons@aol.com
amare6@cs.com
parsell_992@yahoo.com
punkin1@comcast.net
pnenel7@frontier.net
jhudenny@sbcglobal.net
avi@hotmail.com
rehanna@catslyuk.garfield.com
iskendel@yahoo.com
sharonda@airmail.net
sweetiepon2@hotmail.ch
jambean158@hotmail.com
sweetsoforit26@hotmail.com
kingas@oliver.conx.co.uk
brd5184.10@aol.com
caperton.nat or pasoe@caperton.net
gaby_bucsi27@hotmail.com
nick63@bigla-bla.com
kovelinben@tuecs.org
stlacher@comp-archtects.com
vanessalacarte@siamedia.com
charyard_069@hotmail.com
manch2_5@kitiymail.com
amanda_scoot5@hotmail.com

ali5265@hotmail.com
balumpinoy@aol.com
k_mathias@hotmail.com
nkiambela@yaho.co.kh
drodtop_1@hotmail.com
twimpo@earthlink.com
svii@prodigy.net
sweetfirce_3170@yahoo.com
zuroalled@uslanet.access.com
wmcool989@aol.com
gemme777@hotmail.com
bommiredipellam@hotmail.com
raithukra@hotmail.com
twaitkowsk1146@hotmail.com
sommaikar@slnobible.com
phaneppa@comamai.net.cn
doetibom@yahoo.com
dreams@albonet.com.sg
rishabhmohan@hotmail.com
kaithyxz@aol.com
DenaHtansa83@aol.com
srcoce88@hotmail.com
kahleh@hotmail.com
tbowss@tamila.com
mikanes@citirect.com
maianal@ocsch.k12.n.us
nlev_mccann@canada.com
debbiedione66@aol.com
sdarelyinnerha@amcall.net.co
leon_sid@hotmail.com
lazy_2005@hotmail.com
sweetheartma@aol.com
andrewbokutl@hotmail.com
praiso_ram@yahoo.com
FranciscoftmooS@netscape.com
uslaatrade.venj.net.in
robiedine@aol.com
maxzralls@okisnet.ch
LiaoLipi156@hotmail.com
pp13_2@excite.com
miannag@email.women.com
michellemmn@hotmail.com
bdtz@tebel.net.ve
bcnum13@hotels.com
cmpleted@uino.com
quantum_bones@hotmail.com
kyruckan@granmobie.nay
butterflleso@vy1.net
urbes@hotmail.com
tweedsee88@hotmail.com
g.nero@oudomail.com
KeKcmb906@aol.com

maduro@cps.dade.k12.fl.us
dal38@hotmail.com
v_loren@yahoo.com
lifres@yahoo.com
kamyab@telia.com
julestools@aol.com
GLADNEY0@AOL.COM
nitin_lam@usa.net
boru@ca2.vsnl.net.in
kbch7@yahoo.com
sally.kellel@binternet.com
hardcandy17@hotmail.com
wele123@aol.com
harrydeburns@hotmail.com
WebBenjan@aol.com
tanuma@onlwoc.com
sunbeamdirect@yahoo.com
banange01_lia@yahoo.com
madhavi_ramu@yahoo.com
Amadla93@aol.com
kishore_kishi@rediffmail.com
ajcelvin77@hotmail.com
bpert_b@yahoo.com
schzoophonic2000_99@yahoo.com
nia_and@hotmail.com
carlohan@the.tv
nhlkz_mar@eudoramail.com
kellykelly22@earthlink.net
srpt92001@hotmail.com
pancakeman11@man.com
spgpacker_1@yahoo.com
oen_@hotmail.com
fplong2771@aol.com
herbziigor@hotmail.com
shelle_belle9@hotmail.com
jumper_02@hotmail.com
sehart44@hotmail.com
Ashers@hotmail.com
tutu_kell@eudoramail.com
dbonner@sewanee.edu
bbidermorgan@aol.com
ladylvn_927@eudoramail.com
gregelmorsmith@hotmail.com
hailey_clairo@yahoo.com
anna.alejal@malachy.com
99sharer@cone.hills.oceanet.sch.uk
DOCEUSSCAT8@aol.com
Pao107191@aol.com
indemisyo@cogeeta.net.lp
gary526@latinmail.com

spoky115@aol.com
koel@pop.agri.ch
maryx@yahoo.com
yemane@amh.net
cbselvyahiek74@hotmail.com
jgany@digitalsons.com
gayathari@crossworlds.net
frobiter@aol.com.rr.com
djohnson@ayvk.com
m1kw@home.com
b.amel@usa.net
b.amel@usa.net
sizhoemullo@copgovgroup.com
freepunk_5@yahoo.com
sammyroo26@hotmail.com
y_kumar@hasheen.net.in
vinay_and@yahoo.com
y_ming@pop.com
shameila_ahmed@drmill.edin.co.vk
kgoeland@mailpko.com
dn1537@cnmo.com
azomonica@telemundo.com
stephanie.f622@aol.com
prakashgopi@usa.net
crazy2000420@yahoo.com
jill_rroc@hotmail.com
finch10salle90@hotmail.com
chillove@hotmail.com
LSNOW70700@AOL.COM
Mayview500015@aol.com
VISH@NYC.NET
inube56@hotmail.com
lagriti89@yahoo.com
cambata8@yahoo.com
michaeldinger@hotmail.com
jestin@compass.com.ph
fmguillo@hotmail.com
dl_wnc@hotmail.com
mannanchi@one.net.uk
anhi_lahdelma@andc.net
jansubzaah_89@hotmail.com
lechford@medieone.net
yogun@amo.odia.pl
barbie_112_711@yahoo
nataller@oxponi.ca
nataller@oxponi.ca
LALAGIRL58358@AOL.COM
iamsomerfam@cablewav.net
liu@aol.com
koopsti@hotmail.com

nankeun@alltel.net
daf@dtre
sizmailz2@aol.com
elaktrax42@home.com
laurea34@juno.com
janek34@yahoo.com
laurahiggins@hotmail.com
lombard@cctel.net
tdenny@quologon.com
aadew@bellsouth.com
melanda@zdfdnet
bsbha@usa.net
atiebar@yahoo.com
subhoreshtcard@hotmail.com
ifheden@colnet.net
nikko@prv1.net
hatim104@.com
mccarific@bc.edu
lion_chewy@hotmail.com
clmoo4@pool.lahtina.mx
jbratooo@telemisi.edu
ypurdoe@yahoo.com
98117r6598@sbu.und.a.za
cooesrof@juntnet.net.id
sweetslut45@hotmail.com
jabob9811@excite.com
caramelddeluxe@hotmail.com
jif@lupac.com
ruthyy@amersbury.net
pandabear_by@bigfoot.com
usmisthra@tix.netcon.com
sclarr.r@dubuque.k12.ie.us
scev_ratze@hotmail.com
fivel@aol.com
wizardbehe@cd.com
maison077@aol.com
jenniferkristov@hotmail.com
bilbrah@shahmail.uwaterloo.ca
mikernoton@underground.math.uwaterloo.ca
vmstephe@math.uwaterloo.ca
DRU_ROSE@YAHOO.COM
mzchiorty@aol.com
mccue@aol.com.mx
michellesarschick@hotmail.com
arrivadericie@yahoo.com
blessinas82111@yudora.com
www.bernarias_2@eudora.nail.com
hnocra@hotmail.com
ashka@india.nuritiva.kon
planchu@hotmail.com
sweethymbr@aol.com
jsena_p@yahoo.com

PAULAT@TRITON.NET
rubenmadrid@webtv.net
carnation1_2000@yahoo.com
slaleoh110@hotmail.com
gorleo@gmail.com
nichole82@music.com
lisaobasov@aol.com
Smiles7_01@hotmail.com
wandakickasess@yahoo.com
wmcpriff@roeinen.edu
javemanohar@hotmail.com
iain-elvsta@raelord.se
frank-lea.@aol.com
deisenhauer@aol.com
iceman_44@hotmail.com
goldguy88@hotmail.com
sags@luridatimes.com
sags@luridatimes.com
Konfaodhardrock@hotmail.com
keriaodhardrock@hotmail.com
rowenofthestraile@hotmail.com
japeb516@hotmail.com
dbzchick2@hotmail.com
tzchuase1@aol.com
flapse@micivea.vipl.com
lanebenany@yahoo.com
smar200@aiwa.net
vdentidre@yahoo.com
cavalyer@boc.cood.edu
vito_ditc@yahoo.com
dr.henry_@eudoramail
Sabi17@ehrmail.de
ugeed@boeuemail.com
lohanon@hotmail.com
vanob5@yahoo.com
Swentboo115@hotmail.com
Looped@hotmail.com
pegory@minotepino.com
Master0823@aol.com
chilla_bel@yahoo.com
saraila@comm-net.com
sam_bed@zonaset.com
aabohvnynar@hotmail.com
aatral@super.net.bs
nadina@hotmail.com
amoltaami@yahoo.com
patriciaeunetan@xbol.com.br
cloveid@yahoo.com
fize_73@hotmail.com
pbucksfax.netcon.com
ssza@taiml.com

globrett@sbcsphere.net
gcruikshank@sympatico.ca
jaheels@hotmail.com
rams_fan_6@yahoo.com
jan_steel@delia.com
allen41154@hotmail.com
c.l.west@Bur.ac.uk
markoperu@aol.com
stefanieltali@hotmail.com
scorpiogonez@tiangel.com
k'una@msn.com
anguiswar@plus.net
amanda.shapoards@hotmail.com
khashanin@yahoo.com
mrianga@hotmail.com
maibek6@hotmail.com
rolato@yahoo.com
tant2463@aol.com
becki_cloudfaces@hotmail.com
shishido21@hotmail.com
bosboy13@aol.com
http://www.wavourism.com/@aol
netlenlili777queens@yahoo.com
bluefoce11@aol.com
trousersunk@netzero.net
koogaschoools@hotmail.com
mickey19@hotmail.com
misura1@charithony.k12.mn.us
barry2744@mallichy.com
raisopoalnair@eith.net
donol22@aol.com
P_raynindra@rediffmail.com
natalecbarnih@hotmail.com
stohink@aol.com
lesabdev@hotmail.com
wsmdlud@delinet.com
Holbabyslife@cs.com
michelle55_2000@yahoo.com
TedDempsey@excite.com
sereyd@yahoo.com
JuanlabranoV@aol.com
mimki@lopoiav.com
desondehu@saiyuan.net.in
srinoae5453@rediffmail.com
james.orn@treeuk.com
fish_muffin@bopolay.com
hrben6862@bopolay.com
ant-c121st@bopolay.com
duffdano@lilmobios8.com
ulqiqni@yahoo.com
iameffles@yahoo.com

cblstloves@popolay.com
marc-mini-me@popolay.com
sparkasportes@hotmail.com
mhurley@mediacioe.net
angelazeolon@hotmail.com
melanie89@hotmail.com
cobynmichele85@hotmail.com
www.carpetgalkick@earthlink.net
CCONDE@SEBAL.ORG
swimmer877@aol.com
swimmer877@aol.com
kiapman@acadian-asset.com
23116@popuy.fr
unithanc@saiyuan.net.in
unithanc@saiyuan.net.in
bahnard.34@aol.com
lewfan@j-online
p2obd110542@aol.com
glenz@hyoeroon.com
litmasanttiube@aol.com
c11974@worldnet.att.net
rodseeduslannalte568@yahoo.com
Vanasv1@sbc.co.in
nittx_b_01@_hotmail.com
bomeahtmad@Mavuna.Com
rydeocdlecha_8505@hotmail.com
Deans@behitte.k12.tx.us
AK_da_bomb@hotmail.com
AK_da_bomb@hotmail.com
bong@mail.urinha.nu
tigant@ou.eraoise.net
bg_bov@hotmail.com
candyf@ces.net
www.feetmercury@email.com
beootoc110@hotmail.com
bisooff@bpoo_bworld.net.ph
rain_baby71@hotmail.com
misaosakila@webtv.net
nicole7300@aol.com
anat1464@hotmail.com
lucky@ostiwav.net
mahmood_noor@hotmail.com
fraz_naseem@hotmail.com
kyle@ehmc.com
NORA14@AOL.COM
backermario5@hotmail.com
lafamilia@vucca.net
pamela.woodyard@ehmc.com
perli@fulton.ac.fi
craig@obvmoa.net
swinme5@popolamail.com
sobea@nruxohit.com

Msbeca1@aol.com
ria_saiga@pakistans.com
Page1142@yahoo.com
omust01@aol.com
hbosahu@carmbell.bassl.schoolzone.net
bogordon@cmail.vu.edu
bogordon@comporxford.net
pkendarj@gemraxnetro.com
tommaz_89@debbra.com
giovaniza2@usa.net
eder_monkey@hotmail.com
Slaav.Gel3000@aol.com
NYKKIONER899@YAHOO.COM
kendrala@cbs.com
allson@9394.com
jdari01912@.com
nneris@virginia.edu
purple_monkey7s@hotmail.com
monkey-hero@home.com
dustin_martin69@hotmail.com
dastin@hotmail.com
thepobect17@hotmail.com
angelid223@aol.com
JMGodess@aol.com
Luckylewah@aol.com
Whimsey000@aol.com
plopbey@ks24.net
twkraam_nz@yahoo.com
trojanscda@mtel.com
dolphin32@hotmail.com
q9471@umb.ca
sinartacrole80210@aol.com
y2ksopolduds@usa.net
persums@micriosecurite.com
Jife4md@aol.com
lautvreach@osprey.smizn.edu
personalmartin@razzo.net
professordamy@hotmail.com
anaz7@hotmail.com
rubend@myschoolmail.com
miss_sunshine_1@hotmail.com
Hdmali@aol.com
rimelej@aol.com
zeiss@hotmail.com
towel_mian@yahoo.com
tiger_ginger@hotmail.com
tiger_best11@hotmail.com
elephants_134@hotmail.com
gmonchor@hotmail.com
tarad@altavista.com
stato_aol@yahoo.com
idesaquared@aol.com

icpsquared@aol.com
abba@aol.com
maribellany@aucdomail.com
sumitaecharvia@hotmail.com
shperk@asia.com
pkelsod@hotmail.com
tiger1_b@mail.city.com
MIDLAND@SATYAM.COM
wr2anbulfrogitiffger.net.in
kukizz@hotmail.com
YAhU02304@aol.com
zoedickerson@hotmail.com
kaa_2000@hotmail.com
shaeenkemp@hotnames-sea.org
khrlroe64@hotmail.com
bagger@mail.net
LJSo1@aol.com
mrehm@hotsmail.com
baoke@mail.aland.net
Ba4577734@aol.com
lena_bena@email.com
atel_martinez@yahoo.com
jessieb@rockerfours.com
zmi@jbunet.net
vh_bernal@yourneed.
@odonesia
@odonesia.aol
JolyRodse6850@hotmail.com
sattpeili_armylaw2@yahoo.com
superdawn12@hotmail.com
texas1995@yahoo.com
klizreusing26@hotmail.com
lena@anambi.br
bethidonnellpurpraise@mediaone.net
maeseo333@hotmail.com
popop_33@hotmail.com
asaidihan32@hotmail.com
terra_r_2004@hotmail.com
queenie_2004@yahoo.com
KRRICG898@aol.com
truej@smail.com
dan@aol.com
GMGMJFEU@aol.com
tan770@maline.rr.com
tajamo1@maine.r.com
zammy@hotmail.com
bindumn@rediff.net
tf4@fastmail.rescal.emel.in
macreea@yahoo.com
SosaChik@aol.com
Jzerman789@aol.com
gizmo@altnet.com

Sunshine5919@aol.com
husund@hotmail.com
kmliebe@yahoo.com
callechis@aol.com
anders.tillermark@swipnet.se
alicia_ch@cybertables.com
02makmati@verladan.u.th.schule.de
s.rok@excite.com
s.rok@excite.com
orgreenthumb34764@aol.com
cf4@onn.de
shma81@hotmail.com
ezgi2000@omclink.it
beef45@hotmail.com
ataraequin@hotmail.com
arlenpe@hotmail.com
mpm_cmtkel@citizenmail.com
r.palasan@excite.com
naveed_bhatia@rediffmail.com
jalnsubbash_99@hotmail.com
kt663009@hotmail.com
tahrif@124.com
akash_109@hotmail.com
ahameed@brain.net.pk
copy_man2121@hotmail.com
sn_shyaprasad@gmail.com
sandy@mailcity.com
abcpeaches35@hotmail.com
shreil@bellatlantic.net
powell44@juno.com
i_bajova@yahoo.com
webm@yahoo.co.id
delapaton@hotmail.com
be23996@uetp.ren.nic.in
be23996@uetp.ren.nic.in
micmac@wwcrx.net
michael@wwcrx.net
nando@vahoo.com
an_cites@cbru.de
rojant@yahoo.com
fathas_vunus@canoemail.com
xwsbthaopari2@hotmail.com
gina_vareles@hotmail.com
maggienvc_15@yahoo.com
rsande21@bellsouth.com
a.tabkay@hotmail.com
robhanas@vahoo.com
CHQUOSEG_EDE
arunduraraju@callipar.net.in
white_horlike_trash@mailcity.com
teseuv@hotmail.com
francisco_05@hotmail.com

sandm2@labos.net
kiki128124@aol.com
cray24rickv@aol.com
tanvamri@lovemail.com
kwssam_nz@yahoo.com
renee_labuz@marquette.edu.com
schmitie@hotmail.com
ehook4@concabell.net
josephianu@vahoo.com
josephianu@vahoo.com
mendezmariss2000@hotmail.com
busti@won.com
dozer_hooes@hotmail.com
bthepri4u@aol.com
spody@rizo.net
TORI_ETHSELM@WA.FREEI.NET
jorgefz_246@yahoo.com
ratonalpva@vahoo.com
smciauohlih@h55
ranulena_2000@bol.mail.com
lebeff@cace.com
sekmbeid@yahoo.com
cfa370@durham.gatech.edu
blazarros@vahoo.com
azobel_78@vahoo.com
ghazan@bd.jaring.my
teemv4@hotmail.com
phrtials@aol.com
rafa_ahlers@hotmail.com
carmelle@edu-crеatrv.gov.il
melpluh@hotmail.com
tubbs@jeffersonschool.org
valibian@chartisartv@yahoo.com
fbar123@aol.com
sodoaposd@hotmail.com
AUedcodc@aol.com
AUedcodc@aol.com
AUedcodc@aol.com
k_199@hotmail.com
somsail@celleo.entelnet.bo
www.patelimmocra@vahoo.com
mummy_chick@vahoo.com
aadl_vikas@onastra.com
madhur_sweat@yahoo.com
c.muruan@homemail.net
007nm2000@vahoo.com
d_aashnani@yahoo.com
RistyK89@aol.com
RistyK89@aol.com
RistyK89@aol.com
Patra26@aol.com
sowmvariman@vahoo.com

peudaing@fr.packardbell.fr
bhongat_99@excite.com
_J_M_M@salsormoon.com
mastinjin@123india.com
frazer_cook@hotmail.com
iaiqquevuere@tbemail.com
jenn_mackey@hotmail.com
yourstore@essex.com
acumming@tic.sunysb.edu
marvalek@cchtric.com
DeZChUniCeNetbochexmail.com
shekhu@madimail.com
gini119@aol.com
geshan@maliicity.com
gensauex@hotmail.com
bala_bbxe@yahoo.com
sunflowersugintee@yahoo.com
stranmarie@aiel.net
jim@me_areonehome.com
bench_152@euroonmail.com
ajeteeh@mindspring.com
rafuna@tm.net.my
Ymehbag@aol.com
klamy_47@hotmail.com
noelial@mali.eo1.net
Hidda33@hotmail.com
scot_laylo22@hotmail.com
elisharussell@hotmail.com
sophie8cali@ddewan.net
rawdoc@aol.com
u1038628@warwick.com
tm39@hotmail.com
danne6_in@orhoo.com
rttilei@eca.com
therriok@accessweb.com@
zoe5312@yahoo.com
mandiestele@os_.com
nesrruluv@lao.al
JEР0034@AOL.COM
K953006@hotmail.com
thaqulia@hotmail.ucecl.edu
candokdalan@hotmail.com
DennisPatlati@hotmail.com
slewmnc80@hotmail.com
www.atonx456@hotmail.com
aileen_lamla@yahoo.com
sophie-william@esse-paris.fr
ashtabala@rediffmail.com
museum@robertours.com
tdee@robertours.com
sunshine386@ourmail.com
neema586@ourmail.com

aldrichs@erols.com
Catill2@aol.com
yust_89@hotmail.com
yust_99@hotmail.com
pwhitloys@mn.net
pambyod@erols.com
ydou765@yahoo.com
pathima@eltnet.lk
the-penthouse@opeluenet.com
GILADGSTR-CO.COM
erooles@usa.net
auger144@hotmail.com
fatea1220@yahoo.com
dehabb68898@yahoo.com
C_Noraworthy_B5_@hotmail.com
sonko83437@webtv.net
mike_and1@yahoo.com
gman7_us@yahoo.com
ellenelehm@msn.com
Chain_1436@yahoo.com
aaaharam789@yahoo.com
sbtydd123@aol.com
Cristy@eca.net.ec
Cristy@eca.net.ec
andrea_aiken@mile.educ.state.ak.us
Cristy@eca.net.ec
food@iberoi.it
nataree_01_99@yahoo.com
darienefiguerdoo@hotmail.com
gearado@MCSD.K12.ca.us
ryanshi@aol.com
ryanshi@aol.com
ryanshi@aol.com
dukers@aol.com
bobani@hotmail.com
leslievscott@home.com
munchkin24even@hotmail.com
subhashmaharaj@hotwurl.co.nz
sammiam@aol.com
IPFONLINE@id.adh.net
pankawarma1759@yahoo.com
christian_lau@geneos.ch
bownds@theorld.net
PYTASON@HOTMAIL.COM
metmour_e@yahoo.com
supachi_s@yahoo.com
folio.hootelair-t-online.de
rabeetahawks2@hotmail.com
tucat_69@yahoo.com
ranane@yahoo.com
ollaby@taib.net.sa
umeshchandanbharma@usa.net

peechen98@hotmail.com
www.goddess-freak@gogoiu.com
cig90018@iup.org
psidek6374@hotmail.com
nirmogul@call3.vsnl.net.in
C. Norsworthy_85.@hotmail.com
fakaram@yahoo.com.uk
fakaram@yahoo.com.uk
R_FILES@GEMAIL.COM
MAKID00001@yahoo.com
dzunupa @tr.sandiego.com
Gail792@ca.com
maiva@austinbusinesscollege.org
rkuncak@home.com
libcrita@curalitel.net
naiva@curalitel.net
cabchinv@delimail.com
mikeoblain@hotmail.com
gil71@hotmail.com
vonod@redifmail.com
moonline9@hotmail.com
anas_maret54@hotmail.com
srianjana@yahoo.com
BNMailbox@linterec.com
dementa@yahoo.co.za
terrell_frazier_prid@yahoo.com
vamovail11031@aol.com
McK_03@bexcitemail.com
bes@boon.k12.in.us
jay_ jay_85@hotmail.com
diane.sayre@cns.sbc.gov. xc.ca
mkmav@ucla.edu
farhad_farhanonias@hotmail.com
strawberry1_4@hotmail.com
dizolohema@ysagerwsyworks.com
tg32der@aol.com
nbekan@hotmail
amac@wep.com
mazimec@excite.com
dicksons@timworld.co.uk
bmany2@balimail.com
posh10osh@aol.com
btaooce@yahoo.com
ninaoh@hotmail.com
koolashnava@hotmail.com
cn3z@hotmail.com
tonycestak@aol.com
amac@opener.com
bblakten33@aol.com
kay22z22@aol.com

sabo220@aol.com
kafdoc@hotmail.com
btar66@hotmail.com
sraborn6@aol.com
benony@epoic.net
chitasspucky@hotmail.com
yoshie286@hotmail.com
sp_246@xebox.fi
nebira_bahrom@yahoo.com/
matidicui40@yahoo/hotmail.com
scd01@hotmail.com
Shaneraz1@hotmail.com
boettv@rediff.net
stannebba@ymail.com.br
lady_bug180@hotmail.com
jonchode@midwest.net
silverbrain@hotmail.com
joachim.Boeting@van-der-Moolen.bmw-net.d
chaseshe@hotmail.com
NEAL-S-JR-HOTMAIL.COM
bekka.sell@aide.lt
lhelibuo_77@yahoo.com
g_laila@hotmail.com
cutethang_if@hotmail.com
cutethang_if@hotmail.com
btrd@astrarm.net.in
mela2181@aol.com
long_chari_oil@yahoo.com
long_chari_oil@yahoo.com
mirjure@kimb2colt.com
beodesilavan@intractable.net.mx
www.Goldie1022@aol.com
johnwood@entrint.com
asslarakhan@hotmail.com
sto.wilbon@boehlmail.com
rakasi@usa.net
koolyground@hotmail.com
marco@cocogleweb.com
hqproghar@choquemail.com
kaushikjatson@nodelames.com
boblustV0022@hotmail.com
boblustV0022@hotmail.com
boblustV0033@cabmail.com
kashim@utku.org
latmas@usa.net
greatmondares@hotmail.com
rani_7000@hotmail.com
anuyar2@w1.dsl.net.in
deslis@edu.bg
crazydckvie@gogoiu.com
mejandali@tohei
0396053@htkis.edu.hk

ttai_ymtiei@hotmail.com
michellei@iswi.com
villagetor@verizon.com
gatter2000@hotmail.com
greetcapole@earthlink.net
JONDANIELHESS@YAHOO.COM
pvri110@rao.com
carbine43@hotmail.com
virgo14_86@hotmail.com
missahd@bobol.com
mya_pye@hotbol.com
mya_pye@hotbol.com
mya_pye@majicity.com
missahd@muljicity.com
zu_qote23@yahoo.com
ndfan26m@yahoo.com
lin.e@ghc.org
luvmelx@yahoo.com
teseedf@border.net.pk
e_dhurossu@yahoo.com
card01@hotmail.com
card01@hotmail.com
yamdam18@hotmail.com
sakaah_420@hotmail.com
mountaintroo88@hotmail.com
mountaintroo88@hotmail.com
teresas572@hotmail.com
www.secwsesk55@hotmail.com
tessasdo@hotmail.com
shahimsetsood@ausa.net
riku_rcc@yahoo.com
shahinss@quvm.com.my
sakah_2k@123india.com
dioesc@optis.net
nchalfall@telia.net
_iTec563676@aol.com
WIZFRED6300@AOL.COM
madhudes@bveni.com
wrcses@lte.net
dliediss@hovaster.net
babocakpeal@weebtly.net
armous@bellsoutn.net
closecc@tles.com
ttacorkters@titrenet.co.uk
pekke6374@hotmail.com
ran_digpal89@hotmail.com
misch383@yahoo.com
sakyytallemi@yahoo.com
dkline@dariteville.usda.ufl.edu
dkline@dariteville.usda.ufl.edu
emeris35@aol.com
howardl@fcnet.com

beverlymcas@msn.com
cresto@ournal.georgetown.edu
Terdar@uebmail.co.za
ivanrithan@brunet.bn
marchesi@uluno.com
mandovante86@hotmail.com
mandovante86@hotmail.com
casa_34@hotmail.com
casa_34@hotmail.com
tommygal7@hotmail.com
sparita2007@aol.com
neks23@yahoo.com
janevi1@hotmail.com
travs_brown55@hotmail.com
jatene@IESabroad.org
nblalibeiteb@brunantico.ca
cat_mingiei@yahoo.com
snel75@hotmail.com
dennise@hotmus.ca
koorbitt1@yahoo.com
porslait@burid.wsm.edu
sunshine79@rediffmail.com
natti@ameriscdom112.freeserve.co.uk
aarora_kran@yahoo.com
oto_77@yahoo.com
bboyfela@oweqo.com
bboyfela@oweqo.com
yerzsali@cobens.net.tb
maydieu1@hotmail.com
pentdar@yahoo.co.uk
paeo_phil@hotmail.com
sxejram1456@hotmail.com
tarsomah@rah.brain.net.pk
elina@masters.ab.ca
kapeti8@brookov.net
c88sporty.@.com
punaki_kid@yahoo.com
bexouther@kansas.net
C.leminissa@GMAIL.msn.com
Fabe73@licensedtokill.com
tmmini@bellatlantic.com
mae_01_2000@yahoo.oom
mae_01_2000@yahoo.oom
manoa_d@hotmail.com
maureen_adal@hotmail.com
mizanmail@yahoo.com
danieltorres@dslsel.net.ve
bartlou@monocourier
bartlou@monocourier
tefi88@sealtv.net
jeveber@asue.edu
GROOVEYGIRL477119@AOL.COM
alberosei78@hotmail.com

shika79@hotmail.com
sanat_2000@b_cjin
boogie5@westleeneca.wnvnc.org
superqirl7574@disney-go.com
mon_ica@salayam.net.in
physicangel31@hotmail.com
SnowFox_17@Hotmail.com
vsmurty@usa.net
tstree@123rdfe.com
rhose@earthlink.net
siyboyic@aol.com
fizz_dia@yahoo.com
mountainfrog89@hotmail.com
smb9485@hotmail.com
nterry@frontiernet.net
tsgeddes98@yahoo.com
alishai@earthlink.com
stl82@mailaev.com
alhnson@aol.com
mahesh_kuhv@hotmail.com
mahesh_kuhv@hotmail.com
mahesh_kuhv@hotmail.com
marbjaslvari@yahoo.com
bachat_27@hotmail.com
ladoc@mozalla.com
mse0351cel@yahoo.com
revelation_bonus@yahoo.com
three_cakes@sierra.net.lb
vileshai@hotmail.com
tilshika@eshtel.lk
batsii@hotmail.com
a_mansour@hotmail.com
chromaHCEL@hotmail.com
kans@edtcom.net
sharechn@sri.co.za
foravox@raymatico.ca
durammouseblotetidsh@hotmail.com
angel_220_bd@yahoo.com
wayne.coybenet4eyerd@aol.com
Raymescragr49ori@hotmail.com
Raymescragr49ori@hotmail.com
wsrs_375@moeca.esu.k12.oh.us
tsts12850@aol.com
AJSzebea4412@hotmail.com
manawalladistadd@hotmail.com
17Aubiel@coolage.com
Zeldax1@femal
pradetacd_99@yahoo.com
tzamchati@hotmail.com
master.libal@vanadoo.be
asian_Q1_2000@assuravenue.com

dwhite6374@aol.com
chanel_106@hotmail.com
Jarod6369@yahoo.com
kulsoom888@hotmail.com
sylvain.thibodeau@tion.attcanada.net
levitc_9200@yahoo.com
sigobo@hotmail.com
c-Wallagec@trthdoc.edu
AD_0896@hotmail.com
anandaedhai@hotmail.com
Tennis221989@aol.com
Ihelland@yahoo.com
boteyschick54@hotmail.com
mastmich@hotmail.com
FPiazzas@aol.com
wesleyalbaro@hotmail.com
bignoo@aol.com
squrman@saureta.com
bellvmo@aol.com
eintvolhas_2009@yahoo.com
CARLIQUEdryHRTV.NET
avababby_1@excite.com
tiflsdbobashiatelafday@webtv.net
brafkjd42@webtv.net
freddie_23_2000@yahoo.com
niba@no_cybercity.dk
svventaks@hotmailo.com
francaveka@gmail.com
tnulal@broofoz.net
fuby230@metzero.net
azakruthi2000@bysni.com
imalemo@aol.com
rehman_ur_143@yahoo.com
uemishinad@cn.netcom.com
aba@columbant.co.uk
buddaboo544@yahoo.com
disc_vhen@hotmail.com
cresitonda@hotmail.com
agerwal-vineet@usa.net
gatehadi2000@ofamali.net
dannyboy172@hotmail.com
zcozouz@yahoo.com
zozoruu@yahoo.com
titiproa@aol.co.tr
kalmac@natsom.ce
kulsnore_008@hotmail.com
nsfe24@hotmail.com
cfx@earthlink.net
smurf104@ex.clte.com
tesfer119@yahoo.com
elmo_a_the_12@hotmail.com



starevans@yahoo.com
sethoshi@yahoo.com
ratish-1@eth.net
ratish-1@eth.net
Foos42000@webtv.net
dayday@coreblog.com
mysticblack4s@hotmail.com
steph55351@aol.com
steph55351@aol.com
pontool_3@yahoo.com
coreton@mail.telepac.pt
chekke24@hotmail.com
eshootsannovbos@hotmail.com
neyvog@hotmail.com
mmar42277@cs.com
danhirton@hotmail.com
shamanl@pacific.com.sg
MARTIN_RIGGS88@YAHOO.COM
jack13310@ca.com
cory@coreblink.pq
isismichele@hotmail.com
Jules00nbeyond@yahoo.com
r_denton@hotmail.com
RONLS@TELEVAR.COM
surefire@zooruss.com
lovesrapture_05@hotmail.com
tynnela@hotmail.com
northwe6j94@worldnet.att
mcironin78@yahoo.com
tommy_babe_2006@hotmail.com
sweetlad05_24@hotmail.com
Flutesrx@eth.net
webhpoorsa@hotmail.com
camilla_all@dodia.lt
steph74253@aol.com
chks4fms@bol.com
ffsaroong@aol.com
amydenise@quack4quack.com
SweetGenea200X@aol.com
strawberrowit_13@yahoo.com
bennyali119@hotmail.com
lcckkmmv@lifeishwre.pat
HOTBIRD2003@hotmail.com
silentauu@TheArmy.com
nickygeo@hotmail.com
spelacoa@excite.com
khyza_99@yahoo.com
hazzy_b@mailcity.com
de97132@hotmail.ac.ch
arooto4@canhr.com.ve
smileyxmul@hotmail.com

BLINKIEMARK182@AOL.COM
SPARTILA@MSN.COM
jarohasapollaris@hotmail.com
Carl74@laltamail.com
belloma234@gmail.com
poodO4@hotmail.com
allzvstub@liteelishcity

Adr188 The Googles Children's Workshop. All rights reserved

# Exhibit 30

**Subject:**
**Date:** Fri, 16 Apr 1999 08:47:36 -0700
**From:** "jack shen" <SKMJACK@email.msn.com>
**To:** "Steven Silvers" <gewrue@aol.com>, "Steven Silvers" <googles@bellsouth.net>





1 of 2

4/26/99 1:38 AM

# Exhibit 31





Exhibit 32



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*



Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [       ]   OR   Jump | to record: [       ]   **Record 6 out of 11**

Check Status | **(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)**

## Typed Drawing

| | |
|---|---|
| **Word Mark** | OOGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655711 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2496755 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163rd Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-04-27 10:21:02 ET

**Serial Number:** 75655711

**Registration Number:** 2496755

**Mark (words only):** OOGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163rd Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System (TESS)**

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | HELP | |
| Curr List | | First Doc | Prev Doc | Next Doc | Last Doc |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [        ] OR **Jump** to record: [        ]   **Record 4 out of 9**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | **IGGLE** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655710 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 23, 1999 |
| **Registration Number** | 2496754 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L. HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-04-27 10:22:32 ET

**Serial Number:** 75655710

**Registration Number:** 2496754

**Mark (words only):** IGGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163th Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

### GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | OGGLE |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: PLUSH TOYS, STUFFED TOYS. FIRST USE: 20010215. FIRST USE IN COMMERCE: 20010215 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75655709 |
| **Filing Date** | March 5, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 11, 2000 |
| **Registration Number** | 2496753 |
| **Registration Date** | October 9, 2001 |
| **Owner** | (REGISTRANT) Silvers, Steven A. INDIVIDUAL UNITED STATES 3741 N.E. 163th Street North Miami FLORIDA 33160 |
| **Attorney of Record** | BARRY L. HALEY |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-04-27 10:23:11 ET

**Serial Number:** 75655709

**Registration Number:** 2496753

**Mark (words only):** OGGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2001-10-09

**Filing Date:** 1999-03-05

**Transformed into a National Application:** No

**Registration Date:** 2001-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-10-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Silvers, Steven A.

**Address:**
Silvers, Steven A.
3741 N.E. 163th Street
North Miami, FL 33160
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 028
PLUSH TOYS, STUFFED TOYS

Exhibit 33

# LICENSE, DISTRIBUTION AND MANUFACTURING AGREEMENT

THIS LICENSE, DISTRIBUTION AND MANUFACTURING AGREEMENT ( hereinafter the "Agreement"), is made this 21 day of July, 2000, by and between STEVEN A. SILVERS, an individual whose principal business address is 3741 NE 163rd St., North Miami Beach, Florida 33160, (hereinafter referred to as " LICENSOR") and THE AURORA COLLECTION, INC., a corporation whose principal business address is 4651 SW 51st St., Davie, Florida, 33314 (hereinafter referred to as" LICENSEE"). Said addresses shall be used for notices between the parties of an official or legal nature.

## RECITALS

LICENSOR is the sole owner, creator, developer, author and artist of a product line and concept which includes all intellectual property rights and all other rights to the Googles family and products, as further defined hereafter.

LICENSOR desires to engage LICENSEE in the manufacture, marketing, distribution, and commercial expansion of the Googles family and products.

LICENSEE desires to acquire the exclusive right to manufacture, market, distribute and expand the product line known as the Googles family and products, both as to existing designs, concepts and products, as well as future designs, concepts and products, under the terms and conditions set forth herein.

LICENSOR desires to grant LICENSEE the rights referred to above, under the terms and conditions set forth herein.

THEREFORE, in consideration of the premises and of the mutual covenants herein and for other good and valuable consideration, the parties agree as follows:

## TERMS AND CONDITIONS

1.    Recitals.    The recitals stated above are hereby made a part of and are incorporated into the Agreement.

2.    Definitions.    As used in the Agreement, the terms "Licensed Articles" and "Licensed Products" shall mean that which is contained in ' (a)'. "Gross sales price" is defined

**Page 1 of 6**

in ' (b)'. " Net profit(s)" is defined in ' (c)'. "Gross receipts" is defined in ' (d)'.

(a)    The products which deal with a creative character known as Googles, together with any and all other products which comprise and which will comprise those characters, likenesses, stories, ideas, concepts, designs, Googles spin offs and family members, which include Iggle, Oogle, Oggle, Gooroo, Gootian(s), the planet Goo, slides, movies, cartoons, books (comic and otherwise), posters, playing, trading and collector cards, CDs and tapes, DVDs and all other forms of communication and publication, programs, computer web site(s), membership lists, clubs, materials, patterns, prototypes, logos, trademarks, servicemarks, clothing, merchandise, educational products, marketing and promotional data and tools, packaging and advertising, modifications, updates, and variations, and all other items associated therewith, whether in the singular or plural.

(b)    The term "gross sales price" shall mean the price charged by LICENSEE to its customers, but shall not include any sales or other taxes, nor shall it include any shipping and handling charges.

(c)    The term "net profit(s)" shall mean that amount of money left after the deduction of expenses of LICENSEE for the manufacture, marketing and sale of those Licensed Articles that are subject to distribution/division of net profits.

(d)    The term "gross receipts" shall mean money received by LICENSEE for the sale of licensed articles and products, but shall not include taxes, shipping and handling charges.

## LICENSE

3.    <u>The Grant</u>.    LICENSOR hereby grants to LICENSEE and LICENSEE hereby accepts from LICENSOR, upon the terms and conditions set forth herein, the sole and exclusive right and license to manufacture, market, distribute, sell, use and otherwise commercialize, licensed products and articles. LICENSEE shall have the right to grant sub-licenses without the prior consent of LICENSOR, so long as all sub-licensees operate in the spirit and intent of providing wholesome, non-violent entertainment and education. So long as LICENSEE is in compliance with the terms of this Agreement, LICENSEE shall have the right to continue to exercise all rights granted by this license

4.    <u>Best Efforts</u>.    LICENSEE will use its best efforts to engage in the commercial venture whose end goal is the ethical marketing and sale of licensed articles, however, nothing herein shall obligate LICENSEE to meet

any particular quota, schedule, time table, volume requirement or monetary minimums. If, in the sole opinion of LICENSEE, LICENSEE desires to abandon this LICENSE and all rights hereunder, LICENSEE shall be free to do so. During the term of its license, LICENSEE will assume the costs of production, marketing and sale of those items that it chooses to market, as well as the fees and costs of obtaining, defending and/or protecting any patent and trademark rights to such items. Best efforts means the active promotion and marketing of said products.

5.  <u>LICENSOR Representations.</u>    LICENSOR represents, and LICENSEE has relied on the fact and assertion, that LICENSOR is the creator and owner, with all rights of ownership, of the Googles family and products and licensed articles and has the sole right, title, interest and authority to grant this license. LICENSOR further represents that he knows of no claims, notices, suits, threatened or otherwise, which would in any way limit or impede his right to grant this license, other than those attached hereto as Exhibit A. LICENSOR represents that there are no brokers or agents involved in this matter and that LICENSOR alone is entitled to any remuneration herein. LICENSOR agrees to hold harmless and indemnify LICENSEE for all costs, fees and charges should claims or suits be brought against LICENSEE which allege that LICENSOR did not possess the right, title and interest in those licensed articles that were in existance at the time of, and which formed a great part of the consideration for, this transaction.

6.  <u>Retained Ownership Interest.</u>    LICENSOR retains sole creative ownership rights to licensed articles which predate this Agreement and shall have final approval rights for all additions and changes in the future.

<u>ROYALTIES AND PAYMENTS</u>

7.  <u>Consideration.</u>    Fees, stock and royalties paid under this agreement shall be in consideration for the sum total of all rights conferred by LICENSOR to LICENSEE.

8.  <u>License Issuance Fee.</u>    Upon execution of this Agreement, LICENSEE shall pay LICENSOR a license issuance fee in the amount of Ten Thousand Dollars ( $10,000.00 ).

9.  <u>License Issuance Stock.</u>    Upon execution of this Agreement, LICENSEE

## TERMINATION RIGHTS AND METHODS

15.    **Cause Not Needed.** LICENSEE reserves the right to cancel this Agreement, if in its sole business judgment, the Agreement is no longer in the best interests of the company. LICENSEE shall have the right to sell its existing inventory and those items that cannot be canceled without financial penalty, but shall not cause additional items to be manufactured thereafter. In the event of termination, LICENSOR shall be given all original material that he provided to LICENSEE.

16.    **Use of Name After Termination.** In the event of termination, LICENSEE shall have the right to continue to use the name(s) associated with the products and articles that encompass this Agreement for so long as LICENSEE is actively selling its inventory of articles and products. At the conclusion of LICENSEE'S efforts in this regard, LICENSEE agrees to discontinue the use of names, trademarks, signs, advertising and anything else that might make it appear that the LICENSEE is still handling the articles and products of LICENSOR.

## ADDITIONAL PROVISIONS

17.    **Authorization.** LICENSOR and LICENSEE represent and warrant that the consummation of this Agreement has been duly authorized by all requisite corporate and personal action and this Agreement is enforceable against the parties in accordance with its terms. Both parties represent and warrant that the making and performance of this Agreement will not violate any agreement or understanding to which they are a party or to which they are bound.

18.    **Assignment.** LICENSEE shall not have the right to sell, transfer or assign, in whole, or in part, its rights under this Agreement, without the written consent of LICENSOR, which consent shall not be unreasonably withheld if the proposed buyer, transferee or assignee is willing and able to carry out the goals and mission of the Googles project to ethically market non-violent entertainment and educational products to the public. Furthermore, such sale, transfer or assignment shall include a provision that permits LICENSOR, at his option, to become employed by the new entity for a period of six months, or if not employed, to become a paid consultant for six months for a fee which equals his last salary when employed by LICENSEE.

Page 5 of 6

19.   Waiver.    No waiver of any breach of any provision of this Agreement shall constitute a waiver of any other breach of the same or any other provision hereof, and no waiver shall be effective unless made in writing and signed by the parties hereto.

20.   Interpretation.    This Agreement and performances hereunder shall be interpreted and governed by the laws of the State of Florida. No provision shall be interpreted against any party because that party or their legal representative drafted, modified or recommended inclusion of such provision. Venue for any legal action, whether equitable or otherwise, shall be in Broward County, Florida.

21.   Entire Agreement.    This Agreement constitutes the entire Agreement between the parties and no warranties, representations or understandings which may have been made by either party shall be enforceable unless specifically expressed herein. Any amendment, alteration or modification of this Agreement will be enforceable only if it is signed by both of the parties.

22.   Binding Effect.    This Agreement shall inure to the benefit and be binding upon the parties, their heirs, legal representatives, successors and assigns.

23.   Severability.  If any provision or sub-provision of this Agreement is declared invalid or void by a court of competent jurisdiction, the remainder of the Agreement shall nevertheless remain in full force and effect.

24.   Counterparts.    This Agreement may be executed in two or more counterparts, each of which shall be deemed to be an original. Each shall constitute one and the same Agreement.

25.   Paragraph Headings.    Paragraph headings and titles contained herein are inserted as a matter of convenience and reference only and shall not be used in construing the meaning of, or enforcing any of the provisions of, this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement by their duly authorized signatures the day and year first written above.

AS TO LICENSOR:

                                    STEVEN A. SILVERS

AS TO LICENSEE:

                                    MYLES W. FARRINGTON, as
                                    President of The Aurora Collection, Inc.

# Exhibit 34





"Oggle"



"Iggle"



"Oogle"



"GooRoo"

# Exhibit 35









**Hi GooKids!**

I'm Iggle...Oogle and Oggle's
sister. My brothers and I are
very GooCited about meeting
you on our special journey to
Earth. As Oogle said, we've
come to teach earthlings our
best Gootian ways: to share,
care, be fair and play nice with
your friends.

Have a GooRiffic Day!



TO: _____

FROM: _____

Exhibit 36



## The Googles™

**The Adventures of Oogle™**
**Googles™**
**Episode I**

**"Oogle™ and The Planet of Goo™"**

In a galaxy far, far away, there is a small planet very similar to Earth called Goo™.

Years ago it had deep oceans, huge forests, beautiful deserts, high mountains and many different kinds of plants and animals. Its warm and bright sun had made the planet of Goo™ and its four-eyed inhabitants, the Gootians™, some of the luckiest people in the Universe.

The sun not only made Goo™ warm, it made it sparkle like a diamond. The tree's colors were more vibrant, the air purer, the water cleaner and the people nicer than anywhere.

Then one day, a wasteful, destructive and lazy bunch of aliens called the Zorkans™ from the planet Zork™ arrived on Goo™. The Zorkans™ had no planet of their own since they destroyed it through their wasteful ways. They traveled from planet to planet using up the natural resources to feed their greed and laziness.

The Gootians™ were a kind and gentle people who, at first, had hoped the Zorkans™ would just go away. They were not prepared for what was to happen. After many years the Zorkans™ had used up Goo's™ resources by polluting their streams, rivers and oceans, destroying the forests, depleting their farmland and damaging the ozone layer. The atomosphere was so badly spoiled that the Gootians™, and even the Zorkans™, were beginning to get sick.

GooRoo™, the wisest of all the Gootians™, knew from the day the Zorkans™ arrived that he needed to find a way to protect the planet. Now, after two generations of Zorkan™ destruction, he had developed a secret plan to save the Gootians™, and hopefully, his planet. With his special communication device, he was able to intercept radio signals from a planet in another galaxy called Earth. He listened to the signals until one day he heard of a human named Dr. Stephen Hubbell. The earthlings called him an ecologist. GooRoo™ realized, from listening to his speeches, that Dr. Hubbell was a wise man and he knew about saving the environment. This was a man GooRoo™ could trust and who would understand the Gootian's™ problems. GooRoo had to reach Dr. Hubbell, and FAST!

GooRoo™ was very old and needed someone young and strong to make this special trip in his one- of-a-kind advanced Gootian™

### Join NOW
### Log In
### Science Forum
### Fun Facts
### Science Lab
### The Googles
### Fun Stuff
### Secret Stuff
### Message Board
### Chat Rooms
### Super Store
### Parents Only
### Contact Us
### About Us

spaceship. He decided that his best pupil ever, Oogle™ Googles™, would be the one to make the trip. Oogle™ was very smart and courageous enough to do the job.

Oogle™ was a very special Gootian™. He had studied hard and had become one of the smartest Gootians™ on the planet. He was kind, resourceful, brave and respectful to others. No wonder GooRoo™ selected him for this most important of all missions. GooRoo™ knew, at the very least, Oogle™ would give it his best.

GooRoo™ put all the things Oogle™ would need in the GooShip™ including a book on the languages of Earth for him to study while on his journey. To make sure that if the Zorkans™ caught Oogle™ they would not discover his mission, GooRoo™ coded the flight information into the GooShip™ computer. He put a special computer chip, in a code that Dr. Hubbell would have to decode, in Oogle's™ shoe. The chip would tell Dr. Hubbell about the trouble on Goo™ and ask for his help. GooRoo™ also knew that if Oogle™ could help Dr. Hubbell teach the Earthlings how important it was to properly care for and protect Earth's environment then maybe, if all else failed, Earth could be the place where the remaining Gootians™ could go to live. But first, he needed Dr. Hubbell's help in trying to find a way to restore Goo's™ environment, if that were even possible. All of this GooRoo™ explained to Oogle™.

The day had come for Oogle™ to embark on his mission. With his sister Iggle™, and brother Oggle™, Oogle™ met GooRoo™ at the secret launch pad. He prepared to make the dangerous trip. GooRoo™ knew Oogle™ may not make it to Earth, and if he did, he may not be able to return to Goo™. That is why he asked Oogle's™ family to be with him.

Iggle™ was a pretty Gootian™. She was smart and always managed to keep her brothers in line. Oggle™ was bright and very curious, about everything. They both were very sad that Oogle™ was going away. Oogle™ was sad too, and a little scared, but he knew GooRoo™ was counting on him. He was determined not to let GooRoo™ down. As he prepared to enter the GooShip™, a singular tear ran down from each of his four eyes but he raised his arm and bravely waved Goo-bye.

As the ship departed Goo™, heading to the wormhole, there suddenly appeared a Zorkan™ ship. Would Oogle™ get by the Zorkan™? Would Oogle's™ ship make it through the wormhole? Would Oogle™ reach Earth at all?

**We will all find out in the next adventure of Oogle™ Googles™.**

The stories of Goo™, all of the Gootian™ characters, and the wonderful stories to follow, are the creation of Steven A. Silvers. Mr. Silvers, a talented storyteller, has been preparing this children's teaching tool for several years. His collaboration with the Aurora Educational Group and the Fun With Science Club™ makes his goal of reaching and teaching all children about our fragile environment and its care, an endearing reality.

# Fun with Science Club



- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

## Oogle™ Google

The Googles™ family live on a faraway planet called Goo™. Oogle™ is the oldest son of Mr. and Mrs. Googles™. Oogle™ also has a sister named Iggle™, and a brother named Oggle™.

Oogle™ is our hero in this first of many Googles™' adventures. In Book 1, Episode 1, called: "Oogle™ and the Planet of Goo™", Oogle™ finds himself zooming through outer space at warp speed. Oogle™ is headed toward our planet Earth. He was sent by his mentor GooRoo™ to find a new home for all of the Gootians™ to live, laugh, learn, and play.

You, too, can join Oogle™ Googles™ online in his first adventure "Oogle™ and the Planet of Goo™".

As we say on the planet of Goo™… Have yourself a GooDay!





©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** (i) Interactive Multimedia, Inc.



## Join NOW
## Log In
## Science Forum
## Fun Facts
## Science Lab
## The Googles
## Fun Stuff
## Secret Stuff
## Message Board
## Chat Rooms
## Super Store
## Parents Only
## Contact Us
## About Us



### The Planet of Goo™

The planet of Goo™ was a beautiful planet located outside of our Galaxy, many light years away from Earth.

In the early years of Goo's™ existence it was a very nice place to live. The air was pure. The rivers and oceans were free of pollutants and the water was refreshing and healthy to drink. The rainforests were full of foliage and the wildlife was plentiful. Everything was green and healthy, and everyone was so happy to be living on Goo™.

Then one day a violent force of aliens, from a distant planet, decided to invade Goo™. Not knowing any better they began destroying this once beautiful planet. They polluted the air and water. They destroyed the rainforests and the Gootians'™ farmlands. When they finally departed, all of the environment on Goo™ was ruined.

Learn if Oogle™ Googles™ finds a new place to live on the planet Earth for his family and the remaining Gootians™ left on Goo™. Can Oogle™ help Earth's children learn to care for and protect their environment? Read the first Oogle™ adventure: "Oogle™ and the Planet of Goo™".



**Fun with Science Club**

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

## Science Forum

Hosted by nationally known Dr. Stephen Hubbell, Chairman of the National Council for Science and the Environment and Dr. Patricia Adair Gowaty, President of the Animal Behavior Society, the Science Forum brings you up-to-date and in-depth articles on a wide range of science topics.

This unique program is a regular feature of the Fun With Science Club. It will bring you scientific information from and articles written by well-known and celebrated United State's scientists.

**Choose a category below...**



**Life Sciences**



**Physical Sciences**



**Earth Sciences**



**Social & Human Sciences**

©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** (i) Interactive Multimedia, Inc.

# Fun with Science Club

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us

## The Googles™



Welcome, I'm Oogle™ Googles™. I come from a planet called **Goo**™ in a galaxy far, far away. I have come to Earth to help teach you how to care for the planet, because I don't want what happened to my planet to happen to yours.

Together we will take a journey as you enjoy my fantastic adventures. You can read all about my first adventure in my first online story, "Oogle™ and the planet of Goo™".



### Fun Stuff!



**Hey Kids**, the first Googles™ song is here! Now you can sing along with Oogle™ Googles™, or sing the words by yourself to the music.

**GO!**

### The Googles Adventures



**NEW!** You can be a part of the most amazing adventure series of all time! Come read Episode 1 "Oogle™ and the planet of Goo™" today and look for the very first GooToon coming in 2001.



**GO!**



**Fun with Science Club**

- Join NOW
- Log In
- Science Forum
- Fun Facts
- Science Lab
- The Googles
- Fun Stuff
- Secret Stuff
- Message Board
- Chat Rooms
- Super Store
- Parents Only
- Contact Us
- About Us



PLAY THE MUSIC!



PLAY THE MUSIC & WORDS!



Googles ™

The Googles Song

### "The Googles' Theme Song"
Words & Music by: Steven A. Silvers
and Marilynn Shockey

©2000 GooTunes Publishing

We're the Googles from Goo,
And we'd like to know you,
We want you to be our best friend

Together we'll play,
And laugh everyday,
We'll make fun and learning a blend

We'll visit planets and stars,
From Jupiter to Mars,
You'll find it a thrilling sensation

And we will take you,
To our planet called Goo,
All in your imagination

We'll show you the way,
to have fun everyday,
To be nice and play nice,
with your friends

And everyone will know,
how much we love you so,
cause we're buddies and pals,
ever friends.

We're the Googles from Goo,
And now we know you,
And you are our very best...
You are our very best...
You are our very best friend!

©2000 The Aurora Collection, Inc. All Rights Reserved. Terms of Use.
**Site Development by:** ⓘ Interactive Multimedia, Inc.

file://I:\Usr\GAM\GOOGLES\03%20From%20Web%20(yellow)\Googles%20Theme%20S...   4/7/2005

# Exhibit 37



## Fun with Science Club

- Join NOW
- Log In
- Science Forum
- Fun Facts
- The Googles
- Fun Stuff
- Super Store
- Message Board
- Chat Rooms
- Parents Only
- Contact Us
- About Us

### "Meet The Googles"™

click on a character below



GooRoo · Oogle · Iggie · Oogle

planet Goo · GooShip

---

**The Googles**™



The "Adventures of" Oogle Googles!

Episode 1
"Oogle & the planet of Goo"

**Animated GooToon**
(Cartoon)

## CLICK HERE!

♪ **Googles Theme Song** Vocals (full version)

♫ **Googles Theme Song** Instrumental (full version)

**Googles Theme Song - Lyrics Sheet**



Exhibit 38

















Exhibit 39

# Adventure Theatre

2000-2001
BOARD OF DIRECTORS

*President*
Trish Glowacki

*Artistic Director*
Carol Leahy

*1st Vice President*
Sandy Eskin

*2nd Vice President*
Norman Aronovic

*Secretary*
Joan Ronnenberg

*Treasurer*
Duane Nystrom

*Directors*
Pat Abernethy
Don Connolly
Sondra Gair
Jill Metzger
Lynn O'Connell
Susan Pavsner
Ellen Promisloff
Mary Lou Semans
Marilyn Shockey
Tyler Whitmore

November 5, 2001

Mr. Steven A. Silvers
The Aurora Collection, Inc.
3741 NE 163rd Street
PMB #325
North Miami Beach, Florida 33160

Dear Steven:

On behalf of Adventure Theatre I would like to extend our thanks for your presenting the Goosical Musical Revue on Friday, September 14, 2001. In spite of the terrible events of September 11, your show went on as scheduled. The free show was well received and came at a time when children of all ages needed some diversion. The Googles costumes and music were upbeat and fun and put smiles on the faces of the audience.

We wish you all goo things in the future!

Sincerely,

Carol Leahy
Artistic Director

Glen Echo Park
7300 MacArthur Blvd.
Glen Echo, MD 20812
301-320-3268
Fax: 301-320-3108
www.adventuretheatre.org

*exploring the world through drama*



Jewish Community Center
of Greater Washington

October 30, 2001

Dear Steven,

I just want to send you this letter expressing our appreciation for the great Googles production you put on at the Jewish Community Center of Greater Washington in September. It really came at a time when all peoples spirits needed to be lifted, and this is exactly what the show accomplished. The children were so excited during the show. They and their parents were singing and clapping along. The characters were amazing. It had the same effect on the children as if the were watching the familiar "Barney." You have a successful venture on your hands. Our thanks again, for a terrific show.

Wishing you the best,

Ilene Eisenberg
Director of Elementary School Services



Exhibit 40

# Go gle    Corporate Information

Home

About Google

**Corporate Overview**
  Company
  Features
  Technology
  Business
  Culture

**At a Glance**
  Quick profile
  Address
  Management
▸ **Google history**
  Timeline

**Our Philosophy**
  Ten things
  No pop-ups
  Software principles

**Related Links**
  Investor Relations
  Press Center

*Find on this site:*

Search

## Google History

Google is a play on the word **googol**, which was coined by Milton Sirotta, nephew of American mathematician Edward Kasner, and was popularized in the book, "Mathematics and the Imagination" by Kasner and James Newman. It refers to the number represented by the numeral 1 followed by 100 zeros. Google's use of the term reflects the company's mission to organize the immense, seemingly infinite amount of information available on the web.

**Back before Google? Aye, there's the Rub.**

According to Google lore, company founders Larry Page and Sergey Brin were not terribly fond of each other when they first met as Stanford University graduate students in computer science in 1995. Larry was a 24-year-old University of Michigan alumnus on a weekend visit; Sergey, 23, was among a group of students assigned to show him around. They argued about every topic they discussed. Their strong opinions and divergent viewpoints would eventually find common ground in a unique approach to solving one of computing's biggest challenges: retrieving relevant information from a massive set of data.

By January of 1996, Larry and Sergey had begun collaboration on a search engine called BackRub, named for its unique ability to analyze the "back links" pointing to a given website. Larry, who had always enjoyed tinkering with machinery and had gained some notoriety for building a working printer out of Lego™, took on the task of creating a new kind of server environment that used low-end PCs instead of big expensive machines. Afflicted by the perennial shortage of cash common to graduate students everywhere, the pair took to haunting the department's loading docks in hopes of tracking down newly arrived computers that they could borrow for their network.

A year later, their unique approach to link analysis was earning BackRub a growing reputation among those who had seen it. Buzz about the new search technology began to build as word spread around campus.

**The search for a buyer**

Larry and Sergey continued working to perfect their technology through the first half of 1998. Following a path that would become a key tenet of the Google way, they bought a terabyte of disks at bargain prices and built their own computer housings in Larry's dorm room, which became Google's first data center. Meanwhile Sergey set up a business office, and the two began calling on potential partners who might want to license a search technology better than any then available. Despite the dotcom fever of the day, they had little interest in building a company of their own around the technology they had developed.

Among those they called on was friend and Yahoo! founder David Filo. Filo agreed that their technology was solid, but encouraged Larry and Sergey to grow the service themselves by starting a search engine company. "When it's fully developed and scalable," he told them, "let's

# Exhibit 41

# BackRub is a "web crawler" which is designed to traverse the web.

Currently we are developing techniques to improve web search engines. We will make various services available as soon as possible.

## Sorry, many services are unavailable due to a local network faliure beyond our control. We are working to fix the problem an hope to be back up soon. 12/4/97

## We have a demo that searches the titles of over 16 million urls: BackRub title search demo

BackRub search with comparison (type in top box, ignore cgi-bin error)

New systems will be coming soon.
Some documentation from a talk about the system is here.

BackRub is a research project of the Digital Library Project in the Computer Science Department a Stanford University.

Some Rough Statistics (from August 29th, 1996)
Total indexable HTML urls: 75.2306 Million
Total content downloaded: 207.022 gigabytes

Total indexable HTML pages downloaded: 30.6255 Million
Total robots.txt excluded: 0.224249 Million
Total socket or connection errors: 1.31841 Million

BackRub is written in Java and Python and runs on several Sun Ultras and Intel Pentiums running Linux. The primary database is kept on an Sun Ultra II with 28GB of disk. Scott Hassan and Alan Steremberg have provided a great deal of very talented implementation help. Sergey Brin has also been very involved and deserves many thanks.

## Before emailing, please read the FAQ. Thanks.

-Larry Page page@cs.stanford.edu

Exhibit 42

# backrub.stanford.edu

# Dec. 10, 1997

# Google Search Engine

This is a demo of the Google Search Engine. Note, it is research in progress so expect some downtimes and malfunctions. You can find the older <u>Backrub web page here</u>.

Google is being developed by <u>Larry Page</u> and <u>Sergey Brin</u> with very talented implementation help b <u>Scott Hassan</u> and <u>Alan Steremberg</u>.



## Search Stanford

| 10 results ▼ | clustering on ▼ | Search |

## Search The Web

| 10 results ▼ | clustering on ▼ | Search |

# Current Status of Google:

### Web Page Statistics

| | |
|---|---|
| Number of Web Pages Fetched | 24 million |
| Number of Urls Seen | 76.5 million |
| Number of Email Addresses | 1.7 million |
| Number of 404's | 1.6 million |

### Storage Statistics

| | |
|---|---|
| Total Size of Fetched Pages | 147.8 GB |
| Compressed Repository | 53.5 GB |
| Short Inverted Index | 4.1 GB |
| Full Inverted Index | 37.2 GB |
| Lexicon | 293 MB |
| Temporary Anchor Data (not in total) | 6.6 GB |
| Document Index Incl. Variable Width Data | 9.7 GB |
| Links Database | 3.9 GB |
| **Total Without Repository** | **55.2 GB** |
| **Total With Repository** | **108.7 GB** |

4/11/2005 1

# Known Problems:

1. We have only crawled US looking domains so as not to congest international links. This make the search engine somewhat incomplete.
2. There has been some corruption in docid's for anchor hits. This results in some random lookin matches (about 1 in 10). SB: I have tried to patch the code to account for this but there are stil many problems.
3. Also, some docinfo pointers are corrupted. SB: I have patched the code to account for most of these but I don't have tight bounds on the extent of corruption.
4. The performance is somewhat poor right now. This is partly due to data going over NFS and antiquated hardware. However, we are anticipating equipment donations from IBM and Intel t help with performance and increase our disk capacity so we can scale to 100 million pages.

## Before emailing, please read the FAQ. Thanks.

Please send any comments to backrub@google.stanford.edu.

*Copyright ©1997 Larry Page, Sergey Brin, Scott Hassan, Alan Steremberg*

*Backrub*
Last modified: Thu Dec 4 10:09:44 PST

Exhibit 43

# backrub.stanford.edu

# Dec. 24, 1997

# Google Search Engine

This is a demo of the Google Search Engine. Note, it is research in progress so expect some downtimes and malfunctions. You can find the older Backrub web page here.

Google is being developed by Larry Page and Sergey Brin with very talented implementation help b Scott Hassan and Alan Steremberg.



**Search Stanford**

| 10 results ▾ | clustering on ▾ | Search |

**Search The Web**

| 10 results ▾ | clustering on ▾ | Search |

# Current Status of Google:

### Web Page Statistics

| | |
|---|---|
| Number of Web Pages Fetched | 24 million |
| Number of Urls Seen | 76.5 million |
| Number of Email Addresses | 1.7 million |
| Number of 404's | 1.6 million |

### Storage Statistics

| | |
|---|---|
| Total Size of Fetched Pages | 147.8 GB |
| Compressed Repository | 53.5 GB |
| Short Inverted Index | 4.1 GB |
| Full Inverted Index | 37.2 GB |
| Lexicon | 293 MB |
| Temporary Anchor Data (not in total) | 6.6 GB |
| Document Index Incl. Variable Width Data | 9.7 GB |
| Links Database | 3.9 GB |
| **Total Without Repository** | **55.2 GB** |
| **Total With Repository** | **108.7 GB** |

# Known Problems:

1. We have only crawled US looking domains so as not to congest international links. This make the search engine somewhat incomplete.
2. There has been some corruption in docid's for anchor hits. This results in some random lookin matches (about 1 in 10). SB: I have tried to patch the code to account for this but there are stil many problems.
3. Also, some docinfo pointers are corrupted. SB: I have patched the code to account for most of these but I don't have tight bounds on the extent of corruption.
4. The performance is somewhat poor right now. This is partly due to data going over NFS and antiquated hardware. However, we are anticipating equipment donations from IBM and Intel t help with performance and increase our disk capacity so we can scale to 100 million pages.

## Before emailing, please read the FAQ. Thanks.

Please send any comments to backrub@google.stanford.edu.

*Copyright ©1997 Larry Page, Sergey Brin, Scott Hassan, Alan Steremberg*

*Backrub*
Last modified: Thu Dec 4 10:09:44 PST

# Exhibit 44

  

# Sergey Brin's Home Page

Ph.D. student in Computer Science at Stanford - sergey@cs.stanford.edu



## Research

### Data Mining

A major research interest is data mining and I run a meeting group here at Stanford. For more information take a look at the MIDAS home page or see the datamine maling list achive. Here are some recent publications:

- **Extracting Patterns and Relations from the World Wide Web**

  by Sergey Brin.
  We demonstrate a technique for extracting relations from the WWW based on the duality of patterns and relations. We experiment with it by extracting a relations of books. (postscript).

- **Dynamic Data Mining: A New Architecture for Data with High Dimensionality**

  by Sergey Brin and Lawrence Page.
  We describe a new architecture for data mining (sorry not yet available online). It makes use some of the dynamic itemset counting technology described below.
  Submitted to VLDB '98. (postscript)

- Scalable Techniques for Mining Causal Structures

  by Craig Silverstein, Sergey Brin, Rajeev Motwani, and Jeff Ullman.
  We address mining for causality, not just correlation in data.
  Submitted to VLDB '98. (abstract , gzipped ps)

- Dynamic Itemset Counting and Implication Rules for Market Basket Data

  by Sergey Brin. Rajeev Motwani, Jeffrey D. Ullman and Shalom Tsur.
   We present and algorithm for counting large itemsets faster than previous algorithms. We rel on partial results to guide the mining process.
  Proceedings of the ACM SIGMOD International Conference on Management of Data, pp. 255 264, Tuscon, Arizona, May 13-15 1997. (html , postscript, gzipped ps, bibtex)

by Craig Silverstein, Rajeev Motwani, and Sergey Brin.
Proceedings of the ACM SIGMOD International Conference on Management of Data, pp. 265 276, Tuscon, Arizona, May 13-15 1997. (abstract, gzipped ps, bibtex). Note a version of this paper has been submitted to Data Mining and Knowledge Discovery.

• For the above two papers, we used the following census data.



## World Wide Web

Research on the Web seems to be fashionable these days and I guess I'm no exception. Recently I have been working on the Google search engine with Larr Page.

• The Anatomy of a Large-Scale Hypertextual Web Search Engine

by Lawrence Page and Sergey Brin.
Submitted to WWW7.

• **PageRank, an Eigenvector based Ranking Approach for Hypertext**

by Lawrence Page and Sergey Brin.
This is work in progress which we intend to submit to SIGIR '98.

 ## GNAT's

This project involved indexing multidimensional data for near-neighbor searches. The kind o applications I envision are identity comparisons, information finding, molecular biology, ...

• Near Neighbor Search in Large Metric Spaces

by Sergey Brin.
We introduce a new data structure for near-neighbor searches which is well suited for high-dimensional or "large" metric spaces.
VLDB '95 : proceedings of the 21st International Conference on Very Large Data Bases, Zuri Switzerland, Sept.
11--15, 1995, pp. 574-584, Morgan Kaufmann Publishers, 1995.
(postscript, html, bibtex )

## COPS

I worked on a project with Hector Garcia-Molina involving automated detection of copyright





Larry (Lawrence) Page
Ph.D. Student
Computer Science Department
Stanford University





Member of Terry Winograd's Project on People, Computers, and Design.

Currently working on <u>Google</u>, a search engine for the Web. Papers and a demo are available off this page.



**email:** <u>page@cs.stanford.edu</u>

**office:** Gates 360



**phone:** home (415) 497-2000
work (415) 723-3154

**mail:** Department of Computer Science

Gates Building Room #360
Stanford University
Stanford, CA 94305-2140



# Exhibit 45

# google.stanford.edu

# May 2, 1998

**Search The Web** (type only necessary words): [                    ]

[10 results ▼] [clustering on ▼] [ Search ]

Current Repository Size: ~25 million pages (searchable index slightly smaller)

### Research Papers about Google and the WebBase

# Credits

Current Development: Sergey Brin and Larry Page
Design and Implementation Assistance: Scott Hassan and Alan Steremberg
Faculty Guidance: Hector Garcia-Molina, Rajeev Motwani, Jeffrey D. Ullman, and Terry Winogra
Equipment Donations: IBM, Intel, and Sun
Software: GNU, Linux, and Python
Collaborating Groups in the Computer Science Department at Stanford University.: The Digital Libraries Project, The Project on People Computers and Design, The Database Group, The MIDAS Data Mining Group, and The Theory Division
Outside Collaborators: Interval Research Corporation and the IBM Almaden Research Center
Technical Assistance: The Computer Science Department's Computer Facilities Group, Stanford's Distributed Computing and Intra-Networking Systems Group

Note: Google is research in progress and there are only a few of us so expect some downtimes and malfunctions. This system used to be called Backrub.

**New!** Wonder what your search runs on? Here are some pictures and stats for the Google Hardware

1. This new index contains only a very limited number of international pages because we do not want to congest busy international links.
2. When no documents match your query, the system will return 20000 random web pages.
3. For improved speed, try to avoid common words unless they are necessary, and use as few search terms as possible.

**Before emailing a question please read the FAQ. Thanks! We can be reached at google@google.stanford.edu and we appreciate your comments.**

**Subscribe to google-friends**

This is a moderated list with about one message per month

[your e-mail        ]   [ Subscribe ]

FindMail List Archive

A mailing list hosted by MakeList!

# Current WebBase Research Papers

- **The Anatomy of a Large-Scale Hypertextual Web Search Engine**
  by Sergey Brin and Lawrence Page.
  WWW7, 1998 paper
- **Dynamic Data Mining: A New Architecture for Data with High Dimensionality**
  by Sergey Brin and Lawrence Page.
  We describe a new architecture for data mining (sorry not yet available online). It makes use of some of the dynamic itemset counting technology described below.
  Submitted to VLDB '98.
- **The PageRank Citation Ranking: Bringing Order to the Web**
  by Lawrence Page, Sergey Brin, Rajeev Motwani, and Terry Winograd.
  Work in progress.
- **Computing iceberg queries efficiently.**
  by Shiva Narayanan and Hector Garcia-Molina.
  Submitted to VLDB '98.
- **Efficient Crawling Through URL Ordering**
  by Junghoo Cho, Hector Garcia-Molina, and Lawrence Page.
  WWW7, 1998 paper

---

*Sergey Brin*

# Exhibit 46

Case 9:05-cv-80387-KLR    Document 10    Entered on FLSD Docket 08/31/2005    Page 267 of 319



## Suite101.com
**Real People Helping Real People**

SEARCH

**HOME**  **MY STUFF**  **FUN STUFF**  **FUNCTIONS**  **WHAT'S NEW**  **CHAT**    **LOGIN**  **LOGOFF**  **JOIN SUITE**

Home : Computers and Internet : Internet /WWW :

# Search and Metasearch Engines

by Paula Dragutsky ✉ ⌂

- Welcome
- Articles
- Links
- Discussions





< Previous Article | Next Article >

# Reviews of Three Up-And-Coming Search Engines - PlanetSearch, Google, and GoTo.com

In the split-second world of the Internet, search engines like Yahoo and Alta Vista, founded in 1994 and 1995, are considered "established" and past their youth. New search engines are continually being created, and it's safe to assume that many of them won't survive. Three that seem to have good prospects for commercial success are PlanetSearch, Google, and GoTo.com.

Author
**Paula Dragutsky**

Published
**July 10, 1998**

These three search engines were founded in 1997, and all were developed to be extremely easy to use. However, the similarities between them end there. Their goals and approaches to searchers are very different.

## PlanetSearch - MAKING LIFE EASY ON THE INTERNET

**Overview: PlanetSearch's**
(http://web.archive.org/web/20000304001937/http://www.planetsearch.com)/ stated aim is to make life easier on the Internet. And its very simple search options and clear design go a long way toward fulfilling this goal.

Searching is fast, and results for the searches that I did were fairly comprehensive and above-average in relevance. Of course, if you want to limit your search results (e.g. to date ranges, images, countries, etc.), it's best to use a search engine with a more complex search system.

The main search page at PlanetSearch looks like a less cluttered version of the older search engines. It offers several special features, including **finance**, **weather**, and **directories**.

**Directories:** The directories feature is especially comprehensive and includes U.S. and Canadian white pages, international white pages, yellow pages, worldwide e-mail, companies online, government pages and personal web pages. The government directory gives you the names (with links) of your state and U.S. elected officials.

Case 9:05-cv-80387-KLR   Document 10   Entered on FLSD Docket 08/31/2005   Page 268 of 319

**Hotlinks:** There's a helpful subject directory of recommended web sites called Hotlinks which is much less extensive than the directories provided in the major search engines. Listings for the recommended sites include only their names with no accompanying description.

**Search System: PlanetSearch** gives you two search alternatives. You can simply enter your search words to retrieve results containing all or some of your search terms. Or you can precede a search word with a plus sign to require that the word appear in each result.

In addition, for each result, you can elect to have the system search for similar items.

**Results:** Results are presented in a format that's easy to read, and includes title, description, URL, date, and number of words. Relevance ratings are given in a color-coded bar next to each result.

You can preview each item resulting from your search without leaving **PlanetSearch**. The preview option shows you only the text of the item and not the graphics, though. The idea of previewing is a valuable one, but it's done better in HotBot where you're shown both text and graphics.

## GOOGLE - IMPROVING THE RELEVANCY OF RESULTS

**Overview:** Despite a name that sounds like a baby babbling, **Google** (http://web.archive.org/web/20000304001937/http://google.stanford.edu)/ is all business. (The name Google is actually derived from the mathematical term googol meaning $10^{100}$. Please don't ask me to explain.)

It was created at Stanford University where it's still considered "research in progress." Its goal is to improve the relevancy of results returned by search engines.

**Only One Search Operator:** Google employs only one search operator and no search menus, yet often proves adept at coming up with the type of results I was looking for. However, it's not the best choice for doing highly specialized searches.

Google is still a relatively small search engine (25 million web pages indexed as compared with Alta Vista's 110 million), but it usually returned a greater number of results than its size would suggest.

**Search System:** For most searches, simply enter your search words or phrase in the search box. If you type in more than one word, **Google** *searches for the phrase first*, and then the individual words.

The system automatically assumes that you require each item to include all your search terms. Google searches only for the form of the word you enter. (It won't automatically search for plurals, past tense, etc.)

You can force Google to search for common words which it would usually ignore (e.g. with, the) by putting the plus sign in front of them. This is especially useful in searching for phrases (e.g. **Gone +With +The Wind**).

**Linked Web Pages:** For each result, you're given the option of retrieving all the web pages that link to it.

**Results:** Results include title, URL, when the item was cached (indexed) by **Google**, and whether or not there's a phrase match. Also included are page rank (related to websites that link to the item) and relevance ratings.

Google gives you the opportunity to go straight to your first result without even seeing the whole list by selecting the *I'm feeling lucky* button near the search box.

## GoTo.com - A REVOLUTIONARY CONSUMER SEARCH ENGINE

**Overview: GoTo.com** (http://web.archive.org/web/20000304001937/http://www.goto.com)/ is revolutionary in the search engine business, not because of its search algorithm, but because of the way web sites get listed in it. Web site owners are required to pay to have their site listed in GoTo.com.

**Bidding On Search Words:** In addition, site owners bid on search words that are relevant to their site in order to be listed toward the beginning search results. Since most people don't look past the first page or two of results, an early placement is especially important to companies trying to sell something on the Web.

**You And I Predicted To Benefit:** According to GoTo.com's developers, paid listings will result in high-quality, relevant web sites appearing among the first results.

As far as I know, GoTo.com is the only search engine that charges for listings. Until now, webmasters have used various tricks (coding invisible keywords in their articles, duping the engine into repetitive listings, etc.) to get advantageous placements, but they haven't been given the option to buy their position.

**Search System: GoTo.com's** design and search system make it impossible to get confused. The home page contains only a search box - no special features, news, etc. *There's only one way to search - enter the terms you're looking for in the search box. That's it!*

Searching is speedy and result relevance is comparatively good. At this time only a small percentage of the items in GoTo.com's system are paid for. It's non-paid web pages come from Inktomi's crawler.

**Cost Per Web Page Visit Displayed:** Even at this early stage in GoTo.com's development, many search words will retrieve paid for web sites among the first few results. Each of these results displays how much the advertiser is paying per visit for his position on the list.

**Results:** The title, fairly full description and URL are given for every result.

*More articles are available about search and metasearch engines.*

*In fact, there are great articles and links for over 400 different topics offered by Suite 101. Check it out!*

< Previous Article | Next Article >

# Exhibit 47

A children edutainment book : Googles and the Planet of Goo

http://www.googles.con







The First Chapter

Googles' Story

Googles' Earth Landing

Solar System

Articles

Order

OFFICIAL milllennium present

dictionary-appendix

| | Enter |

1354

**sales@googles.com**



Exhibit 48

# California Business Portal

Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of APR 22, 2005 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| GOOGLE TECHNOLOGY INC. | | |
| **Number:** C2119530 | **Date Filed:** 9/4/1998 | **Status:** merged out |
| **Jurisdiction:** California | | |
| Address | | |
| 2400 BAYSHORE PKWY | | |
| MOUNTAIN VIEW, CA 94043 | | |
| Agent for Service of Process | | |
| DAVID C DRUMMOND | | |
| 2400 BAYSHORE PKWY | | |
| MOUNTAIN VIEW, CA 94043 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# Exhibit 49

Inter@ctive Week: Google On Searching: Do It Fast                                   Page 1 of 2



Pick a site or topic:

Reviews | News | Downloads | Shop | AnchorDesk






Build Your Micron
Choose your system



Free membership!

Search

**News & Views**
Home
News Scan
Opinion
Special Reports
@Net Index

**Sections**
B2B
B2C
Infr@structure
Web Computing
Communications
Strategy & Policy



**E-Mail Alert**
Enter e-mail





**9.9%**

**Related Sites**
Investor
PC Week
Sm@rt Reseller
ZDNN

## NEWS

**INTERACTIVE WEEK ONLINE**

# Google On Searching: Do It Fast
By Kimberly Welsul
May 10, 1999 8:41 AM ET

Yahool's founders have said time and again that the goal of their company is to be the one place anyone can go to to find or get connected with anyone or anything.

Google's founders have added a new twist to searching the Net: Do it quickly.

"Our goal is not to maximize the amount of time a user spends on our site," said Sergey Brin, one of Google's co-founders. Google users have the choice of ordering a full search or clicking on an "I Feel Lucky" button, which will take them directly to the first match - without first presenting the full list of matched sites. Search results are listed under a banner that tells the users not only how many matches were found but also how much time the search took, down to one-tenth of a second.

Brin thinks the search engines of yore - now known as portals - were led astray by their focus on page views. "Page views are a red herring," he said. "You can't sell ads based on chat page views. The search page views are the ones that make the most money, because they're very well-targeted." Brin is adamant that he's focusing on search - and only search. "We want to be the Dolby of search," he said.

Google started out as a research project when Brin and his co-founder, Larry Page, were graduate students at Stanford University. Technically, they still are enrolled at Stanford, but they are on a one-year leave of absence. The pair was interested in downloading the link structure of the Internet and "seeing what we could do with it," Brin said.

The result is a search engine that aims to rank every page on the Internet in order of importance. A page's importance is determined partly by the number of other links that point to it. The Yahool home page gets a high rank because hundreds of thousands of links point to it. The Google search engine uses other tricks, such as assigning a page higher ranking if the search term appears in a heading rather than in a footnote.

**Top News**
Updated July 26, 1999
6:11 PM ET

▶ NSI Launches Search Engine
▶ ECredit Speeds Up E-Business
▶ Panja Plans Killer Broadband Play
▶ IBM Falls Hard For Linux
▶ Microsoft To Revitalize MSN Service
▶ IPass Promises VPN Lab, Guarantees

E-mail this!
Print this!

**Investor**

Ticker(s)

| Symbol | Last | Change |
|--------|------|--------|
| Dow | 10863.16 | -47.8 |
| Nasdaq | 2619.19 | -73.21 |
| @Net | 281.19 | -13.87 |

7/26/99 4:01:00 PM EDT
Data delayed at least 20 minutes

**Investor News**

7/26/99 8:30:18 PM PT

• Talk.com delivers strong 2Q results
• eBay hurdles estimates in second quarter
• Another strong quarter for Remedy
• Roundup: Online revenue boosts Cheap Tickets past 2Q forecasts
• MARKET CLOSE: Internet stocks take a beating
• 2HRS2GO: 3DO ready to grow

Inter@ctive Week: Google On Searching: Do It Fast                    Page 2 of 2

Brin said it wasn't clear at first that Google should
become a for-profit enterprise. Existing navigation
tools have de-emphasized search, he said. But with
angel funding from Sun Microsystems founder Andy
Bechtolsheim and others, Google is looking to hire up
to 20 people who hold doctorate degrees to work on its
search service; it has more than 100 computers
working in its network facility. "Turning this into a
company has allowed us to push a lot of resources at
the problem," Brin said.

It also led to their adoption of "Google" as the
company name. A "googol" is a one followed by one
hundred zeros; the term captures the founders' goal of
bringing a lot of information to Web users. But
Googol.com already had been registered, and Brin
said the word "googol" could not be trademarked.

## Sponsored Links

IT Pros ComputerJobs.com: The Employment Web site For IT Pros!
Order Now Windows 2000 Corporate Preview Program
FREE TRIAL HotOffice Intranet - Anytime Anywhere Officing™
Very Cool Wired Home Intro Kit - X10.com
Books All New York Times Bestsellers now 50% off!
Great PCs Buy your Dream PC at Micronpc.com. Click here!

## ZDNet Featured Links

Freebies 50 FREE downloads - utilities, screen savers and more!
Shop Smart Compare prices on over 7,000 computer products & save
Cool Stuff Our guide to the greatest gizmos and gadgets:Equip!

## Magazine Offers

Free Tour Try Yahoo! Internet Life magazine and get a FREE CD-ROM

 Reviews | News | Downloads | Shop | MyZDNet | Games | ZDTV | Forums
AnchorDesk | PC Magazine | PC Week | Help! | Yahoo! Internet Life

HOME | FREE MEMBERSHIP | CONTACT ZD | AD INFO | ZIFF-DAVIS

Use of ZDNet is subject to certain Terms & Conditions.
Please read ZDNet's Privacy Statement (reviewed by TRUSTe).

Copyright (c) 1999 ZDNet. All rights reserved. Reproduction in whole or in part in any form or medium
without express written permission of ZDNet is prohibited. ZDNet and the ZDNet logo are trademarks of
Ziff-Davis Inc.

# Exhibit 50

APPLICATION TO REGISTER TRADEMARK AND SERVICE MARK
ON PRINCIPAL REGISTER

BASIS OF APPLICATION:  INTENT TO USE (SECTION 1(b))

MARK: GOOGLE

INTERNATIONAL CLASS:  9 AND 42

Applicant:                  Google Inc.,
                            a California corporation

Address of Applicant:       Gates 360
                            Computer Science Department
                            Stanford, CA  94305


TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:


The applicant identified above has a _bona fide_ intent

to use in commerce the mark shown in the accompanying

drawing for the following goods and services:

International Class 9:

> Goods:    computer hardware; computer software for
>           searching, compiling, indexing and organizing
>           information within individual workstations,
>           personal computers or computer networks;
>           computer software for electronic mail and
>           facilitating workgroup communications over
>           computer networks; computer software for
>           creating indexes of information, web sites
>           and other resources

---

**CERTIFICATE OF EXPRESS MAIL**
UNDER 37 C.F.R. $1.10

Express Mail Label No. EL106956928 US   Date of Deposit 9-16-98

I hereby certify that this paper or fee is being deposited with the
United States Postal Service "Express Mail Post Office to Addressee"
service under 37 C.F.R. $1.10 on the date indicated above and is addressed
to the Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA  22202-3513.

_Lisa M. Davis_
Signature

Lisa M. Davis
Print Name

**75554461**

1/0   490361

International Class 42:

Services: computer services, namely, on-line personalized
information services; information extraction and
data mining; providing access to proprietary
collections of information; creating indexes of
information, web sites and other information
sources; providing information concerning a wide
range of text, electronic documents, databases,
graphics and audiovisual information; providing
electronic mail and workgroup communications
services

The applicant requests that the mark be registered in

the United States Patent and Trademark Office on the

Principal Register established by the Act of July 5, 1946.

The mark will be printed on labels applied directly to

the goods, printed on containers of the goods, displayed on

screen during operation of the software, printed on

advertising and promotional materials associated with the

services, displayed on signs advertising or otherwise

associated with the services, or used in other ways

customary to the trade.

Please include Attorney Docket Number TM1001 on all

future communications regarding this application and address

all communications regarding this application to the

applicant's attorneys at the following address:

Andrew P. Bridges
Harold J. Milstein
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

SLD::ODMA\MHODMA\PALib1;950732;1

**75554461**

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application and of any registration resulting therefrom, declare that I am Chief Executive Officer, Chief Financial Officer and Assistant Secretary of the applicant corporation and authorized to execute this instrument on behalf of the applicant; I believe the applicant to be the owner of, or if filed under Section 1(b), is entitled to use in commerce the mark sought to be registered; to the best of my knowledge and belief, no other person, firm, corporation or association has the right to use the mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; all statements made of my own knowledge are true; and all statements made on information and belief are believed to be true.

Dated: 9/15 , 1998          Google Inc.

                              By _____
                                 Larry Page
                                 Chief Executive Officer,
                                 Chief Financial Officer
                                 and Assistant Secretary

75554461

Exhibit 51

TechSightings - Daily, High-Tech Web Sights                    wysiwyg://726/http://www.techsightings.com/cgi-bin/ts_review



SAAB ACROSS THE WEB?

# TechSightings
### Daily Reviews of the Best High-Tech Sights on the Net!



Home || Submit || Credits || Hardware || Software || News/Info || Careers
Math/Science || Programming || Web Building || Square Pegs

◄PREV                 **Thursday - 18/Feb/1999**

**Google Takes the Web by Storm**

A couple of Stanford students have created a new WWW search engine that is already hugely popular even though it isn't 100 percent public yet. It's getting all kinds of happy press coverage. And even though this new search engine's crawler is already a few months behind, the new search engine is yards better than the ones that were already out there. Familiar story? Yep. But Google is far more elegant than its famous predecessor, Yahoo!

I am going to admit that I am one of world's many Google fans. I like a search engine that's fast, simple, and doesn't have a front page crudded up with portal features. When I want to find something, I don't want to scrounge through "my" Yahoo, get hounded to sign up for free Netscape e-mail, join a What-U-Seek chat or send a Lycos love note to my sweetie. I just want to type in my keywords and get a list of relevant Web sites.

I have been using Google since I got their first "Hi! We're here!" press release about two months ago. I held off on writing this review for two reasons:

1) Everyboby else was already writing about Google.
2) I was afraid it would get too popular too fast.

Have you ever found a nice little neighborhood restaurant, liked it, and told a few friends about it



**QUICK SEARCH**
ADVICE,
SOLUTIONS,
KNOWLEDGE.





Reallybig.com is the COMPLETE RESOURCE for all web builders! This award-winning site is really big, with more than 1000 links to sites of specific interest to web builders.

Included are the best places to find free clipart, animations, backgrounds, icons and buttons, as well as huge amounts of information about counters, cgi, Java, icons, promoting your site, and much more.

Reallybig.com is for ANYONE who wants to develop pages on the Internet, from beginner to experienced

1 of 5

TechSightings - Daily, High-Tech Web Sights                              wysiwyg://726/http://www.techsightings.com/cgi-bin/ts_review.



restaurant, liked it, and told a few friends about it, only to find, a month later, that so many people had told a few friends about it that it suddenly got overcrowded -- and both the service and food had dropped in quality?

Nothing can kill a restaurant faster, in my experience (to which my large potbelly is testimony) than a spate of favorable publicity. Same with search engines. So here's poor little Google, still in Alpha, already getting buzz all over the place.



For an example of what's going on at this (deservedly) popular but soon - to - be - overwhelmed site, take a look at their submit URL page. It says, "...it may be quite a while before we get around to your page." Elsewhere on the site, the word "months" is used.

Oh, well. I'll keep on using Google even so. Most other search engines are just as far behind, and Google gives me more relevant, better-ranked results than any of the others, with less fuss and hoohoo.

**Check it out**

**Comments: (Click here to refresh)**

2/18/99 11:23 AM

PC Magazine: Top 100 Web Sites

wysiwyg://1144/http://www.zdnet.com/pcmag/special/web100/67.html

  



**Search Engines**

## Google!



# Google!

Here's your chance to search the Web and participate in high-level academic research at the same time. Google! is a Stanford University project designed to find the most relevant Web pages (those with the most inbound links) and run searches against them. The 25 million pages currently catalogued seem to be good choices; the site has an uncanny knack for returning extremely relevant results. There's much more to come at Google!, but even in its prototype form it's a great search engine.

**google.stanford.edu**

HotBot▶

JUMP TO:

| Top 100 Web Sites | ▼ | GO |

1/12/99 5:05 PM

Google!                                                                    Page 1 of 3





Free membership!

  Pick a site or topic:        Reviews | News | Downloads | Shop | AnchorDesk



**Search**



**Highlights:**

- Introduction
- Kids' Search Sites
- News Search Sites

**Read Reviews:**

- A Tool for Every Task
- AltaVista
- Ask Jeeves for Kids
- Disney's Internet Guide
- Dow Jones Interactive
- Electric Library Personal Edition
- Excite
- Excite News
- GoTo.com
- Google!
- HotBot
- Infoseek
- LookSmart
- Lycos
- Lycos SafetyNet
- MSN Web Search
- NewHoo!
- NewsEdge NewsPage
- Northern Light
- Northern Light News
- WebCrawler
- Yahoo!
- Yahoo! News
- Yahooligans!

# Google!

By *Breck Witte*, PC Magazine

**November 19, 1998 google.stanford.edu**

Searching the Web has increasingly become a two-stage process—execute a search, then wade through the results trying to find what you're actually looking for. Google!, an ongoing research project at Stanford University, helps you access the most relevant finds more quickly, and rivals Yahoo! for finding that handful of key sites you may be looking for.

The site's unique PageRank function indicates how many Web pages point to a particular document. Google! uses PageRank to decide which documents in the result set you might want to see first. For example, when searching for the National Institutes of Health, we entered the acronym NIH, and the NIH home page appeared at the top of our list. Google! is so confident that it includes an "I'm feeling lucky" button that retrieves Google!'s top pick for your search.

Google!'s large collection of cached pages is equally useful. We found ourselves visiting a document's cached page to assess its relevance, then linking to the live page for time-sensitive information.

If you're used to performing complex Boolean searches, you'll find Google!'s search capabilities limiting. It really offers only simple keyword searching. The ability to truncate search terms would be a welcome addition to this promising new site.

**Next >**
HotBot

**ZDNet Auctions**
- Complete auction list

**Company Info**
- _No Company

  **Easy print**

**E-mail this story**

**Hands-On**
Stay on top of all the latest product announcements with *Hands-On*, Bill Machrone's free e-mail alert.



Read Bill's latest

**< Previous**
GoTo.com

**Next >**
HotBot

Also on ZDNet: 6th Annual Shareware Awards



Computer Select. August 1999



PC Magazine  Dec 1, 1998 p205(1)

## Google!(Internet/Web/Online Service Information
(Brief Article)

**Author**
   Witte, Breck

**Full Text**
   google.stanford.edu Searching the Web has increasingly become a two-stage process--execute a search, then wade through the results trying to find what you're actually looking for. Google!, an ongoing research project at Stanford University, helps you access the most relevant finds more quickly, and rivals Yahoo! for finding that handful of key sites you may be looking for.

   The site's unique PageRank function indicates how many Web pages point to a particular document. Google! uses PageRank to decide which documents in the result set you might want to see first. For example, when searching for the National Institutes of Health, we entered the acronym NIH, and the NIH home page appeared at the top of our list. Google! is so confident that it includes an "I'm feeling lucky" button that retrieves Google!'s top pick for your search.

   Google!'s large collection of cached pages is equally useful. We found ourselves visiting a document's cached page to assess its relevance, then linking to the live page for time-sensitive information.

   If you're used to performing complex Boolean searches, you'll find Google!'s search capabilities limiting. It really offers only simple keyword searching. The ability to truncate search terms would be a welcome addition to this promising new site.

   Click "I'm feeling lucky" and get sent directly to the number-one hit for your query. It's not luck, it works.

   Google! has cached many pages in its database for a quick look to make sure it's want you wanted.

**Topic**
   Internet/Web search service

**Record #**
   53 157 801



COPYRIGHT 1998 Ziff-Davis Publishing Company

 

# Counting Clicks and Looking at Links

*From The Search Engine Report*
*August 4, 1998*
*(a longer version is available to site subscribers)*

At their core, the major search engines use what I call the
location/frequency method of determining relevancy. For example, search
for "bill clinton," and most will return pages primarily ranked by where
and how often those words appear in each document.

To be more specific, a page titled "Bill Clinton's Life" is likely to be
considered more relevant than others where the title tag doesn't mention
the US president's name. That's an example of how the location of a term
can be important. Similarly, a page that repeatedly mentions Bill Clinton
probably will get more of a boost than a page with only one reference.

I'm grossly over simplifying the process, of course. Location and
frequency are not the only factors used. Each search engine has a blend of
techniques that go into their algorithms. But location and frequency have
tended to be the dominant factors.

Some new techniques may be about to change that. The idea of leveraging
links as a means to improving results is making a comeback. And later this
month, one search engine is going to enhance its service with Direct Hit,
which taps into user feedback to improve relevancy.

Direct Hit works in the background, quietly watching what users search
for, then recording which pages they visit from the "normal" search
results. Over time, it develops enough data to know which pages are
popular and which aren't.

To use this information, a user selects the Direct Hit option, which will
likely appear above the regular search results. This will bring up Direct
Hit's own list of what's relevant, where pages are ranked by user
popularity.

The system is ideally suited to general queries of one or two words, which
are common on the major services. A suggestion to try Direct Hit will
probably only appear in response to short queries like these, similar to how
the RealNames option appears only for queries of three words or less at
AltaVista. The Direct Hit option will also only appear if enough data on a
term has been gathered.





Some problems immediately come to mind. Spamming is foremost. Can site owners simply click their pages to the top? The chief defense against this is the sheer amount of data that Direct Hit samples, which makes it hard to skew things. Those attempting to do so are likely to spotted. There are also some other tricks Direct Hit has to help control spamming.

Another problem is the fact that many users don't search deep. "Only about 7% of users really go beyond the first three pages of results," says Gary Culliss, Chairman and Founder of Direct Hit. How can the system bring the good stuff to the top if users never dig initially to find it?

"All it takes is one person to find something buried deep in the results list to start its movement upward where it can be viewed by other searchers and boosted further in its ranking," said Culliss.

In fact, top listed sites that are not visited can move down in the Direct Hit ratings, while sites buried in the results enjoy a significant boost if someone drills down and selects them.

"You can view it in the negative sense of whatever people pass over gets moved down, or in the positive sense of whatever they click on moves up," Culliss said.

I ran some quick comparisons of Direct Hit against results from the search engine it will soon appear on. All results were at least a little better, and with some queries, they were dramatically improved. A search for "microsoft," for example, put the company home page, the Internet Explorer page and a software download page at the top.

I've no doubt Direct Hit will be popular as a supplement, and not necessarily just on one search engine. The company is talking with other players and positioning its technology as a non-exclusive addition that any of them can use.

While Direct Hit leverages humans directly, Clever leverages them indirectly, via the links they create.

You may have heard of Clever through some scattered press coverage recently given to its core technology, HITS. HITS stands for Hypertext-Induced Topic Search, and it was developed by Cornell University researcher Jon Kleinberg, while he was a visiting scientist at IBM's Almaden Research Center.

IBM has expanded and enhanced HITS into Clever, a system that ranks pages primarily by measuring links between them.

The process starts by collecting a set of pages relevant for a particular term. For example, Clever might send a query to AltaVista for "bill



Counting Clicks and Looking at Links                                    Page 3 of 6

clinton" and then retrieve the top 200 pages listed. Next, Clever gathers all the pages that the initial 200 link to, plus any pages on the web that link to them.

The result is a set of a few hundred to a few thousand pages, which Clever ranks by counting links. Pages in the set with the most links pointing at them get the best scores, but only initially.

"Links have noise, and it's not always clear cut which pages are best," said Kleinberg. "We wondered, was there a way to get some sort of consensus out of the links?"

The solution is to recalculate the scores, this time letting links from important pages carry more weight. To paraphrase Animal Farm, all links are created equal, but some are more equal than others.

Picture it in real life. A link from a page within Yahoo should mean more than a link from someone's personal page, since the criteria to be listed is much higher. Likewise, links from other "important" sites should carry more weight.

The challenge is helping the algorithm understand what pages are "important." That's where the initial ranking comes in. Pages with the most links are established as most important, and during the recalculation, their links transmit more weight.



This produces a completely new set of scores and even allows for situations where a page with only one link to it could do better than another with two links, if that single link is from a very important page.

Repeating this recalculation a number of times further refines scores. Nor does Clever stop there. A series of other tweaks are also made to help improve relevancy.

A key component is to consider text within and near the link. If the actual search term appears, then that link transmits more weight to the page it points at. Clever also discounts the weight of links between pages at the same web site.

The end result of this is a list of top ranked pages. However, IBM doesn't see Clever being used to provide real-time search results in response to queries. Instead, they feel the value will be to create constantly refreshed lists of relevant pages for categories.

Specifically, imagine the situation at Yahoo, where there are thousands of different subjects. Clever researchers believe their technology could be used to populate these categories with minimal human assistance. Give Clever a few terms relevant to the subject, and it will leverage links to fill the category with best pages on the web.


Counting Clicks and Looking at Links

Page 4 of 6

"You don't have to have an army of ontologists to stay current," said Prabhakar Raghavan, a researcher on the Clever project.

So how good are the results? The system isn't available for testing outside of IBM's firewall, but in a recent study IBM conducted, Clever's results were as good or better than Yahoo's results 81% of the time.

That's IBM's research, of course, but I think it's pretty trustworthy. One need only look at Google to see how effective links can be in improving relevancy.

The last time some students at Stanford University got involved with categorizing the web, it turned into a little site you may have heard of called Yahoo. That alone makes me surprised someone hasn't yet swooped in to carry off Google developers Larry Page, Sergey Brin and Craig Silverstein into portal heaven. Even more so is the fact that the engine they've put together is really good and even has a catchy name.

Google is an experimental search engine that, like Clever, uses weighted link popularity as a primary part of its ranking mechanism. Each page has a rank, based on the number of other pages linking to it and the importance of those pages. Importance, as with Clever, is derived from an overall link count.

Google also makes extensive use of the text within hyperlinks. This text is associated with the pages the link points at, and it makes it possible for Google to find matching pages even when these pages cannot themselves be indexed.

An important difference from Clever is that Google actually crawls the web itself, rather than analyzing a core set of pages from another search engine. Thus, its results should be more comprehensive. Over 25 million pages have been indexed, and the goal is to gear up toward 100 million or more.

Google also provides some ranking boosts on page characteristics. The appearance of terms in bold text, or in header text, or in a large font size is all taken into account. None of these are dominant factors, but they do figure into the overall equation.



So how about the results? I think many people will be pleased, especially for the ever-popular single and two-word queries. A search for "bill clinton" brought the White House site up at number one. A search for "disney" top-ranked disney.com, and sections within it like Disney World, the Disney Channel, and Walt Disney Pictures. Yet interesting alternative sites, such as Werner's Unofficial Disney Park Links, also made it on the list.



Counting Clicks and Looking at Links

Will Google be going commercial? Page has no opposition to it, but said there's no particular hurry.

"We're Ph.D. students, we can do whatever we want," he said. And what they want is to find the right partners to let them focus on improving relevancy. "I'd like to build a service where the priority is on giving users great results," Page said.

If you pay a visit, don't be frightened by the interface. One thing Google needs is a good facelift. Relevancy scores and other extraneous information can obscure the actual listings -- but I did say this was an experimental service, right?

The value of links hasn't been lost on the major search engines, of course. Infoseek chairman Steve Kirsch recently said that link data was a core component of his service's new retrieval algorithm. And Excite has long made use of link data as part of its ranking mechanism.

"Most in the industry would recognize that the links pointing into a site give you a fair idea of the visibility of the site and its prominence," said Excite search product manager Kris Carpenter.

It's likely that there will continue to be a growing emphasis on non-traditional data such as links and user feedback to make sense of the web, as opposed to just the words on the page. It's essential in a web universe where the text on some pages cannot be trusted, and where other pages cannot be indexed at all.

**Direct Hit**
http://www.directhit.com/

**Clever**
http://www.almaden.ibm.com/cs/k53/clever.html

**Google**
http://google.stanford.edu/

**Google WebBase Research Pages**
http://google.stanford.edu/google_papers.html

Those interested in how to build a search engine will enjoy this goldmine of information. Be warned -- it's all highly technical.

 

or use the site map if you can't run JavaScript.
You may also search the site.

Enter your e-mail address to receive
the Search Engine Report each month



Exhibit 52

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK EXAMINING OPERATION

| | |
|---|---|
| Application Serial No.: |  |
| Mark: | **GOOGLE** |
| Filing Date: | September 16, 1998 |
| Class: | International Class 42 |
| Applicant: | Google Inc. |
| Attorney Reference Number: | 21622-TM1002 |

75978469



FOR REFERENCE ONLY

Box ITU FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

### AMENDMENT TO ALLEGE USE UNDER 37 C.F.R. § 2.76, WITH DECLARATION

Assistant Commissioner:

The applicant requests registration of the above-identified trademark in the United States

Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15

U.S.C. 1051, et seq., as amended).

The applicant is using the mark in commerce in connection with the services identified in the

application.

The mark was first used at least as early as September, 1997; was first used in interstate

commerce at least as early as September, 1997; and is now in use in such commerce.

---

CERTIFICATE OF MAILING UNDER
37 C.F.R. §1.8(a)

I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to the Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA 22202-3513, on:

Suet W. Tam

Print Name

_Signature_

March 15, 1999

Date of Deposit

3-15-99

Date

---

C:\NRPORTBL\PALIB1\SLD\1006269.1

FOR REFERENCE ONLY

Three specimens showing the mark as actually used accompany this Amendment to Allege Use.

The mark is displayed on screen in conjuntion with the services.

The applicant encloses a check made payable to the "Commissioner of Patents and Trademarks" in the amount of $100.00 as the fee for this filing.

Please use Attorney Docket No. 21622-TM1002 when referring to this application and address all communications regarding this paper and the application to the applicant's attorneys at the following address:

Andrew P. Bridges
Harold J. Milstein
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, CA  94304-1050
(650) 493-9300

- - - - - - - - - - - - - - - - - - - - - - - - - -

Exhibit 53

FOR REFERENCE ONLY

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declare that I am properly authorized to execute this Amendment to Allege Use on behalf of the applicant; I believe the applicant to be the owner of the mark sought to be registered; the mark is now in use in commerce; and all statements made of my own knowledge are true and all statements made on information and belief are believed to be true.

Date: 3/9/ _____, 1999

Google Inc.

By _____

Larry Page
Chief Executive Officer, Chief Financial
Officer and Assistant Secretary

C:\NRPORTBL\PALIBI\SLD\1006269.1

Exhibit 54

# California Business Portal

**Secretary of State BRUCE McPHERSON**

**DISCLAIMER:** The information displayed here is current as of APR 22, 2005 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| GOOGLE INC. | | |
| **Number:** C2430708 | **Date Filed:** 9/23/2002 | **Status:** active |
| **Jurisdiction:** California | | |
| **Address** | | |
| 633 POST STREET #112 | | |
| SAN FRANCISCO, CA 94109 | | |
| **Agent for Service of Process** | | |
| CALIFORNIACOMPA NY DOCUMENT SYS TEM, INC. | | |
| 1601 CLOVERFIELD BLVD | | |
| SOUTHTOWER 2ND FLOOR | | |
| SANTA MONICA, CA 90404 | | |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# Exhibit 55

bizdev@google.com, 10:30 PM 8/12/2001 -0400, Inquiry!

To: bizdev@google.com
From: "Steven A. Silvers" <sas@theauroracollection.com>
Subject: Inquiry!
Cc: gewrue@aol.com
Bcc:
Attached:

This message is to be kindly directed to Larry Page, if he is currently your CEO or if not, then your current CEO would suffice. My name is Steven A. Silvers, the Director of Creative Development for The Aurora Collection, Inc., and present owner of the URL otherwise known as: www.googles.com. Several years ago I contacted Larry Page to offer to sit down with him and discuss mutual ways we could benefit one another since I have a trademark on the name "Googles" in several areas of commerce, and also registered the "Googles" name prior to the Google search engine name being registered with Internic for use on the world wide web. I never heard back from Larry or anyone else in the google.com organization. Needless-to-say, you organization has grown to be a world recognized search engine and your recent affiliation with Yahoo has made your company virtually a household name among computer savvy researchers around the world. I tip my hat to you for having accomplished this wonderful success. During all of this time, our Googles.com site has likewise prospered. We are now enjoying well over 2 million page visitors per month and an average daily visitor hit of close to 20,000 per day as well. It has been brought to my attention that many of the visitors that have come to our site have come to us by accident while looking for your search engine site. We have been inundated with literally hundreds of e-mail inquiries a day from google.com visitors looking for your site and requesting info from us regarding your site. We have, up until, recently, been kind enough to refer these researchers to your site by individually answering them, one by one, and telling them where they need to go. As we continue to grow, I'm sure the confusion will grow. I am equally sure that many parents, children, and educators alike are also going to www.google.com when they were searching for us at www.googles.com. With our affiliation with the Muscular Dystrophy Association (National) and several multi-media giants looking at our company and our properties, namely our cartoon characters: "The Googles From Goo", we are about to make a lot of noise around the globe. The purpose of this e-mail is to once again inquire with your company as to a feasible way for us to both co-exist in a way as not to further confuse our individual base of visitors and a mutual way to refer them to the proper site should they find themselves coming to google.com when they meant to visit us and vice versa. I would like the opportunity to offer you a viable solution, one that would be mutually beneficial and certainly workable on our end and hopefully equally workable on yours. I would invite you to take a look at our site when you get the chance and then please feel free to contact me at your earliest convenience. You can reach me at: 954-205-4357 or at our toll free number at: 888-888-0740 and asked for me and I'll get back to you right away. Be sure to tell our receptionist that she needs to contact me immediately and she'll be happy to accommodate you. I look forward to speaking with you and until then wish you a GooDay! Sincerely, Steven A. Silvers



More Google: Contact Us

Home

All About Google

**Picture Us**
 Inside Google
 Official Logos
 Holiday Logos
 Fan Logos

**Wear Us**
 Google Store

**Talk to Us**
 Contact Us
 Share Success
 Google Newsletter



*Find on this site:*

[ Search ]

**Google** is located in the heart of Silicon Valley.

Google, Inc.
2400 Bayshore Parkway
Mountain View CA 94043
phone: (650) 330-0100
fax: (650) 618-1499

## Contact us

- Press interview or information requests: press@google.com

- I saw a press mention about Google: mentions@google.com

- We're hiring! Send your resume to jobs@google.com

- Premium Sponsorship advertising: submit your inquiry

- AdWords advertising: submit your inquiry

- Information request for Search Services: submit your inquiry

- Business partnership/technology proposal? bizdev@google.com

©2001 Google - Home - All About Google - We're Hiring - Site Map

Exhibit 56

November/December 2001

# kidScreen®

### About reaching children through entertainment
A Publication of Brunico Communications Inc.

**FEATURE STORIES**

This year's kid promos go under the *KidScreen* microscope

Studios eye kid fantasy lit in the wake of Pottermania

Presenting the first-ever...

# Kids Entertainment Elite Awards

"*KidScreen salutes...*

*KS*

*...2001's top movers and shakers.*"

# PPD

**production,
programming & distribution**

- Loonland gets back to production basics with a four-pack of new shows on the slate
- With an Oscar nomination brewing, Wild Brain shifts into high gear on CGI development
- Webisodes—Web creator Eyepoxy delves into kid content with some edge

## UpNext

### What's developing in kids production

BY MIKE CONNELL

**Mainframe and Tony Hawk grind out toon series deal**

Tony Hawk, who has traditionally shied away from TV development, has signed on with Vancouver-based Mainframe Entertainment to produce a skate-culture CGI series for boys eight to 14. In mid-October, Mainframe and Hawk were still fleshing out the creative concept, but the team is working on pitches in order to bring international and domestic partners on immediately and kickstart the production cycle with a September 2002 air date in mind.

Dan Didio, Mainframe's senior VP of creative affairs, says that the company is working on live-action wrap-around concepts and motion-capture for Hawk's moves, as well as bringing in other extreme sports celebs. The show will feature teen skaters (one an alter ego of Hawk himself) who kick ass in their chosen sport while trying to figure out what's going on with their lives. Twenty-six half hours are planned, budgeted roughly between US$425,000 and US$450,000 each.

Under the full partnership, Mainframe and Tony Hawk will be sharing the licensing and merchandising responsibilities. "Naturally," says Didio, "he has pre-existing relationships, so we'll follow his lead." Hawk's personal fame on the skate circuit has grown worldwide—along with the continued success of his Pro-Skater video game franchise— stretching his popularity beyond North America into Europe, the U.K. and Australia.

**Adventures in winning millions**

L.A.-based DIC Entertainment has partnered with the U.K. creators of *Who Wants to be a Millionaire*, Celador International, to produce, distribute and merchandise an animated adaptation of the hit game show. In *The Adventures of Who Wants To Be A Millionaire? The Animated Series*, the final question has been answered, and millions have been won. The victors take off on exotic journeys, giving viewers a chance to get a look at what happens

when the winners walk out of the studio with money enough to realize their greatest dreams. The host keeps in touch with the characters via the Millionaire Studio Command Center.

Production is slated to start in January, with 26 half hours in the pipeline. Licensed or optioned in more than 100 countries to date, the toon series is budgeted at roughly US$300,000 to US$350,000 per episode.

**The Googles go tube**

A gaggle of characters with a whole whack of grassroots exposure is gearing up for small-screen treatment as 13 half hours of *The Googles* top the development slate at Florida-based Aurora Collection. What are Googles, you might ask? They're a trio of three young aliens who travel to Earth to teach kids how to love, laugh, learn and care for the environment. Targeted at two- to 10-year-olds, *The Googles* will be rendered in 2-D Flash for a per-episode price tag of around US$250,000. Over US$500,000 has been spent on the project so far.

Since Aurora's director of creative development Steven Silvers came up with the concept in the late '80s to entertain his kids, The Googles have generated a fair bit of exposure in other media. They have attracted two million visitors since launching in July on Googles.com, which also features a product range of music CDs, trading cards, T-shirts, caps, stickers and plush toys. A live show tour, coined A CooSical Musical Revue, is tentatively pegged to roll out in the U.S. in six months, and a video project is also being explored. The characters were also recently featured on the Jerry Lewis Labor Day Telethon, and negotiations are underway to put the Googles to work on other fundraising events nationwide at the Muscular Dystrophy Association's 200-plus district offices. KS



DIC taps into game show chic with animated *Millionaire* series

Tony Hawk gives in to TV industry pressure and will develop a toon with Mainframe



Exhibit 57



| Googles | GooMu | x Watch the | GooStuff | GooKids | GooStore | Contact |

**Sale! Buy the new Googles shirts and other cool stuff. Limited time!** click here



⚫ **Listen to Music**

⚫ **Watch Cartoons**

⚫ **Get Free Stuff**

⚫ **Have FUN!**

  



x For Registered Users



Home   The Googles   GooMu   GooToons   GooStuff   GooKids   GooStore   Contact Us

Exhibit 58



# Exhibit 59



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

## Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Apr 27 06:49:19 EDT 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | GOOGLE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Electronic retailing services via computer featuring mouse pads, flashlights, lamps, license plate frames and holders, books, notebooks, pens, greeting cards, stickers, decals, tote bags, duffel bags, backpacks, luggage tags, umbrellas, mugs, tumblers, shirts, t-shirts, modem cords, vests, caps, hats, and other clothing items. FIRST USE: 19990900. FIRST USE IN COMMERCE: 19990900 |
| | IC 009. US 021 023 026 036 038. G & S: Mouse pads, calculators. FIRST USE: 19990731. FIRST USE IN COMMERCE: 19990731 |
| | IC 011. US 013 021 023 031 034. G & S: Flashlights, lamps. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 012. US 019 021 023 031 035 044. G & S: License plate frames and holders. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Books, namely children's books, books on the subject of computers, notebooks, pens, greeting cards, stickers, decals. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 018. US 001 002 003 022 041. G & S: Bags, namely, tote bags, duffle bags, backpacks; luggage tags; umbrellas. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: Mugs, tumblers. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 025. US 022 039. G & S: Clothing, namely, shirts, t-shirts, vests, hats, caps, boxer shorts; children's clothing, namely, t-shirts. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |
| | IC 028. US 022 023 038 050. G & S: sporting equipment, namely, plastic exercise balls. FIRST USE: 19990100. FIRST USE IN COMMERCE: 19990731 |

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | **76314783** |
| **Filing Date** | September 18, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 2004 |
| **Owner** | (APPLICANT) Google Inc. CORPORATION CALIFORNIA 1600 Amphitheatre Parkway Building 41 Mountain View CALIFORNIA 94043 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Julia Anne Matheson |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Exhibit  60

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-08-29 10:24:54 ET

**Serial Number:** 76314783 Assignment Information

**Registration Number:** 2954071 Assignment Information

**Mark (words only):** GOOGLE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-05-24

**Filing Date:** 2001-09-18

**Transformed into a National Application:** No

**Registration Date:** 2005-05-24

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-05-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Google Inc.

**Address:**
Google Inc.
2400 BAYSHORE PARKWAY TRADEMARK DEPT
Mountain View, CA 94043
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 009
Mouse pads, calculators
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

8/29/2005

**International Class:** 011
Flashlights; lamps
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 012
License plate frames and holders
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 016
Books, namely children's books, books on the subject of computers, notebooks, pens, greeting cards, stickers, decals
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 018
Bags, namely, tote bags, duffle bags, backpacks; luggage tags; umbrellas
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 021
Mugs, tumblers
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 025
Clothing, namely, shirts, t-shirts, vests, hats, caps, boxer shorts; children's clothing, namely, t-shirts
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 028
sporting equipment, namely, plastic exercise balls
**First Use Date:** 1999-01-00
**First Use in Commerce Date:** 1999-07-31

**Basis:** 1(a)

**International Class:** 035
Electronic retailing services via computer featuring mouse pads, flashlights, lamps, license plate frames and holders, books, notebooks, pens, greeting cards, stickers, decals, tote bags, duffel bags, backpacks, luggage tags, umbrellas, mugs, tumblers, shirts, t-shirts, modem cords, vests, caps, hats, and other clothing items
**First Use Date:** 1999-09-00
**First Use in Commerce Date:** 1999-09-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

**USPTO Reference Number:** A0001370
**International Registration Number:** (NOT AVAILABLE)
**International Registration Date:** (DATE NOT AVAILABLE)
**Original Filing Date with USPTO:** 2005-04-28
**International Registration Status:** Response To Irregularity Received From Applicant
**Date of International Registration Status:** 2005-08-23
**International Registration Renewal Date:** (DATE NOT AVAILABLE)
**Irregularity Reply by Date:** 2005-10-22

**Madrid History:**
08-25-2005 - 16:00:28 - Irregularity Response Sent To IB
08-24-2005 - 16:37:28 - Response To Irregularity Reviewed And Accepted
08-23-2005 - 20:20:58 - Irregularity Response Received From Applicant
07-25-2005 - 09:09:17 - Irregularity Received From IB
04-29-2005 - 15:37:48 - IR Certified And Sent To IB
04-29-2005 - 10:55:13 - Manually Certified
04-28-2005 - 22:17:54 - New Application For IR Received

**USPTO Reference Number:** A0001371
**International Registration Number:** (NOT AVAILABLE)
**International Registration Date:** (DATE NOT AVAILABLE)
**Original Filing Date with USPTO:** 2005-04-28
**International Registration Status:** Application For International Registration Manually Certified
**Date of International Registration Status:** 2005-04-29
**International Registration Renewal Date:** (DATE NOT AVAILABLE)
**Irregularity Reply by Date:** (DATE NOT AVAILABLE)

**Madrid History:**
04-29-2005 - 15:37:49 - IR Certified And Sent To IB
04-29-2005 - 15:29:00 - Manually Certified
04-28-2005 - 22:18:41 - New Application For IR Received

## PROSECUTION HISTORY

2005-05-24 - Registered - Principal Register

2005-03-22 - Opposition terminated for Proceeding

2005-03-22 - Opposition dismissed for Proceeding

2005-02-10 - TEAS Change Of Owner Address Received

2005-02-10 - TEAS Change Of Owner Address Received

8/29/2005

2004-07-14 - Opposition instituted for Proceeding

2004-07-13 - Opposition papers filed

2004-07-06 - Published for opposition

2004-06-16 - Notice of publication

2004-04-13 - Approved for Pub - Principal Register (Initial exam)

2004-03-30 - Case File in TICRS

2004-03-29 - Petition To Revive-Granted

2003-11-24 - Petition To Revive-Received

2003-11-21 - PAPER RECEIVED

2003-10-29 - Abandonment - Failure To Respond Or Late Response

2003-10-27 - Case file assigned to examining attorney

2003-03-13 - INQUIRY TO SUSPENSION E-MAILED

2002-11-04 - TEAS Change of Correspondence Received

2002-08-15 - Letter of suspension mailed

2002-06-20 - Communication received from applicant

2002-06-24 - Communication received from applicant

2002-06-24 - PAPER RECEIVED

2001-12-20 - Non-final action mailed

2001-12-13 - Case file assigned to examining attorney

2001-12-03 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Julia Anne Matheson (Attorney of record)

ANDREW P. BRIDGES
WINSTON & STRAWN, LLP
101 CALIFORNIA STREET
SAN FRANCISCO CA 94111

**Phone Number:** 6506234560
**Fax Number:** 6506188571

---

8/29/2005

# Exhibit 61

# Google

Store™

Accessories          Kids          Office          Wearables          Softwa

### Fun

- Google Foot Bag
- Google Goes Global Exercise Ball
- Google Goo
- Google Infoglobe
- Icon Stix and Stonz Magnet Game
- Marble Maze

### Store Links

Shopping Cart

My Account

Customer Service

Warranty / Returns

### Search the Store

Search by Name / Item #

Search by Price

Select Range ▾

Top Sellers

What's New

On Sale



🔍 See Bigger Image

## Google Goo

Google Goo It's time to get hands-on with a fistful of Google Goo  This stretchy ball of blue fun works overtime to decrease stress and stretch your creativity  It doesn't stain and it's non-toxic -- and endlessly satisfying to shape and squeeze  Comes in a handy storage tin  Age 3 and over

#GO0096

**Price:**                              $14.50

**Quantity:**  1

**BUY**

You'll also li

Google Foot B
$5.95

☐ Add



Accessories  ·  Fun  ·  Kids  ·  Office  ·  Wearables
Shopping Cart  ·  My Account  ·  Customer Service  ·  Privacy/Security Statement

Copyright © 2005 Google Inc  All Rights Reserved
Use of this service constitutes your acceptance of the Google Store's privacy policy

4/29/2005