```
                              FILED by _____ SWK _____ D.C.
                                   ELECTRONIC
                                   Aug 31 2005
                                   CLARENCE MADDOX
                                   CLERK U.S. DIST. CT.
                                   S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual, CASE NO. 05-80387-CIV
 (Ryskamp/Vitunac)
 Plaintiffs,

v.

GOOGLES INC., a Delaware corporation,

 Defendant.
_____/

GOOGLES INC., a Delaware corporation,

 Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
Entity of unknown form; and STEVEN ESRIG,
An individual,

 Counterdefendants.
_____/

## MOTION FOR EXTENSION

 Plaintiff/Cross-Defendant, Steven A. Silvers ("Silvers"), requests an extension of one-week to respond to the counterclaim filed by Google, Inc. and states:

 1. Silvers' response to the counterclaim is due on August 31, 2005.

 2. Due to the disruption of Hurricane Katrina, Silvers requires additional time to prepare his response.

 3. Undersigned counsel has contacted counsel for Google, Inc. to determine whether it has any objection to the requested extension, but such counsel have not responded.

---

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

4. The requested extension is reasonable and is not interposed for purposes of delay.

**WHEREFORE**, Silvers requests an extension up to and including September 8, 2005 in which to file his response to the counterclaim.

Respectfully submitted,

| | |
|---|---|
| DIMOND, KAPLAN & ROTHSTEIN, P.A. | KOZYAK TROPIN & THROCKMORTON, P.A. |
| 525 South Flagler Drive | Counsel for Plaintiffs |
| Trump Plaza, Suite 200 | 2525 Ponce de Leon |
| West Palm Beach, FL 33401 | 9th Floor |
| Phone: (561) 671-2110 | Coral Gables, Florida 33134 |
| Fax: (561) 671-1951 | Telephone: (305) 372-1800 |
| Adam T. Rabin, Esq. | |

By: /s/ Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No. 664286
Gail A. McQuilkin
Florida Bar No. 969338

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail on this 31ST day of August, 2005 upon: Jan Douglas Atlas, Esq., Adorno & Yoss, LLP, 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, FL 33301-4217; and Andrew P. Bridges, Esq., Winston & Strawn, LLP, 101 California Street, Suite 3900, San Francisco, CA 94111.

By: /s/ Kenneth R. Hartmann
Kenneth R. Hartmann

3339/102/256790.1 (word.doc)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,

    Plaintiffs,

v.

GOOGLES INC., a Delaware corporation,

    Defendant.
_____/

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

GOOGLES INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
Entity of unknown form; and STEVEN ESRIG,
An individual,

    Counterdefendants.
_____/

## ORDER GRANTING PLAINTIFF/CROSS-DEFENDANT'S MOTION FOR EXTENSION

**THIS CAUSE** came before the Court on Plaintiff/Counter-Defendant's Motion For Extension filed on August 31, 2005. The Court has carefully considered the motion and is otherwise duly advised in the premises.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for Extension is **GRANTED**. The Plaintiff/Counter-Defendant shall have up to and including September 8, 2005 within which to file its response to the counterclaim.

**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Conformed copies to:

Kenneth R. Hartmann, Esq.
Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Adam Rabin, Esq.

3339/102/257033.1 (word.doc)

## SERVICE LIST W/FAX NOS.

Kenneth R. Hartmann, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134
Fax: (305) 372-3508

Jan Douglas Atlas, Esq.
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
(954) 766-7800

Andrew P. Bridges, Esq.
Winston & Strawn, LLP
101 California Street
Suite 3900
San Francisco, CA 94111
Fax: (415) 591-1400

Adam T. Rabin, Esq.
Dimond Kaplan & Rothstein, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
Fax: (561) 671-1951