UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,

    Plaintiffs,

v.

GOOGLES INC., a Delaware corporation,

    Defendant.
_____/

GOOGLES INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
Entity of unknown form; and STEVEN ESRIG,
An individual,

    Counterdefendants.
_____/

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

FILED by _____ D.C.

SEP 14 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

### ORDER GRANTING PLAINTIFF/CROSS-DEFENDANT'S
### MOTION FOR EXTENSION

    **THIS CAUSE** came before the Court on Plaintiff/Counter-Defendant's Motion For [DE 11] Extension filed on August 31, 2005. The Court has carefully considered the motion and is otherwise duly advised in the premises.

    It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for Extension is **GRANTED**. The Plaintiff/Counter-Defendant shall have up to and including September 8, 2005 within which to file its response to the counterclaim.


**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this 14th day of September, 2005.

*[signature]*
UNITED STATES DISTRICT COURT JUDGE
Hon. Kenneth L. Ryskamp

Conformed copies to:

Kenneth R. Hartmann, Esq.
Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Adam Rabin, Esq.

## SERVICE LIST W/FAX NOS.

Kenneth R. Hartmann, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon
9th Floor
Coral Gables, FL 33134
Fax: (305) 372-3508

Jan Douglas Atlas, Esq.
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
(954) 766-7800

Andrew P. Bridges, Esq.
Winston & Strawn, LLP
101 California Street
Suite 3900
San Francisco, CA 94111
Fax: (415) 591-1400

Adam T. Rabin, Esq.
Dimond Kaplan & Rothstein, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
Fax: (561) 671-1951