UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

FILED by ___ D.C.
SEP 2 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## STIPULATION AND ORDER CONFIRMING TIME FOR STEVEN ESRIG AND STELOR PRODUCTIONS TO RESPOND TO COUNTERCLAIM

Counterdefendants Steven Esrig ("Esrig") and Stelor Productions, LLC f/k/a Stelor Productions, Inc. (collectively, "Stelor") and Counterplaintiff Google Inc. ("Google"), by and through undersigned counsel, hereby stipulate as follows:

1.    Counterdefendants Stelor and Esrig, by and through undersigned counsel, accepted service of the Counterclaim on August 29, 2005.



2.  Stelor, Esrig and Google further agree that the deadline for Counterdefendants to serve responses to the Counterclaim should by 45 days after service, rather than 60 days as provided by Rule 4, Fed. R. Civ. P.

3.  Accordingly, Stelor, Esrig and Google hereby stipulate that the deadline for service of Stelor's and Esrig's responses to the Counterclaim should be October 13, 2005.

Respectfully Submitted,

Andrew P. Bridges
WINSTONE & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Tel: 415-591-1000
Fax: 415-591-1400
Email: abridges@winston.com

-and-

ADORNO & YOSS LLP
350 East Las Olas Blvd.
Suite 1700
Ft. Lauderdale, Florida 33301
Tel: 954-763-1200
Fax: 954-766-7800
Email: jda@adorno.com

Attorneys for Defendant and
Counterclaimant Google, Inc.

By: _____
Jan Douglas Atlas
Fla. Bar No.226246

BURLINGTON, WEIL, SCHWIEP,
   KAPLAN & BLONSKY, P.A.
Attorneys for STELOR PRODUCTIONS, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bwskb.com

By: _____
Kevin C. Kaplan
Fla. Bar No. 933848

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this _____ day of September, 2005 upon the following:

| | |
|---|---|
| Adam T. Rabin, Esq.<br>DIMOND, KAPLAN &<br>   ROTHSTEIN, P.A.<br>Suite 708<br>200 S.E. First Street<br>Miami, Florida 33131 | Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN &<br>   THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 |

## ORDER APPROVING STIPULATION

This Court having reviewed the foregoing stipulation of CounterPlaintiff Google, Inc. and Counterdefendants Stelor Productions, LLC f/k/a Stelor Productions, Inc. and Steven Esrig, the stipulation is hereby approved and adopted as an order of this Court.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23 day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:  Kevin C. Kaplan, Esq. (Fax: 305-858-5261)
     Andrew P. Bridges, Esq. (Fax: 415-591-1400)
     Jan Douglas Atlas, Esq. (Fax: 954-766-7800)
     Adam T. Rabin, Esq. (Fax: 561-671-1951)
     Kenneth R. Hartman, Esq. (Fax: 305-372-3508)