UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

      Defendant.

_____/

GOOGLE, INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

      Counterdefendants.

_____/

**DEFENDANT'S RESPONSE AND NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

      Defendant GOOGLE, INC. ("GOOGLE"), by and through its undersigned counsel, hereby files its Response and Notice of Non-Opposition to Plaintiff STEVEN A. SILVERS' ("SILVERS") Motion for Leave to File an Amended Complaint, and in support thereof states as follows:

      On or about August 30, 2005, SILVERS filed his Motion for Leave to File an Amended

213526.0001/N0565550_1

Complaint ("Motion to Amend") in the case herein.

GOOGLE does not oppose SILVERS' Motion to Amend, but notes it was filed without compliance with Local Rule 7.1A.3, which requires a pre-filing conference of counsel and certification of said pre-conference. GOOGLE requests that, as a condition of granting SILVERS' Motion to Amend, the Court instruct SILVERS to comply with Local Rule 7.1A.3 in the future.

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
Jennifer Rimel
Florida Bar No. 677140
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Andrew P. Bridges
California Bar No. 22761)
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
(415) 591-1000 - Telephone
(415) 591-1400 - Fax

Counsel for Defendant Google, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this \_\_\_16\_\_\_ day of September, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL A. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; and ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

Jan Douglas Atlas

213526.0001/N0565550_1

ADORNO & YOSS, LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800