

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

Case No. 05-80387-CIV (Ryskamp/Vitunac)

| | |
|---|---|
| STEVEN A. SILVERS, an individual | ) |
| Plaintiff, | ) |
| v. | ) |
| GOOGLE INC., a Delaware corporation | ) |
| Defendant, | ) |
| GOOGLE INC., a Delaware corporation | ) |
| Counterclaimant, | ) |
| v. | ) |
| STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC;) a business entity of unknown form; and STEVEN ESRIG, an individual, | ) |
| Counterdefendants, | ) |

### MOTION OF ANDREW P. BRIDGES TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Andrew P. Bridges, of the law firm of Winston & Strawn, LLP., 101 California Street, Suite 3900 San Francisco, California 94111, telephone number 415-591-1000, for purposes of appearing as co-counsel on behalf of Defendant and Counterclaimant GOOGLE INC. in this case.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1
5.1A5

1

Andrew P. Bridges certifies that he has studied the Local Rules of this Court and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Andrew P. Bridges certifies that he is a member in good standing of the California Bar Association. Moreover, Andrew P. Bridges is admitted to practice before the following courts: Supreme Court of the United States; Supreme Court of Georgia; Georgia Court of Appeals; Georgia lower courts; California courts; U.S. Courts of Appeals for the Seventh, Ninth, Eleventh, and Federal Circuits; U.S. District Courts for the District of Arizona, Eastern District of Arkansas, Western District of Arkansas, Southern District of California, Northern District of California, Central District of California, Eastern District of California, District of Colorado and Northern District of Georgia. A true and correct copy of Mr. Bridges's certificate of good standing for the Northern District of California (where he maintains his office) is attached hereto as Exhibit A.

In further support of this motion, it is hereby designated that Jan D. Atlas of the law firm Adorno & Yoss, P.A. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Adorno & Yoss, P.A., 350 E. Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida, Telephone No. 954-763-1200, acts as local counsel in this matter on behalf of GOOGLE INC.

WHEREFORE, Andrew P. Bridges respectfully requests entry of the attached Proposed Order authorizing his special admission to practice in this case.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: ~~August 2~~ September 2005

_____
Jan D. Atlas (Bar No. 226246)
jatlas@adorno.com
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Phone (954) 763-1200
Fax (954) 766-7800

Executed under penalty of perjury on the 10th day of August at San Francisco, California.

Respectfully submitted,

By: _Andrew P. Bridges_
Andrew P. Bridges (Bar No. 122761)
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Phone: (415) 591-1000
Fax: (415) 591-1400

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this __20__ day of September, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL A. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; and ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

_____
Jennifer Rimel

# Certificate of Good Standing

United States District Court )
 ) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that Andrew P. Bridges, Bar No. 122761 was duly admitted to practice in said Court on October 16, 1985, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on April 1, 2005

Richard W. Wieking
Clerk