UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

Case No. 05-80387-CIV (Ryskamp/Vitunac)



| | |
|---|---|
| STEVEN A. SILVERS, an individual, | ) |
| Plaintiff, | ) |
| v. | ) |
| GOOGLE INC., a Delaware corporation, | ) |
| Defendant, | ) |
| | |
| GOOGLE INC., a Delaware corporation, | ) |
| Counterclaimant, | ) |
| v. | ) |
| STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC; a business entity of unknown form; and STEVEN ESRIG, an individual, | ) |
| Counterdefendants, | ) |

### ORDER GRANTING MOTION OF JENNIFER A. GOLINVEAUX TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Jennifer A. Golinveaux, counsel for GOOGLE INC., for permission to appear and participate pro hac vice in this case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.



1

DONE and ORDERED in chambers at the United States District Courthouse, West Palm Beach, Florida, this 11 day of October, 2005.

*[signature]*
KENNETH L. RYSKAMP
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FOLIRDA

cc:   Counsel of Record

SF:112785.1

2