FILED by \_\_\_\_ D.C.
ELECTRONIC

Oct 12 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## COUNTERDEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO COUNTERCLAIM

Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), by and through its undersigned attorneys, hereby files this Motion for enlargement of time to respond to the Counterclaim filed by GOOGLE INC. and alleges as follows:

1.     Pursuant to a stipulation between GOOGLE and Stelor, Stelor's counsel accepted service of process of the Counterclaim in this action and agreed to a deadline for responding of October 13, 2005.

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM WWW.BWSKB.COM

1 of 5      dockets.Justia.com    27pa

Case No. 05-80387 CIV RYSKAMP/VITUNIC

2. Stelor is in the process of preparing its response, but requires some additional time. The Counterclaim is voluminous, containing multiple counts and more than 90 separately numbered paragraphs worth of allegations. It also includes more than a 100 pages worth of exhibits.

3. The review of this material and assembly of additional information required appropriately to respond has taken longer than anticipated when service was initially accepted. In fact, that parties' stipulation reflected an effort to shorten the time that would otherwise be provided pursuant to Rule 4(d)(3), Fed. R. Civ. P., which allows 60 days for service of a response.

4. This enlargement is not requested for purposes of delay, and will not unduly prejudice Google. Stelor has advised counsel for GOOGLE of the requested relief, but has not yet been advised of its position.

WHEREFORE, Stelor respectfully requests entry of an order enlarging by 20 days the time for Stelor to respond to the Counterclaim.

RESPECTFULLY SUBMITTED,

BURLINGTON, WEIL, SCHWIEP,
  KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bwskb.com

By: /s/ Kevin C. Kaplan
        Kevin C. Kaplan
        Florida Bar No. 933848
        David J. Zack
        Florida Bar No. 641685

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM    WWW.BWSKB.COM

2 of 5

Case No. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this 12th day of October, 2005 upon the following:

| | |
|---|---|
| Adam T. Rabin, Esq.<br>DIMOND, KAPLAN &<br>   ROTHSTEIN, P.A.<br>Trump Plaza<br>525 S. Flagler Drive, Suite 200<br>West Palm Beach, Florida 33401 | Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN &<br>   THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 |
| Jan Douglas Atlas<br>ADORNO & YOSS LLP<br>350 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, Flroida  33301 | Andrew P. Bridges<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, California 94111 |

                                                        /s/ Kevin C. Kaplan
                                                        Kevin C. Kaplan

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM    WWW.BWSKB.COM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

**PROPOSED ORDER GRANTING MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COUNTERCLAIM**

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), Motion for Enlargement of Time to Respond to Counterclaim. Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

Case 9:05-cv-80387-KLR    Document 27    Entered on FLSD Docket 10/13/2005    Page 5 of 5

Case No. 05-80387 CIV RYSKAMP/VITUNIC

    2.    The Stelor Defendants shall have up to and including November 2, 2005 to serve their response to the Counterclaim.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this ____ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:    Jan Douglas Atlas, Esq.
       Andrew P. Bridges, Esq.
       Kenneth R. Hartmann, Esq.
       Kevin C. Kaplan, Esq.
       Adam T. Rabin, Esq.

2

5 of 5