UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/



### ORDER DENYING AS MOOT COUNTERDEFENDANT STELOR PRODUCTIONS, LLC'S REQUEST FOR TRANSFER AND CONSOLIDATION

THIS CAUSE comes before the Court upon Counterdefendant Stelor Productions, LLC's Request for Transfer and Consolidation **[DE 9]**, filed on August 23, 2005. Plaintiff filed an Objection to Stelor Productions' Notice and Request **[DE 12]** on September 2, 2005. In its motion, Counterdefendant requests that a related action, styled *Stelor Productions, LLC v. Steven A. Silvers,* Case No. 05-80393-CIV-HURLEY, be transferred and consolidated with the present action. However, on October 5, 2005, the Honorable Daniel T.K. Hurley dismissed and closed the related case **[Case No. 05-80393-CIV-HURLEY, DE 80]**. Accordingly, the relief sought in the instant motion is rendered moot, and it is hereby,

ORDERED and ADJUDGED that Counterdefendant Stelor Productions, LLC's Request for Transfer and Consolidation **[DE 9]** is DENIED as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 19th day of October, 2005.

        HON. KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record

