UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE, INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

### DEFENDANT/COUNTERCLAIMANT'S NOTICE OF NON-OPPOSITION TO COUNTER-DEFENDANT, STELOR PRODUCTIONS, LLC'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COUNTERCLAIM

Defendant/Counterclaimant GOOGLE, INC., by and through its undersigned counsel, hereby files its Notice of Non-Opposition to Counter-Defendant STELOR PRODUCTIONS, LLC's Motion for Enlargement of Time to Respond to Counterclaim.

213526.0001/N0572297_1

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
Jennifer Rimel
Florida Bar No. 677140
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Andrew P. Bridges
California Bar No. 22761)
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
(415) 591-1000 - Telephone
(415) 591-1400 - Fax

Counsel for Defendant Google, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this 19 day of October, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL A. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; and ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

_____
Jan Douglas Atlas