FILED by SW D.C.
ELECTRONIC
Oct 20 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.                                                          CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,             (Ryskamp/Vitunac)
    Defendant.
_____

GOOGLES INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.
_____

## SILVER'S UNOPPOSED MOTION FOR EXTENSION

Plaintiff/Cross-Defendant, Steven A. Silvers ("Silvers"), requests a short extension of three days to respond to Google, Inc.'s Motion To Bifurcate and states:

1.     Silvers' response to the Motion is due October 24, 2005.

2.     Although the Motion was filed October 5, 2005, due to unusually slow mail delivery we did not receive the Motion until October 11. Added to this is the need to prepare the office this week for the possible approach of Hurricane Wilma. Therefore, we need a short amount of additional time to prepare a response.

3.     Undersigned counsel has contacted counsel for Google, Inc. to determine whether it has any objection to the requested extension, and has been authorized to represent that Google, Inc. has no objection to this extension.

4.     The requested extension is reasonable and is not interposed for purposes of delay.

1

**WHEREFORE**, Silvers requests an extension up to and including October 27, 2005 in which to file his response to the Motion to Bifurcate.

Respectfully submitted this 20th day of October, 2005.

      **s/ Gail A. McQuilkin**
Kenneth R. Hartmann  (Fla. Bar #664286)
Gail A. McQuilkin  (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
T: 305-372-1800 / F: 305-372-3508

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza - Suite 200
West Palm Beach, Florida  33401
T: 561-671-2110 /  F: 561-671-1951

================================================================
## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this 18th day of October, 2005 upon:

| | |
|---|---|
| Jan Douglas Atlas<br>Adorno & Yoss, LLP<br>350 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL  33301-4217<br>E-mail: jatlas@adorno.com | Andrew P. Bridges<br>Winston & Strawn, LLP<br>101 California Street, Suite 3900<br>San Francisco, CA  94111<br>E-mail:  abridges@winston.com |
| Kevin C. Kaplan, Daniel F. Blonsky and<br>  David Zack<br>Burlington Weil Schwiep Kaplan & Blonsky, PA<br>2699 S. Bayshore Drive, Penthouse A<br>Miami, FL  33133<br>E-mail:  kkaplan@bwskb.com | |

      **s/ Gail A. McQuilkin**

/3339/102/259012.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,
v.                                                                              CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,                 (Ryskamp/Vitunac)
    Defendant.
_____
GOOGLES INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR                    **ORDER**
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.
_____

## ORDER GRANTING PLAINTIFF/CROSS-DEFENDANT'S MOTION FOR EXTENSION

**THIS CAUSE** came before the Court on Plaintiff/Counter-Defendant, Steven A. Silver's unopposed Motion For Extension filed on October 20, 2005. The Court has carefully considered the motion and is otherwise duly advised in the premises.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for Extension is **GRANTED**. The Plaintiff/Counter-Defendant shall have up to and including **October 27, 2005** within which to file its response to the Motion To Bifurcate.

DONE and ORDERED in chambers at West Palm Beach, Florida, this ___ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

c:    All counsel