UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED
ELECTRONIC
Nov 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

**COUNTERDEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COUNTERCLAIM AND MOTION TO BIFURCATE**

Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), by and through their undersigned attorneys, hereby files this Motion for enlargement of time to respond to the Counterclaim and Motion to Bifurcate ("Motion") filed by GOOGLE INC. and alleges as follows:

    1.    Stelor's preparation of responses to the Counterclaim and Motion has been delayed by Hurricane Wilma. In fact, undersigned counsel's offices were closed until today as a

---

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

result of roof damage and loss of power, with counsel unable to access files in the interim.

2.  Counsel is in the process of prioritizing work, and addressing numerous matters with pending deadlines.

3.  Responses will be completed as promptly as possible, but Stelor respectfully requests an additional ten-days, up to and including November 11, 2005, to complete the process.

4.  This enlargement is not requested for purposes of delay, and will not unduly prejudice Google. Indeed, the court has been closed throughout this period.

5.  Undersigned counsel spoke with counsel for Google by telephone last week, who advised that Google would work with Stelor on the pending deadlines. Counsel for Stelor specifically advised counsel for Google by email today of the requested relief, and has not yet heard back.

WHEREFORE, Stelor respectfully requests entry of an order enlarging by 10 days the time for Stelor to respond to the Counterclaim and Motion.

RESPECTFULLY SUBMITTED,

BURLINGTON, WEIL, SCHWIEP,
  KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bwskb.com

By: /s/ Kevin C. Kaplan
    Kevin C. Kaplan
    Florida Bar No. 933848
    David J. Zack
    Florida Bar No. 641685

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

2 of 5

Case No. 05-80387 CIV RYSKAMP/VITUNIC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this 31st day of October, 2005 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida  33301

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111

/s/ Kevin C. Kaplan
Kevin C. Kaplan

3

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM    WWW.BWSKB.COM

3 of 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

### PROPOSED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COUNTERCLAIM AND MOTION TO BIFURCATE

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), Motion for Enlargement of Time to Respond to Google Inc.'s Counterclaim and Motion to Bifurcate. Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

    ORDERED AND ADJUDGED as follows:

Case No. 05-80387 CIV RYSKAMP/VITUNIC

1. The Motion is hereby GRANTED.

2. The Stelor Defendants shall have up to and including November 11, 2005 to serve their responses to the Counterclaim and Motion to Bifurcate.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this ____ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:  Jan Douglas Atlas, Esq.
     Andrew P. Bridges, Esq.
     Kenneth R. Hartmann, Esq.
     Kevin C. Kaplan, Esq.
     Adam T. Rabin, Esq.

2