UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

FILED by _AV_ D.C.
NOV - 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.

CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,
    Defendant.

(Ryskamp/Vitunac)

GOOGLES INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

**ORDER**

**ORDER GRANTING PLAINTIFF/CROSS-DEFENDANT'S
MOTION FOR EXTENSION**

THIS CAUSE came before the Court on Plaintiff/Counter-Defendant, Steven A. Silver's [DG 34] unopposed Motion For Extension filed on October 20, 2005. The Court has carefully considered the motion and is otherwise duly advised in the premises.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for Extension is **GRANTED**. The Plaintiff/Counter-Defendant shall have up to and including October 27, 2005 within which to file its response to the Motion To Bifurcate.

DONE and ORDERED in chambers at West Palm Beach, Florida, this 1st day of November, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

c:    All counsel