UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

FILED by _____ D.C.
NOV - 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

**ORDER GRANTING MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO COUNTERCLAIM</u>**

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), Motion for Enlargement of Time to Respond to Counterclaim. [DE 27] Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

Case No. 05-80387 CIV RYSKAMP/VITUNIC

    2. The Stelor Defendants shall have up to and including November 2, 2005 to serve their response to the Counterclaim.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 1st day of November ~~October~~, 2005.

                                        UNITED STATES DISTRICT JUDGE

cc:    Jan Douglas Atlas, Esq.
        Andrew P. Bridges, Esq.
        Kenneth R. Hartmann, Esq.
        Kevin C. Kaplan, Esq.
        Adam T. Rabin, Esq.