FILED by ___ D.C.
ELECTRONIC

Nov 1 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.                                                                                    CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,                       (Ryskamp/Vitunac)
    Defendant.
_____

GOOGLES INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.
_____

## SILVER'S MOTION FOR EXTENSION

Plaintiff/Cross-Defendant, Steven A. Silvers ("Silvers"), requests a one week extension of time to file his response to Google, Inc.'s Motion To Bifurcate and Reply to Stelor Production's Response to Motion To Dismiss and states:

1.    Silvers' response to Google's motion to bifurcate, and reply to Stelor's response to his motion to dismiss the cross-claim were due October 27, 2005.

2.    Due to power-outages caused by Hurricane Wilma and closure of the Federal District Court, the undersigned firm was unable to access its computer system to finalize and file these briefs.

3.    The undersigned has attempted to contact opposing counsel but has been unable to do so, however, we have no reason to believe they will have an objection to this request.

4.    The requested extension is reasonable and is not interposed for purposes of delay.

1

**WHEREFORE**, Silvers requests an extension up to and including November 3, 2005 in which to file his response to the motion to bifurcate, and reply to response to motion to dismiss.

Respectfully submitted this 1st day of November, 2005.

**s/ Gail A. McQuilkin**
Kenneth R. Hartmann  (Fla. Bar #664286)
Gail A. McQuilkin  (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida  33134
T: 305-372-1800 / F: 305-372-3508

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza - Suite 200
West Palm Beach, Florida  33401
T: 561-671-2110 /  F: 561-671-1951

==================================================================

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this 1st day of November, 2005 upon:

| | |
|---|---|
| Jan Douglas Atlas<br>Adorno & Yoss, LLP<br>350 East Las Olas Blvd., Suite 1700<br>Fort Lauderdale, FL  33301-4217<br>E-mail: jatlas@adorno.com | Andrew P. Bridges<br>Winston & Strawn, LLP<br>101 California Street, Suite 3900<br>San Francisco, CA  94111<br>E-mail:  abridges@winston.com |

Kevin C. Kaplan, Daniel F. Blonsky and
  David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL  33133
E-mail:  kkaplan@bwskb.com

**s/ Gail A. McQuilkin**

/3339/102/259175

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,

v.                                                               CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,              (Ryskamp/Vitunac)
    Defendant.
_____
GOOGLES INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;          **ORDER**
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.
_____

### ORDER GRANTING PLAINTIFF/CROSS-DEFENDANT'S MOTION FOR EXTENSION

**THIS CAUSE** came before the Court on Plaintiff/Counter-Defendant, Steven A. Silver's unopposed Motion For Extension filed on October 20, 2005. The Court has carefully considered the motion and is otherwise duly advised in the premises.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for Extension is **GRANTED**. The Plaintiff/Counter-Defendant shall have up to and including **November 3, 2005** within which to file its response to the Motion To Bifurcate.

DONE and ORDERED in chambers at West Palm Beach, Florida, this _____ day of November, 2005.

                                                                       _____
                                                                       UNITED STATES DISTRICT COURT JUDGE

c:    All counsel