

FILED by _____ D.C.

NOV - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,

v.

                                CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,
    Defendant.
                                  (Ryskamp/Vitunac)

GOOGLES INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

**ORDER**

DENYING AS MOOT

**ORDER ~~GRANTING~~ PLAINTIFF/CROSS-DEFENDANT'S
MOTION FOR EXTENSION**

    **THIS CAUSE** came before the Court on Plaintiff/Counter-Defendant, Steven A. Silver's

unopposed Motion For Extension filed on October 20, 2005. The Court has carefully considered

the motion and is otherwise duly advised in the premises.

    It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for

Extension is ~~**GRANTED.**~~ *DENIED as MOOT* The Plaintiff/Counter-Defendant ~~shall have~~ *has previously been given* up to and including

November *11*, 2005 within which to file its response to the Motion To Bifurcate.

    DONE and ORDERED in chambers at West Palm Beach, Florida, this __7__ day of

November, 2005.

_Kenneth L. Ryskamp_
UNITED STATES DISTRICT COURT JUDGE
*Kenneth L. Ryskamp*

c:    All counsel

RA
44