UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

FILED by _____ D.C.

NOV - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COUNTERCLAIM AND MOTION TO BIFURCATE

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), Motion for Enlargement of Time to Respond to Google Inc.'s Counterclaim and Motion to Bifurcate [DE 39]. Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

4 of 5

Case No. 05-80387 CIV RYSKAMP/VITUNIC

1. The Motion [DE 39] is hereby GRANTED.

2. The Stelor Defendants shall have up to and including November 11, 2005 to serve their responses to the Counterclaim and Motion to Bifurcate.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this __7__ day of November, 2005.

*/s/ Kenneth L. Ryskamp*
UNITED STATES DISTRICT JUDGE
Kenneth L. Ryskamp

cc: Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Kenneth R. Hartmann, Esq.
Kevin C. Kaplan, Esq.
Adam T. Rabin, Esq.

2