UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE, INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## GOOGLE INC.'S MOTION FOR ENLARGEMENT OF TIME TO SERVE JOINT REPLY TO COUNTERDEFENDANTS' RESPONSES TO GOOGLE INC.'S MOTION TO BIFURCATE DISCOVERY AND TRIAL

Defendant/Counterclaimant GOOGLE INC. ("GOOGLE") by and through its undersigned counsel, hereby requests an extension of time, through November 30, 2005, in which to serve a joint response to Counterdefendants STEVEN A. SILVERS ("SILVERS"), STELOR PRODUCTIONS, LLC ("STELOR") and STEVEN ESRIG's ("ESRIG") (collectively, the "Counterdefendants")

213526.0001/N0575283_1



CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

Responses to GOOGLE's Motion to Birfurcate Discovery and Trial ("Motion to Bifurcate"), and states as follows:

1. On or about October 5, 2005, GOOGLE filed its Motion to Bifurcate Discovery and Trial.

2. On or about October 20, 2005, SILVERS filed an Unopposed Motion for Extension of Time to Respond to GOOGLE's Motion to Bifurcate, which was granted on November 1, 2005.

3. SILVERS' response to the Motion to Bifurcate was filed on or about November 3, 2005.

4. On or about November 1, 2005, STELOR and ESRIG filed a Motion to Extend Time to Respond to Counterclaim and Motion to Bifurcate which was subsequently granted.

5. Due to Hurricane Wilma, STELOR and ESRIG filed a second Motion for Enlargement of Time to Respond to Counterclaim and Motion to Bifurcate on or about October 31, 2005, in which they requested an additional ten (10) days to file said responses. Based upon this request, STELOR and ESRIG's responses to the Motion to Bifurcate will be due on or before November 11, 2005.

6. The parties have agreed that it would be most expeditious for GOOGLE to file a joint reply to the Counterdefendants' respective rsponses.

7. As such, GOOGLE requests an extension of time to collectively reply to Counterdefendants' responses to its Motion to Bifurcate up to and including November 30, 2005.

8. Counsel for GOOGLE has conferred with counsel for SILVERS, STELOR and ESRIG, and counsel for SILVERS, STELOR and ESRIG have no objection to the granting of this

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

Motion.

9. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Defendant/Counterclaimant GOOGLE INC. respectfully requests that this Court enter an Order granting an enlargement of time, up to and including November 30, 2005, to serve its Joint Reply to Counterdefendants STEVEN A. SILVERS, STELOR PRODUCTIONS, LLC and STEVEN ESRIG's Responses to its Motion to Bifurcate Discovery and Trial, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
Samantha Tesser Haimo
Florida Bar No. 0148016
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
(415) 591-1000 - Telephone
(415) 591-1400 - Fax

Counsel for Defendant Google Inc.

213526.0001/N0575283_1

3

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this 8th day of November, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL M. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; and ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

Jan Douglas Atlas

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800