UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE, INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**ORDER GRANTING GOOGLE INC.'S MOTION FOR ENLARGEMENT OF TIME
TO SERVE JOINT REPLY TO COUNTERDEFENDANTS' RESPONSES TO
GOOGLE INC.'S MOTION TO BIFURCATE DISCOVERY AND TRIAL**

    This matter came before the Court on Defendant/Counterclaimant GOOGLE INC's Motion for Enlargment of Time to Serve Joint Reply to Counterdefendants' Responses to GOOGLE INC.'s Motion to Bifurcate Discovery and Trial. [DE #46] Having reviewed the Motion, and being otherwise fully advised in the premises it is hereby

213526.0001/N0575287_1

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

ORDERED AND ADJUDGED as follows:

1. The Motion is hereby GRANTED.

2. GOOGLE INC. shall have up to and including November 30, 2005, to serve a joint reply to Counterdefendants' Responses to its Motion to Bifurcate Discovery and Trial.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this /6 day of November, 2005.

UNITED STATES DISTRICT JUDGE
/Kenneth L. Ryskamp

cc: Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Kenneth R. Hartmann, Esq.
Kevin C. Kaplan, Esq.
Adam T. Rabin, Esq.