UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Dismiss Stelor's Cross-Claim [DE 21] and Stelor's Notice of Filing Amended Cross-Claim and Request to Deny Pending Motion to Dismiss as Moot [DE 47], filed on October 3, 2005 and November 14, 2005, respectively. The Court agrees that the first motion is moot in light of Defendant, Stelor Productions, LLC's filing of an amended cross-claim. Additionally, although Plaintiff did not respond to the second motion, his agreement is reflected in the filing of a Motion to Dismiss Stelor's Amended Cross-Claim [DE 51]. Accordingly, it is hereby,

ORDERED and ADJUDGED that:

(1)    Plaintiff's Motion to Dismiss Stelor's Cross-Claim [DE 21] is DENIED as MOOT; and

(2)    Stelor's Motion to Deny Pending Motion to Dismiss as Moot [DE 47] is GRANTED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this __5__ day of December, 2005.

_____
HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record