**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE, INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO
COUNTERDEFENDANTS STELOR PRODUCTIONS, INC. AND
<u>STELOR PRODUCTIONS, LLC'S COUNTERCLAIM</u>**

Defendant/Counterclaimant GOOGLE INC. ("GOOGLE"), by and through its undersigned counsel, hereby files its Unopposed Motion for Enlargement of Time to Serve Response to Counterdefendants STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC's (together "STELOR") Counterclaim, and states as follows:



213526.0001/N0580275_1

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

1. GOOGLE's response to STELOR's Counterclaim is currently due on or before December 7, 2005.

2. Counsel for GOOGLE is in the process of preparing its response to STELOR's Counterclaim, however, due to previously scheduled matters, the undersigned is in need of additional time to prepare and complete GOOGLE's response.

3. Based upon the foregoing, GOOGLE respectfully requests an enlargement of time up to and including December 21, 2005, to respond to STELOR's Counterclaim.

4. Counsel for GOOGLE has conferred with counsel for STELOR, and counsel for STELOR has no objection to the granting of this Motion.

5. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Defendant/Counterclaimant GOOGLE INC. respectfully requests that this Court enter an Order granting an enlargement of time, up to and including December 21, 2005, to serve its Response to Counterdefendants STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC Counterclaim, together with such other and further relief as this Court deems just and proper.

213526.0001/N0580275_1

2

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
(415) 591-1000 - Telephone
(415) 591-1400 - Fax

Counsel for Defendant Google Inc.

213526.0001/N0580275_1                    3

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this ___ day of December, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL M. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; and KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

_____
Jan Douglas Atlas

213526.0001/N0580275_1                 4

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

        Defendant.

_____/

GOOGLE, INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

        Counterdefendants.

_____/

## DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE RESPONSE TO COUNTERDEFENDANTS STELOR PRODUCTIONS, INC. AND STELOR PRODUCTIONS, LLC'S COUNTERCLAIM

Defendant/Counterclaimant GOOGLE INC. ("GOOGLE"), by and through its undersigned counsel, hereby files its Unopposed Motion for Enlargement of Time to Serve Response to Counterdefendants STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC's (together "STELOR") Counterclaim, and states as follows:

213526.0001/N0580275_1

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

1. GOOGLE's response to STELOR's Counterclaim is currently due on or before December 7, 2005.

2. Counsel for GOOGLE is in the process of preparing its response to STELOR's Counterclaim, however, due to previously scheduled matters, the undersigned is in need of additional time to prepare and complete GOOGLE's response.

3. Based upon the foregoing, GOOGLE respectfully requests an enlargement of time up to and including December 21, 2005, to respond to STELOR's Counterclaim.

4. Counsel for GOOGLE has conferred with counsel for STELOR, and counsel for STELOR has no objection to the granting of this Motion.

5. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, Defendant/Counterclaimant GOOGLE INC. respectfully requests that this Court enter an Order granting an enlargement of time, up to and including December 21, 2005, to serve its Response to Counterdefendants STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC Counterclaim, together with such other and further relief as this Court deems just and proper.

213526.0001/N0580275_1      2

ADORNO & YOSS LLP
350 East Las Olas Boulevard · Suite 1700 · Fort Lauderdale, Florida 33301 · Telephone (954) 763-1200 · Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
(415) 591-1000 - Telephone
(415) 591-1400 - Fax

Counsel for Defendant Google Inc.

213526.0001/N0580275_1                3

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this 6th day of December, 2005 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL M. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; and KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

_____
Jan Douglas Atlas

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800