# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

      Defendant.

_____/

GOOGLE, INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

      Counterdefendants.

_____/

FILED by _____ D.C.

DEC - 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING GOOGLE INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME  TO SERVE RESPONSE TO COUNTERDEFENDANTS STELOR PRODUCTION, INC. AND STELOR PRODUCTIONS, LLC'S COUNTERCLAIM

THIS CAUSE came before the Court on Defendant/Counterclaimant GOOGLE INC's

Unopposed Motion for Enlargement of Time to Serve Response to Counterdefendants STELOR

PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC's Counterclaim, and the Court having

SNT/213526.0001/N0580564_1

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

reviewed the Motion and being otherwise fully advised in the premises it is hereby

ORDERED AND ADJUDGED that said Motion shall be and is hereby Granted, and that

GOOGLE INC. shall have up to and including December 21, 2005, to serve its Response to

Counterdefendants STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC's

Counterclaim.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of

December, 2005.

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Kenneth R. Hartmann, Esq.
Kevin C. Kaplan, Esq.
Adam T. Rabin, Esq.