FILED by SW D.C.
ELECTRONIC

Dec 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

## STELOR LLC'S MOTION FOR ENLARGEMENT TO RESPOND TO SILVERS' MOTION TO DISMISS AMENDED CROSSCLAIM

Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor") and STEVEN ESRIG ("Esrig") (collectively, "Stelor Defendants"), by and through their undersigned attorneys, hereby files this Motion for Enlargement of Time to respond to Silvers' Motion to Dismiss Amended Crossclaim and alleges as follows:

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
_____
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

1 of 3

Dockets.Justia.com

56pa

Case No. 05-80387 CIV RYSKAMP/VITUNIC

1. Stelor is preparing its response to Silvers' Motion to Dismiss Amended Crossclaim but requires an additional week.

2. Counsel for Stelor has been engaged in out of town deposition in another matter. Also, the nature of the issues raised by the motion have resulted in some additional preparation of time for the response.

3. Counsel has advised counsel for Silvers of the requested enlargement, but they have not indicated their position.

4. This enlargement is not requested for purposes of delay, and will not unduly prejudice Silvers.

5. WHEREFORE, Stelor respectfully requests entry of an order enlarging by one week the time for Stelor to respond Silvers' Motion to Dismiss Amended Crossclaim.

RESPECTFULLY SUBMITTED,

BURLINGTON, WEIL, SCHWIEP,
  KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email:  kkaplan@bwskb.com

By: /s/ Kevin C. Kaplan
    Kevin C. Kaplan
    Florida Bar No. 933848
    David J. Zack
    Florida Bar No. 641685

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

2 of 3

Case 9:05-cv-80387-KLR    Document 56    Entered on FLSD Docket 12/19/2005    Page 3 of 3

Case No. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this 16th day of December, 2005 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111

/s/ Kevin C. Kaplan
Kevin C. Kaplan

3

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
_____
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM    WWW.BWSKB.COM