FILED by _____ SW _____ D.C.
ELECTRONIC

**Jan 5 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
     Plaintiff,

v.                                                                  CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,                  (Ryskamp/Vitunac)
     Defendant.
_____

GOOGLE INC., a Delaware corporation,
     Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
     Counterdefendants.
_____

## PLAINTIFF'S RE-NOTICE OF
## VIDEOTAPED DEPOSITION OF LARRY PAGE

PLEASE TAKE NOTICE that the undersigned law firm will take the deposition of the

below-named person/entity on the date and at the hour indicated.

    Name:         **LARRY PAGE**

    Date:           **Tuesday, January 24, 2006**

    Time:           **9:30 a.m.**

    Location:      **Kozyak Tropin & Throckmorton, P.A.**
                      **2525 Ponce de Leon, 9th Floor**
                      **Coral Gables, Florida  33134**

The oral examination will be recorded before Esquire Court Reporting and/or any other

officer authorized to take depositions in the State of Florida.  The deposition is being taken for

the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as

are permitted under the applicable and governing rules.

1

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

Dockets.Justia.com

**DJ/61**

Respectfully submitted this 5th day of January, 2006.

|  | s/ Gail A. McQuilkin |
|---|---|
| Adam T. Rabin  (Fla. Bar #985635) | Kenneth R. Hartmann  (Fla. Bar #664286) |
| DIMOND KAPLAN & ROTHSTEIN, P.A. | Gail A. McQuilkin  (Fla. Bar #969338) |
| 525 S. Flagler Drive, Trump Plaza, Suite 200 | KOZYAK TROPIN & THROCKMORTON, P.A. |
| West Palm Beach, Florida  33401 | 2525 Ponce de Leon, 9th Floor |
| T: 561-671-2110 /  F: 561-671-1951 | Miami, Florida  33134 |
|  | T: 305-372-1800 / F: 305-372-3508 |

================================================================

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

by E-mail and U.S. mail on this 5th day of January, 2006 upon:

| | |
|---|---|
| Jan Douglas Atlas | Andrew P. Bridges |
| Adorno & Yoss, LLP | Winston & Strawn, LLP |
| 350 East Las Olas Blvd., Suite 1700 | 101 California Street, Suite 3900 |
| Fort Lauderdale, FL  33301-4217 | San Francisco, CA  94111 |
| E-mail: jatlas@adorno.com | E-mail:  abridges@winston.com |

Kevin C. Kaplan, Daniel F. Blonsky and
   David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL  33133
E-mail:  kkaplan@bwskb.com

s/ Gail A. McQuilkin

3339/102/261381.1

2

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com