UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.

CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,
    Defendant.

(Ryskamp/Vitunac)

_____

GOOGLE INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

FILED by _____ D.C.

JAN - 9 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

_____

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

**THIS CAUSE** came before the Court on Plaintiff, Steven A. Silvers', Motion For Extension filed on January 5, 2006. The Court has carefully considered the motion and is otherwise duly advised in the premises.

It is hereby **ORDERED** and **ADJUDGED** that Plaintiff/Counter-Defendant's Motion for [DE 60] Extension is **GRANTED**. Plaintiff shall have up to and including **January 12, 2006** within which to file its reply to the Response To Motion To Dismiss Amended Cross-Claim.

DONE and ORDERED in chambers at West Palm Beach, Florida, this ___ day of January, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
Hon. Kenneth L. Ryskamp

Cc:    All counsel