UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.
_____/

GOOGLE INC., a Delaware corporation,

Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC.; a business
entity of unknown form; and STEVEN ESRIG,
an individual,

Counterdefendants.
_____/

CASE NO. 05-80387-CIV-RYSKAMP
Magistrate Judge Vitunac

FILED BY
2006 JAN 20 PM 12:19

## SILVER'S MOTION TO REQUIRE STELOR TO COMPLY WITH RULE 5

Plaintiff, Steven A. Silvers ("Silvers"), requests that this Court order Stelor Productions, LLC, to comply with Rule 5, Fed. R. Civ. P., and require Stelor to properly serve its pleadings on Silvers' counsel.

Stelor has repeatedly filed motions and memoranda, including pleadings to which Silvers must respond, and failed to serve same on Silvers' counsel at all; in other instances, Stelor has not served pleadings on Silvers in the manner reflected in its certificate of service. This results in Silvers receiving pleadings after the date for Silvers to respond has passed. While Stelor's

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A1, 5.1A5, 5.1A4

1

improper service has been a problem since it became a party in this case, two recent examples reflect this pattern.

Silvers recently filed a motion to dismiss Stelor's amended cross-claim. Stelor's opposing memorandum was filed on December 23, 2005[1]. Stelor's filing certifies service by electronic and regular mail on that date, as reflected in Exhibit "B." Yet, Silvers' counsel did not receive the pleading electronically or by regular mail. By the time we learned Stelor's opposition had been filed, the date for Silvers to file a reply had passed. Had we not checked PACER, we would not even have known of Stelor's filing. This, of course, requires Silvers to seek an otherwise unnecessary extension to file the reply, etc.

Adding to this, when Silvers sought an extension to file his already overdue reply, Stelor responded by filing a notice of non-objection to the extension (but claiming it had effected service properly).[2] In this pleading dated January 6, 2006, Stelor again certified that it effected service electronically. Exhibit "C." Again, Stelor failed to serve the pleading in this manner. We received it by mail on January 10, 2006.

This is a pattern. Previously, Stelor's counsel agreed, when we complained about the problem, to stop it. *See* letter dated September 22, 2005, attached as Exhibit "D." Unfortunately, the problem has continued. Silvers therefore needs the Court's assistance to ensure his counsel receives Stelor's pleadings on a timely basis.

**WHEREFORE,** Silvers requests the Court enter an order in the form attached as Exhibit "E."

---

[1] As reflected in the case docket sheet, copy of excerpt attached as Exhibit "A."

[2] Stelor claims, without providing them, that it has "records" indicating it mailed the non-opposition, but offers no records to show the alleged service. And Stelor offers no excuse for the omitted electronic service.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Adam T. Rabin (FL Bar #985635)<br>DIMOND KAPLAN & ROTHSTEIN, P.A.<br>525 South Flagler Drive, Suite 200<br>West Palm Beach, FL 33401<br>Telephone: (561) 671-2110 | KOZYAK TROPIN & THROCKMORTON, P.A.<br>Counsel for Defendant<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800 |
| By: | By: /s/ Kenneth R. Hartmann<br>Kenneth R. Hartmann<br>Florida Bar No. 664286<br>Gail A. McQuilkin<br>Florida Bar No. 969338 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mail on this 13th day of January, 2006 upon:

Jan Douglas Atlas
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Andrew P. Bridges
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Kevin C. Kaplan, Daniel F. Blonsky and
 David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

By: /s/ Kenneth R. Hartmann

# EXHIBIT "A"

# U.S. District Court

## Southern District of Florida (W.Palm Beach)

### CIVIL DOCKET FOR CASE #: 05-CV-80387

**Silvers v. Google, Inc.**

Filed: 05/04/05
Assigned to: Judge Kenneth L. Ryskamp
Jury demand: Both
Demand: $0,000
Nature of Suit: 840
Lead Docket: None
Jurisdiction: Federal Question
Cause: 15:1125 Trademark Infringement (Lanham Act)

---

STEVEN A. SILVERS, an individual
    plaintiff

Harley Shepard Tropin
FTS 372-3508
305-372-1800
[COR LD NTC]
Kenneth R. Hartmann
FTS 372-3508
305-372-1800
[COR LD NTC]
Gail Ann McQuilkin
FTS 372-3508
305-372-1800
[COR LD NTC]
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard
Suite 900
Coral Gables, FL 33134-6036
305-372-1800
Adam Rabin
FTS 671-1951
[COR LD NTC]
Dimond Kaplan & Rothstein
525 S Flagler Drive
Suite 200
West Palm Beach, FL 33401
561-671-2110

v.
GOOGLE, INC., a Delaware corporation
    defendant

Jan Douglas Atlas
FTS 766-7800
[COR LD NTC]
Adorno & Yoss

| | | | |
|---|---|---|---|
| 12/23/05 | 58 | [PDF] | RESPONSE by Stelor Productions in opposition to [51-1] motion to dismiss amended cross-claim (cj) [Entry date 12/27/05] |
| 12/27/05 | 59 | [PDF] | ORDER granting [56-1] motion to extend time to respond to Silvers' motion to dismiss amended crossclaim ( Signed by Judge Kenneth L. Ryskamp on 12/27/05) [EOD Date: 1/5/06] (rb) [Entry date 01/05/06] |
| 1/5/06 | 60 | [PDF] | MOTION by Steven A. Silvers (Attorney ) to extend time file a reply to Stelor's Opposition to motion to dismiss amended cross claim (dj) [Entry date 01/06/06] |
| 1/5/06 | 61 | [PDF] | RE-NOTICE of videotaped deposition of Larry Page 1/24/06 at 9:30 (dj) [Entry date 01/06/06] |
| 1/6/06 | 62 | [PDF] | NON-OPPOSTION RESPONSE by Stelor Productions to [60-1] motion to extend time file a reply to Stelor's Opposition to motion to dismiss amended cross claim (pa) [Entry date 01/09/06] |

## Case Flags:
## AEV

---

### END OF DOCKET: 9:05cv80387

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2006 14:07:01 | | | |
| PACER Login: | kt0009 | Client Code: | 3339-102 |
| Description: | docket report | Search Criteria: | 9:05cv80387 |
| Billable Pages: | 11 | Cost: | 0.88 |

Cost displayed does not include Image Display Cost, if any.

# EXHIBIT "B"

FILED by SW D.C.
ELECTRONIC

Dec 23 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

### STELOR'S OPPOSITION TO SILVERS' MOTION TO DISMISS AMENDED CROSS-CLAIM

Counterdefendant/Crossplaintiff, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), by and through its undersigned attorneys, hereby opposes on the following grounds Steven A. Silvers ("Silvers") Motion to Dismiss Amended Cross-Claim:

### I. INTRODUCTION

Silvers wants to prevent this Court from deciding the critical threshold issue in this action of whether the License and Settlement Agreements ("Agreements") between Silvers and Stelor remain in force and effect. If they do, as Stelor contend, then Stelor is and remains the exclusive, world-wide licensee of the "Googles" intellectual property, including the trademarks on which

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

1 of 36

58/cj

Case No. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically and via U.S. mail on this 23rd day of December, 2005 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
arabin@dkrpa.com

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301
jatlas@adorno.com

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
gam@kttlaw.com

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
abridges@winston.com

/s/ Kevin C. Kaplan
Kevin C. Kaplan

BURLINGTON · WEIL · SCHWIEP · KAPLAN (&) BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

# EXHIBIT "C"



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

### STELOR PRODUCTIONS, L.L.C.'S NON-OPPOSITION TO STEVEN SILVERS' MOTION FOR ENLARGEMENT OF TIME

Stelor Productions, L.L.C. ("Stelor") hereby files its non-opposition to Steven Silvers' Motion for Enlargement of Time to file a reply in support of his Motion to Dismiss Stelor's amended crossclaims.

Stelor does not oppose Silvers' Motion for Enlargement of Time. Stelor, however, takes issue with Silvers' representation that Stelor has in the past failed to serve it with pleadings. Furthermore, Stelor's records indicate that it did serve Silvers by mail with its opposition to his Motion to Dismiss.

> Respectfully submitted,
>
> BURLINGTON, WEIL, SCHWIEP,
>   KAPLAN & BLONSKY, P.A.
> Attorneys for Stelor Productions, LLC
> 2699 South Bayshore Drive, Penthouse
> Miami, Florida 33133
> Tel: 305-858-2900
> Fax: 305-858-5261
> E-mail: kkaplan@bwskb.com
> E-mail: dzack@bwskb.com
>
>
> By: /s/ David J. Zack
>     Kevin C. Kaplan
>     Florida Bar No. 933848
>     David J. Zack
>     Florida Bar No. 641685

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via e-mail and U.S. Mail on this 6th day of January, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
arabin@dkrpa.com

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
gam@kttlaw.com

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301
jatlas@adorno.com

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
abridges@winston.com

/s/ David J. Zack
David J. Zack



3

# EXHIBIT "D"

## KOZYAK · TROPIN
## THROCKMORTON
### ATTORNEYS AT LAW

**Kenneth R. Hartmann**, Esq.
krh@kttlaw.com | 305.377.0657

September 22, 2005

Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
  Kaplan & Blonsky, P.A..
2699 South Bayshore Drive
Penthouse
Miami, FL  33133

    Re: Silver/Stelor Litigation

Dear Kevin:

  This is to confirm our agreement that, upon either party's electronically filing a pleading with any court, service on the other party will also be electronically, in addition to regular mail. Thanks for your cooperation on this.

            Very truly yours,

            Kenneth R. Hartmann

KRH/lmm
cc: Gail McQuilkin, Esq.

3339/101/257813.1

# EXHIBIT "E"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,

    Plaintiffs,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC; a business entity of unknown form; and STEVEN ESRIG, an individual,

    Counterdefendants.

_____

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

## ORDER GRANTING PLAINTIFF'S MOTION TO REQUIRE STELOR TO COMPLY WITH RULE 5

**THIS CAUSE** came before the Court on Plaintiff, Steven A. Silvers' Motion to Require Stelor Productions, LLC to Comply with Rule 5, Fed. R. Civ. P. Having reviewed the pleadings, and duly advised in the premises, it is **ORDERED and ADJUDGED** that:

1. Silvers' motion is **GRANTED.**

2. Stelor shall comply with the requirements of Rule 5 in filing any motions, memoranda, briefs or pleadings in this case.

3.      Any pleading filed by Stelor using electronic means shall be served on Silvers by electronic means. Stelor shall take reasonable steps to verify such service is complete.

**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Conformed copies to:

Kenneth R. Hartmann, Esq.
Gail McQuilkin, Esq.
Adam Rabin, Esq.
Kevin Kaplan, Esq.
Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.

3339/102/261502.1 (word.doc)