FILED by EG
ELECTRONIC

Jan 30 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## STELOR'S OPPOSITION TO SILVERS' MOTION
## TO REQUIRE STELOR TO COMPLY WITH RULE 5

Counterdefendant/Crossplaintiff, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), by and through its undersigned attorneys, hereby opposes on the following grounds Steven A. Silvers ("Silvers") Motion to Require Stelor to Comply with Rule 5:

Stelor has complied and will continue to comply with Rule 5. All papers Stelor has filed with the Court in this action have properly been served as well. The claims of Silver's counsel are entirely without substantiation, and in fact wrong. A true and correct copy of the email

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

Case No. 05-80387 CIV RYSKAMP/VITUNIC

transmission from David Zack, Esq. to all counsel in this action enclosing Stelor's Non-Opposition to Steven Silvers' Motion for Enlargement, is attached hereto as Exhibit "A". Clearly that paper was served by email and by mail, as the certificate reflects. A true and correct copy of that email, received by Mr. Kaplan, Esq., is also attached as Exhibit "B".

To the extent Silvers' counsel is having issues receiving their mail, Stelor has no way of knowing whether the issue exists at their offices, whether they simply misplaced (or misdocketed) documents, or if in fact, papers were lost in the mail. Nor should Stelor (or this Court) be required to waste further resources on this issue.

Stelor has served and will continue to serve all papers as required by Rule 5. Stelor has no objection if this Court wants to enter an order requiring *ALL PARTIES* also to serve papers electronically. No justification whatsoever exists for requiring Stelor, specifically, to follow certain procedures, and Stelor objects to entry of any such order.

For these reasons, Silvers' Motion is unfounded and should be denied.

RESPECTFULLY SUBMITTED,

BURLINGTON, WEIL, SCHWIEP,
  KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email:  kkaplan@bwskb.com
            djzack@bwskb.com

By: /s/ Kevin C. Kaplan
     /s/ David J. Zack
         Kevin C. Kaplan
         Florida Bar No. 933848
         David J. Zack
         Florida Bar No. 641685

2

Case No. 05-80387 CIV RYSKAMP/VITUNIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served electronically and via U.S. mail on this 30th day of January, 2006 upon the following:

| | |
|---|---|
| Adam T. Rabin, Esq.<br>DIMOND, KAPLAN &<br>   ROTHSTEIN, P.A.<br>Trump Plaza<br>525 S. Flagler Drive, Suite 200<br>West Palm Beach, Florida 33401<br>arabin@dkrpa.com | Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN &<br>   THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>gam@kttlaw.com |
| Jan Douglas Atlas<br>ADORNO & YOSS LLP<br>350 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, Flroida 33301<br>jatlas@adorno.com | Andrew P. Bridges<br>WINSTON & STRAWN LLP<br>101 California Street, Suite 3900<br>San Francisco, California 94111<br>abridges@winston.com |

                                  /s/ Kevin C. Kaplan
                                  Kevin C. Kaplan

3

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

3 of 14

# EXHIBIT A

## David Zack

**From:** David Zack
**Sent:** Friday, January 06, 2006 4:41 PM
**To:** 'arabin@dkrpa.com'; 'GAM@kttlaw.com'; 'jatlas@adorna.com'; 'abridges@winston.com'
**Cc:** Kevin C. Kaplan; Lola Maclaren

Please see the attached.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## STELOR PRODUCTIONS, L.L.C.'S NON-OPPOSITION TO STEVEN SILVERS' MOTION FOR ENLARGEMENT OF TIME

Stelor Productions, L.L.C. ("Stelor") hereby files its non-opposition to Steven Silvers' Motion for Enlargement of Time to file a reply in support of his Motion to Dismiss Stelor's amended crossclaims.

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

Stelor does not oppose Silvers' Motion for Enlargement of Time. Stelor, however, takes issue with Silvers' representation that Stelor has in the past failed to serve it with pleadings. Furthermore, Stelor's records indicate that it did serve Silvers by mail with its opposition to his Motion to Dismiss.

                                    Respectfully submitted,

                                    BURLINGTON, WEIL, SCHWIEP,
                                      KAPLAN & BLONSKY, P.A.
                                  Attorneys for Stelor Productions, LLC
                                  2699 South Bayshore Drive, Penthouse
                                  Miami, Florida 33133
                                  Tel: 305-858-2900
                                  Fax: 305-858-5261
                                  E-mail: kkaplan@bwskb.com
                                  E-mail: dzack@bwskb.com

                                  By: /s/ David J. Zack
                                        Kevin C. Kaplan
                                        Florida Bar No. 933848
                                        David J. Zack
                                        Florida Bar No. 641685

2

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

7 of 14

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via e-mail and U.S. Mail on this 6th day of January, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
arabin@dkrpa.com

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
gam@kttlaw.com

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301
jatlas@adorno.com

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
abridges@winston.com

/s/ David J. Zack
David J. Zack

3

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

## David Zack

**From:** David Zack
**Sent:** Friday, January 06, 2006 4:43 PM
**To:** 'jatlas@adorno.com'
**Subject:** FW:


-----Original Message-----
**From:** David Zack
**Sent:** Friday, January 06, 2006 4:41 PM
**To:** 'arabin@dkrpa.com'; 'GAM@kttlaw.com'; 'jatlas@adorna.com'; 'abridges@winston.com'
**Cc:** Kevin C. Kaplan; Lola Maclaren
**Subject:**

Please see the attached.

1/30/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## STELOR PRODUCTIONS, L.L.C.'S NON-OPPOSITION TO STEVEN SILVERS' MOTION FOR ENLARGEMENT OF TIME

Stelor Productions, L.L.C. ("Stelor") hereby files its non-opposition to Steven Silvers' Motion for Enlargement of Time to file a reply in support of his Motion to Dismiss Stelor's amended crossclaims.

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

10 of 14

Stelor does not oppose Silvers' Motion for Enlargement of Time. Stelor, however, takes issue with Silvers' representation that Stelor has in the past failed to serve it with pleadings. Furthermore, Stelor's records indicate that it did serve Silvers by mail with its opposition to his Motion to Dismiss.

Respectfully submitted,

BURLINGTON, WEIL, SCHWIEP,
   KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-mail: kkaplan@bwskb.com
E-mail: dzack@bwskb.com


By: /s/ David J. Zack
    Kevin C. Kaplan
    Florida Bar No. 933848
    David J. Zack
    Florida Bar No. 641685

2

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

11 of 14

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via e-mail and U.S. Mail on this 6th day of January, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
    ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
arabin@dkrpa.com

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
    THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
gam@kttlaw.com

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301
jatlas@adorno.com

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
abridges@winston.com

/s/ David J. Zack
David J. Zack

3

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

# EXHIBIT B

**Kevin C. Kaplan**

| | |
|---|---|
| **From:** | David Zack |
| **Sent:** | Friday, January 06, 2006 4:41 PM |
| **To:** | 'arabin@dkrpa.com'; 'GAM@kttlaw.com'; 'jatlas@adorna.com'; 'abridges@winston.com' |
| **Cc:** | Kevin C. Kaplan; Lola Maclaren |
| **Attachments:** | Stelor Productions, LLC's Non-Opposition to Steven Silvers' Motion for Enlargement of Time.pdf |

Please see the attached.