UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

FILED by SW D.C.
ELECTRONIC

Feb 6 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC.; a business
entity of unknown form; and STEVEN ESRIG,
an individual,

    Counterdefendants.
_____/

CASE NO. 05-80387-CIV-RYSKAMP
Magistrate Judge Vitunac

### SILVERS' REPLY IN SUPPORT OF
### MOTION TO REQUIRE STELOR TO COMPLY WITH RULE 5

    In response to Silvers identifying numerous pleadings he never received, or received by mail when Stelor certified electronic service, Stelor provided evidence that one such filing - - the January 6, 2006 non-opposition - - had been electronically served. Assuming Stelor did properly serve that filing, Stelor offers no record of serving the other filings[1] as certified. Stelor's silence is an admission that Silvers' complaints are justified. Unfortunately, we need an order

---

[1] Silvers' motion also identified Stelor's December 23, 2005 filing; and, as reflected in our September 23, 2005 letter, other Stelor filings have not been received as certified by Stelor.

1

regarding service because Stelor has, as in its opposition, frequently promised to do the right thing, but continues not to. Silvers has no objection to being included in the order. A modified proposed order is attached as Exhibit "A."

Respectfully submitted,

Adam T. Rabin (FL Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 South Flagler Drive, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-2110

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: _____
Kenneth R. Hartmann
Florida Bar No. 664286
Gail A. McQuilkin
Florida Bar No. 969338

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this 6th day of February, 2006 upon:

Jan Douglas Atlas
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Andrew P. Bridges
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Kevin C. Kaplan, Daniel F. Blonsky and
 David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

By: _____
Kenneth R. Hartmann

3339/102/262438.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,

    Plaintiffs,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

---

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC; a business entity of unknown form; and STEVEN ESRIG, an individual,

    Counterdefendants.

---

## ORDER GRANTING PLAINTIFF'S
## MOTION TO REQUIRE STELOR TO COMPLY WITH RULE 5

**THIS CAUSE** came before the Court on Plaintiff, Steven A. Silvers' Motion to Require Stelor Productions, LLC to Comply with Rule 5, Fed. R. Civ. P. Having reviewed the pleadings, and duly advised in the premises, it is **ORDERED and ADJUDGED** that:

1. Silvers' motion is **GRANTED.**

2. Stelor shall comply with the requirements of Rule 5 in filing any motions, memoranda, briefs or pleadings in this case.

# EXHIBIT "A"

2

3.  Any pleading filed by Stelor or Silvers using electronic means shall be served by electronic means. Stelor and Silvers shall take reasonable steps to verify such service is effectuated.

**DONE** and **ORDERED** in chambers at West Palm Beach, Florida, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Conformed copies to:

Kenneth R. Hartmann, Esq.
Gail McQuilkin, Esq.
Adam Rabin, Esq.
Kevin Kaplan, Esq.
Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.

3339/102/261502.1 (word.doc)