UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/



## NOTICE OF CANCELATION OF DEPOSITIONS

YOU ARE HEREBY NOTIFIED that, the undersigned has canceled the following depositions:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Records Custodian<br>Kozyak, Tropin & Throckmorton | February 6, 2006<br>10:00 a.m. | Burlington, Weil, Schwiep,<br>Kaplan & Blonsky, P.A.<br>2699 South Bayshore Drive<br>Penthouse<br>Miami, Florida 33133 |
| Steven Silvers | February 8, 2006<br>10:00 a.m. | Same as above |

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.
────────────────────────────────────────────
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

| **NAME** | **DATE & TIME** | **LOCATION** |
|---|---|---|
| Paul Worsham | February 9, 2006<br>10:00 a.m. | Same as above |

Respectfully submitted,

BURLINGTON, WEIL, SCHWIEP,
   KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-mail: kkaplan@bwskb.com
E-mail: dzack@bwskb.com

By: _____
     Kevin C. Kaplan
     Florida Bar No. 933848
     David J. Zack
     Florida Bar No. 641685

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. Mail on this 2nd day of February, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
arabin@dkrpa.com

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
gam@kttlaw.com

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
jatlas@adorno.com

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
abridges@winston.com

By: /s/ Kevin C. Kaplan
Kevin C. Kaplan

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM  WWW.BWSKB.COM