UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.
_____/

GOOGLE INC., a Delaware corporation,

       Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; and STELOR
PRODUCTIONS, LLC, a Delaware limited
liability company,

       Counterdefendants.
_____/

FILED by JJV D.C.
FEB - 8 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## ORDER GRANTING SILVERS' MOTION TO REQUIRE STELOR TO COMPLY WITH RULE 5

THIS CAUSE comes before the Court upon Silver's [sic] Motion to Require Stelor to Comply with Rule 5 **[DE 65]**, filed on January 20, 2006. Counter-Defendant/Cross-Plaintiff, Stelor Productions, L.L.C., f/k/a Stelor Productions, Inc. ("Stelor"), filed an Opposition to Silvers' Motion to Require Stelor to Comply with Rule 5 **[DE 66]** on January 30, 2006, and Silvers filed a Reply **[DE 67]** on February 6, 2006.

In his motion, Silvers represents that Stelor "has repeatedly filed motions and memoranda,



including pleadings to which Silvers must respond, and failed to serve same on Silvers' counsel at all," or that in other instances, Stelor "has not served pleadings on Silvers in the manner reflected in its certificate of service." Silvers requests that this Court order Stelor to comply with Fed. R. Civ. P. 5 regarding service of motions, memoranda, briefs or pleadings, and to specifically require Stelor to serve by electronic means, any pleading filed by Stelor using electronic means. Stelor objects to the motion, and states that it has at all times complied with Fed. R. Civ. P. 5 regarding service of papers. Stelor further states that it has no objection to the Court entering an order requiring all parties to serve papers electronically, but objects to an order that singles Stelor out for an alleged failure to follow the rules of civil procedure. In his Reply, Stelor states that he has no objection to being included in the order. Based on the foregoing, and in light of the apparent agreement between the parties, it is hereby,

ORDERED and ADJUDGED that:

(1)    Silvers' Motion to Require Stelor to Comply with Rule 5 **[DE 65]** is GRANTED;

(2)    All parties shall comply with the requirements of Fed. R. Civ. P. 5, with regard to service and filing of pleadings and other papers; and

(3)    Any pleading filed by any party using electronic means shall be served upon all parties by electronic means, and all parties shall take reasonable steps to verify such service is effected.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___8___ day of February, 2006.

_____
HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record