UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,
    Defendant.

CASE NO. 05-80387-CIV

(Ryskamp/Vitunac)

GOOGLE INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC; a business entity of unknown form; and STEVEN ESRIG, an individual,
    Counterdefendants.

FILED by _____ D.C.
MAR 17 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO CROSS-CLAIM

THIS CAUSE having came on before the Court on Silvers' motion for extension of time [DE 72] to respond to cross-claim, and the Court having considered same, it is

ORDERED that said Motion for Extension of Time is GRANTED. Silvers shall file his response to the cross-claim on or before April 6, 2006.

DONE and ORDERED in Chambers in Palm Beach County, Florida, this 17 day of March, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

All Counsel of Record