FILED by ___ D.C.
ELECTRONIC

**Mar 17 2006**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
     Plaintiff,

v.                                                                CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,                              (Ryskamp/Vitunac)
     Defendant.

_____

GOOGLE INC., a Delaware corporation,
     Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,

     Counterdefendants.

_____

## AGREED MOTION FOR EXTENSION TO RESPOND TO CROSS-CLAIM

    Cross-Claim Defendant, Steven A. Silvers ("Silvers"), hereby requests an extension of 20

days in which to respond to the crossclaim filed by Stelor Productions, LLC. As grounds therefore,

Silvers states the following:

    1.    Silvers' response to Stelor's crossclaim is due on or before March 17, 2006.

    2.    Counsel for Silvers have been engaged in trial preparation for other matters and out of

town depositions involving numerous parties and not subject to flexible scheduling. Additional time

is therefore needed in order to respond to the crossclaim.

    3.    Undersigned counsel has spoken with counsel for Stelor, and represents that Stelor

has agreed to the requested extension, which is not interposed for purposes for delay.

1

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

Dockets.Justia.com

**WHEREFORE**, Silvers requests that this court enter an order extending the time for its response to the crossclaim by 20 days. A proposed order is attached hereto as Exhibit "A."

Respectfully submitted,

Adam T. Rabin (FL Bar #985635)
DIMOND KAPLAN & ROTHSTEIN,P.A.
525 South Flagler Drive, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-2110

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: _____
         Kenneth R. Hartmann
         Florida Bar No. 664286
         Gail A. McQuilkin
         Florida Bar No. 969338

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-mail and U.S. mail on this 17th day of March, 2006 upon:

Jan Douglas Atlas
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Andrew P. Bridges
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Kevin C. Kaplan, Daniel F. Blonsky and
   David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

By: _____

3339/102/263665.1

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,

v.                                CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,         (Ryskamp/Vitunac)
    Defendant.

_____

GOOGLE INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

_____

**ORDER MOTION FOR EXTENSION OF TIME
TO RESPOND TO CROSS-CLAIM**

    **THIS CAUSE** having came on before the Court on Silvers' motion for extension of time

to respond to cross-claim, and the Court having considered same, it is

    **ORDERED** that said Motion for Extension of Time is **GRANTED**.  Silvers shall file his

response to the cross-claim on or before April 6, 2006.

    **DONE and ORDERED** in Chambers in Palm Beach County, Florida, this ____ day of

_____, 2006.


                        _____
                        UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

All Counsel of Record
3339/102/263666.1

**EXHIBIT**
tables"
"A"
_____