UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-80387-CIV-RYSKAMP\VITUNAC

Steven A. Silvers, an individual

          Plaintiff

vs.

Google, Inc., etc., et al

          Defendant
_____/

## NOTICE OF TRIAL

    This case is set for **jury TRIAL** commencing the two-week trial period of **December 11, 2006**, in West Palm Beach, Florida. The **PRETRIAL STIPULATION** required by Local Rule 16.1.E shall be filed by **November 29, 2006**. All matters relating to the scheduled trial date may be brought to the attention of the court at **CALENDAR CALL** on **December 6, 2006** in the Federal Courthouse, *Courtroom No. 1, 701 Clematis Street, 4th floor, West Palm Beach, Florida at 1:15 P.M.

    Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial. Any motion for a continuance MUST be in writing in order to be considered.

DATED this _3rd_ day of April, 2006.

                                           _____
                                           SHARON J. HIBBS, Judicial Administrator to
                                                   JUDGE RYSKAMP

cc:
Counsel of Record

*For information regarding the Evidence Presentation System available in Judge Ryskamp's Courtroom No. 1, see the Court's website at www.flsd.uscourts.gov Under *Bar Information*, access *Electronic Courtroom* and then *Evidence Presentation System Instructions*.

