FILED by ___ D.C.
ELECTRONIC

May 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

**STELOR LLC'S MOTION FOR ENLARGEMENT TO RESPOND
TO GOOGLE INC.'S FIRST SET OF DOCUMENT REQUESTS**

Counterdefendant, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), by and through its undersigned attorneys, hereby files this Motion for Enlargement of Time to respond to Google Inc's First Set of Document Requests:

1.    Google sought and obtained an order bifurcating *discovery* and trial in this action, which limits the first phase of the case to the "threshold issue of ownership" of the trademarks at issue. Nevertheless, Google has served a voluminous request for production of documents from

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.
_____
OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

1 of 5

Dockets.Justia.com
79pa

Stelor, seeking in excess of *100* categories of documents, the majority of which appear to have no conceivable connection to that limited threshold issue (the exclusive subject of the first phase of the case).

2. Stelor is attempting to ferret through the items of the request and determine which categories in fact relate to the threshold issue. Stelor recognizes the pending discovery deadlines, and is committed to responding as promptly as possible.

3. Given the nature of the requests, however, Stelor has not yet been able to complete the process.

4. Accordingly, Stelor requests a 20-day enlargement of time to respond to the request for production.

5. Stelor has advised counsel for Google of the requested enlargement, as well as the issues regarding the request's scope, but Counsel for Google has refused to agree to the request.

WHEREFORE, Stelor respectfully requests entry of an order enlarging by ten days, up to and including May 29, 2006, the time for Stelor to respond Google Inc.'s First Request for Production to Stelor.

> BURLINGTON, SCHWIEP,
>   KAPLAN & BLONSKY, P.A.
> Attorneys for Stelor Productions, LLC
> 2699 South Bayshore Drive, Penthouse
> Miami, Florida 33133
> Tel: 305-858-2900
> Fax: 305-858-5261
> Email: kkaplan@bwskb.com
>
> By: /s/ Kevin C. Kaplan
>     Kevin C. Kaplan
>     Florida Bar No. 933848
>     David J. Zack
>     Florida Bar No. 641685

2

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

2 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this 8th day of May, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111

    /s/ Kevin C. Kaplan
    Kevin C. Kaplan

3

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

3 of 5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

**PROPOSED ORDER GRANTING STELOR LLC'S MOTION
FOR ENLARGEMENT TO RESPOND TO GOOGLE INC.'S
<u>FIRST SET OF DOCUMENT REQUESTS</u>**

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), Motion for Enlargement of Time to Respond to Google Inc.'s First Set of Document Requests, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

Case No. 05-80387 CIV RYSKAMP/VITUNIC

2.   Stelor shall have up to and including May 28, 2006 to respond to Google Inc.'s First Set of Document Requests.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:   Jan Douglas Atlas, Esq.
      Andrew P. Bridges, Esq.
      Kenneth R. Hartmann, Esq.
      Kevin C. Kaplan, Esq.
      Adam T. Rabin, Esq.

2