FILED by ___ D.C.
ELECTRONIC
May 30 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

### STELOR LLC'S MOTION FOR 3-DAY ENLARGEMENT TO RESPOND TO GOOGLE INC.'S FIRST SET OF DOCUMENT REQUESTS

Counterdefendant, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), by and through its undersigned attorneys, hereby files this Motion for 3-Day Enlargement of Time to respond to Google Inc's First Set of Document Requests ("Request"):

    1.    Stelor is attempting to finalize its response to Google Inc's massive Request, seeking in excess of *100* categories of documents.

    2.    Stelor, however, has not yet completed the process, and requires three additional

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE   PENTHOUSE 2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

1 of 5

dockets.Justia.com
81/gz

days to do so, up to and including June 2, 2006.

3. This request is not interposed for purposes of delay, but in order to enable Stelor to respond completely to an extremely voluminious discovery Request.

WHEREFORE, Stelor respectfully requests entry of an order enlarging by three days, up to and including June 2, 2006, the time for Stelor to respond Google Inc.'s First Request for Production to Stelor.

>BURLINGTON, SCHWIEP,
>   KAPLAN & BLONSKY, P.A.
>Attorneys for Stelor Productions, LLC
>2699 South Bayshore Drive, Penthouse
>Miami, Florida 33133
>Tel: 305-858-2900
>Fax: 305-858-5261
>Email:  kkaplan@bwskb.com
>
>By: /s/ Kevin C. Kaplan
>    Kevin C. Kaplan
>    Florida Bar No. 933848
>    David J. Zack
>    Florida Bar No. 641685

2

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM     WWW.BSKBLAW.COM

2 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via U.S. mail on this 30th day of May, 2006 upon the following:

Adam T. Rabin, Esq.
DIMOND, KAPLAN &
   ROTHSTEIN, P.A.
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN &
   THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Flroida 33301

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111

   /s/ Kevin C. Kaplan
   Kevin C. Kaplan

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM    WWW.BSKBLAW.COM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

**PROPOSED ORDER GRANTING STELOR LLC'S MOTION
FOR 3-DAY ENLARGEMENT TO RESPOND TO GOOGLE INC.'S
FIRST SET OF DOCUMENT REQUESTS**

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), Motion for 3-Day Enlargement of Time to Respond to Google Inc.'s First Set of Document Requests, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

Case No. 05-80387 CIV RYSKAMP/VITUNIC

    2.    Stelor shall have up to and including June 2, 2006 to respond to Google Inc.'s First Set of Document Requests.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this \_\_\_\_ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:    Jan Douglas Atlas, Esq.
       Andrew P. Bridges, Esq.
       Kenneth R. Hartmann, Esq.
       Kevin C. Kaplan, Esq.
       Adam T. Rabin, Esq.

2