UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.

_____/

FILED by ___ D.C.

JUN 1 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ~~~~~~~~ ORDER GRANTING STELOR LLC'S MOTION FOR 3-DAY ENLARGEMENT TO RESPOND TO GOOGLE INC.'S FIRST SET OF DOCUMENT REQUESTS

This matter came before the Court on Counterdefendants, STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), Motion for 3-Day Enlargement of Time to Respond to Google Inc.'s First Set of Document Requests, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.



Case No. 05-80387 CIV RYSKAMP/VITUNIC

2. Stelor shall have up to and including June 2, 2006 to respond to Google Inc.'s First Set of Document Requests.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 12th day of ~~May~~ June, 2006.

_____
UNITED STATES DISTRICT JUDGE
Kenneth L. Ryskamp

cc: Jan Douglas Atlas, Esq.
Andrew P. Bridges, Esq.
Kenneth R. Hartmann, Esq.
Kevin C. Kaplan, Esq.
Adam T. Rabin, Esq.

2