FILED by ___ DJL ___ D.C.
ELECTRONIC

Jun 13 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,
    Defendant.

CASE NO. 05-80387-CIV

(Ryskamp/Vitunac)

GOOGLE INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,

    Counterdefendants.

## SILVERS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A MOTION TO COMPEL DISCOVERY

Plaintiff, Steven A. Silvers, requests an extension of time until July 7, 2006, in which to move to compel better responses to his discovery served upon Defendant, Google Inc. As grounds therefore, Silvers states as follows:

1.    On February 14, 2006, Silvers served his second request for production on Google Inc. Google Inc. responded on March 17, 2000, but offered to produce no documents, claiming that any documents supporting its attack on Silvers' ownership of his marks (the basis for bifurcating this case and limiting discovery in the initial stage) consisted of attorney/client privilege and work product protected documents.

2.    The parties have been conferring to resolve a variety of discovery disputes, including Google's inadequate response to Silvers' discovery. As a result of scheduling and

other issues, these discussions has gone beyond the 30-day period in which a party may move to compel discovery.

3.    As a result, Google Inc. has requested, and Silvers has agreed, to extend the time in which to file motions to compel until discussions to resolve discovery disputes can be completed and the parties' positions drawn.  However, while Google believes an extension is warranted for it to file such motions, it has refused to agree to Silvers having a similar extension.

**WHEREFORE,** Silvers requests that he have the same extension as Google Inc., until July 7, 2006, in which to file any motion to compel Google Inc. to provide better discovery responses.

Respectfully submitted,

Adam T. Rabin  (Fla. Bar #985635)
DIMOND KAPLAN & ROTHSTEIN, P.A.
525 S. Flagler Drive, Trump Plaza, Suite 200
West Palm Beach, Florida  33401
T: 561-671-2110

By: _____
Kenneth R. Hartmann  (Fla. Bar #664286)
Gail A. McQuilkin  (Fla. Bar #969338)
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Miami, Florida 33134
T: 305-372-1800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this ___ day of June, 2006 upon:

Jan Douglas Atlas, Esq.
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Andrew P. Bridges, Esq.
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

By: _____
Kenneth R. Hartmann

3339/102/266197.1

Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 I Phone 305.372.1800 I Fax 305.372.3508 I kttlaw.com

3

3 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,

v.                                                                    CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,                                  (Ryskamp/Vitunac)
    Defendant.
_____

GOOGLE INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.
_____

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE A MOTION TO COMPEL DISCOVERY

**THIS CAUSE** having came on before the Court on Silvers' motion for extension of time

in which to file a motion to compel discovery, and the Court having considered same, it is

**ORDERED** that said motion for extension of time in which to file a motion to compel

discovery is **GRANTED**.  Silvers shall file his motion to compel discovery on or before July 7,

2006.

      **DONE and ORDERED** in Chambers in Palm Beach County, Florida, this _____ day of

_____, 2006.


                            _____
                            UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

All Counsel of Record
3339/102/266198.1

4 of 4