UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.

CASE NO. 05-80387-CIV

GOOGLE INC., a Delaware corporation,
    Defendant.

(Ryskamp/Vitunac)

GOOGLE INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

FILED by _____ D.C.

JUN 19 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE A MOTION TO COMPEL DISCOVERY

THIS CAUSE having came on before the Court on Silvers' motion for extension of time in which to file a motion to compel discovery, and the Court having considered same, it is

ORDERED that said motion for extension of time in which to file a motion to compel discovery is GRANTED. Silvers shall file his motion to compel discovery on or before July 7, 2006.

DONE and ORDERED in Chambers in Palm Beach County, Florida, this 19th day of June, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE
Kenneth L. Ryskamp

Copies furnished to:

All Counsel of Record
3339/102/266198.1