UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE, INC., a Delaware corporation,

      Defendant.
_____/

GOOGLE, INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

      Counterdefendants.
_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel will be unavailable June 30, 2006 through July 7, 2006 and July 28, 2006 through August 4, 2006, and respectfully requests that no trials, hearings, depositions, meetings, etc. be scheduled during this time period.

In the event that any matters are scheduled for hearing, appearance or formal response during this time period, this Notice of Unavailability shall serve as a motion for protective order or motion for continuance, as the circumstances may require.



CASE NO. 05-80387 CIV-RYSKAMP/VITUNIC

ADORNO & YOSS LLP

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Counsel for Defendant Google Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on this 26th day of June, 2006 upon: HARLEY S. TROPIN, ESQ., KENNETH R. HARTMANN, ESQ. and GAIL M. McQUILKIN, ESQ., Kozyak, Tropin, Throckmorton, P.A., 2525 Ponce de Leon, 9th Floor, Miami, FL 33134; ADAM T. RABIN, ESQ., Dimond, Kaplan & Rothstein, P.A., 525 South Flagler Drive, Trump Plaza, Suite 200, West Palm Beach, FL 33401; and KEVIN C. KAPLAN, ESQ., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Miami, FL 33133.

_____
Jan Douglas Atlas