UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)

| |
|---|
| STEVEN A. SILVERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., a Delaware corporation, <br><br> Defendant. |
| GOOGLE INC., a Delaware corporation, <br><br> Counterclaimant, <br><br> v. <br><br> STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual, <br><br> Counter-Defendants. |



**NOTICE OF FILING CORRECTION OF CERTIFICATE OF SERVICE
TO DEFENDANT GOOGLE INC.'S MEMORANDUM IN LIMITED
OPPOSITION TO PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF DUE TO SCRIVENER'S ERROR**

Defendant/Counterclaimant GOOGLE INC. ("GOOGLE"), by its undersigned counsel, hereby gives notice of filing its correction of Certificate of Service due to scrivener's error, and states as follows:

1. On June 20, 2006, GOOGLE served its Memorandum in Limited Opposition to Plaintiff's Counsel's Motion to Withdraw as Counsel ("Memorandum").

{SNT/213526.0001/N0613205_1}
ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800



Case No. 05-80387-CIV (Ryskamp/Vitunac)

2. However, the Certificate of Service to the Memorandum stated "this 20th day of December 2005."

3. Accordingly, it should have stated "this 20th day of June, 2006."

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax:    (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Phone: (415) 591-1000
Fax:    (415) 591-1400

Attorneys for Defendant/Counterclaimant
Google, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail on the addressee(s) listed on the attached schedule on this 28th day of June, 2006.

_____
Samantha Tesser Haimo

## SERVICE LIST

| | |
|---|---|
| Harley S. Tropin, Esq.<br>hst@kttlaw.com<br>Kenneth R. Hartmann, Esq.<br>krh@kttlaw.com<br>Gail A. McQuilkin, Esq.<br>gam@kttlaw.com<br>**KOZYAK, TROPIN, THROCKMORTON, P.A.**<br>2525 Ponce de Leon, 9th Floor<br>Miami, FL 33134<br>Telephone:  (305) 372-1800<br>Facsimile:   (305) 372-3508<br><br>Adam T. Rabin, E+sq.<br>arabin@dkrpa.com<br>**DIMOND, KAPLAN & ROTHSTEIN, P.A.**<br>525 South Flagler Drive<br>Trump Plaza, Suite 200<br>West Palm Beach, FL 33401<br>Telephone:  (561) 671-1920<br>Facsimile:   (561) 671-1951<br><br>Kevin C. Kaplan, Esq.<br>kkaplan@bwskb.com<br>**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone:  (305) 858-2900<br>Facsimile:   (305) 858-5261<br><br>Jan Douglas Atlas, Esq.<br>Florida Bar No.  226246<br>jda@adorno.com<br>Samantha Tesser Haimo, Esq.<br>Florida Bar No.  0148016<br>stesser@adorno.com<br>**ADORNO & YOSS LLP**<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, FL  33301<br>Telephone :  (954) 763-1200<br>Facsimile:   (954) 766-7800 | Andrew P. Bridges<br>California Bar No. 122761<br>abridges@winston.com<br>Jennifer Golinveaux<br>California Bar No.<br>jgolinveaux@winston.com<br>**WINSTON & STRAWN LLP**<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Telephone: (415) 591-1000<br>Facsimile:  (415) 591-1400 |