UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL
### FOR DEFENDANT/COUNTERCLAIMANT GOOGLE INC.

IT IS HEREBY STIPULATED AND AGREED by and between the law firm of Winston & Strawn LLP and its attorneys, Andrew P. Bridges and Jennifer Golinveaux, and the law firm of Perkins Coie LLP, that the law firm of Perkins Coie LLP shall be substituted for the law firm of Winston & Strawn LLP and its attorneys, Andrew P. Bridges and Jennifer Golinveaux, as counsel of record for Defendant/Counterclaimant Google Inc. The law firm of Adorno & Yoss LLP shall remain as local counsel for Defendant/Counterclaimant Google Inc. The attorneys that

{SNT/213526.0001/N0612965_1}

Case No. 05-80387-CIV (Ryskamp/Vitunac)

will be appearing in this matter from Perkins Coie LLP, specifically, Ramsey Al-Salam, Will Rava, and Johanna Calabria, will be filing Motions to Appear Pro Hac Vice as soon as possible. This Stipulation is being entered into with full knowledge and consent of the Plaintiff/Counterclaimant Google Inc.

By: /s/ Andrew P. Bridges
Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
Jennifer Golinveaux
California Bar No. 203056
jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

By: /s/
Ramsey M. Al-Salam.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: (206) 359-7338

Johanna Calabria
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

By: /s/
Jan Douglas Atlas
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
350 East Las Olas Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

Case No. 05-80387-CIV (Ryskamp/Vitunac)

# SERVICE LIST

Harley S. Tropin, Esq.
hst@kttlaw.com
Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Gail A. McQuilkin, Esq.
gam@kttlaw.com
**KOZYAK, TROPIN, THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Adam T. Rabin, Esq.
arabin@dkrpa.com
**DIMOND, KAPLAN & ROTHSTEIN, P.A.**
525 South Flagler Drive
Trump Plaza, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-1920
Facsimile: (561) 671-1951

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone : (954) 763-1200
Facsimile: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
Jennifer Golinveaux
California Bar No.
jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: - (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

{SNT/213526.0001/N0612965_1}