UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)



STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

---

GOOGLE INC., a Delaware corporation,

Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR
PRODUCTIONS, LLC, a business entity of
unknown form; and STEVEN ESRIG, an
individual,

Counter-Defendants.



**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S MOTION TO APPEAR
PRO HAC VICE AND REQUEST FOR EXPEDITED ADMISSION**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Johanna Calabria, of the law firm Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107, (415) 344-7000, for the purposes of appearing as co-counsel on behalf of Defendant/Counterclaimant Google Inc. herein, in the above-styled case only. Since depositions have been scheduled in this matter for



Case No. 05-80387-CIV (Ryskamp/Vitunac)

Wednesday, July 12, 2006 and Thursday, July 13, 2006, the undersigned respectfully requests that the instant Motion be granted on an expedited basis.

Johanna Calabria certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of The State Bar of California and the United States District Court, Northern District of California.

In further support of this motion, it is hereby designated that Jan Douglas Atlas ("Altas") of the law firm of Adorno & Yoss LLP, is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person whom the Court and counsel may readily communicate and upon whom papers may be served. Atlas of the law firm of Adorno & Yoss LLP, 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, Florida 33301, (954) 763-1200, acts as local counsel in this matter on behalf of Defendant/Counterclaimant Google Inc.

## CONSENT TO DESIGNATION

I, Jan Douglas Atlas, hereby consent to the foregoing designation.

Dated: this 7th day of July, 2006.

_____
Jan Douglas Atlas

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF BROWARD       )

The foregoing instrument was acknowledged before me this 7th day of July, 2006, by Jan Douglas Atlas, who is personally known to me ~~or who has produced~~ _____ as identification.

_____
Notary Public, State of Florida
Print Name: Robin Corwin Campbell
My commission expires: _____

Robin Corwin Campbell
MY COMMISSION # DD211993 EXPIRES
June 13, 2007
IN INSURANCE, INC.

Case No. 05-80387-CIV (Ryskamp/Vitunac)

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No.: 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax:    (954) 766-7800

Attorneys for Defendant/Counterclaimant
Google, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail and mail on this 7th day of July, 2006 on the addressee(s) listed on the attached service list.

_____
Samantha Tesser Haimo

cc:    Downtown Reporting, Inc.
       Downtown Reporting & Videography, Inc.

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

| | |
|---|---|
| Harley S. Tropin, Esq.<br>hst@kttlaw.com<br>Kenneth R. Hartmann, Esq.<br>krh@kttlaw.com<br>Gail A. McQuilkin, Esq.<br>gam@kttlaw.com<br>**KOZYAK, TROPIN, THROCKMORTON, P.A.**<br>2525 Ponce de Leon, 9th Floor<br>Miami, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508<br><br>Adam T. Rabin, Esq.<br>arabin@dkrpa.com<br>**DIMOND, KAPLAN & ROTHSTEIN, P.A.**<br>525 South Flagler Drive<br>Trump Plaza, Suite 200<br>West Palm Beach, FL 33401<br>Telephone: (561) 671-1920<br>Facsimile: (561) 671-1951<br><br>Kevin C. Kaplan, Esq.<br>kkaplan@bwskb.com<br>**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone: (305) 858-2900<br>Facsimile: (305) 858-5261 | Ramsey M. Al-Salam, Esq.<br>Washington Bar. No. 18822<br>ralsalam@perkinscoie.com<br>William C. Rava, Esq.<br>Washington Bar No. 29948<br>wrava@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-6338<br>Facsimile: - (206) 359-7338<br><br>Johanna Calabria, Esq.<br>California Bar No. 226222<br>jcalabria@perkinscoie.com<br>**PERKINS COIE LLP**<br>180 Townsend Street, 3rd Floor<br>San Francisco, CA 94107<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 |

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800
{SNT/213526.0001/N0615062_1}