UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.

_____/

GOOGLE INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

      Counterdefendants.

_____/

## AMENDED SCHEDULING ORDER

    THIS COURT issues this Amended Scheduling Order in accordance with S.D. Fla. L. R.

16.1 and Counterdefendant Stelor Productions, LLC's Unopposed Motion to Alter the

Scheduling Order Relating to Discovery and Dispositive Motions Only. The parties STEVEN A.

SILVERS ("Silvers"), GOOGLE INC. ("Google"), STELOR PRODUCTIONS, INC. and

STELOR PRODUCTIONS, LLC (together, "Stelor") and STEVEN ESRIG ("Esrig") shall

comply with the following deadlines as agreed by all parties:

{SNT/213526.0001/N0613929_1}



Case No. 05-80387-CIV (Ryskamp/Vitunac)

Deadline for Silvers, Stelor and Esrig to complete all non-expert discovery:     July 31, 2006

Deadline for Silvers, Stelor and Esrig to designate expert witnesses:     July 31, 2006

Deadline for Google to complete all non-expert discovery:     August 31, 2006

Deadline for Google to designate expert witnesses:     August 31, 2006

Deadline for all parties to complete expert discovery:     September 15, 2006

Deadline for all parties to file dispositive motions:     September 29, 2006

All other deadlines established by this Court's April 4, 2006 Scheduling Order shall remain in effect.

      ORDERED AND ADJUDGED in Chambers, at West Palm Beach, Palm Beach County, Florida on this 11th day of July, 2006.

                                      UNITED STATES DISTRICT JUDGE
                                      Kenneth L. Ryskamp

Copies furnished to:
All counsel listed on the attached Service List

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

Harley S. Tropin, Esq.
hst@kttlaw.com
Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Gail A. McQuilkin, Esq.
gam@kttlaw.com
**KOZYAK, TROPIN, THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Adam T. Rabin, Esq.
arabin@dkrpa.com
**DIMOND, KAPLAN & ROTHSTEIN, P.A.**
525 South Flagler Drive
Trump Plaza, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-1920
Facsimile: (561) 671-1951

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, SCHWIEP,
KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone : (954) 763-1200
Facsimile: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
Jennifer Golinveaux
California Bar No.
jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: - (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

{SNT/213526.0001/N0613929_1}