UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387-CIV (RYSKAMP/VITUNAC)

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.

_____/

FILED by _____ D.C.

JUL 1 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## ORDER GRANTING DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S MOTION TO APPEAR PRO HAC VICE

THIS CAUSE came before the Court on Defendant/Counterclaimant GOOGLE INC.'s Motion to Appear Pro Hac Vice, and the Court having reviewed the Motion and being otherwise fully advised in the premises it is hereby

ORDERED AND ADJUDGED that said Motion shall be and is hereby Granted, and that Johanna Calabria of the law firm of Perkins Coie LLP shall be admitted pro hac vice in this matter for Defendant/Counterclaimant GOOGLE INC.

{SNT/213526.0001/N0615073_1}

Case No. 05-80387-CIV (Ryskamp/Vitunac)

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _12_ day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE
Kenneth L. Ryskamp

Copies furnished to:
All counsel on the attached Service List

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

Harley S. Tropin, Esq.
hst@kttlaw.com
Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Gail A. McQuilkin, Esq.
gam@kttlaw.com
**KOZYAK, TROPIN, THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Adam T. Rabin, Esq.
arabin@dkrpa.com
**DIMOND, KAPLAN & ROTHSTEIN, P.A.**
525 South Flagler Drive
Trump Plaza, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-1920
Facsimile: (561) 671-1951

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

Andrew P. Bridges, Esq.
California Bar No. 122761
abridges@winston.com
Jennifer Golinveaux, Esq.
California Bar No.
jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

{SNT/213526.0001/N0615073_1}

3