# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  05-80387-CIV (Ryskamp/Vitunac)

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.

_____

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR
PRODUCTIONS, LLC, a business entity of
unknown form; and STEVEN ESRIG, an
individual,

        Counter-Defendants.

_____



## AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION[1]

TO:  ALL ATTORNEYS LISTED ON THE ATTACHED SCHEDULE:

    PLEASE TAKE NOTICE that the undersigned attorneys will take the following

videotaped deposition, pursuant to Fed. R. Civ. P. 30(b)(1), at Adorno & Yoss LLP, 2525 Ponce

de Leon Blvd., Suite 400, Miami, FL 33134-6012.

---

[1] The instant Amended Notice of Taking Videotaped Deposition is amended to change the deposition dates
from July 11, 2006 and July 12, 2006 to July 13, 2006.

{SNT/213526.0001/N0615038_1}



Case No. 05-80387-CIV (Ryskamp/Vitunac)

| NAME | DATE | TIME |
|---|---|---|
| STEVEN A. SILVERS | July 13, 2006 | 9:00 a.m. |

upon oral examination before a court reporter, notary public, or any other officer authorized by law to take depositions. The oral examinations will continue from day to day until completed. The deposition is being taken for purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court. The video deposition will be taken by Downtown Reporting & Videography, Inc., whose address is 337 East Las Olas Boulevard, Fort Lauderdale, Florida 33301.

Respectfully submitted,

By: _____
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No.: 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax:   (954) 766-7800

Andrew P. Bridges
California Bar No.: 122761
abridges@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Phone: (415) 591-1000
Fax:   (415) 591-1400

Attorneys for Defendant/Counterclaimant
Google, Inc.

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail and mail on this 7th day of July, 2006 on the addressee(s) listed on the attached service list.

_____
Samantha Tesser Haimo

cc:  Downtown Reporting, Inc.
     Downtown Reporting & Videography, Inc.

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800
{SNT/213526.0001/N0615038_1}

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

<table>
<tr>
<td>
Harley S. Tropin, Esq.<br>
hst@kttlaw.com<br>
Kenneth R. Hartmann, Esq.<br>
krh@kttlaw.com<br>
Gail A. McQuilkin, Esq.<br>
gam@kttlaw.com<br>
<strong>KOZYAK, TROPIN, THROCKMORTON, P.A.</strong><br>
2525 Ponce de Leon, 9th Floor<br>
Miami, FL 33134<br>
Telephone: (305) 372-1800<br>
Facsimile: (305) 372-3508<br>
<br>
Adam T. Rabin, Esq.<br>
arabin@dkrpa.com<br>
<strong>DIMOND, KAPLAN & ROTHSTEIN, P.A.</strong><br>
525 South Flagler Drive<br>
Trump Plaza, Suite 200<br>
West Palm Beach, FL 33401<br>
Telephone: (561) 671-1920<br>
Facsimile: (561) 671-1951<br>
<br>
Kevin C. Kaplan, Esq.<br>
kkaplan@bwskb.com<br>
<strong>BURLINGTON, WEIL, SCHWIEP,<br>
KAPLAN & BLONSKY, P.A.</strong><br>
2699 South Bayshore Drive<br>
Miami, FL 33133<br>
Telephone: (305) 858-2900<br>
Facsimile: (305) 858-5261
</td>
<td>
Ramsey M. Al-Salam, Esq.<br>
Washington Bar. No. 18822<br>
ralsalam@perkinscoie.com<br>
William C. Rava, Esq.<br>
Washington Bar No. 29948<br>
wrava@perkinscoie.com<br>
<strong>PERKINS COIE LLP</strong><br>
1201 Third Avenue<br>
Suite 4800<br>
Seattle, WA 98101-3099<br>
Telephone: (206) 359-6338<br>
Facsimile: - (206) 359-7338<br>
<br>
Johanna Calabria, Esq.<br>
California Bar No. 226222<br>
jcalabria@perkinscoie.com<br>
<strong>PERKINS COIE LLP</strong><br>
180 Townsend Street, 3rd Floor<br>
San Francisco, CA 94107<br>
Telephone: (415) 344-7000<br>
Facsimile: (415) 344-7050
</td>
</tr>
</table>

4

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800
{SNT/213526.0001/N0615038_1}