FILED by _____ CIV _____ D.C.
ELECTRONIC

Jul 12 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,
    Plaintiffs,
v.

GOOGLE INC., a Delaware corporation,
    Defendant.
_____

GOOGLES INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and
STEVEN ESRIG, an individual,
    Counterdefendants.
_____

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

## SILVERS' REQUEST FOR COPIES

Plaintiff/Cross-Defendant, Steven A. Silvers ("Silvers"), hereby requests Defendant Google, Inc., and Cross-claimant Stelor Productions, LLC, to produce copies of all documents obtained or received from parties and non-parties to this action, whether produced in response to discovery requests served in this action pursuant to Rule 34 or Rule 45, Federal Rules of Civil Procedure, or other means, and to notify Silvers of the date that any party or non-party will produce documents for inspection and coping.   Silvers agrees to pay reasonable costs associated with the reproduction of these copies.

1

Respectfully submitted,

| | |
|---|---|
| Adam T. Rabin (Fla. Bar #985635) | s/ Gail A. McQuilkin |
| DIMOND KAPLAN & ROTHSTEIN, P.A. | Kenneth R. Hartmann (Fla. Bar #664286) |
| 525 S. Flagler Drive, Trump Plaza, Suite 200 | Gail A. McQuilkin (Fla. Bar #969338) |
| West Palm Beach, Florida 33401 | KOZYAK TROPIN & THROCKMORTON, P.A. |
| T: 561-671-2110 / F: 561-671-1951 | 2525 Ponce de Leon, 9th Floor |
| | Miami, Florida 33134 |
| | T: 305-372-1800 / F: 305-372-3508 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this 12th day of July, 2006 upon:

| | |
|---|---|
| Jan Douglas Atlas, Esq. | Andrew P. Bridges, Esq. |
| Adorno & Yoss, LLP | Winston & Strawn, LLP |
| 350 East Las Olas Blvd., Suite 1700 | 101 California Street, Suite 3900 |
| Fort Lauderdale, FL 33301-4217 | San Francisco, CA 94111 |
| E-mail: jatlas@adorno.com | E-mail: abridges@winston.com |
| | |
| Kevin C. Kaplan, Esq. | Johanna Calabria, Esq. |
| Burlington Weil Schwiep Kaplan & Blonsky, PA | Perkins Coie, LLP |
| 2699 S. Bayshore Drive, Penthouse A | 180 Townsend Street, 3rd Floor |
| Miami, FL 33133 | San Francisco, CA 94107 |
| E-mail: kkaplan@bwskb.com | E-mail: jcalabria@perkinscoie.com |
| | |
| Ramsay M. Al-Salam, Esq. | |
| Perkins Coie, LLP | |
| 1201 Third Avenue, Suite 4800 | |
| Seattle, WA 98101 | |
| E-mail: ralsalam@perkinscoie.com | |

                                                        s/ Gail A. McQuilkin

3339/102/267025.1