UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.

_____/



## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE comes before the Court upon Plaintiff's Motion to Withdraw as Counsel **[DE 82]**, filed on June 5, 2006. In this motion, Plaintiff's counsel represented that they had "irreconcilable differences with Silvers that has compromised [their] ability to effectively represent Silvers." Defendant/Counterclaimant filed its Memorandum in Limited Opposition to Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff **[DE 86]** on June 22, 2006. The Defendant agreed to Plaintiff's Motion to Withdraw provided that Plaintiff participate in a deposition before counsel withdraws and that the Court extend the discovery in this case. Plaintiff did not file a reply. Accordingly, it is hereby,

ORDERED and ADJUDGED that:

(1)    Plaintiff's Motion to Withdraw as Counsel **[DE 82]** is GRANTED as follows:

(2)    The law firms of Kozyak Tropin & Throckmorton and Dimond Kaplan & Rothstein shall have no further responsibility in connection with this case, once the deposition of Steven A. Silvers has been taken; and

(3)    Parties shall have twenty days from the date of this Order to complete a deposition of Steven A. Silvers; and

(4)    Steven A. Silvers shall have thirty days from the date of this Order to obtain new counsel or advise the Court that he is proceeding *pro se*; and

(5)     All pleadings in this litigation shall be served upon Plaintiff Steven A. Silvers:

> Steven A. Silvers
> 8983 Okeechobee Blvd., Ste 202 - PMB 203
> West Palm Beach, Florida 33411
> Email: gewrue@hotmail.com
> Phone: 954-445-6788 / Fax: 561-784-9959

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___18th___ day of July,

2006.

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record

2