```
FILED by  CW   D.C.
ELECTRONIC

Jul 19 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,
    Plaintiff,

v.

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

GOOGLE INC., a Delaware corporation,
    Defendant.

---

GOOGLE INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
Entity of unknown form; and STEVEN ESRIG,
An individual,
    Counterdefendants.

---

## SILVERS' SUPPLEMENT TO AND LOCAL RULE
## CERTIFICATION FOR MOTION FOR PROTECTIVE ORDER

Plaintiff/Cross-Defendant, Steven A. Silvers ("Silvers"), hereby supplements his previously filed motion for protective order dated July 18, 2006, to reflect and certify pursuant to Local Rule 7.1(A)(3) that undersigned counsel conferred with counsel for Counter-Defendant/Cross-Claimant, Stelor Productions, LLC ("Stelor"), in order to resolve the issue raised in the motion for protective order, but that we were unable to do so.

                      Respectfully submitted,

| | |
|---|---|
| DIMOND, KAPLAN & ROTHSTEIN, P.A. | KOZYAK TROPIN & THROCKMORTON, P.A. |
| 525 South Flagler Drive | Counsel for Plaintiff |
| Trump Plaza, Suite 200 | 2525 Ponce de Leon, 9th Floor |
| West Palm Beach, FL 33401 | Coral Gables, Florida 33134 |
| Phone: (561) 671-2110 | Telephone: (305) 372-1800 |
| Fax: (561) 671-1951 | |
| Adam T. Rabin, Esq. | By: _____ |
| | Kenneth R. Hartmann, Fla. Bar No. 664286 |
| | Gail A. McQuilkin, Fla. Bar No. 969338 |

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by E-mail and U.S. mail on this 19th day of July, 2006 upon:

Jan Douglas Atlas, Esq.
Samantha Tesser Haimo, Esq.
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

Ramsay M. Al-Salam, Esq.
William Rava, Esq.
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
E-mail: ralsalam@perkinscoie.com

Andrew P. Bridges, Esq.
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Johanna Calabria, Esq.
Perkins Coie, LLP
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
E-mail: jcalabria@perkinscoie.com

By: _____
Kenneth R. Hartmann

3339/102/2673071 (word.doc)

Kozyak Tropin & Throckmorton, P.A.   2
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

2 of 2