UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach DIVISION

STEVEN A. SILVERS, an individual,

    Plaintiffs,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

CASE NO. 05-80387-CIV
(Ryskamp/Vitunac)

---

GOOGLES INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
Entity of unknown form; and STEVEN ESRIG,
An individual,

    Counterdefendants.

---

**SILVERS' REPLY TO GOOGLE'S OPPOSITION
TO MOTION TO COMPEL PRIVILEGE LOG**

Prior to moving to compel a privilege log for Google Inc., Steven Silvers' counsel requested Google to verify that it was not claiming privilege or work product as to any documents it intended to use at trial. Google refused to do so; thus Silvers filed the motion on the last day to file discovery motions pursuant to the Court's Scheduling Order.

Google has now, in response to the motion, gone on record as having no such documents. This is inconsistent with Google's response to Silvers' discovery request, in which Google claimed it <u>was</u> withholding responsive documents. And, Google's counsel refused to confirm it

would not seek to use withheld documents at trial. Now, given Googles's belated change of position, the relief sought by Silvers is not necessary.

Silvers did not seek a preview of Google's exhibit list; he merely sought to avoid being sand bagged at trial by, for example, Google withholding documents from discovery and then, withdrawing claims of work-product, using such documents at trial. The motion was filed only after Google insisted it could proceed in this fashion.

Silvers respectfully requests an order in the form attached as Exhibit "A" be entered to reflect Google's position as stated on the record.

Respectfully submitted,

By: /s/ Steven A. Silvers
Steven A. Silvers
8983 Okeechobee Blvd., Suite 202
PMB 203
West Palm Beach, FL 33411
Email: gewrue@hotmail.com
Phone: 954-445-6788
Fax: 561-784-9959

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mail on this 28th day of July, 2006 upon:

Jan Douglas Atlas, Esq.
Adorno & Yoss, LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217
E-mail: jatlas@adorno.com

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL 33133
E-mail: kkaplan@bwskb.com

Ramsay M. Al-Salam, Esq.
Perkins Coie, LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
E-mail: ralsalam@perkinscoie.com

Andrew P. Bridges, Esq.
Winston & Strawn, LLP
101 California Street, Suite 3900
San Francisco, CA 94111
E-mail: abridges@winston.com

Johanna Calabria, Esq.
Perkins Coie, LLP
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
E-mail: jcalabria@perkinscoie.com

By: /s/ Steven A. Silvers
Steven A. Silvers

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. SILVERS, an individual,
    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,
    Defendant.

CASE NO. 05-80387-CIV

(Ryskamp/Vitunac)

GOOGLE INC., a Delaware corporation,
    Counterclaimant,
v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC; a business entity of unknown form; and STEVEN ESRIG, an individual,
    Counterdefendants.

## ORDER GRANTING SILVERS' MOTION TO COMPEL PRIVILEGE LOG

**THIS CAUSE** having came on before the Court on Steven Silvers' motion to compel privilege log. Having reviewed the pleadings, and being duly advised, it is hereby **ORDERED and ADJUDGED** that:

1. The motion is granted in part and denied in part.

2. Google Inc. shall not be required to provide a log of documents withheld from discovery on grounds of privilege or work-product.

3. Google shall be precluded at trial from introducing as evidence any documents responsive to Silvers' discovery and not produced in discovery.

**DONE and ORDERED** in Chambers in Palm Beach County, Florida, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Steven A. Silvers, Counsel of Record
3339/102/266915.2

EXHIBIT "A"