UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## STELOR PRODUCTIONS, LLC'S NOTICE OF NON-OPPOSITION TO SILVERS' MOTION FOR PROTECTIVE ORDER

Stelor Productions, LLC ("Stelor") hereby submits its non-opposition to Steven Silvers' Motion for Protective Order filed on July 18, 2006 (DE 102). Stelor does not oppose the relief requested in Silvers' Motion. Stelor agrees with

Silvers' position that issues related to the cross-claim and the status of the license agreement should be tried during phase II. Stelor and Silvers have agreed on the protective order attached hereto as Exhibit A.

WHEREFORE, Stelor respectfully requests that the Court enter the order attached hereto as Exhibit A.

        Respectfully submitted,

        BURLINGTON, SCHWIEP, KAPLAN &
          BLONSKY, P.A.
        Counsel for STELOR PRODUCTIONS, LLC
        2699 South Bayshore Drive, Penthouse
        Miami, Florida 33133
        Tel: 305-858-2900
        Fax: 305-858-5261
        Email: kkaplan@bwskb.com

        By: _____
            Kevin C. Kaplan
            Florida Bar No. 933848
            David J. Zack
            Florida Bar No. 641685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic mail and U.S. Mail on this 3rd day of August, 2006 upon the following:

| | |
|---|---|
| Steven A. Silvers<br>Suite 202 – PMB 203<br>8983 Okeechobee Boulevard<br>West Palm Beach, Florida 33411<br>Tel: 954-4445-6788<br>Fax: 561-784-9959<br>E-mail: gewrue@hotmail.com | Adam T. Rabin, Esq.<br>DIMOND, KAPLAN &<br>  ROTHSTEIN, P.A.<br>Trump Plaza<br>525 S. Flagler Drive, Suite 200<br>West Palm Beach, Florida 33401 |
| Jan Douglas Atlas<br>ADORNO & YOSS LLP<br>350 East Las Olas Boulevard<br>Suite 1700<br>Fort Lauderdale, Florida 33301 | Ramsey Al-Salam, Esq.<br>William C. Rava, Esq.<br>Johanna Calabria, Esq.<br>PERKINS, COIE LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099 |
| Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN &<br>  THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 | |

_____
Kevin C. Kaplan
David J. Zack

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE, MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## AGREED PROTECTIVE ORDER ON SILVERS DEPOSITION

This matter came before the Court on Plaintiff/Counterdefendant/Cross-defendant Steven Silvers' Motion for a Protective Order with respect to Stelor Productions, LLC's notice of deposition of Silvers. By the stipulation of Silvers and Stelor and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

2.  Prior to the trial on Phase I of this action, issues relating to Stelor's cross-claim against Silvers and the status of the license agreement between them (hereinafter, the "Cross-Claim Issues") may not be inquired into, except as they relate to Stelor's allegations that Silvers breached a warranty that he owned the mark. The Cross-Claim Issues shall be subject to discovery and shall be tried during Phase II of this action.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this ____ day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:  Ramsey Al-Salam, Esq.
     Jan Douglas Atlas, Esq.
     Andrew P. Bridges, Esq.
     Kenneth R. Hartmann, Esq.
     Kevin C. Kaplan, Esq.
     Adam T. Rabin, Esq.