FILING FEE
PAID 150.00
In Forma Pauperis 537832
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)

| | |
|---|---|
| **STEVEN A. SILVERS, an individual,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GOOGLE INC., a Delaware corporation,**<br><br>**Defendant.** | |
| **GOOGLE INC., a Delaware corporation,**<br><br>**Counterclaimant,**<br><br>**v.**<br><br>**STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual,**<br><br>**Counter-Defendants.** | |

**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S**
**MOTION TO APPEAR PRO HAC VICE**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Ramsey M. Al-Salam and William C. Rava, of the law firm Perkins Coie LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099, (206) 359-6338, for the purposes of appearing as co-counsel on behalf of Defendant/Counterclaimant Google Inc. herein, in the above-styled case only.



107/RB

Case No. 05-80387-CIV (Ryskamp/Vitunac)

Ramsey M. Al-Salam and William C. Rava certify herewith that they have studied the Local Rules of this Court and are members in good standing of The State Bar of Washington and the United States District Court, Western District of Washington.

In further support of this motion, it is hereby designated that Jan Douglas Atlas ("Atlas") of the law firm of Adorno & Yoss LLP, is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person whom the Court and counsel may readily communicate and upon whom papers may be served. Atlas of the law firm of Adorno & Yoss LLP, 350 East Las Olas Blvd., Suite 1700, Fort Lauderdale, Florida 33301, (954) 763-1200, acts as local counsel in this matter on behalf of Defendant/Counterclaimant Google Inc.

**CONSENT TO DESIGNATION**

I, Jan Douglas Atlas, hereby consent to the foregoing designation.

Dated: this 21st day of July, 2006.

Jan Douglas Atlas

STATE OF FLORIDA )
) ss:
COUNTY OF BROWARD )

The foregoing instrument was acknowledged before me this 21st day of July, 2006, by Jan Douglas Atlas, who is personally known to me or who has produced ________________ as identification.

Notary Public, State of Florida
Print Name: Susan D. Shapiro
My commission expires: ________________

SUSAN D. SHAPIRO
MY COMMISSION # DD 526835
EXPIRES: April 26, 2010
Bonded Thru Budget Notary Services

2

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800
{SNT/213526.0001/N0613265_1}

Respectfully submitted,

By:__________________________

Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Samantha Tesser Haimo
Florida Bar No.: 0148016
stesser@adorno.com
ADORNO & YOSS LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Phone: (954) 763-1200
Fax: (954) 766-7800

Attorneys for Defendant/Counterclaimant
Google, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail and mail on this 3rd day of August, 2006 on the addressee(s) listed on the attached service list.

__________________________
Samantha Tesser Haimo

**SERVICE LIST**

| | |
|---|---|
| Harley S. Tropin, Esq.<br>hst@kttlaw.com<br>Kenneth R. Hartmann, Esq.<br>krh@kttlaw.com<br>Gail A. McQuilkin, Esq.<br>gam@kttlaw.com<br>**KOZYAK, TROPIN, THROCKMORTON, P.A.**<br>2525 Ponce de Leon, 9th Floor<br>Miami, FL 33134<br>Telephone: (305) 372-1800<br>Facsimile: (305) 372-3508 | Steven A. Silvers<br>8983 Okeechobee Blvd.<br>Suite 202 – PMB 203<br>West Palm Beach, FL 33411<br>gewrue@hotmail.com<br>Telephone: 954-445-6788<br>Facsimile: 561-784-9959 |
| Adam T. Rabin, Esq.<br>arabin@dkrpa.com<br>**DIMOND, KAPLAN & ROTHSTEIN, P.A.**<br>525 South Flagler Drive<br>Trump Plaza, Suite 200<br>West Palm Beach, FL 33401<br>Telephone: (561) 671-1920<br>Facsimile: (561) 671-1951 | Ramsey M. Al-Salam, Esq.<br>Washington Bar. No. 18822<br>ralsalam@perkinscoie.com<br>William C. Rava, Esq.<br>Washington Bar No. 29948<br>wrava@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>Telephone: (206) 359-6338<br>Facsimile: - (206) 359-7338 |
| Kevin C. Kaplan, Esq.<br>kkaplan@bwskb.com<br>**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone: (305) 858-2900<br>Facsimile: (305) 858-5261 | Johanna Calabria, Esq.<br>California Bar No. 226222<br>jcalabria@perkinscoie.com<br>**PERKINS COIE LLP**<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 |