**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

**Case No. 05-80387-CIV-RYSKAMP/VITUNAC**

**STEVEN A. SILVERS, an individual**

**Plaintiff,**

**v.**

**GOOGLE INC., a Delaware Corporation, et al,**

**Defendant.**

_______________________________________/

**NOTICE OF PLAINTIFF'S INTENSION TO PROCEED PRO SE**

**In response to this Court's ORDER dated July 18, 2006 requesting the Plaintiff to advise the Court that he has obtained new counsel or otherwise proceeding pro se, the Plaintiff respectfully so advises the Court that he shall be proceeding pro se at this time.**

**Respectfully submitted by,**

**Steven A. Silvers, pro se**

**Copies provided to:**
**All counsel of record**