**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

______________________________/

FILED by JW D.C.
AUG 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE comes before the Court upon Google Inc.'s Motion to Appear *Pro Hac Vice* **[DE 107]**, filed on August 3, 2006. The court having reviewed the Motion and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that this Motion **[DE 107]** is hereby GRANTED. Ramsey M. Al-Salam and William C. Rava of the law firm of Perkins Coie LLP shall be admitted *pro hac vice* in this matter for Google Inc.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 22nd day of August, 2006.

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
See attached list

113

## SERVICE LIST

Harley S. Tropin, Esq.
hst@kttlaw.com
Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Gail A. McQuilkin, Esq.
gam@kttlaw.com
**KOZYAK, TROPIN, THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Adam T. Rabin, Esq.
arabin@dkrpa.com
**DIMOND, KAPLAN & ROTHSTEIN, P.A.**
525 South Flagler Drive
Trump Plaza, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-1920
Facsimile: (561) 671-1951

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone : (954) 763-1200
Facsimile: (954) 766-7800

Steven A. Silvers
8983 Okeechobee Blvd.
Suite 202 – PMB 203
West Palm Beach, FL 33411
gewrue@hotmail.com
Telephone: 954-445-6788
Facsimile: 561-784-9959

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050