**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

FILED by SA D.C.
SEP 1 - 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

______________________________/

GOOGLE INC., a Delaware corporation,

Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

Counterdefendants.

______________________________/

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR DEFENDANT/COUNTERCLAIMANT GOOGLE INC.**

THIS CAUSE having come before this Court on the Stipulation for Substitution of Counsel for Defendant/Counterclaimant GOOGLE INC., [DE 90] and the Court having reviewed the Stipulation executed by Andrew P. Bridges, Esq. and Jennifer Golinveaux, Esq. of the law firm of Winston & Strawn, LLP and Ramsey M. Al-Salam, Esq., William C. Rava, Esq. and Johanna Calabria, Esq. of the law firm of Perkins Coie LLP, and the Court having reviewed the file, and being fully advised in the premises, it is hereupon,

115/

ORDERED AND ADJUDGED that Ramsey M. Al-Salam, Esq., William C. Rava, Esq. and Johanna Calabria, Esq. of the law firm of Perkins Coie LLP are hereby substituted as counsel record for Defendant/Counterclaimant GOOGLE INC., and Andrew P. Bridges, Esq. and Jennifer Golinveaux, Esq. and the law firm of Winston & Strawn, LLP, shall have no further responsibility to act on behalf of or provide legal representation to Defendant/Counterclaimant GOOGLE INC. in the above-styled action. Ramsey M. Al-Salam, Esq., William C. Rava, Esq. and Johanna Calabria, Esq. shall file their Motions to Appear Pro Hac Vice as soon as possible. The law firm of Adorno & Yoss LLP shall remain as local counsel for Defendant/Counterclaimant GOOGLE INC.

ORDERED AND ADJUDGED in Chambers, at West Palm Beach, Palm Beach County, Florida on this 1st day of Sept., 2006.

[signature]
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel listed on the attached Service List

{SNT/213526.0001/N0613360_1}

**SERVICE LIST**

Harley S. Tropin, Esq.
hst@kttlaw.com
Kenneth R. Hartmann, Esq.
krh@kttlaw.com
Gail A. McQuilkin, Esq.
gam@kttlaw.com
**KOZYAK, TROPIN, THROCKMORTON, P.A.**
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone: (305) 372-1800
Facsimile: (305) 372-3508

Adam T. Rabin, Esq.
arabin@dkrpa.com
**DIMOND, KAPLAN & ROTHSTEIN, P.A.**
525 South Flagler Drive
Trump Plaza, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-1920
Facsimile: (561) 671-1951

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone : (954) 763-1200
Facsimile: (954) 766-7800

Andrew P. Bridges
California Bar No. 122761
abridges@winston.com
Jennifer Golinveaux
California Bar No.
jgolinveaux@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: - (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050