UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL PRIVILEGE LOG FROM GOOGLE, INC.

THIS CAUSE comes before the Court upon Plaintiff's Motion to Compel Privilege Log from Google, Inc. **[DE 92]**, filed on July 7, 2006. In that Motion, Silvers argued that this Court should Order Google to produce a privilege log listing the documents it has withheld from discovery because of privilege, work product, and contract obligations. (Motion at 1). Google responded that, pursuant to Local Rule 26.1(G)(3)(C), a party is not required to produce a privilege log if the information sought is "written and oral communications between a party and its counsel after commencement of the action and work product material created after commencement of the action." (Response at 1-2). The Plaintiff then submitted a Reply where he stated that "the relief sought by Slivers is no longer necessary". (Reply at 2). The court having reviewed the Motion and otherwise being advised in the premises it is hereby,

    ORDERED and ADJUDGED that this Motion **[DE 92]** is hereby DENIED.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15th day of September, 2006.

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record

