**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Palm Beach Division**

**STEVEN A. SILVERS**, an individual

Plaintiff
v.

Civil Action No. 05-80387-CIV-RYSKAMP
Magistrate Judge Vitunac

**GOOGLE, INC.**, a Delaware corporation,

Counterclaimant,
v.

**REPORT OF MEDIATION CONFERENCE**

**STEVEN A SILVERS**, an individual; **STELOR PRODUCTIONS, INC.**, a Delaware Corporation; **STELOR PRODUCTIONS, LLC**, a Delaware limited liability company,

Counterdefendants.
_______________________________________/

COMES NOW the undersigned Mediator, sitting by stipulation of the Parties, and reports to this Honorable Court, and files this Mediation Report in accordance with Rule 16.2 (F)(1), Local Rules for the Southern District of Florida.

The Mediation of this matter was held on Wednesday, September 6, 2006 at the offices of LOTT & FRIEDLAND, P.A. in Coral Gables, Florida.

Present at the Mediation were:

On behalf of Plaintiff /Counterdefendant Steven Silvers,

Mr. Steven A. Silvers

Ken Hartmann, Esq., Kozyak Tropin Throckmorton

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A3 5.1A5

Gail McQuilkin, Esq., Kozyak Tropin Throckmorton

David Pollack, Esq., appellate counsel

On behalf of Counterdefendant Stelor Productions, Inc.,

Mr. Steven Esrig, CEO, Stelor Productions, Inc.

Mr. Michael Dimuccio, member, Board of Directors, Stelor Productions, Inc.

Kevin C. Kaplan Esq., Burlington, Schwiep, Kaplan & Blonsky, P.A., counsel of record for Counterdefendant Stelor Productions, Inc.

On behalf of Counterclaimant, Google, Inc.

Rose Hagan, Esq., IP Counsel, Google, Inc.

Catherine Lacavera, Esq., IP Litigation Counsel, Google, Inc.

Ramsey M. Al-Salam, Esq., Perkins Coie LLP, counsel of record for Counterclaimant Google, Inc.

Counsel confirmed to the undersigned that there was full settlement authority on the part of all parties. The parties met and negotiated in good faith for a full day and, although a final settlement was not reached, considerable progress was made and the parties are continuing their discussions. They are considering reconvening the mediation either by telephone or in person.

The parties will promptly notify the Court in the event that settlement is reached.

All other matters discussed at the Mediation remain privileged and confidential, unless otherwise agreed by all parties.

Dated:

September 13, 2006

Respectfully submitted,

Leslie J. Lott, Esq., Mediator
Fla. Bar No. 182196
**LOTT & FRIEDLAND, P.A.**
255 Alhambra Circle
Suite 555
Coral Gables, FL 33134

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **NOTICE OF MEDIATION CONFERENCE** is being served upon counsel for Plaintiff and counsel for Defendant by mailing true and correct copies as follows:

Kevin C. Kaplan, Esq.
Burlington, Schwiep, Kaplan & Blonsky, P.A.
2699 South Bayshore Drive
Penthouse
Miami, Florida 33133

Gail McQuilkin, Esq.
Kozyak Tropin Throckmorton
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, Florida 33134

Ramsey M. Al-Salam, Esq
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099

Mr. Steven A. Silvers
8983 Okeechobee Boulevard
Suite 202
PMB 203
West Palm Beach, Florida 33411

via first class mail, postage prepaid, on **September 13, 2006**.

Leslie J. Lott