UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/
GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a
Delaware corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## GOOGLE INC.'S UNOPPOSED MOTION TO ALTER THE SCHEDULING ORDER RELATING TO DISCOVERY AND DISPOSITIVE MOTIONS ONLY

Pursuant to S.D. Fla. L. R. 16.1, Defendant/Counterclaimant Google Inc., by and through its undersigned attorneys, hereby files this Unopposed Motion to Alter the Scheduling Order Relating to Discovery and Dispositive Motions Only and alleges as follows:

1. The parties STEVEN A. SILVERS ("Silvers"), GOOGLE INC. ("Google"), STELOR PRODUCTIONS, INC. and STELOR PRODUCTIONS, LLC (together, "Stelor") and STEVEN ESRIG ("Esrig"), through their counsel, have agreed to amend the current pre-trial deadlines as follows:

Case No. 05-80387-CIV (Ryskamp/Vitunac)

| | |
|---|---|
| Deadline for all parties to complete expert discovery: | September 29, 2006 |
| Deadline for discovery related to Stelor's contract claims: | October 13, 2006 |
| Deadline for all parties to file dispositive motions: | October 16, 2006 |

2. In addition, the parties have agreed to allow the deposition of Marsha Genaro to be completed after Google's fact discovery deadline of August 31, 2006 due to Ms. Genaro's unavailability prior to that deadline.

3. Because Stelor's contract claims against Silvers do not involve Google, Google does not oppose or take any position with respect to the extension of the deadline for those claims.

4. The parties agree that all other deadlines established by this Court's July 11, 2006 Amended Scheduling Order and the trial commencement date of December 11, 2006, are to remain the same.

5. Good cause for granting this Unopposed Motion exists because the parties have been engaged in settlement discussions, thereby necessitating additional time to complete expert discovery and prepare dispositive motions.

Dated: September 26, 2006
Fort Lauderdale, Florida

Respectfully submitted,

Jan Douglas Atlas, Esq.
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo, Esq.
Florida Bar No. 0148016
stesser@adorno.com
**ADORNO & YOSS LLP**
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone : (954) 763-1200
Facsimile:  (954) 766-7800

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 26th day of September, 2006 upon all counsel of record listed on the attached Service List.

Samantha Tesser Haimo

{SNT 213526 0001 N0613929 1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

3

Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**BURLINGTON, WEIL, SCHWIEP,**
**KAPLAN & BLONSKY, P.A.**
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Steven A. Silvers
Suite 202 – PMB 203
8983 Okeechobee Boulevard
West Palm Beach, Florida 33411
Tel: 954-4445-6788
Fax: 561-784-9959
E-mail: gewrue@hotmail.com

Ramsey M. Al-Salam, Esq.
Washington Bar. No. 18822
ralsalam@perkinscoie.com
William C. Rava, Esq.
Washington Bar No. 29948
wrava@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: - (206) 359-7338

Johanna Calabria, Esq.
California Bar No. 226222
jcalabria@perkinscoie.com
**PERKINS COIE LLP**
180 Townsend Street, 3rd Floor
San Francisco, CA 94107
Telephone: (415) 344-7000
Facsimile: (415) 344-7050