**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

_______________________________/

FILED by ______ D.C.
SEP 29 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER DENYING GOOGLE INC.'S UNOPPOSED MOTION TO ALTER THE SCHEDULING ORDER RELATING TO DISCOVERY AND DISPOSITIVE MOTIONS ONLY**

THIS CAUSE comes before the Court upon Defendant Google Inc.'s Unopposed Motion to Alter the Scheduling Order Relating to Discovery and Dispositive Motions Only **[DE 126]** on September 27, 2006. In its Motion, Google seeks to amend the Scheduling Order for a second time. The court having reviewed the Motion and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that this Motion **[DE 126]** is hereby PARTIALLY GRANTED. The Scheduling Order shall be amended in the following respects:

Deadline for all Parties to complete expert discovery is September 29, 2006.

Deadline for Discovery related to Stelor's contract claims is October 5, 2006.

Deadline for all Parties to file dispositive motions is October 9, 2006.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 29 day of September, 2006.

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record

127