UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.
_____________________________/

GOOGLE INC., a Delaware corporation

Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware Corporation; STELOR PRODUCTIONS, LLC, a Delaware limited liability company,

Counterdefendants.
_____________________________/

2006 OCT -2 PM 2:31

**<u>RE-NOTICE OF TAKING VIDEO TAPED DEPOSITION</u>**
**(Re-scheduled for Columbus Day with Change of Location to Maryland by Agreement of All Parties)**

**PLEASE TAKE NOTICE** that the undersigned counsel for Defendant will take the following deposition:

| NAME | DATE & TIME | LOCATION |
|---|---|---|
| Steven Silvers | October 9, 2006<br>10:00 a.m. | Law Offices of Stephen H. Sturgeon<br>6701 Democracy Blvd., Suite 300<br>Bethesda, Maryland |

The deposition will be upon oral examination before Barkley Court Reporters or another officer authorized by law to take depositions in the State of Florida. The oral examinations will continue from day to day until completed, and are being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

128/65

RESPECTFULLY SUBMITTED,

BURLINGTON, SCHWIEP,
KAPLAN & BLONSKY, P.A.
Attorneys for Stelor Productions, LLC
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bwskb.com

By: ____________________
Kevin C. Kaplan
Florida Bar No. 933848

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via electronic mail and United States Mail on this 29th day of September, 2006 upon the following:

| | |
|---|---|
| Steven A. Silvers, *pro se*<br>Suite 202 – PMB 203<br>8983 Okeechobee Boulevard<br>West Palm Beach, Florida 33411<br>Tel: 954-4445-6788<br>Fax: 561-784-9959<br>gewrue@hotmail.com | Ramsey Al-Salam, Esq.<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Scattle, Washington 98101-3099<br>RAlsalam@perkinscoie.com |
| Jan Douglas Atlas, Esq.<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>jatlas@adorno.com | Johanna Calabria, Esq.<br>PERKINS COIE LLP<br>Suite 2400<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>E-mail: jcalabria@perkinscole.com |

____________________
Kevin C. Kaplan