UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

     Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

     Defendant.

_____/

## STELOR PRODUCTIONS, LLC'S MOTION FOR ORDER CONFIRMING STELOR MAY PROCEED WITH DEPOSITIONS IT PREVIOUSLY AGREED TO SCHEDULE FOR OCTOBER 9-11 <u>TO ACCOMMODATE THE SCHEDULE OF MR. SILVERS</u>

Stelor Productions, LLC ("Stelor") hereby moves on the following grounds for entry of an order confirming that Stelor may proceed with the depositions of Mr. Silvers and four other witnesses related to its contract claims against Mr. Silvers, scheduled for October 9-11, 2006.

When Stelor previously attempted to take Mr. Silvers' deposition, he filed a motion for protective order claiming that the issues related to Stelor's contract claims were not included within the scope of phase I.  [DE 102].  By order dated September 11, 2006, this Court denied Mr. Silvers' motion for protective order, and ordered that the deposition previously set by Stelor should proceed.  [DE 119].

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

The Court specifically ordered that the deposition was to include issues related to Stelor's cross-claim.

In light of that Order, Stelor has been attempting to schedule the few depositions it needs to conduct in connection with the contract claims against Mr. Silvers.  The depositions are of

(1) Mr. Silvers himself,

(2) Paul Worsham who had submitted an affidavit on Mr. Silvers' behalf in the case previously pending before Judge Hurley, and

(3) three former employees of Stelor whom Mr. Silvers has indicated he may call as witnesses at trial in this action.

## STELOR SET THE DEPOSITIONS FOR OCTOBER 9-11 IN A GOOD FAITH EFFORT TO ACCOMMODATE MR. SILVERS' SCHEDULE

Stelor has been attempting in good faith to coordinate the Silvers deposition – and the four additional depositions needed on the cross claim issues – with the schedules of Mr. Silvers and counsel for Google.  All of the parties confirmed their availability and agreed to the scheduling of those depositions on October 9-11, 2006.  Accordingly, subpoenas and notices have been served, and the depositions were scheduled to proceed.

Although Stelor wanted to, and attempted to, set the depositions earlier, Mr. Silvers repeatedly advised that he was unavailable prior to that date because of out-

2

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL INFO@BSKBLAW.COM WWW.BSKBLAW.COM

of-town travel commitments, and the Jewish Holidays.  The week of October 9th was agreed upon primarily as an accommodation to him.

The parties' agreement, moreover, was reflected in Google's Unopposed Motion to Alter the Scheduling Order, filed on September 27, 2006.  By Order dated September 29th, the Court granted that motion in part, but set an October 5, 2006 deadline for discovery on the contract claims.  [DE 127]

Mr. Silvers is already under court order to appear for deposition, based on the Court's denial of his motion for protective order.  Mr. Silvers, though, has advised that he will not appear for his deposition on the 9th in light of the September 29th Order.  He has also advised that he remains unavailable for deposition on October 5, 2006, a date on which Stelor previously attempted to schedule the deposition.  Stelor should not be prejudiced because it attempted to work with Mr. Silvers and counsel for Google to schedule these depositions at a mutually agreeable time.

## ALTERNATIVE MOTION TO COMPEL MR. SILVERS TO APPEAR FOR DEPOSITION ON OCTOBER 5, 2006

Alternatively, Stelor respectfully requests that the Court compel Mr. Silvers to appear for deposition on October 5, 2006.

WHEREFORE, Stelor respectfully requests that discovery deadline for the contract claims be extended to October 11, 2006, to allow Stelor to take these

3

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL INFO@BSKBLAW.COM   WWW.BSKBLAW.COM

depositions.  Alternatively, Stelor requests an order compelling Mr. Silvers to
appear for deposition on October 5, 2006.

Respectfully submitted,

BURLINGTON, SCHWIEP, KAPLAN &
    BLONSKY, P.A.
Counsel for STELOR PRODUCTIONS, LLC,
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bskblaw.com

By: /s/ _____
    Kevin C. Kaplan
    Florida Bar No. 933848
    David J. Zack
    Florida Bar No. 641685

4

BURLINGTON · SCHWIEP · KAPLAN &amp; BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM    WWW.BSKBLAW.COM

## CERTIFICATE OF SERVICE AND CONFERENCE

I HEREBY CERTIFY that a true copy of the foregoing was served via facsimile and United States Mail on this 3rd day of October, 2006 upon the following:

Steven A. Silvers, *pro se*
Suite 202 – PMB 203
8983 Okeechobee Boulevard
West Palm Beach, Florida 33411
Tel: 954-4445-6788
Fax: 561-784-9959
gewrue@hotmail.com

Ramsey Al-Salam, Esq.
William C. Rava, Esq.
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099
RAlsalam@perkinscoie.com

Jan Douglas Atlas, Esq.
ADORNO & YOSS LLP
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301

Johanna Calabria, Esq.
PERKINS COIE LLP
Suite 2400
Four Embarcadero Center
San Francisco, CA 94111
Tel: 415-344-7124
Fax: 415-344-7050
jcalabria@perkinscole.com

/s/ _____
Kevin C. Kaplan
David J. Zack

5

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM