UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

______________________________________/

**STELOR PRODUCTIONS, LLC'S REQUEST FOR AN EXPEDITED STATUS CONFERENCE**

Stelor Productions, LLC ("Stelor") hereby requests that the Court convene a status conference on the issue of taking the depositions of Mr. Silvers and four other witnesses related to its contract claims against Mr. Silvers, scheduled for October 9-11, 2006. Mr. Silvers has refused to appear for his previously scheduled deposition on October 9, and Stelor requests clarification as the deposition scheduling of the four other witnesses. Stelor files herewith its Motion for Order Confirming Stelor May Proceed with Depositions It Previously Agreed to Schedule for October 9-11 to Accommodate the Schedule of Mr. Silvers ("the Motion").



133

WHERFORE, for the reason set forth in the Motion, Stelor respectfully requests that this Court hold a status conference on an expedited basis to determine the issue of the depositions previously scheduled for October 9-11, 2006. In the alternative, Stelor respectfully requests that this request and the Motion be referred to Magistrate Judge Vitunac for resolution, if that is appropriate.

Respectfully submitted,

BURLINGTON, SCHWIEP, KAPLAN & BLONSKY, P.A.
Counsel for STELOR PRODUCTIONS, LLC,
2699 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Email: kkaplan@bskblaw.com

By: /s/ ______________________
Kevin C. Kaplan
Florida Bar No. 933848
David J. Zack
Florida Bar No. 641685

CERTIFICATE OF SERVICE AND CONFERENCE

I HEREBY CERTIFY that a true copy of the foregoing was served via facsimile and U.S. Mail on this 3rd day of October, 2006 upon the following:

Steven A. Silvers, *pro se*
Suite 202 – PMB 203
8983 Okeechobee Boulevard
West Palm Beach, Florida 33411
Tel: 954-4445-6788
Fax: 561-784-9959
gewrue@hotmail.com

Ramsey Al-Salam, Esq.
William C. Rava, Esq.
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099
RAlsalam@perkinscoie.com

Jan Douglas Atlas, Esq.
ADORNO & YOSS LLP
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301

Johanna Calabria, Esq.
PERKINS COIE LLP
Suite 2400
Four Embarcadero Center
San Francisco, CA 94111
E-mail:
jcalabria@perkinscoie.com

/s/
Kevin C. Kaplan
David J. Zack