**Exhibit A**

**SCHEDULE OF GOOGLE DOCUMENT REQUESTS CITED BY GOOGLE IN ITS**

**OPPOSITION AND STELOR'S RESPONSES**

Google Inc. cited the following requests at pages 6 through 7 of its Opposition. Stelor Productions, LLC's responses to those requests are also set forth.

38. All documents concerning communications with any attorney for Steven A. Silvers, The Googles Children's Workshop, or Silvers Entertainment Group, Inc.

RESPONSE: Stelor objects to this request as overbroad, insofar as it seeks documents without any limitation as to subject matter. Stelor further objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, is attorney-client privileged, and work-product. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable. Subject to these objections, Stelor will produce any responsive, non-privileged documents in its custody or control.

39. All documents in your possession, custody, or control that have at any time been in the possession, custody, or control of attorneys for Steven A. Silvers, The Googles Children's Workshop, or Silvers Entertainment Group, Inc.

RESPONSE: Stelor objects to this request as overbroad, insofar as it seeks documents without any limitation as to subject matter. Stelor further objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable. Subject to these


Dockets.Justia.com

objections, Stelor will produce any responsive, non-privileged documents in its custody or control.

61. All documents concerning the License, Distribution, and Manufacturing Agreement dated June 1, 2002 between you and Steven A. Silvers.

RESPONSE: Stelor objects to this request as overbroad, insofar as it seeks documents without qualification “concerning” the “agreement”. Stelor further objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.

62. All documents referring or relating to, evidencing, reflecting, constituting, or comprising communications concerning the License, Distribution, and Manufacturing Agreement dated June 1, 2002 between you and Steven A. Silvers.

RESPONSE: Stelor objects to this request as overbroad, insofar as it seeks documents without qualification “relating to, etc.” “communications” “concerning” the “agreement”. Stelor further objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, and is not likely to lead to admissible evidence. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.

69. All documents that refer directly or indirectly to Google Inc. and that discuss, reflect, evidence, or concern the rights you claim in this dispute.

RESPONSE: Stelor objects to this request as overbroad insofar as it asks for documents referring “directly or indirectly” to Google Inc. Subject to that objection, Stelor will produce all responsive, non-privileged documents in its custody or control.



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

70. All documents referring or relating to, evidencing, reflecting, constitution, or comprising communications concerning Google Inc. and that discuss, reflect, evidence, or concern the rights you claim in this dispute.

RESPONSE: Stelor objects to this request as overbroad insofar as it asks for documents referring "directly or indirectly" to Google Inc. Subject to that objection, Stelor will produce all responsive, non-privileged documents in its custody or control.

71. All documents concerning communications between you and Google Inc.

RESPONSE: Stelor objects to this request as overbroad insofar as it asks for documents "concerning" "communications" with Google Inc., without qualification as to subject matter. Subject to that objection, Stelor will produce all responsive, non-privileged documents in its custody or control related to issues in this dispute.

82. All documents concerning your plans to develop or enforce rights in the MARKS.

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.

83. All documents referring or relating to, evidencing, reflecting, constituting, or comprising communications concerning your plans to develop or enforce rights in the MARKS.

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

85. All documents filed in court or served in litigation to which you, Stelor Productions, Inc.; Steven Esrig; The Googles Children's Workshop, Inc.; Silvers Entertainment Group, Inc. or Steven A. Silvers is a party that concerns or may affect the rights to the MARKS or to enforce the MARKS.

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, and is not likely to lead to admissible evidence. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable. In addition, this information is publicly available to Google.

86. All documents concerning litigation between you and Steven A Silvers, Silvers Entertainment Group, Inc. or The Googles Children's Workshop, Inc., including but not limited to all documents filed with a court or served in litigation.

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged and work product. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable. In addition, this information is publicly available to Google.

87. All documents referring or relating to, evidencing, reflecting, constituting, or comprising communications concerning litigation between you and Steven A. Silvers, Silvers Entertainment Group, Inc., or The Googles Children's Workshop, Inc.

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

to admissible evidence, and is attorney-client privileged and work product. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.

88. All documents concerning communications between you and Steven A. Silvers, Silvers Entertainment Group, Inc. or The Googles Children's Workshop, Inc. (or their attorneys or representatives).

RESPONSE: Stelor objects to this request because it seeks information that is not relevant to the issue raised by Google of ownership rights in the trademarks, is not likely to lead to admissible evidence, and is attorney-client privileged and work product. Pursuant to 15 U.S.C. § 1115, trademark no. 2,087,590 is incontestable.



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM