**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.
_______________________________________/

GOOGLE INC., a Delaware corporation,

Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware Corporation; STELOR PRODUCTIONS, LLC, a Delaware limited liability company, and
STEVEN ESRIG, an individual,

Counterdefendants.
_______________________________________/

**PRIVILEGE LOG OF SILVERS DOCUMENTS**

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email to S. Esrig from S. Silvers (cc: Soulfree63@aol.com) discussing joint strategy regarding intellectual property matter, 11/03/01 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: Soulfree63@aol.com) discussing joint strategy regarding intellectual property matter, 10/01/01 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing consulting agreement and financial matters, 5/31/02 | Work-Product/Common Interest Privilege |
| Portion of Email from S. Silvers discussing trademarks and litigation strategy, date in right hand corner is | Work-Product/Common Interest |



Dockets.Justia.com

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| 5/28/02 | |
| Email to S. Esrig from S. Silvers discussing joint strategy regarding intellectual property matter, 5/18/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing trademark litigation strategy, 5/06/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing trademark litigation strategy, 5/05/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing joint strategy regarding intellectual property matters and financing, 5/03/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: gparde@kingump.com) discussing joint strategy regarding intellectual property protection, growth, and litigation strategies, 3/05/02 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing joint strategy regarding intellectual property protection and litigation, 2/28/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 7/28/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 7/28/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy and attorney matters, 7/27/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 7/27/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 6/20/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 5/27/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy and hiring of counsel, 11/05/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email draft (and copy) to John Neubauers from S. Silvers includes commentary on trademark protection/litigation strategy, not dated. | Work-Product/Common Interest Privilege |
| Letter to S. Silvers from S. Esrig re: records of correspondence with John Neubauers, 2/28/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) includes trademark protection/litigation strategy, 4/17/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) discussing trademark protection/litigation strategy and | Work-Product/Common Interest Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| other intellectual property matters, 4/15/04 | |
| Letter to S. Esrig from S. Silvers discussing consulting and licensing issues and trademark protection/litigation strategy, 3/1/04 | Work-Product/Common Interest Privilege |
| Forwarded Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy, 2/25/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: World Intellectual Property Organization and Uniform Domain Name Resolution Dispute Policy issues, including trademark protection/litigation strategy and hiring of counsel, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy and attorney matters, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing reversionary rights and instructions to counsel, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing reversionary rights, trademark protection/litigation strategy, and instructions to counsel, 2/05/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy and attorney matters, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy, 1/20/04 | Work-Product/Common Interest Privilege |
| Newspaper article mailed to S. Esrig from S. Silvers, containing handwritten mental impressions concerning trademark protection/litigation strategy, 6/27/02 | Common Interest Privilege |
| Email to J. DePue from S. Silvers (forwarded by DePue to A. Warren) discussing encroaching trademark infringement, 4/20/04 | Work-Product/Common Interest Privilege |
| Letter to L. Hefter from S. Silvers re: Hefter's 9/15/04 letter, containing discussion of protection of intellectual property and trademark litigation strategy, 10/05/04 | Attorney-Client/Work-Product |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue) including trademark protection/litigation strategy and attorney matters, 4/31/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue) discussing retention of counsel and trademark protection/litigation strategy, 5/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue) discussing retention of counsel and trademark protection/litigation strategy, 5/03/04 | Attorney-Client Privilege/Work-Product/Common Interest Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy, 5/01/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) discussing intellectual property and trademark protection/litigation strategy, 4/17/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing intellectual property, trademark protection/litigation strategy, and attorney matters 4/15/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) (also forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, 4/08/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (also forwarded by Esrig to J. Depue) including domain names renewal discussion and trademark protection/litigation strategy, 4/03/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (also forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, 4/01/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (also forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, 3/04/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (also forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, 3/04/04 | Work-Product/Common Interest Privilege |
| Letter (and draft) to S. Silvers from S. Esrig responding to Silvers' 3/01/04 letter addressing consulting and licensing issues and trademark protection/litigation strategy, 3/19/04 | Work-Product/Common Interest Privilege |
| Email to S. Silvers from S. Esrig discussing research on USPTO trademark(s) status for self and for competitors, 3/18/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) discussing trademark protection/litigation strategy and issues with counsel of record, 4/17/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including litigation strategy, 3/18/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (cc: J. Depue) including trademark registration, litigation strategy, and attorney matters, 3/13/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including analysis of trademark protection scenarios and litigation strategy, 2/24/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark | Attorney-Client/Work- |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| protection/litigation strategy and instructions to counsel of record, 2/10/04 | Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including analysis of trademark protection scenarios, World Intellectual Property Organization and Uniform Domain Name Resolution Dispute Policy proceedings and general litigation strategies and discussing hiring of competent counsel, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing domestic and international trademark protection, authorization to issue cease and desist orders to infringing parties, general litigation strategy, and instructions to counsel, 2/09/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including litigation strategy and attorney matters, 2/09/04 | Attorney-Client/Work-Product/Common Interest |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, instructions to counsel, 2/05/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue) including trademark protection/litigation strategy, 1/31/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers and attached memo (forwarded by Esrig to J. Depue and M. Shepard) including trademark protection/litigation strategy and instructions to counsel, e-mail dated 1/28/04; memo dated 1/26/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers and attached memo (forwarded by Esrig to J. Depue and M. Shepard) including trademark protection/litigation strategy and instructions to counsel, e-mail dated 1/28/04; memo dated 1/24/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue and M. Shepard) including trademark protection/litigation strategy, 1/20/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers (forwarded by Esrig to J. Depue and M. Shepard) including trademark protection/litigation strategy and instructions to counsel, 1/28/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Memo to S. Esrig from Ira Edell including trademark issues raised in S. Silvers' letter dated 11/10/03, memo dated 11/12/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Excerpt from a 9/05/03 letter to Stelor Productions from S. Silvers discussing control of intellectual property | Work-Product/Common Interest Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| rights | |
| Letter to Stelor Productions from S. Silvers discussing control and protection of intellectual property rights, 11/10/03 | Work-Product/Common Interest Privilege |
| Letter to Stelor Productions from S. Silvers discussing dispute over control and protection of intellectual property rights, 11/07/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes trademark protection/litigation strategy and hiring of counsel, 11/05/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Full body of the 11/05/03 letter to Stelor Productions from S. Silvers re control of intellectual property rights | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: trademark protection/litigation strategy and instructions to counsel, 10/09/03 | Attorney–Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of trademark protection/litigation strategy, 09/27/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 09/21/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 09/16/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy and attorney matters, 09/02/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, and instructions to counsel 08/30/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, and instructions to counsel 08/25/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 07/30/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 07/28/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion | Work-Product/Common Interest |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| of intellectual property protection/litigation strategy, 07/28/03 | Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, and instructions for counsel, 07/27/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, and instructions for counsel, 07/27/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing control and protection of intellectual property rights and related financial matters, 7/23//03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 07/16/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 07/15/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including discussion of intellectual property protection/litigation strategy, 07/14/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing control and protection of intellectual property rights and related financial matters,7/08/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing control and protection of intellectual property rights and related financial matters,7/08/03 | Work-Product/Common Interest Privilege |
| Document prepared logging communications by S. Silvers with S. Esrig and F. Hildebrand discussing various matters, including control and protection of intellectual property rights and related financial matters. Covers the period 4/01/03 through week of 7/07/03 | Work-Product/Common Interest Privilege |
| Email to fred@stelorproduction.com from S. Silvers discussing control and protection of intellectual property rights and related financial matters, 7/07/03 | Work-Product/Common Interest Privilege |
| Email to fred@stelorproduction.com (cc: S. Esrig) from S. Silvers discussing control and protection of intellectual property rights and related financial matters,7/05/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing growth and | Work-Product/Common Interest |

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| protection of intellectual property rights, the intellectual property of competitors, and related financial matters, 7/04/03 | Privilege |
| Email to S. Esrig from S. Silvers discussing strategic growth and expansion of intellectual property, the intellectual property of competitors, and related matters, 7/03/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing strategic growth, expansion, and protection of their intellectual property, 6/25/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: strategic expansion and protection of their intellectual property, both domestically and abroad, and the actions of competitors, 6/20/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: expansion and protection of their intellectual property, both domestically and abroad, 5/02/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: strategic expansion and protection of their intellectual property, both domestically and abroad, 4/30/03 | Work-Product/Common Interest Privilege |
| Memo from S. Silvers to Stelor employee re: 24 month projection list of priorities for the expansion, promotion and financing of their intellectual property, 4/28/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: importance of and strategy for protection of their intellectual property, both domestically and abroad, 4/20/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: potential litigation 4/20/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: potential litigation 4/17/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers includes discussion re: potential litigation 4/17/03 | Work-Product/Common Interest Privilege |
| Email chain between S. Silvers and S. Esrig re: consulting agreement 12/24/02 and 12/25/02 | Work-Product/Common Interest Privilege |
| Annotated copy of letter to S. Esrig from S. Silvers re: Silvers response to Stelor's correspondence dated 11/06/02 dealing with consulting agreement, 11/21/02 | Work-Product/Common Interest Privilege |
| E-mail chain among S. Silvers, R. Rothstein, and Egg International re: consulting agreement, 11/6 through 11/07/02. | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: patent issue, 10/14/02 | Work-Product/Common Interest Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133

T: 305.858.2900 F: 305.858.5261

EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email to John Neubauers from S. Silvers forwarded to S. Esrig re: international intellectual property expansion and protection of Trademark issue, 9/06/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing litigation, 5/18/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing litigation, 5/06/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing litigation, 5/05/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing litigation, 5/03/02 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing revised agreement, 11/27/01 | Work-Product/Common Interest Privilege |
| Email to S. Silvers from S. Esrig discussing hiring of counsel, 11/06/01 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to Eric Cowan from S. Silvers discussing protection of intellectual property, 11/06/01 | Attorney-Client |
| Email to K. Kaplan from S. Silvers re: settlement of litigation with Silvers, 9/02/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 9/01/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/29/06 and 8/30/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/27/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/24/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/21/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/18/06 | Settlement/Mediation Privilege |
| Email chain between K. Kaplan and H. Tropin (cc: L. Hefter) re: settlement of litigation with Silvers, 5/10/06 | Settlement Privilege/Common Interest Privilege |
| Email to L. Hefter from H. Tropin (cc: K. Kaplan) re: settlement of litigation with Silvers, 2/16/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between L. Hefter and H. Tropin (cc: K. Kaplan) re: settlement of litigation with Silvers, 2/11/06 and 2/14/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and H. Tropin (cc: L. Hefter) re: settlement of litigation with Silvers, 1/25/06 | Settlement Privilege/Common Interest Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133

T: 305.858.2900 F: 305.858.5261

EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| and 1/26/06 | |
| Email to K. Kaplan from H. Tropin re: settlement of litigation with Silvers, 12/16/05 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and H. Tropin (cc: G. McQuilkin) re: settlement of litigation with Silvers, 2/09/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between B. Burlington and H. Tropin (cc: G. McQuilkin; K. Kaplan; and K. Hartmann) re: settlement of litigation with Silvers, 1/31/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and H. Tropin re: settlement of litigation with Silvers, 1/27/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between B. Burlington and H. Tropin (cc: K. Kaplan) re: settlement of litigation with Silvers, 1/13/06 | Settlement Privilege/Common Interest Privilege |
| Email to K. Kaplan; A. Rabin from G. McQuilkin (cc: S. Silvers and K. Harmann) re: settlement of litigation with Silvers, 8/07/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and A. Rabin (cc: S. Silvers; G. McQuilkin; K. Hartmann; L. Hefter) re: settlement of litigation with Silvers, 8/07/06, 8/08/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and G. McQuilkin re: settlement of litigation with Silvers, 8/2/06 | Settlement Privilege/Common Interest Privilege |
| Email to K. Kaplan from G. McQuilkin re: settlement of litigation with Silvers--USPTO correspondence attached, 7/25/06 | Settlement Privilege/Common Interest Privilege |
| Email chain between K. Kaplan and A. Rabin (cc: S. Silvers; G. McQuilkin; K. Hartmann) re: settlement of litigation with Silvers, 6/05/06 | Settlement Privilege |
| Email chain between K. Kaplan and A. Rabin (cc: S. Silvers; G. McQuilkin; K. Hartmann) re: settlement of litigation with Silvers, 6/05/06 and 6/06/06 | Settlement Privilege |
| Email chain between K. Kaplan, G. McQuilkin and A. Rabin (cc: S. Silvers; K. Hartmann; L. Hefter) re: settlement of litigation with Silvers —with attached settlement draft, 8/07/06, 8/08/06 and 8/09/06 | Settlement Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 8/10/06, 8/17/06, 8/18/06 | Settlement Privilege |
| Email chain between K. Kaplan and A. Rabin re: settlement of litigation with Silvers, 8/30/06 | Settlement/Mediation Privilege |
| Email to K. Kaplan from A. Rabin re: settlement of litigation with Silvers, 8/17/06 | Settlement/Mediation Privilege |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133

T: 305.858.2900 F: 305.858.5261

EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email chain between K. Kaplan, and A. Rabin (cc: S. Silvers; K. Hartmann; L. Hefter G. McQuilkin;) re: settlement of litigation with Silvers, 8/07/06, 8/08/06 | Settlement/Mediation Privilege |
| Email to K. Kaplan from A. Rabin re: settlement of litigation with Silvers, 8/07/06 | Settlement/Mediation Privilege |
| Email to K. Kaplan from A. Rabin re: settlement of litigation with Silvers, 8/07/06 | Settlement/Mediation Privilege |
| Email to K. Kaplan from A. Rabin (cc: S. Silvers; K. Hartmann; G. McQuilkin;) re: settlement of litigation with Silvers —with attached settlement draft, 8/05/06 | Settlement/Mediation Privilege |
| Email to K. Kaplan from S. Silvers re settlement of litigation with Silvers, 10/3/06 | Settlement Privilege |
| Email chain between K. Kaplan and A. Rabin re: settlement of litigation with Silvers, 9/28/06 | Settlement Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 9/24/06, 9/25/06, 9/26/06 | Settlement Privilege |
| Email chain between K. Kaplan and S. Silvers re: settlement of litigation with Silvers, 9/24/06, 9/25/06 | Settlement Privilege |
| Memo to D. Blonsky from G. McQuilkin re: settlement of litigation with Silvers, 5/2/04 | Settlement Privilege |
| Fax/Letter to G. McQuilkin from D. Blonsky re: settlement of litigation with Silvers—with attachments, 4/29/05 | Settlement Privilege |
| Letters to S. Esrig from G. McQuilkin re: settlement of litigation with silvers, 4/27/05, 11/12/04, 1/13/05 | Settlement Privilege |
| Letter to G. McQuilkin from K. Kaplan re: settlement of litigation with Silvers w/attachments, 4/14/05 | Settlement Privilege |
| Emails between K. Kaplan and G. McQuilkin re: settlement of litigation with Silvers, 3/02/05 and 3/05/05 | Settlement Privilege |
| Letter to B. Redding from K. Kaplan re: settlement of litigation with Oogles and Googles—with attached draft license agreement, 6/21/05 | Settlement Privilege |
| Letter to H. Tropin from B. Burlington and K. Kaplan re: settlement of litigation with Silvers, 1/18/06 | Settlement Privilege/Common Interest Privilege |
| Letter/Fax to G. McQuilkin from K. Kaplan re: settlement of litigation with Silvers, 4/28/05 | Settlement Privilege/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy and attorney matters, 4/10/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to brinan1@earthlink.net from S. Silvers | Attorney-Client/Work-Product |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133

T: 305.858.2900 F: 305.858.5261

EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| including discussion of intellectual property ownership and legal matters, 4/31/03 | |
| Email to S. Esrig from S. Silvers discussing contacting counsel, potential lawsuit, and trademark rights, 3/30/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to brinan1@earthlink.net from S. Silvers (cc: lauretta.demeo@ichotelsgroup.com) including legal strategy and attorney matters, 5/01/04 | Attorney-Client/Work-Product |
| Email to S. Esrig from S. Silvers discussing contacting counsel and legal strategy, 4/27/04 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to Julie@stelorproductions.com from S. Silvers including trademark and attorney matters, 4/01/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: domain name addendum w/attached draft, 2/10/04 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: domain name addendum w/attached draft, 2/10/04 | Work-Product/Common Interest Privilege |
| Memo re: domain name registration | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: World Intellectual Property Issue,1/20/04 | Work-Product/Common Interest Privilege |
| Internal Stelor fax of Draft of document originally faxed from Henry Epstein to Steve Esrig re: S. Silvers background, no date | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers re: domain name registration, 10/24/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including trademark protection/litigation strategy and attorney matters, 9/08/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing strategic cultivation and expansion of their own intellectual property as well as analysis of competitors, 8/25/03 | Work-Product/Common Interest Privilege |
| Email to C. Fischer from S. Silvers including intellectual property protection/litigation strategy and attorney matters, 7/03/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers including intellectual property protection/litigation strategy, 7/02/03 | Attorney-Client/Work-Product/Common Interest Privilege |
| Email to brinan1@earthlink.net from S. Silvers including discussion of intellectual property ownership and legal matters, 6/30/03 | Work-Product/Common Interest |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email to S Esrig from S. Silvers including discussion of intellectual property ownership and legal matters, 6/30/03 | Work-Product/Common Interest |
| Email to brinan1@earthlink.net from S. Silvers including discussion of intellectual property ownership, 6/26/03 | Work-Product/Common Interest |
| Email to S Esrig from S. Silvers including discussion of intellectual property ownership and legal matters, 6/07/03 | Work-Product/Common Interest |
| Email to S Esrig from S. Silvers including discussion of intellectual property ownership and legal matters, 5/17/03 | Work-Product/Common Interest |
| Email to S Esrig (cc: fred@stelorproductions.com) from S. Silvers including discussion licensing show and strategy for cultivating and expanding intellectual property, 5/17/03 | Work-Product/Common Interest |
| Email to S Esrig (cc: fred@stelorproductions.com) from S. Silvers including discussion of strategy for cultivating and expanding intellectual property and protecting associated rights, 5/17/03 | Work-Product/Common Interest |
| Email to S. Esrig from S. Silvers discussing strategic cultivation and expansion of their intellectual property world-wide, 4/30/03 | Work-Product/Common Interest Privilege |
| Email to S. Esrig from S. Silvers discussing strategic cultivation and expansion of intellectual property, and ownership and control rights, 4/22/03 | Work-Product/Common Interest Privilege |
| Email to brinan1@earthlink.net from S. Silvers including discussion of trademark issue and legal strategy, 3/31/03 | Work-Product/Common Interest |
| Email to brinan1@earthlink.net from S. Silvers including discussion of intellectual property ownership and related legal matters, 3/31/03 | Work-Product/Common Interest |
| Email to brinan1@earthlink.net from S. Silvers including discussion of intellectual property ownership and related legal matters, 3/30/03 | Work-Product/Common Interest |
| Email to S. Esrig from S. Silvers including discussion of trademark and patent matters, 5/02/03, forwarded same day to Fred Hildebrand by S. Esrig | Work-Product/Common Interest |
| Email chain between S. Esrig and S. Silvers including discussion of intellectual property rights and litigation, 10/02/02 | Work Product/Common Interest |
| Email to S Esrig from S. Silvers including discussion of intellectual property ownership and protection, 9/12/02 | Work-Product/Common Interest |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133

T: 305.858.2900 F: 305.858.5261

EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM

| DESCRIPTION | PRIVILEGE(S) ASSERTED |
|---|---|
| Email chain between S. Esrig and S. Silvers including discussion of intellectual property ownership and control and contractual relationship between the parties 9/10/02 | Work Product/Common Interest |
| Email to S Esrig from S. Silvers re: FW Trademark Chronology, 8/14/02 | Work-Product/Common Interest |
| Email to S Esrig from S. Silvers including forwarded email from Silvers to maitfam@unidial.com discussing domain name renewal, intellectual property rights, protection and legal stance, 8/10/02 | Work-Product/Common Interest |
| Email chain between S. Esrig and S. Silvers re: Verisign domain names, 8/08/02 | Work Product/Common Interest |
| Email chain between S. Esrig and S. Silvers re: Verisign domain names, 8/08/02 | Work Product/Common Interest |
| Email to S Esrig from S. Silvers discussing control of intellectual property and containing related Godaddy.com correspondence with Silver, 10/12/03 | Work-Product/Common Interest |



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM WWW.BSKBLAW.COM