Silvers v. Google, Inc. Doc. 151 Att. 1


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Case No. 05-80387-CIV (Ryskamp/Vitunac)

STEVEN A. SILVERS, an individual,

Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

Defendant.

GOOGLE INC., a Delaware corporation,

Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual,

Counter-Defendants.

**SUPPLEMENTAL DECLARATION OF JOHANNA CALABRIA IN SUPPORT OF GOOGLE INC.'S (1) CROSS MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOG FROM STELOR AND ESRIG AND (2) MOTION FOR COSTS AGAINST STELOR AND ESRIG**



Dockets.Justia.com

I, Johanna Calabria, hereby declare as follows:

1. I am an associate with Perkins Coie LLP, counsel for Defendant and Counterclaimant Google Inc. ("Google") in this action. I am submitting this supplemental declaration in support of Google's (1) Cross Motion to Compel Production of Documents and Privilege Log from Stelor and Esrig and (2) Motion for Costs Against Stelor and Esrig. I make this declaration of my personal knowledge unless otherwise indicated.

2. During the meet and confer process, there were numerous extensions of the motion to compel deadline in an effort to accommodate Stelor's delay in producing documents. Indeed, Google and Stelor met and conferred as to whether the common interest doctrine applied to the communications between Mr. Silvers and Stelor as late as September 19, 2006 in an attempt to resolve the issue, but were unable to do so. Attached hereto as Exhibit 1 is a true and correct copy of correspondence between counsel for Stelor and counsel for Google leading up to that discussion.

3. Mr. Silvers has testified that he wrote to Stelor complaining about its breaches of the agreement and failure to commercialize the Google project. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of testimony from the uncertified (final transcript is not yet available) transcript of the deposition of Steven A. Silvers, taken October 10 and 13, 2006.

4. Mr. Silvers has testified that his role as a consultant for Stelor was very limited. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of testimony from the uncertified (final transcript is not yet available) transcript of the deposition of Steven A. Silvers, taken October 10 and 13, 2006.

5. Mr. Silvers testified that he did not have an attorney-client relationship with Ira Edell, Stelor's intellectual property counsel from October 2002 through mid-2004. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of testimony from the transcript of the deposition of Steven A. Silvers, taken on July 13, 2006.

6. Google has incurred fees of at least $10,000 in connection with this motion.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of October in San ~~Francisco~~, California.

Johanna Calabria