# EXHIBIT 1

Dockets.Justia.com

**Calabria, Johanna (Perkins Coie)**

**From:** Calabria, Johanna (Perkins Coie)
**Sent:** Monday, September 18, 2006 10:59 AM
**To:** Calabria, Johanna (Perkins Coie); 'kkaplan@bskblaw.com'
**Cc:** Al-Salam, Ramsey M. (Perkins Coie)
**Subject:** RE: Outstanding documents

Kevin,

I never heard from you on Friday. Please let me know your availability today or tomorrow so we can discuss outstanding discovery. We need to resolve all discovery issues this week. Thanks.

Please note new address:

Johanna Calabria
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

-----Original Message-----
From: Calabria, Johanna (Perkins Coie)
Sent: Friday, September 15, 2006 10:53 AM
To: 'kkaplan@bskblaw.com'
Subject: RE: Outstanding documents

OK, call me when you can. We have not received any documents since the depos (other than the emails from the mediation), and as you will recall, there were severel documents I requested and later followed up on that you said you'd look into. They are listed in my email below.

Please note new address:

Johanna Calabria
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

-----Original Message-----
From: Kevin Kaplan [mailto:kkaplan@bskblaw.com]
Sent: Friday, September 15, 2006 10:50 AM
To: Calabria, Johanna (Perkins Coie)
Subject: Re: Outstanding documents

I'm in a mediation all day. Ill get back to you when I get out. I thoguht these issues were resolved weeks ago, though.

*******************************************
Kevin C. Kaplan, Esq.
Burlington, Schwiep,
Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bskblaw.com

*******************************************
CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

-----Original Message-----
From: "Calabria, Johanna \(Perkins Coie\)" <jcalabria@perkinscoie.com>
Date: Thu, 14 Sep 2006 15:01:27
To:"Calabria, Johanna \(Perkins Coie\)" <jcalabria@perkinscoie.com>,"Kevin C. Kaplan" <kkaplan@bskblaw.com>
Cc:"David Zack" <dzack@bskblaw.com>,"Al-Salam, Ramsey M. \(Perkins Coie\)" <RAlsalam@perkinscoie.com>,"Schneller, Matthew \(Perkins Coie\)" <MSchneller@perkinscoie.com>
Subject: RE: Outstanding documents

Kevin:

We have not heard from you regarding the documents requested below. When can we expect your production of these documents?

Please note new address:

Johanna Calabria

Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

-----Original Message-----
From: Calabria, Johanna (Perkins Coie)
Sent: Friday, August 25, 2006 11:14 AM
To: 'Kevin C. Kaplan'
Cc: David Zack; Al-Salam, Ramsey M. (Perkins Coie); Schneller, Matthew (Perkins Coie)
Subject: RE: Outstanding documents

Please be sure to copy Ramsey and Matt Schneller on all correspondence on this issue. As you know, I will have intermittent access to email for the next 2 weeks. Thanks.

Please note new address:

Johanna Calabria
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

-----Original Message-----
From: Kevin C. Kaplan [mailto:kkaplan@bskblaw.com]
Sent: Friday, August 25, 2006 11:09 AM
To: Calabria, Johanna (Perkins Coie)
Cc: David Zack
Subject: RE: Outstanding documents

We have your email and are reviewing the issues you raise. We will respond as soon as possible.

*******************************************

Kevin C. Kaplan, Esq.

Burlington, Schwiep,

Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bskblaw.com: <mailto:kkaplan@bskblaw.com>

******************************************

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

----------------

From: Calabria, Johanna (Perkins Coie) [mailto:jcalabria@perkinscoie.com]
Sent: Friday, August 25, 2006 2:02 PM
To: Calabria, Johanna (Perkins Coie); Kevin C. Kaplan; David Zack
Cc: Al-Salam, Ramsey M. (Perkins Coie)
Subject: RE: Outstanding documents

The first bullet point below apparently trails off. What I meant to say was please confirm whether Mr. Esrig conducted an email search at Stelor and please produce responsive emails.

Please note new address:

Johanna Calabria
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111

(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

-----Original Message-----
From: Calabria, Johanna (Perkins Coie)
Sent: Friday, August 25, 2006 10:39 AM
To: Kevin, C. Kaplan; David, Zack
Cc: Al-Salam, Ramsey M. (Perkins Coie)
Subject: Outstanding documents

Kevin,

As you know, there are a number of documents identified during this week's depositions which were not produced:

* Mr. Esrig testified that he was responsible for conducting a search of documents responsive to Google's Requests for Production, and that he cannot recall whether he checked any employee's emails for responsive documents. Additionally, hardly any emails were produced from Mr. Esrig's email files or anyone else's. Please confirm whether Mr. Esrig
* Mr. Esrig testified that there were minutes taken of at least some executive committee meetings. However, none were produced. Please produce them.
* Mr. Esrig testified that balance sheets and profit and loss statements were available for 2002 and 2003, as well as part of 2006, but none were produced. Please produce them.
* Mr. Esrig testified that there were statistics documents website visitors, but none were produced. Please produce those documents.
* Mr. Esrig testified that there were countless and lengthy emails from Silvers to Esrig demanding that Stelor initiate a lawsuit. None of these documents were produced. Please produce them.

Given the fact that the close of fact discovery is upon us, as well as the fact that Stelor has continually delayed its production, we will move to compel these documents, as well as the documents we discussed last week, unless we receive them by the close of business on Monday.

Additionally, I am very concerned about the claims of privilege made throughout the Edell deposition. As you know, Mr. Edell apparently had relevant emails, which we did not learn about until the morning of Mr. Edell's deposition. One document was produced to us, which was a communication between Mr. Esrig and Mr. Edell, and the rest of the documents were withheld under claim of privilege, for which we have not yet received a privilege log. Furthermore, throughout the Esrig, Morse and Esrig depositions, questionable privilege assertions were made, insofar as witnesses were instructed not to answer questions which revealed any information at all learned from counsel, regardless of whether that information was legal advice. Accordingly, we reserve our right to challenge these claims of privilege after we have had a chance to review the transcripts and upon receipt of your log for Edell.

Regards,

Johanna

Please note new address:

Johanna Calabria
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
(415) 344-7124/tel
(415) 344-7050/fax
(415) 722-2992/mobile
jcalabria@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Calabria, Johanna (Perkins Coie)**

| | |
|---|---|
| **From:** | Al-Salam, Ramsey M. (Perkins Coie) |
| **Sent:** | Monday, September 18, 2006 6:12 PM |
| **To:** | Kevin C. Kaplan (kkaplan@bskblaw.com) |
| **Cc:** | Calabria, Johanna (Perkins Coie); gewrue@hotmail.com |
| **Subject:** | Privilege Log |

Kevin:

During our mediation, you said you would provide us a privilege log. Your motion for a protective order has a single entry attached as exhibit D that refers to 132 allegedly protected emails. Is this the extent of the log you will provide? Frankly, it makes it hard to determine whether the emails are protected, when you don't disclose who were the recipients and senders, the subject of the email, whether attorney advice was involved, etc. In fact, I assume you are distinguishing between emails that contain legal advice, as opposed to those that are allegedly work product because they are in anticipation of litigation. Are you going to give us any more detail in that regard? Are you taking the position that litigation was anticipated in 2001?

Also, your entry refers to emails only through December of 2004. I don't believe we have received any emails, even after that time. Are you asserting there have been no emails from December 2004 to date between Stelor or its representatives and Silvers? Thanks Kevin.

Ramsey Al-Salam

Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98101

Direct Dial: 206.359.6385
Fax Number: 206.359.7385