Silvers v. Google, Inc. Doc. 151 Att. 4


# EXHIBIT 3

Dockets.Justia.com

101006SS.txt

1

UNITED STATES DISTRICT CIRCUIT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. No

Type

Pl-Df ,

-vs-

Pl-Df .

DEPOSITION OF Witness

Dy , Mo Date , 200
: - : .m.

City , Florida Zip

Reported By:
Thomas R. Neumann
Notary Public, State of Florida
Network Reporting Corporation
Phone: 888.358.8188
305.358.8188

Network Reporting Corporation
(305) 358-8188 (888)358-8188

♀

2

- - -

BY MR. KAPLAN:
Q Do you have an understanding, sir?
A No, I don't, okay.
Q Are you prepared to indemnify Stelor?
MR. COOPER: Object to the form.
THE WITNESS: If that's what is determined by the court that has to be done in the event that this caveat has to be implementated then I'll have to abide by the court's order.
MR. KAPLAN: Alright. Let's take a break. Short.
VIDEO OPERATOR: We are off the record.
(Thereupon, a brief recess was taken.)
VIDEO OPERATOR: We are on the record.
BY MR. KAPLAN:
Q Mr. Silvers, I have handed you what I have marked as Exhibit 104 for identification. Do you recognize that as your consultant agreement with Stelor?
(Deposition Exhibit No. 104 was marked for identification.)
THE WITNESS: Yes.
BY MR. KAPLAN:
Q That's your signature on page 4?



A Uh-huh, yes.
Q What exactly did you do as a consultant

for Stelor?
A What they allowed me to do.
Q Which was what?
A Very little.
Q Look at paragraph 1B which lays out the payment terms.
A Okay.
Q You got a signing bonus of 10,000, correct?
A Yes.
Q That was paid, correct?
A Yes.
Q You got a monthly fee of $5,500 for the first 12 months, right?
A Yes. That's what it says, correct.
Q That was paid in full, correct?
MR. COOPER: Object to the form.
THE WITNESS: I believe so, yes.
BY MR. KAPLAN:
Q So that adds up to $66,000; is that correct?
A I believe so, yes.
Q And in addition you got a monthly fee of



$6,000 for another 18 months, correct?
A Yes.
Q By my calculation that adds up to $108,000, right?
A Okay.

-------------------------
Thomas R. Neumann
Notary Public - State of Florida
My Commission Expires: 3/22/07
My Commission No.: DD187497





C E R T I F I C A T E

THE STATE OF FLORIDA)
COUNTY OF DADE)

I, Thomas R. Neumann, Registered Reporter, State of Florida at large, do hereby certify that I was authorized to and did report said deposition in stenotype; and that the foregoing pages, numbered from 1 to , inclusive, are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

IN WITNESS WHEREOF, I have hereunto set my hand this Date day of Mo 200 .

------------------------
Thomas R. Neumann
Notary Public - State of Florida
My Commission Expires: 3/22/07
My Commission No.: DD187497

Network Reporting Corporation
(305) 358-8188 (888)358-8188

♀

270

DATE: Mo Date , 200

TO: WITNAME

IN RE: STYLE

CASE NO.:

Please take notice that on Dy , the Date of Mo 200 , you gave your deposition in the above-referred matter. At that time, you did not waive signature. It is now necessary that you sign your deposition.

Please call our office at the below-listed number to schedule an appointment between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday, at Network Reporting Corporation, 44 W. Flagler Street.

If you do not read and sign the deposition within a reasonable time, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of the Court. If you wish to waive your signature, sign your name in the blank at the bottom of this letter and return it to us.

Very truly yours,
NETWORK REPORTING CORPORATION.