# EXHIBIT 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-80387-CIV (Ryskamp/Vitunac)

STEVEN A. SILVERS, an individual,

Plaintiff,

vs.

ORIGINAL

GOOGLE, INC., a Delaware corporation,

Defendant.

_______________________________________/

GOOGLE, INC., a Delaware corporation,

Counterclaimant,

vs.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual;

Counter-Defendants.

_______________________________________/

Adorno & Yoss, LLP
2525 Ponce de Leon Boulevard
Suite 400
Coral Gables, Florida
Thursday, July 13, 2006
9:14 a.m. - 7:12 p.m.

- - - - - - - - -

VIDEOTAPED DEPOSITION

OF

STEVEN A. SILVERS

VOLUME 2 (Pages 199 - 301)

- - - - - - - - -

DOWNTOWN REPORTING
(954) 522-3376

books; is that correct?

A. **I owned at the time a registration for books and a co-existing registration for 028 class code in plush toys.**

Q. You abandoned that registration; isn't that right?

A. **I signed a contract with Ganz to co-exist in 028 with them.**

Q. You never got a registration for 028, did you?

A. **No, Ganz got the registration.**

**I have a co-existing agreement with him.**

Q. So all you had as of the time that you entered the agreement with Stelor was the trademark registration for children's books; is that right?

A. **I had a trademark registration for children's books and a co-existing ability to manufacture plush toys piggybacking on Ganz's 028 class code.**

Q. You didn't have any rights in Internet services at that point, did you?

A. **Internet services?**

Q. Any marks, any mark, any Googles' mark relating to the Internet?

MR. KAPLAN: Objection to form.

A. **In any specific class code, maybe 042 or whatever, no, I don't believe so.**

**BY MS. CALABRIA:**

Q. Okay. Now, you mentioned earlier that your mark became incontestable at some point; isn't that right?

**A. I believe it became incontestable, yes.**

Q. You were aware that -- did you retain the services of an attorney to file incontestability affidavits or did somebody else do that?

**A. I did not do that.**

Q. Did Stelor do that?

**A. I believe so.**

Q. Was Ira Adel the attorney that Stelor hired to do that?

**A. I have been made aware that he was.**

Q. But you did not personally engage him; is that correct?

**A. That's correct.**

Q. You didn't have an attorney/client relationship with him; is that right?

**A. Correct.**

Q. Did you have any conversations with him?

**A. I believe one or two.**

Q. What were your conversations in reference to?

**A. I don't recall.**

Q. Were they in reference to the affidavit that he filed regarding incontestability of the mark?

**A. Not that I can recall. I don't believe so.**

Q. Did you ever review the affidavit that he filed regarding incontestability of the Googles mark?

**A. No.**

Q. Did you ever talk to him about it?

**A. No.**

Q. Did you have any input in it at all?

**A. No.**

Q. Were you aware that he was filing it?

**A. No.**

Q. Did this happen without your authorization?

**A. Yes.**

Q. Are you aware that the incontestability affidavit was filed on behalf of the Googles Children's Workshop?

**A. I found that out later, and I don't understand why that happened when it was already filed. I guess the -- in 1999 when I did the reassignment. And I don't know why it was filed in the Googles Children's Workshop.**

Q. Because at the time that the incontestability affidavit was filed, the Googles Children's Workshop was no longer in existence, right?

**A. Correct.**

Q. And at least as far as you knew, you thought you had the rights to the Googles' registered mark; isn't that

C E R T I F I C A T E

STATE OF FLORIDA )
:SS
COUNTY OF BROWARD )

I, Marie C. Infante, a Shorthand Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that I reported the deposition of STEVEN A. SILVERS, a witness called by the Defendant in the above-styled cause; that the witness was duly sworn by me to tell the truth; that the foregoing pages, numbered 1 to 301, inclusive, constitute a true record of the deposition of said witness as stenographically recorded by me; and that this transcript was prepared under my supervision.

I further certify that I am not an attorney or counsel of any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

WITNESS my hand and official seal in the City of Deerfield Beach, County of Broward, State of Florida, this 27th day of July, 2006.

Marie C. Infante

Marie C. Infante, Shorthand Reporter
Notary Public, State of Florida at Large
My Commission Number: DD 175218
Expires: January 12, 2007