UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

Stephen A.  Silvers, an individual
            Plaintiff

v.

Google Inc., a Delaware corporation
            Defendant

_____

## PLAINTIFF STEVEN SILVERS' JOINDER IN STELOR'S MOTION FOR PROTECTIVE ORDER AS TO PRIVILEGED COMMUNICATIONS AND RESPONSE TO GOOGLE INC.'S CROSS MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGED LOG FROM STELOR & ESRIG AND FOR COSTS AGAINST STELOR AND ESRIG

Plaintiff Steven Silvers hereby joins in the Motion for Protective Order as to

Privileged Communications filed by Stelor Productions, LLC.  Silvers concurs with

Stelor that the communications are privileged and should not be ordered produced.

Silvers also opposes Google Inc.'s improper and unsupported Motion to Compel

and Motion for Costs.

There is no doubt that a common interest exists between Silvers and Stelor as

to the subject communications.  Stelor and Silvers did have a Consulting

Agreement, a License Agreement and a Joint Defense Agreement, all of which

speak to a common interest to defend and maintain the intellectual property.  Silvers

1

Dockets.Justia.com

confirms that he had numerous communications with Stelor in anticipation of litigation about maintaining those rights.

Google asserts that because Silvers has a dispute with Stelor a common interest no longer applies. That is untrue. The dispute over performance of the License Agreement is separate and distinct from the common interest in defending the marks. The common interest remains.

Wherefore, for the foregoing reasons, Silvers joins in Stelor's Motion for a Protective Order and Stelor's response to Google's improper and unsupported Motions to Compel and for Costs.

## Certificate of Service

I certify that a true and correct copy of the foregoing was e-mailed and mailed first class mail this October 31, 2006 to the attached list:

```
Robert H. Cooper P.A.
2999 N.E. 191 St. Suite 704
Miami, Fl. 33180
305-792-4343 (direct extension)
305-792-0200 (fax)
robert@rcooperpa.com
Fl. Bar No. 0650323
```

Robert H. Cooper
for the Firm.

2

Service List

Kevin Kaplan
Burlington Weil et al
2699 South Bayshore Drive Penthouse A
Miami, FL 33133


Ramsey Al-Salam
Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98110