UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## NOTICE OF HEARING

THIS CAUSE comes upon Google's Motion for Summary Judgement **[DE 168-172]** filed on October 27, 2006.  PLEASE TAKE NOTICE that this case has been set for hearing on Google's Motion for Summary Judgment **[DE 168-172]** before the undersigned, United States District Judge Kenneth L. Ryskamp, at the following date and time:

| | |
|---|---|
| DATE: | **January 4, 2007** (Thursday) |
| TIME: | **1:30 p.m.**  Thirty minutes have been reserved for this hearing. |
| PLACE: | United States Courthouse, Courtroom #1<br>701 Clematis Street<br>West Palm Beach, FL 33401 |

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 3 day of November, 2006.

                                                /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record