# EXHIBIT B

Dockets.Justia.com



BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DZACK@BSKBLAW.COM   WWW.BSKBLAW.COM

October 18, 2006

VIA E-MAIL and U.S. MAIL

Ramsey Al-Salam, Esq.
Perkins Coie LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099

Re:   *Silvers vs. Google, et al.*
      Case No. 05-80387

Dear Ramsey:

    We object to Google Inc's Motion for Summary Judgment as to Monetary Relief. Google requested, and was granted, an Order limiting the discovery and trial in this action to a narrow set of issues on Phase I. Specifically, these issues relate to the scope of Silvers' ownership of the trademark rights. Google's Motion to Bifurcate and the Bifurcation Order specifically excluded issues of damages and relief from Phase I of the litigation. Furthermore, Google has consistently maintained that the Phase I issues were limited to the trademark registration and not broad issues of liability, damages, or relief. Google has not produced any discovery on the issue of monetary relief, and the very purpose for Google's Motion for Bifurcation was to prohibit such discovery before the so-called "preliminary issues" were resolved.

    Google's Motion for Summary Judgment as to Monetary Relief, therefore, appears to be brought in bad faith. Stelor hereby demands that Google immediately withdraw it. Otherwise, Stelor will be forced to address this issue with the Court.

    Please confirm that you will withdraw the Motion for Summary Judgment as to Monetary Relief.

Sincerely,

s/

David J. Zack

cc:   Johanna Calabria
      Jan Douglas Atlas

DJZ:lm