# EXHIBIT C

# David Zack

| | |
|---|---|
| **From:** | Kevin C. Kaplan |
| **Sent:** | Monday, October 23, 2006 4:52 PM |
| **To:** | 'Al-Salam, Ramsey M. (Perkins Coie)' |
| **Cc:** | David Zack |
| **Subject:** | Stelor |

Ramsey,

We need to have a definitive response from you to our letter regarding Google's monetary damages motion, or we will need to address the issue of its improper filing with the court.

You had indicated you would call today, but have not. If you want to set up a time to talk, let me know.
Kevin

*******************************************

Kevin C. Kaplan, Esq.
Burlington, Schwiep,
  Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bskblaw.com


*******************************************

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

10/26/2006