# EXHIBIT E

**David Zack**

| | |
|---|---|
| **From:** | Al-Salam, Ramsey M. (Perkins Coie) [RAlsalam@perkinscoie.com] |
| **Sent:** | Thursday, October 26, 2006 2:03 PM |
| **To:** | David Zack; Calabria, Johanna (Perkins Coie) |
| **Cc:** | Kevin C. Kaplan |
| **Subject:** | RE: Summary Judgment Motion |

Yes, though I think I said we were hoping to get it filed tomorrow. I have no problem with giving you 10 days. In fact, I thought I said you could have until November 10th, when Silvers response is due. Thanks.


Ramsey Al-Salam

Perkins Coie LLP
1201 Third Ave. Ste. 4800
Seattle, WA 98101

Direct Dial: 206.359.6385
Fax Number: 206.359.7385



**From:** David Zack [mailto:dzack@bskblaw.com]
**Sent:** Thursday, October 26, 2006 10:45 AM
**To:** Al-Salam, Ramsey M. (Perkins Coie); Calabria, Johanna (Perkins Coie)
**Cc:** Kevin C. Kaplan
**Subject:** Summary Judgment Motion

Dear Ramsey:

This is to confirm that you advised me that Google is revising its summary judgment motions and plans on filing a unified summary judgment motion tomorrow. You agreed with our position that our clients' response to the unified motion be due no earlier than 10 business days after service.

Please confirm that this understanding is correct and please let us know immediately if there is a disagreement on any particular.

David J. Zack
Burlington, Schwiep, Kaplan & Blonsky, P.A.
Office in the Grove
Penthouse
2699 South Bayshore Dr.
Miami, FL 33133
T: (305)858-2900, ext. 35
F: (305)858-5261
dzack@bskblaw.com
www.bskblaw.com

10/26/2006

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

10/26/2006