Silvers v. Google, Inc.                                                                                                                      Doc. 181 Att. 6

# EXHIBIT F

Dockets.Justia.com

## mk@stellorproductions.com

**From:** <maryhadalittlelamb@aol.com>
**To:** <oogle@googles.com>
**Sent:** Tuesday, April 22, 2003 5:56 PM
**Subject:** Google's Feedback

wsup googles. i always get confused between google's website and urs.peace out

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <deepsandhu@rediffmail.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Saturday, November 15, 2003 6:45 AM |
| **Subject:** | Googles Feedback |

halloo, this is good that you improve the look of home page, BUT this is verry confusing home page, a normal person dont know from where we can search . nd basically googes is known as a exxcelent search ingine, but now its very confused. so try to do one thing that is when a person open this site  searc box should be in front of. thnx

## mk@stellorproductions.com

**From:**     <iluvzack247@yahoo.com>
**To:**       <oogle@googles.com>
**Sent:**     Tuesday, December 02, 2003 3:51 PM
**Subject:**  Googles Feedback

hey! your website is too close to google.com. you should change it. it gets confusing. PLEASE HELP BY CHANGING THE NAME OF YOUR SITE!!! thank you for your time and commitment. ~*Elise*~

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <gingerbinger35@yahoo.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Friday, March 12, 2004 4:29 PM |
| **Subject:** | Googles Feedback |

You guyshave a tarded siteandonlymade this your site name to get alot of visitors. It is too close to google.com!

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <duffpup@aol.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Wednesday, December 17, 2003 4:18 PM |
| **Subject:** | Googles Feedback |

I loved your old website; I detest this one and will use Jeeves or somthing else that is less confusing...ugh!

## mk@stellorproductions.com

**From:** <mailboxes_v26@yahoo.com>
**To:** <oogle@googles.com>
**Sent:** Thursday, December 18, 2003 11:43 PM
**Subject:** Googles Feedback

hey what's happen! to google, its change to kidsplay its not a search engine anymore

## mk@stellorproductions.com

**From:** <cock@shit.com>
**To:** <oogle@googles.com>
**Sent:** Friday, January 16, 2004 11:33 AM
**Subject:** Googles Feedback

Fuck you all. You have a shitty faggot site. Don't ever make me come here by accident again. Get a different URL because yours is too close to google.com

## mk@stellorproductions.com

**From:**     <atiratsuyan@pepsi.com>
**To:**       <oogle@googles.com>
**Sent:**     Tuesday, April 15, 2003 5:09 PM
**Subject:**  Google's Feedback

whatis googles without an "s"? because sometimes i go on to google by accident and it sends me to this bear  and bunny and sum and substance(stuff)and when i type in games and say"go" it takes me to games i can buy. i got confused because i thought it was supposed to let you play so i got off and was board half to death but then i typed in the s and i was happy.

## mk@stellorproductions.com

**From:**      <elizabethfoss@hotmail.com>
**To:**        <oogle@googles.com>
**Sent:**      Tuesday, April 15, 2003 11:52 PM
**Subject:**   Google's Feedback

I have heard that you give out maps according to phone numbers and I want to know how I can verify if our phone number is in your system. I do not approve of this service and feel it is irresponsible and unsafe for both adults and children. Why would you provide such information? I do not want to join your site, or give you any personal information you may use or sell, but I do want to make sure you erase all information regarding our address/phone number in your datablse. Please respond to the above e-mail address.

## mk@stellorproductions.com

**From:** &lt;rolupolx@aol.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Saturday, April 19, 2003 2:56 PM
**Subject:** Google's Feedback

why can't we get to googles directly like before

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <irzaimran@hotmail.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Saturday, April 19, 2003 6:06 PM |
| **Subject:** | Google's Feedback |

hi i tought i was going on an other site but u came but anyways the site is coool

## mk@stellorproductions.com

**From:**      <Felixthecat8000@hotmail.com>
**To:**        <oogle@googles.com>
**Sent:**      Friday, April 25, 2003 10:28 AM
**Subject:**   Google's Feedback

I think this website is dumb, you have stupid characters that have no meaning! You want to try to be popular! but I only came here because I acidently spelled google.com wrong! this is super stupid! You should retire the network or whatever you want to call this place

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <heed.c@monet.k12.ca.us> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Friday, April 25, 2003 11:11 AM |
| **Subject:** | Google's Feedback |

I have a real concern about one of your services. I was just shown that if I typed in a phone number with area code the person's name, address comes up and you have a street map, an aerial view of the person home. Plus you also give personal information about who lives in the home, what organizations that person belongs to. This is not right!!! All this information is available to anyone in the WORLD. I really believe people are not aware of what you have available and to me this is infringing on privacy. You need to elimate this service. It also can be very dangerous because of pedefiles, rapists, murderers, incarcerated individuals, etc! If I do not get a response from you, I am considering contacting the news media so that at least the public can make their own choice. I have already contacted SBC. Do you want to be responsible for what could happen! Thank you for your immediate attention.

## mk@steilorproductions.com

**From:** &lt;Ashanti97@cs.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Saturday, April 26, 2003 8:49 AM
**Subject:** Google's Feedback

Hey i do not like your website because it does not have a thing where you can search for stuff this website is just whack.

## mk@stellorproductions.com

**From:**     <dee13046@yahoo.com>
**To:**       <oogle@googles.com>
**Sent:**     Monday, April 28, 2003 5:49 AM
**Subject:**  Google's Feedback

Please delete me from you list. I did not realize this was a kids site. thank you

## mk@stellorproductions.com

**From:**     <tuttyfruity2kr@hotmail.com>
**To:**       <oogle@googles.com>
**Sent:**     Tuesday, April 29, 2003 1:25 AM
**Subject:**  Google's Feedback

The new Google site is cool! BUt this looks like as this is for kids not for aduilt. Cause my dad comes here often! (Where's the google search?)

## mk@stellorproductions.com

**From:** <maddogg@domain.com>
**To:** <oogle@googles.com>
**Sent:** Tuesday, April 29, 2003 10:08 PM
**Subject:** Google's Feedback

heylour stuff want work i can't never find anything i'm lookin for on it googles sucks

## mk@stellorproductions.com

**From:**    <bybvd_pioneer@vsnl.net>
**To:**      <oogie@googles.com>
**Sent:**    Friday, May 02, 2003 4:38 AM
**Subject:** Google's Feedback

Why google has become so complicated?We don't get google services so easily as we got earlier.

## mk@stellorproductions.com

**From:**      <adelinepoon@msn.com>
**To:**        <oogle@googles.com>
**Sent:**      Sunday, November 16, 2003 8:31 AM
**Subject:**   Googles Feedback

Hi..I am Adeline...
Just to tell you that actually I don't even know this address..actually I am checking for www.goggles.com and I accidentally type to here and found that this place is real cool! Keep up the good work and we are behind you.. Hmm.. Any more address that can be play and is FUN?
  Please inform me and tell me more about this address..

## mk@stellorproductions.com

**From:**      <compnut85@msn.com>
**To:**         <oogle@googles.com>
**Sent:**      Sunday, November 16, 2003 6:04 PM
**Subject:**  Googles Feedback

thw only way people get to your site is by accident by putting an "s" on google!! thats cheap!! this website is stupid!

## mk@stellorproductions.com

**From:** &lt;beachbum88_03@hotmail.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Sunday, November 16, 2003 7:29 PM
**Subject:** Googles Feedback

heya i went to type in www.google.com but i accidently typed in www.googles.com and this came up lol its the bestest site u so gotta join its got so much good stuff on it lol and theres like a friends list like msn lol and cassa n leesa is on mine lol well cu at recess luv kel

## mk@stellorproductions.com

**From:** &lt;MJCTax@aol.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Tuesday, November 25, 2003 7:24 PM
**Subject:** Googles Feedback

Is this the search engine? Does it cost to sign up?

**mk@stellorproductions.com**

| | |
|---|---|
| **From:** | <Black_devil@googles.com> |
| **To:** | <oogie@googles.com> |
| **Sent:** | Wednesday, November 26, 2003 8:05 AM |
| **Subject:** | Googles Feedback |

you know what i hate googles now cause long tome ago googles has a serch thingy about human mucles.. i hope you can put that tommorrow ok?

## mk@stellorproductions.com

**From:**     <jevent2002@hellokitty.com>
**To:**       <oogle@googles.com>
**Sent:**     Thursday, November 27, 2003 1:40 AM
**Subject:**  Googles Feedback

I really like googles ever since I went ro googles.com instead of google.com

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <princessmillenium37@yahoo.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Tuesday, December 02, 2003 11:20 PM |
| **Subject:** | Googles Feedback |

Dear Googles,I haven't seen this website for a while. Frankly, I was surprised to see that it has a new face now. I was just wandering, where did the search engines go? I used to use it to look for informations in the internet. Thank you for the answer.Sincerely,Utti

## mk@stellorproductions.com

**From:**     <kat_z_kitty@yahoo.com>
**To:**        <oogle@googles.com>
**Sent:**      Friday, December 05, 2003 10:15 PM
**Subject:**   Googles Feedback

Hi!!! I wanted to go to google.com but then wrote googles dot come and found this! ITS SO COOL!

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <shreya@hclinfinet.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Tuesday, March 02, 2004 9:05 AM |
| **Subject:** | Googles Feedback |

What is your address for logging google search engine . What is procedure to make it default search engine.

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <larya11@msn.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Saturday, March 06, 2004 2:09 PM |
| **Subject:** | Googles Feedback |

I had full access to googles search engine, but after changing my computer and email address, I am unable to access googles. I am asked to enter login ID and password, which I never had to use while using googles. Please help. Thank you. My new email is larya11@msn.comLalit M. Arya

## mk@stellorproductions.com

**From:** <jwc88412003@yahoo.com>
**To:** <oogle@googles.com>
**Sent:** Monday, March 08, 2004 3:24 PM
**Subject:** Googles Feedback

In the unemployment at Stevenson, Washington, I have tried to get on to Googles.Com. I am just looking for jobs you may have advertised to your web page. Without becoming a customer at Googles.com, how do I look for jobs available in Portland, OR and Vancouver, WA, or at least 50 miles either way.

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <jgsuda@hotmail.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Sunday, March 14, 2004 9:15 AM |
| **Subject:** | Googles Feedback |

I am trying to get to your search page --what is the problem

## mk@stellorproductions.com

**From:** &lt;zodiacqu33n@yahoo.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Sunday, December 07, 2003 3:07 PM
**Subject:** Googles Feedback

Dear Googles,I would like to know if this is the website for doing research on h.w. because I need to research on Islam,the religion that was preached by the Prophet Mohammed,(it's a school paper and I need helped in it)Please try to contact me by today,Thankyou!, Maria

## mk@stellorproductions.com

**From:** <ssturgill3@.cinci.rr.com>
**To:** <oogle@googles.com>
**Sent:** Friday, December 19, 2003 10:21 PM
**Subject:** Googles Feedback

hey whats up i would have been able to be on here if it wasnt for my mom she ment to change somthing but instead she got on this i was more happier.i just cant waight to see what you have stored in here for me.

## mk@stellorproductions.com

**From:**    <pt_gardner@yahoo.com>
**To:**      <oogle@googles.com>
**Sent:**    Friday, January 16, 2004 3:20 PM
**Subject:** Googles Feedback

i would like to know when the stock is public

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <crazy@yahoo.es> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Friday, January 16, 2004 4:55 PM |
| **Subject:** | Googles Feedback |

como abro google.com

## mk@stellorproductions.com

**From:**      <angelgurl313@hotmail.com>
**To:**        <oogle@googles.com>
**Sent:**      Wednesday, January 21, 2004 10:39 PM
**Subject:**   Googles Feedback

Hi googles I got on ur site by accident today but I loved it and I've been telling all my freinds to join too. It's sooooooo cool I love all the songs and once the cd's out me and my friend are gonna buy the cd.
I love you guyz!
Laurg

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <aangels2004@aol.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Wednesday, January 21, 2004 10:47 PM |
| **Subject:** | Googles Feedback |

i enjoy your website it has taught me alot and helped me with information on homework and on projects thankyou googles.com for everything and everyone i owe you my whole diploma from shool thankyou you mean alot to me and probaly every body else so have a great day to you which is oogle iggle oggle and gooroo good bye and i also hope you enjoy my very nice comploment by the way if you dident know and you dont i used you all ready earlyer today at shcool iam in the sixth grade so you did me alot of good thankyou and finally goodbye

## mk@stellorproductions.com

**From:** &lt;whitney_69@hotmail.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Wednesday, January 21, 2004 1:11 AM
**Subject:** Googles Feedback

Hello,I was searching and I found this site. This is so awsome!!!

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <MiissNekie08@yahoo.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Friday, January 30, 2004 5:26 PM |
| **Subject:** | Googles Feedback |

Well I really love your website I was introduced to it because I was tring to go to google.com but i ended up adding a s to google and your site poped up and I just decided to sign up and it was so cool I have my own personal diary on line and I could play games and everything else it's so cool

love always dominique

## mk@stellorproductions.com

**From:**     <MathisS@frastudents.com>
**To:**       <oogle@googles.com>
**Sent:**     Friday, January 30, 2004 9:13 PM
**Subject:**  Googles Feedback

I think that all of the googles are dumbbutts!!!!!!! Oh and I think that your sites name is to confusing especially with www.google.com and not your stupid website!!!!! all you are gay!

## mk@stellorproductions.com

**From:**      <powerpuff48@hotmail.com>
**To:**        <oogle@googles.com>
**Sent:**      Saturday, February 14, 2004 3:08 PM
**Subject:**   Googles Feedback

Hi.    My name is Shannon. I wanted to e-mail you to inform you that your site is hazardous to teenagers 13 and up.    While trying to finish a project for school, I stumbled upon this site and almost fell out of my chair. This site has almost the same address as www.google.com which is a site to search information with.    In conclusion, in my opinion you should change your site name because it is hazardous to us all. It looks like you have a chld on acid working on this site.    Sincerely,    Shannon

## mk@stellorproductions.com

**From:** <rivajackson@yahoo.com>
**To:** <oogle@googles.com>
**Sent:** Thursday, February 19, 2004 11:44 AM
**Subject:** Googles Feedback

I think That the new Googles is bullshit. I think you should have a search page thank you in advance. Riva Jackson

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <somethingu@rogers.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Sunday, February 29, 2004 12:17 PM |
| **Subject:** | Googles Feedback |

Why are you called Googles you my be taking it from Google and that is called something that i dont llike.

**mk@stellorproductions.com**

**From:**       <Bulep@aol.com>
**To:**         <oogle@googles.com>
**Sent:**       Wednesday, March 03, 2004 6:12 PM
**Subject:**    Googles Feedback

Hi Googles.My name is Samantha.I don't realy know who you are but that's okay!Ilike all of you,butiwas looking for the other
Googles,sorry.Well,see you next time.        Love Samantha

## mk@stellorproductions.com

**From:** &lt;acp2001@wideopenwest.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Monday, March 01, 2004 2:36 PM
**Subject:** Googles Feedback

Why did you fuck up a good thing? Would visit everyday with a ?--now, fuck you and this kid site!!

4/21/2005

## mk@stellorproductions.com

**From:**     <p771@rediffmail.com>
**To:**       <oogle@googles.com>
**Sent:**     Monday, December 22, 2003 11:12 AM
**Subject:**  Googles Feedback

what in the name of heaven have you done to a perfectly sane and hassle free search engine?

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <Blueflamez454@optonline.net> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Monday, December 22, 2003 9:29 PM |
| **Subject:** | Googles Feedback |

Why hello there. I am not a little kid but I thought this site was very funny. My mom found it when she was looking for www.google.com

## mk@stellorproductions.com

| | |
|---|---|
| From: | <Redrobin33@aol.com> |
| To: | <oogle@googles.com> |
| Sent: | Thursday, December 25, 2003 12:28 PM |
| Subject: | Googles Feedback |

Isn't there an adult googles site?

## mk@stellorproductions.com

| | |
|---|---|
| From: | <qasimbhatti@hotmail.com> |
| To: | <oogle@googles.com> |
| Sent: | Thursday, December 25, 2003 3:16 AM |
| Subject: | Googles Feedback |

hi!you are boastard.how can we enter ur search engine.

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <kaminyazad@hotmail.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Monday, December 29, 2003 11:27 AM |
| **Subject:** | Googles Feedback |

hi googles i found this website by typing googles rather than google and i like this site and the chat room isnt working can you fix it please.thank you!
bye

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <seymour45@aol.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Wednesday, December 31, 2003 11:12 AM |
| **Subject:** | Googles Feedback |

Hey googles! I was tempted to come to your site when I accidently typed in googles instead of google. My little brother loved all the games on your website! You rock his world!Thx, Franl Berrymorey

## mk@stellorproductions.com

| | |
|---|---|
| From: | <dpridgen07@aol.com> |
| To: | <oogle@googles.com> |
| Sent: | Friday, January 02, 2004 9:53 PM |
| Subject: | Googles Feedback |

is this the search engine everybody is talking about

## mk@stellorproductions.com

**From:** &lt;emilee_yang03@hotmail.com&gt;
**To:** &lt;oogle@googles.com&gt;
**Sent:** Thursday, January 08, 2004 9:07 PM
**Subject:** Googles Feedback

hello goggles..at first i didnt even know about this site..so when i was going to google..i accidently went o googles instead..that is how i went on here..so thanks again..bye

## mk@stellorproductions.com

| | |
|---|---|
| **From:** | <kjhfhs@hotmail.com> |
| **To:** | <oogle@googles.com> |
| **Sent:** | Friday, January 16, 2004 5:42 AM |
| **Subject:** | Googles Feedback |

your site is a load of shit! there is nothing to do and i am bored out my mind!! i even registered hoping to find something to do but, no! its just shit! there arent even any pictures of the god damn googles! you only get visitors when people spell google wrong.  your shit! face it! shut this site down!