Silvers v. Google, Inc.                                                                                           Doc. 181 Att. 8

# EXHIBIT H

Dockets.Justia.com

GOOGLE

EX 22



internet search engine

® GOOGLES (Stylized) (Auto-Shade)  window glare reducing
® GOOGLES (block letter)  screens for use in land, air
  and marine vehicles.

  non-metal window glare reducing
  screens for buildings

® GOOGLES (Henri Studio)  potted plant decorations made of
  cast resin, in animal and other shapes

® GOOGLES and Design  (The Googles Childrens Workshop)
  childrens books

N&A  GOOGLES SPORT (Stylized) (Chris Patterson)
  sports goggles for use in swimming and
  snow skiing, and straps for said goggles

® BARNEY GOOGLE AND SNUFFY SMITH (Hearst Holding) Cartoon series

pub  BEER GOOGLE BEER ( Richard Seitz)  soft drinks, beer, ale,
  malt beer

— ® THE SECRET OF GOOGOL (Lightspan) ... s/w for
pub GOOGOL GULCH  processing, conveying and displaying education

A children edutainment book : Googles and the Planet of Goo







The First Chapter
Googles' Song
Googles' Earth Landing
Solar System
Articles
Order
OFFICIAL millennium museof

dictionary-appendix

|                | Enter |

GooglePlex

# COMING SOON!



# Googleplex

(The Googliest Plex on the Net)

For more info on GooglePlex.Com send to: info@GooglePlex.Com

A children edutainment book : Googles and the Planet of Goo

1354

sales@googles.com

