UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/
GOOGLE INC., a Delaware corporation

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

## STELOR'S NOTICE OF FILING

PLEASE TAKE NOTICE that Stelor Productions, LLC, by and through undersigned counsel, hereby files the deposition transcripts:

    A.  Deposition of Steven Silvers Volume I and II taken on October 10, 2006.

    B.  Deposition of Steven Silvers Volume III taken on October 13, 2006.

                            Respectfully submitted,

                            s/Kevin C. Kaplan - Florida Bar No. 933848
                              David J. Zack - Florida Bar No. 641685
                          Email: kkaplan@bskblaw.com
                                     dzack@bskblaw.com
                          BURLINGTON, SCHWIEP, KAPLAN &
                             BLONSKY, P.A.
                          Office in the Grove, Penthouse A
                          2699 South Bayshore Drive
                          Miami, Florida 33133

Case No. 05-80387 CIV RYSKAMP/VITUNIC

Tel: 305-858-2900
Fax: 305-858-5261
Counsel for STELOR PRODUCTIONS,
    LLC and STEVEN ESRIG

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case No. 05-80387. Counsel of record currently identified on the attached Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/EFF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

s/Kevin C. Kaplan