UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR PRODUCTIONS, INC., a Delaware corporation; STELOR PRODUCTIONS, LLC, a business entity of unknown form; and STEVEN ESRIG, an individual,

        Counter-Defendants.
_____/

**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S
NOTICE OF WITHDRAWAL OF MOTION
FOR SUMMARY JUDGMENT DATED OCTOBER 27, 2006**

PLEASE TAKE NOTICE that Defendant/Counterclaimant GOOGLE INC. ("Google"), by its undersigned counsel, hereby provides its Notice of Withdrawal of its Motion for Summary Judgment filed on October 27, 2006, without prejudice, since this Court entered an Order Granting the Parties' Stipulated Motion Regarding Scope of Phase I Trial on November 2, 2006. [D.E. 175]. By serving the instant Notice of Withdrawal, Google does not waive, and

{SNT/213526.0001/N0634481_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

Dockets.Justia.com

respectfully reserves its right, to refile its Motion for Summary Judgment at an appropriate time (ie. after resolution of the Phase I issues and/or after any resolution between STELOR PRODUCTIONS and STEVEN A. SILVERS).

DATED: November 8, 2006.          Respectfully submitted,
Fort Lauderdale, FL

                                        By:/s/Samantha Tesser Haimo
                                            Jan Douglas Atlas
                                            Florida Bar No.: 226246
                                            jatlas@adorno.com
                                            Samantha Tesser Haimo
                                            Florida Bar No.: 0148016
                                            stesser@adorno.com
                                            **ADORNO & YOSS LLP**
                                            350 East Las Olas Boulevard, Suite 1700
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 763-1200
                                            Facsimile:  (954) 766-7800

                                            Johanna Calabria
                                            California Bar No.: 226222
                                            jcalabria@perkinscoie.com
                                            **PERKINS COIE LLP**
                                            Four Embarcadero Center, Suite 2400
                                            San Francisco, California 94111
                                            Telephone: (415) 344-7000
                                            Facsimile:  (415) 344-7050

                                            Ramsey M. Al-Salam, Esq.
                                            Washington Bar. No. 18822
                                            ralsalam@perkinscoie.com
                                            **PERKINS COIE LLP**
                                            1201 Third Avenue, Suite 4800
                                            Seattle, WA  98101-3099
                                            Telephone:  (206) 359-6338
                                            Facsimile:   (206) 359-7338

                                            Attorneys for Defendant/Counterclaimant
                                            Google Inc.

2

{SNT/213526.0001/N0634481_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

Case No. Case No. 05-80387-CIV (Ryskamp/Vitunac)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{SNT/213526.0001/N0634481_1}

3

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

Case No. Case No. 05-80387-CIV (Ryskamp/Vitunac)

## SERVICE LIST

| |
|---|
| Kevin C. Kaplan, Esq. <br> kkaplan@bwskb.com <br> BURLINGTON, WEIL, SCHWIEP, KAPLAN & BLONSKY, P.A. <br> 2699 South Bayshore Drive <br> Miami, FL 33133 <br> Telephone: (305) 858-2900 <br> Facsimile: (305) 858-5261 <br><br> Robert H. Cooper, Esq. <br> Robert@rcooperpa.com <br> ROBERT COOPER, P.A. <br> Concorde Centre II, Suite 704 <br> 2999 N.E. 191 Street <br> Aventura, FL 33180 <br> Telephone: (305) 792-4343 <br> Facsimile: (305) 792-0200 <br><br> Steven A. Silvers <br> gewrue@hotmail.com <br> 8983 Okeechobee Blvd. <br> Suite 202 – PMB 203 <br> West Palm Beach, Florida 33411 <br> Telephone: (954) 445-6788 <br> Facsimile: (561) 784-9959 |

{SNT/213526.0001/N0634481_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800