## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. On October 12, 2006, Stelor Productions filed its Motion for Summary Judgment against Silvers **[DE 140]**. Silvers Response was due on October 26, 2006. Pursuant to S.D. Fla. Local Rule 7.1(C), failure to timely respond may be sufficient cause to grant the motion by default. Accordingly, it is hereby

ORDERED AND ADJUDGED that Silvers shall show cause why Stelor's Motion for Summary Judgment **[DE 140]** should not be granted by default. Silvers shall have ten (10) days from the date of this Order to respond, or Stelor's Motion may be granted be default.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 9 day of November, 2006.

                                                    /s/ Kenneth L. Ryskamp
                                                    KENNETH L. RYSKAMP
                                                    UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record