UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

Stephen A. Silvers, an individual
          Plaintiff

v.

Google Inc., a Delaware corporation
          Defendant
_____

### Counsel for Silvers Notice of Unavailability

The undersigned counsel gives notice that he will be on family vacation and unavailable to attend hearings between Dec. 22, 2006 and Jan 7, 2007.

## Certificate of Service

I certify that a true and correct copy of the foregoing was e-mailed and mailed first class mail this November 10, 2006 to the attached list:

Robert H. Cooper P.A.
2999 N.E. 191 St. Suite 704
Miami, Fl. 33180
305-792-4343 (direct extension)
305-792-0200 (fax)
robert@rcooperpa.com
Fl. Bar No. 0650323


s/ Robert H. Cooper
Robert H. Cooper
for the Firm.

1

Dockets.Justia.com