UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

## ORDER DENYING AS MOOT STELOR AND ESRIG'S MOTION TO STRIKE, SANCTIONS, VACATE BIFURCATION ORDER, AND CONTINUANCE

THIS CAUSE comes before the Court upon Stelor Productions and Steven Esrig's Motion to Strike Section IV of Google's Motion for Summary Judgment as to Monetary Relief and Request for Sanctions, and in the Alternative, (1) to Vacate Bifurcation Order and Permit Full Discovery; and (2) for a Continuance **[DE 180]** filed on November 3, 2006. On November 1, 2006, Google withdrew its two separate motions for summary judgment **[DE 173]**. November 8, 2006, Google withdrew its remaining motion for summary judgment **[DE 183]**. As a result, Google does not have any pending motions for summary judgment. The court having reviewed the Motions and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that Stelor and Esrig's Motion **[DE 180]** is hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15 day of November, 2006.

                                  /s/ Kenneth L. Ryskamp
                              HON. KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record