**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH**

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## ORDER GRANTING EXTENSION TO RESPOND TO STELOR'S MOTION FOR SUMMARY JUDGEMENT UNTIL NOVEMBER 17, 2006

THIS CAUSE comes before the Court upon Silvers' Motion for Extension of Time to Respond to Stelor's Motion for Summary Judgement **[DE 185]** filed on November 9, 2006. Stelor Productions Responded **[DE 188]** on November 13, 2006. The court having reviewed the Motion and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that Silvers' Motion for Extension of Time to Respond to Stelor's Motion for Summary Judgement **[DE 185]** is hereby GRANTED. Silvers has until November 17, 2006 in which to file his Response.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15 day of November, 2006.

                                    /s/ Kenneth L. Ryskamp
                                  HON. KENNETH L. RYSKAMP
                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record