UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

### RE-NOTICE OF HEARING

THIS CAUSE comes upon Stelor's Motion for Summary Judgement against Silvers **[DE 140]** filed on October 12, 2006. PLEASE TAKE NOTICE that this case has been set for hearing on Stelor's Motion before the undersigned, United States District Judge Kenneth L. Ryskamp, at the following date and time:

| | |
|---|---|
| DATE: | **January 4, 2007** (Thursday) |
| TIME: | **1:30 p.m.**  Thirty minutes have been reserved for this hearing. |
| PLACE: | United States Courthouse, Courtroom #1<br>701 Clematis Street<br>West Palm Beach, FL 33401 |

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 16 day of November, 2006.

                          /s/ Kenneth L. Ryskamp
                          KENNETH L. RYSKAMP
                          UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record