UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## ORDER GRANTING STELOR PRODUCTION'S REQUEST FOR JUDICIAL NOTICE

    THIS CAUSE comes before the Court upon Stelor Production's Request for Judicial Notice Pursuant to Rule 201 of the Federal Rules of Evidence **[DE 143]**, filed October 12, 2006. Neither Silvers nor Google responded. Plaintiffs request the Court to take judicial notice of "declarations, pleadings, orders, and other papers filed and contained in the record in Case No. 05-08393-CIV-HURLEY". It is well settled that district courts can take judicial notice of public records within its own files in the current action or in other related cases. *Seigel v. LePore*, 234 F.3d 1163, 1196 (11th Cir. 2000) (*citing Cash Inn of Dade, Inc. V. Metropolitan Dade County*, 938 F.2d 1239, 1243 (11th Cir. 1991). Accordingly, the Court has considered the Motion and the pertinent portions of the record, and being otherwise fully advised, it is hereby

    ORDERED AND ADJUDGED that: Stelor Production's Request for Judicial Notice Pursuant to Rule 201 of the Federal Rules of Evidence **[DE 143]** is GRANTED. The court shall duly take judicial notice of the "declarations, pleadings, orders, and other papers filed and

contained in the record in Case No. 05-08393-CIV-HURLEY".

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 14 day of November, 2006.

      /s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record