UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/



FILED by ___ D.C.
NOV 27 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## ORDER GRANTING SLIVERS' MOTION FOR AN EXTENSION OF TIME TO FILE A STATEMENT OF DISPUTED FACTS

THIS CAUSE comes before the Court upon Silvers' Motion for an Extension of Time to File a Statement of Disputed Facts **[DE 194]** filed on November 17, 2006. Stelor Productions responded and filed a Cross-Motion to Deem as Admitted Stelor's Statement of Facts **[DE 196]** on November 20, 2006. The court having reviewed the Motions and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that this Motion **[DE 194]** is hereby **GRANTED**. Silvers has until **November 30, 2006** to file his statement of disputed facts. Accordingly, Stelor's cross-motion **[DE 196]** is **DENIED**.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 27 day of November, 2006.

HON. KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record