UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF STELOR PRODUCTIONS, LLC'S MOTION FOR <u>SUMMARY JUDGMENT AGAINST STEVEN SILVERS</u>

STELOR PRODUCTIONS, LLC, by and through its undersigned attorneys, hereby files this Motion for Enlargement of Time to file a reply memorandum in support of its Summary Judgment Motion against Steven Silvers (D.E. 140):

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com  www.bskblaw.com

Dockets.Justia.com

1.      Stelor filed its Motion for Summary Judgment against Silvers on October 12, 2006. (D.E. 140). The Court enlarged the time for Silvers to respond to the Summary Judgment Motion to November 17, 2006. (D.E. 190).

2.      On November 17, 2006, Silvers filed his opposing memorandum to the Summary Judgment Motion (D.E. 193) and a Motion for Extension of Time to File Statement of Disputed Facts. (D.E. 194).

3.      On November 17, 2006, this Court granted Silvers' Motion for an Extension of Time to File a Statement of Disputed Facts, permitting Silvers until November 30, 2006 to file his statement of disputed facts in opposition to Stelor. (D.E. 197).

4.      Based on the filing of Silvers opposing memorandum, Stelor's Reply Memorandum would be due on November 30, 2006. In light of the enlargement of time granted to Silvers to provide his statement of disputed facts, however, Stelor requests that its filing deadline be extended.

5.      The extension is required in order to allow Stelor the opportunity to address Silvers' complete opposition papers, including the contents of the still-to-be-filed statement of disputed facts.

6.      Accordingly, Stelor requests that the deadline for service of its Reply be set for December 8, 2006.

WHEREFORE, Stelor respectfully requests entry of an agreed order enlarging to December 8, 2006, the time for Stelor to file its Reply Memorandum in Support of Its Summary Judgment Motion Against Silvers.

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules 7.1, counsel for Stelor conferred with counsel for Silvers, and he agrees with the relief requested in this Motion.

        Respectfully submitted,

        s/Kevin C. Kaplan - Florida Bar No. 933848
          David J. Zack - Florida Bar No. 641685
        Email:  kkaplan@bskblaw.com
                dzack@bskblaw.com
        BURLINGTON, SCHWIEP, KAPLAN &
          BLONSKY, P.A.
        Office in the Grove, Penthouse A
        2699 South Bayshore Drive
        Miami, Florida 33133
        Tel: 305-858-2900
        Fax: 305-858-5261
        Counsel for STELOR PRODUCTIONS,
          LLC and STEVEN ESRIG

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 28, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Kevin C. Kaplan

3

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

## SERVICE LIST

### STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.
### CASE NO. 05-80387 CIV RYSKAMP/VITUNAC
### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Robert H. Cooper, Esq.
robert@rcooperpa.com
ROBERT COOPER, P.A.
Concorde Centre II, Suite 704
2999 N.E. 191 Street
Aventura, Florida 33180
Tel: 305-792-4343
Fax: 305-792-0200
*Attorney for Plaintiff Steven A. Silvers*
Method of Service: CM/ECF

Ramsey Al-Salam, Esq.
RAlsalam@perkinscoie.com
William C. Rava, Esq.
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000
*Attorneys for Defendant Google Inc.*
Method of Service: Email and U.S. Mail

Johanna Calabria, Esq.
PERKINS COIE LLP
Suite 2400
Four Embarcadero Center
San Francisco, CA 94111
Tel: 415-344-7050
Fax: 415-344-7124
E-mail: jcalabria@perkinscoie.com
*Attorneys for Defendant Google Inc.*
Method of Service: Email and U.S. Mail

Jan Douglas Atlas, Esq.
jatlas@adorno.com
ADORNO & YOSS LLP
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: 954-763-1200
Fax. 954-766-7800
Attorneys for Defendant Google Inc.
Method of Service: CM/ECF

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM