UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## AGREED ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF STELOR PRODUCTIONS, LLC'S MOTION FOR <u>SUMMARY JUDGMENT AGAINST STEVEN SILVERS</u>

    This matter came before the Court on the Agreed Motion for Enlargement of Time to File Reply Memorandum in Support of Stelor Productions, LLC's Motion for Summary Judgment Against Steven Silvers (the "Motion"). Having reviewed the Motion, and being otherwise fully advised in the premises, and noting Silvers' non-opposition to the requested leave, it is:

    ORDERED AND ADJUDGED as follows:

Case No. 05-80387 CIV RYSKAMP/VITUNIC

      The Motion is hereby GRANTED. Stelor Productions, LLC shall have until December 8, 2006 to submit a Reply Memorandum in Support of the Motion for Summary Judgment Against Steven Silvers.

      DONE and ORDERED in Chambers at West Palm Beach, Florida, this \_\_\_\_ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:    All counsel of Record