UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**APPENDIX OF EXHIBITS SUPPORTING CROSS-DEFENDANT
STELOR PRODUCTIONS, LLC'S MOTON FOR SUMMARY
<u>JUDGMENT AGAINST STEVEN SILVERS[1]</u>
(Volume I – Exhibits 1-16)**

1.    License, Distribution and Manufacturing Agreement.

2.    Letter from Stelor Productions to Steven Silvers dated June 1, 2002.

3.    Confidential Settlement Agreement.

---

[1] This Appendix and exhibits are identical to the Appendix filed by Stelor on October 12, 2006. Stelor is separately filing a withdrawal of the October 12, 2006 Appendix because it was divided among six different document entries, which may cause confusion.  (*See* DE 145, 146, 147, 148, 149, and 155.)  Stelor hereby resubmits the Appendix electronically so that it can be assigned a single docket entry with exhibits.

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

4.  Declaration of Steven A. Esrig dated May 22, 2005, in Second Prior Action [2PA DE 16].[2]

5.  Supplemental Declaration of Steven A. Esrig dated July 1, 2005, in Second Prior Action. [2PA DE 53].

6.  Second Supplemental Declaration of Steven A. Esrig dated July 18, 2005, in Second Prior Action [2PA DE 63].

7.  Declaration of Kevin C. Kaplan dated May 22, 2005, in Second Prior Action [2PA DE 17].

8.  Supplemental Declaration of Kevin C. Kaplan dated July 1, 2005, in Second Prior Action [2PA DC 58].

9.  Declaration of Steven A. Silvers dated May 20, 1005, in Second Prior Action [2PA DE 11].

10. Declaration of Gail M. McQuilkin dated June 17, 2005, in Second Prior Action [2PA DE 43].

11. Declaration of Paul Worsham dated June 17, 2005, in Second Prior Action [2PA DE 40].

12. Letter from Gail McQuilkin to Steven Esrig dated November 12, 2004.

13. Letter from Gail McQuilkin to Steven Esrig dated January 13, 2005.

14. Letter from Gail McQuilkin to Steven Esrig dated April 27, 2005.

15. Letter from Kevin C. Kaplan to Gail McQuilkin dated April 29, 2005.

16. Letter from Gail McQuilkin to Daniel Blonsky dated May 2, 2004.

17. Letter from Kevin Kaplan to Gail McQuilkin dated June 24, 2005.

18. Letter from Kenneth Hartmann to Kevin Kaplan dated July 27, 2005.

19. Composite Exhibit of cancelled checks paid by Stelor to Silvers.

---

[2] Record Cites to the prior action between Stelor and Silvers, Case No. 05-80393-CIV-HURLEY (the "Second Prior Action"), are in the form "[2PA DE __]".

2

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

20. Composite exhibit of letters between Kevin Kaplan to Gail McQuilkin regarding payments from Stelor to Silvers.

21. Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint in case of <u>Stelor Productions v. Oogles N. Google</u>, et al, Case No. 1:05-CV-0354-DFH-TAB in the Southern District of Indiana.

22. Report and Recommendation Concerning Plaintiff's Motion for Preliminary Injunction dated June 3, 2006, in the Second Prior Action [2PA DE 24].

23. Emergency Temporary Restraining Order Implementing Preliminary Injunction Recommended by Magistrate Judge, dated June 9, 2005, in the Second Prior Action [2PA DE 32].

24. Order Extending Temporary Restraining Order, dated June 22, 2005 in the Second Prior Action [2PA DE 49].

25. Order Rejecting in Part and Approving in Part Magistrate's Report and Recommendation on Plaintiff's Motion for Preliminary Injunction, dated July 5, 2005, in the Second Prior Action [2PA DE 52].

26. Order Denying Silvers' Motion to Dismiss Amended Cross-Claim dated February 27, 2005 [DE 71].

27. Declaration of Kevin C. Kaplan Supporting Cross-Plaintiff Stelor Production, LLC's Motion for Summary Judgment.

> s/Kevin C. Kaplan - Florida Bar No. 933848
> David J. Zack - Florida Bar No. 641685
> Email: kkaplan@bskblaw.com
> dzack@bskblaw.com
> BURLINGTON, SCHWIEP, KAPLAN & BLONSKY, P.A.
> Office in the Grove, Penthouse A
> 2699 South Bayshore Drive
> Miami, Florida 33133
> Tel: 305-858-2900
> Fax: 305-858-5261
> Counsel for STELOR PRODUCTIONS, LLC and STEVEN ESRIG

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com     www.bskblaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Kevin C. Kaplan

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM  WWW.BSKBLAW.COM

## SERVICE LIST

### STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.
### CASE NO. 05-80387 CIV RYSKAMP/VITUNAC
### UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Robert H. Cooper, Esq.
robert@rcooperpa.com
ROBERT COOPER, P.A.
Concorde Centre II, Suite 704
2999 N.E. 191 Street
Aventura, Florida 33180
Tel: 305-792-4343
Fax: 305-792-0200
*Attorney for Plaintiff Steven A. Silvers*
Method of Service: CM/ECF

Ramsey Al-Salam, Esq.
RAlsalam@perkinscoie.com
William C. Rava, Esq.
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000
*Attorneys for Defendant Google Inc.*
Method of Service: U.S. Mail

Johanna Calabria, Esq.
PERKINS COIE LLP
Suite 2400
Four Embarcadero Center
San Francisco, CA 94111
Tel: 415-344-7050
Fax: 415-344-7124
E-mail: jcalabria@perkinscoie.com
*Attorneys for Defendant Google Inc.*
Method of Service: U.S. Mail

Jan Douglas Atlas, Esq.
jatlas@adorno.com
ADORNO & YOSS LLP
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: 954-763-1200
Fax. 954-766-7800
*Attorneys for Defendant Google Inc.*
Method of Service: CM/ECF

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM