# Exhibit E



Stelor Productions, Inc.
14701 Mockingbird Drive
Darnestown, MD 20874

Mr. Steven A. Silvers
8983 Okeechobee Blvd.
Suite 202, PO Box 203
West Palm Beach, FL 23411

December 10, 2004

Dear Mr. Silvers,

Pursuant to the Letter Agreement dated June 1, 2002 between you and Stelor Productions, Inc., the Board of Directors of Stelor Productions, Inc. has approved granting you 1,000 stock options at the subscription price of ten dollars ($10.00) per share. These options vest one-third after the end of 2004, one-third after the end of 2005, and one-third after the end of 2006 and expire after the end of 2007.

If you desire to accept these 1,000 stock options, please execute this letter where indicated below and return it to me at the above address.

Sincerely,

Steven A. Esrig

I have read, understand, and agree with the above offer and accept the 1,000 stock options under the above terms.

_____          _____
        Steven A, Silvers                              Dated

cc: Lawrence R. Hefter, esq.

14701 Mockingbird Drive    Darnestown MD, 20874
Phone: 301.963.0000    Fax 301.990.3636
www.stelorproductions.com

# Exhibit F

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

June 17, 2005

**VIA FACSIMILE AND U.S. MAIL**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

    Re:    Silvers/Stelor

Dear Gail:

    Please be advised we have additional samples, including promotional materials for next week's trade show, available for your client's inspection and review at our offices. Please advise me immediately with what arrangements you would like to make.

                        Sincerely,

                        Kevin K. Kaplan

KCK/mjp

DICTATED BUT NOT READ
TO EXPEDITE MAILING

LAW OFFICES
BURLINGTON, WEIL,
SCHWIEP, KAPLAN & BLONSKY, P.A.
*OFFICES IN THE GROVE*

## FACSIMILE TRANSMITTAL SHEET

TO: GAIL MCQUILKIN

FROM: KEVIN C. KAPLAN, ESQ.

FAX NUMBER: (305) 372-3508

PHONE NUMBER: (305) 372-1800

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 2

RE: STELOR PRODUCTIONS, LLC VS SILVERS

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

**PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.**

FILE NO. 1882.001                    DATE: June 17, 2005

2699 SOUTH BAYSHORE DRIVE, PENTHOUSE, MIAMI, FL 33133
TELEPHONE: (305) 858-2900 * FAX: (305) 858-5261 *
EMAIL: INFO@ABWLAW.COM

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 06/17/2005 13:21
                                        NAME  : BURLINGTONWEILETAL
                                        FAX   : 3058585261
                                        TEL   : 3058582900
                                        SER.# : BROC5J232435
```

```
DATE,TIME           06/17 13:20
FAX NO./NAME        28#1882#001#3053723508#
DURATION            00:01:01
PAGE(S)             02
RESULT              OK
MODE                STANDARD
```

# LAW OFFICES
# BURLINGTON, WEIL,
# SCHWIEP, KAPLAN & BLONSKY, P.A.
## OFFICES IN THE GROVE

## FACSIMILE TRANSMITTAL SHEET

TO: GAIL MCQUILKIN

FROM: KEVIN C. KAPLAN, ESQ.

FAX NUMBER: (305) 372-3508

PHONE NUMBER: (305) 372-1800

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 2

RE: STELOR PRODUCTIONS, LLC VS SILVERS

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.

FILE NO. 1882.001

# Exhibit G

**Kozyak Tropin & Throckmorton, P.A.**
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134

Gail A. McQuilkin
gam@kttlaw.com

Telephone (305) 372-1800
Fax (305) 372-3508

<u>Via e-mail</u>

June 17, 2005

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, P.A.
2699 South Bayshore Drive
Miami, Florida 33133

Re: <u>Stelor Productions, Inc. v. Steven A. Silvers</u>

Dear Kevin:

I appreciate the exceptionally late "offer" for us to come to your office to view samples of product and advertising relating to the upcoming trade show that begins on Tuesday. You should, however, look at the requirements of the License Agreement. Samples and all advertising and promotional materials must be *submitted* to Mr. Silvers, not made available at some location. As counsel for Mr. Silvers we will accept delivery of the materials at our office on Monday.

Be advised that nothing in this letter should be construed as a waivor of Mr. Silvers' right to terminate the License Agreement, or file claims against Stelor arising from its failure to cure its prior breaches under the License Agreement, and failure to perform under the Settlement Agreement.

Sincerely,

Gail A. McQuilkin

254076.101

# Exhibit H

**Kozyak Tropin & Throckmorton, P.A.**
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134

Gail A. McQuilkin
gam@kttlaw.com

Telephone (305) 372-1800
Fax (305) 372-3508

<u>Via e-mail</u>

June 17, 2005

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, P.A.
2699 South Bayshore Drive
Miami, Florida 33133

Re:   <u>Stelor Productions, Inc. v. Steven A. Silvers</u>

Dear Kevin:

I appreciate the exceptionally late "offer" for us to come to your office to view samples of product and advertising relating to the upcoming trade show that begins on Tuesday. You should, however, look at the requirements of the License Agreement. Samples and all advertising and promotional materials must be *submitted* to Mr. Silvers, not made available at some location. As counsel for Mr. Silvers we will accept delivery of the materials at our office on Monday.

Be advised that nothing in this letter should be construed as a waivor of Mr. Silvers' right to terminate the License Agreement, or file claims against Stelor arising from its failure to cure its prior breaches under the License Agreement, and failure to perform under the Settlement Agreement.

Sincerely,

Gail A. McQuilkin

254076.101