# Exhibit

# I

Dockets.Justia.com

BURLINGTON · WEIL · SCHWIEP · KAPLAN ⓐ BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM    WWW.BWSKB.COM

June 21, 2005

**VIA HAND DELIVERY**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

   Re:  Silvers/Stelor

Dear Gail:

  Enclosed please find Stelor's June royalty advance payment in the amount of $5,000.00 pursuant to paragraph 10(a) of the Settlement Agreement. We had hoped to issue a single check including the additional insurance payment pursuant to paragraph 10(b) of the Settlement Agreement, but you have still not provided us the required documentation to show the amount required by Mr. Silvers to maintain his insurance coverage. Unless and until Stelor receives that information, Stelor is obviously unable and not required pursuant to the Agreement to provide any payment at this time. Stelor stands ready, willing and able to do so immediately upon our receipt of the required documentation. Simply send a copy of a cancelled check or an invoice from the insurance carrier. We ask once again that this information be provided promptly.

  In addition, we were surprised by the suggestion in your recent court papers that Stelor's tender of the prior royalty payments was somehow insufficient, as well as Stelor's request for the promised letter listing the information the auditors required for their audit. Your letter of May 20, 2005 clearly advised that Mr. Silvers had no intention of proceeding in any way under the Agreement. If that is not the case, or if his position has now changed in light of the recent rulings, we include with this letter the checks that were previously tendered.

  Also, if Silvers now wants to proceed with an audit, we would be happy to coordinate the audit for next Monday, June 27, 2005. Again, we ask that you promptly provide us with the letter listing the information requested for the audit, which you previously advised would be provided but never has been, so we can assure the proper information will be available. Under the circumstances, and given Mr. Silvers' positions in the pending litigation, please also confirm to us in writing that the audit and all information obtained in connection with the audit will be held in confidence, will in no way be disclosed to any third parties, and will be used by Mr. Silvers solely for purposes authorized and appropriate under the License and Settlement Agreements. We look forward to your prompt response

Gail A. McQuilkin, Esq.
June 21, 2005
Page 2

Notwithstanding your unfounded refusal to review materials at our offices, where we advised they were available last week, we enclose copies of additional samples and promotional materials.

Finally, with respect to Mr. Silvers' claimed options, we reiterate that LLC certificates and options have not yet been issued. Stelor did provide Mr. Silvers with a letter in December of 2004 asking him to confirm his claimed options, but for whatever reason, he failed and refused to sign or return that letter. If his position has changed, please have him execute and return that letter now.

This letter does not and is in no way intended to constitute a waiver of any of Stelor's rights and remedies, all of which are expressly reserved.

Sincerely,

Kevin C. Kaplan

KCK/mjp

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

2755

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/28/05

PAY TO THE
ORDER OF_____ Silvers Entertainment Group _____ $ **1,000.00

One Thousand and 00/100******************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Royalty/insurance advance May '05

⑆002755⑆ ⑉052002166⑈    ⑆17597405⑆

---

STELOR PRODUCTIONS, INC.
     Silvers Entertainment Group                        04/28/05              2755
     04/28/05                    Bill #042005                              1,000.00



Citibank Checkin  Royalty/insurance advance May '05                       1,000.00



**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

2753

04/28/05

PAY TO THE
ORDER OF __Silvers Entertainment Group__

$ **1,000.00

One Thousand and 00/100***********************************************************

DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO    Royalty/insurance advance, Apr '05

⑈002753⑈ ⑇052002166⑇    ⑈17597405⑈

**STELOR PRODUCTIONS, INC.**

    Silvers Entertainment Group
04/28/05                                    04/28/05        2753
                    Bill #052005                            1,000.00

Citibank Checkin  Royalty/insurance advance, Apr '05                    1,000.00



2752

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/28/05

PAY TO THE
ORDER OF_____ Silvers Entertainment Group _____ $ **5,000.00

Five Thousand and 00/100*********************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalty May 05

⑈002752⑈ ⑆052002166⑆   ⑈1759740⑈

---

**STELOR PRODUCTIONS, INC.**
       Silvers Entertainment Group                                        04/28/05            2752
   04/28/05                        Bill #royapril                                          5,000.00

Citibank Checkin  Advance Against Royalty May 05                                         5,000.00



**2751**

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/28/05

PAY TO THE
ORDER OF __ Silvers Entertainment Group _____ $ **5,000.00

Five Thousand and 00/100*************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalty April 05

⑈002751⑈ ⑇052002166⑇   ⑈175974 05⑈

---

STELOR PRODUCTIONS, INC.
        Silvers Entertainment Group                                04/28/05        2751
   04/28/05                    Bill #roymay                                      5,000.00


Citibank Checkin  Advance Against Royalty April 05                              5,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1501

05/31/05

PAY TO THE
ORDER OF   Silvers Entertainment Group                                    $ **5,000.00

Five Thousand and 00/100************************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalty June 05

AUTHORIZED SIGNATURE

⑈"00⍳50⍳"⍳ ⍳:252073O⍳8⍳: 0⍀05920⍳3⍳2⍳"

---

STELOR PRODUCTIONS, LLC                                                          1501

Silvers Entertainment Group                        05/31/05

5,000.00

Provident - Oper   Advance Against Royalty June 05                          5,000.00



**Your personal passport to:**

# Information on the
# Biggest Kid's
# Event Ever!

This passport is your chance to participate in the **Kid's promo of the year!** You will find details and information on ways for your company to benefit. Plus! Great family discount packages, specials for your friends, business and much, much more.

Keep this card and then go to: www.stelor.net.
*This is a limited offer and available only to:*

Enter this
Password





**Your personal passport to:**

# Information on the
# Biggest Kid's
# Event Ever!

This passport is your chance to participate in the **Kid s promo of the year!** You will find details and information on ways for your company to benefit. Plus! Great family discount packages, specials for your friends, business and much, much more.

Keep this card and then go to: www.stelor.net.
*This is a limited offer and available only to:*

Enter this
Password





Your personal passport to:

# Information on the
# Biggest Kid's
# Event Ever!

This passport is your chance to participate in the **Kid s promo of the year!** You will find details and information on ways for your company to benefit. Plus! Great family discount packages, specials for your friends, business and much, much more.

Keep this card and then go to: www.stelor.net.
*This is a limited offer and available only to:*

Enter this
Password





Your personal passport to:

# Information on the
# Biggest Kid's
# Event Ever!

This passport is your chance to participate in the **Kid s promo of the year!** You will find details and information on ways for your company to benefit. Plus! Great family discount packages, specials for your friends, business and much, much more.

Keep this card and then go to: www.stelor.net.
*This is a limited offer and available only to:*

Enter this
Password



















# Check out one of many original stories in the FUN FACTORY!



A gootian looks different than a human. Its body is stubbier, and covered with soft, brightly-colored short fur. It has four eyes, not two like us. But underneath their fur and extra eyes, Googles and humans are mostly the same.







