# Exhibit L

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM  WWW.BWSKB.COM

June 30, 2005

**VIA E-MAIL**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

Re: Silvers/Stelor

Dear Gail:

In response to your letter of June 27, 2005, the checks belong to your client. Please forward them to him immediately.

Sincerely,

Kevin C. Kaplan

KCK/map

# Exhibit M

# KOZYAK · TROPIN
# THROCKMORTON
### ATTORNEYS AT LAW

**Gail A. McQuilkin**, Esq.
gam@kttlaw.com | 305.377.0656

<u>Via email</u>

June 27, 2005

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, P.A.
2699 South Bayshore Drive, Penthouse A
Miami, Florida 33133

    Re:   <u>Stelor Productions, Inc. v. Steven A. Silvers</u>

Dear Kevin:

June 29 is fine for the Rule 26 conference. Please confirm what time.

This is to repeat our position. Unless a jury finds otherwise, the License Agreement is terminated. We will not accept attempts to cure breaches post-termination, including the latest ones in your June 24 letter. Please advise us what you prefer us to do with the late checks sent to us post-termination. Unless I hear otherwise, I will hold them in my office.

Sincerely,

Gail A. McQuilkin

3339/101/254757.1

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

# Exhibit N



Daily usage for June 2005

| Day | Hits | | Files | | Pages | | Visits | | Sites | | KBytes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 0.00% | 8 | 0.00% | 6 | 0.00% | 4 | 0.00% | 4 | 0.00% | 398 | 0.00% |
| 2 | 9 | 0.00% | 6 | 0.00% | 7 | 0.00% | 5 | 0.00% | 6 | 0.00% | 243 | 0.00% |
| 3 | 14 | 0.00% | 9 | 0.00% | 8 | 0.00% | 5 | 0.00% | 5 | 0.00% | 466 | 0.00% |
| 4 | 4 | 0.00% | 0 | 0.00% | 2 | 0.00% | 1 | 0.00% | 2 | 0.00% | 0 | 0.00% |
| 5 | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| 6 | 3 | 0.00% | 2 | 0.00% | 3 | 0.00% | 1 | 0.00% | 1 | 0.00% | 9 | 0.00% |
| 7 | 22 | 0.00% | 21 | 0.00% | 16 | 0.00% | 10 | 0.00% | 9 | 0.00% | 938 | 0.00% |
| 8 | 12 | 0.00% | 7 | 0.00% | 8 | 0.00% | 5 | 0.00% | 6 | 0.00% | 466 | 0.00% |
| 9 | 23 | 0.00% | 11 | 0.00% | 13 | 0.00% | 7 | 0.00% | 6 | 0.00% | 148 | 0.00% |
| 10 | 20774 | 1.09% | 16589 | 1.21% | 10734 | 1.19% | 4374 | 1.23% | 4223 | 1.71% | 1083299 | 1.42% |
| 11 | 83279 | 4.35% | 62950 | 4.59% | 39396 | 4.36% | 15333 | 4.32% | 13786 | 5.57% | 3593923 | 4.71% |
| 12 | 87083 | 4.55% | 63575 | 4.63% | 38427 | 4.26% | 14808 | 4.17% | 13425 | 5.42% | 3473051 | 4.55% |
| 13 | 126220 | 6.59% | 95254 | 6.94% | 61697 | 6.83% | 24412 | 6.88% | 21545 | 8.70% | 5731724 | 7.52% |
| 14 | 133633 | 6.98% | 101107 | 7.37% | 64690 | 7.16% | 25707 | 7.24% | 22349 | 9.02% | 5737268 | 7.52% |
| 15 | 135122 | 7.06% | 99596 | 7.26% | 64593 | 7.15% | 25427 | 7.16% | 22047 | 8.90% | 5630774 | 7.38% |
| 16 | 132534 | 6.92% | 96199 | 7.01% | 63463 | 7.03% | 25192 | 7.09% | 22029 | 8.89% | 5375575 | 7.05% |
| 17 | 123884 | 6.47% | 88960 | 6.48% | 58672 | 6.50% | 23012 | 6.48% | 20292 | 8.19% | 4874150 | 6.39% |
| 18 | 100974 | 5.28% | 71931 | 5.24% | 46744 | 5.18% | 18136 | 5.11% | 16199 | 6.54% | 3822917 | 5.01% |
| 19 | 90718 | 4.74% | 63149 | 4.60% | 42544 | 4.71% | 16521 | 4.65% | 15013 | 6.06% | 3354667 | 4.40% |
| 20 | 127467 | 6.66% | 90063 | 6.56% | 61623 | 6.82% | 24681 | 6.95% | 21683 | 8.75% | 5054757 | 6.63% |
| 21 | 134302 | 7.02% | 94231 | 6.87% | 64066 | 7.09% | 25200 | 7.10% | 22444 | 9.06% | 5067389 | 6.65% |
| 22 | 135173 | 7.06% | 95045 | 6.93% | 63391 | 7.02% | 24862 | 7.00% | 21834 | 8.82% | 5161916 | 6.77% |

# Exhibit O



