# Exhibit
# P

Dockets.Justia.com



# The Googles from Goo ™

**THE *GOOGLES FROM GOO*** provide compelling educational products designed to enlighten, entertain, and develop children's skill levels

- **THE *GOOGLES FROM GOO*** will teach children about science and the earth around them.
- **THE *GOOGLES FROM GOO*** will help children build self-esteem.
- **THE *GOOGLES FROM GOO*** music and video will be available in English and Spanish.

## PRODUCTS & SERVICES UNDER DEVELOPMENT INCLUDE LICENSING OPPORTUNITIES IN THE FOLLOWING AREAS:

- Books
- Science based play kits
- Broadcast video
- Music: 38 original songs to date
- Interactive entertainment
- Arts and Crafts

- Stationery
- Internet site with games and music
- Apparel and accessories
- Toys (soft, electronic, games, puzzles)
- Live shows
- Infant stimulation products



For more information on the
**THE *GOOGLES FROM GOO***
partnering opportunities contact:
Steven A. Esrig • President and CEO
sesrig@stelorproductions.com

www.googles.com
www.stelorproductions.com

Stelor Productions
P.O. Box 8000
Gaithersburg, MD 20883
(301)963-0000



