# Exhibit 7

Dockets.Justia.com

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

## DECLARATION OF KEVIN C. KAPLAN

I, Kevin C. Kaplan, hereby declare as follows:

1. I am a shareholder with the firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., counsel of record for the plaintiff in this matter.

2. I am a member in good standing of the Florida Bar since 1992. I have been admitted to practice before the United States Court of Appeals for the Eleventh Circuit and the Southern District of Florida since 1992, as well as the Middle District of Florida since 1993, and the Central District of California since 1991.

3. A true and correct copy of an April 12, 2005 email from Gail McQuilkin, counsel for Defendant Silvers, is attached as Exhibit "B" to the Declaration of Steven Esrig. The email has been redacted to preserve privileged and confidential information.

4. A true and correct copy of an April 14, 2005 letter I hand delivered to Gail McQuilkin is attached as Exhibit "E" to the Esrig Declaration.

5.  A true and correct copy of a set of emails I exchanged with Gail McQuilkin on April 17, 2005 is attached as Exhibit "F" to the Esrig Declaration. Those emails have been redacted to preserve privileged and confidential information.

6.  A true and correct copy of an email I received from Gail McQuilkin on April 8, 2005 is attached as Exhibit "G" to the Esrig Declaration. The email has been redacted to preserve privileged and confidential information.

7.  A true and correct copy of an email I received from Gail McQuilkin on April 22, 2005 is attached as Exhibit "H" to the Esrig Declaration.

8.  A true and correct copy of a set of emails I exchanged with Gail McQuilkin on April 26, 2005 are attached as Exhibit "I" to the Esrig Declaration. Those emails have been redacted to preserve privileged and confidential information.

I declare under penalties of perjury that the foregoing is true and correct. Dated this 22nd day of May, 2005.

_____
Kevin C. Kaplan