Page 1 of 2

GAIL A MCQUILKIN - RE: dates for audit

| From: | "Kevin C. Kaplan" <kkaplan@bwskb.com> |
| To: | "GAIL A MCQUILKIN" <GAM@kttlaw.com> |
| Date: | 3/23/2005 9:24 AM |
| Subject: | RE: dates for audit |

Gail,

Can you send me over the documents confirming the scope of your proposed audit.  Is there an engagement letter or other correspondence?  We'll call you at 11 today.

Kevin

.....................................

Kevin C. Kaplan, Esq.

Aragon, Burlington, Weil

   Schwiep, Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel:  (305) 858-2900

Fax: (305) 858-5261

kkaplan@abwslaw.com

.....................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

---

## Exhibit P

---

Page 1 of 2

GAIL A MCQUILKIN - RE: dates for audit

| From: | GAIL A MCQUILKIN |
| To: | Kevin Kaplan |
| Date: | 3/23/2005 9:47 AM |
| Subject: | RE: dates for audit |

The scope of the audit based on Silvers' rights under the license agreement is :  "Stelor's books and records and all other documents and material in the possession of or under the control of Stelor with respect to the subject matter of the License Agreement." I think that just about covers everything that Stelor has relating to the Googles project.  FYI - based on our settlement, the results of the audit are for attorney eyes only.  The only way we can disclose anything to Inc. is upon our agreement.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 03/23/05 9:22 AM >>>

Gail,

Can you send me over the documents confirming the scope of your proposed audit.  Is there an engagement letter or other correspondence?  We'll call you at 11 today.

Kevin

.....................................

Kevin C. Kaplan, Esq.

Aragon, Burlington, Weil

   Schwiep, Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel:  (305) 858-2900

Fax: (305) 858-5261

---

Page 2 of 2

kkaplan@abwslaw.com

.....................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Tuesday, March 22, 2005 11:55 AM
To: Kevin C. Kaplan
Subject: dates for audit

Kevin -

   We need to set up the date for the auditor to go to Stelor.  These are they dates they have open.  Let me know today which dates works best.  Otherwise I will just select one. Thanks.

Thursday March 31st, Friday April 1st, or Monday April 4th.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Page 1 of 1

**GAIL A MCQUILKIN - information from Stelor**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwskb.com |
| Date: | 4/7/2005 5:01 PM |
| Subject: | information from Stelor |

Kevin -

Esrig said he would get me a disc with all the presentation stuff. I need it asap so I can work that information into the complaint. Also, remember to get from him samples of confusion evidence.  Thanks.

Gail.

Checks????????????????????

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktlaw.com

## Exhibit Q

---

Latest threats                                                  Page 1 of 1

**GAIL A MCQUILKIN - Latest threats**

| | |
|---|---|
| From: | Steven Esrig <steven@stelorproductions.com> |
| To: | <gam@ktlaw.com>, Marty Jeffery <marty@stelorproductions.com> |
| Date: | 4/11/2005 6:05 PM |
| Subject: | Latest threats |
| CC: | "Kevin C. Kaplan" <kkaplan@bwskb.com> |

Gail,

Just got off the phone with Kevin. Do you think we can possibly move beyond the posturing and ridiculous threats and get on to business?-I am willing to go out on a limb in spite of my Boards position regarding adherence to our license and settlement agreement but I am just as willing to run my business and let you finance Mr. Silvers next lawsuit with Stelor.
I am deeply concerned that these silly little turf wars could cost all of us the big picture.
In other words, do you plan to proceed as a co-counsel  or counsel for Steven A. Silvers only. Marty and I look forward to a phone call from you at your earliest convenience.
Steve

Ps-you promised us your "work of art" last Friday. We will take care of all Silvers outstanding checks upon receipt of the complaint. I have authorized Kevin to release the checks he is holding to you as well when we receive the draft complaint.

STEVEN A. ESRIG

STELOR
PRODUCTIONS

301.963.0000

## Exhibit R

# Exhibit S

GAIL A MCQUILKIN - follow up

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwskb.com |
| Date: | 4/12/2005 4:35 PM |
| Subject: | follow up |

Kevin -

I appreciate our conversation today. As you requested here is an update on the complaint. This must be kept extremely confidential -

Because this complaint will draw intense scrutiny from the court and the media, it must be as factually accurate and legally sound as possible. I am doing an enormous amount of research to make sure that happens.

All of this takes tremendous time to do. But my practice has always been to research a case thoroughly before signing my name to a complaint - I'm probably one of the few attorneys who takes the obligations of Rule 11 to heart. Trust me, it pays off in the end. -

While it may seem like this is dragging, a good complaint can take weeks or months. But we should have a good first draft soon. I am working on nothing else this week. I _really_ need your help to get me the information from your client that I have been promised so I can weave it into the facts. I cannot understand why this has not been provided.

I hope your client understands that it is my client's intellectual property rights that are at issue so I take this case very seriously. Although we are "co-counsel" on this, I am not working for your client and do not feel obligated to perform based on their time line, nor should the drafting of this complaint have any bearing on their obligation to perform under the settlement. By no means am I holding up sending you the draft because of the distraction of dealing with these issues that is holding me up. No one wants

this complaint filed more than my client.

And, as much as I enjoy speaking with the good folks over there, please let your client know that I cannot under the rules of professional conduct have direct communications, even e-mail, with any of them unless I have express authority from you.

Finally, you know how important I feel it is for us to stay aligned. This is easily accomplished if your client will just comply with the settlement, especially the financial part. I don't make threats or posture, my time is too expensive to waste on that. I communicate only what I must when I must to protect my clients interests. I agree that this has gotten silly, and I am sure the board would rather focus its discussions on the upcoming launch and trade show than obsessing over these rather small advances to my client. I have spent considerable time getting my client to focus on what your client has and will accomplish rather than what they have not done, although his list in that regard is long. He really is very happy with the project and excited about the launch and upcoming show. He knows the success of the project is the result of the work and investment made by everyone over there. But, he needs to feel he is being treated fairly, and frankly it doesn't take much by your client to instill that in him.

Please get your client to pay my guy what is owed so I can dedicate all my efforts on this complaint.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1900 office
(305) 372-3508 fax
gam@ktlaw.com

# Exhibit T

**GAIL A MCQUILKIN - please get me a response to where we are, my client is**

From: GAIL A MCQUILKIN
To: kkaplan@bwskb.com
Date: 4/13/2005 11:10 AM
Subject: please get me a response to where we are, my client is

going nuts over this and I can't hold him off another day.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit U

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 22, 2005 1:35 PM
To: Kevin C. Kaplan
Subject: audit

Kevin -

The auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit. He needs to schedule the date for his visit. Please give me a date in the next two weeks, other than April 28th and 29th which are not good for him, for the visit. Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit V

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/22/05 2:21 PM >>>

I have received several fedex boxes of information from Stelor addressing the questions you have raised in preparation of the complaint. Are you available Monday afternoon to come over and look?

••••••••••••••••••••••••••••••••••••

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

    Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

••••••••••••••••••••••••••••••••••••

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 22, 2005 1:35 PM
To: Kevin C. Kaplan
Subject: audit

Kevin -

  The auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit. He needs to schedule the date for his visit. Please give me a date in the next two weeks, other than April 28th and 29th which are not good for him, for the visit. Thanks.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...   5/9/2005

Exhibit W

---

**GAIL A MCQUILKIN - RE: audit**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Kevin Kaplan |
| Date: | 4/22/2005 4:20 PM |
| Subject: | RE: audit |

I'd have to clear off some appointments but it may be possible. What about the audit dates?

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/22/05 2:21 PM >>>

I have received several fedex boxes of information from Stelor addressing the questions you have raised in preparation of the complaint. Are you available Monday afternoon to come over and look?

••••••••••••••••••••••••••••••••••••

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

    Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

••••••••••••••••••••••••••••••••••••

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...   5/9/2005

Exhibit X

Page 1 of 3

**GAIL A MCQUILKIN - RE: audit**

From:    "Kevin C. Kaplan" <kkaplan@bwskb.com>
To:      "GAIL A MCQUILKIN" <GAM@kttlaw.com>
Date:    4/22/2005 5:27 PM
Subject: RE: audit

I've forwarded it on to Steve, but haven't heard back yet.  He may come down Monday too.

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

  Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington,
Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the
use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and
be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 22, 2005 4:21 PM
To: Kevin C. Kaplan
Subject: RE: audit

I'd have to clear off some appointments but it may be possible.  What about the audit dates?

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...    5/9/2005

---

## Exhibit Y

---

Page 1 of 2

**GAIL A MCQUILKIN - RE: Inc**

From:    "Kevin C. Kaplan" <kkaplan@bwskb.com>
To:      "GAIL A MCQUILKIN" <GAM@kttlaw.com>
Date:    4/25/2005 9:46 AM
Subject: RE: Inc

And, when will the complaint be in circulation?

........................................

Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
  Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington,
Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the
use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and
be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Monday, April 25, 2005 9:44 AM
To: Kevin C. Kaplan
Subject: Re: Inc

Kevin -

    No, I cannot be there tomorrow.  Please let me know what is in the boxes so I can at least determine if it is
relevant.  I need the date for the audit.  Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/25/05 9:21 AM >>>
Gail,

Steve plans to be in Miami tomorrow.  Can you meet at our office at 2:00 p.m.?  Please confirm.  We will have
the Stelor information for your review.  We expect you will have a draft of the complaint for our review.

In terms of schedule, I am leaving town on Friday for vacation.  Stelor and I plan to have the complaint filed (or

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...    5/9/2005

---

Page 2 of 2

ready to be filed) before I leave.  Please help us with that goal by circulating your draft.

........................................

Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
  Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington,
Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the
use of the individual or entity named above.  If you are not the intended recipient, please immediately delete this e-mail and
be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...    5/9/2005

Exhibit  Z

GAIL A MCQUILKIN - Re: Stelor/Silvers/Inc     Page 1

From:      GAIL A MCQUILKIN
To:        kkaplan@bwskb.com
Date:      4/26/2005 6:19:54 PM
Subject:   Re: Stelor/Silvers/Inc

Kevin -

    I cannot get into this with you right now.  I assure you I will get back to you and Stelor by Friday.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com
>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/26/05 12:35 PM >>>
Gail,

As we discussed, we were impressed and pleased when we received your recent email describing the
extensive efforts you have made in preparing a draft complaint.  No doubt the complaint will reflect the
substance of your work.  In the meantime, however, we still have not received a draft of the complaint, and
our continued requests that you circulate a draft have been ignored.

As I have advised you, the Stelor information is in my office, and we have been attempting to set up a time
for you to review it.  Steve committed the resources of his people to assemble this information, which took
three people in excess of three weeks.  I am also prepared immediately to input into the draft complaint
any missing information or sections relating to Stelor's work.  To do that, obviously, I need to have the
draft to see what you believe is missing and where it needs to go.

This process needs to be completed, and the complaint needs to be filed promptly.  In fact, you yourself
emphasized the urgency of getting this filed we when the TTAB dismissed the opposition more than a
month ago.  At that time, you committed to having a complaint prepared within the week!  To say the least,
we need to see the draft now.  If you have some reason for refusing to circulate it to us, please advise us
immediately.  Otherwise, please circulate the draft to us today.  We have welcomed and will continue to
welcome your input and work on the anticipated litigation.  We understand that, to date, you have done the
lion's share of the work on the complaint, but that was at your election.  You wanted to revise the initial
draft we provided you, and we had no objection to your doing that.  As I say, we recognize and very much
appreciate the hard work you have apparently done.  But, it is no good to anyone unless the draft gets
circulated, finalized, and filed.

As we see it, there is no conceivable reason for you to continue to "withhold" the complaint, or for that
matter, for its filing to be delayed any further.  Yet, you continue to sit on the draft, without any apparent
reason.  The situation concerns us, and we have reached the point where - either your version needs to
be circulated and we can collaborate on completing it - or we will simply move forward to prepare and file
our own version of the complaint this week.  Please make no mistake, the License and Settlement
Agreements clearly provide that any such lawsuit is to be filed by Stelor.  Your client has an explicit duty to
"cooperate with Stelor and Stelor's counsel in all respects" but the proceedings are to be "filed by Stelor",

---

GAIL A MCQUILKIN - Re: Stelor/Silvers/Inc     Page 2

Settlement ¶ 2.

Please continue to cooperate with us by promptly providing your draft.

••••••••••••••••••••••••••••••••••••••••••

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

••••••••••••••••••••••••••••••••••••••••••

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm
of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The
information is intended to be for the use of the individual or entity named above. If you are not the
intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying,
distribution or use of the contents of this information is prohibited.

Exhibit  AA



(iv)     the Licensed Intellectual Property and Licensed Trademarks do not infringe the rights, including without limitation, Intellectual Property Rights, of any third party, and

(v)     except as set forth in Schedule B attached hereto, LICENSOR has not received any notice from any third party or any alleged or actual infringement of the Licensed Intellectual Property or Licensed Trademarks and the Licensed Intellectual Property and/or Licensed Trademarks are not the subject, and has not been the subject, of any previous or pending litigation with the exception of the Graz litigation which has been resolved.

B.  LICENSEE represents and warrants that

(i)     the execution, delivery and performance of this Agreement have been duly authorized by all necessary action of LICENSEE and this Agreement is a valid and binding obligation of LICENSEE, enforceable in accordance with its terms;

(ii)     the execution, delivery and performance by LICENSEE of this Agreement will not violate or conflict with any applicable U.S. law or regulation, or any order, writ, judgment or decree of any court or governmental authority to which LICENSEE is subject, or result in a violation, breach of, or default under any contract, lease, or other agreement binding on LICENSEE; and

(iii)     it will use its commercially reasonable efforts to promote, market, sell and distribute the Licensed Products.

C.  Disclaimer of Warranties  EXCEPT AS EXPRESSLY PROVIDED ABOVE, NEITHER PARTY MAKES ANY WARRANTIES OR REPRESENTATIONS OF ANY KIND, EITHER EXPRESS OR IMPLIED, REGARDING THIS AGREEMENT AS TO ANY MATTER INCLUDING, BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

D.  LICENSEE shall be solely responsible for the manufacture, production, sale and distribution of the Licensed Products or to have such Licensed Products manufactured, produced, sold and distributed, and will bear all related costs associated therewith

VI. NOTICES, QUALITY CONTROL, AND SAMPLES

A.  The Licensed Products, as well as all promotional, packaging and advertising material relative thereto, shall include all appropriate legal notices

B.  The Licensed Products shall be of a high quality which is at least equal to comparable products manufactured and marketed by LICENSEE and in conformity with a standard sample provided by LICENSEE.

C.  Prior to the commencement of manufacture and sale of the Licensed Products, LICENSEE shall submit to LICENSOR for its input, at no cost to LICENSOR, a reasonable number of samples of all Licensed Products which LICENSEE intends to manufacture and sell and of all promotional and advertising material associated therewith.

VII. NOTICES AND PAYMENT

A.  Any notice required to be given pursuant to this Agreement shall be in writing and delivered personally to the other designated party at the above-stated address or mailed by certified or registered mail, return receipt requested or delivered by a recognized national overnight courier service.

B.  Either party may change the address to which notice or payment is to be sent by written notice to the other in accordance with the provisions of this paragraph.



---

"SCHEDULE A"

LICENSED INTELLECTUAL PROPERTY

The following Licensed Intellectual Property forms part of this Agreement:  A License under any and all intellectual property rights and interests therein, including by way of explanation, products which deal with a creative character known as Googles, anything that contains the letters GOO (in upper or lower case), which include Igalz, Gogle, Oggle, Goowoo, GooGon(z), the Planet Goo, glidzs, computer web site(s), membership fees, clubs, materials, patterns, prototypes, logos, trademarks, service marks, clothing, merchandise, educational products, marketing and promotional data and tools, packaging and advertising, modifications, updates and variations, and all other items associated therewith whether in singular or plural form.

LICENSED TRADEMARKS

The following Licensed Trademarks form part of this Agreement: (i) "The Googles" (word and design) Trademarks in International Class Code (016) of the U.P.T.O and the so-called Trademarks Agreement with Graz, Inc. of Canada in International Class Code (028) of the U.S.P.T.O., which is herein attached and made a part of this "Schedule A" document, (ii) "Gogle", (iii) "Iggle", (iv) "Oggle", (v) "GooRoo", (vi) "Planet Goo", (vii) "Goowoo", (viii) "GooTowar", (ix) "GooGon", (x) "GooGlob", (xi) "GooGlde", and (xii) any other trademarks, whether registered, pending or future or common law, used in connection with the Licensed Property, including , but not limited to, any trademark incorporating the phrase "Goo" currently in existence.

LICENSED PRODUCTS

The following Licensed Products form part of this Agreement:  all products which comprise the filmstream, stories, ideas, concepts, or designs of the Licensed Property, including without limitation, stuffed toy figurines, videos, stickers, t-shirts or other clothing items, slides, movies, cartoons, books (comic and otherwise), posters, playing, trading and collector cards, CDs, cassette tapes, DVDs, TV programs, cookies patterns, all other forms of communication and publication, programs, computer Web site(s), membership fees and clubs, and any other products.

DERIVATIVES

A Derivative is defined in this agreement shall mean a product or service that is utilized by the LICENSEE and developed by a party other than the LICENSOR but is used in conjunction with licensed products, filmstream, sub licenses etc.) that in no way enhances the value of the Googles Universe but does not have a connection with an already existing Googles product idea or concept as outlined in this agreement. It may not possess the "Googles" or "GOO" in it's name and would therefore fall under the LICENSEE's exclusive ownership as defined in the amended agreement but can be used in conjunction with the "Goo" Universe by the LICENSEE.

TERRITORY

The following countries shall constitute the Territory. Global/Worldwide rights.

TERM

This Agreement shall commence on the date mentioned below by both parties and shall be for a thirty (30) year term . This Agreement shall automatically renew for one additional ten (10) year term on the same terms and conditions provided the herein ("Renewal Term"). Upon expiration of the first Renewal Term of ten [10] years, this Agreement shall automatically renew for a second ten (10) year " extended Term on the



---

# Exhibit BB

---

Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com

************************************************
CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Aragon, Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

-----Original Message-----
From: GAIL A MCQUILKIN [mailto:GAM@ktllaw.com]
Sent: Wednesday, March 02, 2005 4:43 PM
To: Kevin C. Kaplan
Subject: Googles

Kevin -

Here are the issues we need to resolve under the settlement agreement:

1. Silvers is owed two checks for $5000 each for Feb and March.  The checks going forward need to be to me by the 1st of the month.

2. Attached is the chart showing payments made by Silvers on his insurance premiums during the life of the consulting agreement.  The only two payments Stelor is not to reimburse him for are Dec 2004 and Jan 2005.  Under the settlement he is to be reimbursed staring Feb. 1.  He is now owed for March 2005 too.  By my calculation the total it comes to $5,141.96.

3. Health insurance termination.  This is very critical to Silvers so that he can continue with health care coverage.  Silvers is trying to convert to an individual plan through HHP, Aurora's insurance company.  That will reduce the premiums by a couple hundred dollars a month.  But to do that Aurora needs to send to Neighborhood Health Partnership on Aurora official letter head, addressed to "Premium Services" informing them that April 1, 2005, Aurora will no longer be offering health insurance benefits to "ANY" of their employees, and that they have informed Steven A. Silvers of this event and that he has 63 days within which to secure a non-group conversion policy.  This really needs to get done asap for everyone's benefit.

4. Silvers is owed for domain name registration renewals.  He submitted the receipts for these to Stelor already for $318.00.

5. Options. Under the consulting agreement Silvers was entitled to 1,000 options for Stelor stock under Stelor stock option plan, and

Page 4 of 4

another 1,000 if anyone's available options increase. Before the settlement, Stelor sent Silvers an option agreement that provided only for 1000 options that would vest over time. As part of the settlement Stelor was to provide written confirmation that no additional options have been granted.

6. Stelor needs to confirm in writing that no royalty payments to Silvers are outstanding and thus no royalty statements are due.

7. Audit. We need a date for the auditor to go to Stelor. As we discussed, the sooner the better, and we can work on how we will use him to benefit our negotiations with Inc.

8. Stelor needs to provide us with samples of all products they are offering for sale.

9. Stelor needs to provide proof that all trademark applications and registrations and domain names with the "GOO" prefix or identified as Googles IP in the License Agreement show Silvers as the owner.

One of the things Silvers needed to do was to change the correspondent on all trademark registrations to Larry Hefter. We did that and I have informed Larry of that.

Yano and I discussed the issue of the domain name password. Under the agreement Silvers agreed to give Stelor as the Admin contact the ability to control the DNS records (to select and change the server). We learned from Godaddy that it cannot do that so it is impossible to do. Yano and I agreed that if Stelor needs to change the server for the domain name, they will call me and I will have the records changed and that will satisfy this.

- - - -    ----------
- -            REDACTED

Talk to you soon.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW\0000...    5/9/2005

# Exhibit CC

---

| | |
|---|---|
| From: | "Kevin C. Kaplan" <kkaplan@bwskb.com> |
| To: | <GAM@kttlaw.com> |
| Date: | 3/5/2005 10:17:04 AM |
| Subject: | Googles |

Gail,

I have the following information in response to your recent email.

1. I understand you received the checks.

2. Stelor finds the chart confusing. Please just provide us with receipts or proof of the actual payments, and Stelor will provide the reimbursement.

3. Stelor is just trying to work through the pending issues with Aurora, and is committed to taking care of this issue expeditiously. Please allow Stelor a few more days to do so.

4. Stelor has no record of receiving the receipts. Please provide us with copies, and Stelor will provide the reimbursement.

5. Stelor will confirm in writing that no one's available options have increased.

6. Stelor will provide written confirmation.

7. Stelor will provide a date prior to March 15, 2005.

8. There are no such samples, as Stelor is not yet offering any product for sale.

9. Stelor will provide proof regarding the applications, registrations and names.

10. By the same token, Stelor requires proof that Silvers changed the correspondent information. As of my last conversation with Larry Hefter, he was unaware that had been done. Please provide us with this proof as soon as possible.

I appreciate your view on providing information to Bridges. I will get back to you on that quickly.

Kevin

•••••••••••••••••••••••••••••••••••
Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
   Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com
•••••••••••••••••••••••••••••••••••

# Exhibit DD

GAIL A MCQUILKIN - Re: Googles

| From: | GAIL A MCQUILKIN |
|-------|------------------|
| To: | Kevin C. Kaplan |
| Date: | 3/5/2005 11:12 AM |
| Subject: | Re: Googles |

Kevin -

REDACTED

He is giving them three buisness days to get into compliance.

1. I understand you received the checks. Yes we did.

2. Stelor feels the chart confusing. Please just provide us with receipts or proof of the actual payments, and Stelor will provide the reimbursement. There is nothing in the least bit confusing about the chart. Stelor has three days to get us the check. FYI - putting aside the amounts paid thru Nov that Silvers is to be reimbursed for, the settlement was signed in Jan and Stelor was to provide us up front payment for Feb (which they did not) and March (which they did not).

3. Stelor is just trying to work through the pending issues with Aurora, and is committed to taking care of this issue expeditiously. Please allow Stelor a few more days to do so. They have three days.

4. Stelor has no record of receiving the receipts. Please provide us with copies, and Stelor will provide the reimbursement. He has provided these three times already. They have three days to pay.

5. Stelor will confirm in writing that no one's available options have increased. Make it under oath, notarized, under penalty of perjury.

6. Stelor will provide written confirmation. Make it under oath, notarized and under penalty of perjury.

7. Stelor will provide a date prior to March 15, 2005. Three days to give us a date.

8. There are no such samples, as Stelor is not yet offering any product for sale. Make it under oath, notarized, and under penalty of perjury.

9. Stelor will provide proof regarding the applications, registrations and names. They have three days

10. By the same token, Stelor requires proof that Silvers changed the correspondent information. As of my last conversation with Larry Helfer, he was unaware that had been done. Please provide us with this proof as soon as possible. There is nothing in the agreement that obligates us to do this, and everything was changed electronically so there is nothing to provide. Stelor knows how to go online to the USPTO office to view the changes. It will take all of ten minutes to do this. I talked to Larry and showed him the e-mail I had sent him, and he knows about the changes.

REDACTED

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...  5/9/2005

---

## CERTIFICATION

Pursuant to the January 28, 2004 Settlement Agreement between and among Stelor Productions, Inc. ("Stelor") and Steven Silvers, Stelor hereby certifies as follows:

1.  Stelor has not increased the amount of the stock options created under the original stock option plan.

2.  No royalty payments from Stelor to Mr. Silvers are owed or outstanding as of December 31, 2004.

3.  Stelor does not presently offer any products for sale except the music available on itunes.

I declare under penalty of perjury that the foregoing statements are true and correct.

3.8-05
Date

Steven A. Esrig, President

---

Exhibit  EE

Exhibit  FF

## Top-left panel

Absolutely Music Download: Netherlands 6 Top Albums in Children's Music    Page 1 of 2

**Absolutely.net**     contact absolutely



SHOOT THE BUNNY AND GET A FREE IPOD!

[ Web Search ]   [ Buy Poster ]

EXCLUSIVE: Eisley's rich lyrical imagery, catchy hooks, & harmony will make your ears hum.

### Netherlands 6 Top Albums in Children's Music

Google

Homepage
What's New
Movie Reviews
Photo Gallery
Download Music NEW!
Wallpaper
Screensaver
Contact Celeb

Click on the title to buy and download music.
You need iTunes sofware from Apple to play the music.
Download Here

Site Search

Page 1



**1. Baby Genius: Best of ... The IQ Builder - Baby Genius**

Baby Genius: Best of ... The IQ Builder! by Baby Genius
Artist: Baby Genius
Album: Baby Genius: Best of ... The IQ Builder!
Copyright:
Released Date: 02 December 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800



**2. Classical Vitamins - Baby Genius**

Classical Vitamins by Baby Genius
Artist: Baby Genius
Album: Classical Vitamins
Copyright:
Released Date: 02 December 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800



**3. One GooWorld - The Googles from Goo**

One GooWorld by The Googles from Goo
Artist: The Googles from Goo
Album: One GooWorld
Copyright: 2004 Stelor Productions
Released Date: 05 July 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800



**4. Kidz Bop Christmas - Kidz Bop Kids**

Kidz Bop Christmas by Kidz Bop Kids
Artist: Kidz Bop Kids
Album: Kidz Bop Christmas
Copyright: 2003 Razor & Tie
Published Date: 2002

http://www.absolutely.net/music/netherlands_top_albums_in_children's_music.html    5/17/2005


ADVERTISEMENT

STOP PAYING 99¢ PER SONG

Toby Keith
Kenny Chesney
Dwen Stefani
Jimmy Eat World
Green Day
Kanye West
napster

## Top-right panel

Absolutely Music Download: Netherlands 6 Top Albums in Children's Music    Page 2 of 2


Published Date: Sat, 29 Jan 2005 10:14:28 -800

amazon.com and partners

**5. Smart Play With Classical - Heidi Brende**

Smart Play With Classical by Heidi Brende
Artist: Heidi Brende
Album: Smart Play With Classical
Copyright:
Released Date: 02 December 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800

The Mozart Effect: Music for Children, Vol 1: Tune Up Your Mind
Leopold Mozart
New $13.99
Used $3.99



**6. TRAVEL SONG SING ALONGS - Kevin Roth**

TRAVEL SONG SING ALONGS by Kevin Roth
Artist: Kevin Roth
Album: TRAVEL SONG SING ALONGS
Copyright: 2004 STAR GAZER PRODUCTIONS
Released Date: 26 February 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800

Children's Favorites Favorites Series
New $13.000



For Our Children
Various Artists
New $13.999

Page 1


Pooh's Greats
Los Lobos With Late Quartets
New $11.999
Used $8.999


Sing Along
Various Artists
New $13.999
Used $8.888

Classical Music for Chil...
Johann Sebastian Bach

Homepage - What's New - Movie - Photo - Wallpaper - Screensaver - Contact Us

monster     Target the position.    Post A Job CLICK HERE TO FIND OUT MORE

©2005 Absolutely Celebrity Network

http://www.absolutely.net/music/netherlands_top_albums_in_children's_music.html    5/17/2005

## Bottom-left panel

Absolutely Music Download: UK 100 Top Songs in Children's Music 3    Page 1 of 3

**Absolutely.net**     contact absolutely


Add FREE New Emotion Icons for your Email
[ OK ]

[ Web Search ]   [ Buy Poster ]

EXCLUSIVE: Eisley's rich lyrical imagery, catchy hooks, & harmony will make your ears hum.

### UK 100 Top Songs in Children's Music 3

Google

Homepage
What's New
Movie Reviews
Photo Gallery
Download Music NEW!
Wallpaper
Screensaver
Contact Celeb

Click on the title to buy and download music.
You need iTunes sofware from Apple to play the music.
Download Here

Site Search

Page 1 2 3 4 5 6 7 8 9 10



**21. Being Jewish Is Fun - Judy Caplan Ginsburgh**

Being Jewish Is Fun by Judy Caplan Ginsburgh from the album Havdalah Pajama
Artist: Judy Caplan Ginsburgh
Album: Havdalah Pajama
Copyright: 2000 Judy Caplan Ginsburgh
Released Date: 26 July 2002
Published Date: Sat, 29 Jan 2005 03:39:19 -800



**22. The Cuckoo Waltz - Verne Langdon**

The Cuckoo Waltz by Verne Langdon from the album Circus Clown Calliope/Circus Clown Calliope!, Vol.2
Artist: Verne Langdon
Album: Circus Clown Calliope/Circus Clown Calliope!, Vol.2
Copyright: 1999 Electric Lemon
Released Date: Sat, 29 Jan 2005 03:39:19 -800



**23. The Lion and the Mouse - Michael Hish**

The Lion and the Mouse by Michael Hish from the album Aesop's Fables
Artist: Michael Hish
Album: Aesop's Fables
Copyright: 2003 HishMashHurk
Released Date: 05 June 2003
Published Date: Sat, 29 Jan 2005 03:39:19 -900



**24. Frosty the Snowman - Kidz Bop Kids**

Frosty the Snowman by Kidz Bop Kids from the album Kidz Bop Christmas

http://www.absolutely.net/music/uk_top_songs_in_children's_music3.html    5/17/2005

ADVERTISEMENT

Whose body is this?

Answer to get $100 FREE!

Angelina Joli
Jennifer Lopez
Britney Spears

Enter your email.
© 2005 AmEverGift.com

## Bottom-right panel

Absolutely Music Download: UK 100 Top Songs in Children's Music 3    Page 2 of 3

amazon.com


Artist: Kidz Bop Kids
Album: Kidz Bop Christmas
Copyright: 2003 Razor & Tie
Released Date: 2002
Published Date: Sat, 29 Jan 2005 03:39:19 -800

Circus Music from the M... Merle Evans Circus Band
New $17.880



**25. The Syllable I Stress - Los McCroskey**

The Syllable I Stress by Los McCroskey from the album ActAmos? Fun, New Songs for Learning Spanish and Loving God
Artist: Los McCroskey
Album: ActAmos? Fun, New Songs for Learning Spanish and Loving God
Copyright: 2002 McCroskey Music
Released Date: Sat, 29 Jan 2005 03:39:19 -800

Children of Eden Stephen Schwartz
New $14.999



**26. My First Child - Carla Lynne Hall**

My First Child by Carla Lynne Hall from the album My First Child CD Single
Artist: Carla Lynne Hall
Album: My First Child CD Single
Copyright: 2004 Movie Entertainment
Released Date: 18 April 2004

Classic Disney Various Artists
New $42.000



**27. Amy - Celeste Krenz, Linda W. Purdy**

Amy by Celeste Krenz, Linda W. Purdy from the album Pirates & Cowboys, More Songs for You & Me
Artist: Celeste Krenz, Linda W. Purdy
Album: Pirates & Cowboys, More Songs for You & Me
Copyright: 2003 Mountain Creek Records
Released Date: 05 January 2003
Published Date: Sat, 29 Jan 2005 03:39:19 -800

Classical Music for Chil... Various Artists
New $10.000



**28. It's Raining, It's Pouring - Rain, Rain, Go Away - David Jacobi - Aimee Fischer**

It's Raining, It's Pouring - Rain, Rain, Go Away by David Jacobi - Aimee Fischer from the album Favorite Nursery Rhymes
Artist: David Jacobi - Aimee Fischer
Album: Favorite Nursery Rhymes
Copyright:
Released Date: 02 December 2004
Published Date: Sat, 29 Jan 2005 03:39:19 -800

Stop Paying Various Artists
New $13.999
Used $8.888

(Prices May Change)
Privacy Information



**29. Zoomin' - The Googles from Goo**

Zoomin' by The Googles from Goo from the album One GooWorld
Artist: The Googles from Goo
Album: One GooWorld
Copyright: 2004 Stelor Productions
Released Date: 05 July 2004



http://www.absolutely.net/music/uk_top_songs_in_children's_music3.html    5/17/2005

Absolutely Music Download: UK 100 Top Songs in Children's Music 3      Page 5 of 5

Published Date: Sat, 29 Jan 2005 03:39:19 -800



**30. Dudley, a Llama With Attitude - Diane White-Crane**

*Dudley, a Llama With Attitude by Diane White-Crane from the album Songs for Llama Lovers*

Artist: Diane White-Crane
Album: Songs for Llama Lovers
Copyright: 2000 Orchard
Released: 07 March 2000
Published Date: Sat, 29 Jan 2005 03:39:19 -800

Page: 1 2 3 4 5 6 7 8 9 10

Homepage - What's New - Movie - Photo - Wallpaper - Screensaver - Contact Us

©2005 Absolutely Celebrity Network

---

## Absolutely.net
### Netherlands 6 Top Albums in Children's Music





**3. One GooWorld - The Googles from Goo**

*One GooWorld by The Googles from Goo*

Artist: The Googles from Goo
Album: One GooWorld
Copyright: 2004 Stelor Productions
Released Date: 05 July 2004
Published Date: Sat, 29 Jan 2005 10:14:28 -800

---

## Absolutely.net
### UK 100 Top Songs in Children's Music 3



**29. Zoomin' - The Googles from Goo**

*Zoomin' by The Googles from Goo from the album One GooWorld*

Artist: The Googles from Goo
Album: One GooWorld
Copyright: 2004 Stelor Productions
Released Date: 05 July 2004
Published Date: Sat, 29 Jan 2005 03:39:19 -800

# Exhibit GG

Page 1 of 1

GAIL A MCQUILKIN - Kevin -

From:      GAIL A MCQUILKIN
To:        kkaplan@bwsklb.com
Date:      3/9/2005 6:15 PM
Subject:   Kevin -

Kevin -

                        copy of pages from www.absolutely.net that shows that the Googles CD is
ranked by nation as the most popular downloaded childrens CD,

offered for sale (despite Esrig's sworn statement of no products offered for sale, go to
www.cafepress.com/googles)

   Let's talk tomorrow.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000... 6/14/2005

Exhibit  HH

From:      GAIL A MCQUILKIN
To:        kkaplan@bwsklb.com
Date:      3/23/2005 1:43:23 PM
Subject:   the ad that appeared in the pre-show publication

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com



Page 1 of 1

**GAIL A MCQUILKIN – here is the record of the helath insurance payments –**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Yano Rubinstein |
| Date: | 2/15/2005 1:44 PM |
| Subject: | here is the record of the helath insurance payments – |

deduct the Dec and Jan payments because they do not apply.  Stelor needs to pay Steve for Feb forward.

Call me when you can.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

---

Exhibit  II

---

**The Aurora Collection Inc**
RE:   Insurance Premiums – Neighborhood Health Partnership
      Paid by:  Steven A Silvers

| Month/Year | Date Rec'd | Check No./Reference | Amount Paid |
|---|---|---|---|
| April 2003 | April/2003 | Per Bank Statement | $144.07 |
| May 2003 | May/2003 | Per Bank Statement | $144.07 |
| June 2003 | June/2003 | Per Bank Statement | $144.07 |
| July 2003 | July/2003 | Per Bank Statement | $144.07 |
| Aug 2003 | Aug 01/2003 | Per Bank Statement | $288.14 |
| Sept 2003 | | | |
| Oct 2003 | Oct 09/2003 | Bank Ck#67030727 | $432.21 |
| Nov 2003 | | | |
| Dec 2003 | | | |
| Jan 2004 | Jan 07/2004 | Per Bank Statement | $144.07 |
| Feb 2004 | Feb 10/2004 | Per Bank Statement | $144.07 |
| Mar 2004 | Mar 09/2004 | Per Bank Statement | $144.07 |
| Apr 2004 | Apr 06/2004 | Per Bank Statement | $275.00 |
| May 2004 | May 06/2004 | Per Bank Statement | $275.00 |
| June 2004 | June 04/2004 | Per Bank Statement | $275.00 |
| July 2004 | July 04/2004 | Per Bank Statement | $275.00 |
| Aug 2004 | Aug 05/2004 | Per Bank Statement | $275.00 |
| Sept 2004 | Sept 01/2004 | Per Bank Statement | $275.71 |
| April thru August | Sept 01/2004 | Per Bank Statement | $ 3.55 |
| Oct 2004 | Sept 30/2004 | Per Bank Statement | $275.71 |
| Nov 2004 | Nov 03/2004 | Per Bank Statement | $275.71 |
| Dec 2004 | Nov 29/2004 | Per Bank Statement | $603.72 |
| Jan 2005 | Dec 20/2004 | Ck# 1034 | $603.72 |
| Feb 2005 | Jan 20/2005 | Ck# 1037 | $603.72 |
| | | | |
| TOTAL | | | $5,745.68 |

---

Exhibit  JJ

Page 1 of 1

**GAIL A MCQUILKIN - RE: stuff**

From:    GAIL A MCQUILKIN
To:      Yano Rubinstein
Date:    2/22/2005 1:53 PM
Subject: RE: stuff

make it around 5:30, I have a conference call at 5.  Thanks.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Yano Rubinstein" <yano@sumrub.com> 2/22/2005 12:37:45 PM >>>
OK, I will call you around 5 PM your time.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Tuesday, February 22, 2005 8:28 AM
To: yano@sumrub.com
Subject: stuff

Yano -

    I have not heard back from Esrig and I need to get answers to some things.  Can you run interference?

1.  Confirm that we are getting a check for these at the end of this month

    Feb and March payment
    reimbursement for the insurance premiums
    reimbursement for the domain name renewals

2.  A date to go there next week (I really need to get this scheduled asap).

3.  What information we are sending to Bridges now

4.  Need a letter from Aurora terminating Steve's coverage so we can convert to an individual plan under NHP.
The wording on this needs to be careful so we need to discuss.

Can you find this out and then call me later today.  Thanks.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...    6/14/2005

---

Exhibit  KK

---

GAIL A MCQUILKIN - Googles                                                   Page 2

CONFIDENTIALITY NOTE:  This electronic message transmission contains
information from the law firm of Aragon, Burlington, Weil, Schwiep,
Kaplan & Blonsky, PA, which may be confidential or privileged.  The
information is intended to be for the use of the individual or entity
named above. If you are not the intended recipient, please immediately
delete this e-mail and be aware that any disclosure, copying,
distribution or use of the contents of this information is prohibited.

-----Original Message-----
From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Wednesday, March 02, 2005 4:43 PM
To: Kevin C. Kaplan
Subject: Googles

Kevin -

    Here are the issues we need to resolve under the settlement
agreement:

1.  Silvers is owed two checks for $5000 each for Feb and March.  The
checks going forward need to be to me by the 1st of the month.

2.  Attached is the chart showing payments made by Silvers on his
insurance premiums during the life of the consulting agreement.  The
only two payments Stelor is not to reimburse him for are Dec 2004 and
Jan 2005.  Under the settlement he is to be reimbursed staring Feb. 1.
He is now owed for March 2005 too.  By my calculation the total it comes
to $5,141.96.

3.  Health insurance termination.  This is very critical to Silvers so
that he can continue with health care coverage.  Silvers is trying to
convert to an individual plan through NHP, Aurora's insurance company.
That will reduce the premiums by a couple hundred dollars a month.  But
to do that Aurora needs to send to Neighborhood Health Partnership on
Aurora official letter head, addressed to "Premium Services" informing
them that April 1, 2005, Aurora will no longer be offering health
insurance benefits to "ANY" of their employees, and that they have
informed Steven A. Silvers of this event and that he has 63 days within
which to secure a non-group conversion policy. This really needs to get
done asap for everyone's benefit.

4.  Silvers is owed  for domain name registration renewals.  He
submitted the receipts for these to Stelor already for $318.00.

5.  Options.  Under the consulting agreement Silvers was entitled to
1,000 options for Stelor stock under Stelor stock option plan, and
another 1,000 if anyone's available options increase.  Before the
settlement, Stelor sent Silvers an option agreement that provided only
for 1000 options that would vest over time.  As part of the settlement
Stelor was to provide written confirmation that no additional options
have been granted.

6.  Stelor needs to confirm in writing that no royalty payments to
Silvers are outstanding and thus no royalty statements are due.

7.  Audit.  We need a date for the auditor to go to Stelor.  As we
discussed, the sooner the better, and we can work on how we will use him
to benefit our negotiations with Inc.

8.  Stelor needs to provide us with samples of all products they are
offering for sale.

9.  Stelor needs to provide proof that all trademark applications and
registrations and domain names with the "GOO" prefix or identified as
Googles IP in the License Agreement show Silvers as the owner.

One of the things Silvers needed to do was to change the correspondent
on all trademark registrations to Larry Hefter.  We did that and I have
informed Larry of that.

Yano and I discussed the issue of the domain name password.  Under the
agreement Silvers agreed to give Stelor as the Admin contact the ability
to control the DNS records (to select and change the server).  We
learned from Godaddy that it cannot do that so it is impossible to do.
Yano and I agreed that if Stelor needs to change the server for the
domain name, they will call me and I will have the records changed and
that will satisfy this.

REDACTED

Talk to you soon,

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Page 1 of 1

GAIL A MCQUILKIN - Googles

From:    GAIL A MCQUILKIN
To:      kkaplan@bwskb.com
Date:    3/3/2005 1:40 PM
Subject: Googles

Kevin -

No checks arrived today. Can you find out what is going on. Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

## Exhibit LL

---

GAIL A MCQUILKIN - Googles

Page 1 of

From:    "Kevin C. Kaplan" <kkaplan@bwskb.com>
To:      <GLAM@kttlaw.com>
Date:    3/5/2005 10:17:04 AM
Subject: Googles

Gail,

I have the following information in response to your recent email.

1. I understand you received the checks.

2. Stelor finds the chart confusing. Please just provide us with receipts or proof of the actual payments, and Stelor will provide the reimbursement.

3. Stelor is just trying to work through the pending issues with Aurora, and is committed to taking care of this issue expeditiously. Please allow Stelor a few more days to do so.

4. Stelor has no record of receiving the receipts. Please provide us with copies, and Stelor will provide the reimbursement.

5. Stelor will confirm in writing that no one's available options have increased.

6. Stelor will provide written confirmation.

7. Stelor will provide a date prior to March 15, 2006.

8. There are no such samples, as Stelor is not yet offering any product for sale.

9. Stelor will provide proof regarding the applications, registrations and names.

10. By the same token, Stelor requires proof that Silvers changed the correspondent information. As of my last conversation with Larry Hefter, he was unaware that had been done. Please provide us with this proof as soon as possible.

I appreciate your view on providing information to Bridges. I will get back to you on that quickly.

Kevin

••••••••••••••••••••••••••••••••••
Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
  Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com
••••••••••••••••••••••••••••••••••

## Exhibit MM

# Exhibit NN

GAIL A MCQUILKIN - Re: Googles

From:     GAIL A MCQUILKIN
To:       Kevin C. Kaplan
Date:     3/5/2005 11:12 AM
Subject:  Re: Googles

Kevin -

REDACTED                    He is giving them three buisness

days to get into compliance.

1. I understand you received the checks.  Yes we did.

2. Stelor finds the chart confusing.  Please just provide us with
receipts or proof of the actual payments, and Stelor will provide the
reimbursement.  There is nothing in the least bit confusing about the chart.  Stelor has three days to
get us the check.  FYI - putting aside the amounts paid thru Nov that Silvers is to be reimbursed
for, the settlement was signed in Jan and Stelor was to provide us up front payment for Feb
(which they did not) and March (which they did not).

3. Stelor is just trying to work through the pending issues with
Aurora, and is committed to taking care of this issue expeditiously.
Please allow Stelor a few more days to do so.  They have three days.

4. Stelor has no record of receiving the receipts.  Please provide us
with copies, and Stelor will provide the reimbursement.  He has provided these three times already.  They
have three days to pay.

5. Stelor will confirm in writing that no one's available options have
increased.  Make it under oath, notarized, under penalty of perjury.

6. Stelor will provide written confirmation.   Make it under oath, notarized and under penalty of perjury.

7. Stelor will provide a date prior to March 15, 2005.  Three days to give us a date.

8. There are no such samples, as Stelor is not yet offering any product
for sale.  Make it under oath, notarized, and under penalty of perjury.

9. Stelor will provide proof regarding the applications, registrations
and names.  They have three days

10. By the same token, Stelor requires proof that Silvers changed the
correspondent information.  As of my last conversation with Larry
Hefter, he was unaware that had been done.  Please provide us with this
proof as soon as possible.  There is nothing in the agreement that obligates us to do this, and
everything was changed electronically so there is nothing to provide.  Stelor knows how to go
online to the USPTO office to view the changes.  It will take all of ten minutes to do this.  I talked
to Larry and showed him the e-mail I had sent him, and he knows about the changes.

REDACTED

# Exhibit OO

GAIL A MCQUILKIN - letter from Blumquist

From:     GAIL A MCQUILKIN
To:       kkaplan@bwskb.com
Date:     4/1/2005 5:13 PM
Subject:  letter from Blumquist

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

THE AURORA COLLECTION INC
P O Box 260545
Pembroke Pines, FL 33026

April 01, 2005

Stelor Productions, Inc.
14701 Mockingbird Drive
Darnestown, MD 20874

To Whom It May Concern:

RE:  Steven A Silvers
     Medical Insurance Issue

On behalf of The Aurora Collection, Inc. and as the Chairman of the Board of this Company, I hereby confirm the fact that as of November 30, 2004, the Company had received from Steven A. Silvers an amount of $4,538.24.

This amount of $4,538.24, in addition to those funds received by The Aurora Collection, Inc. from Stelor Productions, Inc., were applied to Mr. Silvers' monthly insurance premiums due Neighborhood Health Partnership.

I trust you will find this information satisfactory to your needs. Should you have any further inquiry regarding this matter, please feel free to contact me directly at (850)443-1022.

Respectfully submitted,



Brian C. Blomquist
Chairman of the Board

Exhibit  PP

---

Page 2 of 3

Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com
>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/01/05 5:18 PM >>>

Do you have a signed letter?

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 01, 2005 5:14 PM
To: Kevin C. Kaplan
Subject: letter from Blumquist


Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office

---

Page 2 of 3

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 01, 2005 5:40 PM
To: Kevin C. Kaplan
Subject: RE: letter from Blumquist


give me a freakin' break. He e-mailed this to us.  He put his telephone number in the letter, call him if you want to verify.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com
>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/01/05 5:18 PM >>>

Do you have a signed letter?

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. This information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 01, 2005 5:14 PM
To: Kevin C. Kaplan

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

Page 1 of 2

**GAIL A MCQUILKIN - RE: letter from Blumquist**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Kevin Kaplan |
| Date: | 4/1/2005 5:40 PM |
| Subject: | RE: letter from Blumquist |

give me a freakin' break. He e-mailed this to us. He put his telephone number in the letter, call him if you want to verify.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/01/05 5:18 PM >>>

Do you have a signed letter?

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

---

Page 1 of 3

**GAIL A MCQUILKIN - RE: letter from Blumquist**

| | |
|---|---|
| From: | "Kevin C. Kaplan" <kkaplan@bwskb.com> |
| To: | "GAIL A MCQUILKIN" <GAM@kttlaw.com> |
| Date: | 4/1/2005 5:44 PM |
| Subject: | RE: letter from Blumquist |

Forward me the email from him which includes the letter as an attachment.

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 01, 2005 5:40 PM
To: Kevin C. Kaplan
Subject: RE: letter from Blumquist

give me a freakin' break. He e-mailed this to us. He put his telephone number in the letter, call him if you want to verify.

Gail A. McQuilkin, Esq.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

---

Page 1 of 3

**GAIL A MCQUILKIN - RE: letter from Blumquist**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Kevin Kaplan |
| Date: | 4/1/2005 6:02 PM |
| Subject: | RE: letter from Blumquist |

I can't. Call him to verify. He is a nice person.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

>>> "Kevin C. Kaplan" <kkaplan@bwskb.com> 04/01/05 5:43 PM >>>

Forward me the email from him which includes the letter as an attachment.

........................................

Kevin C. Kaplan, Esq.

Burlington, Weil, Schwiep,

   Kaplan & Blonsky, PA

2699 S. Bayshore Drive, Penthouse

Miami, Florida 33133

Tel: (305) 858-2900

Fax: (305) 858-5261

kkaplan@bwskb.com

........................................

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

---

Page 3 of 3

Subject: letter from Blumquist

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

Page 1 of 1

**GAIL A MCQUILKIN - settlement**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Yano Rubinstein |
| Date: | 2/1/2005 8:52 AM |
| Subject: | settlement |

Yano -

A few housekeeping items.

1. Who is going to be the correspondent for Stelor for the trademark registrations - Hefter or you?

2. All payments paid directly to Silvers need to be made out to Silvers Entertainment Group, Inc.

3. How is the insurance premium payments going to be handles? Paid directly to Aurora?

4. It is probably a good idea for me to have a contact person at Stelor regarding the payments who can call me as well if there are issues or problems. I also need to ask about Silvers 1099 for 2004. Probably a good idea to send it to me.

5. Domain names. There are several "GOO" domain names that Stelor registered through a registrar different than godaddy.com To create the database for renewals we need to have all the "GOO" related domain names registered at Godaddy. I'm not sure how to make this change. It might be a good idea for me to speak to a person at Stelor who has responsibility for this. That way I can also informed directly if there are admin issues that need to be addressed by Silvers.

6. We need a date for the auditor to go to Stelor. We should talk about what we want from the auditor that will help us with Inc.

7. We need to file a joint stipulation of dismissal. I drafted one already and will send it to you under a different e-mail.

Call me later when you have time. I am leaving to go out of town this evening but have my cell.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit QQ

---

Page 1 of 1

**GAIL A MCQUILKIN - to who at stelor should I send back the check?**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Yano Rubinstein |
| Date: | 2/7/2005 4:04 PM |
| Subject: | to who at stelor should I send back the check? |

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit RR

Page 1 of 1

**GAIL A MCQUILKIN - RE: to who at stelor should I send back the check?**

| | |
|---|---|
| From: | "Yano Rubinstein" <yano@sumrub.com> |
| To: | "GAIL A MCQUILKIN" <GAM@kttlaw.com> |
| Date: | 2/7/2005 5:22 PM |
| Subject: | RE: to who at stelor should I send back the check? |

Mike Sagam

Yano Rubinstein
SUMMERS RUBINSTEIN P.C.
580 California Street
16th Floor
San Francisco, CA 94104

tel: 415.439.4816
fax: 415.651.9853
cel: 415.819.6817

email: yano@sumrub.com

www.sumrub.com

The contents of this e-mail, including any attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of this message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail message in error, please contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Monday, February 07, 2005 1:05 PM
To: yano@sumrub.com
Subject: to who at stelor should I send back the check?

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit  SS

---

Page 1 of 1

**GAIL A MCQUILKIN - stuff**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | Yano Rubinstein |
| Date: | 2/22/2005 11:27 AM |
| Subject: | stuff |

Yano -

I have not heard back from Esrig and I need to get answers to some things.  Can you run interference?

1. Confirm that we are getting a check for these at the end of this month

Feb and March payment
reimbursement for the insurance premiums
reimbursement for the domain name renewals

2. A date to go there next week (I really need to get this scheduled asap).

3. What information we are sending to Bridges now

4. Need a letter from Aurora terminating Steve's coverage so he can convert to an individual plan under NHP. The wording on this needs to be careful so we need to discuss.

Can you find this out and then call me later today.  Thanks.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit  TT

From:     GAIL A MCQUILKIN
To:       kkaplan@bwskb.com
Date:     3/2/2005 4:42:32 PM
Subject:  Googles

Kevin -

Here are the issues we need to resolve under the settlement agreement:

1. Silvers is owed two checks for $5000 each for Feb and March. The checks going forward need to be to me by the 1st of the month.

2. Attached is the chart showing payments made by Silvers on his insurance premiums during the life of the consulting agreement. The only two payments Stelor is not to reimburse him for are Dec 2004 and Jan 2005. Under the settlement he is to be reimbursed staring Feb. 1. He is now owed for March 2005 too. By my calculation the total it comes to $5,141.96.

3. Health Insurance termination. This is very critical to Silvers so that he can continue with health care coverage. Silvers is trying to convert to an individual plan through NHP, Aurora's insurance company. That will reduce the premiums by a couple hundred dollars a month. But to do that Aurora needs to send to Neighborhood Health Partnership on Aurora official letter head, addressed to "Premium Services" informing them that April 1, 2005, Aurora will no longer be offering health insurance benefits to "ANY" of their employees, and that they have informed Steven A. Silvers of this event and that he has 63 days within which to secure a non-group conversion policy. This really needs to get done asap for everyone's benefit.

4. Silvers is owed for domain name registration renewals. He submitted the receipts for these to Stelor already for $318.00.

5. Options. Under the consulting agreement Silvers was entitled to 1,000 options for Stelor stock under Stelor stock option plan, and another 1,000 if anyone's available options increase. Before the settlement, Stelor sent Silvers an option agreement that provided only for 1000 options that would vest over time. As part of the settlement Stelor was to provide written confirmation that no additional options have been granted.

6. Stelor needs to confirm in writing that no royalty payments to Silvers are outstanding and thus no royalty statements are due.

7. Audit. We need a date for the auditor to go to Stelor. As we discussed, the sooner the better, and we can work on how we will use him to benefit our negotiations with Inc.

8. Stelor needs to provide us with samples of all products they are offering for sale.

9. Stelor needs to provide proof that all trademark applications and registrations and domain names with the "GOO" prefix or identified as Googles IP in the License Agreement show Silvers as the owner.

One of the things Silvers needed to do was to change the correspondent on all trademark registrations to Larry Hefter. We did that and I have informed Larry of that.

Yano and I discussed the issue of the domain name password. Under the agreement Silvers agreed to give Stelor as the Admin contact the ability to control the DNS records (ie select and change the server). We learned form Godaddy that it cannot do that so it is impossible to do. Yano and I agreed that if Stelor needs to change the server for the domain name, they will call me and I will have the records changed and that will satisfy this.

REDACTED

---

REDACTED

Talk to you soon.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktllaw.com

---

# Exhibit  UU

---

Page 1 of 1

**GAIL A MCQUILKIN - i did receive the fed ex this afternoon - problem**

From:     GAIL A MCQUILKIN
To:       kkaplan@bwskb.com
Date:     3/3/2005 3:58 PM
Subject:  i did receive the fed ex this afternoon - problem

we are suppose to receive a check each month for the insurance premium. We did not get the March payment for that. Is Stelor sending that along with the reimbursements for prior premiums? When will we get that? I don't mean to be a pest, its just that we really want to get this all cleaned up so we can focus on the bigger picture. Thanks.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktllaw.com

Page 2 of 2

**From:** GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
**Sent:** Friday, April 01, 2005 5:14 PM
**To:** Kevin C. Kaplan
**Subject:** letter from Blumquist

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit  VV





Exhibit  WW

GAIL A MCQUILKIN - Information from Stelor

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwskb.com |
| Date: | 4/7/2005 5:01 PM |
| Subject: | Information from Stelor |

Kevin -

Esrig said he would get me a disc with all the presentation stuff. I need it asap so I can work that information into the complaint. Also, remember to get from him samples of confusion evidence. Thanks.

Gail.

Checks????????????????????

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
garm@kttlaw.com

**Exhibit XX**

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

---

Page 1 of 2

GAIL A MCQUILKIN - silvers

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwskb.com |
| Date: | 4/8/2005 10:44 AM |
| Subject: | silvers |

Kevin -

Can you please resolve these pending issues -

Settlement Agreement:

1. Check for reimbursement of health insurance payments

2. Checks for Feb, March and April advance against royalties for health insurance

3. Reimbursement for domain name renewal costs

4. Options

5. All checks are to be made out to Silvers Entertainment Group. THe check we received for April was made out to Steven Silvers. Why do we have to keep telling Stelor this?

License Agreement:

1. Royalty statements are due for the 3d and 4th quarter of 2004, and first quarter of 2005.

2. We need to see the Products Liability Insurance has Silvers names as an Insured.

3. We need to see all promotional materials Stelor intends to use.

4. Stelor is suppose to place on all materials the phrase "created by Steven A. Silvers." Stelor persists on placing those words in tiny font and using the phrase "based on a concept created by" rather than "created by" as required. We went though this once before and Stelor agreed to change it, but still they keep doing it.

5. There are still issues relating to the list of trademarks and domain names, but I will address those with Larry Helter.

I need the materials from Stelor to add to the complaint asap. Esrig said he was going to come here next week. I think that is a good idea because I need to see this presentation, and we need to talk about the upcoming trade show and how to use it to our advantage.

Let me know about all this.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

**Exhibit YY**

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

From: julie@stelorproductions.com
To: julie@stelorproductions.com
Date: 4/9/2005 2:42:34 PM
Subject: Re: Silvers royalty advance check

Not a problem at all.  Let me know about the health insurance   Going forward the simplist way to do this is
to combine the 5k and 1k amounts into one 6k check.  In case you do not know this, these payments are
an advance against future royalties.  Make sure you are booking these correctly and keeping track of the
amounts so that when royalties begin to be paid by Stelor they are offset by these amounts.  Thanks for
your help.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktllaw.com
>>> "Julie" <julie@stelorproductions.com> 04/09/05 10:17 AM >>>
Gail,

I just got your email at home.  I had already left the office for the day
yesterday when you sent your email- I can have the check there on Tuesday
morning - will that be alright?  I'll ask Steve about the health insurance.

Thanks for understanding.  You have a great weekend yourself.

Regards,

Julie
----- Original Message -----
From: "Gail A. McQuilkin, Esq." <gam@ktllaw.com>
To: "Julie DePue" <julie@stelorproductions.com>
Sent: Friday, April 08, 2005 6:15 PM
Subject: Re: Silvers royalty advance check

No problem, stuff happens.  You can send it for Monday delivery.  There
should also be a check for $1000 to cover his health care premiums.  Ask
Steve if you can send that too.  Thanks.  Have a good weekend.
----- Original Message -----
From: "Julie DePue" <julie@stelorproductions.com>
Date: Fri, 08 Apr 2005 17:48:42
To:<gmcquilkin@smo.blackberry.net>
Subject: Silvers royalty advance check

Dear Gail,

Steve just told me about the error on Silvers check  I am so sorry!  Its
completely my fault  I have been sort of put back into the accountants chair
rather abruptly and just went a little too fast through my tasks.

I'd be happy to cut another check and send it Fed Ex Saturday delivery if
you want.  Please let me know as soon as you can, and where youd like it
sent.

---

Sorry for the trouble,

Julie DePue
Stelor Productions

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
(305)372-1800 office
(305)372-3508 fax
gam@ktllaw.com

---

## Exhibit ZZ

---

### GAIL A MCQUILKIN - Latest threats

From: Steven Esrig <steven@stelorproductions.com>
To: <gam@ktllaw.com>, Marty Jeffery <marty@stelorproductions.com>
Date: 4/11/2005 6:05 PM
Subject: Latest threats
CC: "Kevin C. Kaplan" <kkaplan@bwrkb.com>

Gail,

Just got off the phone with Kevin. Do you think we can possibly move beyond the posturing and ridiculous
threats and get on to business?-I am willing to go out on a limb in spite of my Boards position regarding
adherence to our license and settlement agreement but I am just as willing to run my business and let you
finance Mr. Silvers next lawsuit with Stelor.
I deeply concerned that these silly little turf wars could cost all of us the big picture.
In other words, do you plan to proceed as a co-counsel  or counsel for Steven A. Silvers only. Marty and I
look forward to a phone call from you at your earliest convenience.

Steve

Ps-you promised us your "work of art" last Friday. We will take care of all Silvers outstanding checks upon
receipt of the complaint. I have authorized Kevin to release the checks he is holding to you as well when we
receive the draft complaint.

STEVEN A. ESRIG

STELOR
PRODUCTIONS

301.963.0000

GAIL A MCQUILKIN - here is the record of the helath insurance payments -

From:    GAIL A MCQUILKIN
To:      Yano Rubinstein
Date:    2/15/2005 1:44 PM
Subject: here is the record of the helath insurance payments -

deduct the Dec and Jan payments because they do not apply.  Stelor needs to pay Steve for Feb forward.

Call me when you can.

Gail A. McQuilkin, Esq.
Kosyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam9ktlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...    6/14/2005

# Exhibit  AAA

The Aurora Collection Inc
RE:  Insurance Premiums – Neighborhood Health Partnership
     Paid by:  Steven A Silvers

| Month/Year | Date Rec'd | Check No./Reference | Amount Paid |
|---|---|---|---|
| April 2003 | April/2003 | Per Bank Statement | $144.07 |
| May 2003 | May/2003 | Per Bank Statement | $144.07 |
| June 2003 | June/2003 | Per Bank Statement | $144.07 |
| July 2003 | July/2003 | Per Bank Statement | $144.07 |
| Aug 2003 | Aug 01/2003 | Per Bank Statement | $288.14 |
| Sept 2003 | | | |
| Oct  2003 | Oct 09/2003 | Bank Ck#67030727 | $432.21 |
| Nov 2003 | | | |
| Dec  2003 | | | |
| Jan  2004 | Jan 07/2004 | Per Bank Statement | $144.07 |
| Feb  2004 | Feb 10/2004 | Per Bank Statement | $144.07 |
| Mar 2004 | Mar 09/2004 | Per Bank Statement | $144.07 |
| Apr  2004 | Apr 06/2004 | Per Bank Statement | $275.00 |
| May 2004 | May 06/2004 | Per Bank Statement | $275.00 |
| June 2004 | June 04/2004 | Per Bank Statement | $275.00 |
| July 2004 | July 04/2004 | Per Bank Statement | $275.00 |
| Aug  2004 | Aug  05/2004 | Per Bank Statement | $275.00 |
| Sept 2004 | Sept 01/2004 | Per Bank Statement | $275.71 |
| April thru August | Sept 01/2004 | Per Bank Statement | $  3.55 |
| Oct  2004 | Sept 30/2004 | Per Bank Statement | $275.71 |
| Nov 2004 | Nov 03/2004 | Per Bank Statement | $275.71 |
| Dec  2004 | Nov 29/2004 | Per Bank Statement | $603.72 |
| Jan  2005 | Dec 20/2004 | Ck# 1034 | $603.72 |
| Feb  2005 | Jan  20/2005 | Ck# 1037 | $603.72 |
| | | | |
| TOTAL | | | $5,745.68 |

# Exhibit  BBB

GAIL A MCQUILKIN - Googles
Page 2

CONFIDENTIALITY NOTE: This electronic message transmission contains information from the law firm of Aragon, Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

-----Original Message-----
From: GAIL A MCQUILKIN [mailto:GAM@ktlaw.com]
Sent: Wednesday, March 02, 2005 4:43 PM
To: Kevin C. Kaplan
Subject: Googles

Kevin -

Here are the issues we need to resolve under the settlement agreement.

1. Silvers is owed two checks for $5000 each for Feb and March. The checks going forward need to be to me by the 1st of the month.

2. Attached is the chart showing payments made by Silvers on his insurance premiums during the life of the consulting agreement. The only two payments Stelor is not to reimburse him for are Dec 2004 and Jan 2005. Under the settlement he is to be reimbursed staring Feb. 1. He is now owed for March 2005 too. By my calculation the total it comes to $5,141.95.

3. Health insurance termination. This is very critical to Silvers so that he can continue with health care coverage. Silvers is trying to convert to an individual plan through NHP, Aurora's insurance company. That will reduce the premiums by a couple hundred dollars a month. But to do that Aurora needs to send to Neighborhood Health Partnership on Aurora official letter head, addressed to "Premium Services" informing them that April 1, 2005, Aurora will no longer be offering health insurance benefits to "ANY" of their employees, and that they have informed Steven A. Silvers of this event and that he has 63 days within which to secure a non-group conversion policy. This really needs to get done asap for everyone's benefit.

4. Silvers is owed for domain name registration renewals. He submitted the receipts for these to Stelor already for $318.00.

5. Options. Under the consulting agreement Silvers was entitled to 1,000 options for Stelor stock under Stelor stock option plan, and another 1,000 if anyone's available options increase. Before the settlement, Stelor sent Silvers an option agreement that provided only for 1000 options that would vest over time. As part of the settlement Stelor was to provide written confirmation that no additional options have been granted.

6. Stelor needs to confirm in writing that no royalty payments to Silvers are outstanding and thus no royalty statements are due.

7. Audit. We need a date for the auditor to go to Stelor. As we discussed, the sooner the better, and we can work on how we will use him to benefit our negotiations with Inc.

8. Stelor needs to provide us with samples of all products they are offering for sale.

9. Stelor needs to provide proof that all trademark applications and registrations and domain names with the "GOO" prefix or identified as Googles IP in the License Agreement show Silvers as the owner.

One of the things Silvers needed to do was to change the correspondent on all trademark registrations to Larry Hefter. We did that and I have informed Larry of that.

Yano and I discussed the issue of the domain name password. Under the agreement Silvers agreed to give Stelor as the Admin contact the ability to control the DNS records (to select and change the server). We learned form Godaddy that it cannot do that so it is impossible to do. Yano and I agreed that if Stelor needs to change the server for the domain name, they will call me and I will have the records changed and that will satisfy this.

REDACTED

Talk to you soon.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktlaw.com

Exhibit  CCC

Page 1 of 1

GAIL A MCQUILKIN - Googles

From:   GAIL A MCQUILKIN
To:     kkaplan@bwskb.com
Date:   3/3/2005 1:40 PM
Subject: Googles

Kevin -

No checks arrived today. Can you find out what is going on. Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@ktlaw.com

# Exhibit DDD

**GAIL A MCQUILKIN - Re: Googles**

From:     GAIL A MCQUILKIN
To:        Kevin C. Kaplan
Date:      3/5/2005 11:12 AM
Subject:   Re: Googles

Kevin -

                                         REDACTED                    He is giving them three buisness
days to get into compliance.

1. I understand you received the checks.  Yes we did.

2. Stelor finds the chart confusing.  Please just provide us with
receipts or proof of the actual payments, and Stelor will provide the
reimbursement.  There is nothing in the least bit confusing about the chart.  Stelor has three days to
get us the check.  FYI - putting aside the amounts paid thru Nov that Silvers is to be reimbursed
for, the settlement was signed in Jan and Stelor was to provide us up front payment for Feb
(which they did not) and March (which they did not).

3. Stelor is just trying to work through the pending issues with
Aurora, and is committed to taking care of this issue expeditiously.
Please allow Stelor a few more days to do so.  They have three days.

4. Stelor has no record of receiving the receipts.  Please provide us
with copies, and Stelor will provide the reimbursement.  He has provided these three times already.  They
have three days to pay.

5. Stelor will confirm in writing that no one's available options have
increased.  Make it under oath, notarized, under penalty of perjury.

6. Stelor will provide written confirmation.   Make it under oath, notarized and under penalty of perjury.

7. Stelor will provide a date prior to March 15, 2005.  Three days to give us a date.

8. There are no such samples, as Stelor is not yet offering any product
for sale. Make it under oath, notarized, and under penalty of perjury.

9. Stelor will provide proof regarding the applications, registrations
and names. They have three days

10. By the same token, Stelor requires proof that Silvers changed the
correspondent information.  As of my last conversation with Larry
Hefter, he was unaware that had been done.  Please provide us with this
proof as soon as possible.  There is nothing in the agreement that obligates us to do this, and
everything was changed electronically so there is nothing to provide.  Stelor knows how to go
online to the USPTO office to view the changes.  It will take all of ten minutes to do this.  I talked
to Larry and showed him the e-mail I had sent him, and he knows about the changes.

                                         REDACTED

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...  5/9/2005

# Exhibit EEE

**GAIL A MCQUILKIN - Silvers declaration**

From:     GAIL A MCQUILKIN
To:        kkaplan@bwskb.com
Date:      4/5/2005 5:17 PM
Subject:   Silvers declaration

Kevin -

   Can we now get the checks you are holding.  The attachment to the declaration is the chart you already
have. Thanks.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

DECLARATION

I, Steven A. Silvers, declare and state under the penalty of perjury, that:

1.  I paid to Aurora Collections, Inc. the amounts reflected in the attached chart to cover the costs of insurance premiums through November 30, 2004.

2.  I require $1000 per month to cover the costs of my health insurance coverage which should be considered an advance against future royalties per the Settlement Agreement.

Dated:  April 5, 2005

Executed by: _Steven A. Silvers_

Steven A. Silvers

Exhibit  FFF

---

**GAIL A MCQUILKIN - Information from Stelor**

From:     GAIL A MCQUILKIN
To:       kkaplan@bwxkb.com
Date:     4/7/2005 5:01 PM
Subject:  Information from Stelor

Kevin -

Esrig said he would get me a disc with all the presentation stuff.  I need it asap so I can work that information into the complaint.  Also, remember to get from him samples of confusion evidence.  Thanks.

Gail.

Checks??????????????????

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

Exhibit  GGG

GAIL A MCQUILKIN - silvers

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwskb.com |
| Date: | 4/8/2005 10:44 AM |
| Subject: | silvers |

Kevin -

Can you please resolve these pending issues -

Settlement Agreement:

1. Check for reimbursement of health insurance payments

2. Checks for Feb, March and April advance against royalties for health insurance

3. Reimbursement for domain name renewal costs

4. Options

5. All checks are to be made out to Silvers Entertainment Group. THe check we received for April was made out to Steven Silvers. Why do we have to keep telling Stelor this?

License Agreement:

1. Royalty statements are due for the 3d and 4th quarter of 2004, and first quarter of 2005.

2. We need to see the Products Liability Insurance has Silvers names as an insured.

3. We need to see all promotional materials Stelor intends to use.

4. Stelor is suppose to place on all materials the phrase "created by Steven A. Silvers." Stelor persists on placing those words in tiny font and using the phrase "based on a concept created by" rather than "created by" as required. We went though this once before and Stelor agreed to change it, but still they keep doing it.

5. There are still issues relating to the list of trademarks and domain names, but I will address those with Larry Helfer.

I need the materials from Stelor to add to the complaint asap. Esrig said he was going to come here next week. I think that is a good idea because I need to see this presentation, and we need to talk about the upcoming trade show and how to use it to our advantage.

Let me know about all this.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

# Exhibit HHH

GAIL A MCQUILKIN - Latest threats

| | |
|---|---|
| From: | Steven Esrig <steven@stelorproductions.com> |
| To: | <gam@kttlaw.com>, Marty Jeffery <marty@stelorproductions.com> |
| Date: | 4/11/2005 6:05 PM |
| Subject: | Latest threats |
| CC: | "Kevin C. Kaplan" <kkaplan@bwskb.com> |

Gail,

Just got off the phone with Kevin. Do you think we can possibly move beyond the posturing and ridiculous threats and get on to business?-I am willing to go out on a limb in spite of my Boards position regarding adherence to our license and settlement agreement but I am just as willing to run my business and let you finance Mr. Silvers next lawsuit with Stelor.
I am deeply concerned that these silly little turf wars could cost all of us the big picture.
In other words, do you plan to proceed as a co-counsel or counsel for Steven A. Silvers only. Marty and I look forward to a phone call from you at your earliest convenience.

Steve

Ps-you promised us your "work of art" last Friday. We will take care of all Silvers outstanding checks upon receipt of the complaint. I have authorized Kevin to release the checks he is holding to you as well when we receive the draft complaint.

STEVEN A. ESRIG

STELOR
PRODUCTIONS

301.963.0000

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...   6/14/2005

# Exhibit III

GAIL A MCQUILKIN - Re: Inc                                                          Page 1

From:       GAIL A MCQUILKIN
To:         kkaplan@bwskb.com
Date:       4/17/2005 4:37:40 PM
Subject:    Re: Inc

Kevin -

Got the checks.  Still down one though, and of course there are the other issues.  I am availble for a
call tomorrow.  Do we have the CD or mateirals from Stelor yet?

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com
>>> "kevin kaplan" <kkaplan@bwskb.com> 04/17/05 4:00 PM >>>
Gail,

I've left you a bunch of messages but haven't heard back. Please confirm you received the checks, and let
me know when you're available for a call tomorrow. Steve has some issues to discuss.  By the way, for
efficiency of our ongoing communications, I have no problem with Steve talking to you directly and
authorize you to talk to him directly even if I am unavailable.

Kevin

Kevin C. Kaplan, Esq.
Burlington, Weil, Schwiep,
  Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse
Miami, Florida 33133
Tel:  (305) 858-2900
Fax: (305) 858-5261
kkaplan@bwskb.com

CONFIDENTIALITY NOTE:  This electronic message transmission contains information from the law firm
of Burlington, Weil, Schwiep, Kaplan & Blonsky, PA, which may be confidential or privileged. The
information is intended to be for the use of the individual or entity named above. If you are not the
intended recipient, please immediately delete this e-mail and be aware that any disclosure, copying,
distribution or use of the contents of this information is prohibited.

Sent wirelessly via BlackBerry from T-Mobile.

Exhibit JJJ

---

LAW OFFICES
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON · 9TH FLOOR
CORAL GABLES, FLORIDA 33134-6037

GAIL A. MCQUILKIN                                                    TELEPHONE (305) 372-1800
DIRECT DIAL (305) 377-0666                                          TELECOPIER (305) 372-3508
gam@kttlaw.com

Via Federal Express
AWB# 7929-0844-3480

April 27, 2005

Steven A. Esrig
Stelor Productions, Inc.
14701 Mockingbird Drive
Darnestown, Maryland 20874

Re:    Silvers/Stelor License Agreement

Dear Mr. Esrig:

On November 12, 2004, we served notice on Stelor that it was in breach of several material
provisions of both the License Agreement and Letter Agreement, a copy of which is attached.
Because Stelor did not cure those breaches, on January 13, 2005 we served on Stelor a notice of
termination of the License Agreement, a copy of which is attached.

On January 28, 2005, Stelor and Silvers entered into a Settlement Agreement in which
Silvers agreed to withdraw his notice of termination provided Stelor perform its obligations under
the Settlement Agreement.  Stelor, however, has:

- failed to provide Silvers with unit interests in Stelor LLC under paragraph 9;

- failed to pay Silvers monthly installments on royalty advances on the first of every
  month under paragraph 10 (a);

- failed to pay on April 1, 2005 the monthly advance on royalties required by Silver
  to maintain his insurance coverage through the Aurora Collection under paragraph
  10 (b);

- failed to cooperate in the audit of the books and records of Stelor under paragraph
  14; and

- failed to provide Silvers samples of Licensed Products that are being offered for
  sale under paragraph 15.

Furthermore, although Stelor has provided a written statement that it is not offering any

---

Page 2

Furthermore, although Stelor has provided a written statement that it is not offering any
products for sale, no royalties due, that statement has proven to be false.

Stelor continues to be in breach of the License Agreement as outlined in our letter of
November 12, 2004.  This is to provide notice to you that due to Stelor's failure to perform its
obligations under the Settlement Agreement, and failure to cure the breaches under the License
Agreement, Silvers is reinstating his notice of termination of the License Agreement effective
immediately.

Pursuant to paragraph X of the License Agreement, Stelor must immediately provide Silvers
with a complete schedule of all inventory of Licensed Products on hand or on order.  Stelor has six
(6) months to continue to sell this inventory, if any, in accordance with the License Agreement.  So
long as Stelor is actively selling its inventory of Licensed Products, it may continue the use of the
Licensed Intellectual Property associated with the inventory for this period.  Outside the scope of its
efforts to sell its inventory of Licensed Products, Stelor must immediately cease use of the Licensed
Intellectual Property, including, names, trademarks, signs, advertising, web site, and anything else
that might make it appear that it is still handling the articles and products relating to the Googles IP.
Further, Stelor must return to Silvers all material relating to the Licensed Intellectual Property and
inform its sub-licentees and those selling Googles related merchandise of the termination of the
License Agreement.

Because the License Agreement is now terminated, Stelor may not represent Silvers' interest
in any legal proceeding or action.

Sincerely,

Gail A. McQuilkin

c:    Steven A. Silvers
      Laurence Hefter
      Kevin Kaplan

251939.1

# Exhibit  KKK



BURLINGTON · WEIL · SCHWIEP · KAPLAN ⓑ BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM WWW.BWSKB.COM

April 29, 2005

VIA FACSIMILE AND U.S. MAIL

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9ᵗʰ Floor
Coral Gables, Florida 33134

Re:    Silvers/Stelor

Dear Gail:

I write in response to your letter dated April 27, 2005 to Steven Esrig of Stelor Productions purporting to terminate the License Agreement. It is the position of Stelor that the License Agreement and the Settlement Agreement remain enforceable and binding documents and that the purported grounds for termination are all invalid and improper. We will respond to each of those grounds in turn.

First, Stelor has only recently converted to an LLC and Mr. Silvers has been provided an option letter for unit interests, to which he has not responded.

Second, monthly installments on royalty advancements have been paid. Indeed, enclosed are copies of royalty advancement checks for April and May that we are prepared to release upon withdrawal of the notice of termination.

Third, monthly advances on royalties to maintain insurance coverage have also been paid. Enclosed are checks for April and May that we are prepared to release upon withdrawal of the notice of termination. It must be noted, however, that, despite demand, Mr. Silvers has never confirmed the amount of insurance to be paid. As a show of good faith, Stelor has nonetheless paid the maximum each month, but such confirmation must be provided forthwith.

Fourth, Stelor has cooperated in the audit of the books and records. In fact, just a week ago, on April 22, 2005, you sent an email to Kevin Kaplan stating that "[t]he auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit." We have received no such letter. Whenever Stelor receives such a letter, it will cooperate.

Fifth, samples of licensed products have been collected and are available to Mr. Silvers pursuant to the agreement, provided that the notice of termination is withdrawn and it is understood that the agreements remain in place.

---

Gail A. McQuilkin, Esq.
April 29, 2005
Page 2

Finally, no royalties are owed to your client and the advances paid far exceed royalties that have been accumulated. A royalty statement is enclosed reflecting full payment of any amounts due. To the extent that there are any concerns, they can be raised with us. However, there is simply no basis for termination. Instead, the continuing failure of Mr. Silvers to meet his obligations under paragraph 2 of the Settlement Agreement, which has been the subject of prior correspondence, is a breach that he needs to be cured immediately.

Mr. Silvers is obliged to honor the License Agreement and the Settlement Agreement. We hereby demand receipt of written notice by Noon on Monday, May 2, 2005 that the notice of termination has been withdrawn and that Mr. Silvers agrees to abide by his contractual agreements. We also demand written assurance that Mr. Silvers will make no efforts to interfere in any manner with the business of Stelor. Furthermore, Mr. Silvers needs to agree to the submission to the federal court of a consent decree confirming the enforceability of the agreements and the rights that have been conveyed to Stelor. Failing receipt of such notice and assurances, Stelor will initiate an action seeking to enforce the agreements through declaratory and injunctive relief.

All rights and remedies are reserved. Govern yourselves accordingly.

Sincerely,

Daniel Blonsky

DFB:gr
Enclosures
cc: Client (w/ encls.)
    Kevin C. Kaplan, Esq. (w/ encls.)

---

STELOR PRODUCTIONS, INC.
PO BOX 8006
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-9967
7-216-530

2751

04/28/05

PAY TO THE
ORDER OF  Silvers Entertainment Group                       $ **5,000.00

Five Thousand and 00/100*********************************************** DOLLARS

    Silvers Ent. Group
    8983 Okeechobee Blvd
    PMB 283 Suite 202
    West Palm Beach, FL 33411

MEMO  Advance Against Royalty April 05

�串002751⑥ ⑝052002166⑝: ⑝17597405⑝

STELOR PRODUCTIONS, INC.
    Silvers Entertainment Group              04/28/05        2751
04/28/05                      Bill #roymoy              5,000.00

Citibank Checkin  Advance Against Royalty April 05              5,000.00

**2752**

STELOR PRODUCTIONS, INC.
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0987
7-216-520

04/28/05

PAY TO THE ORDER OF   Silvers Entertainment Group

$ **5,000.00

Five Thousand and 00/100************************************************************* DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalty May 05

⑈002752⑈ ⑆052002166⑆ ⑈175974051⑈

---

STELOR PRODUCTIONS, INC.
Silvers Entertainment Group                    04/28/05         2752
04/28/05                    Bill #royapril                 5,000.00

Citibank Checkin  Advance Against Royalty May 05                    5,000.00

---

**2753**

STELOR PRODUCTIONS, INC.
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0987
7-216-520

04/28/05

PAY TO THE ORDER OF   Silvers Entertainment Group

$ **1,000.00

One Thousand and 00/100************************************************************* DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Royalty/insurance advance, Apr '05

⑈002753⑈ ⑆052002166⑆ ⑈175974051⑈

---

STELOR PRODUCTIONS, INC.
Silvers Entertainment Group                    04/28/05         2753
04/28/05                    Bill #052005                 1,000.00

Citibank Checkin  Royalty/insurance advance, Apr '05                    1,000.00

---

**2755**

STELOR PRODUCTIONS, INC.
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0987
7-216-520

04/28/05

PAY TO THE ORDER OF   Silvers Entertainment Group

$ **1,000.00

One Thousand and 00/100************************************************************* DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Royalty/insurance advance May '05

⑈002755⑈ ⑆052002166⑆ ⑈175974051⑈

---

STELOR PRODUCTIONS, INC.
Silvers Entertainment Group                    04/28/05         2755
04/28/05                    Bill #042005                 1,000.00

Citibank Checkin  Royalty/insurance advance May '05                    1,000.00

---

**Royalty Statement**
**Silvers Entertainment Group**
**January 1, 2005 – March 31, 2005**

| Transaction | Net Revenue | Royalty Rate | Royalty Amount | Pre-paid Royalty Balance |
|---|---|---|---|---|
| February advance against royalties | | | $5,000 | $5,000 |
| February advance against royalties for insurance premiums | | | $1,000 | $6,000 |
| Net revenue from licensed properties (iTunes) | $47.35 | 6% | $2.84 | $5,997.16 |
| Net revenue from derivative properties (iTunes) | $1.47 | 3% | $0.04 | $5,997.12 |
| March advance against royalties | | | $5,000 | $10,997.12 |
| March advance against royalties for insurance premiums | | | $1,000 | $11,997.12 |