# Exhibit 15

Dockets.Justia.com

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

April 29, 2005

**VIA FACSIMILE AND U.S. MAIL**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

    Re:    Silvers/Stelor

Dear Gail:

    I write in response to your letter dated April 27, 2005 to Steven Esrig of Stelor Productions purporting to terminate the License Agreement. It is the position of Stelor that the License Agreement and the Settlement Agreement remain enforceable and binding documents and that the purported grounds for termination are all invalid and improper. We will respond to each of those grounds in turn.

    First, Stelor has only recently converted to an LLC and Mr. Silvers has been provided an option letter for unit interests, to which he has not responded.

    Second, monthly installments on royalty advancements have been paid. Indeed, enclosed are copies of royalty advancement checks for April and May that we are prepared to release upon withdrawal of the notice of termination.

    Third, monthly advances on royalties to maintain insurance coverage have also been paid. Enclosed are checks for April and May that we are prepared to release upon withdrawal of the notice of termination. It must be noted, however, that, despite demand, Mr. Silvers has never confirmed the amount of insurance to be paid. As a show of good faith, Stelor has nonetheless paid the maximum each month, but such confirmation must be provided forthwith.

    Fourth, Stelor has cooperated in the audit of the books and records. In fact, just a week ago, on April 22, 2005, you sent an email to Kevin Kaplan stating that "[t]he auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit." We have received no such letter. Whenever Stelor receives such a letter, it will cooperate.

    Fifth, samples of licensed products have been collected and are available to Mr. Silvers pursuant to the agreement, provided that the notice of termination is withdrawn and it is understood that the agreements remain in place.

Gail A. McQuilkin, Esq.
April 29, 2005
Page 2

Finally, no royalties are owed to your client and the advances paid far exceed royalties that have been accumulated. A royalty statement is enclosed reflecting full payment of any amounts due. To the extent that there are any concerns, they can be raised with us. However, there is simply no basis for termination. Instead, the continuing failure of Mr. Silvers to meet his obligations under paragraph 2 of the Settlement Agreement, which has been the subject of prior correspondence, is a breach that he needs to be cured immediately.

Mr. Silvers is obliged to honor the License Agreement and the Settlement Agreement. We hereby demand receipt of written notice by Noon on Monday, May 2, 2005 that the notice of termination has been withdrawn and that Mr. Silvers agrees to abide by his contractual agreements. We also demand written assurance that Mr. Silvers will make no efforts to interfere in any manner with the business of Stelor. Furthermore, Mr. Silvers needs to agree to the submission to the federal court of a consent decree confirming the enforceability of the agreements and the rights that have been conveyed to Stelor. Failing receipt of such notice and assurances, Stelor will initiate an action seeking to enforce the agreements through declaratory and injunctive relief.

All rights and remedies are reserved. Govern yourselves accordingly.

Sincerely,

Daniel Blonsky

DFB:gr
Enclosures
cc: Client (w/ encls.)
    Kevin C. Kaplan, Esq. (w/ encls.)

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

2751

STELOR PRODUCTIONS, INC.  
PO BOX 8000  
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.  
WASHINGTON, DC 20036-0967  
7-216-520

04/28/05

PAY TO THE ORDER OF   Silvers Entertainment Group            $ **5,000.00

Five Thousand and 00/100************************************************************ DOLLARS

Silvers Ent. Group  
8983 Okeechobee Blvd  
PMB 203 Suite 202  
West Palm Beach, FL 33411

MEMO   Advance Against Royalty April 05

⑈002751⑈ ⑆052002166⑆ ⑈175974055⑈

---

**STELOR PRODUCTIONS, INC.**

| | | | |
|---|---|---|---|
| | Silvers Entertainment Group | | 04/28/05    2751 |
| 04/28/05 | | Bill #roymay | 5,000.00 |

Citibank Checkin   Advance Against Royalty April 05                                         5,000.00



2752

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/28/05

PAY TO THE ORDER OF    Silvers Entertainment Group    $ **5,000.00

Five Thousand and 00/100************************************************************ DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO    Advance Against Royalty May 05

⑈002752⑈ ⑆052002166⑆ ⑈17597405⑈

---

STELOR PRODUCTIONS, INC.
    Silvers Entertainment Group                    04/28/05    2752
04/28/05                Bill #royapril                                      5,000.00

Citibank Checkin   Advance Against Royalty May 05              5,000.00



```
                                                                              2753
STELOR PRODUCTIONS, INC.              CITIBANK, F.S.B.
      PO BOX 8000                   WASHINGTON, DC 20036-0967
   GAITHERSBURG, MD 20883                  7-216-520                    04/28/05

PAY TO THE   Silvers Entertainment Group                              $ **1,000.00
ORDER OF

  One Thousand and 00/100**************************************************
                                                                        DOLLARS

   Silvers Ent. Group
   8983 Okeechobee Blvd
   PMB 203 Suite 202
   West Palm Beach, FL 33411

MEMO   Royalty/insurance advance, Apr '05

          ⑈002753⑈  ⑆052002166⑆    ⑈175974051⑈
```

TELOR PRODUCTIONS, INC.
    Silvers Entertainment Group                                    04/28/05              2753
04/28/05                    Bill #052005                                                    1,000.00

Citibank Checkin   Royalty/insurance advance, Apr '05                                       1,000.00



**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/28/05

2755

PAY TO THE ORDER OF   Silvers Entertainment Group   $ **1,000.00

One Thousand and 00/100*********************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO  Royalty/insurance advance May '05

⑈002755⑈ ⑆052002166⑆ ⑈17597405⑈

---

**STELOR PRODUCTIONS, INC.**

| | | | |
|---|---|---|---|
| | Silvers Entertainment Group | | 04/28/05   2755 |
| 04/28/05 | | Bill #042005 | 1,000.00 |

Citibank Checkin   Royalty/insurance advance May '05                         1,000.00



Royalty Statement
Silvers Entertainment Group
January 1, 2005 – March 31, 2005

| Transaction | Net Revenue | Royalty Rate | Royalty Amount | Pre-paid Royalty Balance |
|---|---|---|---|---|
| February advance against royalties | | | $5,000 | $5,000 |
| February advance against royalties for insurance premiums | | | $1,000 | $6,000 |
| Net revenue from licensed properties (iTunes) | $47.35 | 6% | $2.84 | $5,997.16 |
| Net revenue from derivative properties (iTunes) | $1.47 | 3% | $0.04 | $5,997.12 |
| March advance against royalties | | | $5,000 | $10,997.12 |
| March advance against royalties for insurance premiums | | | $1,000 | $11,997.12 |

LAW OFFICES
BURLINGTON, WEIL,
SCHWIEP, KAPLAN & BLONSKY, P.A.
*OFFICES IN THE GROVE*

## FACSIMILE TRANSMITTAL SHEET

TO:  GAIL MCQUILKIN

FROM:  DANIEL BLONSKY

FAX NUMBER:  (305) 372-3508

PHONE NUMBER: (305) 372-1800

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 8

RE:  SILVERS/STELOR

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

**PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.**

FILE NO. 1882.001                     DATE: April 29, 2005

2699 SOUTH BAYSHORE DRIVE, PENTHOUSE, MIAMI, FL 33133
TELEPHONE: (305) 858-2900 * FAX: (305) 858-5261 *
EMAIL: INFO@BWSKB.COM

TRANSMISSION VERIFICATION REPORT

```
                                          TIME : 04/29/2005 15:49
                                          NAME : BURLINGTON WEIL
                                          FAX  : 3058585261
                                          TEL  : 3058582900
```

```
DATE,TIME          04/29 15:45
FAX NO./NAME       28#1882#001#305372350#
DURATION           00:04:03
PAGE(S)            08
RESULT             OK
MODE               STANDARD
```

LAW OFFICES
BURLINGTON, WEIL,
SCHWIEP, KAPLAN & BLONSKY, P.A.
*OFFICES IN THE GROVE*

## FACSIMILE TRANSMITTAL SHEET

TO: Steve Esrig
Stelor Productions

FROM: DAN BLONSKY

FAX NUMBER: (301) 990-3636

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 8

RE: SILVERS

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

**PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.**

FILE NO. 1882.001     DATE: April 29, 2005

2699 SOUTH BAYSHORE DRIVE, PENTHOUSE, MIAMI, FL 33133
TELEPHONE: (305) 858-2900 * FAX: (305) 858-5261 *
EMAIL: INFO@BWSKB.COM

```
            TRANSMISSION VERIFICATION REPORT

                                          TIME  : 04/29/2005 16:04
                                          NAME  : BURLINGTON WEIL
                                          FAX   : 3058585261
                                          TEL   : 3058582900


    DATE,TIME                04/29  16:01
    FAX NO./NAME             40#1882#001#13019903636#
    DURATION                 00:03:00
    PAGE(S)                  08
    RESULT                   OK
    MODE                     STANDARD
                             ECM
```