

**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

LAURENCE R. HEFTER
202-408-4053
larry.hefter@finnegan.com

April 5, 2005

Commissioner for Trademarks
2900 Crystal Drive, South Tower Building
Fourth Floor
Arlington, Virginia 22215-1471

ATTN: MPU

> International Register Response to Notice of Irregularity
> Mark: GOOSICAL
> Applicant: Steven A. Silvers
> USPTO Reference No.: Z1231805
> Attorney Docket: 09519.0022-00183

Sir:

We enclose the following for filing with the World Intellectual Property Organization:

1.    Copy of Notice of Irregularity issued by WIPO; and

2.    Response to Notice of Irregularity.

Respectfully submitted,

Laurence R. Hefter

LRH/eab
Enclosures: As Stated

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Attorney Docket:  09519.0022-00183

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## AND
## THE WORLD INTELLECTUAL PROPERTY ORGANIZATION

Applicant:               Steven A. Silvers
USPTO Reference No.:   Z1231805
Filing Date:           November 8, 2004
Mark:                GOOSICAL

WIPO Examiner:       Noëlle Moutout
WIPO Reference No.:   NM/2923928/285514601

COMMISSIONER FOR TRADEMARKS
P.O. Box 1451
Alexandria, Virginia  22313-1451

ATTN:  MPU

## RESPONSE TO NOTICE OF IRREGULARITY

Applicant submits the following amendments and remarks in response to the

Notice of Irregularity dated February 17, 2005.

## AMENDMENTS

Please delete "playing cards" from the application.

Please amend the term "web pages" in Class 16 to read "printed web pages."

USPTO Reference No Z1231805

## REMARKS

Applicant has amended this application to conform to the requests made by

WIPO.

Respectfully submitted,

STEVEN A. SILVERS

Dated:  April 5, 2005

By: _____

Laurence R. Heffer
Attorney for Applicant

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4415
Telephone:  202-408-4000
Facsimile:  202-408-4400

**WORLD INTELLECTUAL**
**PROPERTY ORGANIZATION**

34, chemin des Colombettes, P.O. Box 18, CH-1211 Geneva (Switzerland)
WIPO postal cheque account: No. 12-5000-8 Geneva
Int'l Bank Account Number (IBAN): Credit Swiss Bank, Geneva
CH35 0425 1048 7080 8100 0 / Swift Code: CRESCHZZ12A
Tel. (41-22) 338 9111 Facsimile: (41-22) 733 5428
E-mail: intreg.mail@wipo.int Internet: http://www.wipo.int



Madrid Agreement
and
Madrid Protocol

Laurence R. Hefter,
Finnegan, Henderson,
Farabow,
Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, DC 20005-3315
États-Unis d'Amérique

RECEIVED

FEB 2 4 2005

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.

17 February 2005

NOTICE CONCERNING AN INTERNATIONAL APPLICATION

ATTENTION:

The irregularity(ies) indicated in this notice is/are to be remedied
by the office of origin.

Re.: International application based on
application N°76/591,384
    for the mark GOOSICAL
    in the name of Steven A. Silvers

Date of receipt of the international application
    by the Office of origin: 8 November 2004
    by the International Bureau: 24 November 2004

Our ref. : NM/2923928/285514601
Office ref. : Z1231805
Applicant ref.: 09519.0022-00183
Examiner: Noëlle MOUTOUT
Telephone N: (41 22) 338 82 75

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

We acknowledge receipt of the above-mentioned international
application.

The examination of this application has revealed the



Resp. Due 5-17-05

Dhtr
2-24-05

Geneva, 17 February 2005

Annex to the irregularity notice concerning the
international application based on the national
application or the national registration No 76/591,384

Our ref.: NM/2923928/285514601
Office ref. : Z1231805
Applicant ref.: 09519.0022-00183

Swiss Francs

| | |
|---|---|
| Basic fee where no reproduction of the mark is in color (Protocol application): | 653.00 |
| Individual fee (Protocol application): EM | 2,855.00 |
| Individual fee (first part): JP | 226.00 |
| Individual fee / supplementary fee (first part): JP | 171.00 |
| | ---------- |
| Total due: | 3,905.00 |

*LRH - EAB*

*20*

## PLEASE ACKNOWLEDGE RECEIPT OF THE FOLLOWING
## RESPONSE TO NOTICE OF IRREGULARITY ISSUED BY WIPO

**ATTENTION: MPU**

| | |
|---|---|
| Applicant: | Steven A. Silvers |
| USPTO Reference No.: | Z1231805 |
| Filing Date: | November 8, 2004 |
| Mark: | GOOSICAL |

*[stamp: OIPE APR 0 5 2005 PATENT & TRADEMARK OFFICE JC25]*

1.    PTO Cover Letter;

2.    Response to Notice of Irregularity;

3.    Copy of Notice of Irregularity Issued by WIPO on February 17, 2005.

Docket No.: 09519.0022-00183          **Due Date: May 17, 2005**

LRH/eab          April 5, 2005          MD-624          *DK 72 4-5-05*

879497_1.DOC

Response to Office Action

## Elizabeth Buckley - Received your Response to Office Action Form for 76591383

**From:** <TEAS@uspto.gov>
**To:** <docketing@finnegan.com>
**Date:** 6/3/2005 10:09 AM
**Subject:** Received your Response to Office Action Form for 76591383

We have received your Response to Office Action Form below.
Application serial no. **76591383** has been amended as follows:

### Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 028 for STUFFED TOYS, PLUSH TOYS, ELECTRONIC TOYS
Original Filing Basis: 1(b).
Proposed: Class 028 for STUFFED TOYS, PLUSH TOYS, ELECTRONIC ACTION TOYS, HAND-HELD UNITS FOR PLAYING ELECTRONIC GAMES

### Additional Statements

The mark is presented in standard characters without claim to any particular font style, size, or color.

### Response Signature

Signature: /Laurence R. Hefter/    Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney

```
==========TEAS XML RESPONSE==========
```

76591383

http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=76591383

GOOLAGONG

Response to Office Action

PTO Form (Rev 4/2000)
OMB Control #0651-.... (Exp. 04/30/2006)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. 76591383 is amended as follows:

## Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 028 for STUFFED TOYS, PLUSH TOYS, ELECTRONIC TOYS
Original Filing Basis: 1(b).
Proposed: Class 028 for STUFFED TOYS, PLUSH TOYS, ELECTRONIC ACTION TOYS, HAND-HELD
UNITS FOR PLAYING ELECTRONIC GAMES

## Additional Statements

The mark is presented in standard characters without claim to any particular font style, size, or color.

## Response Signature

Signature: /Laurence R. Hefter/    Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney

Go Back

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/591383

APPLICANT:          SILVERS, STEVEN A.

CORRESPONDENT ADDRESS:
    IRA C. EDELL
    STELOR PRODUCTIONS
    14701 MOCKINGBIRD DRIVE
    DARNESTOWN, MARYLAND 20874

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK:        GOOLAGONG

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A

CORRESPONDENT EMAIL ADDRESS:

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number  76/591383

The assigned trademark examining attorney has reviewed the referenced application and has determined the following.

**Search Results**
The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

However, the applicant must address the following issues:

**Standard Character Claim**
Applicant must submit the following standard character claim: "The mark is presented in standard characters without claim to any particular font style, size, or color." 37 C.F.R. §2.52(a).

**Claim of Prior Registrations**
The applicant's claim of ownership of prior registrations (listed by serial number in the application) cannot be printed on any registration which may issue from this application because the registrations are either unrelated to this application or have been abandoned.  TMEP §812.

**Identification of Goods**



Page 2 of 3

The wording "electronic toys" in the identification of goods needs clarification. Applicant may change this wording to "electronic toys, namely, hand held unit for playing electronic games", "electronic action toys", if accurate. TMEP §1402.01.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

For assistance with identifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identification of Goods and Services* at http://www.uspto.gov/web/offices/tac/doc/gsmanual

## NOTICE: TRADEMARK OPERATION RELOCATION

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> **Commissioner for Trademarks**
> **P.O. Box 1451**
> **Alexandria, VA  22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

> /Ernest Shosho/
> Trademark Attorney
> Law Office 102
> 571-272-9705

### How to respond to this Office Action:

You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) CANNOT currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

Page 3 of 3

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.

Page 01 of 01

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction to the Intent to Use Unit at 571-273-9550. Please include the serial number of your application on ALL correspondence with the USPTO.

ISSUE DATE: May 24, 2005

Laurence R. Hefter, Esq.
Finnegan, Henderson, Farabow, Garrett &
901 New York Avenue, N.W.
Washington District of Columbia (DC) 200

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to use the mark in commerce. You must use the mark in commerce and file a Statement of Use (a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement of Use ("Extension Request"). If you file an extension request, you must continue to file a new request every six months until the Statement of Use is filed. Applicant may file a total of five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements including fees. Therefore, we encourage use of the USPTO forms, available online at http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the possible omission of important information. Please note that the Trademark Electronic Application System (TEAS) provides line-by-line help instructions for completing the Extension Request or Statement of Use forms online. If you do not have access to the Internet, you may call 1-800-786-9199 to request the printed form(s).

### The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/591381
MARK:          GOOROO (STANDARD CHARACTER MARK)
OWNER:         SILVERS, STEVEN A.
               8983 OKEECHOBEE BLVD SUITE 202
               PO BOX 203
               WEST PALM BEACH, FLORIDA  33411

This application has the following bases, but not necessarily for all listed goods/services:
Section 1(a): NO     Section 1(b): YES     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

028-TOYS, NAMELY STUFFED AND PLUSH TOYS

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

RECEIVED

JUN 0 7 2005


FINNEGAN, HENDERSON, FARABOW,
GARRETT AND DUNNER LLP

TMFR9B [3/2005]    ADDITIONAL INFORMATION MAY BE PRESENT IN THE USPTO RECORDS

Page 01 of 01

U.S. Patent and Trademark Office (USPTO)

# NOTICE OF ALLOWANCE

NOTE: If any data on this notice is incorrect, please fax a request for correction
to the Intent to Use Unit at 571-273-9550. Please include the serial number of your
application on ALL correspondence with the USPTO.

**ISSUE DATE:** May 24, 2005

Laurence R. Hefter, Esq.
Finnegan, Henderson, Farabow, Garrett &
901 New York Avenue, N.W.
Washington District of Columbia (DC) 200

RECEIVED

JUN 1 3 2005

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

## ** IMPORTANT INFORMATION: 6 MONTH DEADLINE **

You filed the trademark application identified below based upon a bona fide intention to
use the mark in commerce. You must use the mark in commerce and file a Statement of Use
(a.k.a. Allegation of Use) before the USPTO will register the mark. You have SIX (6) MONTHS
from the ISSUE DATE of this Notice of Allowance (NOA) to file either a Statement of Use, or if
you are not yet using the mark in commerce, a Request for Extension of Time to File a Statement
of Use ("Extension Request"). If you file an extension request, you must continue to file a new
request every six months until the Statement of Use is filed. Applicant may file a total of
five (5) extension requests. FAILURE TO FILE A REQUIRED DOCUMENT DURING THE APPROPRIATE
TIME PERIOD WILL RESULT IN THE ABANDONMENT OF YOUR APPLICATION.

Please note that both the "Statement of Use" and "Extension Request" have many legal requirements
including fees. Therefore, we encourage use of the USPTO forms, available online at
http://www.uspto.gov/teas/index.html (under "File a PRE-registration form"), to avoid the
possible omission of important information. Please note that the Trademark Electronic
Application System (TEAS) provides line-by-line help instructions for completing the Extension
Request or Statement of Use forms online. If you do not have access to the Internet, you may
call 1-800-786-9199 to request the printed form(s).

## The following information should be reviewed for accuracy:

SERIAL NUMBER: 76/591378
MARK:           GOOBOO (STANDARD CHARACTER MARK)
OWNER:          SILVERS, STEVEN A.
                8983 OKEECHOBEE BLVD SUITE 202
                PO BOX 203
                WEST PALM BEACH, FLORIDA  33411

This application has the following bases, but not necessarily for all listed goods/services:
    Section 1(a): NO     Section 1(b): YES     Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

028-TOYS, NAMELY STUFFED AND PLUSH TOYS

ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED

Docketed 6/13/05  Attorney LRH/EAB
Case D9519-0025
Due Date 11/24/05 w/CRW/5
Action In Stmt/Use or Ext
By _____

Response to Office Action



Page 1 of

**Elizabeth Buckley - Received your Response to Office Action Form for 76592806**

| | |
|---|---|
| **From:** | <TEAS@uspto.gov> |
| **To:** | <docketing@finnegan.com> |
| **Date:** | 6/3/2005 10:31 AM |
| **Subject:** | Received your Response to Office Action Form for 76592806 |

We have received your Response to Office Action Form below.

Application serial no. **76592806** has been amended as follows:

**Classification and Listing of Goods/Services**

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 016 for ALL PRINTED MATTER; NAMELY, PAPER, CARDBOARD AND GOODS MADE FOR THESE MATERIALS, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS, AND MAGAZINES IN THE FIELD OF COMICS; PICTURE CARDS; STATIONERY; ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, PAINT BRUSHES; TYPEWRITERS AND OFFICE SUPPLIES; STICKERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL FOR USE IN TEACHING AND ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS; PLAYING CARDS; CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; WEB PAGES

Original Filing Basis: 1(b).

Proposed: Class 016 for GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS AND MAGAZINES FOR CHILDREN; PICTURE CARDS, STATIONERY, ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, AND PAINT BRUSHES; STICKERS, PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELDS OF MATH, GEOGRAPHY, SPELLING, AND READING; ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS, CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; CREATION AND PROVISION OF WEB PAGES DIRECTED TO CHILDREN AND PARENTS

**Additional Statements**

The mark is presented in standard characters without claim to any particular font style, size, or color.

**Response Signature**

Signature: /Laurence R. Hefter/   Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney

```
============TEAS XML RESPONSE============
```



PTO Form (Rev 4/2000)
OMB Control #0651-.... (Exp. 04/30/2006)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. 76592806 is amended as follows:

### Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 016 for ALL PRINTED MATTER; NAMELY, PAPER, CARDBOARD AND GOODS MADE FOR THESE MATERIALS, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS, AND MAGAZINES IN THE FIELD OF COMICS; PICTURE CARDS; STATIONERY; ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, PAINT BRUSHES; TYPEWRITERS AND OFFICE SUPPLIES; STICKERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL FOR USE IN TEACHING AND ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS; PLAYING CARDS; CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; WEB PAGES

Original Filing Basis: 1(b).

Proposed: Class 016 for GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS AND MAGAZINES FOR CHILDREN; PICTURE CARDS, STATIONERY, ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, AND PAINT BRUSHES; STICKERS, PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELDS OF MATH, GEOGRAPHY, SPELLING, AND READING; ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS, CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; CREATION AND PROVISION OF WEB PAGES DIRECTED TO CHILDREN AND PARENTS

### Additional Statements

The mark is presented in standard characters without claim to any particular font style, size, or color.

### Response Signature

Signature: /Laurence R. Hefter/    Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney

Go Back

TRADEMARK APPLICATION NO. 76592806 - GOOPETS - N/A                    Page 1 of 3

| To: | SILVERS, STEVEN A. (gewrue@hotmail.com) |
| Subject: | TRADEMARK APPLICATION NO. 76592806 - GOOPETS - N/A |
| Sent: | 12/8/04 2:34:19 PM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/592806

APPLICANT:        SILVERS, STEVEN A.



CORRESPONDENT ADDRESS:
   Steven A. Silvers
   Silvers Entertainment Group, Inc.
   8983 Okeechobee Blvd. Ste. 202, PMB 203
   West Palm Beach Fl. 33411

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK:      GOOPETS

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A

CORRESPONDENT EMAIL ADDRESS:
   gewrue@hotmail.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

## OFFICE ACTION

**TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.**

Serial Number 76/592806

The assigned trademark examining attorney has reviewed the referenced application and has determined the following.

Search Results
The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

However, the applicant must address the following issues:

Standard Character Claim

02/09/05  16:44 FAX 5712730    PTO LAW_OFFICE  102    ⊠034

TRADEMARK APPLICATION NO. 76592806 - GOOPETS - N/A                    Page 2 of 3

Applicant must submit the following standard character claim: "The mark is presented in standard characters without claim to any particular font style, size, or color." 37 C.F.R. §2.52(a).

**Claim of Prior Registrations**
The applicant's claim of ownership of prior registrations (listed by serial number in the application) cannot be printed on any registration which may issue from this application because the registrations are either unrelated to this application or have been abandoned. TMEP §812.

**Identification and Classification of Goods**
The wording "All printed matter, namely, paper, cardboard and goods made for these materials, namely" in the identification of goods is confusing and awkwardly worded. It is unclear if the applicant provides "paper" and "cardboard" as goods. The applicant should rewrite this initial phrase and make it clear regarding the goods provided by the applicant.

The wording "office supplies" in the identification of goods is unacceptable as indefinite because the applicant must state the supplies by their common commercial names. The applicant may amend this wording to "office supplies, namely, staplers", in International Class 16, if accurate. TMEP §1402.01.

The wording "printed instructional and teaching material for use in teaching and entertainment" in the identification of goods is unacceptable as indefinite because the applicant must state an area of use for the materials. The applicant may amend this wording to "Printed instructional and teaching materials for use in the field of [insert field of use, i.e. math] for use in teaching and entertainment", in International Class 16, if accurate. TMEP §1402.01.

The wording "web pages" in the identification of goods is unacceptable as indefinite, the applicant must be more specific about this item. The applicant may amend this wording to "Creation and provision of web pages to and for third parties", in International Class 42, "Design of web pages", in International Class 42, if accurate. TMEP §1402.01.

The applicant has classified the goods listed as "playing cards" incorrectly. The applicant must amend the application to classify the goods in International Class 028. 37 C.F.R. §§2.32(a)(7) and 2.85; TMEP §§1401.02(a) and 1401.03(b).

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

For assistance with identifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identification of Goods and Services* at http://www.uspto.gov/web/offices/tac/doc/gsmanual

**Possible Additional Fees Required**
If applicant prosecutes this application as a combined, or multiple-class application, then applicant must comply with each of the following for those goods and/or services based on an intent to use the mark in commerce under Trademark Act Section 1(b):

   (1) Applicant must list the goods and/or services by international class with the classes listed in ascending numerical order. TMEP § 1403.01; and

Applicant must submit a filing fee for each international class of goods and/or services not covered by

02/09/05  16:44 FAX 571273008▮    PTO LAW OFFICE  102  ▮   ☒035

TRADEMARK APPLICATION NO. 76592806 - GOOPETS - N/A        Page 3 of 3

the fee already paid. 37 C.F.R. §2.86(a)(2); TMEP §§810.01 and 1403.01.

## NOTICE: TRADEMARK OPERATION RELOCATION

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> **Commissioner for Trademarks**
> **P.O. Box 1451**
> **Alexandria, VA 22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

> /Ernest Shosho/
> Trademark Attorney
> Law Office 102
> 571-272-9705

How to respond to this Office Action:

You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) CANNOT currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.

Response to Office Action ●                ●                Page 1 of 3

**Elizabeth Buckley - Received your Response to Office Action Form for 76592804**

| | |
|---|---|
| **From:** | <TEAS@uspto.gov> |
| **To:** | <docketing@finnegan.com> |
| **Date:** | 6/3/2005 10:22 AM |
| **Subject:** | Received your Response to Office Action Form for 76592804 |

We have received your Response to Office Action Form below.
Application serial no. **76592804** has been amended as follows:

**Classification and Listing of Goods/Services**

**Applicant hereby amends the following class of goods/services in the application as follows:**
Current: Class 016 for ALL PRINTED MATTER; NAMELY, PAPER, CARDBOARD AND GOODS MADE FOR
THESE MATERIALS, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS, AND MAGAZINES IN
THE FIELD OF COMICS; PICTURE CARDS; STATIONERY; ARTISTS' MATERIALS, NAMELY, PENS,
PENCILS, PASTELS, PALLETS, PAINT BRUSHES; TYPEWRITERS AND OFFICE SUPPLIES; STICKERS;
PRINTED INSTRUCTIONAL AND TEACHING MATERIAL FOR USE IN TEACHING AND
ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS; PLAYING CARDS; CHILDREN'S AND
ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; WEB PAGES
Original Filing Basis: 1(b).
Proposed: Class 016 for GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, PRINTED MATTER
IN THE NATURE OF BOOKS AND MAGAZINES FOR CHILDREN; PICTURE CARDS, STATIONERY,
ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, AND PAINT BRUSHES;
STICKERS, PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELDS OF MATH,
GEOGRAPHY, SPELLING, AND READING; ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING
BOARDS, CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; CREATION
AND PROVISION OF WEB PAGES DIRECTED TO CHILDREN AND PARENTS

**Additional Statements**
The mark is presented in standard characters without claim to any particular font style, size, or color.

**Response Signature**

Signature: /Laurence R. Hefter/   Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney


=============TEAS XML RESPONSE=============

 

PTO Form (Rev 4/2000)
OMB Control #0651-.... (Exp. 04/30/2006)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. 76592804 is amended as follows:

### Classification and Listing of Goods/Services

**Applicant hereby amends the following class of goods/services in the application as follows:**

Current: Class 016 for ALL PRINTED MATTER; NAMELY, PAPER, CARDBOARD AND GOODS MADE FOR THESE MATERIALS, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS, AND MAGAZINES IN THE FIELD OF COMICS; PICTURE CARDS; STATIONERY; ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, PAINT BRUSHES; TYPEWRITERS AND OFFICE SUPPLIES; STICKERS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL FOR USE IN TEACHING AND ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS; PLAYING CARDS; CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; WEB PAGES

Original Filing Basis: 1(b).

Proposed: Class 016 for GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, PRINTED MATTER IN THE NATURE OF BOOKS AND MAGAZINES FOR CHILDREN; PICTURE CARDS, STATIONERY, ARTISTS' MATERIALS, NAMELY, PENS, PENCILS, PASTELS, PALLETS, AND PAINT BRUSHES; STICKERS, PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELDS OF MATH, GEOGRAPHY, SPELLING, AND READING; ENTERTAINMENT; GEOGRAPHICAL MAPS, DRAWING BOARDS, CHILDREN'S AND ADOLESCENTS' MAGAZINES, BOOKS, AND PAMPHLETS; CREATION AND PROVISION OF WEB PAGES DIRECTED TO CHILDREN AND PARENTS

### Additional Statements

The mark is presented in standard characters without claim to any particular font style, size, or color.

### Response Signature

Signature: /Laurence R. Hefter/   Date: 06/03/2005
Signatory's Name: Laurence R. Hefter
Signatory's Position: Attorney

Go Back

02/09/05  16:47 FAX 5712730███      PTO LAW OFFICE 102 ███                    ☑043

TRADEMARK APPLICATION NO. 76592804 - GOOTUNE (S) - N/A                    Page 1 of 3

| To: | SILVERS, STEVEN A. (gewrue@hotmail.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 76592804 - GOOTUNE (S) - N/A |
| Sent: | 12/8/04 2:33:43 PM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 76/592804

APPLICANT:          SILVERS, STEVEN A.

CORRESPONDENT ADDRESS:
Steven A. Silvers
Silvers Entertainment Group, Inc.
8983 Okeechobee Blvd. Ste. 202, PMB 203
West Palm Beach FL 33411

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK:     GOOTUNE (S)

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A

CORRESPONDENT EMAIL ADDRESS:
gewruc@hotmail.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

TO AVOID ABANDONMENT, WE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF OUR MAILING OR E-MAILING DATE.

Serial Number 76/592804

The assigned trademark examining attorney has reviewed the referenced application and has determined the following.

Search Results
The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

However, the applicant must address the following issues:

Standard Character Claim

file://\\ticrs-ais-01\ticrsexport\HtmlToTiffInput\OOA00012005_02_09_15_18_06_WS0278...  2/9/2005

02/09/05  16:48 FAX 5712730     PTO LAW OFFICE  102     ☒044

Applicant must submit the following standard character claim: "The mark is presented in standard characters without claim to any particular font style, size, or color." 37 C.F.R. §2.52(a).

**Claim of Prior Registrations**
The applicant's claim of ownership of prior registrations (listed by serial number in the application) cannot be printed on any registration which may issue from this application because the registrations are either unrelated to this application or have been abandoned. TMEP §812.

**Identification and Classification of Goods**
The wording "All printed matter, namely, paper, cardboard and goods made for these materials, namely" in the identification of goods is confusing and awkwardly worded. It is unclear if the applicant provides "paper" and "cardboard" as goods. The applicant should rewrite this initial phrase and make it clear regarding the goods provided by the applicant.

The wording "office supplies" in the identification of goods is unacceptable as indefinite because the applicant must state the supplies by their common commercial names. The applicant may amend this wording to "office supplies, namely, staplers", in International Class 16, if accurate. TMEP §1402.01.

The wording "printed instructional and teaching material for use in teaching and entertainment" in the identification of goods is unacceptable as indefinite because the applicant must state an area of use for the materials. The applicant may amend this wording to "Printed instructional and teaching materials for use in the field of [insert field of use, i.e. math] for use in teaching and entertainment", in International Class 16, if accurate. TMEP §1402.01.

The wording "web pages" in the identification of goods is unacceptable as indefinite, the applicant must be more specific about this item. The applicant may amend this wording to "Creation and provision of web pages to and for third parties", in International Class 42, "Design of web pages", in International Class 42, if accurate. TMEP §1402.01.

The applicant has classified the goods listed as "playing cards" incorrectly. The applicant must amend the application to classify the goods in International Class 028. 37 C.F.R. §§2.32(a)(7) and 2.85; TMEP §§1401.02(a) and 1401.03(b).

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, the applicant may not amend to include any goods or services that are not within the scope of the goods and services recited in the present identification.

For assistance with identifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identification of Goods and Services* at http://www.uspto.gov/web/offices/tac/doc/gsmanual

**Possible Additional Fees Required**
If applicant prosecutes this application as a combined, or multiple-class application, then applicant must comply with each of the following for those goods and/or services based on an intent to use the mark in commerce under Trademark Act Section 1(b):

(1) Applicant must list the goods and/or services by international class with the classes listed in ascending numerical order. TMEP § 1403.01; and

Applicant must submit a filing fee for each international class of goods and/or services not covered by

TRADEMARK APPLICATION NO. 76592804 - GOOTUNE (S) - N/A                        Page 3 of 3

the fee already paid. 37 C.F.R. §2.86(a)(2); TMEP §§810.01 and 1403.01.

## NOTICE: TRADEMARK OPERATION RELOCATION

The Trademark Operation has relocated to Alexandria, Virginia. Effective October 4, 2004, all Trademark-related paper mail (except documents sent to the Assignment Services Division for recordation, certain documents filed under the Madrid Protocol, and requests for copies of trademark documents) must be sent to:

> **Commissioner for Trademarks**
> **P.O. Box 1451**
> **Alexandria, VA 22313-1451**

Applicants, attorneys and other Trademark customers are strongly encouraged to correspond with the USPTO online via the Trademark Electronic Application System (TEAS), at http://www.uspto.gov/teas/index.html.

> /Ernest Shosho/
> Trademark Attorney
> Law Office 102
> 571-272-9705

**How to respond to this Office Action:**

You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://eteas.uspto.gov/V2.0/oa242/WIZARD.htm and follow the instructions therein, but you must wait until at least 72 hours after receipt if the office action issued via e-mail). PLEASE NOTE: Responses to Office Actions on applications filed under the Madrid Protocol (Section 66(a)) CANNOT currently be filed via TEAS.

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the serial number, law office and examining attorney's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov/

For general and other useful information about trademarks, you are encouraged to visit the Office's web site at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY.**

JUN-16-2005 15:19 FROM:

TO:Finnegan Henderson  P.2/2
Ottawa, Ontario Canada K1P 5T6
Tel. (613) 232-2486 Fax (613) 232-8440
www.smart-biggar.ca

A. Dennis Armstrong
adarmstrong@smart-biggar.ca

**Our Ref: 66822-836**

BY FACSIMILE
June 16, 2005

Mr. Laurence R. Hefter
Finnegan, Henderson, Farabow,
Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, D.C.
20001-4413, U.S.A.

Dear Larry:

Re: Canadian Trade-mark Application
    No.:            1236692
    Trade-mark:     GOOTUNE (S)
    Present Owner:  Steven A. Silvers
    **Your Ref:     09519.0029-00131**

Further to our telephone conversation of June 16, 2005, we have today proceeded with the preparation and filing of a revised application in response to the outstanding Office action. In the revised application we have amended the specification of wares in accordance with your instructions.

We will keep you informed of developments.

Two copies of our response will follow with the original of this letter together with our debit note.

Yours very truly,

SMART & BIGGAR

A. Dennis Armstrong

ADA:dsk
Encls

OTTAWA  MONTREAL  TORONTO  EDMONTON  VANCOUVER

JUN-15-2005 15:32 FROM:                                    TO:Finnegan Henderson   P.2/3

**SMART & BIGGAR**
*Intellectual Property & Technology Law*

P.O. Box 2999, Station D
900 – 55 Metcalfe Street
Ottawa, Ontario Canada K1P 5Y6
Tel. (613) 232-2486  Fax (613) 232-844
www.smart-biggar.ca

A. Dennis Armstrong
adarmstrong@smart-biggar.ca

**Our Ref: 66822-836**

BY FACSIMILE ONLY
June 15, 2005

Mr. Laurence R. Hefter
Finnegan, Henderson, Farabow,
Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, D.C.
20001-4413, U.S.A.

Dear Laurence:

Re: Canadian Trade-mark Application
    No.:            1,236,692
    Trade-mark:     GOOTUNE (S)
    Present Owner:  Steven A. Silvers
    Your Ref:       09519-0029-00131

Thank you for your facsimile message of June 14, 2005.

We have reviewed the proposed amendment to the description of the goods. In this respect the Trade-marks Office will not accept a description such as "printed instructional and teaching materials in the fields of math, geography, spelling, reading and entertainment". The Trade-marks Office will require that these materials be specifically listed. Would you please provide us with your further comments with respect to these items.

OTTAWA  MONTREAL  TORONTO  EDMONTON  VANCOUVER

TO:Finnegan Henderson    P.3/3

JUN-15-2005 15:32 FROM:

SMART & BIGGAR

*Our Ref: 66822-836*                    2

We look forward to hearing from you in this matter well before the due date.

Yours very truly,

SMART & BIGGAR

A. Dennis Armstrong

ADA:dak



**FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

LAURENCE R. HEFTER
202.408.4053
larry.hefter@finnegan.com

June 14, 2005

Mr. A. Dennis Armstrong
Smart & Biggar
P.O. Box 2999, Station D
55 Metcalfe Street, Suite 900
Ottawa, Canada K1P 5Y6

**VIA FACSIMILE**

    Canadian Trademark/Service Mark Application No. 1,236,692
    Mark: GOOTUNE(S) (in block letters)
    Applicant: Steven A. Silvers
    Your Reference: 66822-836
    Our Reference: 09519.0029-00131

Dear Dennis:

    Thank you for your letter of March 8, 2005, reporting on the Official Action which issued in this matter and your subsequent reminders that a response is due no later than June 22, 2005.

    In accordance with the Examiner's request, we propose amending the definition of goods in the application to read as follows:

> goods made from paper and cardboard, namely, printed matter in the nature of books and magazines in the field of comics; picture cards; greeting cards; writing paper and envelopes; artists' materials, namely, pens, pencils, pastels, pallets, paint brushes; stickers; playing cards; trading cards; printed instructional and teaching material in the fields of math, geography, spelling, reading and entertainment; geographical maps; drawing boards; children's and adolescents' magazines, books, and pamphlets.

    We request that you revise the application accordingly and file the response to the Official Action before the deadline of **June 22, 2005**. If you have any questions or comments, please do not hesitate to contact us.

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

Mr. A. Dennis Armstrong
Page 2

FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP

Please acknowledge receipt of these instructions by return facsimile.

With best regards,

Sincerely,

Laurence R. Hefter

LRH/eab
914883_1.DOC

L R H — n x h — E A B

**SMART & BIGGAR**

*Intellectual Property & Technology Law*

P.O. Box 2999, Station D
900 – 55 Metcalfe Street
Ottawa, Ontario Canada K1P 5Y6
Tel. (613) 232-2486  Fax (613) 232-8440
www.smart-biggar.ca

A. Dennis Armstrong
adarmstrong@smart-biggar.ca

**Our Ref: 66822-836**

March 8, 2005

Mr. Laurence R. Hefter
Finnegan, Henderson, Farabow,
Garrett & Dunner L.L.P.
901 New York Avenue, NW
Washington, D.C.
20001-4413, U.S.A.

**RECEIVED**

MAR 1 5 2005

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.

Dear Larry:

Re: Canadian Trade-mark Application
    No.:           1,236,692
    Trade-mark:    GOOTUNE (S)
    Present Owner: Steven A. Silvers
    **Your Ref:    09519.0029-00131**

We enclose herewith the first Official Action in this matter dated February 22, 2005 to which a response is due within **four months** of the date thereof.

The Examiner has called for the filing of a revised application wherein the wares designated as "stationary (*sic*); office supplies; printed instructional and teaching material for use in teaching and entertainment" have been specifically defined in ordinary commercial terms. In addition, the Examiner has requested clarification with respect to the wares designated as "web pages".

We look forward to receiving your comments in this matter.

Yours very truly,

SMART & BIGGAR

A. Dennis Armstrong

ADA:bgw
Encl.

v & s p  D w  6-13-05

D K T
3-15-05

OTTAWA  MONTREAL  TORONTO  EDMONTON  VANCOUVER





**OPIC**

Office de la propriété

intellectuelle du Canada

Marques de commerce

**CIPO**

Canadian Intellectual

Property Office

Trade-marks

Ottawa Hull K1A 0C9

RECEIVED

2005 FEB 28 A 11: 51

SMART & BIGGAR
SUITE 900, 55 METCALFE STREET
P.O. BOX 2999, STATION D
OTTAWA
ONTARIO K1P 5Y6

22 fév/Feb 2005
Votre référence  Your File
66822-836ADA:dsk
Notre référence  Our File
1236692

RE:      Trade-mark:          GOOTUNE (S)
         Applicant:           Steven A. Silvers

---

This examiner's report concerns the above identified application.  To avoid abandonment proceedings, a proper response must be received by this office within <u>4 month(s)</u> from the above date.  All correspondence respecting this application must indicate the file number.

A statement in more specific terms of the wares presently designated as "Stationary; office supplies; printed instructional and teaching material for use in teaching and entertainment;" is required.  The wares should be defined in ordinary commercial terms in compliance with the provisions of Section 30(a) of the Trade-marks Act.

In addition, the term "web pages", which is currently in the statement of wares, is considered to be, in fact, a service.  For example, the following would be considered acceptable as a statement of services; "Operation of a web site offering information about children".  Please amend accordingly.

A revised application is required.

Upon satisfactory compliance with the above-mentioned requirements, further office action will be undertaken.

If the applicant/agent has any questions or needs assistance in responding to this Office action, please telephone the assigned examiner.

Yours truly,

Ed Clayman
Examination Section
(819) 953-9679
fax: (819) 953-2476

SCANNED

Industrie Canada    Industry Canada

Canada



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

LAURENCE R. HEFTER
202-408-4053
larry.hefter@finnegan.com

June 15, 2005

Commissioner for Trademarks
2900 Crystal Drive, South Tower Building
Fourth Floor
Arlington, Virginia 22215-1471

ATTN: MPU

> International Register Response to Notice of Irregularity
> Mark: GOOTUNE(S)
> Applicant: Steven A. Silvers
> USPTO Reference No.: Z1231804
> Attorney Docket: 09519.0029-00183

Sir:

We enclose the following for filing with the World Intellectual Property
Organization:

1.  Copy of Notice of Irregularity issued by WIPO; and

2.  Response to Notice of Irregularity.

Respectfully submitted,

Laurence R. Hefter

LRH/eab
Enclosures: As Stated

919148_1.DOC

Attorney Docket: 09519.0029-00183

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## AND
## THE WORLD INTELLECTUAL PROPERTY ORGANIZATION

Applicant:                Steven A. Silvers
USPTO Reference No.:      Z1231804
Filing Date:              November 8, 2004
Mark:                     GOOTUNE(S)

WIPO Examiner:            Brenda Knuckey
WIPO Reference No.:       EN-I/285514201/KB

COMMISSIONER FOR TRADEMARKS
P.O. Box 1451
Alexandria, Virginia  22313-1451

ATTN: MPU

### RESPONSE TO NOTICE OF IRREGULARITY

Applicant submits the following amendment and remarks in response to the

Notice of Irregularity dated May 23, 2005.

### AMENDMENT

Please delete the term "web pages" in Class 16 from the application.

USPTO Reference No Z1231804

<u>REMARKS</u>

Applicant submits that the foregoing amendment addresses the issue raised by the WIPO Examiner and that the application is now in condition for issuance of the International Registration.

Respectfully submitted,

STEVEN A. SILVERS

Dated: June 15, 2005

By: _____
Laurence R. Hefter
Attorney for Applicant

Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4415
Telephone: 202-408-4000
Facsimile: 202-408-4400

- 2 -



**WORLD INTELLECTUAL
PROPERTY ORGANIZATION**

34, chemin des Colombettes, P.O. Box 18, CH-1211 Geneva (Switzerland)
WIPO postal cheque account: No. 12-5000-8 Geneva
Int'l Bank Account Number (IBAN): Credit Swiss Bank, Geneva
CH35 0425 1048 7080 8100 0 / Swift Code: CRESCHZZ12A
Tel. (41-22) 338 9111 Facsimile: (41-22) 733 5428
E-mail: intreg.mail@wipo.int  Internet: http://www.wipo.int

LRH| EAB



9519. 29. 183

**Madrid Agreement
and
Madrid Protocol**



MAY 3 1 2005

Finnegan, Henderson, Farabow,
Garrett & Dunner, L.L.P.

Laurence R. Hefter,
Finnegan, Henderson,
Farabow,
Garrett & Dunner, L.L.P.
1300 I Street, N.W.
Washington, DC 20005-3315
États-Unis d'Amérique

23 May 2005

### NOTICE CONCERNING AN INTERNATIONAL APPLICATION

**ATTENTION:**

The irregularity(ies) indicated in this notice is/are to be remedied
by the office of origin.

Re.: International application based on
application N°76/592,804
        for the mark GOOTUNE (S)
        in the name of Steven A. Silvers

Date of receipt of the international application
        by the Office of origin: 8 November 2004
        by the International Bureau: 24 November 2004

Our ref. : EN-I/285514201/KB
Office ref. : Z1231804
Applicant ref.: 09519.0029-00183
Examiner: KNUCKEY, BRENDA
Telephone N: 0041 22 338 83 13

*****************************

We acknowledge receipt of the above-mentioned international
application.

The examination of this application has revealed the

irregularities which are listed hereafter:

IRREGULARITY(IES) CONCERNING THE CLASSIFICATION OF GOODS AND
SERVICES: TO BE REMEDIED BY THE OFFICE OF ORIGIN (Rule 12).

1.    The International Bureau considers that the goods and/or
services listed in the international application are not grouped in
the appropriate classes of the International Classification of Goods
and Services (Rule9(4)(a)(xiii)). The International Bureau proposes
therefore to transfer the following terms:

   "web pages"  from class 16 to class 9 (See "Electronic
publications (downloadable)", position P0747).

     The proposed grouping may entail the payment of further fees
(see attached accounting statement).

     An opinion on this proposal may be communicated to the
International Bureau. Any such opinion must be communicated
THROUGH THE OFFICE OF ORIGIN within three months from the date of the
present notification, that is by 23 August 2005. Failing
this, the mark will be registered with the classification and
grouping proposed by the International Bureau. However, if
this proposal entails the payment of further fees and such fees are
not paid within four months from the date of the present
notification, the international application will be considered
abandoned.

                         *****


                    International Bureau of the
              World Intellectual Property Organization
                            (WIPO)

Document Description: **Notice of Publication**
Mail / Create Date: **09-Mar-2005**



 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria , VA  22313-1451
www.uspto.gov

Mar 9, 2005

## NOTICE OF PUBLICATION UNDER 12(a)

1.  Serial No.:
    76/591,382

2.  Mark:
    GOO
    Standard Character Mark

3.  International Class(es):
    28

4.  Publication Date:
    Mar 29, 2005

5.  Applicant:
    SILVERS, STEVEN A.

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a notice of allowance pursuant to section 13(b) of the Statute.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: (202) 512-1800

By direction of the Commissioner.

Correspondence Address:

Laurence F. Hefter, Esq.                                                        TMP&I
Finnegan Henderson Farabow Garrett & Dun
6th Floor
1300 I Street, NW
Washington DC 20005-3315

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document using the file download icon to the upper right. [required PDF viewer] FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *Call the Trademark Assistance Center at 571.272.9250 for help on trademark matters.*
- *Send questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you have technical difficulties or problems with this application, please e-mail them to Electronic Business Support Electronic Applications or call 1 800-786-9199.*

· Elizabeth Buckley - TRADEMARK APPLICATION NO. 78513308 - GOOTOPIA - 09519.0041

---

**From:**    "ECom102" <OLDecom102@uspto.gov>
**To:**    <docketing@finnegan.com>
**Date:**    6/16/2005 8:42 AM
**Subject:**    TRADEMARK APPLICATION NO. 78513308 - GOOTOPIA - 09519.0041

---

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    78/513308

**APPLICANT:**    Steven A. Silvers

# *78513308*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**CORRESPONDENT ADDRESS:**
  LAURENCE R. HEFTER
  FINNEGAN HENDERSON FARABOW GARRETT ET AL
  1300 I ST NW
  WASHINGTON DC 20005

**MARK:**    GOOTOPIA

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  09519.0041

**CORRESPONDENT EMAIL ADDRESS:**
  docketing@finnegan.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail
   address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number 78/513308

The assigned examining attorney has reviewed the above-referenced application and determined the following.

**No Conflicting Marks Noted**
The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d).  15 U.S.C. § 1052(d); TMEP § 1207.01 *et seq.*

**Informalities**
Although the examining attorney has not refused registration on any substantive basis, the applicant must respond to the following informalities.

---

### Signed Declaration Required

The application must be signed, and verified or supported by a declaration under 37 C.F.R. §2.20. 37 C.F.R. §2.33. No signed verification or declaration was provided. Therefore, the applicant must provide a signed verification or signed declaration attesting to the facts set forth in the application.

If the application is based on use in commerce under Trademark Act Section 1(a), 15 U.S.C. §1051(a), *the verified statement must include an allegation that the mark is in use in commerce and was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date.* 37 C.F.R. §2.34(a)(1) (i); TMEP §§804.02, 806.01(a) and 901.

If the application is based on Trademark Act Section 1(b) or 44, 15 U.S.C. §1051(b) or 1126, *the verified statement must include an allegation that the applicant had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the application filing date.* 37 C.F.R. §§2.34(a)(2) (i), 2.34(a)(3)(i) and 2.34(a)(4)(ii); TMEP §§804.02, 806.01(b), 806.01(c), 806.01(d) and 1101.

Applicant must submit a written statement attesting to the facts set forth in the application, and confirming that applicant had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the application filing date. This statement must be dated and signed by a person authorized to sign under 37 C.F.R. §2.33(a), and verified with a notarized affidavit or signed declaration under 37 C.F.R. §2.20. 15 U.S.C. §1051(b)(3)(B); 37 C.F.R. §§2.34(a)(2)(i), (a)(3)(i) and (a)(4)(ii); TMEP §§804.02, 806.01(b), 806.01(c), 806.01(d) and 1101. No signed verification was provided with the application.

To satisfy this requirement, applicant may add the following declaration paragraph at the end of its response, properly signed and dated:

> The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce; that the applicant had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the application filing date; that the facts set forth in the application are true and correct; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

### Identification and Classification of Goods and Services

The identification of goods and services is unacceptable as indefinite. Applicant must rewrite the identification of