# Exhibit 19

2623

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

03/07/05

PAY TO THE ORDER OF: Kozyak Tropin & Throckmorton Trust Accoun    $**318.00

Three Hundred Eighteen and 00/100************************************************ DOLLARS

Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

MEMO  TRUST ACCOUNT Domain name registrations

⑈002623⑈ ⑆052007166⑇  ⑈1759740 5⑈  ⁄0000031800⁄

#1

*053000206*
04/19/2005
6430771277

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20008-0897
7-216-520

2622

03/07/05

PAY TO THE ORDER OF: Kozyak Tropin & Throckmorton Trust Accoun      $****4,000.00

Four Thousand and 00/100************************************************ DOLLARS

Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

MEMO: TRUST ACCOUNT Insurance Reimbursement

#2

2621

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

03/07/05

PAY TO THE ORDER OF: Kozyak Tropin & Throckmorton Trust Accoun      $**2,000.00

Two Thousand and 00/100*************************************************** DOLLARS

Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

MEMO: TRUST ACCOUNT- Royalty/insurance advanc

⑊002621⑊ ⑊052002166⑊ ⑊175477405⑊ ⑊0000200000⑊

#3

PAY TO THE ORDER OF
UNITED NAT. BANK OF MIAMI
MIAMI, FL 33131
▲ 067009646 ▼
FOR DEPOSIT ONLY
KOZYAK, TROPIN & THROCKMORTON, P.A.
ATTORNEYS AT LAW
0065050174

2624

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20038-0967
7-216-520

03/08/05

PAY TO THE ORDER OF  Silvers Entertainment Group          $ ***5,000.00

Five Thousand and 00/100************************************************  DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO  Advance against Royalty, Feb 05

⑈002624⑈ ⑆052002166⑆  ⑈175974405⑈  ⑈0000500000⑈

#4

```
                                                                              2625
STELOR PRODUCTIONS, INC.                CITIBANK, F.S.B.
       PO BOX 8000                    WASHINGTON, DC 20036-0967
    GAITHERSBURG, MD 20883                   7-216-520
                                                                           03/08/05

PAY TO THE   Silvers Entertainment Group
ORDER OF                                                               $**5,000.00

  Five Thousand and 00/100**************************************************
                                                                          DOLLARS

    Silvers Ent. Group
    8983 Okeechobee Blvd
    PMB 203 Suite 202
    West Palm Beach, FL 33411
                                                     [signature]
    MEMO  Advance against Royalty, Mar 05

         ⑈002625⑈  ⑉052002166⑊     ⑈175974051⑈       ⑈0000500000⑈
```

A5

(reverse side, endorsement stamps:)

PAY TO THE ORDER OF
BANK OF AMERICA
[West Palm Beach, FL]
FOR DEPOSIT ONLY
Silvers Entertainment Group, Inc.

3016 43303

2711

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/08/05

PAY TO THE ORDER OF: Silvers Entertainment Group

$ **5,000.00

Five Thousand and 00/100********************************************************

DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalties

⑈002711⑈ ⑆052002166⑆   ⑈17597405⑈   ⑈0000500000⑈

#6