**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1781

09/21/05

PAY TO THE
ORDER OF  Steven A. Silvers                                        $ **1,000.00

One Thousand and 00/100*********************************************************
                                                                         DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO  Royalty/Insurance advance - Oct 2005

AUTHORIZED SIGNATURE

"001781"  ":252073018:"  000592013 2"

---

STELOR PRODUCTIONS, LLC                                              1781
    Steven A. Silvers                              09/21/05
  09/21/05                 Bill #Oct 2005                         1,000.00

Provident - Oper   Royalty/Insurance advance - Oct 2005              1,000.00

Dockets.Justia.com

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

November 1, 2005

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:    <u>Stelor Productions, LLC License Agreement</u>

Dear Gail:

      Enclosed please find the Third Quarter 2005 royalty report, along with the supporting AWAL Statement.

                       Sincerely,

                       Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

## Oliver's Entertainment Group Royalty Schedule

Country: All Countries
Period: 7/1/05 to 9/30/05

| Month | Description | Item | Country | Units Sold | Quantity Shipped | Gross Invoice | Amount Billed To Customers | Discounts | Net Billed To Customers | Allowances | Returns | Reportable Sales | Cash Collected | Royalty Rate | Amt. Of Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-05 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | $ - | 6% | $ - |
| Jul-05 | Single | N/A | N/A | 0 | 0 | $ - | - | 0 | $ - | - | 0 | $ - | - | 6% | - |
| Aug-05 | Album | Download | USA | 2 | 2 | $ 13.00 | 13.00 | 0 | 13.00 | 3.25 | 0 | 9.75 | 9.75 | 6% | 0.59 |
| Jul-05 | Single | Download | USA | 11 | 11 | $ 7.15 | 7.15 | 0 | 7.15 | 1.79 | 0 | 5.36 | 5.36 | 6% | 0.32 |
| | Derivative Work | Download | USA | 1 | 1 | $ 0.65 | 0.65 | 0 | 0.65 | 0.16 | 0 | 0.49 | 0.49 | 3% | 0.01 |
| Aug-05 | Single | Download | UK | 1 | 1 | $ 0.90 | 0.90 | 0 | 0.90 | 0.23 | 0 | 0.68 | 0.68 | 6% | 0.04 |
| Aug-05 | Single | Download | EU | 1 | 1 | $ 1.25 | 1.25 | 0 | 1.25 | 0.31 | 0 | 0.94 | 0.94 | 6% | 0.06 |
| Sep-05 | Album | N/A | N/A | 0 | 0 | $ - | - | 0 | $ - | - | 0 | $ - | - | 6% | - |
| Sep-05 | Single | N/A | N/A | 0 | 0 | $ - | - | 0 | $ - | - | 0 | $ - | - | 6% | - |
| Total | | | | 16 | 16 | $ 22.95 | 22.95 | 0 | 22.95 | 5.74 | 0 | 17.21 | 17.21 | | 1.02 |

Advance against royalties (July 1)        $ 29,995.83
Advances against royalties (3Q05)         $ 18,000.00
Balance of advanced royalties             $ 47,994.81
Payment due                               $ -

To the best of my knowledge, I certify this schedule to be accurate.

_____
Signature    President & CEO

11/1/05
Date

Stelor Proprietary and Confidential

# AWAL

AWAL Statement Date
August 4, 2005

THIS STATEMENT TOTAL
$17.21

CLIENT :
ARTIST : **The Googles from Goo**

| Date | Title | ORIGIN | | Downloads | Each | DOWNLOAD TOTAL $22.95 | AWAL RATE | AWAL SHARE $5.74 | TOTAL DUE $17.21 | LABEL |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | GooBop | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL/Stellar Productions |
| 4/2005 | GooDias | U.K. | S | 1 | 0.90 | $0.90 | 25 | $0.22 | $0.67 | AWAL |
| 5/2005 | I Feel Good About Myself | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL/Stellar Productions |
| 5/2005 | I Feel Good About Myself | E.U. | A | 1 | 1.25 | $1.25 | 25 | $0.31 | $0.94 | AWAL/Stellar Productions |
| 5/2005 | Its Gotta Be a Goo Thing | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL/Stellar Productions |
| 5/2005 | One GooWorld | USA | A | 1 | 6.50 | $6.50 | 25 | $1.63 | $4.88 | Stellar Productions |
| 5/2005 | Rain | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL/Stellar Productions |
| 5/2005 | Recycle...Don't Litter | USA | S | 2 | 0.65 | $1.30 | 25 | $0.33 | $0.98 | AWAL/Stellar Productions |
| 5/2005 | Recycle...Don't Litter | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL/Stellar Productions |
| 5/28/2005 | Responsibility | USA | S | 2 | 0.65 | $1.30 | 25 | $0.33 | $0.98 | AWAL/Stellar Productions |
| 5/28/2005 | Responsibility | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL |
| 5/28/2005 | Tiene Que Ser una Cosa de Goo | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL |
| 5/26/2005 | Tiene Que Ser una Cosa de Goo | USA | S | 1 | 0.65 | $0.65 | 25 | $0.16 | $0.49 | AWAL |
| 5/26/2005 | Un Goomundo | USA | A | 1 | 6.50 | $6.50 | 25 | $1.63 | $4.88 | AWAL |



RECEIVED
AUG 03 2005

LAW OFFICES
BURLINGTON, WEIL,
SCHWIEP, KAPLAN & BLONSKY, P.A.
*OFFICES IN THE GROVE*

## FACSIMILE TRANSMITTAL SHEET

TO:      GAIL MCQUILKIN

FROM:    KEVIN C. KAPLAN, ESQ.

FAX NUMBER:    (305) 372-3508

PHONE NUMBER: (305) 372-1800

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 4

RE:      STELOR PRODUCTIONS, LLC VS SILVERS

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

**PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.**

FILE NO.  1882.001                    DATE:  November 2, 2005

2699 SOUTH BAYSHORE DRIVE, PENTHOUSE, MIAMI, FL 33133
TELEPHONE: (305) 858-2900 * FAX: (305) 858-5261 *
EMAIL: INFO@ABWLAW.COM

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 10/28/2005 11:00
                                    NAME  : BURLINGTONWEILETAL
                                    FAX   : 3058585261
                                    TEL   : 3058582900
                                    SER.# : BROC5J232435
```

```
DATE,TIME          10/28  10:58
FAX NO./NAME       28#1882#001#3053723508#
DURATION           00:01:51
PAGE(S)            04
RESULT             OK
MODE               STANDARD
```

# LAW OFFICES
## BURLINGTON, WEIL,
### SCHWIEP, KAPLAN & BLONSKY, P.A.
#### OFFICES IN THE GROVE

## FACSIMILE TRANSMITTAL SHEET

TO:        GAIL MCQUILKIN

FROM:      KEVIN C. KAPLAN, ESQ.

FAX NUMBER:    (305) 372-3508

PHONE NUMBER: (305) 372-1800

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE): 4

RE:        STELOR PRODUCTIONS, LLC VS SILVERS

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the address below via the U.S. Postal Service. We will reimburse you for the postage. Thank you.

PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY.

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

November 1, 2005

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

Re:     Stelor Productions, LLC v. Silvers,
          Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

On behalf of Stelor Productions, L.L.C., enclosed please find the November 2005 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

Sincerely,

Kevin C. Kaplan

KK/mjp
cc:     Stelor Productions, LLC



OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

GAITHERSBURG, MD 20878
7-301/2520

10/21/05

PAY TO THE
ORDER OF:    Steven A. Silvers                                                    $ **5,000.00

Five Thousand and 00/100********************************************************************* DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against royalties - Nov 2005

HORIZED SIGNATURE

MP

Security Features Included    Details on Back.

⑈001814⑈ ⑆25207301⑆: 000590131⑈

STELOR PRODUCTIONS, LLC
10/21/05

Steven A. Silvers                          Bill #November 05                    10/21/05            1814

                                                                                5,000.00

Provident - Oper   Advance against royalties - Nov 2005                                              5,000.00



STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

1813

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-730/12520

10/21/05

PAY TO THE
ORDER OF_____ Steven A. Silvers

One Thousand and 00/100************************************************************************************

$ **1,000.00

**************************************************************************  DOLLAR

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO  Royalty/Insurance advance - Nov 2005

⑈001813⑈ ⑆252073018⑆  00059 2013 2⑈

STELOR PRODUCTIONS, LLC
10/21/05

Steven A. Silvers

Bill #November 05

1813

10/21/05

1,000.00



BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

November 1, 2005

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

        Re:    Stelor Productions. LLC v. Silvers,
               Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

        On behalf of Stelor Productions, L.L.C., enclosed please find the November 2005
advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                                Sincerely,

                                Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1813

10/21/05

PAY TO THE
ORDER OF    Steven A. Silvers

$ **1,000.00

One Thousand and 00/100*********************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Royalty/Insurance advance - Nov 2005

AUTHORIZED SIGNATURE    MP

⑈0018⑈13⑈ ⑈252073018⑈ 000592013 2⑈

---

STELOR PRODUCTIONS, LLC                                              1813
    Steven A. Silvers                              10/21/05
10/21/05              Bill #November 05                     1,000.00

Provident - Oper  Royalty/Insurance advance - Nov 2005              1,000.00

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1814

10/21/05

PAY TO THE
ORDER OF     Steven A. Silvers                                                    $ **5,000.00

Five Thousand and 00/100************************************************************ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO     Advance against royalties - Nov 2005

⑆0018 14⑆ ⑉252073018⑇     000592013 2⑆

AUTHORIZED SIGNATURE     MP

---

STELOR PRODUCTIONS, LLC                                                         1814

    Steven A. Silvers                                          10/21/05
10/21/05                        Bill #November 05                           5,000.00

Provident - Oper  Advance against royalties - Nov 2005                        5,000.00

BURLINGTON · WEIL · SCHWIEP · KAPLAN Ⓡ BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

December 6, 2005

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

    Re:  <u>Stelor Productions, LLC v. Silvers,</u>
       Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

   On behalf of Stelor Productions, L.L.C., enclosed please find the December 2005 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

        Sincerely,

        Kevin C. Kaplan

KK/mjp
cc:  Stelor Productions, LLC



**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1880

11/28/05

PAY TO THE
ORDER OF   Steven A. Silvers                                    $ **5,000.00

Five Thousand and 00/100***************************************************** ___ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties - Dec 2005

AUTHORIZED SIGNATURE   MP

⑈00⎸880⑈ ⑆252073018⑆   000592013 2⑈

---

STELOR PRODUCTIONS, LLC                                          1880
     Steven A. Silvers                          11/28/05
   11/30/05                  Bill #                          5,000.00

Provident - Oper  Advance against Royalties - Dec 2005                5,000.00



**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1879

11/28/05

PAY TO THE
ORDER OF _____ Steven A. Silvers _____ $ **1,000.00

One Thousand and 00/100*********************************************************

_____ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Royalty/Insurance Advance - Dec 2005

AUTHORIZED SIGNATURE                                                    MP

⑈001879⑈ ⑆252073018⑆    000592013 2⑈

---

STELOR PRODUCTIONS, LLC
    Steven A. Silvers                                        1879
    11/30/05                    Bill #            11/28/05
                                                              1,000.00

Provident - Oper   Royalty/Insurance Advance - Dec 2005                    1,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1879

11/28/05

PAY TO THE
ORDER OF    Steven A. Silvers                                    $ **1,000.00

One Thousand and 00/100***************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Royalty/Insurance Advance - Dec 2005

AUTHORIZED SIGNATURE                    MP

⑈001879⑈ ⑆252073018⑆    000592013 2⑈

---

STELOR PRODUCTIONS, LLC                                            1879
    Steven A. Silvers                            11/28/05
11/30/05                    Bill #                    1,000.00

Provident - Oper  Royalty/Insurance Advance - Dec 2005              1,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1880

11/28/05

PAY TO THE
ORDER OF    Steven A. Silvers

$ **5,000.00

Five Thousand and 00/100*************************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - Dec 2005

AUTHORIZED SIGNATURE

MP

⑆001880⑆ ⑈252073018⑈ 000592013 2⑈

STELOR PRODUCTIONS, LLC

1880

Steven A. Silvers                                        11/28/05
11/30/05                    Bill #                                    5,000.00

RETURNED

RETURNED

Provident - Oper  Advance against Royalties - Dec 2005                    5,000.00

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

January 5, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:    <u>Stelor Productions, LLC v. Silvers,</u>
                Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

On behalf of Stelor Productions, L.L.C., enclosed please find the January 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

Sincerely,

Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC



**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1913

12/27/05

PAY TO THE
ORDER OF    Steven A. Silvers                                    $ **5,000.00

Five Thousand and 00/100***************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - Jan 2006

AUTHORIZED SIGNATURE                     MP

⑆001913⑆ ⑈252073018⑈    0005920132⑈

---

STELOR PRODUCTIONS, LLC                                          1913
    Steven A. Silvers                        12/27/05
01/01/06                    Bill #Jan 2006              5,000.00

Provident - Oper   Advance against Royalties - Jan 2006          5,000.00



**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

**1914**

12/27/05

PAY TO THE
ORDER OF___ Steven A. Silvers                                                      **1,000.00
$

One Thousand and 00/100************************************************************

_____ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Royalty/Insurance Advance - January 2006

AUTHORIZED SIGNATURE                    MP

⑈00⑈1914⑈ ⑈252073018⑈     0005920132⑈

---

STELOR PRODUCTIONS, LLC
Steven A. Silvers
01/01/06                        Bill #Jan 2006

12/27/05                    **1914**
                            1,000.00

Provident - Oper  Royalty/Insurance Advance - January                    1,000.00



**STELOR PRODUCTIONS, LLC**
**OPERATING ACCOUNT**
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1914

12/27/05

PAY TO THE
ORDER OF    Steven A. Silvers    **1,000.00

One Thousand and 00/100***************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Royalty/Insurance Advance - January 2006

VOID

AUTHORIZED SIGNATURE

⑆001914⑆ ⑈252073018⑇ 0005920132⑆

STELOR PRODUCTIONS, LLC
    Steven A. Silvers
01/01/06                Bill #Jan 2006              12/27/05

1914

1,000.00

Provident - Oper  Royalty/Insurance Advance - January              1,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
P O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

1913

12/27/05

PAY TO THE
ORDER OF _____ Steven A. Silvers _____  $ **5,000.00

Five Thousand and 00/100*********************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - Jan 2006

AUTHORIZED SIGNATURE                    MP

⑈0019113⑈ ⑆252073018⑈    0005920132⑈

---

STELOR PRODUCTIONS, LLC
    Steven A. Silvers                                          12/27/05                    1913
    01/01/06                    Bill #Jan 2006                                        5,000.00

Provident - Oper   Advance against Royalties - Jan 2006                              5,000.00

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM    WWW.BWSKB.COM

January 30, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

Re:    Stelor Productions, LLC v. Silvers,

Dear Gail:

On behalf of Stelor Productions, LLC, pursuant to the License, Distribution and Manufacturing Agreement and the Settlement Agreement, enclosed please find the Royalty Schedule for the period October 1, 2005 to December 31, 2005, along with the February 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

Sincerely,

Kevin C. Kaplan

KK/mjp
encl
cc:    Stelor Productions, LLC

## Silver's Entertainment Group Royalty Schedule

Country: All Countries
Period: 10/1/05 to 12/31/05

| Month | Description | Item | Country | Units Sold | Quantity Shipped | Gross Invoiced | Amount Billed To Customers | Discounts | Net Billed To Customers | Allowances | Returns | Reportable Sales | Cash Collected | Royalty Rate | Amt. Of Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-05 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | 0 | $ - | $ - | 6% | $ - |
| Oct-05 | Single | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | 0 | $ - | $ - | 6% | $ - |
| Nov-05 | Album | Download | USA | 0 | 0 | $ 7.65 | $ 7.65 | 0 | $ 7.65 | $ 1.91 | 0 | 0 | $ 5.74 | $ 5.74 | 6% | $ 0.34 |
| Nov-05 | Single | Download | USA | 11 | 11 | $ 1.40 | $ 1.40 | 0 | $ 1.40 | $ 0.35 | 0 | 0 | $ 1.05 | $ 1.05 | 6% | $ 0.03 |
| Nov-05 | Derivative Work | Download | USA | 2 | 2 | $ 0.67 | $ 0.67 | 0 | $ 0.67 | $ 0.17 | 0 | 0 | $ 0.50 | $ 0.50 | 3% | $ 0.03 |
| Nov-05 | Single | Download | Canada | 1 | 2 | $ 1.64 | $ 1.64 | 0 | $ 1.64 | $ 0.41 | 0 | 0 | $ 1.23 | $ 1.23 | 6% | $ 0.07 |
| Nov-05 | Single | Download | EU | 1 | 1 | $ 8.09 | $ 8.09 | 0 | $ 8.09 | $ 2.02 | 0 | 0 | $ 6.07 | $ 6.07 | 6% | $ 0.36 |
| Nov-05 | Album | Download | EU | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | 0 | $ - | $ - | 6% | $ - |
| Dec-05 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | 0 | $ - | $ - | 6% | $ - |
| Dec-05 | Single | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | 0 | $ - | $ - | 6% | $ - |
| Total | | | | 17 | 17 | $ 19.45 | $ 19.45 | 0 | $ 19.45 | $ 4.86 | 0 | 0 | $ 14.59 | $ 14.59 | | $ 0.84 |

| | |
|---|---|
| Advance against royalties (October 1) | $ 47,994.81 |
| Advances against royalties (4Q05) | $ 18,000.00 |
| Balance of advanced royalties | $ 65,993.97 |
| Payment due | $ - |

To the best of my knowledge, I certify this schedule to be accurate.



_____
Signature    President & CEO

_____
Date

Stelor Proprietary and Confidential



STELOR PRODUCTIONS, LLC                                              1992
   Steven A. Silvers
  02/01/06                      Bill #Feb '06                    01/26/06
                                                                    5,000.00


Provident - Oper  Advance against Royalies Feb '06                     5,000.00

      cc:   Stelor Productions, LLC



STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
P.O BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK OF MARYLAND
GAITHERSBURG, MD 20878
7-7301/2520

01/26/06

PAY TO THE
ORDER OF:    Steven A. Silvers                                          $ **1,000.00

One Thousand and 00/100********************************************************
                                                                          DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO
Royalty/Insurance Advance Feb 06                          AUTHORIZED SIGNATURE

⑆001991⑆ ⑆252073018⑆ 000592013 2⑈

---

STELOR PRODUCTIONS, LLC

    Steven A. Silvers                                                    1991
    02/01/06              Bill #Feb '06              01/26/06
                                                              1,000.00


Provident - Oper   Royalty/Insurance Advance Feb 06                     1,000.00

        cc:    Stelor Productions, LLC

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

March 1, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

   Re: <u>Stelor Productions, LLC v. Silvers,</u>
      Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

  On behalf of Stelor Productions, L.L.C., enclosed please find the February 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

      Sincerely,

      Kevin C. Kaplan

KK/mjp
cc: Stelor Productions, LLC

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

02

PAY TO THE
ORDER OF     Steven A. Silvers                                      **1

One Thousand and 00/100******************************************************* $********

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO     Insurance Advance against Royalties-Mar

⑁"002023"⑁ ⑁:25207301⑁: 005⑁920132⑁"

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT                    Steven A. Silvers        02/24/06
02/24/06

                              Bill #Mar '06

Silvers Holding    Insurance Advance against Royalties-                    1

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND  21203
7-7301-2520

02/2

PAY TO THE
ORDER OF   Steven A. Silvers                                                                    $   **5,0

Five Thousand and 00/100****************************************************

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties-Mar '06

⑈00 20 22⑈ ⑆25 20 73 0 18⑆   005⑈ 9 20 1 3 4⑈

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT        Steven A. Silvers                                          02/24/06
02/24/06                        Bill #Mar 06                                                       5,

Silvers Holding    Advance against Royalties-Mar '06                          5,

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM    WWW.BWSKB.COM

April 5, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:    Stelor Productions, LLC v. Silvers,
                Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

On behalf of Stelor Productions, L.L.C., enclosed please find the March 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                Sincerely,

                Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC



STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
77301-2920

03/29/06

PAY TO THE
ORDER OF: Steven A. Silvers                                      $ **1,000.00

One Thousand and 00/100***************************************************** DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO: Insurance Advance against Royalties -April '06

⑆00 2094⑆ ⑆252073018⑆ 005 9 2013

2094

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
Steven A. Silvers
03/24/06

Bill #April '06

03/29/06

1,000.00

2094

1,000.00

Provident - Oper   Insurance Advance against Royalties

1,000.00





**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

03/29/06

PAY TO THE
ORDER OF     Steven A. Silvers                                    $  **5,000.00

Five Thousand and 00/100*****************************************************  DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties-April '06

⑈00 2095⑈ ⑆2 5207 30 1 8⑆ 005⑈9 2 9 1 1 1⑈

2095

Security Features Included. ▣ Details on back.

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT Steven Silvers
03/24/06

Bill #April '06                    03/29/06        5,000.00    2095

Provident - Oper   Advance against Royalties-April '06                    5,000.00