BURLINGTON · SCHWIEP · KAPLAN ⓐ BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM   WWW.BSKBLAW.COM

May 1, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:   Stelor Productions, LLC v. Silvers,
            Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

    On behalf of Stelor Productions, L.L.C., enclosed please find the April 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00. Also enclosed is the royalty schedule.

                     Sincerely,

                     Kevin C. Kaplan

KK/mjp
cc:   Stelor Productions, LLC



**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

2155

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
77301-2520

04/27/06

PAY TO THE
ORDER OF Steven A. Silvers                                $ **5,000.00
Five Thousand and 00/100*************************************************************

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties-May '06

Security Features included. Details on back.

DOLLARS

⑈"00215 5"  ⑈:2520730181:  005⑈920 ⑈32⑈"

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
04/27/06

Bill #May '06                    04/27/06                    5,000.00

2155

5,000.00

---

Silvers Holding     Advance against Royalties-May '06                    5,000.00





STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

2156

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

PAY TO THE
ORDER OF    Steven A. Silvers

04/27/06

$  **1,000.00

One Thousand and 00/100*****************************************************

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties-May

⑈00215⑈ ⑆25207301⑈⑇ 005⑈920132⑈

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
Steven A. Silvers
04/24/06                    Bill #May '06

2156

04/27/06                    1,000.00

Silvers Holding    Insurance Advance against Royalties-                    1,000.00

# Biker's Entertainment Group Royalty Schedule

Country: All Countries
Period: 1/1/06 to 3/31/06

| Month | Description | Item | Country | Units Sold | Quantity Shipped | Gross Invoice to Customers | Amount Billed to Customers | Discounts | Net Billed to Customers | Allowances | Returns | Reportable Sales | Cash Collected | Royalty Rate | Amt. Of Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-06 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | $ - | 6% | $ - |
| Jan-06 | Single | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | $ - | 6% | $ - |
| Feb-06 | Album | Download | USA | 1 | 1 | $ 7.00 | $ 7.00 | 0 | $ 7.00 | 1.75 | 0 | 5.25 | 5.25 | 6% | $ 0.32 |
| Feb-06 | Single | Download | USA | 18 | 18 | $ 12.60 | $ 12.60 | 0 | $ 12.60 | 3.15 | 0 | 9.45 | 9.45 | 6% | $ 0.57 |
| Feb-06 | Album | Download | UK | 1 | 1 | $ 0.83 | $ 0.83 | 0 | $ 0.83 | 0.21 | 0 | 0.62 | 0.62 | 6% | $ 0.04 |
| Feb-06 | Single | Download | EU | 0 | 0 | $ - | $ - | 0 | $ - | - | 0 | - | - | 6% | $ - |
| Feb-06 | Album | Download | EU | 0 | 0 | $ - | $ - | 0 | $ - | - | 0 | - | - | 6% | $ - |
| Mar-06 | Single | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | - | 0 | - | - | 6% | $ - |
| Mar-06 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | - | 0 | - | - | 6% | $ - |
| Total | | | | 20 | 20 | $ 20.43 | $ 20.43 | 0 | $ 20.43 | 5.11 | 0 | 15.32 | 15.32 | | $ 0.92 |

Net advances against royalties (Jan. 1) $ 65,993.97
Advances against royalties (1Q06) $ 18,000.00
Balance of advanced royalties $ 83,993.05
Payment due $ -

To the best of my knowledge, I certify this schedule to be accurate.

Wayne E. Esrig, President & CEO Stelor Productions, LLC

3/24/06
Date

Stelor Proprietary and Confidential

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM    WWW.BSKBLAW.COM

May 30, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:   <u>Stelor Productions, LLC v. Silvers,</u>
              Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

    On behalf of Stelor Productions, L.L.C., enclosed please find the June 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                    Sincerely,

                    Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

05/25/06

PAY TO THE
ORDER OF: Steven A. Silvers

Five Thousand and 00/100********************************************************   $   **5,000.00

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties - June '06

STELOR PRODUCTIONS, LLC
OPERATING Account Silvers
05/24/06

⑈005⑈9 20 3⑈⑈

Bill #June '06   05/25/06   5,000.00

2203

Security Features Included.   Details on back.

Silvers Holding   Advance against Royalties - June '06   5,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

05/25/06

PAY TO THE
ORDER OF    Steven A. Silvers

One Thousand and 00/100************************************************************    $    **1,000.00

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

DOLLARS

MEMO    Insurance Advance against Royalties-June'06

⑈000 2 20 2⑈  ⑆:25 20730 18⑆:  005⑈9 20 13 2⑈



MP

2202

---

STELOR PRODUCTIONS, LLC
OPERATING Account Silvers
05/24/06

Bill #June '06    05/25/06    1,000.00

Silvers Holding    Insurance Advance against Royalties-    1,000.00

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM    WWW.BSKBLAW.COM

June 30, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

Re:    Stelor Productions, LLC v. Silvers,
        Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

On behalf of Stelor Productions, L.L.C., enclosed please find the July 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

Sincerely,

Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

06/28/06

PAY TO THE
ORDER OF_____ Steven A. Silvers _____ $ **1,000.00

One Thousand and 00/100******************************************************
_____DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Insurance Advance against Royalties-Jul

⑈002233⑈ ⑆252073018⑆ 005⑈920132⑈

---

STELOR PRODUCTIONS, LLC                                                    2233
   OPERATING ACCOUNT Silvers                          06/28/06
   06/24/06                    Bill #July '06                      1,000.00

Silvers Holding   Insurance Advance against Royalties-                 1,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

06/28/06

PAY TO THE
ORDER OF    Steven A. Silvers    $    **5,000.00

Five Thousand and 00/100******************************************************    DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - July '06

⑉00 2 2 3 2⑉ ⑉:25 20 7 30 1 8⑉    00 5⑉ 9 20 1 3 2⑉

---

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
Steven A. Silvers                                06/28/06                    223:
06/24/06                    Bill #July '06                                5,000.00

Silvers Holding    Advance against Royalties - July '06                    5,000.00



KOZYAK · TROPIN
THROCKMORTON
A T T O R N E Y S   A T   L A W

**Gail A. McQuilkin, Esq.**
gam@kttlaw.com | 305.377.0656

<u>Via Federal Express</u>

June 26, 2006

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky, P.A.
2699 S. Bayshore Drive, Penthouse A
Miami, Florida 33133

       Re:    <u>Return of checks</u>

Dear Kevin:

    Mr. Silvers has instructed us to return the enclosed checks, which were being held pending settlement discussion. Mr. Silvers has no further interest in reinstating the license with Stelor that he terminated a year ago.

                    Sincerely,

                    Gail A. McQuilkin

3339/103/266626.1



BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM   WWW.BWSKB.COM

March 1, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

       Re:   <u>Stelor Productions, LLC v. Silvers,</u>
               Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

     On behalf of Stelor Productions, L.L.C., enclosed please find the February 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                     Sincerely,

                     Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC





2023

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

02/24/06

PAY TO THE ORDER OF Steven A. Silvers $ **1,000.00

One Thousand and 00/100********************************************************** DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO Insurance Advance against Royalties-Mar

Security Features Included. Details on back.

⑈002023⑈ ⑆252073018⑆ 005⑈920132⑈

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT

| | | | | |
|---|---|---|---|---|
| Steven A. Silvers | | 02/24/06 | | 2023 |
| 02/24/06 | Bill #Mar '06 | | | 1,000.00 |

Silvers Holding Insurance Advance against Royalties- 1,000.00

BURLINGTON · WEIL · SCHWIEP · KAPLAN (&) BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: DBLONSKY@BWSKB.COM  WWW.BWSKB.COM

April 5, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

       Re:   <u>Stelor Productions, LLC v. Silvers,</u>
              Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

     On behalf of Stelor Productions, L.L.C., enclosed please find the March 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                      Sincerely,

                      Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

03/29/06

PAY TO THE ORDER OF    Steven A. Silvers                                    $    **1,000.00

One Thousand and 00/100***********************************************************DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties –April '06

⑈002094⑈ ⑆252073018⑆ 005⑈920132⑈

**STELOR PRODUCTIONS, LLC**                                                    2094
OPERATING ACCOUNT Silvers                        03/29/06
03/24/06                        Bill #April '06                1,000.00

Provident - Oper   Insurance Advance against Royalties                    1,000.00

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND  21203
7-7301-2520

03/29/06

PAY TO THE
ORDER OF _ Steven A. Silvers _____  $  **5,000.00

Five Thousand and 00/100***************************************************** DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties-April '06

⑈00 2095⑈  ⑆2520730⑈8⑆  005⑈920132⑈

---

STELOR PRODUCTIONS, LLC                                              2095
OPERATING ACCOUNT
Steven A. Silvers                              03/29/06
03/24/06                    Bill #April '06                     5,000.00


Provident - Oper   Advance against Royalties-April '06                5,000.00



BURLINGTON · SCHWIEP · KAPLAN ⊗ BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM   WWW.BSKBLAW.COM

May 1, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:   <u>Stelor Productions, LLC v. Silvers,</u>
              Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

    On behalf of Stelor Productions, L.L.C., enclosed please find the April 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.  Also enclosed is the royalty schedule.

                    Sincerely,

                    Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

04/27/06

PAY TO THE
ORDER OF        Steven A. Silvers                                      **5,000.00

                                                                        $

Five Thousand and 00/100*************************************************

                                                                    DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO        Advance against Royalties-May '06

⑈002155⑈ ⑊252073018⑉ 005⑈9201321⑈

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
STEVEN A. SILVERS
04/24/06                        Bill #May '06                04/27/06        **2155**
                                                                            5,000.00

Silvers Holding    Advance against Royalties-May '06                          5,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

04/27/06

PAY TO THE
ORDER OF ___ Steven A. Silvers _____ $   **1,000.00

One Thousand and 00/100************************************************************ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties-May

⑈002156⑈ ⑈252073018⑈ 005⑈9201320⑈

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT                                                        2156
Steven A. Silvers                                      04/27/06
04/24/06                    Bill #May '06                                1,000.00

Silvers Holding    Insurance Advance against Royalties-                  1,000.00

 BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM   WWW.BSKBLAW.COM

May 30, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

   Re: <u>Stelor Productions, LLC v. Silvers,</u>
     Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

  On behalf of Stelor Productions, L.L.C., enclosed please find the June 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

       Sincerely,

       Kevin C. Kaplan

KK/mjp
cc: Stelor Productions, LLC

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

05/25/06

PAY TO THE
ORDER OF    Steven A. Silvers                                                $    **5,000.00

Five Thousand and 00/100**************************************************___DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - June '06

⑆002203⑆ ⑈252073018⑈ 005⑉92013⑊

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
05/24/06    Steven A. Silvers    Bill #June '06    05/25/06    2203

5,000.00

Silvers Holding    Advance against Royalties - June '06    5,000.00

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND  21203
7-7301-2520

05/25/06

PAY TO THE
ORDER OF_____ Steven A. Silvers _____ $ **1,000.00

One Thousand and 00/100*************************************************************

_____DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties-June 06

⑈002202⑈ ⑆252073018⑆  005⑈920132⑈

---

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
05/24/06                         Steven A. Silvers        Bill #June '06          05/25/06          2202
                                                                                                  1,000.00

Silvers Holding    Insurance Advance against Royalties-                                 1,000.00

BURLINGTON · SCHWIEP · KAPLAN ⓐ BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM    WWW.BSKBLAW.COM

June 30, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

       Re:    Stelor Productions, LLC v. Silvers,
              Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

       On behalf of Stelor Productions, L.L.C., enclosed please find the July 2006 advances
against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.

                             Sincerely,

                             Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC



2232

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

06/28/06

PAY TO THE
ORDER OF___Steven A. Silvers_____ $ **5,000.00

Five Thousand and 00/100*********************************************************____DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties - July '06

MP

⑈"002232"⑈ ⑈:252073018⑈: 005⑈"920132"⑈

---

**STELOR PRODUCTIONS, LLC**                                    2232
OPERATING ACCOUNT Silvers              Bill #July '06        06/28/06
06/24/06                                                             5,000.00

Silvers Holding    Advance against Royalties - July '06              5,000.00



2233

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

06/28/06

PAY TO THE
ORDER OF _____ Steven A. Silvers _____ $ **1,000.00

One Thousand and 00/100********************************************* DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO  Insurance Advance against Royalties-Jul

⑆002233⑆ ⑈252073018⑈ 005⑆920132⑈

---

**STELOR PRODUCTIONS, LLC**                                                        2233
OPER Steven A. Silvers                          06/28/06
06/24/06                          Bill #July '06                          1,000.00

Silvers Holding    Insurance Advance against Royalties-                     1,000.00

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM  WWW.BSKBLAW.COM

August 1, 2006

**VIA FEDERAL EXPRESS**

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Coral Gables, Florida 33134

      Re:    Stelor Productions, LLC v. Silvers,
              Case No. 05-80393-Civ-Hurley/Hopkins

Dear Gail:

      On behalf of Stelor Productions, L.L.C., enclosed please find the August 2006 advances against royalties for Mr. Silvers in the amounts of $5,000.00 and $1,000.00.  Also enclosed is the royalty schedule.

                       Sincerely,

                       Kevin C. Kaplan

KK/mjp
cc:    Stelor Productions, LLC



2278

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

07/25/06

PAY TO THE
ORDER OF    Steven A. Silvers                                                    $  **5,000.00

Five Thousand and 00/100***************************************************************
DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - August '06

⑈002278⑈ ⑆252073018⑆  005⑊920132⑉

---

**TELOR PRODUCTIONS, LLC**                                          2278
OPERATING ACCOUNT  Silvers                           07/25/06
07/24/06                      Bill #Aug '06                        5,000.00

Silvers Holding    Advance against Royalties - August '                        5,000.00



2277

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

07/25/06

PAY TO THE
ORDER OF___ Steven A. Silvers _____ $  **1,000.00

One Thousand and 00/100************************************************************ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Insurance Advance against Royalties -Aug

MP

⑈002277⑈ ⑆252073018⑆ 005⑈920132⑈

STELOR PRODUCTIONS, LLC                                        2277
   OPERATING ACCOUNT Silvers               07/25/06
   07/24/06                    Bill #Aug '06              1,000.00

Silvers Holding   Insurance Advance against Royalties            1,000.00

## Stelor's Entertainment Group Royalty Schedule

Country: All Countries
Period: 4/1/06 to 6/30/06

| Month | Description | Item | Country | Units Sold | Quantity Shipped | Gross Invoice | Amount Billed To Customers | Discounts | Net Billed To Customers | Allowances | Returns | Reportable Sales | Cash Collected | Royalty Rate | Amt. Of Royalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apr-06 | Single | Download | USA | 1 | 1 | $ 0.71 | $ 0.71 | 0 | $ 0.71 | $ 0.11 | 0 | $ 0.60 | - | 6% | $ 0.04 |
| Apr-06 | Single | Download | UK | 2 | 2 | $ 1.66 | $ 1.66 | 0 | $ 1.66 | $ 0.25 | 0 | $ 1.41 | - | 6% | $ 0.08 |
| Apr-06 | Album | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| May-06 | Single | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| May-06 | Single | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| May-06 | Album | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| Jun-06 | Single | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| Jun-06 | Album | Download | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| Jun-06 | Album | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| Jun-06 | Single | N/A | N/A | 0 | 0 | $ - | $ - | 0 | $ - | $ - | 0 | $ - | - | 6% | $ - |
| Total | | | | 3 | 3 | $ 2.37 | $ 2.37 | 0 | $ 2.37 | $ 0.36 | 0 | $ 2.01 | - | | $ 0.12 |

Net advances against royalties (Jan. 1)
Advances against royalties (1Q06)    $ 83,993.05
Balance of advanced royalties    $ 18,000.00
Payment due    $ 101,992.93
    $ -

To the best of my knowledge, I certify this schedule to be accurate.

Signature
Steven A. Esrig, President & CEO Stelor Productions, LLC

7-26-06
Date

Stelor Proprietary and Confidential

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM WWW.BSKBLAW.COM

August 31, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Steven A. Silvers
2495 Sailfish Cove Drive
West Palm Beach, Florida 33411

   Re: <u>Stelor Productions, LLC v. Silvers,</u>
     Case No. 05-80393-Civ-Hurley/Hopkins

Dear Steve:

  On behalf of Stelor Productions, L.L.C., enclosed please find the September 2006 advances against royalties in the amounts of $5,000.00 and $1,000.00.

       Sincerely,

       Kevin C. Kaplan

KK/mjp
Enclosure
cc: Stelor Productions, LLC

2349

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

08/28/06

PAY TO THE
ORDER OF _____ Steven A. Silvers                                    **5,000.00

Five Thousand and 00/100************************************************ .*** $

_____ DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO   Advance against Royalties - Sept '06

⑆002349⑆ ⑈252073018⑈ 005⑆9201 32⑆

STELOR PRODUCTIONS LLC                                         2349
Steven A. Silvers
OPERATING ACCOUNT                                     08/28/06
08/24/06                    Bill #Sept '06                    5,000.00

Silvers Holding   Advance against Royalties - Sept '06              5,000.00





2350

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

08/28/06

PAY TO THE
ORDER OF___Steven A. Silvers___ **1,000.00

One Thousand and 00/100************************************************************** $

DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties -Sept '06

⑆002350⑆ ⑈252073018⑈ 005⑈920132⑈

---

STELOR PRODUCTIONS LLC
Steven A. Silvers
OPERATING ACCOUNT
08/24/06                Bill #Sept '06          08/28/06      2350
                                                            1,000.00

Silvers Holding    Insurance Advance against Royalties                1,000.00

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 464 |

Postmark
Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Steven A Silvers

Street, Apt. No.; or PO Box No.
2495 Sailfish Cove Drive

City, State, ZIP+ 4
West Palm Beach FL 33411

7000 0520 0016 7555 3004

PS Form 3800, February 2000          See Reverse for Instructions

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: KKAPLAN@BSKBLAW.COM  WWW.BSKBLAW.COM

October 3, 2006

**VIA FEDERAL EXPRESS**

Steven A. Silvers
Suite 202 – PMB 203
8983 Okeechobee Boulevard
West Palm Beach, Florida 33411

Re: <u>Stelor Productions, LLC v. Silvers,</u>
Case No. 05-80393-Civ-Hurley/Hopkins

Dear Mr. Silvers:

On behalf of Stelor Productions, L.L.C., enclosed please find the September 2006 advances against royalties in the amounts of $5,000.00 and $1,000.00.

Sincerely,

Kevin C. Kaplan

KK/mjp
cc: Stelor Productions, LLC

2427

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

09/21/06

PAY TO THE
ORDER OF___ Steven A. Silvers                                            $  **1,000.00

One Thousand and 00/100***************************************************** DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Insurance Advance against Royalties -Oc

⑈00 24 27⑈ ⑆25 20 730 18⑆  005⑈9 20 13 2⑈

---

ELOR PRODUCTIONS, LLC                                                    2427
OPERATING ACCOUNT
Steven A. Silvers                              09/21/06
09/24/06                    Bill #Oct '06                              1,000.00

Silvers Holding    Insurance Advance against Royalties                  1,000.00

242

**STELOR PRODUCTIONS, LLC**
OPERATING ACCOUNT
PO BOX 8000
GAITHERSBURG, MD 20883

PROVIDENT BANK
BALTIMORE, MARYLAND 21203
7-7301-2520

09/21/06

PAY TO THE
ORDER OF___ Steven A. Silvers _____ $ **5,000.00

Five Thousand and 00/100********************************************************* DOLLARS

Steven A. Silvers
2495 Sailfish Cove Dr.
West Palm Beach, FL 33411

MEMO    Advance against Royalties - Oct '06

⑆00 24 28⑆ ⑆2520730 18⑆ 005⑆9 20 13 2⑆

STELOR PRODUCTIONS, LLC
OPERATING ACCOUNT
Steven A. Silvers                        2428
09/24/06                Bill #Oct '06              09/21/06
                                                    5,000.00

Silvers Holding    Advance against Royalties - Oct '06              5,000.00