# Exhibit 24

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC,
Plaintiff,

v.

STEVEN A. SILVERS,
Defendant.



FILED by ___ D.C.
JUN 2 2 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

**THIS CAUSE** is before the court upon the plaintiff's motion to extend emergency temporary restraining order filed June 16, 2005, seeking extension of the temporary restraining order through disposition of the Magistrate Judge's Report & Recommendation upon the underlying motion for preliminary injunction, or a period of at least thirty days. Finding insufficient suggestion of "good cause" to warrant the extension requested, it is hereby

**ORDERED and ADJUDGED:**

1. The request for an indefinite, or in the alternative, thirty day extension of the TRO is **DENIED**; however, the temporary restraining order shall remain in full force and effect up through the end of the International Trade Show in New York, i.e. up through and including Friday, June 24, 2005.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this _22_ day of June, 2005.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:

by FAX —

Kevin Kaplan, Esq. (FAX 305-858-5261)
Adam T. Rabin, Esq. (FAX 561-671-1951)
Kenneth R. Hartmann, Esq. (FAX 305-372-3508)