UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

### STELOR PRODUCTIONS, LLC'S NOTICE OF WITHDRAWAL AND REFILING OF APPENDIX OF EXHIBITS SUPPORTING MOTION FOR SUMMARY JUDGMENT (DE 145, 146, 147, 148, 149, AND 155)

Stelor Productions, LLC hereby files this Notice of Withdrawal and Refiling of the

Appendix of exhibits supporting Cross-Defendant's Stelor Productions, LLC's Motion for

Summary Judgment Against Steven Silvers (DE 145-149 and 155).

On October 12, 2006, Stelor filed a hard copy of its Appendix in Support of its Motion

for Summary Judgment with the Court. The Appendix was later scanned by the Court and, due

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com  www.bskblaw.com

Dockets.Justia.com

to its size, was divided into six parts under Docket entries 145, 146, 147, 148, 149, and 155. In order to assist the Court and to avoid potential confusion, Stelor files concurrently with this Notice an identical Appendix as a unified document with 27 exhibits through the Court's CM/ECF facility. Stelor believes that a unified Appendix filed under a single document entry will assist the Court in reviewing the Appendix and in reviewing the Summary Judgment Motion.

                          Respectfully submitted,

                          s/Kevin C. Kaplan - Florida Bar No. 933848
                            David J. Zack - Florida Bar No. 641685
                        Email:  kkaplan@bskblaw.com
                                dzack@bskblaw.com
                        BURLINGTON, SCHWIEP, KAPLAN &
                           BLONSKY, P.A.
                        Office in the Grove, Penthouse A
                        2699 South Bayshore Drive
                        Miami, Florida 33133
                        Tel: 305-858-2900
                        Fax: 305-858-5261
                        Counsel for STELOR PRODUCTIONS,
                           LLC and STEVEN ESRIG

2

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com    www.bskblaw.com

CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Kevin C. Kaplan

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM    WWW.BSKBLAW.COM

## SERVICE LIST

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

Robert H. Cooper, Esq.
robert@rcooperpa.com
ROBERT COOPER, P.A.
Concorde Centre II, Suite 704
2999 N.E. 191 Street
Aventura, Florida 33180
Tel: 305-792-4343
Fax: 305-792-0200
*Attorney for Plaintiff Steven A. Silvers*
Method of Service: CM/ECF

Ramsey Al-Salam, Esq.
RAlsalam@perkinscoie.com
William C. Rava, Esq.
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, Washington 98101-3099
Tel: 206-359-8000
Fax: 206-359-9000
*Attorneys for Defendant Google Inc.*
Method of Service: U.S. Mail

Johanna Calabria, Esq.
PERKINS COIE LLP
Suite 2400
Four Embarcadero Center
San Francisco, CA 94111
Tel: 415-344-7050
Fax: 415-344-7124
E-mail: jcalabria@perkinscoie.com
*Attorneys for Defendant Google Inc.*
Method of Service: U.S. Mail

Jan Douglas Atlas, Esq.
jatlas@adorno.com
ADORNO & YOSS LLP
Suite 1700
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301
Tel: 954-763-1200
Fax. 954-766-7800
Attorneys for Defendant Google Inc.
Method of Service: CM/ECF

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM