UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

　　Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

　　Defendant.
_____/

GOOGLE INC., a Delaware corporation,

　　Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

　　Counterdefendants.
_____/

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE
REPLY IN SUPPORT OF STELOR PRODUCTIONS, LLC'S MOTION FOR
<u>SUMMARY JUDGMENT AGAINST STEVEN SILVERS</u>**

This matter came before the Court on the Agreed Motion for Enlargement of Time to File Reply Memorandum in Support of Stelor Productions, LLC's Motion for Summary Judgment Against Steven Silvers (the "Motion") [DE 198]. Having reviewed the Motion, and being otherwise fully advised in the premises, and noting Silvers' non-opposition to the requested leave, it is:

ORDERED AND ADJUDGED as follows:

Case No. 05-80387 CIV RYSKAMP/VITUNIC

[DE 198]

The Motion is hereby GRANTED. Stelor Productions, LLC shall have until December 8, 2006 to submit a Reply Memorandum in Support of the Motion for Summary Judgment Against Steven Silvers.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 29 day of November, 2006.

*Kenneth L. Ryskamp*
UNITED STATES DISTRICT JUDGE
Kenneth L. Ryskamp

cc: All counsel of Record