UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

        Counterdefendants.
_____/

**MOTION BY ATTORNEY STEPHEN C. HUNT, PURSUANT TO GENERAL RULE 11.1.D.3, TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE, INC.**

TO:    HONORABLE KENNETH L. RYSKAMP
        SENIOR UNITED STATES DISTRICT JUDGE

        HONORABLE ANNE E. VITUNAC
        UNITED STATES MAGISTRATE JUDGE

        Attorney Stephen C. Hunt hereby moves, pursuant to General Rule 11.1.D.3, to withdraw his duplicative appearance as one of the counsel of record for Defendant Google Inc. ("Google"), and in support thereof respectfully states as follows:

1. Previously, Attorney Hunt appeared in these proceedings, by operation of General Rule 11.1.D.1, by virtue of electronically filing a pleading on behalf of, and as an accommodation to, the other counsel of record for Google.

2. Google is presently, and principally, represented by several other competent counsel of record.

3. Attorney Hunt therefore respectfully seeks an Order pursuant to General Rule 11.1.D.3 authorizing the termination of his duplicative appearance as counsel of record for Google.

4. Further to the attached Certificate of Service, Attorney Hunt has provided notice of this Motion by mail and/or CM/ECF to Google, through its other counsel of record, as well as the other parties to this proceeding, as required by the rule.

5. After the entry of an Order granting this Motion, Google will continue to be represented by several other counsel of record.

WHEREFORE, Attorney Hunt respectfully requests entry of an Order, further to General Rule 11.1.D.3, authorizing the withdrawal of his appearance.

DATED: December 5, 2006

Respectfully submitted,

ADORNO & YOSS LLP
Attorneys for Defendant and Counterclaimant,
Google, Inc.

By: /s/Stephen C. Hunt
    Stephen C. Hunt
    Florida Bar No.: 191582
    350 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, Florida 33301
    Telephone: (954) 763-1200
    Facsimile:  (954) 766-7800
    Email: shunt@adorno.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: December 5, 2006

/s/ Stephen C. Hunt
Stephen C. Hunt

## SERVICE LIST

| | |
|---|---|
| Kevin C. Kaplan, Esq.<br>David J. Zack, Esq.<br>Burlington, Weil, Schwiep,<br>Kaplan & Blonsky, P.A.<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Attorneys for Counterdefendants,<br>Stelor Productions, LLC and Steven Esrig<br><br>Served via CM/ECF | Robert Howard Cooper, Esq.<br>Robert H. Cooper, P.A.<br>2999 NE 191st Street, Suite 704<br>Miami, FL 33180-1422<br>Attorneys for Plaintiff and Counterdefendant,<br>Steven A. Silver<br><br>Served via CM/ECF |