UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

        Counterdefendants.
_____/

### ORDER PURSUANT TO GENERAL RULE 11.1.D.3 GRANTING LEAVE FOR WITHDRAWAL OF APPEARANCE BY ATTORNEY STEPHEN C. HUNT AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE, INC.

THIS CAUSE is before the Court upon the Motion by Attorney Stephen C. Hunt to withdraw his appearance as one of the counsel for Defendant and Counterclaimant Google, Inc., filed December 5, 2006. No response opposing this Motion has been filed.

The Court has carefully reviewed this Motion and being otherwise fully advised in the premises, it is ORDERED and ADJUDGED as follows:

- 2 -

1. The Motion by Attorney Hunt to withdraw as counsel is hereby GRANTED.

2. Attorney Hunt is authorized to withdraw his appearance as one of the counsel of record for Defendant and Counterclaimant Google, Inc.

DONE AND ORDERED in Chambers at West Palm Beach, this _____ date of December, 2006.

_____

Copies furnished to:
Counsel of Record
Mr. Steven A, Silvers, *Pro Se*