# EXHIBIT B

2624

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20038-0967
7-216-520

03/08/05

PAY TO THE ORDER OF  Silvers Entertainment Group   $**5,000.00

Five Thousand and 00/100************************************************** DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO  Advance against Royalty, Feb 05

⑈002624⑈ ⑆052002166⑆   ⑈1759740 5⑈   ⑈0000500000⑈

#4

2625

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-620

03/08/05

PAY TO THE ORDER OF  Silvers Entertainment Group     $ **5,000.00

Five Thousand and 00/100*********************************************
_____ DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO  Advance against Royalty, Mar 05

⑆002625⑆ ⑇052002166⑇  ⑆1759740⑆    ⑇0000500000⑇

A5

**STELOR PRODUCTIONS, INC.**
PO BOX 8000
GAITHERSBURG, MD 20883

CITIBANK, F.S.B.
WASHINGTON, DC 20036-0967
7-216-520

04/08/05

PAY TO THE ORDER OF   Silvers Entertainment Group          $ **5,000.00

Five Thousand and 00/100************************************************ DOLLARS

Silvers Ent. Group
8983 Okeechobee Blvd
PMB 203 Suite 202
West Palm Beach, FL 33411

MEMO   Advance Against Royalties

⑈002711⑈ ⑇052002166⑇   ⑈17597405⑈   ⑆0000500000⑆

#6

PAY TO THE ORDER OF
BANK OF AMERICA
NORTH MIAMI BEACH, FL 33160
FOR DEPOSIT ONLY
SILVERS ENTERTAINMENT GROUP, INC.
003446928484