# EXHIBIT C

Dockets.Justia.com

**Kevin C. Kaplan**

**From:** GAIL A MCQUILKIN [GAM@kttlaw.com]
**Sent:** Wednesday, March 23, 2005 1:40 PM
**To:** Kevin C. Kaplan
**Subject:** good conversation

I think we are moving forward a bit. Should we call Weinstein again?

IN the meantime, I really need you to help me get a few things done relating to Silvers so we can keep the balance of our energies on Inc.

1. We need an accounting for the 1099 - there is an extra $6500 in there and he needs to file his tax return soon.



2. If there are any ads going out can we please have a copy for Silvers to preview. According to the license agreement Stelor is to provide these to Silvers for his "input." There is nothing in the agreement that says Stelor has to listen or do anything with his input but this keeps Silvers happy. Silvers will communicate his "input" only to me.

3. I will forward to you the ad that appeared in the preview to the licensing show. Silvers had no problem with this ad other than that the license agreement says at Article I (E) that the phrase "created by Steven A. Silvers" or other similar wording is suppose to be on it. We've had this issue before and Stelor promised to increase the font so you don't need a microscope to see it. I don't disagree that Stelor can use the phrase "based on a concept created by" but can they just make it legible, PLEASE!

4. We still need the list of all current domain names. Hefter was suppose to be working on that but we still don't have it.

5. Options. The settlement agreement says once Stelor is changed to an LLC it will issue Silvers 1,000 units of interest or however it is structured to take the place of the 1,000 stock options.

I think that is all that is left for Stelor to do under the settlement other than the audit.

You would be doing me the biggest favor in the world if you can get Stelor to accept Steve's chart on the insurance payments so we can pay Silvers and put this issue to rest. Think of it as quid pro quo for agreeing to postpone the audit.

Talk to you soon.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office

6/24/2005

EXHIBIT
121
55 10/13/06

Page 1 of 2

**GAIL A MCQUILKIN - follow up**

From:     GAIL A MCQUILKIN
To:       kkaplan@bwskb.com
Date:     4/12/2005 4:35 PM
Subject:  follow up

Kevin -

I appreciate our conversation today. As you requested here is an update on the complaint. This must be kept extremely confidential.

Because this complaint will draw intense scrutiny from the court and the media, it must be as factually accurate and legally sound as possible. I am doing an enormous amount of research to make sure that happens.

All of this takes tremendous time to do. But my practice has always been to research a case thoroughly before signing my name to a complaint - I'm probably one of the few attorneys who takes the obligations of Rule 11 to heart. Trust me, it pays off in the end.

While it may seem like this is dragging, a good complaint can take weeks or months. But we should have a good first draft soon. I am working on nothing else this week. I really need your help to get me the information from your client that I have been promised so I can weave it into the facts. I cannot understand why this has not been provided.

I hope your client understands that it is my client's intellectual property rights that are at issue so I take this case very seriously. Although we are "co-counsel" on this, I am not working for your client and do not feel obligated to perform based on their time line, nor should the drafting of this complaint have any bearing on their obligation to perform under the settlement. By no means am I holding up sending you the draft because of the owed payments. It is the distraction of dealing with these issues that is holding me up. No one wants

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW\1000...  6/14/2005

---

Page 2 of 2

this complaint filed more than my client.

And, as much as I enjoy speaking with the good folks over there, please let your client know that I cannot under the rules of professional conduct have direct communications, even e-mail, with any of them unless I have express authority from you.

Finally, you know how important I feel it is for us to stay aligned. This is easily accomplished if your client will just comply with the settlement, especially the financial part. I don't make threats or posture, my time is too expensive to waste on that. I communicate only what I must when I must to protect my client's interests. I agree that this has gotten silly, and I am sure the board would rather focus its discussions on the upcoming launch and trade show than obsessing over these rather small advances to my client. I have spent considerable time getting my client to focus on what your client has and will accomplish rather than what they have not done, although his list in that regard is long. He really is very happy with the project and excited about the launch and upcoming show. He knows the success of the project is the result of the work and investment made by everyone over there. But, he needs to feel he is being treated fairly, and frankly it doesn't take much by your client to instill that in him.

Please get your client to pay my guy what is owed so I can dedicate all my efforts on this complaint.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW\1000...  6/14/2005

Page 1 of 1

**GAIL A MCQUILKIN - please get me a response to where we are, my client is**

From:    GAIL A MCQUILKIN
To:      kkaplan@tvrskb.com
Date:    4/13/2005 11:10 AM
Subject: please get me a response to where we are, my client is

going nuts over this and I can't hold him off another day.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

files://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...    6/14/2005

Exhibit U

---

Page 2 of 2

From: GAIL A MCQUILKIN [mailto:GAM@kttlaw.com]
Sent: Friday, April 22, 2005 1:35 PM
To: Kevin C. Kaplan
Subject: audit

Kevin -

The auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit.  He needs to schedule the date for his visit.  Please give me a date in the next two weeks, other than April 28th and 29th which are not good for him, for the visit.  Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

files://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}0000...    5/9/2005

Exhibit  V

**GAIL A MCQUILKIN - Information from Stelor**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwslb.com |
| Date: | 4/7/2005 5:01 PM |
| Subject: | Information from Stelor |

Kevin -

Esrig said he would get me a disc with all the presentation stuff. I need it asap so I can work that information into the complaint. Also, remember to get from him samples of confusion evidence. Thanks.

Gail.

Checks?????????????????

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

Exhibit XX

---

Page 1 of 2

**GAIL A MCQUILKIN - silvers**

| | |
|---|---|
| From: | GAIL A MCQUILKIN |
| To: | kkaplan@bwslb.com |
| Date: | 4/8/2005 10:44 AM |
| Subject: | silvers |

Kevin -

Can you please resolve these pending issues -

Settlement Agreement:

1. Check for reimbursement of health insurance payments

2. Checks for Feb, March and April advance against royalties for health insurance

3. Reimbursement for domain name renewal costs

4. Options

5. All checks are to be made out to Silvers Entertainment Group. THe check we received for April was made out to Steven Silvers. Why do we have to keep telling Stelor this?

License Agreement:

1. Royalty statements are due for the 3d and 4th quarter of 2004, and first quarter of 2005.

2. We need to see the Products Liability Insurance has Silvers names as an insured.

3. We need to see all promotional materials Stelor intends to use.

4. Stelor is suppose to place on all materials the phrase "created by Steven A. Silvers." Stelor persists on placing those words in tiny font and using the phrase "based on a concept created by" rather than "created by" as required. We went though this once before and Stelor agreed to change it, but still they keep doing it.

5. There are still issues relating to the list of trademarks and domain names, but I will address those with Larry Hefter.

I need the materials from Stelor to add to the complaint asap. Esrig said he was going to come here next week. I think that is a good idea because I need to see this presentation, and we need to talk about the upcoming trade show and how to use it to our advantage.

Let me know about all this.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134

file://C:\Documents%20and%20Settings\Administrator\Local%20Settings\Temp\GW}000...  6/14/2005

Exhibit YY

**From:**    GAIL A MCQUILKIN [GAM@kttlaw.com]
**Sent:**    Friday, April 22, 2005 1:35 PM
**To:**    Kevin C. Kaplan
**Subject:** audit

Kevin -

The auditor is preparing a letter that will outline the documents and records he will need available at Stelor to do the audit. He needs to schedule the date for his visit. Please give me a date in the next two weeks, other than April 28th and 29th which are not good for him, for the visit. Thanks.

Gail.

Gail A. McQuilkin, Esq.
Kozyak Tropin & Throckmorton, PA
2525 Ponce de Leon
Coral Gables, FL 33134
(305) 372-1800 office
(305) 372-3508 fax
gam@kttlaw.com