# EXHIBIT B



Certificate of Recognition

THE Dove FOUNDATION

The Dove Foundation proudly presents to Stelor Productions this Certificate of Recognition for their achievement in being awarded the Dove Seal for **One GooWorld**

This CD has been deemed family-friendly by The Dove Foundation

Presented this 14th day of March, 2006

Signed: _____
Dave Lukens, Executive Director The Dove Foundation

FAMILY APPROVED®