UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

                Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

                Defendant.
_____/
GOOGLE INC., a Delaware corporation,

                Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

                Counterdefendants.
_____/

### WITHDRAWAL OF INDIVIDUAL APPEARANCE BY ATTORNEY STEPHEN C. HUNT AS COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT GOOGLE, INC.

NOTICE IS HEREBY GIVEN that, pursuant to General Rule 11.1.D.3 and the Court's December 7, 2006 Order [DE 209], Attorney Stephen C. Hunt hereby withdraws his individual appearance as one of the counsel of record for Defendant and Counterclaimant Google Inc.

DATED: December 14, 2006

                ADORNO & YOSS LLP
                Attorneys for Defendant and Counterclaimant,
                Google, Inc.

                By:/s/Stephen C. Hunt
                    Stephen C. Hunt
                    Florida Bar No.: 191582
                    350 East Las Olas Boulevard, Suite 1700
                    Fort Lauderdale, Florida 33301

Telephone: (954) 763-1200  
Facsimile: (954) 766-7800  
Email: shunt@adorno.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: December 14, 2006

/s/ Stephen C. Hunt  
Stephen C. Hunt

## SERVICE LIST

| | |
|---|---|
| Kevin C. Kaplan, Esq.<br>David J. Zack, Esq.<br>Burlington, Weil, Schwiep,<br>Kaplan & Blonsky, P.A.<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Attorneys for Counterdefendants,<br>Stelor Productions, LLC and Steven Esrig<br><br>Served via CM/ECF | Robert Howard Cooper, Esq.<br>Robert H. Cooper, P.A.<br>2999 NE 191st Street, Suite 704<br>Miami, FL 33180-1422<br>Attorneys for Plaintiff and Counterdefendant,<br>Steven A. Silver<br><br>Served via CM/ECF |