UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,
v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company,

    Counterdefendants.
_____/

### RE-NOTICE OF TAKING VIDEO TAPED DEPOSITION

**PLEASE TAKE NOTICE** that, pursuant to the Subpoena issued September 22, 2006, the Order dated November 29, 2006, and the oral ruling on December 19, 2006 of the District of Maryland compelling the witness to comply with the subpoena, the undersigned counsel for Defendant will take the following deposition:

| NAME | DATE & TIME | LOCATION |
| --- | --- | --- |
| Lindsey Miller | January 9, 2007<br>10:00 a.m. | Jay L. Cohen, P.C.<br>The Chevy Chase Building<br>Suite 1127<br>Chevy Chase, Maryland 20815 |

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com   www.bskblaw.com

The deposition will be upon oral examination before Lad Reporting or another officer authorized by law to take depositions in the State of Maryland. The oral examinations will continue from day to day until completed, and are being taken for purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

        Respectfully submitted,

        s/Kevin C. Kaplan - Florida Bar No. 933848
          David J. Zack - Florida Bar No. 641685
        Email:  kkaplan@bskblaw.com
                dzack@bskblaw.com
        BURLINGTON, SCHWIEP, KAPLAN &
          BLONSKY, P.A.
        Office in the Grove, Penthouse A
        2699 South Bayshore Drive
        Miami, Florida 33133
        Tel: 305-858-2900
        Fax: 305-858-5261
        Counsel for STELOR PRODUCTIONS,
          LLC and STEVEN ESRIG

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM    WWW.BSKBLAW.COM

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 05-80387 CIV RYSKAMP/VITUNIC. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

      s/Kevin C. Kaplan

3

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM