UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/


FILED by _____ D.C.
JAN 3
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION FOR ORDER ALLOWING MULTIMEDIA PRESENTATION

Upon Counterdefendant Stelor Productions, LLC's Motion To Allow Multimedia Courtroom Presentation at the summary judgment hearing on January 4, 2007 and at trial, it is ordered:

Stelor shall be permitted to use a multimedia system at trial for the presentation of evidence.

Stelor and its vendor, Trial Graphix, Inc., shall be permitted to bring into the U.S. District Court, Courtroom 416 from January 3, 2007 through the conclusion of the trial, certain multimedia equipment. The equipment will include the following:

Case No. 05-80387 CIV RYSKAMP/VITUNIC

laptop computers, computer mouse, bar code reader, cables, computer speakers, flat panel monitors, high resolution projector, projection screen, VCR with assorted power, monitor, video and audio cables, power strips, gaffers tape and extension cords, and counsel shall be permitted the use of laptop computers and Blackberry cellphones.

Trial Graphix shall be permitted entry to Courtroom 416 on January 3, 2007, after 2:00 p.m., to set up the above-referenced equipment.

Trial Graphix shall be permitted to leave the building with the above referenced equipment at the conclusion of the trial.

_____
UNITED STATES DISTRICT JUDGE

1-3-07

cc:   All counsel of Record

2