UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CIVIL MOTIONS HEARD IN OPEN COURT

Date: 1-4-07

Start Time: 1:30    End Time: 2:40

JUDGE: KENNETH L. RYSKAMP    REPORTER: Pauline Stipes
DEPUTY CLERK: IRENE RIVERA

Case # 05-80387-CV-KLR

Silvers                           Robert Cooper
Plaintiff                         Plaintiff's Attorney

Google                            Kevin Kaplan
Defendant                         Defendant's Attorney
Stellar Productions

DESCRIPTION OF MOTION   Summary judgment

Motion:    ___ Granted
           ___ Denied
           ___ Granted in part\denied in part
           ___ Withdrawn
           _X_ Ruling reserved