UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

Steven A. Silvers, an individual
        Plaintiff

v.

Google Inc., a Delaware corporation
        Defendant
_____

Agreed Motion for One Day Extension of Time to File Pre-Trial Stipulation

Steven Silvers moves this Court to grant the parties a three day extension of time to file the pretrial stipulation to January 11th, 2007 and as grounds states:

1.  The parties have been diligently working together to agree on the pre-trial stipulation and require a small amount of additional time to properly prepare the pretrial statement.
2.  Stelor agrees to the requested relief and Google is not a party in interest in and to the upcoming trial on Phase 1.

Certificate of Service

I certify that a true and correct copy of the foregoing was served on counsel of record via the electronic filing system

Robert H. Cooper P.A.

1

```
2999 N.E. 191 St. Suite 704
Miami, Fl. 33180
305-792-4343 (direct extension)
305-792-0200 (fax)
robert@rcooperpa.com
Fl. Bar No. 0650323


_\Robert Cooper_____
Robert H. Cooper
for the Firm.
```