UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

Steven A. Silvers, an individual
        Plaintiff

v.

Google Inc., a Delaware corporation
        Defendant
_____

## **Memorandum of Law in Opposition to Stelor's Motion for Bench Trial**

     Steven Silvers files this memorandum of law in opposition to the Stelor's Motion for Bench Trial (Doc. 223) and states:

     Silvers is entitled to a jury trial. This is a diversity action and the issue before the Court in phase one is whether or not there was a breach of a contract. Breach of contract actions, even when they seek declaratory relief, are actions traditionally at law and a party is constitutionally entitled to a jury. *SOUTHERN FARM BUREAU v. PRO LOCKSHOP*, 681 So.2d 840 (Fl. 4th DCA 1996); *OLIN'S, INC. v. AVIS* 131 So.2d 20 (Fl. 3d DCA 1961); Fl. Stat. 86.071.

## Certificate of Service

     I certify that a true and correct copy of the foregoing was served on counsel of record via the electronic filing system

                          Robert H. Cooper P.A.
                          2999 N.E. 191 St. Suite 704
                          Miami, Fl. 33180
                          305-792-4343 (direct extension)
                          305-792-0200 (fax)
                          robert@rcooperpa.com
                          Fl. Bar No. 0650323

1

\Robert Cooper
Robert H. Cooper
for the Firm.