UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

STEVEN A. S ILVERS, an individual,
    Plaintiff,

v.                                                              CASE NO. 05-80387-CIV

GOOGLES INC., a Delaware corporation,                           (Ryskamp/Vitunac)
    Defendant.

---

GOOGLES INC., a Delaware corporation,
    Counterclaimant,

v.

STEVEN A. SILVERS, an individual; STELOR
PRODUCTIONS, INC., a Delaware corporation;
STELOR PRODUCTIONS, LLC; a business
entity of unknown form; and STEVEN ESRIG,
an individual,
    Counterdefendants.

---

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Steven A. Silvers, hereby submits his initial disclosures pursuant to Rule 26(a),

Federal Rules of Civil Procedure.

### Individuals Likely to Have Discoverable Information

1.    Steven A. Silvers
      8983 Okeechobee Blvd., Suite 202
      PMB 203
      West Palm Beach, FL 33411

2.    Marsha Genero
      301 San Jose Road
      St. Augustine, Florida

3.    Steven A. Esrig
      Stelor Productions LLC
      14701 Mockingbird Drive
      Darnestown, Maryland 20874

1

Dockets.Justia.com

4.     Marty Jeffries
Stelor Productions LLC
14701 Mockingbird Drive
Darnestown, Maryland 20874

5.     James Maitland
Aurora Collections, Inc.
4651 SW 51 Street
Davie, Florida 33314

6.     Chris Farrington
Aurora Collections, Inc.
4651 SW 51 Street
Davie, Florida 33314

7.     All employees of Stelor Productions
Stelor Productions LLC
14701 Mockingbird Drive
Darnestown, Maryland 20874

8.     Employees of Aurora Collections, Inc.
4651 SW 51 Street
Davie, Florida 33314

9.     Larry Page
Google, Inc.
1600 Amphitheatre Parkway
Moutnainview, California 94043

10.     Sergey Brin
Google, Inc.
1600 Amphitheatre Parkway
Moutnainview, California 94043

11.     Andrew Bridges
Winston & Strawn
101 California Street, Suite 3900
San Francisco, California 94111

12.     Rose Hagen
Google, Inc.
1600 Amphitheatre Parkway
Mountainview, California 94043

2

13.    Craig Silverstein
       Google, Inc.
       1600 Amphitheatre Parkway
       Mountainview, California  94043

14.    Douglas Edwards
       Google, Inc.
       1600 Amphitheatre Parkway
       Mountainview, California  94043

## Documents Supporting Claims

1.    All documents attached to Plaintiff's First Amended Complaint.

2.    All advertising and promotional materials for the "Googles" trademark.

3.    Googles.com Web pages.

4.    All music recordings relating to the "Googles" trademark.

5.    News articles relating to Google.

6.    All materials relating to all trademarks, applications to register trademarks, and trademark registrations relating to the mark "Googles."

7.    All materials relating to all copyrights, patent, and domain names registrations relating to the mark "Googles."

8.    All materials contained in the United States Patent and Trademark Office files for all trademark applications relating to the mark "Google."

9.    All documents relating to petitions filed by Google to cancel or transfer domain names.

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

## Damages Categories

1.    Plaintiff's costs of corrective advertising to eliminate the confusion in an amount to be determined.

### Insurance

1.    Plaintiff is unaware of any insurance that covers the claims asserted in this action.

Respectfully submitted this 22nd day of November, 2005.

| | |
|---|---|
| | s/ Gail A. McQuilkin |
| Adam T. Rabin  (Fla. Bar #985635) | Kenneth R. Hartmann  (Fla. Bar #664286) |
| DIMOND KAPLAN & ROTHSTEIN, P.A. | Gail A. McQuilkin  (Fla. Bar #969338) |
| 525 S. Flagler Drive, Trump Plaza, Suite 200 | KOZYAK TROPIN & THROCKMORTON, P.A. |
| West Palm Beach, Florida  33401 | 2525 Ponce de Leon, 9th Floor |
| T: 561-671-2110 / F: 561-671-1951 | Miami, Florida  33134 |
| | T: 305-372-1800 / F: 305-372-3508 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by

E-mail and U.S. mail on this 22nd day of November, 2005 upon:

| | |
|---|---|
| Jan Douglas Atlas | Andrew P. Bridges |
| Adorno & Yoss, LLP | Winston & Strawn, LLP |
| 350 East Las Olas Blvd., Suite 1700 | 101 California Street, Suite 3900 |
| Fort Lauderdale, FL  33301-4217 | San Francisco, CA  94111 |
| E-mail:  jatlas@adorno.com | E-mail:  abridges@winston.com |

Kevin C. Kaplan, Daniel F. Blonsky and
  David Zack
Burlington Weil Schwiep Kaplan & Blonsky, PA
2699 S. Bayshore Drive, Penthouse A
Miami, FL  33133
E-mail:  kkaplan@bwskb.com

s/ Gail A. McQuilkin

3339/102/259855.1

4