UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

Steven A. Silvers, an individual
         Plaintiff

v.

Google Inc., a Delaware corporation
         Defendant
_____

**Silvers' Motion to File Sur-reply**

    Silvers moves this Court for leave to file a sur-reply to the Stelor's response to Silvers' Memorandum of law in opposition to Stelor's Motion for Bench trial

    The grounds are:

1.   In its response Stelor states that whether the action in diversity is triable by the court or jury is a matter of federal law.

2.   As is set forth in the proposed sur-reply, Federal law is equally clear that in a case such as this where Stelor seeks both damages for breach of contract and a declaratory judgment that the contract has been breached, the action remains an action at law and is triable by jury.

## Certificate of Service

    I certify that a true and correct copy of the foregoing was served on counsel

1

of record via the electronic filing system

```
                              Robert H. Cooper P.A.
                              2999 N.E. 191 St. Suite 704
                              Miami, Fl. 33180
                              305-792-4343 (direct extension)
                              305-792-0200 (fax)
                              robert@rcooperpa.com
                              Fl. Bar No. 0650323


                               \Robert Cooper_____
                              Robert H. Cooper
                              for the Firm.
```