UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

     Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

     Defendant.

_____/

GOOGLE INC., a Delaware corporation,

     Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

     Counterdefendants.

_____/

**STELOR PRODUCTIONS, LLC'S AND STEVEN A. SILVERS' JOINT
NOTICE OF SETTLEMENT AND REQUEST TO REMOVE
PHASE I CASE FROM TRIAL CALENDAR**

     Cross-Plaintiff Stelor Productions, LLC and Cross-Defendant Steven A. Silvers, by and

through undersigned counsel, hereby advise the Court as follows:

     1.    The parties have reached a resolution of the issues raised by Stelor's Amended

Cross-Claim.  A true and correct copy of the parties' email confirmation of the terms is attached

hereto as Exhibit "A".

Dockets.Justia.com

2.      The agreement allows a 180 day period of time for the settlement payment to be made.  Upon finalization of the settlement, a formal dismissal of the Cross-Claim will be filed. In the event of a default of the payment obligation, however, the Cross-Claim is to be re-set for trial.

3.      Accordingly, the parties respectfully request that the Phase I trial be removed from the January 22, 2007 trial calendar, re-set for September 2007, and abated during this period.  *See Reynolds v. McInnes,* 338 F.3d 1201, 1207 (11th Cir. 2003) (appeal stayed for 2.5 years while parties attempted to settle); *White v. State of Alabama,* 74 F.3d 1058, 1062 n.8 (11th Cir. 1996) (noting with approval court's stay of proceedings in light of settlement).

WHEREFORE, pursuant to the parties' settlement, the parties jointly request entry of an order staying the Phase I trial pending finalization of the settlement.

Respectfully submitted,

| | |
|---|---|
| s/Kevin C. Kaplan – Fla. Bar No. 933848 | s/Robert H. Cooper – Fla. Bar No. 0650323 |
| Email:  kkaplan@coffeyburlington.com | Email:  robert@rcooperpa.com |
| COFFEY BURLINGTON | Robert H. Cooper, P.A. |
| Office in the Grove, Penthouse A | 2999 N.E. 191 St. |
| 2699 South Bayshore Drive | Suite 704 |
| Miami, Florida 33133 | Miami, Florida  33180 |
| Tel: 305-858-2900 | Tel:  305-792-4343 |
| Fax: 305-858-5261 | Fax:  305-792-0200 |
| Counsel for STELOR PRODUCTIONS, LLC and STEVEN ESRIG | Counsel for STEVEN SILVERS |

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on January 15, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

**SERVICE LIST**

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO.  05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Robert H. Cooper, Esq.<br>robert@rcooperpa.com<br>ROBERT COOPER, P.A.<br>Concorde Centre II, Suite 704<br>2999 N.E. 191 Street<br>Aventura, Florida 33180<br>Tel: 305-792-4343<br>Fax: 305-792-0200<br>*Attorney for Plaintiff Steven A. Silvers*<br>Method of Service:  CM/ECF | Ramsey Al-Salam, Esq.<br>RAlsalam@perkinscoie.com<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, Washington 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>*Attorneys for Defendant Google Inc.*<br>Method of Service:  U.S. Mail |
| Johanna Calabria, Esq.<br>PERKINS COIE LLP<br>Suite 2400<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Tel: 415-344-7050<br>Fax: 415-344-7124<br>E-mail: jcalabria@perkinscoie.com<br>*Attorneys for Defendant Google Inc.*<br>Method of Service:  U.S. Mail | Jan Douglas Atlas, Esq.<br>jatlas@adorno.com<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida  33301<br>Tel: 954-763-1200<br>Fax. 954-766-7800<br>Attorneys for Defendant Google Inc.<br>Method of Service: CM/ECF |

3