UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,
v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**ORDER GRANTING REQUEST TO REMOVE
PHASE I CASE FROM TRIAL CALENDAR**

    This cause came before the Court upon the Joint Notice of Settlement and Request to Remove Phase I Case from Trial Calendar **[DE 235]** filed on January 16, 2007. The Court having reviewed the Notice and the attached Settlement, and being fully advised in the matter, it is hereby

    ORDERED AND ADJUDGED as follows:

    1.    The Phase I trial in this matter is hereby removed from the January 22, 2007 Trial

1

Calendar. The parties are excused from attendance at the January 17, 2007 calendar call.

2. The Phase I trial will be re-set by separate order for a date after September 1, 2007, with all proceedings related to Phase I abated subject to final pretrial deadlines as re-set by the Court.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 16 day of January 2007.

                                                                                                                                                       _/s/ Kenneth L. Ryskamp_____
                                                                                                                                                      KENNETH L. RYSKAMP
                                                                                                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record