UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
<u>STEVEN A. SILVERS AND STELOR PRODUCTIONS, LLC.</u>**

Cross-Claim Plaintiff Stelor Productions, LLC and Cross-Claim Defendant Steven A. Silvers, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), and pursuant to a settlement reached between them, hereby stipulate to dismissal with prejudice of all claims brought or that could have been brought by each of them against the other in this action – including all claims of breach of the License, Distribution and Manufacturing Agreement dated June 1, 2002, the Confidential Settlement Agreement dated January 28, 2005, the Composer's Agreement dated August 19, 2003, and the Consulting Agreement dated June 1, 2002 (collectively, "Agreements") – with each of these parties to bear their own respective fees and

costs.  These parties respectfully request that this Court retain jurisdiction to enforce the terms of the settlement.  This stipulation does not and is not intended in any way to affect the claims against Google, Inc., which remain pending in this action.

Respectfully submitted,

| | |
|---|---|
| s/Kevin C. Kaplan – Fla. Bar No. 933848<br>Email:  kkaplan@coffeyburlington.com<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse A<br>2699 South Bayshore Drive<br>Miami, Florida 33133<br>Tel: 305-858-2900<br>Fax: 305-858-5261<br>Counsel for STELOR PRODUCTIONS, LLC and STEVEN ESRIG | s/Robert H. Cooper – Fla. Bar No. 0650323<br>Email:  robert@rcooperpa.com<br>Robert H. Cooper, P.A.<br>2999 N.E. 191 St.<br>Suite 704<br>Miami, Florida  33180<br>Tel:  305-792-4343<br>Fax:  305-792-0200<br>Counsel for STEVEN SILVERS |

CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on  August 24, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

## SERVICE LIST

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Robert H. Cooper, Esq. <br> robert@rcooperpa.com <br> ROBERT COOPER, P.A. <br> Concorde Centre II, Suite 704 <br> 2999 N.E. 191 Street <br> Aventura, Florida 33180 <br> Tel: 305-792-4343 <br> Fax: 305-792-0200 <br> *Attorney for Plaintiff Steven A. Silvers* <br> Method of Service: CM/ECF | Ramsey Al-Salam, Esq. <br> RAlsalam@perkinscoie.com <br> William C. Rava, Esq. <br> PERKINS COIE LLP <br> Suite 4800 <br> 1201 Third Avenue <br> Seattle, Washington 98101-3099 <br> Tel: 206-359-8000 <br> Fax: 206-359-9000 <br> *Attorneys for Defendant Google Inc.* <br> Method of Service: U.S. Mail |
| Johanna Calabria, Esq. <br> PERKINS COIE LLP <br> Suite 2400 <br> Four Embarcadero Center <br> San Francisco, CA 94111 <br> Tel: 415-344-7050 <br> Fax: 415-344-7124 <br> E-mail: jcalabria@perkinscoie.com <br> *Attorneys for Defendant Google Inc.* <br> Method of Service: U.S. Mail | Jan Douglas Atlas, Esq. <br> jatlas@adorno.com <br> ADORNO & YOSS LLP <br> Suite 1700 <br> 350 East Las Olas Boulevard <br> Fort Lauderdale, Florida 33301 <br> Tel: 954-763-1200 <br> Fax. 954-766-7800 <br> Attorneys for Defendant Google Inc. <br> Method of Service: CM/ECF |