UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

**ORDER APPROVING STIPULATION AND DISMISSING CASE WITH PREJUDICE**

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

This cause came before this Court upon a Stipulation of Dismissal With Prejudice between Stelor Productions, LLC and Steven Silvers, and having reviewed the Stipulation and being otherwise fully advised in the matter, it is hereby

ORDERED AND ADJUDGED that the Stipulation is approved and adopted as an Order of this Court.  All claims between Stelor Productions, LLC and Steven A. Silvers – including all claims for breach of the Agreements – are hereby dismissed with prejudice, with each of those parties to bear their own fees and costs.  The Court retains jurisdiction to enforce the settlement.  This dismissal is without affect on the claims against Google, Inc., which remain pending.

It is further ordered that GoDaddy.com, registrar of the domain names at issue in this action (including googles.com and the additional names listed on Exhibit F to the Amended Cross-Claim [DE #49, at 68-69]), immediately change the registrant of record to Stelor Productions, LLC for all of those domain names and unlock them.

ORDERED AND ADJUDGED in Chambers, at West Palm Beach, Palm Beach County, Florida on this _____ day of August, 2007.

                                                                                                           _____
                                                 UNITED STATES DISTRICT JUDGE
                                                 KENNETH L. RYSKAMP

Copies furnished to all counsel of record