UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court *sua sponte*. On August 24, 2007, Silvers and Stelor Productions notified this Court that they had reached a settlement agreement. The settlement stipulation, however, did not indicate which party intended to pursue this case against Google. Accordingly, it is hereby,

ORDERED AND ADJUDGED that Stelor Productions and Silvers notify this Court which party intends to pursue the case against Google. Stelor Productions and Silvers shall have fifteen (15) days from the date of this Order to respond, or the case against Google may be dismissed..

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 30 day of August, 2007.

                                       /s/ Kenneth L. Ryskamp
                                    KENNETH L. RYSKAMP
                                  UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record