UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.

_____/

## ORDER APPROVING STIPULATION AND DISMISSING PHASE I OF THE CASE WITH PREJUDICE

This cause comes before this Court upon the Stipulation of Dismissal With Prejudice between Stelor Productions, LLC and Steven Silvers **[DE 238]**, filed on August 24, 2007. After having reviewed the Stipulation and being otherwise fully advised in the matter, it is hereby,

**ORDERED AND ADJUDGED** that the Stipulation is approved and adopted as an Order of this Court.

(1) All claims between Stelor Productions, LLC and Steven A. Silvers – including all claims for breach of the Agreements – are hereby dismissed with prejudice, with each of those parties to bear their own fees and costs.

(2) This Court retains jurisdiction to enforce the settlement.

(3) This dismissal is without effect on the claims against Google, Inc., which remain pending.

(4) GoDaddy.com, registrar of the domain names at issue in this action (including googles.com and the additional names listed on Exhibit F to the Amended Cross-

Page -1-

Claim [DE #49, at 68-69]), must immediately change the registrant of record to Stelor Productions, LLC for all of those domain names and unlock them.

(5) The following motions are **DENED as MOOT**: Motion *in Limine*, Motion *in Limine* to Exclude, Motion *in Limine*, Motion for Leave to File Surreply, and Motion for Clarification **[DE 212, 222, 231, 232, 233]**. The Motion for Bench Trial, filed January 11, 2007, is also **DENIED as MOOT**.

DONE AND ORDERED in Chambers, at West Palm Beach, Palm Beach County, Florida on this 30 day of August, 2007.

     /s/ Kenneth L. Ryskamp
UNITED STATES DISTRICT JUDGE
KENNETH L. RYSKAMP

Copies furnished to:
All counsel of record