UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Stelor Productions, LLC and Steven A. Silvers, by and through their undersigned counsel, hereby respond as follows to the Court's August 30, 2007 Order to Show Cause:

Stelor Productions, LLC intends to pursue the case against Google Inc. Stelor and Silvers respectfully requests that Stelor be substituted for Silvers as party plaintiff pursuant to Rule 25(c).

Respectfully submitted,

| | |
|---|---|
| s/Kevin C. Kaplan – Fla. Bar No. 933848 | s/Robert H. Cooper – Fla. Bar No. 0650323 |
| Email: kkaplan@coffeyburlington.com | Email: robert@rcooperpa.com |
| COFFEY BURLINGTON | Robert H. Cooper, P.A. |
| Office in the Grove, Penthouse A | 2999 N.E. 191 St. |
| 2699 South Bayshore Drive | Suite 704 |

| | |
|---|---|
| Miami, Florida 33133 | Miami, Florida  33180 |
| Tel: 305-858-2900 | Tel:  305-792-4343 |
| Fax: 305-858-5261 | Fax:  305-792-0200 |
| Counsel for STELOR PRODUCTIONS, LLC and STEVEN ESRIG | Counsel for STEVEN SILVERS |

<u>CERTIFICATE OF SERVICE AND COMPLIANCE</u>

      I hereby certify that on September 14, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Kevin C. Kaplan</u>

## SERVICE LIST

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Robert H. Cooper, Esq.<br>robert@rcooperpa.com<br>ROBERT COOPER, P.A.<br>Concorde Centre II, Suite 704<br>2999 N.E. 191 Street<br>Aventura, Florida 33180<br>Tel: 305-792-4343<br>Fax: 305-792-0200<br>*Attorney for Plaintiff Steven A. Silvers*<br>Method of Service: CM/ECF | Ramsey Al-Salam, Esq.<br>RAlsalam@perkinscoie.com<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, Washington 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>*Attorneys for Defendant Google Inc.*<br>Method of Service: U.S. Mail |
| Johanna Calabria, Esq.<br>PERKINS COIE LLP<br>Suite 2400<br>Four Embarcadero Center<br>San Francisco, CA 94111<br>Tel: 415-344-7050<br>Fax: 415-344-7124<br>E-mail: jcalabria@perkinscoie.com<br>*Attorneys for Defendant Google Inc.*<br>Method of Service: U.S. Mail | Jan Douglas Atlas, Esq.<br>jatlas@adorno.com<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Tel: 954-763-1200<br>Fax. 954-766-7800<br>Attorneys for Defendant Google Inc.<br>Method of Service: CM/ECF |