# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN SILVERS, an individual

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.

_____/

### ORDER SUBSTITUTING PLAINTIFF

THIS CAUSE comes before the Court upon the parties response to the order to show cause **[DE 241]** filed on September 14, 2007. The parties have informed this Court that Stelor Productions, LLC will pursue the case against Defendant and that Stelor should be substituted for Silvers as Plaintiff. The court having reviewed the response and otherwise being advised in the premises it is hereby,

ORDERED and ADJUDGED that Stelor Productions, LLC shall be substituted as Plaintiff in this matter. Steven Silvers is no longer a Plaintiff in this action. The Clerk of the Court is accordingly directed to make the necessary change.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 18 day of September, 2007.

                         /s/ Kenneth L. Ryskamp
                       HON. KENNETH L. RYSKAMP
                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record