UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.
_____/

GOOGLE INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

      Counterdefendants.
_____/

## NOTICE OF COMPLIANCE WITH ORDER OF PRETRIAL PROCEDURES

Plaintiff Stelor Productions, LLC, by and through their undersigned counsel, hereby gives notice that the parties held a scheduling meeting on October 8, 2007, in compliance with the Court's September 19, 2007 Order of Pretrial Procedures. The parties are preparing a scheduling report and joint proposed Scheduling Order for submission to the Court pursuant to the Order and Rule 16.1(B).

      Respectfully submitted,

      s/Kevin C. Kaplan – Fla. Bar No. 933848
      Email: kkaplan@coffeyburlington.com
      COFFEY BURLINGTON
      Office in the Grove, Penthouse A

        2699 South Bayshore Drive  
        Miami, Florida  33130  
        Tel: 305-858-2900  
        Fax: 305-858-5261  
        Counsel for STELOR PRODUCTIONS,  
        LLC and STEVEN ESRIG

## CERTIFICATE OF SERVICE AND COMPLIANCE

     I hereby certify that on October 9, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Kevin C. Kaplan

**SERVICE LIST**

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| |
|---|
| Ramsey Al-Salam, Esq.<br>RAlsalam@perkinscoie.com<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, Washington 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>*Attorneys for Defendant Google Inc.*<br>Method of Service: U.S. Mail |
| Jan Douglas Atlas, Esq.<br>jatlas@adorno.com<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Tel: 954-763-1200<br>Fax. 954-766-7800<br>Attorneys for Defendant Google Inc.<br>Method of Service: CM/ECF |