UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   05-80387-CIV-RYSKAMP\VITUNAC

Stelor Productions, LLC

    Plaintiff

vs.

Google, Inc.

    Defendant
_____/

## NOTICE OF TRIAL

  This case is set for **jury TRIAL** commencing the two-week trial period of **January 21, 2009**, in West Palm Beach, Florida. All matters relating to the scheduled trial date may be brought to the attention of the court at **CALENDAR CALL** on **January 14, 2009** in the Federal Courthouse, *Courtroom No. 1, 701 Clematis Street, 4th floor, West Palm Beach, Florida at 1:15 P.M.

  Plaintiff's counsel shall notify any attorneys not listed below of this notice of trial. Any motion for a continuance MUST be in writing in order to be considered.

DATED this 24th day of October, 2007.

        /s/ Sharon J. Hibbs
        **SHARON J. HIBBS, Judicial Administrator to**
        **JUDGE RYSKAMP**

c:
All Counsel of Record

*For information regarding the Evidence Presentation System in Judge Ryskamp's Courtroom No. 1, see the Court's website at www.flsd.uscourts.gov *Bar Information*, *Electronic Courtroom*.