UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

### NOTICE OF SELECTION OF MEDIATOR

Counterdefendants, STELOR PRODUCTIONS, LLC, by and through its undersigned counsel, and pursuant to the Court's Order of Referral to Mediation of October 24, 2007, hereby notifies the Court that the Parties have agreed to designate John Freud to act as mediator in this cause.

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

> COFFEY BURLINGTON
> Attorneys for Dilido Beach Resort
> Office in the Grove
> 2699 South Bayshore Drive, PH
> Miami, Florida 33133
> (305) 858-2900 Telephone
> (305) 858-5261 Facsimile
> kkaplan@coffeyburlington.com
>
>
> By:   s/Kevin C. Kaplan
>       Kevin C. Kaplan
>       Florida Bar No. 933848

### CERTIFICATE OF SERVICE

I hereby certify that, on November 8, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case No. 9:05-cv-80387-KLR.  Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

> s/Kevin C. Kaplan
> KEVIN C. KAPLAN

2