UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/
GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

**UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL ORDER
ENFORCING SETTLEMENT BETWEEN
<u>STEVEN A. SILVERS AND STELOR PRODUCTIONS, LLC.</u>**

Cross-Claim Plaintiff Stelor Productions, LLC, by and through undersigned counsel, hereby moves on the following grounds for entry of a supplemental order enforcing their settlement agreement.

    1.  Stelor and Silvers entered into a written settlement agreement, approved by order dated August 30, 2007.

    2.  As agreed to by the parties, the Order included direction to GoDaddy.com – the registrar of the domain names at issue between the parties – to transfer the names to Stelor and unlock them. The Court also retained jurisdiction to enforce the settlement.

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
dockets.Justia.com

3. Certain domain names subject to the settlement agreement between the parties, however, remain locked by GoDaddy.com. The names are listed on Exhibit "A" hereto.

4. Accordingly, Stelor requests entry of a supplemental order in the form submitted herewith in order to ensure that those names are properly transferred to Stelor and unlocked.

5. Counsel for Silvers has been advised of the relief requested in this motion and does not oppose it.

**WHEREFORE,** Stelor respectfully requests that this motion be granted, and the proposed supplemental order enforcing settlement be entered.

Respectfully submitted,

s/Kevin C. Kaplan – Fla. Bar No. 933848
Email: kkaplan@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
Counsel for STELOR PRODUCTIONS,
LLC and STEVEN ESRIG

### CERTIFICATE OF SERVICE AND COMPLIANCE

**I HEREBY CERTIFY** that on December 17, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

## SERVICE LIST

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Robert H. Cooper, Esq.<br>robert@rcooperpa.com<br>ROBERT COOPER, P.A.<br>Concorde Centre II, Suite 704<br>2999 N.E. 191 Street<br>Aventura, Florida 33180<br>Tel: 305-792-4343<br>Fax: 305-792-0200<br>*Attorney for Plaintiff Steven A. Silvers*<br>Method of Service: CM/ECF | Ramsey Al-Salam, Esq.<br>RAlsalam@perkinscoie.com<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, Washington 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>*Attorneys for Defendant Google Inc.*<br>Method of Service: U.S. Mail |
| | Jan Douglas Atlas, Esq.<br>jatlas@adorno.com<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Tel: 954-763-1200<br>Fax. 954-766-7800<br>Attorneys for Defendant Google Inc.<br>Method of Service: CM/ECF |

**DOMAIN NAMES IN DISPUTE**

GOOBEANIES.COM
GOOBEANIES.NET
GOOBOP.COM
GOOGLEMAIL.NET
GOOGLES.BIZ
GOOGLES.INFO
GOOGLES.NAME
GOOGLES.NET
GOOGLES.US
GOOGLES.WS
GOOGLESADVENTURE.COM
GOOGLESADVENTURES.COM
GOOGLESFROMGOO.COM
GOOGLESFROMGOO.INFO
GOOGLESFROMGOO.NET
GOOGLESMAIL.COM
GOOGLESMAIL.NET
GOOGLESMANIA.COM
GOOGLESMUSIC.COM
GOOHOP.COM
GOOKID.COM
GOOKIDS.COM
GOOKIDS.NET
GOOKIDSMAIL.COM
GOOKIDSMAIL.NET
GOOKIDSRGOORIFFIC.COM
GOOKIDZ.COM
GOOKIDZ.NET
GOOKIDZMAIL.COM
GOOKIDZMAIL.NET
GOOMAIL.NET
GOOMANIA.COM
GOOMUSIC.COM
GOOPETS.COM
GOOPETZ.COM
GOORIFFICENTERTAINMENT.COM
GOORIFFICENTERTAINMENT.NET
GOOSHIP.COM
GOOSHOES.COM
GOOSTUFF.COM
GOOTOPIA.COM
GOOTOPIA.BIZ
GOOTOPIA.INFO
GOOTOYS.COM

GOOTOYS.NET
GOOTUNES.COM
GOOWARE. COM
GOOWEAR.COM
OOGLESADVENTURE.COM
OOGLESFROMGOO.COM
OOGLESFROMGOO.NET
OOGOOS.COM
OOGOOS.NET
PLANETGOO.NET
PLANETOFGOO.COM
PLANETOFGOO.NET
THEGOOCREW.COM
THEGOOGLES.COM
THEGOOGLESADVENTURE.COM
THEGOOGLESADVENTURES.COM
THEGOOGLESFROMGOO.COM
THEGOOGLESFROMGOO.INFO
THEGOOGLESFROMGOO.NET
THEGOOGLESMAIL.COM
THEGOOGLESMAIL.NET
THEGOOKIDSMAIL.COM
THEGOOKIDSMAIL.NET
THEGOOKIDZMAIL.COM
THEGOOKIDZMAIL.NET
THEOOGLES.COM
THEOOGLES.NET
THEOOGLESFROMGOO.COM
THEOOGLESFROMGOO.NET
THEOOGOOS.COM
THEOOGOOS.NET
THEPLANETOFGOO.COM
THEPLANETOFGOO.NET

**EXHIBIT "A"**