UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

   Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

   Defendant.
_____/
GOOGLE INC., a Delaware corporation,

   Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

   Counterdefendants.
_____/

### NOTICE OF FILING CORRECT EXHIBIT "A" TO UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL ORDER ENFORCING SETTLEMENT BETWEEN STEVEN A. SILVERS AND STELOR PRODUCTIONS, LLC.

  Cross-Claim Plaintiff Stelor Productions, LLC, by and through undersigned counsel, hereby gives notice of its filing of the Correct Exhibit "A" attachment to its Unopposed Motion for Entry of Supplemental Order Enforcing Settlement Between Steven A. Silvers and Stelor Productions, LLC and to the Supplemental Order Enforcing Settlement.

          Respectfully submitted,

          s/Kevin C. Kaplan – Fla. Bar No. 933848
          Email: kkaplan@coffeyburlington.com
          COFFEY BURLINGTON
          Office in the Grove, Penthouse A
          2699 South Bayshore Drive
          Miami, Florida 33133
          Tel: 305-858-2900
          Fax: 305-858-5261
          Counsel for STELOR PRODUCTIONS,
          LLC and STEVEN ESRIG

## CERTIFICATE OF SERVICE AND COMPLIANCE

**I HEREBY CERTIFY** that on December 17, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/Kevin C. Kaplan

**SERVICE LIST**

**STEVEN A. SILVERS, Plaintiff, v. GOOGLE INC.**
**CASE NO. 05-80387 CIV RYSKAMP/VITUNAC**
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Robert H. Cooper, Esq.<br>robert@rcooperpa.com<br>ROBERT COOPER, P.A.<br>Concorde Centre II, Suite 704<br>2999 N.E. 191 Street<br>Aventura, Florida 33180<br>Tel: 305-792-4343<br>Fax: 305-792-0200<br>*Attorney for Plaintiff Steven A. Silvers*<br>Method of Service: CM/ECF | Ramsey Al-Salam, Esq.<br>RAlsalam@perkinscoie.com<br>William C. Rava, Esq.<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, Washington 98101-3099<br>Tel: 206-359-8000<br>Fax: 206-359-9000<br>*Attorneys for Defendant Google Inc.*<br>Method of Service: U.S. Mail |
| | Jan Douglas Atlas, Esq.<br>jatlas@adorno.com<br>ADORNO & YOSS LLP<br>Suite 1700<br>350 East Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>Tel: 954-763-1200<br>Fax. 954-766-7800<br>Attorneys for Defendant Google Inc.<br>Method of Service: CM/ECF |

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

GOOTOPIA.NET
GOOGLEGAMES.NET
GOOGLESGAMES.COM
GOOGLESGAMES.NET
GOOGAMES.COM
GOOGAMES.ORG
GOOGLESTOYS.NET

GOOGEROO.COM
GOOGEROOS.COM

GOOGLES.TV
GOOGLES.CC
GOOMALL.COM
GOOMAIL.NET
GOOCROO.COM
GOOCROO.NET
GOOCROO.ORG
GOOCROO.INFO
GOOCROO.US
THEGOOCROOFROMGOO.COM
THEGOOCROOFROMGOO.NET
THEGOOCROOFROMGOO.ORG
THEGOOCROOFROMGOO.INFO
THEGOOCROOFROMGOO.US
GOOKREW.COM
GOOKREW.NET
GOOKREW.ORG
GOOKREW.INFO
GOOKREW.US
GOGGOZ.COM
GOGOOZ.NET
GOGOOZ.ORG
GOGOOZ.INFO
GOGOOZ.US
GOOGAROO.COM
GOOGAROO.NET
GOOGAROOS.COM
GOOGAROOS.NET
GOOGAROOZ.COM
GOOGAROOZ.NET
GOOGAROOZ.ORG
GOOGAROOZ.BIZ
GOOGAROOZ.INFO
GOOGAROOZ.US
GOOBALOOS.COM
GOOBALOOS.NET
GOOBIANS.COM

GOOBIANS.NET
GOOBEEZZ.COM
GOOBEEZZ.NET
GOOBEYS.COM
GOOBEYS.NET
GOOLICANS.COM
GOOLICANS.NET
GOOLITES.COM
GOOLITES.NET
GOOTASTICS.COM
GOOTASTICS.NET
GOOGLES.CHAT
GOOGLES.CLUB
GOOGLES.KIDS
GOOGLES.FAMILY
GOOGLES.FREE
GOOGLES.GAME
GOOGLES.SCHOOL
GOOGLES.SHOP
GOOGLETOYS.NET

**EXHIBIT "A"**

Coffey Burlington
Office In The Grove, Penthouse    2699 South Bayshore Drive    Miami, Florida 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com