UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/
GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, LLC; and
STEVEN ESRIG, an individual,

        Counterdefendants.
_____/

### SUPPLEMENTAL ORDER ENFORCING SETTLEMENT

    THIS CAUSE comes before this Court upon the Unopposed Motion for Entry of Supplemental Order Enforcing Settlement Agreement between Stelor Productions, LLC and Steven A. Silvers **[DE 251, 252]** filed on December 17, 2007.  The Court having reviewed the Motion, and being otherwise fully advised in the matter, it is hereby

    **ORDERED AND ADJUDGED** that the Unopposed Motion **[DE 251, 252]** is **GRANTED**.  With respect to the domain names listed on Exhibit "A" to this Order,

GoDaddy.com as registrar of those domain names is directed and authorized immediately to change the registrant of record for those names to Stelor Productions, LLC and unlock them.

**ORDERED AND ADJUDGED** in Chambers, at West Palm Beach, Palm Beach County, Florida on this 18 day of December, 2007.

    /s/ Kenneth L. Ryskamp
**UNITED STATES DISTRICT JUDGE**
**KENNETH L. RYSKAMP**

Copies furnished to:
    All Counsel of Record

| | |
|---|---|
| GOOTOPIA.NET | GOOBIANS.NET |
| GOOGLEGAMES.NET | GOOBEEZZ.COM |
| GOOGLESGAMES.COM | GOOBEEZZ.NET |
| GOOGLESGAMES.NET | GOOBEYS.COM |
| GOOGAMES.COM | GOOBEYS.NET |
| GOOGAMES.ORG | GOOLICANS.COM |
| GOOGLESTOYS.NET | GOOLICANS.NET |
| | GOOLITES.COM |
| GOOGEROO.COM | GOOLITES.NET |
| GOOGEROOS.COM | GOOTASTICS.COM |
| | GOOTASTICS.NET |
| GOOGLES.TV | GOOGLES.CHAT |
| GOOGLES.CC | GOOGLES.CLUB |
| GOOMALL.COM | GOOGLES.KIDS |
| GOOMAIL.NET | GOOGLES.FAMILY |
| GOOCROO.COM | GOOGLES.FREE |
| GOOCROO.NET | GOOGLES.GAME |
| GOOCROO.ORG | GOOGLES.SCHOOL |
| GOOCROO.INFO | GOOGLES.SHOP |
| GOOCROO.US | GOOGLETOYS.NET |
| THEGOOCROOFROMGOO.COM | |
| THEGOOCROOFROMGOO.NET | |
| THEGOOCROOFROMGOO.ORG | |
| THEGOOCROOFROMGOO.INFO | |
| THEGOOCROOFROMGOO.US | |
| GOOKREW.COM | |
| GOOKREW.NET | |
| GOOKREW.ORG | |
| GOOKREW.INFO | |
| GOOKREW.US | |
| GOGGOZ.COM | |
| GOGOOZ.NET | |
| GOGOOZ.ORG | |
| GOGOOZ.INFO | |
| GOGOOZ.US | |
| GOOGAROO.COM | |
| GOOGAROO.NET | |
| GOOGAROOS.COM | |
| GOOGAROOS.NET | |
| GOOGAROOZ.COM | |
| GOOGAROOZ.NET | |
| GOOGAROOZ.ORG | |
| GOOGAROOZ.BIZ | |
| GOOGAROOZ.INFO | |
| GOOGAROOZ.US | |
| GOOBALOOS.COM | |
| GOOBALOOS.NET | |
| GOOBIANS.COM | |

**EXHIBIT "A"**