UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

           Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

           Defendant.
_____/

GOOGLE INC., a Delaware corporation,

           Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

           Counterdefendants.
_____/

**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S
REQUEST TO ELECTRONICALLY RECEIVE
NOTICES OF ELECTRONIC FILINGS**

In accordance with Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, the undersigned respectfully requests that Ramsey Al-Salam, Esq. receive electronic filings in this case, and in support thereof states as follows:

1.     Ramsey Al-Salam, Esq. was admitted to appear pro hac vice in this case on or about August 22, 2006 [DE # 113].

2.     The undersigned, Samantha Tesser Haimo, Esq., is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida,

{SNT/213526.0001/N0695336_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

dockets.Justia.com

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3.  Ramsey Al-Salam, Esq., by and through the undersigned counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests that the Court provide Notice of Electronic Filings to him at the following email address: RAlsalam@perkinscoie.com.

WHEREFORE, Samantha Tesser Haimo, Esq. moves this Court to enter an Order directing the Clerk to provide notice of electronic filings to Ramsey Al-Salam, Esq. at RAlsalam@perkinscoie.com.

2

{SNT/213526.0001/N0695336_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

Dated: December 27, 2007

Respectfully submitted,

**ADORNO & YOSS LLP**

By: <u>/s/Samantha Tesser Haimo</u>
   Samantha Tesser Haimo
   <u>stesser@adorno.com</u>
   Florida Bar Number: 148016
   Jan Douglas Atlas
   <u>jda@adorno.com</u>
   Florida Bar Number: 226246
   350 East Las Olas Boulevard, Suite 1700
   Fort Lauderdale, Florida 33301-4217
   Phone: (954) 763-1200
   Fax: (954) 766-7800

   Ramsey Al-Salam, Esq.
   <u>RAlsalam@perkinscoie.com</u>
   Rebecca S. Engrav
   <u>REngrav@perkinscoie.com</u>
   PERKINS COIE LLP
   Suite 4800
   1201 Third Avenue
   Seattle, WA 98101-3099
   Phone: 206-359-8000
   Fax: 206-359-9000

   Attorneys for Defendant/Counterclaimant
   Google Inc.

3

{SNT/213526.0001/N0695336_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 27, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

4

{SNT/213526.0001/N0695336_1}

ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Attorneys for STELOR PRODUCTIONS, LLC
and STEVEN ESRIG

Robert H. Cooper, Esq.
Robert@rcooperpa.com
**ROBERT COOPER, P.A.**
Concorde Centre II, Suite 704
2999 N.E. 191 Street
Aventura, FL 33180
Telephone: 305-792-4343
Facsimile: 305-792-0200

Attorney for Plaintiff STEVEN A. SILVERS