UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.

_____/

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

        Counterdefendants.

_____/

**ORDER GRANTING DEFENDANT/COUNTERCLAIMANT
GOOGLE INC.'S REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS CAUSE having come before the Court on Defendant/Counterclaimant GOOGLE

INC.'s Request to Electronically Receive Notices of Electronic Filings.  This Court having

considered the request and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Request to Electronically Receive Notices of

Electronic Filings is GRANTED.  The Clerk shall provide electronic notification of all electronic

{SNT/213526.0001/N0695555_1}

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

filings to Ramsey Al-Salam, Esq. at RAlsalam@perkinscoie.com.

    DONE AND ORDERED in Chambers at West Palm Beach, Florida this _____ day of

December, 2007.

                                      _____

                                      United States District Judge
                                      Kenneth L. Ryskamp

Copies furnished to:
All Counsel of Record

{SNT/213526.0001/N0695555_1}