UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

                    Plaintiff,
v.

GOOGLE INC., a Delaware corporation,

                    Defendant.
_____/
GOOGLE INC., a Delaware corporation,

                    Counterclaimant,
v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

                    Counterdefendants.
_____/

**DEFENDANT/COUNTERCLAIMANT GOOGLE INC.'S MOTION FOR LEAVE
FOR ATTORNEY JOHANNA CALABRIA TO WITHDRAW HER APPEARANCE
AS COUNSEL FOR DEFENDANT/COUNTERCLAIMANT GOOGLE INC.**

Defendant/Counterclaimant GOOGLE INC. ("GOOGLE"), pursuant to Local Rule 11.1.D.3, hereby moves for leave for Johanna Calabria to withdraw as one of the named counsel of record for GOOGLE, and in support thereof respectfully states as follows:

    1.    Previously, Johanna Calabria, Esq., of the law firm of Perkins Coie, appeared in this matter as co-counsel to the undersigned by virtue of her admission pro hac vice. See [DE#93], [DE # 95].

    2.    GOOGLE is presently represented by several other competent counsel of record, including the undersigned as well as Ramsey M. Al-Salam and William C. Rava of the law firm of Perkins Coie LLP.

{SNT/213526.0001/N0695567_1}  ADORNO & YOSS LLP
350 East Las Olas Boulevard • Suite 1700 • Fort Lauderdale, Florida 33301 • Telephone (954) 763-1200 • Facsimile (954) 766-7800

Dockets.Justia.com

CASE NO. 05-80387 CIV RYSKAM/VITUNAC

3. Johanna Calabria is no longer employed by Perkins Coie.

4. Based upon the foregoing, GOOGLE respectfully requests that Johanna Calabria be removed as counsel of record for GOOGLE.

5. After the entry of an Order granting this Motion, GOOGLE will continue to be represented by several other counsel of record.

WHEREFORE, Defendant/Counterclaimant GOOGLE INC. respectfully requests entry of an Order authorizing the withdrawal of Johanna Calabria as counsel of record for Defendant/Counterclaimant GOOGLE INC.

Dated: December 27, 2007                    Respectfully submitted,

**ADORNO & YOSS LLP**

By: /s/Samantha Tesser Haimo
    Samantha Tesser Haimo
    stesser@adorno.com
    Florida Bar Number: 148016
    Jan Douglas Atlas
    jda@adorno.com
    Florida Bar Number: 226246
    350 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, Florida 33301-4217
    Phone: (954) 763-1200
    Fax: (954) 766-7800

    Ramsey Al-Salam, Esq.
    RAlsalam@perkinscoie.com
    Rebecca S. Engrav, Esq.
    REngrave@perkinscoie.com
    PERKINS COIE LLP
    Suite 4800
    1201 Third Avenue
    Seattle, WA 98101-3099
    Phone: 206-359-8000
    Fax: 206-359-9000
    Attorneys for Defendant/Counterclaimant
    Google Inc.

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 27, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

CASE NO. 05-80387 CIV RYSKAM/VITUNAC

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

Attorneys for STELOR PRODUCTIONS, LLC
and STEVEN ESRIG

Robert H. Cooper, Esq.
Robert@rcooperpa.com
**ROBERT COOPER, P.A.**
Concorde Centre II, Suite 704
2999 N.E. 191 Street
Aventura, FL 33180
Telephone: 305-792-4343
Facsimile: 305-792-0200

Attorney for Plaintiff STEVEN A. SILVERS