UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

GOOGLE INC., a Delaware corporation,

        Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
corporation; STELOR PRODUCTIONS, LLC,
a business entity of unknown form; and
STEVEN ESRIG, an individual,

        Counterdefendants.
_____/

### ORDER GRANTING MOTION FOR LEAVE FOR ATTORNEY JOHANNA CALABRIA TO WITHDRAW HER APPEARANCE AS COUNSEL FOR DEFENDANT/COUNTERCLAIMANT GOOGLE INC.

THIS CAUSE came before the Court upon Defendant/Counterclaimant GOOGLE INC.'s Motion for Attorney Johanna Calabria to Withdraw her Appearance as Counsel for Defendant/Counterclaimant GOOGLE INC. The Court has reviewed this Motion and being otherwise fully advised in the premises, it is hereby

{SNT/213526.0001/N0695343_1}

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

ORDERED AND ADJUDGED as follows:

1. Defendant/Counterclaimant GOOGLE INC.'s Motion to Withdraw is hereby GRANTED.

2. Attorney Johanna Calabria is authorized to withdraw her appearance as one of the counsel of record for Defendant/Counterclaimant GOOGLE INC.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this _____ day of December/January, 2007/2008.

United States District Judge
Kenneth L. Ryskamp

Copies furnished to:
Counsel of Record

Case 9:05-cv-80387-KLR   Document 255-2   Entered on FLSD Docket 12/27/2007   Page 3 of 3