# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

                Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

                Defendant.

_____/

GOOGLE INC., a Delaware corporation,

          Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

         Counterdefendants.

_____/

## STELOR'S NOTICE OF FILING EXPERT WITNESS DISCLOSURE

       STELOR PRODUCTIONS, LLC, by and through its undersigned counsel, and pursuant

to the Court's Scheduling Order of October 24, 2007, hereby files its Expert Witness Disclosure.

                            COFFEY BURLINGTON
                            Attorneys for Stelor Productions, LLC
                            2699 South Bayshore Drive, PH
                            Miami, Florida 33133
                            (305) 858-2900 Telephone
                            (305) 858-5261 Facsimile
                            kkaplan@coffeyburlington.com

                            By:____*s/Kevin C. Kaplan*_____
                                Kevin C. Kaplan
                                  Florida Bar No. 933848

## COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900   F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case No. 05-80387-CIV-RYSKAMP/VITUNAC.  Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

_s/Kevin C. Kaplan_____
KEVIN C. KAPLAN

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F: 305.858.5261
Email:  info@coffeyburlington.com        www.coffeyburlington.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  05-80387-CIV-RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.

_____/

GOOGLE INC., a Delaware corporation,

     Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

     Counterdefendants.

_____/

## EXPERT WITNESS DISCLOSURE

     STELOR PRODUCTIONS, LLC, by and through its undersigned counsel, and pursuant

to the Court's Scheduling Order of October 24, 2007, hereby discloses the following experts:

1.  Gary Krugman
    Sughrue Mion, PLLC
    2100 Pennsylvania Avenue, NW Suite 800
    Washington, District of Columbia 20037-3213
    (202) 293-7060 Telephone

2.  Professor David J. Franklyn
    University of San Francisco School of Law
    2130 Fulton Street
    San Francisco, CA 94117-1080
    (415) 422-6307 Telephone

COFFEY  BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

3.  James Fitzsimmons
    Budd Larner
    150 John F. Kennedy Parkway
    Short Hills, New Jersey 07078
    (973) 315-4444 Telephone

4.  Michael Elkin
    Kaufman Rossin & Co.
    2699 S. Bayshore Drive, 3rd FL
    Miami, Florida 33133
    (305) 857-6728 Telephone

                              COFFEY BURLINGTON
                              Attorneys for Stelor Productions, LLC
                              Office in the Grove
                              2699 South Bayshore Drive, PH
                              Miami, Florida 33133
                              (305) 858-2900 Telephone
                              (305) 858-5261 Facsimile
                              kkaplan@coffeyburlington.com

                              By:___*s/Kevin C. Kaplan*_____
                                  Kevin C. Kaplan
                                  Florida Bar No. 933848

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case No. 05-80387-CIV-RYSKAMP/VITUNAC.  Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

                              _*s/Kevin C. Kaplan*_____
                              KEVIN C. KAPLAN

4

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com