UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.
_____/
GOOGLE INC., a Delaware corporation,

      Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

      Counterdefendants.
_____/

## COUNTERDEFENDANT STELOR PRODUCTIONS LLC'S WITNESS LIST

    Counterdefendant, Stelor Productions LLC, by and through undersigned counsel, hereby serves its witness list, pursuant to the Court's October 24, 2007 Scheduling Order.

1.    Steven Esrig
       c/o Kevin C. Kaplan
       Coffey Burlington
       2699 South Bayshore Dr., PH
       Miami, Florida 33133
       305-858-2900

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

2. Joseph Matos
   c/o Kevin C. Kaplan
   Coffey Burlington
   2699 South Bayshore Dr., PH
   Miami, Florida 33133
   305-858-2900

3. Ira Edell
   1901 Research Boulevard
   Rockville, MD  20850
   240-864-2410

4. Representative(s) of The Aurora Collection, Inc.
   707 SE 3rd Avenue, Suite 400
   Fort Lauderdale, Florida 33316

5. John F. Maitland
   2870 E. Oakland Blvd.
   Fort Lauderdale, Florida 33306

6. Steven Silvers
   c/o Robert Cooper
   2999 Ne 191st St, #704
   Miami, FL 33180
   305-792-4343

7. Marsha Genaro
   St. Augustine, Florida

8. Sergey Brin
   c/o Ramsey Al-Salam, Esq.
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, Washington 98101-3099
   206-359-8000

9. Lawrence E. Page
   c/o Ramsey Al-Salam, Esq.
   PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
   Seattle, Washington 98101-3099
   206-359-8000

CASE NO.  05-80387-CIV-RYSKAMP/VITUNAC

10. Rose Hagan
 c/o Ramsey Al-Salam, Esq.
 PERKINS COIE LLP
 1201 Third Avenue, Suite 4800
 Seattle, Washington 98101-3099
 206-359-8000

11. Most knowledgeable Representative(s) of Google Inc.
 c/o Ramsey Al-Salam, Esq.
 PERKINS COIE LLP
 1201 Third Avenue, Suite 4800
 Seattle, Washington 98101-3099
 206-359-8000

12. Google Inc.'s Records Custodian
 c/o Ramsey Al-Salam, Esq.
 PERKINS COIE LLP
 1201 Third Avenue, Suite 4800
 Seattle, Washington 98101-3099
 206-359-8000

13. Witnesses Listed by Any Other Party in this Action

14. Witnesses Deposed in this Action

15. Stelor reserves its right to supplement this list, including in the event additional witnesses are identified through still-ongoing discovery in this action.

COFFEY BURLINGTON
Attorneys for Stelor
Office in the Grove
2699 South Bayshore Drive, PH
Miami, Florida 33133
(305) 858-2900 Telephone
(305) 858-5261 Facsimile
kkaplan@coffeyburlington.com

By: *s/Kevin C. Kaplan*
 Kevin C. Kaplan
 Florida Bar No. 933848

CASE NO. 05-80387-CIV-RYSKAMP/VITUNAC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case No. 05-80387 CIV RYSKAMP/VITUNAC. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

*s/Kevin C. Kaplan*
KEVIN C. KAPLAN