## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

### ORDER GRANTING AGREED MOTION TO ALTER THE
### SCHEDULING ORDER RELATING TO NON-EXPERT DISCOVERY ONLY

THIS CAUSE came before the Court upon the Parties' Agreed Motion to Alter the Scheduling Order Relating to Non-Expert Discovery Only. The Court having reviewed the motion and been advised that there is no opposition thereto, it is hereby

ORDERED and ADJUDGED that the Agreed Order to Alter the Scheduling Order Relating to Non-Expert Discovery Only is GRANTED. The Parties shall have up to and including September 30, 2008 in which to complete all discovery, including expert discovery. All other deadlines set forth in the Court's scheduling order shall remain in full force and effect.

DONE AND ORDERED in chambers in Miami, Florida on this __ day of _____, 2008.

_____
United States District Judge

Copies furnished to:
Kevin C. Kaplan, Esq.
David J. Zack, Esq.
Morgan L. Swing, Esq.
Ramsey M. Al-Salam, Esq.
William C. Rava, Esq.