# Exhibit B

Dockets.Justia.com

Our File: 45661311-61
Your File: UNKNOWN



# Trademark Research Report

Client Name: WILSON SONSINI ET AL

Attention: SHERYL DETHLEFS

Date Received: September 3, 1998           Received by: Internet

Date Completed: September 4, 1998

Mark Searched: GOOGLE

Type of Search: TAILORED FULL

Goods/Services: INTERNET SEARCH ENGINE SERVICES

We have taken all reasonable steps to ensure the completeness and accuracy of this report. However, for various reasons — including the subjective nature of trademark searches, and incomplete or inaccurate data provided by the U.S. Patent and Trademark Office, the Secretary of State Offices, Industry Canada / Canadian Intellectual Property Office, Mexican Institute for Industrial Property, Dun & Bradstreet, American Business Information, the various publishers of information used for our Common Law reports, and Network Solutions, Inc. — we cannot warrant that this report is complete or error-free. AS A RESULT, WE DISCLAIM ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. This search is valid only for the mark and goods noted above. If the mark or goods which were the subject of this search are changed, even slightly, a new search should be conducted.

Any liability arising out of the preparation of this report is limited to a refund of the search fee paid. Acceptance of this an acceptance of the aforesaid terms, conditions, and limitations. This report in no way constitutes a legal opinion.

Thomson & Thomson.    500 Victory Road, North Quincy, MA 02171-3145 Telephone (617) 479-1t.
FAX (617) 786-82

CONFIDENTIAL
Pursuant to Protective Order

GLE 002929