# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, INC.,

    Plaintiff,

  v.

GOOGLE INC.,

    Defendant.

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to the agreement of the parties, the Court orders that defendant Google Inc.'s counterclaims are dismissed, inclusive of its prayers for relief, without fees or costs to either party. Google, Inc.'s allegations regarding invalidity shall be deemed an affirmative defense.

Stipulated to by:

| COFFEY & BURLINGTON | ADORNO & YOSS LLP |
|---|---|
| /s Kevin C. Kaplan | /s Ramsey M. Al-Salam |
| Kevin C. Kaplan | Jan Douglas Atlas, Florida Bar No. 226246 |
| kkaplan@coffeyburlington.com | jda@adorno.com |
| 2699 South Bayshore Drive | Samantha Tesser Haimo, Florida Bar No. 0148016 |
| Penthouse | stesser@adorno.com |
| Miami, FL 33133 | 350 East Las Olas Boulevard, Ste. 1700 |
| | Fort Lauderdale, FL 33301 |
| Attorneys for Plaintiff | |
| Stelor Productions, Inc. | Of Counsel: |
| | Ramsey M. Al-Salam |
| | Perkins Coie LLP |
| | 1201 Third Avenue, Suite 4800 |
| | Seattle, WA 98101-3099 |
| | Phone/Fax: 206-359-8000/206-359-9000 |
| | Email: ralsalam@perkinscoie.com |
| | |
| | Attorneys for Defendant |
| | Google Inc. |

IT IS SO ORDERED
DONE THIS _____ DAY OF _____, 2008.

                                                                                 Honorable Kenneth L. Ryskamp
                                                                                 United States District Court Judge