APPLICATION TO REGISTER TRADEMARK AND SERVICE MARK
ON PRINCIPAL REGISTER

BASIS OF APPLICATION: INTENT TO USE (SECTION 1(b))

MARK: GOOGLE

INTERNATIONAL CLASS: 9 AND 42

Applicant: Google Inc.,
a California corporation

Address of Applicant: Gates 360
Computer Science Department
Stanford, CA 94305

TO THE ASSISTANT COMMISSIONER FOR TRADEMARKS:

The applicant identified above has a <u>bona fide</u> intent to use in commerce the mark shown in the accompanying drawing for the following goods and services:

<u>International Class 9</u>:

Goods: computer hardware; computer software for searching, compiling, indexing and organizing information within individual workstations, personal computers or computer networks; computer software for electronic mail and facilitating workgroup communications over computer networks; computer software for creating indexes of information, web sites and other resources

---

**CERTIFICATE OF EXPRESS MAIL**
UNDER 37 C.F.R. §1.10

Express Mail Label No. EL106956928 US   Date of Deposit 9-16-98

I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. §1.10 on the date indicated above and is addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513.

Signature: _Lisa M. Davis_
Print Name: Lisa M. Davis

---

75554461

110 490.361

EXHIBIT
A

International Class 42:

Services: computer services, namely, on-line personalized information services; information extraction and data mining; providing access to proprietary collections of information; creating indexes of information, web sites and other information sources; providing information concerning a wide range of text, electronic documents, databases, graphics and audiovisual information; providing electronic mail and workgroup communications services

The applicant requests that the mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

The mark will be printed on labels applied directly to the goods, printed on containers of the goods, displayed on screen during operation of the software, printed on advertising and promotional materials associated with the services, displayed on signs advertising or otherwise associated with the services, or used in other ways customary to the trade.

Please include Attorney Docket Number TM1001 on all future communications regarding this application and address all communications regarding this application to the applicant's attorneys at the following address:

Andrew P. Bridges
Harold J. Milstein
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300

SLD::ODMA\MHODMA\PALib1;950732;1

75554461

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment or both under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this application and of any registration resulting therefrom, declare that I am Chief Executive Officer, Chief Financial Officer and Assistant Secretary of the applicant corporation and authorized to execute this instrument on behalf of the applicant; I believe the applicant to be the owner of, or if filed under Section 1(b), is entitled to use in commerce the mark sought to be registered; to the best of my knowledge and belief, no other person, firm, corporation or association has the right to use the mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; the facts set forth in this application are true; all statements made of my own knowledge are true; and all statements made on information and belief are believed to be true.

Dated: 9/15, 1998

Google Inc.

By [signature] Larry Page
Chief Executive Officer,
Chief Financial Officer
and Assistant Secretary

75554461