Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,087,590

**United States Patent and Trademark Office**  Registered Aug. 12, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GOOGLES CHILDREN'S WORKSHOP, INC., THE (NEW JERSEY CORPORATION)
P.O. BOX 60210
POTOMAC, MD 208590210

FOR: CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-1994; IN COMMERCE 6-0-1996.

SER. NO. 75-150,767, FILED 8-2-1996.

ELISSA GARBER KON, EXAMINING ATTORNEY

EXHIBIT B