IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
TRADEMARK EXAMINING OPERATION

Application Serial No.:
Mark: GOOGLE
Filing Date: September 16, 1998
Class: International Class 42
Applicant: Google Inc.
Attorney Reference Number: 21622-TM1002



75978469

FOR REFERENCE ONLY

Box ITU FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

**AMENDMENT TO ALLEGE USE UNDER 37 C.F.R. § 2.76, WITH DECLARATION**

Assistant Commissioner:

The applicant requests registration of the above-identified trademark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051, et seq., as amended).

The applicant is using the mark in commerce in connection with the services identified in the application.

The mark was first used at least as early as September, 1997; was first used in interstate commerce at least as early as September, 1997; and is now in use in such commerce.

```
CERTIFICATE OF MAILING UNDER
         37 C.F.R. $1.8(a)

  I hereby certify that this correspondence is being deposited with the
United States Postal Service as first class mail in an envelope addressed
to the Assistant Commissioner for Trademarks, 2900 Crystal Drive,
Arlington, VA 22202-3513, on:

  Suet W. Tam                          March 15, 1999
Print Name                             Date of Deposit

  (signature)                          3-15-99
Signature                              Date
```

C:\NRPORTBL\PALIB1\SLD\1006269.1



EXHIBIT C

FOR REFERENCE ONLY

Three specimens showing the mark as actually used accompany this Amendment to Allege Use.

The mark is displayed on screen in conjuntion with the services.

The applicant encloses a check made payable to the "Commissioner of Patents and Trademarks" in the amount of $100.00 as the fee for this filing.

Please use Attorney Docket No. 21622-TM1002 when referring to this application and address all communications regarding this paper and the application to the applicant's attorneys at the following address:

>Andrew P. Bridges
>Harold J. Milstein
>Wilson Sonsini Goodrich & Rosati
>Professional Corporation
>650 Page Mill Road
>Palo Alto, CA 94304-1050
>(650) 493-9300

------------------------

C:\NRPORTBL\PALIB1\SLD\1006269.1

FOR REFERENCE ONLY

## DECLARATION

I, Larry Page, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declare that I am properly authorized to execute this Amendment to Allege Use on behalf of the applicant; I believe the applicant to be the owner of the mark sought to be registered; the mark is now in use in commerce; and all statements made of my own knowledge are true and all statements made on information and belief are believed to be true.

Date: 3/9/_____, 1999

Google Inc.

By _____
Larry Page
Chief Executive Officer, Chief Financial Officer and Assistant Secretary