UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STELOR PRODUCTIONS, INC.,

      Plaintiff,

v.

GOOGLE INC.,

      Defendant.

## STIPULATION OF DISMISSAL

The parties, by and through undersigned counsel, hereby agree that Defendant Google Inc.'s counterclaims are dismissed, inclusive of its prayers for relief, without fees or costs to either party. Furthermore, Google, Inc.'s allegations regarding invalidity shall be deemed an affirmative defense.

Stipulated to by:

| COFFEY & BURLINGTON | ADORNO & YOSS LLP |
|---|---|
| /s Kevin C. Kaplan | /s Ramsey M. Al-Salam |
| Kevin C. Kaplan | Jan Douglas Atlas, Florida Bar No. 226246 |
| kkaplan@coffeyburlington.com | jda@adorno.com |
| 2699 South Bayshore Drive | Samantha Tesser Haimo, Florida Bar No. 0148016 |
| Penthouse | stesser@adorno.com |
| Miami, FL 33133 | 350 East Las Olas Boulevard, Ste. 1700 |
| | Fort Lauderdale, FL 33301 |
| Attorneys for Plaintiff | |
| Stelor Productions, LLC | Of Counsel: |
| | Ramsey M. Al-Salam |
| | Perkins Coie LLP |
| | 1201 Third Avenue, Suite 4800 |
| | Seattle, WA 98101-3099 |
| | Phone/Fax: 206-359-8000/206-359-9000 |
| | Email: ralsalam@perkinscoie.com |
| | |
| | Attorneys for Defendant |
| | Google Inc. |

Case No. 05-80387 CIV RYSKAMP/VITUNIC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

# PROPOSED ORDER GRANTING
## STIPULATION TO DISMISS COUNTERCLAIMS

Based upon the foregoing, the Court GRANTS the above stipulation and it is hereby ORDERED AND ADJUDGED as follows:

1. Pursuant to the agreement of the parties, the Court orders that Defendant Google Inc.'s counterclaims are dismissed, inclusive of its prayers for relief, without fees or costs to either party.

2. Google, Inc.'s allegations regarding invalidity shall be deemed an affirmative defense.

DONE and ORDERED in Chambers, this ____ day of _____, 2008.

                                          _____
                                          Honorable Kenneth L. Ryskamp
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record