**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## **NOTICE OF STRIKING**

    The parties, Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, Inc. (collectively, "Stelor"), and Defendant GOOGLE, INC. ("Google"), by and through their respective undersigned counsel, file this Notice of Striking D.E. 267, entitled Agreed Motion for Entry of Order Approving Stipulation.

Respectfully submitted,

COFFEY & BURLINGTON                    ADORNO & YOSS LLP

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com

Dockets.Justia.com

| /s Kevin C. Kaplan | /s Ramsey M. Al-Salam |
|---|---|
| Kevin C. Kaplan<br>kkaplan@coffeyburlington.com<br>Morgan L. Swing<br>mswing@coffeyburlington.com<br>2699 South Bayshore Drive<br>Penthouse<br>Miami, FL 33133<br><br>Attorneys for Plaintiff and Counterdefendants Stelor Productions, LCC and Steven Esrig | Jan Douglas Atlas, Florida Bar No. 226246<br>jda@adorno.com<br>Samantha Tesser Haimo, Florida Bar No. 0148016<br>stesser@adorno.com<br>350 East Las Olas Boulevard, Ste. 1700<br>Fort Lauderdale, FL 33301<br><br>Of Counsel:<br>Ramsey M. Al-Salam<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Phone/Fax: 206-359-8000/206-359-9000<br>Email: ralsalam@perkinscoie.com<br><br>Attorneys for Defendant<br>Google, Inc. |

2

COFFEY BURLINGTON

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 9:05-cv-80387-KLR. I also certify that the foregoing Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

             /s/ Morgan L. Swing

COFFEY BURLINGTON

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: info@coffeyburlington.com www.coffeyburlington.com