# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## AGREED MOTION FOR ENTRY OF ORDER APPROVING STIPULATION

The parties, Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, Inc. (collectively, "Stelor"), and Defendant GOOGLE, INC. ("Google"), by and through their respective undersigned counsel, have entered into a stipulation in the form attached hereto providing for the dismissal of Defendant Google, Inc.'s Counterclaim.

COFFEY BURLINGTON
OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com       www.coffeyburlington.com

Dockets.Justia.com

WHEREFORE, the parties respectfully request that the Court approve the stipulation by entering an order in the proposed form included with the stipulation.

Respectfully submitted,

| COFFEY & BURLINGTON | ADORNO & YOSS LLP |
|---|---|
| /s Kevin C. Kaplan | /s Ramsey M. Al-Salam |
| Kevin C. Kaplan | Jan Douglas Atlas, Florida Bar No. 226246 |
| kkaplan@coffeyburlington.com | jda@adorno.com |
| Morgan L. Swing | Samantha Tesser Haimo, Florida Bar No. 0148016 |
| mswing@coffeyburlington.com | stesser@adorno.com |
| 2699 South Bayshore Drive | 350 East Las Olas Boulevard, Ste. 1700 |
| Penthouse | Fort Lauderdale, FL 33301 |
| Miami, FL 33133 | |
| | Of Counsel: |
| Attorneys for Plaintiff and | Ramsey M. Al-Salam |
| Counterdefendants | Perkins Coie LLP |
| Stelor Productions, LCC and | 1201 Third Avenue, Suite 4800 |
| Steven Esrig | Seattle, WA 98101-3099 |
| | Phone/Fax: 206-359-8000/206-359-9000 |
| | Email: ralsalam@perkinscoie.com |
| | |
| | Attorneys for Defendant |
| | Google, Inc. |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 9:05-cv-80387-KLR. I also certify that the foregoing Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

                                                  /s/ Morgan L. Swing

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com