UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STELOR PRODUCTIONS, INC.,

        Plaintiff,

v.

GOOGLE INC.,

        Defendant.

## ORDER GRANTING STIPULATED DISMISSAL

THIS CAUSE comes before the Court upon the parties' motion to dismiss the counterclaims **[DE 271]** filed on July 22, 2008. Based on the parties' submission, it is hereby,

ORDERED AND ADJUDGED that the parties' motion for dismissal **[DE 271]** is GRANTED. Google Inc.'s counterclaims are dismissed, inclusive of its prayers for relief, without fees or costs to either party. Google, Inc.'s allegations regarding invalidity shall be deemed an affirmative defense.

DONE and ORDERED in Chambers, this 23 day of July, 2008.

          /s/ Kenneth L. Ryskamp
        Honorable Kenneth L. Ryskamp
        UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record