UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV-RYSKAMP/VITUNAC

STELOR PRODUCTIONS, INC.,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## NOTICE OF HEARING

THIS CAUSE comes upon plaintiff's request for hearing on its motion to compel **[DE 274, 259]**. The motion was filed on June 23, 2008. PLEASE TAKE NOTICE that this case has been set for hearing on this matter before the undersigned, United States District Judge Kenneth L. Ryskamp, at the following date and time:

    DATE:    **September 17, 2008** (Wednesday)

    TIME:    **3:30 p.m.** Thirty minutes have been reserved for this hearing.

    PLACE:    United States Courthouse, Courtroom #1
                701 Clematis Street
                West Palm Beach, FL 33401

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 4 day of August, 2008.

                                      /s/ Kenneth L. Ryskamp
                                      KENNETH L. RYSKAMP
                                      UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record