## Exhibit A

<u>Definitions</u>:

(a)     "Children's Categories" shall refer to any and all of the following: (a) children's books (e-books or non-digital books); (b) children's educational products; (c) children's toys (including but not limited to yo-yos, flying discs, sonic rocks, footie bags); (d) children's clothing and accessories brandishing the "Google" trademark or using or displaying the Google name; (e) children's household items, gear or paraphenalia (including but not limited to backpacks and blankets); (f) children's videos; (g) children's music; (h) children's games (including but not limited to puzzles, video games); (i) children's or kids search tools online; (j) children's entertainment products; (k) Googolopy; (l) Google Goo; (m) any digital or non-digital book created for, targeted at, or marketed for children by Google or using the Google trademark; (n) any DK/Google E.guide book; (o) children's offline educational programs in relation with Google; (p) children's internet safety; (q) KidzSearch.com ("Family-Safe Search. Powered by Google."); (r) Google SafeSearch; (s) children's health; (t) children and technology; and (u) children and food.

(b)     "Goods and Services" shall refer to any goods, products, and/or services that exist either offline and/or by and through the Internet.

<u>Designations</u>

1.     The facts and circumstances pertaining to Defendant Google, Inc.'s ("hereinafter, "Google") initial federal trademark application, registration, amendment, and any documents filed therewith.

2.     The facts and circumstances regarding any trademark and/or domain name search, formal or informal, by Google prior to and during the federal trademark registration process in August 1998.

3.     The facts and circumstances surrounding any and all (pending, granted, or denied) federal trademark applications, registrations, amendments, and any documents filed therewith for the "Google" mark.

4.     The facts and circumstances regarding Google's adoption of the mark "Google" in 1997 and 1998.

5. The facts and circumstances pertaining to Google's domain name registration.

6. The facts and circumstances pertaining to all domain name registrations by Google.

7. The facts and circumstances surrounding the origin and selection of the "Google" trademark and "google.com" domain name.

8. The facts and circumstances around the adoption of "google.com" in 1998 for the search engine created by Sergey Brin and Larry Page, once known as Backrub and now located at "google.com."

9. The facts and circumstances surrounding any use by Google of its mark from 1997 through the end of 2001.

10. The facts and circumstances regarding the Intent-to-Use federal trademark registration application to register the mark "Google," filed on September 16, 1998 and the Amendment-to-Allege-Use filed on March 15, 1999.

11. The facts pertaining to Google's trademark policies, institution, and retention, and the personnel responsible for trademarks.

12. The facts and circumstances pertaining to Google's knowledge of derivative "Google" federal trademarks or domain names.

13. The facts and circumstances pertaining to Google's federal trademark application to expand its "Google" mark into any of the Children's Categories.

14. The facts and circumstances pertaining to Google's use of its trademarks or domain names for advertising or sales of Goods and Services, or providing links to sites relating to any of the Children's Categories.

15.     The facts and circumstances pertaining to Google's plans, including but not limited to business plans or marketing plans, pertaining to marketing, licensing, and development by you or any licensee for any Goods and Services within any and all of the Children's Categories.

16.     The facts and circumstances pertaining to all of Google's licensing contracts and trademark licensing contracts and/or agreements and the revenue associated with such contracts and/or agreements.

17.     The facts and circumstances pertaining to Google's affirmative defenses for invalidity of any mark related to "Googles" and/or owned by Stelor.

18.     The facts and circumstances pertaining to any protocol for or incidents of or communications relating to any confusion between the "Google" mark and any other mark.