UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/
GOOGLE INC., a Delaware corporation,

    Counterclaimant,

v.

STEVEN A. SILVERS, an individual;
STELOR PRODUCTIONS, INC., a Delaware
Corporation; STELOR PRODUCTIONS, LLC, a
Delaware limited liability company, and
STEVEN ESRIG, an individual,

    Counterdefendants.
_____/

## MEDIATOR'S RPORT

The parties and/or their respective counsel and/or representative(s) attended mediation on 8/18/08. The above matter has not been resolved, however, the parties are not at an impasse and settlement negotiations are continuing in mediation.

All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. Each party and/or counsel shall pay their equal share of the Mediation proceedings. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically transmitted to counsel via the Court's electronic filing system this 2$^{3rd}$ day of August, 2008 to: **Jan D. Atlas, Esq., (Counsel for Google, Inc.), Adorno & Yoss, P.A.**, 350 E. Las Olas Blvd, Suite 1700, Fort Lauderdale, FL 33301; **Ramsey M. Al-Salam, Esq., (Counsel for Google), Perkins Coie, LLP**, 1201 Third Avenue, Suite 4800, Seattle, WA 98101; **Kevin C. Kaplan, Esq. & David J. Zack, Esq., (Counsel for Stelor Productions, LLC & Steven Esrig)**, Coffey Burlington, LLP, 2699 S. Bayshore Drive, Penthouse, Miami, FL 33133.

MEDIATION SOLUTIONS, INC.
Museum Tower, Suite 2700
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 371-9120
Facsimile: (305) 371-9197


By: /s/ John S. Freud
    JOHN S. FREUD - Mediator
    Fla. Bar No. 328308

10100-831
JSF:jsf