UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

# RE-NOTICE OF TAKING VIDEO TAPED DEPOSITION OF
# GOOGLE, INC. CORPORATE REPRESENTATIVE

PLEASE TAKE NOTICE that Plaintiff Stelor Productions, LLC, pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, will take the deposition of Defendant Google, Inc.'s corporate representative as to all matters known or reasonably available to Defendant relating to the matters identified in Exhibit A hereto, at the time and place indicated below:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Corporate representative of Google, Inc. on topics identified in Exhibit A | October 21, 2008<br>9:00 a.m. | Office of Perkins Coie<br>101 Jefferson Drive<br>Menlo Park, CA |

before an officer authorized by law to take depositions.

The examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Civil Procedure.

    Respectfully submitted,

    s/Kevin C. Kaplan

COFFEY BURLINGTON

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com

Kevin C. Kaplan - Florida Bar No. 933848
kkaplan@coffeyburlington.com
David J. Zack – Florida Bar No. 641685
dzack@coffeyburlington.com
Morgan L. Swing – Florida Bar No. 17092
mswing@coffeyburlington.com
COFFEY BURLINGTON
Counsel for Plaintiffs and Counterdefendants
Stelor Productions, Inc., Stelor Productions,
LLC and Steven Esrig
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

COFFEY BURLINGTON
OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com

CERTIFICATE OF SERVICE

       I hereby certify that on September 19, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

COFFEY BURLINGTON

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com