UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STEVEN A. SILVERS, an individual,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that Stelor Productions, LLC will take the deposition of:

| **NAME** | **DATE AND TIME** | **PLACE** |
|---|---|---|
| Steven Silvers | October 28, 2008 at 10:00 a.m. | Network Reporting<br>1655 Palm Beach Lakes Blvd.<br>Suite 500<br>West Palm Beach, FL 33401 |

before an officer authorized by law to take depositions. The examination will continue from day to day until completed. The deposition is being taken or the purpose of discovery, for use at trial

Respectfully submitted,

s/Kevin C. Kaplan
Kevin C. Kaplan - Florida Bar No. 933848
kkaplan@coffeyburlington.com
David J. Zack – Florida Bar No. 641685
dzack@coffeyburlington.com
Morgan L. Swing – Florida Bar No. 17092
mswing@coffeyburlington.com

COFFEY BURLINGTON

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com

Dockets.Justia.com

COFFEY BURLINGTON
Counsel for Plaintiff Stelor Productions, LLC
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

2

COFFEY BURLINGTON

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: info@coffeyburlington.com www.coffeyburlington.com