# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

NO. 05-80387-CIV (Ryskamp/Vitunac)

STELOR PRODUCTIONS, INC., a Delaware
corporation,

        Plaintiff,

    v.

GOOGLE INC., a Delaware corporation,

        Defendant.

_____

## NOTICE OF TAKING VIDEOTAPED DEPOSITION OF
## STEPHEN ESRIG PURSUANT TO FED. R. CIV. P. 30(b)(1)

**TO:**  **STEPHEN ESRIG**

**TO:**  **ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that defendant Google, Inc. ("Google") will take the

deposition of Stephen Esrig pursuant to Fed. R. Civ. P. 30 (b)(1), at the time and place indicated

below:

| NAME | DATE AND TIME | LOCATION |
|---|---|---|
| Stephen Esrig | October 30, 2008<br>1:00 p.m. | Coffey Burlington<br>Office in the Grove, Penthouse<br>2699 S. Bayshore Drive, Penthouse A<br>Miami, FL 33133 |

Dockets.Justia.com

Dated this 13th day of October, 2008

By: _____
      Ramsey M. Al-Salam
      Washington Bar. No. 18822
      ralsalam@perkinscoie.com
      Elana S. Matt
      PERKINS COIE LLP
      1201 Third Avenue, Suite 4800
      Seattle, WA 98101-3099
      Telephone:   (206) 359-6338
      Facsimile:   (206) 359-7338

      Jan Douglas Atlas
      Florida Bar No. 226246
      jda@adorno.com
      Samantha Tesser Haimo
      Florida Bar No. 0148016
      stesser@adorno.com
      ADORNO & YOSS LLP
      350 East Las Olas Boulevard, Ste. 1700
      Fort Lauderdale, FL 33301
      Telephone:   (954) 763-1200
      Facsimile:   (954) 766-7800

      Attorneys for Defendant / Counterclaimant Google, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2008, I served a copy of the foregoing

NOTICE OF TAKING VIDEOTAPED DEPOSITION OF STEPHEN ESRIG PURSUANT TO

FED. R. CIV. P. 30(b)(1) on the following persons, by United States mail, postage prepaid and

via email:

> Kevin C. Kaplan
> kkaplan@coffeyburlington.com
> David J. Zack
> dzack@coffeyburlington.com
> Morgan L. Swing
> mswing@coffeyburlington.com
> COFFEY BURLINGTON
> Office in the Grove, Penthouse
> 2699 S. Bayshore Drive, Penthouse A
> Miami, FL 33133

Ramsey M. Al-Salam