UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

### DEFENDANT GOOGLE INC.'S MOTION FOR LIMITED APPEARANCE OF ELANA SABOVIC MATT, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

In accordance with Local Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Elana Sabovic Matt, Esq., of the law firm of Perkins Coie, LLP, 1201 Third Avenue, Suite 4800, Seattle, Washington 98101-3099, 206-359-8000, for purposes of limited appearance as co-counsel on behalf of Defendant GOOGLE INC. herein, in the above-styled case only, and pursuant to Rule 2B, Southern District of Florida, CM/ECF Administrative Procedures, to permit Elana Sabovic Matt, Esq., to receive electronic filings in this case, and in support thereof states as follows:

    1. Elana Sabovic Matt, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of United States District Court, Western District of Washington; United States District Court, Eastern District of Washington; United States District Court, District of Colorado; and the highest Court of the States of Washington, Colorado and

{SNT/213526.0001/N0732119_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

dockets.Justia.com

Wisconsin.

2. Movant, Samantha Tesser Haimo, Esq., of the law firm of Adorno & Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, FL 33301, 954-763-1200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Elana Sabovic Matt, Esq. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4B is attached hereto.

4. United States District Court, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Elana Sabovic Matt, Esq. at the following email address: EMatt@perkinscoie.com.

WHEREFORE, Samantha Tesser Haimo, Esq., moves this Court to enter an Order permitting Elana Sabovic Matt, Esq., to appear before this Court on behalf Defendant GOOGLE

{SNT/213526.0001/N0732119_1}

2
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

INC. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Elana Sabovic Matt, Esq.

Dated: October 22, 2008

Respectfully submitted,

**ADORNO & YOSS LLP**
By:/s/Samantha Tesser Haimo
    Samantha Tesser Haimo
    stesser@adorno.com
    Florida Bar Number: 148016
    Jan Douglas Atlas
    jda@adorno.com
    Florida Bar Number: 226246
    Adorno & Yoss LLP
    350 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, Florida 33301-4217
    Phone: (954) 763-1200
    Fax: (954) 766-7800

    Ramsey Al-Salam, Esq.
    RAlsalam@perkinscoie.com
    Washington Bar Number: 18822
    PERKINS COIE LLP
    Suite 4800
    1201 Third Avenue
    Seattle, WA 98101-3099
    Phone: 206-359-8000
    Fax: 206-359-9000

    Attorneys for Defendant/Counterclaimant Google Inc.

{SNT/213526.0001/N0732119_1}

3
**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{SNT/213526.0001/N0732119_1}

4
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{SNT/213526.0001/N0732119_1}

5
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800