UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

          Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

          Defendant.
_____/

**NOTICE TO STRIKE DE # [291] DEFENDANT GOOGLE INC.'S MOTION FOR LIMITED APPEARANCE OF ELANA SABOVIC MATT, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS FROM THE DOCKET**

On October 22, 2008, Defendant Google Inc. filed its Motion seeking to permit Elana Sabovic Matt, Esq. to make a limited appearance in this matter via the electronic filing system. The undersigned has become aware that said Motion needed to be manually filed. A new Motion seeking the same relief will be filed manually on October 23, 2008 and accordingly, the undersigned files this Notice to Strike DE # [291] from the docket.

Dated: October 23, 2008          Respectfully submitted,

                                      **ADORNO & YOSS LLP**
                                      By:/s/Samantha Tesser Haimo
                                          Samantha Tesser Haimo
                                          stesser@adorno.com
                                          Florida Bar Number: 148016
                                          Adorno & Yoss LLP
                                          350 East Las Olas Boulevard, Suite 1700
                                          Fort Lauderdale, Florida 33301-4217
                                          Phone: (954) 763-1200
                                          Fax: (954) 766-7800

{SNT/213526.0001/N0732171_1}

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Dockets.Justia.com

Ramsey Al-Salam, Esq.
RAlsalam@perkinscoie.com
Washington Bar Number: 18822
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{SNT/213526.0001/N0732171_1}

2
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{SNT/213526.0001/N0732171_1}

3
**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800