**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.
_____/

**NOTICE OF TAKING TELEPHONIC VIDEOTAPED DEPOSITIONS**

**PLEASE TAKE NOTICE** that Plaintiff Stelor Productions, LLC, pursuant to Rule 30, Federal Rules of Civil Procedure, will take the depositions of the following individuals, at the time and place indicated below:

| **NAME** | **DATE AND TIME** | **LOCATION** |
|---|---|---|
| Mr. Eric Antonow<br>Marketing Director of Google, Inc.<br>c/o Ramsey Al-Salam, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099 | October 24, 2008<br>10:00 a.m. (PST) | 345 Spear Street<br>2d, 3d, and 4th Floor<br>San Francisco, CA 94105<br>Phone: +1 650-253-3737 |
| Ms. Debbie Jaffe<br>Group Marketing Director   .<br>Google, Inc.<br>c/o Ramsey Al-Salam, Esq.<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, Washington 98101-3099 | October 24, 2008<br>1:15 p.m. (PST) | 345 Spear Street<br>2d, 3d, and 4th Floor<br>San Francisco, CA 94105<br>Phone: +1 650-253-3737 |

before an officer authorized by law to take depositions.

COFFEY BURLINGTON

OFFICE IN THE GROVE    PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
EMAIL: info@coffeyburlington.com    www.coffeyburlington.com

The examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Civil Procedure.

Respectfully submitted,

s/Kevin C. Kaplan
Kevin C. Kaplan - Florida Bar No. 933848
kkaplan@coffeyburlington.com
Morgan L. Swing – Florida Bar No. 17092
mswing@coffeyburlington.com
COFFEY BURLINGTON
Counsel for Plaintiff Stelor Productions, Inc
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

**CERTIFICATE OF SERVICE**

I hereby certify that onOctober 23, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

2

COFFEY BURLINGTON

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com