UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, INC.,
a Delaware corporation,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.
_____/

## NOTICE OF CANCELLATION OF DEPOSITION

    Plaintiff, Stelor Productions, Inc., by and through undersigned counsel, hereby cancels the Deposition of Steven Silvers, presently scheduled for Tuesday, October 28, 2008 at 10:00 a.m. and Wednesday, October 29, 2008 at 10:00 a.m.

                            Respectfully submitted,

                            s/Kevin C. Kaplan
                            Kevin C. Kaplan - Florida Bar No. 933848
                            kkaplan@coffeyburlington.com
                            Morgan L. Swing – Florida Bar No. 17092
                            mswing@coffeyburlington.com
                            COFFEY BURLINGTON
                            Counsel for Plaintiff Stelor Productions, Inc
                            Office in the Grove, Penthouse
                            2699 South Bayshore Drive
                            Miami, Florida 33133
                            Tel: 305-858-2900
                            Fax: 305-858-5261

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Kevin C. Kaplan

COFFEY BURLINGTON
OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com