# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STELOR PRODUCTIONS, INC.,

      Plaintiff,

v.

GOOGLE INC.,

      Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ANSWERS

THIS CAUSE comes before the Court upon plaintiff's motion to compel better answers to its interrogatories **[DE 281]** filed on September 19, 2008. Defendant failed to respond. Thus, the motion is now ripe for adjudication. Pursuant to S.D. Fla. Local Rule 7.1(C), failure to timely respond may be sufficient cause to grant the motion by default. Accordingly, it is hereby,

ORDERED AND ADJUDGED that the plaintiff's motion to compel better answers to its interrogatories **[DE 281]** is GRANTED. Google Inc. is ordered to answer Stelor's interrogatories within fifteen days from the date of this Order.

DONE and ORDERED in Chambers, this 23 day of October, 2008.

                                     /s/ Kenneth L. Ryskamp
                                Honorable Kenneth L. Ryskamp
                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record