UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

### DEFENDANT GOOGLE INC.'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT[1]

Defendant Google Inc. ("Google"), by its undersigned counsel, pursuant to Local Rule 7.1(B)(1), respectfully requests oral argument relating to its Motion for Summary Judgment filed on October 30, 2008 ("Motion"). It is respectfully submitted that oral argument would be helpful to the Court for the adjudication of Google's Motion. It is anticipated that the parties will require approximately thirty (30) minutes per side to argue the Motion.

Based upon the foregoing, Google respectfully requests that this Court schedule a one (1) hour hearing on its Motion for Summary Judgment, together with such other and further relief as this Court may deem just and proper.

---

[1] On October 30, 2008, pursuant to Local Rule 5.4, Google filed a Motion to File Under Seal seeking to file the following documents under seal: (1) Google's Motion for Summary Judgment, (2) Google's Statement of Material Facts in Support of Google's Motion for Summary Judgment; and (3) Notice of Filing Declaration of Ramsey M. Al-Salam in Support of Google's Motion for Summary Judgment, together with said Declaration.

{SNT/213526.0001/N0733026_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

dockets.Justia.com

Dated: November 11, 2008  Respectfully submitted,

By: <u>Samantha Tesser Haimo</u>
**ADORNO & YOSS LLP**
Jan Douglas Atlas
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
350 East Las Olas Boulevard, Ste. 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

**PERKINS COIE LLP**
Ramsey M. Al-Salam (*pro hac vice*)
ralsalam@perkinscoie.com
Elana S. Matt (*pro hac vice*)
ematt@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: (206) 359-7338

Attorneys for Defendant Google Inc.

{SNT/213526.0001/N0733026_1}

2
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 11, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{SNT/213526.0001/N0733026_1}

3
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{SNT/213526.0001/N0733026_1}

4
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800