UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STELOR PRODUCTIONS, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.
_____/

## NOTICE OF HEARING

THIS CAUSE comes upon defendant's motion for summary judgment, filed under seal **[DE 302-306]**, on October 30, 2008. PLEASE TAKE NOTICE that this case has been set for hearing on the above motion before the undersigned, United States District Judge Kenneth L. Ryskamp, at the following date and time:

| | |
|---|---|
| DATE: | **December 18, 2008** (Thursday) |
| TIME: | **10:00 a.m.** One hour has been reserved for this hearing. |
| PLACE: | United States Courthouse, Courtroom #1<br>701 Clematis Street<br>West Palm Beach, FL 33401 |

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 12 day of November, 2008.

                                               /s/ Kenneth L. Ryskamp
                                              KENNETH L. RYSKAMP
                                              UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record