UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

### DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant GOOGLE INC. ("GOOGLE"), by its undersigned counsel, files this Unopposed Motion for Extension of Time to file its Reply in Support of its Motion for Summary Judgment, and states as follows:

1. Plaintiff STELOR PRODUCTION, LLC ("STELOR") served its Memorandum in Opposition to GOOGLE's Motion for Summary Judgment on Monday, November 17, 2008, together with supporting Declarations, exhibits and deposition transcripts.

2. Based upon the volume of the documentation filed by STELOR, GOOGLE requests an additional two (2) business days to file its Reply.

3. STELOR has no objection to the relief requested herein.

WHEREFORE, Defendant GOOGLE INC., respectfully requests that this Court enter an Order extending the time for Defendant to file its Reply in Support of its Motion for Summary Judgment up to and including Wednesday, November 26, 2008, together with such other and

{213526.0001/N0735446_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

Dockets.Justia.com

further relief as this Court deems just and proper.

Dated: November 20, 2008	Respectfully submitted,

By: <u>Samantha Tesser Haimo</u>
**ADORNO & YOSS LLP**
Jan Douglas Atlas
Florida Bar No. 226246
jda@adorno.com
Samantha Tesser Haimo
Florida Bar No. 0148016
stesser@adorno.com
350 East Las Olas Boulevard, Ste. 1700
Fort Lauderdale, FL 33301
Telephone: (954) 763-1200
Facsimile: (954) 766-7800

**PERKINS COIE LLP**
Ramsey M. Al-Salam (*pro hac vice*)
ralsalam@perkinscoie.com
Elana S. Matt (*pro hac vice*)
ematt@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-6338
Facsimile: (206) 359-7338

Attorneys for Defendant GOOGLE INC.

{213526.0001/N0735446_1}

2
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{213526.0001/N0735446_1}

3
ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
Florida Bar Number 933848
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{213526.0001/N0735446_1}

4
**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800