UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

## ORDER ON DEFENDANT GOOGLE INC.'S MOTION
## FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

THIS CAUSE having come before this Court on Defendant Google Inc.'s ("Google") Motion for Leave to File Documents Under Seal, and the Court having reviewed the Motion, having reviewed the file, and having been fully advised in the premises, it is hereupon

ORDERED AND ADJUDGED that said Motion shall be and the same is hereby Granted. Google is entitled to file the following documents under seal:

  a. Google's Motion for Summary Judgment;

  b. Google's Statement of Material Facts in Support of Google's Motion for Summary Judgment;

  c. Notice of Filing Declaration of Ramsay M. Al-Salam in Support of Google's Motion for Summary Judgment, together with said Declaration.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, on this 21 day of November October, 2008.

              _____
              KENNETH L. RYSKAMP
              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record