# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

      Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

      Defendant.

_____/

## ORDER

**THIS CAUSE** having come before the Court on Plaintiff Stelor Productions, LLC's ("Stelor") Motion to File Documents Under Seal Relating to Its Opposition to Defendant's Motion for Summary Judgment, and the Court having reviewed the file, and being otherwise duly advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff Stelor's Motion to File Documents Under Seal Relating to Its Opposition to Defendant's Motion for Summary Judgment is hereby GRANTED.

2.    The following documents shall be filed under seal: (1) Stelor's Opposition to Defendant Motion for Summary Judgment of Trademark Invalidity; (2) Stelor's Statement of Disputed Facts in Opposition to Google Inc.'s Motion for Summary Judgment; (3) Declaration of Steven Silvers; (4) Declaration of Steven A. Esrig; (5) Deposition transcript of Rose Hagan; (6)

1

Deposition transcript of Steven Silvers; (7) Deposition transcript of Steven A. Esrig; and (8)

Deposition transcript of Gary Krugman.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, this 21 day of

November, 2008.

DISTRICT COURT JUDGE

Copies furnished to:
    All Parties of Record

2