UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)

STELOR PRODUCTIONS, LLC, a Delaware
limited liability company,

　　　　　Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

　　　　　Defendant.
_____/

### DEFENDANT GOOGLE INC.'S NOTICE OF FILING DECLARATION OF RAMSEY M. AL-SALAM IN SUPPORT OF GOOGLE INC.'S REPLY TO ITS MOTION FOR SUMMARY JUDGMENT

Defendant GOOGLE INC., by its undersigned counsel, hereby files the Declaration of Ramsey M. Al-Salam in Support of GOOGLE INC.'s Reply to its Motion for Summary Judgment.

Dated: November 24, 2008　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**ADORNO & YOSS LLP**

　　　　　　　　　　　　　　　　　　　/s/ Samantha Tesser Haimo
　　　　　　　　　　　　　　　　　　　Samantha Tesser Haimo

　　　　　　　　　　　　　　　　　　　stesser@adorno.com
　　　　　　　　　　　　　　　　　　　Florida Bar Number: 148016
　　　　　　　　　　　　　　　　　　　Jan Douglas Atlas
　　　　　　　　　　　　　　　　　　　jda@adorno.com
　　　　　　　　　　　　　　　　　　　Florida Bar Number: 226246
　　　　　　　　　　　　　　　　　　　Adorno & Yoss LLP
　　　　　　　　　　　　　　　　　　　350 East Las Olas Boulevard, Suite 1700
　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301-4217
　　　　　　　　　　　　　　　　　　　Phone: (954) 763-1200
　　　　　　　　　　　　　　　　　　　Fax: 　(954) 766-7800

{213526.0001/N0740786_1}

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

dockets.Justia.com

**PERKINS COIE LLP**
Ramsey Al-Salam *(pro hac vice)*
RAlsalam@perkinscoie.com
Elana S. Matt *(pro hac vice)*
ematt@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax:    (206) 359-9000

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

{213526.0001/N0740786_1}  2

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{213526.0001/N0740786_1}　　3

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800