UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80387-CIV (Ryskamp/Vitunac)


STELOR PRODUCTIONS, LLC, a Delaware
limited liability company,

          Plaintiff,

   v.

GOOGLE INC., a Delaware corporation,

          Defendant.

_____/

### DEFENDANT GOOGLE INC.'S MOTION TO BRING LAPTOP COMPUTER INTO THE COURTHOUSE ON THURSDAY, DECEMBER 18, 2008, TO ASSIST WITH DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT PRESENTATION

Defendant GOOGLE INC. ("Google"), by its undersigned counsel, hereby files its Motion to Bring Laptop Computer into the Courthouse on Thursday, December 18, 2008, to Assist with Google's Motion for Summary Judgment Presentation, and in support thereof states as follows:

1.    A hearing on Google's Motion for Summary Judgment is scheduled on Thursday, December 18, 2008, at 10:00 a.m.

2.    Counsel for Google would like to display some PowerPoint slides at the hearing to assist in Google's presentation of the argument in support of Google's Motion for Summary Judgment.

3.    Based upon the foregoing, Google respectfully requests permission to allow its counsel, Ramsey Al-Salam, Esq., to bring his laptop computer into the Courthouse.

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

4.     Google's counsel contacted opposing counsel with regard to the relief sought herein today but has yet to hear back from Plaintiff's counsel. Due to the time sensitive nature of the instant Motion (since the hearing is on Thursday), Google is filing the instant Motion without knowing whether opposing counsel has any objection to the relief sought herein.

WHEREFORE, Defendant GOOGLE INC. respectfully requests permission to bring a laptop computer into the Courthouse on Thursday, December 18, 2008, to assist with its presentation regarding its Motion for Summary Judgment, together with such other and further relief as this Court deems just and proper.

Dated: December 15, 2008                 Respectfully submitted,

**ADORNO & YOSS LLP**

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo
stesser@adorno.com
Florida Bar Number: 148016
Jan Douglas Atlas
jda@adorno.com
Florida Bar Number: 226246
Adorno & Yoss LLP
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Phone: (954) 763-1200
Fax:     (954) 766-7800

**PERKINS COIE LLP**
Ramsey Al-Salam *(pro hac vice)*
RAlsalam@perkinscoie.com
Elana S. Matt *(pro hac vice)*
ematt@perkinscoie.com
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax:     (206) 359-9000

Attorneys for Defendant Google Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Samantha Tesser Haimo
Samantha Tesser Haimo

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## SERVICE LIST

Kevin C. Kaplan, Esq.
kkaplan@bwskb.com
**COFFEY BURLINGTON**
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

{SNT/213526.0001/N0743281_1}          4

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800