UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,
a Delaware limited liability company,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.
_____/

## PLAINTIFF STELOR PRODUCTIONS, LLC'S MOTION TO BRING LAPTOP COMPUTER INTO THE COURTHOUSE ON THURSDAY, DECEMBER 18, 2008, FOR USE IN PLAINTIFF STELOR PRODUCTIONS, LLC'S PRESENTATION OF ITS <u>OPPOSITION TO GOOGLE, INC'S MOTION FOR SUMMARY JUDGMENT</u>

STELOR PRODUCTIONS, LLC, ("Stelor"), by its undersigned counsel, hereby files its Motion to Bring Laptop Computer into the Courthouse on Thursday, December 18, 2008, for Use in Plaintiff Stelor Productions, LLC's Presentation of Its Opposition to Google, Inc.'s Motion for Summary Judgment, and in support thereof states as follows:

    1.    A hearing on Defendant Google, Inc.'s ("Google") Motion for Summary Judgment is scheduled on Thursday, December 18, 2008, at 10:00 a.m.

    2.    Counsel for Stelor would like to display PowerPoint slides at the hearing to assist in its presentation of the argument in opposition to Google's Motion for Summary Judgment.

    3.    Based upon the foregoing, Stelor respectfully requests permission to allow its counsel, Kevin C. Kaplan, Esq., to bring his laptop computer into the Courthouse.

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com    www.coffeyburlington.com

4. Stelor's counsel contacted opposing counsel with regard to the relief sought herein and opposing counsel has so agreed.

**WHEREFORE,** Plaintiff STELOR PRODUCTIONS, LLC respectfully requests permission to bring a laptop computer into the Courthouse on Thursday, December 18, 2008, to assist with its presentation of its opposition to Google's Motion for Summary Judgment.

Respectfully submitted,

s/Kevin C. Kaplan - Florida Bar No. 933848
David J. Zack - Florida Bar No. 641685
Morgan L. Swing – Florida Bar No. 0017092
kkaplan@coffeyburlington.com
dzack@coffeyburlington.com
mswing@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900; Fax: 305-858-5261
Counsel for STELOR PRODUCTIONS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 9:05-cv-80387-KLR. I also certify that the foregoing Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

/s/ Morgan L. Swing

COFFEY BURLINGTON

OFFICE IN THE GROVE    PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
EMAIL: info@coffeyburlington.com    www.coffeyburlington.com