UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,
a Delaware limited liability company,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

## NOTICE OF STRIKING

    STELOR PRODUCTIONS, LLC, ("Stelor"), by its undersigned counsel, hereby files this Notice of Striking D.E. 327. D.E. 327 was filed as Plaintiff Stelor's Productions, LLC's Unopposed Motion to Bring Laptop Computer into the Courthouse on Thursday, December 18, 2008 for Use in Plaintiff Stelor Productions, LLC's Presentation of Its Opposition to Google, Inc.'s Motion for Summary Judgment. Undersigned counsel inadvertently attached the incorrect document. The correct Motion is filed as D.E. 328.

    **WHEREFORE,** Plaintiff STELOR PRODUCTIONS, LLC respectfully requests that the Court strike D.E. 327.

                                   Respectfully submitted,

                                   s/Kevin C. Kaplan - Florida Bar No. 933848
                                   David J. Zack - Florida Bar No. 641685
                                   Morgan L. Swing – Florida Bar No. 0017092
                                   kkaplan@coffeyburlington.com
                                   dzack@coffeyburlington.com
                                   mswing@coffeyburlington.com
                                   COFFEY BURLINGTON

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com

Dockets.Justia.com

Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900; Fax: 305-858-5261
Counsel for **STELOR PRODUCTIONS, LLC**

COFFEY BURLINGTON

OFFICE IN THE GROVE    PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
EMAIL: info@coffeyburlington.com          www.coffeyburlington.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information for Case 9:05-cv-80387-KLR. I also certify that the foregoing Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF. Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

/s/ Morgan L. Swing

COFFEY BURLINGTON

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: info@coffeyburlington.com   www.coffeyburlington.com