UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

        Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

        Defendant.
_____/

**ORDER ON DEFENDANT GOOGLE INC.'S MOTION TO BRING LAPTOP COMPUTER INTO THE COURTHOUSE ON THURSDAY, DECEMBER 18, 2008, TO ASSIST WITH DEFENDANT GOOGLE INC.'S MOTION FOR SUMMARY JUDGMENT PRESENTATION**

THIS CAUSE having come before the Court on Defendant Google Inc.'s ("Defendant") Motion to Bring Laptop Computer into the Courthouse on Thursday, December 18, 2008, to Assist with Defendant's Motion for Summary Judgment Presentation (the "Motion"), and having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion is GRANTED. Defendant's counsel, Ramsey Al-Salam, Esq. shall be permitted to bring his laptop computer into the Courthouse on Thursday, December 18, 2008, to assist in Defendant's presentation of its Motion for Summary Judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this __16__ day of December, 2008.

                                            _____
                                            United States District Judge
                                            Kenneth L. Ryskamp

Copies furnished to:
All Counsel of Record