UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.
_____/

### ORDER ON PLAINTIFF STELOR PRODUCTIONS, LLC'S MOTION TO BRING LAPTOP COMPUTER INTO THE COURTHOUSE ON THURSDAY, DECEMBER 18, 2008, FOR USE IN PLAINTIFF STELOR PRODUCTIONS, LLC'S PRESENTATION OF ITS OPPOSITION TO GOOGLE, INC'S MOTION FOR SUMMARY JUDGMENT

THIS CAUSE having come before the Court on Plaintiff Stelor Productions, LLC's Motion to Bring Laptop Computer into the Courthouse on Thursday, December 18, 2008, for Use in Plaintiff's Presentation of Its Opposition to Google Inc.'s Motion for Summary Judgment ("Motion)," and having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. Plaintiff's counsel, Kevin C. Kaplan, Esq., shall be permitted to bring his laptop computer into the Courthouse on Thursday, December 18, 2008, to assist in Plaintiff's presentation of its Opposition to Defendant Google Inc.'s Motion for Summary Judgment.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this __16__ day of December, 2008.

                                        _____
                                        United States District Judge
                                        Kenneth L. Ryskamp

Copies furnished to:
All Counsel of Record

COFFEY BURLINGTON
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@coffeyburlington.com  www.coffeyburlington.com