**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

       Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

       Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

       Stelor Productions, LLC and Google Inc., by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), and pursuant to a settlement reached between them, hereby stipulate to dismissal with prejudice of all claims and counterclaims brought or that could have been brought in this action, with each of these parties to bear their own respective fees and costs.

Respectfully submitted,

Counsel for Stelor Productions, LLC       Counsel for Google Inc.

/s/ Kevin C. Kaplan       /s/ Ramsey Al-Salam
Kevin C. Kaplan, Esq.       Ramsey Al-Salam, Esq.
Coffey Burlington       PERKINS COIE LLP
2699 S. Bayshore Drive - PH       Suite 4800
Miami, FL  33133       1201 Third Avenue
Tel:  305-858-2900       Seattle, Washington 98101-3099
Fax:  3-5-858-5261
kkaplan@coffeyburlington.com       RAlsalam@perkinscoie.com