UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNAC

STELOR PRODUCTIONS, LLC,

    Plaintiff,

v.

GOOGLE INC., a Delaware corporation,

    Defendant.

_____/

**ORDER APPROVING STIPULATION AND DISMISSING CASE WITH PREJUDICE**

THIS CAUSE comes before the Court upon the parties' Stipulation of Dismissal With Prejudice **[DE 332]** filed on December 17, 2008. Having reviewed the Stipulation and being otherwise fully advised in the matter, it is hereby,

**ORDERED AND ADJUDGED** that the Stipulation **[DE 332]** is approved and adopted as an Order of this Court. All claims and counterclaims brought or that could have been brought in this action between Stelor Productions, LLC and Google Inc. are hereby dismissed with prejudice, with each of those parties to bear their own fees and costs. The Clerk of the Court is ordered to close this case and to deny any pending motions as moot.

**ORDERED AND ADJUDGED** in Chambers, at West Palm Beach, Palm Beach County, Florida on this 17 day of December, 2008.

                                                /s/ Kenneth L. Ryskamp
                                           UNITED STATES DISTRICT JUDGE
                                           KENNETH L. RYSKAMP

Copies furnished to:
All counsel of record