# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 05-CIV-80387-Kyskamp

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

# United States District Court
## Southern District of Florida

Stelor Productions Inc,

Jonathan Lee Riches,

Plaintiffs

Civil No: 05-80387-CIV-Ryskamp/Vitunac

Motion for Reconsideration

v

Google Inc,

Defendants

FILED by SLS D.C.
JAN 16 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

---

Motion For Reconsideration & Clarification
Motion to Intervene As Plaintiff under Fed R. Civ P Rule 24(A)2, 24(B)
Motion to Amend Complaint

---

Comes now the Plaintiff, Intervenor, Jonathan Lee Riches, in pro-se, moves this honorable court to intervene in this Litigation case as a Plaintiff under Fed. R. Civ P rule 24(A)2 - as a matter of right or rule 24(B) - permissive intervention. I have a interest in this case to support Plaintiffs claims. My Intervention presents questions of Laws and facts that are common in this Action. Defendants violated Copyright laws and trademark violations since 2001. I move for a motion For reconsideration in this case to allow me to intervene with newly discovered evidence, I have Information, documents, exhibits related to this case. I can be reached or called at the below Address. Jonathan Lee Riches prays this honorable court will grant his motions for relief.

respectfully,

Jonathan Lee Riches
#40948-018
Fcl Williamsburg     843-387-9400
P.O. Box 340
Salters, SC 29590

1-11-09