# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80387 CIV RYSKAMP/VITUNIC

STELOR PRODUCTIONS, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

_____/

## ORDER DENYING MOTION TO ADD PLAINTIFF AND FOR RECONSIDERATION

THIS CAUSE comes before the Court upon non-party Jonathan Lee Riches' motion to intervene and motion for reconsideration **[DE 334]** filed on January 16, 2009. Riches failed to comply with Local Rule 7.1 in that Riches failed to confer with either party and failed to accompany his motion with the required memorandum of law. Moreover, the Federal Rules of Civil Procedure require that a movant serve every party to the litigation with a copy of any written motion. Fed. R. Civ. P. 5(a)(1)(D). Accordingly, Riches failed to file the necessary certificate of service in his motion.

Finally, this Court declines to reconsider its order approving the parties' stipulated settlement agreement **[DE 333]**. Federal Rule of Civil Procedure 60(b) permits *parties* to seek reconsideration of a prior order and Riches' is not a party. The parties have settled their dispute and neither party seeks a reconsideration of that order. Even if Riches' was able to seek reconsideration under Rule 60, this Court finds his request was not made within a reasonable

amount of time and Riches has failed to provide the Court with any facts or legal arguments to support reconsidering the parties' settlement agreement.

Accordingly, it is hereby,

ORDERED AND ADJUDGED that non-party Jonathan Lee Riches' motion to intervene and motion for reconsideration **[DE 334]** is DENIED.

DONE and ORDERED in Chambers, this 5 day of February, 2009.

    /s/ Kenneth L. Ryskamp
Honorable Kenneth L. Ryskamp
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record
Jonathan Lee Riches, *pro se*